## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Avalon Holdings Corp. v. Gentile          Docket No.: 24-999

Lead Counsel of Record (name/firm) or Pro se Party (name): David Lopez

Appearance for (party/designation): Avalon Holdings Corp. (Plaintiff/Appellee)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
        Parties: _____
( ) Incorrect.    Please change the following parties' designations:
        Party                                Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: David Lopez
Firm: Law Offices of David Lopez
Address: 171 Edge of Woods Rd. or PO Box 323, Southampton NY 11969
Telephone: 631-287-5520                Fax: _____
Email: DavidLopezEsq@aol.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are: _____

(✔) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: Packer v. Raging Capital Management, LLC, Case No. 23-367

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on April 2024 OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _David Lopez_
Type or Print Name: David Lopez (Attorney for Avalon Holdings Corp., Plaintiff/Appellee)
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.