# 24-0999-CV

## United States Court of Appeals

### for the

### Second Circuit

AVALON HOLDINGS CORPORATION,

*Plaintiff-Appellee,*

— v. —

GUY GENTILE,

*Defendant-Appellant,*

MINTBROKER INTERNATIONAL, LTD., JOHN DOES 1 THRU 10,

*Defendants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## APPENDIX
### Volume 1 of 8 (Pages A-1 to A-250)

THOMAS J. FLEMING
KERRIN TENEYCK KLEIN
OLSHAN FROME WOLOSKY LLP
*Attorneys for Defendant-Appellant*
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300

CP COUNSEL PRESS    (800) 4-APPEAL • (331518)

i

## TABLE OF CONTENTS

Page

District Court Docket Entries ..................................... A-1

Complaint, dated August 13, 2018............................ A-36

Amended Complaint, dated September 28, 2018 ...... A-50

Answer, dated October 15, 2019............................... A-62

Defendants' Local Rule 56.1 Statement, dated
    August 10, 2020.................................................... A-70

Plaintiff's Local Rule 56.1 Statement, dated
    August 10, 2020.................................................... A-85.1

Affidavit of Miriam Tauber in Support of Plaintiff's
    Motion for Summary Judgment, dated
    August 10, 2020.................................................... A-86

    Exhibit A to Tauber Affidavit -
    Excerpts from Deposition Transcript of Guy
    Gentile, dated February 24, 2020 .......................... A-88

    Exhibit B to Tauber Affidavit -
    Joint Stipulation as to Certain Facts for Purposes
    of Summary Judgment, dated May 13, 2020......... A-126

    Exhibit C to Tauber Affidavit -
    Excerpts from Deposition Transcript of Brad
    Klauseger, dated May 27, 2020 ............................ A-129

    Exhibit D to Tauber Affidavit -
    Activity Statement for Interactive Account No.
    UL1043811, for the Period from January 1, 2018
    to December 31, 2018........................................... A-152

ii

**Page**

Exhibit E to Tauber Affidavit -
Activity Statement for Interactive Account No.
US1043812 for the Period from January 1, 2018
to December 31, 2018 ............................................ A-296

Exhibit F to Tauber Affidavit -
Schedule 13D filed by MintBroker International
Ltd. and Guy Gentile, dated September 17, 2018.. A-309

Exhibit G to Tauber Affidavit -
Spreadsheet Produced by Defendants..................... A-430

Exhibit H to Tauber Affidavit -
Spreadsheet Reflecting Combined GBR Trading
Activity from Activity Statements ......................... A-467

Exhibit I to Tauber Affidavit -
Historical Trading Data and Graph from Yahoo
Finance.................................................................. A-507

Exhibit J to Tauber Affidavit -
"Squeezing the Shorts in Small Cap Stocks"
(Bocconi University, Nov. 21, 2019) ..................... A-510

Exhibit K to Tauber Affidavit -
E-mail Notification from Interactive Brokers,
dated October 31, 2019.......................................... A-565

Exhibit L to Tauber Affidavit -
Mintbroker International Ltd. Portfolio Report as
of March 13, 2018.................................................. A-567

Exhibit M to Tauber Affidavit -
Plaintiff's Computation of Profits........................... A-572

Exhibit N to Tauber Affidavit -
"Commission Faces Battle Over Broker's
Winding-Up" (The Tribune, April 8, 2020) ........... A-603

**iii**

**Page**

Exhibit O to Tauber Affidavit -
(i) 17 C.F.R. § 242.200 – Definition of "Short Sale" and Marketing Requirement, effective May 10, 2010 ...................................................... A-609

(ii) 17 C.F.R. § 242.201 – Circuit Breaker ............ A-613

(iii) 17 C.F.R. § 242.203 – Borrowing and Delivery Requirements ......................................... A-618

(iv) 17 C.F.R. § 242.204 – Close-out Requirement .......................................................... A-622

Exhibit P to Tauber Affidavit -
"Key Points About Regulation SHO" (SEC Publication, April 8, 2015) .................................... A-625

Defendants' Local Rule 56.1 Statement in Opposition to Plaintiff's Motion for Summary Judgment, dated September 23, 2020 .................... A-641

Declaration of Danielle M. McLaughlin, for Defendant, in Opposition to Plaintiff's Motion for Summary Judgment, dated September 23, 2020 .............................................. A-659

Exhibit 1-a to McLaughlin Declaration - "Fails-to-Deliver Data" (SEC Publication, modified August 28, 2020) .................................... A-661

Exhibit 1-b to McLaughlin Declaration - Page 1 of SEC "Fails-to-Deliver Data" for "July 2018, First Half" ................................................. A-676

Exhibit 1-c to McLaughlin Declaration - "March of the machines: The stockmarket is now run by computers, algorithms and passive managers" (The Economist, October 5, 2019) ...... A-678

iv

**Page**

Exhibit 2 to McLaughlin Declaration -
Daily Balance Report of GBR Float ...................... A-689

Defendant Guy Gentile's Letter Motion for Leave to
Introduce Newly Obtained Evidence, to Extend
the Briefing Schedule and to Request a Plenary
Hearing, dated May 20, 2022 ................................ A-691

Order of the Honorable Robert W. Lehrburger,
dated October 18, 2022 ......................................... A-697

Defendant Guy Gentile's Letter Motion for Leave to
File Motion for Issuance of Letters Rogatory,
dated November 14 2022 ....................................... A-699

Order of the Honorable Denise L. Cote, dated
November 16, 2022 ............................................... A-701

Request for International Judicial Assistance (Letter
Rogatory), filed November 29, 2022 ..................... A-703

Plaintiffs' Motion *In Limine* to Exclude Defendants'
Post-Discovery Production, Expert Testimony
and Reports, filed January 28, 2023 ...................... A-706

Transcript of Inquest Hearing, dated
February 1, 2023 ................................................... A-726

Opening (Plaintiffs) .............................................. A-728

Opening (Defendants) ........................................... A-734

Defendants' Witness:

Guy Gentile          Direct ........................... A-759
                     Cross (by Mr. Lopez) ... A-813
                     Cross (by Ms. Tauber) .. A-841
                     Redirect ....................... A-910

v

**Page**

Transcript of Inquest Hearing, dated
February 2, 2023 ..................................................... A-913

Defendants' Witnesses:

Robert Christian          Direct ........................... A-949
                          Cross (by Ms. Tauber) .. A-258

Brendan Beresford         Cross (by Ms. Tauber) .. A-1014

Plaintiff's Trial Exhibit:

PX-2    Deposition Transcript of Brad Klauseger,
        dated May 27, 2020 ..................................... A-1054

Defendants' Trial Exhibits:

DX-1    Independent Accountant's Report by
        Robert Christian, CPA, dated
        May 19, 2022 ............................................... A-1258

DX-19   Forensic Accountant's Report by Brendan
        Beresford, CPA, dated May 18, 2022 .......... A-1262

DX-28   Affidavit of Stephen Darville, sworn to
        May 4, 2022 ............................................... A-1264

DX-32   Deposition Transcript of Guy Gentile,
        dated February 24, 2020 .............................. A-1268

DX-33   Deposition Transcript of Guy Gentile,
        dated October 26, 2022 ............................... A-1499

DX-34   Deposition Transcript of Stephen Darville,
        dated January 25, 2023 ................................ A-1668

Defendant Guy Gentile's Post-Hearing Brief, dated
April 19, 2023 ........................................................ A-1822

Plaintiffs' Post-Hearing Brief, dated April 19, 2023 .. A-1844

vi

**Page**

Defendant Guy Gentile's Response in Opposition to
Plaintiffs' Post-Hearing Brief, dated
May 19, 2023 ....................................................... A-1872

Plaintiffs' Post-Hearing Reply Brief, filed
May 19, 2023 ....................................................... A-1883

Defendant Guy Gentile's Objections to Report and
Recommendation of the Honorable Robert W.
Lehrburger to the Honorable Denise L. Cote:
Short-Swing Profits Award, dated
November 3, 2023 ................................................ A-1895

Declaration of Nicholas Abadiotakis, dated
November 2, 2023 ................................................ A-1924

Exhibit A to Abadiotakis Declaration -
List of Trades ....................................................... A-1927

Exhibit B to Abadiotakis Declaration -
List of Gross Profits ............................................ A-1930

Notice of Appeal, dated April 15, 2024 .................... A-1933

A-1

CLOSED,APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:18-cv-07291-DLC-RWL

Avalon Holdings Corporation v. Gentile et al
Assigned to: Judge Denise L. Cote
Referred to: Magistrate Judge Robert W. Lehrburger
Demand: $5,000,000
Related Case: 1:18-cv-08896-DLC-RWL
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 08/13/2018
Date Terminated: 03/20/2024
Jury Demand: None
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Avalon Holdings Corporation**     represented by **David Lopez**
Law Office of David Lopez
171 Edge of Woods Road, PO Box 323
Southampton, NY 11968
631.287.5520
Fax: 631.283.4735
Email: DavidLopezEsq@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miriam Deborah Tauber**
Miriam Tauber Law
885 Park Avenue 2A
New York, NY 10075
(323)-790-4881
Email: miriamtauberlaw@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Guy Gentile**     represented by **Adam C. Ford**
Ford O'Brien Landy LLP
275 Madison Avenue, Fl. 24
New York, NY 10016
212-858-0040
Fax: 212-858-0040
Email: info@fordobrien.com
*TERMINATED: 11/29/2023*

**Alexander Herman Shapiro**
Ford O'Brien Landy LLP
275 Madison Avenue
Ste Fl. 24
New York, NY 10016

A-2

212-858-0040
Email: ashapiro@fordobrien.com
*TERMINATED: 11/29/2023*

**Cara Filippelli**
Ford O'Brien Landy
3700 Ranch Road 620 South
Austin, TX 78738
212-858-0040
Email: cfilippelli@fordobrien.com
*TERMINATED: 11/13/2023*

**Danielle M. McLaughlin**
Ford O'Brien Landy LLP
275 Madison Avenue
Ste Fl. 24
New York, NY 10016
970-376-0463
Email: dmclaughlin@fordobrien.com
*(Inactive)*
*TERMINATED: 11/29/2023*

**Kerrin Teneyck Klein**
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019
212-451-2300
Fax: 212-451-2222
Email: kklein@olshanlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Aaron Ford**
Ford O'Brien Landy LLP
3700 Ranch Road 620 South
Ste B
Austin, TX 78738
212-858-0400
Email: mford@fordobrien.com
*TERMINATED: 11/29/2023*

**Robert Seabrook Landy**
Ford O'Brien Landy LLP
275 Madison Avenue
Ste Fl. 24
New York, NY 10016
212-858-0040
Fax: 212-256-1047
Email: rlandy@fordobrien.com
*TERMINATED: 11/29/2023*

**Thomas James Fleming**
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019

**A-3**

212-451-2300
Email: tfleming@olshanlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MintBroker International, Ltd.**          represented by   **Adam C. Ford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alexander Herman Shapiro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Danielle M. McLaughlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Aaron Ford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Seabrook Landy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1 thru 10**          represented by   **Danielle M. McLaughlin**
*TERMINATED: 08/29/2018*                   (See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Igal Wizman**          represented by   **Warren Ernest Gluck**
Holland & Knight LLP (NY)
31 West 52nd Street
New York, NY 10019
(212) 513-3396
Fax: (212) 385-9010
Email: warren.gluck@hklaw.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Eleanor Fisher**          represented by   **Warren Ernest Gluck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**EY Bahamas Ltd.**          represented by   **Warren Ernest Gluck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**EY Cayman Ltd.**          represented by   **Warren Ernest Gluck**
(See above for address)

A-4

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2018 | 1 | COMPLAINT against John Doe, Guy Gentile, MintBroker International, Ltd.. (Filing Fee $ 400.00, Receipt Number 0208-15442577)Document filed by Avalon Holdings Corporation. (Attachments: # 1 Exhibit A-MintBroker SEC Form 3, # 2 Exhibit B-NYSE Avalon Trading Activity, # 3 Exhibit C-MintBroker SEC Forms 4)(Tauber, Miriam) (Entered: 08/13/2018) |
| 08/13/2018 | 2 | CIVIL COVER SHEET filed. (Tauber, Miriam) (Entered: 08/13/2018) |
| 08/13/2018 | 3 | NOTICE OF APPEARANCE by David Lopez on behalf of Avalon Holdings Corporation. (Lopez, David) (Entered: 08/13/2018) |
| 08/14/2018 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Miriam Deborah Tauber. The party information for the following party/parties has been modified: John Doe. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error. (pc) (Entered: 08/14/2018) |
| 08/14/2018 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Vernon S. Broderick. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pc) (Entered: 08/14/2018) |
| 08/14/2018 | | Magistrate Judge Robert W. Lehrburger is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pc) (Entered: 08/14/2018) |
| 08/14/2018 | | Case Designated ECF. (pc) (Entered: 08/14/2018) |
| 08/14/2018 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Guy Gentile, re: 1 Complaint,. Document filed by Avalon Holdings Corporation. (Tauber, Miriam) (Entered: 08/14/2018) |
| 08/14/2018 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to MintBroker International, Ltd. (c/o Guy Gentile), re: 1 Complaint,. Document filed by Avalon Holdings Corporation. (Tauber, Miriam) (Entered: 08/14/2018) |
| 08/14/2018 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to MintBroker International, Ltd., re: 1 Complaint,. Document filed by Avalon Holdings Corporation. (Tauber, Miriam) (Entered: 08/14/2018) |
| 08/15/2018 | 7 | ELECTRONIC SUMMONS ISSUED as to Guy Gentile. (dnh) (Entered: 08/15/2018) |
| 08/15/2018 | 8 | ELECTRONIC SUMMONS ISSUED as to MintBroker International, Ltd.. (dnh) (Entered: 08/15/2018) |
| 08/15/2018 | 9 | ELECTRONIC SUMMONS ISSUED as to MintBroker International, Ltd.. (dnh) (Entered: 08/15/2018) |
| 08/20/2018 | 10 | AFFIDAVIT OF SERVICE. Guy Gentile served on 8/18/2018, answer due 9/10/2018. Service was accepted by JANE DOE and additionally. Service was made by MAIL. |

A-5

| | | Document filed by Avalon Holdings Corporation. (Lopez, David) (Entered: 08/20/2018) |
|---|---|---|
| 08/26/2018 | 11 | CERTIFICATE OF SERVICE. MintBroker International, Ltd. served on 8/20/2018, answer due 9/10/2018. Service was accepted by SUE ZOUKY, Agent of NYS Secretary of State. Service was made by and Additionally by MAIL. Document filed by Avalon Holdings Corporation. (Lopez, David) (Entered: 08/26/2018) |
| 08/28/2018 | 12 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice and without costs against the defendant(s) John Does 1 thru 10. Document filed by Avalon Holdings Corporation. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers)..** (Lopez, David) (Entered: 08/28/2018) |
| 08/28/2018 | 13 | FIRST LETTER MOTION to Compel Clerk of the Court to Alter Case Caption *By Deleting John Doe Defendants* addressed to Judge Vernon S. Broderick from David Lopez dated August 28, 2018. Document filed by Avalon Holdings Corporation.(Lopez, David) (Entered: 08/28/2018) |
| 08/28/2018 | | **\*\*\*NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 12 Notice of Voluntary Dismissal was reviewed and referred to Judge Vernon S. Broderick for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (dt)** (Entered: 08/28/2018) |
| 08/29/2018 | 14 | ORDER: granting 13 Letter Motion to Compel. Application Granted. SO ORDERED. (Signed by Judge Vernon S. Broderick on 8/29/2018). \*\*\* Party John Does 1 thru 10 terminated. (ama) Modified on 8/29/2018 (ama). (Entered: 08/29/2018) |
| 09/10/2018 | 15 | AFFIDAVIT OF SERVICE. MintBroker International, Ltd. served on 9/5/2018, answer due 11/5/2018. Service was accepted by MICHAEL C. MILLER, Registered Agent. Document filed by Avalon Holdings Corporation. (Lopez, David) (Entered: 09/10/2018) |
| 09/15/2018 | 16 | REQUEST FOR ISSUANCE OF SUMMONS as to Guy Gentile (c/o MintBroker International Ltd), re: 1 Complaint,. Document filed by Avalon Holdings Corporation. (Tauber, Miriam) (Entered: 09/15/2018) |
| 09/24/2018 | 17 | AFFIDAVIT OF SERVICE. Service was accepted by MCHAEL C. MILLER, registered agent. Document filed by Avalon Holdings Corporation. (Lopez, David) (Entered: 09/24/2018) |
| 09/26/2018 | 18 | AFFIDAVIT OF SERVICE. Guy Gentile served on 9/18/2018, answer due 10/9/2018. Service was made by and Additionally by MAIL. Document filed by Avalon Holdings Corporation. (Lopez, David) (Entered: 09/26/2018) |
| 09/28/2018 | 19 | AMENDED COMPLAINT amending 1 Complaint, against Guy Gentile, MintBroker International, Ltd..Document filed by Avalon Holdings Corporation. Related document: 1 Complaint,. (Attachments: # 1 Exhibit Ex A - SEC Form 3, # 2 Exhibit Ex B - Matched Short Swing Transactions, # 3 Exhibit Ex C - SEC Form 4)(Tauber, Miriam) (Entered: 09/28/2018) |
| 10/05/2018 | 20 | PROPOSED STIPULATION AND ORDER. Document filed by Avalon Holdings Corporation. (Tauber, Miriam) (Entered: 10/05/2018) |
| 10/05/2018 | 21 | ACKNOWLEDGMENT OF SERVICE Summons and Amended Complaint, served. Guy Gentile served on 10/5/2018, answer due 10/26/2018; MintBroker International, Ltd. served on 10/5/2018, answer due 11/5/2018. Service was accepted by Defendant Guy |

A-6

| | | |
|---|---|---|
| | | Gentile (individually and as owner of Defendant MintBroker International, Ltd.). Document filed by Avalon Holdings Corporation. (Tauber, Miriam) (Entered: 10/05/2018) |
| 12/27/2018 | 22 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION to Dismiss . Document filed by Guy Gentile, MintBroker International, Ltd.. (Attachments: # 1 Adam Ford Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Affidavit Guy Gentile, # 8 Affidavit MintBroker, # 9 Memorandum of Law)(Ford, Adam) Modified on 1/18/2019 (ldi). (Entered: 12/27/2018) |
| 12/31/2018 | 23 | **FILING ERROR - DEFICIENT DOCKET ENTRY (SEE 24 Letter Motion) -** FIRST LETTER MOTION for Discovery *Limited to Venue Issues Raised by Defendants' Motion to Dismiss* addressed to Judge Vernon S. Broderick from David Lopez dated December 31, 2018., FIRST LETTER MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss . *Pending Plaintiff's Inspection of Venue Discovery* addressed to Judge Vernon S. Broderick from David Lopez dated December 31, 2018.( Return Date set for 2/11/2019 at 11:59 PM.) Document filed by Avalon Holdings Corporation.(Tauber, Miriam) Modified on 1/4/2019 (db). (Entered: 12/31/2018) |
| 01/02/2019 | 24 | FIRST LETTER MOTION for Discovery *Limited to Venue Issues Raised by Defendants' Motion to Dismiss* addressed to Judge Vernon S. Broderick from David Lopez (Attorney for Plaintiff Avalon Holdings Corp.) dated 12/31/2018., FIRST LETTER MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss . *Pending Plaintiff's Inspection of Venue Discovery (** Note, Document Refiled to Correct Clerical Error)* addressed to Judge Vernon S. Broderick from David Lopez (Attorney for Plaintiff Avalon Holdings Corp.) dated 12/31/2018. Document filed by Avalon Holdings Corporation.(Tauber, Miriam) (Entered: 01/02/2019) |
| 01/08/2019 | 25 | LETTER RESPONSE in Opposition to Motion addressed to Judge Vernon S. Broderick from Adam C. Ford dated 01/08/2019 . Document filed by Guy Gentile, MintBroker International, Ltd.. (Ford, Adam) (Entered: 01/08/2019) |
| 01/09/2019 | 26 | ORDER denying 24 FIRST LETTER MOTION for Discovery Limited to Venue Issues Raised by Defendants' Motion to Dismiss addressed to Judge Vernon S. Broderick from David Lopez (Attorney for Plaintiff Avalon Holdings Corp.) dated 12/31/2018. FIRST LETTER MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Dismiss. Pending Plaintiff's Inspection of Venue Discovery (** Note, Document Refiled to Correct Clerical Error) addressed to Judge Vernon S. Broderick from David Lopez (Attorney for Plaintiff Avalon Holdings Corp.) dated 12/31/2018. Document filed by Avalon Holdings Corporation. I am in receipt of Plaintiffs' letter requesting leave to conduct limited discovery on the question of whether venue is proper in this District, (Doc. 24), as well as Defendants' opposition thereto, (Doc. 25). Plaintiffs' discovery request is DENIED and I intend to rule on that aspect of Defendants' motion to dismiss Plaintiffs' complaint, (Doc. 22), on the basis of the parties' papers. Plaintiffs are instructed to submit their opposition to Defendants' pending motion to dismiss on or before January 29, 2019. Defendants shall file their reply and any accompanying affidavits on or before February 12, 2019. So ordered. (Signed by Judge Vernon S. Broderick on 1/9/2019) (rjm) (Entered: 01/09/2019) |
| 01/09/2019 | | Set/Reset Deadlines: Responses due by 1/29/2019. Replies due by 2/12/2019. (rjm) (Entered: 01/09/2019) |
| 01/18/2019 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Adam C. Ford to RE-FILE Document 22 MOTION to Dismiss . ERROR(S): Supporting documents must be filed separately, each receiving their own document number. Affidavit in Support of Motion, Declaration in Support of Motion and Memorandum of Law in Support of Motion are all found under the event list Replies, Opposition and Supporting Documents.** |

A-7

| | | |
|---|---|---|
| | | **Rule 7.1 Corporate Disclosure Statement is found under the event list Other Documents. (ldi)** (Entered: 01/18/2019) |
| 01/22/2019 | 27 | MOTION to Dismiss . Document filed by Guy Gentile, MintBroker International, Ltd.. (Ford, Adam) (Entered: 01/22/2019) |
| 01/22/2019 | 28 | MEMORANDUM OF LAW in Support re: 27 MOTION to Dismiss . . Document filed by Guy Gentile, MintBroker International, Ltd.. (Ford, Adam) (Entered: 01/22/2019) |
| 01/22/2019 | 29 | DECLARATION of Adam C. Ford in Support re: 27 MOTION to Dismiss .. Document filed by Guy Gentile, MintBroker International, Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Affidavit Guy Gentile, # 7 Affidavit Mintbroker)(Ford, Adam) (Entered: 01/22/2019) |
| 01/22/2019 | 30 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Guy Gentile, MintBroker International, Ltd..(Ford, Adam) (Entered: 01/22/2019) |
| 01/29/2019 | 31 | NOTICE OF APPEARANCE by Robert Seabrook Landy on behalf of Guy Gentile, MintBroker International, Ltd.. (Landy, Robert) (Entered: 01/29/2019) |
| 01/29/2019 | 32 | MEMORANDUM OF LAW in Opposition re: 22 MOTION to Dismiss ., 27 MOTION to Dismiss . . Document filed by Avalon Holdings Corporation. (Attachments: # 1 Appendix Annex I, # 2 Appendix Annex II-Rubenstein v Live Nation order)(Tauber, Miriam) (Entered: 01/29/2019) |
| 02/12/2019 | 33 | REPLY MEMORANDUM OF LAW in Support re: 22 MOTION to Dismiss ., 27 MOTION to Dismiss . . Document filed by Guy Gentile, MintBroker International, Ltd.. (Ford, Adam) (Entered: 02/12/2019) |
| 09/16/2019 | 34 | LETTER addressed to Judge Vernon S. Broderick from Miriam Tauber (Attorney for Plaintiff) dated September 16, 2019 re: Pending Motions to Transfer Venue and/or Dismiss. Document filed by Avalon Holdings Corporation.(Tauber, Miriam) (Entered: 09/16/2019) |
| 09/24/2019 | 35 | OPINION & ORDER re: (20 in 1:18-cv-08896-VSB) MOTION to Dismiss filed by Guy Gentile, MintBroker International, Ltd., (27 in 1:18-cv-07291-VSB) MOTION to Dismiss filed by Guy Gentile, MintBroker International, Ltd. For the foregoing reasons, Defendants' motion to dismiss Plaintiffs' Complaints pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6) is DENIED. The Clerk of Court is respectfully directed to terminate the motion pending at Document 27 (Case No. 18-cv-7291) and Document 20 (Case No. 18-cv-8896). SO ORDERED. (Signed by Judge Vernon S. Broderick on 9/24/2019) (rro) (Entered: 09/24/2019) |
| 10/15/2019 | 36 | ANSWER to 19 Amended Complaint,. Document filed by Guy Gentile, John Does 1 thru 10, MintBroker International, Ltd..(Ford, Adam) (Entered: 10/15/2019) |
| 11/06/2019 | 37 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Avalon Holdings Corporation.(Tauber, Miriam) (Entered: 11/06/2019) |
| 11/06/2019 | 38 | PROPOSED SCHEDULING ORDER. Document filed by Avalon Holdings Corporation. (Tauber, Miriam) (Entered: 11/06/2019) |
| 11/11/2019 | 39 | AMENDED ANSWER to 19 Amended Complaint,. Document filed by Guy Gentile, John Does 1 thru 10, MintBroker International, Ltd.. (Ford, Adam) (Entered: 11/11/2019) |
| 12/02/2019 | 40 | ORDER AND NOTICE OF INITIAL CONFERENCE: IT IS FURTHER ORDERED that, by December 16, 2019, the parties submit a joint letter, not to exceed three (3) pages, providing the following information in separate paragraphs: as further set forth herein. SO ORDERED. Initial Conference set for 12/20/2019 at 10:30 AM in Courtroom 518, 40 |

A-8

| | | |
|---|---|---|
| | | Centre Street, New York, NY 10007 before Judge Vernon S. Broderick. (Signed by Judge Vernon S. Broderick on 12/2/2019) (kv) (Entered: 12/02/2019) |
| 12/16/2019 | 41 | JOINT LETTER addressed to Judge Vernon S. Broderick from Miriam Tauber (Attorney for Plaintiffs); Danielle McLaughlin (Attorney for Defendants) dated December 16, 2019 re: Joint IPTC Letter. Document filed by Avalon Holdings Corporation.(Tauber, Miriam) (Entered: 12/16/2019) |
| 12/16/2019 | 42 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Avalon Holdings Corporation. (Tauber, Miriam) (Entered: 12/16/2019) |
| 12/17/2019 | 43 | NOTICE OF APPEARANCE by Danielle M. McLaughlin on behalf of Guy Gentile, John Does 1 thru 10, MintBroker International, Ltd.. (McLaughlin, Danielle) (Entered: 12/17/2019) |
| 12/20/2019 | 44 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Robert W. Lehrburger. (Signed by Judge Vernon S. Broderick on 12/20/2019) (rro) (Entered: 12/20/2019) |
| 12/20/2019 | | Minute Entry for proceedings held before Judge Vernon S. Broderick: Initial Pretrial Conference held on 12/20/2019. (msa) (Entered: 01/02/2020) |
| 12/22/2019 | 45 | LETTER MOTION for Discovery *(Modification of Order of Reference)* addressed to Judge Vernon S. Broderick from David Lopez, Esq. dated December 22, 2019. Document filed by Avalon Holdings Corporation.(Lopez, David) (Entered: 12/22/2019) |
| 12/30/2019 | 46 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge Robert W. Lehrburger. (Motions terminated: (45 in 1:18-cv-07291-VSB) LETTER MOTION for Discovery *(Modification of Order of Reference)* addressed to Judge Vernon S. Broderick from David Lopez, Esq. dated December 22, 2019. filed by Avalon Holdings Corporation, (37 in 1:18-cv-08896-VSB) FIRST LETTER MOTION for Discovery *(Modification of Order of Reference)* addressed to Judge Vernon S. Broderick from David Lopez, Esq. dated December 22, 2019. filed by New Concept Energy, Inc.) (Signed by Judge Vernon S. Broderick on 12/30/2019) (rro) (Entered: 01/02/2020) |
| 01/02/2020 | 47 | CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). This case is to be tried to a jury. Fact Discovery due by 4/20/2020. Deposition due by 4/20/2020. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by by 6/22/2020. Discovery due by 6/22/2020. Status Conference set for 7/17/2020 at 10:30 AM before Judge Vernon S. Broderick. The parties have conferred and their present best estimate of the length of trial is 3 days. (Signed by Judge Vernon S. Broderick on 1/2/2020) (rro) Modified on 1/23/2020 (rro). (Entered: 01/02/2020) |
| 01/03/2020 | 48 | LETTER MOTION for Conference addressed to Magistrate Judge Robert W. Lehrburger from David Lopez dated January 3, 2020. Document filed by Avalon Holdings Corporation.(Lopez, David) (Entered: 01/03/2020) |
| 01/08/2020 | 49 | LETTER RESPONSE to Motion addressed to Magistrate Judge Robert W. Lehrburger from Danielle McLaughlin dated January 8, 2020 re: 48 LETTER MOTION for Conference addressed to Magistrate Judge Robert W. Lehrburger from David Lopez dated |

A-9

| | | |
|---|---|---|
| | | January 3, 2020. . Document filed by Guy Gentile, MintBroker International, Ltd.. (McLaughlin, Danielle) (Entered: 01/08/2020) |
| 01/09/2020 | 50 | SCHEDULING ORDER: Status Conference set for 1/22/2020 at 2:30 PM in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. (Signed by Magistrate Judge Robert W. Lehrburger on 1/9/2020) (rsh) (Entered: 01/09/2020) |
| 01/22/2020 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Status Conference held on 1/22/2020 at 2:30 p.m. (rsh) (Entered: 01/22/2020) |
| 01/24/2020 | 51 | FIRST LETTER MOTION for Conference *(Correction of Docket Entry)* addressed to Magistrate Judge Robert W. Lehrburger from David Lopez dated January 24, 2020. Document filed by Avalon Holdings Corporation.(Lopez, David) (Entered: 01/24/2020) |
| 01/27/2020 | 52 | ORDER terminating 51 Letter Motion for Conference. The Court is in receipt of Plaintiff counsels letter dated January 24, 2020 in both of the above-captioned actions regarding a docket entry issued in New Concept Energy, Inc. v. Gentile, et al., No. 18-cv-8896 setting deadlines for submission of amended pleadings and the joinder of parties, if any. (Dkt. 43 (New Concept Energy, Inc.), 51 (Avalon Holdings Corp.).) While counsel is correct that the January 22, 2020 conference before this Court did not reset any deadlines set in these matters, counsel is mistaken that the deadlines "amended" by this docket entry have "long since passed." (Id.) Pursuant to the case management plan and scheduling order entered by Judge Broderick on January 2, 2020 in each of the above-captioned actions, the deadlines for submission of amended pleadings and the joinder of parties are, in fact, February 20, 2020. (Dkt. 34 (New Concept Energy, Inc.), 47 (Avalon Holdings, Corp.).) If counsel for either party in either action believes this deadline to be an error, counsel may submit a letter to the Court explaining its basis for that position for the Court's consideration. The Clerk is respectfully directed to terminate Dkt. 43 in New Concept Energy, Inc. v. Gentile, No. 18-cv-8896 and Dkt. 51 in Avalon Holdings Corp. v. Gentile, et al., No. 18-cv-7291. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 1/27/2020) Copies transmitted this date to all counsel of record. (mml) (Entered: 01/27/2020) |
| 01/27/2020 | | Set/Reset Deadlines: Amended Pleadings due by 2/20/2020. Joinder of Parties due by 2/20/2020. (mml) (Entered: 02/10/2020) |
| 02/10/2020 | 53 | PROPOSED PROTECTIVE ORDER. Document filed by Avalon Holdings Corporation. (Tauber, Miriam) (Entered: 02/10/2020) |
| 02/11/2020 | 54 | STIPULATED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material... (Signed by Magistrate Judge Robert W. Lehrburger on 2/11/2020) (mml) (Entered: 02/11/2020) |
| 04/12/2020 | 55 | LETTER MOTION for Conference addressed to Magistrate Judge Robert W. Lehrburger from David Lopez dated April 12, 2020. Document filed by Avalon Holdings Corporation..(Lopez, David) (Entered: 04/12/2020) |
| 04/15/2020 | 56 | LETTER RESPONSE to Motion addressed to Magistrate Judge Robert W. Lehrburger from Danielle McLaughlin dated April 15, 2020 re: 55 LETTER MOTION for Conference addressed to Magistrate Judge Robert W. Lehrburger from David Lopez dated April 12, 2020. . Document filed by Guy Gentile, MintBroker International, Ltd.. (Attachments: # 1 Exhibit Exhibit 1 to April Letter Response, # 2 Exhibit Exhibit 2 to April Letter Response).(McLaughlin, Danielle) (Entered: 04/15/2020) |
| 04/16/2020 | 57 | ORDER granting 48 Letter Motion for Conference; granting 55 Letter Motion for Conference. The Court hereby schedules a telephonic conference in the above-captioned cases to take place on April 23, 2020 at 10:00 a.m. The parties shall call the |

| | | |
|---|---|---|
| | | teleconference line at (888) 398-2342 and enter pass code 9543348. SO ORDERED. Telephone Conference set for 4/23/2020 at 10:00 AM before Magistrate Judge Robert W. Lehrburger. (Signed by Magistrate Judge Robert W. Lehrburger on 4/16/2020) (mml) (Entered: 04/16/2020) |
| 04/23/2020 | 58 | ORDER: For the reasons stated on the record during a telephonic conference held on April 23, 2020: 1. By May 1, 2020, Defendants shall serve amended responses to Plaintiffs' First and Second Interrogatories. 2. By May 1, 2020, each party shall produce to the other any discovery they have received from third-parties but have not yet produced. Plaintiffs' request to share out-of-pocket costs for third-party discovery is denied without prejudice. 3. By May 6, 2020, Defendants shall provide to Plaintiffs a proposed stipulation concerning payments/receipts for transactions involving Defendant MintBroker during the relevant time period. 4. Defendants' request for a stay of discovery is denied. 5. The deadline for completion of fact discovery to June 22, 2020. Subsequent dates are extended commensurately. 6. In light of the COVID-19 pandemic, the parties are strongly encouraged to conduct depositions remotely. SO ORDERED. ( Fact Discovery due by 6/22/2020.) (Signed by Magistrate Judge Robert W. Lehrburger on 4/23/2020) (va) (Entered: 04/23/2020) |
| 04/23/2020 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Telephone Conference held on 4/23/2020 at 10:00 a.m. (rsh) (Entered: 05/06/2020) |
| 05/06/2020 | 59 | JOINT LETTER MOTION for Extension of Time to File *Stipulation re payments/receipts from MintBroker trades (as ordered by the Court)* addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated May 6, 2020. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 05/06/2020) |
| 05/06/2020 | 60 | ORDER granting 59 Letter Motion for Extension of Time to File. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 5/6/2020) (mml) (Entered: 05/07/2020) |
| 05/13/2020 | 61 | PROPOSED STIPULATION AND ORDER. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 05/13/2020) |
| 05/14/2020 | 62 | JOINT STIPULATION AS TO CERTAIN FACTS FOR PURPOSES OF SUMMARY JUDGMENT: Plaintiffs Avalon Holdings Corporation ("Avalon") and New Concept Energy, Inc. ("New Concept"), together with Defendants Guy Gentile ("Gentile") and Mintbroker International, Inc. ("Mintbroker"), hereby stipulate and agree as to the following facts: 1. Account #I1043365 was a proprietary trading account held by MintBroker at Interactive Brokers ("Interactive") and it served as the "Master Account" for two proprietary subaccounts: (i)Account #UL1043811; and (ii) Account #US1043812 (the "Trading Accounts"), and as further set forth in this stipulation. (Signed by Magistrate Judge Robert W. Lehrburger on 5/14/2020) (jwh) (Entered: 05/14/2020) |
| 06/17/2020 | 63 | FIRST LETTER MOTION for Extension of Time to Complete Discovery *On Behalf Of All Parties* addressed to Magistrate Judge Robert W. Lehrburger from David Lopez dated June 17, 2020. Document filed by Avalon Holdings Corporation..(Lopez, David) (Entered: 06/17/2020) |
| 06/17/2020 | 64 | ORDER granting 63 Letter Motion for Extension of Time to Complete Discovery. SO ORDERED. Discovery due by 6/29/2020. (Signed by Magistrate Judge Robert W. Lehrburger on 6/17/2020) (mml) (Entered: 06/18/2020) |
| 07/07/2020 | 65 | JOINT LETTER addressed to Magistrate Judge Robert W. Lehrburger from Danielle McLaughlin dated July 7, 2020 re: Briefing Schedule. Document filed by Guy Gentile, MintBroker International, Ltd...(McLaughlin, Danielle) (Entered: 07/07/2020) |

**A-11**

| 07/16/2020 | 66 | FIRST LETTER addressed to Magistrate Judge Robert W. Lehrburger from David Lopez dated July 16, 2020 re: Settlement Conference. Document filed by Avalon Holdings Corporation..(Lopez, David) (Entered: 07/16/2020) |
|---|---|---|
| 07/16/2020 | 67 | MEMO ENDORSEMENT on re: (66 in 1:18-cv-07291-VSB-RWL) Letter filed by Avalon Holdings Corporation, (59 in 1:18-cv-08896-VSB-RWL) Letter filed by New Concept Energy, Inc. ENDORSEMENT: In light of this joint report, the Court believes it best to schedule a settlement conference to take place after summary judgment is fully briefed. The parties shall cooperate with my Courtroom Deputy to schedule a suitable date. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 7/16/2020) (mml) (Entered: 07/16/2020) |
| 07/17/2020 | 68 | MEMO ENDORSEMENT on re: (58 in 1:18-cv-08896-VSB-RWL) Letter filed by Guy Gentile, MintBroker International, Ltd., (65 in 1:18-cv-07291-VSB-RWL) Letter filed by Guy Gentile, MintBroker International, Ltd. ENDORSEMENT: SO ORDERED. (Motions due by 8/7/2020, Responses due by 9/14/2020, Replies due by 9/25/2020.) (Signed by Magistrate Judge Robert W. Lehrburger on 7/17/2020) (mml) (Entered: 07/17/2020) |
| 08/05/2020 | 69 | FIRST LETTER MOTION for Extension of Time , *Filing Schedule for Motions For Summary Judgment* addressed to Magistrate Judge Robert W. Lehrburger from David Lopez dated August 5, 2020. Document filed by Avalon Holdings Corporation..(Lopez, David) (Entered: 08/05/2020) |
| 08/05/2020 | 70 | ORDER granting 69 Letter Motion for Extension of Time. SO ORDERED. Motions due by 8/10/2020. (Signed by Magistrate Judge Robert W. Lehrburger on 8/05/2020) (ama) (Entered: 08/05/2020) |
| 08/05/2020 | | Set/Reset Deadlines: Responses due by 9/17/2020 Replies due by 9/28/2020. (ama) (Entered: 08/05/2020) |
| 08/10/2020 | 71 | MOTION for Summary Judgment . Document filed by Guy Gentile, MintBroker International, Ltd...(McLaughlin, Danielle) (Entered: 08/10/2020) |
| 08/10/2020 | 72 | MEMORANDUM OF LAW in Support re: 71 MOTION for Summary Judgment . . Document filed by Guy Gentile, MintBroker International, Ltd...(McLaughlin, Danielle) (Entered: 08/10/2020) |
| 08/10/2020 | 73 | RULE 56.1 STATEMENT. Document filed by Guy Gentile, MintBroker International, Ltd...(McLaughlin, Danielle) (Entered: 08/10/2020) |
| 08/10/2020 | 74 | DECLARATION of Danielle McLaughlin in Support re: 71 MOTION for Summary Judgment .. Document filed by Guy Gentile, MintBroker International, Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9-1, # 10 Exhibit 9-2, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29).(McLaughlin, Danielle) (Entered: 08/10/2020) |
| 08/11/2020 | 75 | MOTION for Summary Judgment . Document filed by Avalon Holdings Corporation.. (Tauber, Miriam) (Entered: 08/11/2020) |
| 08/11/2020 | 76 | MEMORANDUM OF LAW in Support re: 75 MOTION for Summary Judgment . . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 08/11/2020) |

A-12

| 08/11/2020 | 77 | RULE 56.1 STATEMENT. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 08/11/2020) |
|---|---|---|
| 08/11/2020 | 78 | AFFIDAVIT of Miriam Tauber (Attorney for Plaintiff) in Support re: 75 MOTION for Summary Judgment .. Document filed by Avalon Holdings Corporation. (Attachments: # 1 Exhibit Ex A Gentile Dep Tr Exhibit, # 2 Exhibit Ex B Avalon Stip, # 3 Exhibit Ex C Interactive Deposition Exhibit, # 4 Exhibit Ex D AWX UL Exhibit, # 5 Exhibit Ex E US AWX Exhibit, # 6 Exhibit Ex F AWX 13D Gentile Exhibit 2, # 7 Exhibit Ex G AWX BATES EXHIBIT, # 8 Exhibit Ex H AWX Interactive transactions Exhibit, # 9 Exhibit Ex I Yahoo AWX Exhibit, # 10 Exhibit Ex J Ricco - gentile paper, # 11 Exhibit Ex K Close Out Email Gentile Exhibit 13, # 12 Exhibit Ex L Deltec Bank Exhibit 14 Gentile, # 13 Exhibit Ex M - Profic Calc Exhibit, # 14 Exhibit Ex N Tribune article exhibit, # 15 Exhibit Ex O Reg SHO, # 16 Exhibit Ex P Key Points About Regulation SHO).(Tauber, Miriam) (Entered: 08/11/2020) |
| 09/15/2020 | 79 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Danielle McLaughlin dated September 15, 2020 re: Extension of Deadlines. Document filed by Guy Gentile, MintBroker International, Ltd...(McLaughlin, Danielle) (Entered: 09/15/2020) |
| 09/15/2020 | 80 | MEMO ENDORSEMENT on re: (79 in 1:18-cv-07291-VSB-RWL) Letter filed by Guy Gentile, MintBroker International, Ltd., (72 in 1:18-cv-08896-VSB-RWL) Letter filed by Guy Gentile, MintBroker International, Ltd.. ENDORSEMENT: SO ORDERED. ( Responses due by 9/21/2020, Replies due by 10/1/2020.) (Signed by Magistrate Judge Robert W. Lehrburger on 9/15/2020) (kv) (Entered: 09/15/2020) |
| 09/20/2020 | 81 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 80 Memo Endorsement, Set Deadlines,, addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated September 20, 2020. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 09/20/2020) |
| 09/21/2020 | 82 | ORDER granting 81 Letter Motion for Extension of Time to File Response/Reply. SO ORDERED. Responses due by 9/23/2020 Replies due by 10/5/2020. (Signed by Magistrate Judge Robert W. Lehrburger on 9/21/2020) (mml) (Entered: 09/21/2020) |
| 09/23/2020 | 83 | MEMORANDUM OF LAW in Opposition re: 75 MOTION for Summary Judgment . . Document filed by Guy Gentile..(McLaughlin, Danielle) (Entered: 09/23/2020) |
| 09/23/2020 | 84 | RULE 56.1 STATEMENT. Document filed by Guy Gentile..(McLaughlin, Danielle) (Entered: 09/23/2020) |
| 09/23/2020 | 85 | DECLARATION of Danielle McLaughlin in Opposition re: 75 MOTION for Summary Judgment .. Document filed by Guy Gentile. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2). (McLaughlin, Danielle) (Entered: 09/23/2020) |
| 09/24/2020 | 86 | MEMORANDUM OF LAW in Opposition re: 71 MOTION for Summary Judgment . . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 09/24/2020) |
| 09/24/2020 | 87 | COUNTER STATEMENT TO 73 Rule 56.1 Statement. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 09/24/2020) |
| 09/24/2020 | 88 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 71 MOTION for Summary Judgment . *Request for acceptance of opp. filed w/in 1 hour of deadline* addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated September 24, 2020. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 09/24/2020) |

A-13

| | | |
|---|---|---|
| 09/25/2020 | 89 | ORDER granting 88 Letter Motion for Extension of Time to File Response/Reply. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 9/25/2020) (mml) (Entered: 09/25/2020) |
| 10/05/2020 | 90 | REPLY MEMORANDUM OF LAW in Support re: 71 MOTION for Summary Judgment . . Document filed by Guy Gentile, MintBroker International, Ltd...(McLaughlin, Danielle) (Entered: 10/05/2020) |
| 10/05/2020 | 91 | REPLY MEMORANDUM OF LAW in Support re: 75 MOTION for Summary Judgment . . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 10/05/2020) |
| 10/21/2021 | 92 | LETTER addressed to Judge Vernon S. Broderick from Miriam Tauber (Attorney for Plaintiff) dated October 21, 2021 re: Status Reminder re: Pending Motions for Summary Judgment. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 10/21/2021) |
| 10/26/2021 | 93 | TRANSCRIPT of Proceedings re: status conference held on 1/22/2020 before Magistrate Judge Robert W. Lehrburger. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/16/2021. Redacted Transcript Deadline set for 11/26/2021. Release of Transcript Restriction set for 1/24/2022..(ks) (Entered: 10/26/2021) |
| 10/26/2021 | 94 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a status conference proceeding held on 1/22/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(ks) (Entered: 10/26/2021) |
| 10/26/2021 | 95 | TRANSCRIPT of Proceedings re: telephone conference held on 4/23/2020 before Magistrate Judge Robert W. Lehrburger. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/16/2021. Redacted Transcript Deadline set for 11/26/2021. Release of Transcript Restriction set for 1/24/2022..(ks) (Entered: 10/26/2021) |
| 10/26/2021 | 96 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a telephone conference proceeding held on 4/23/2020 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(ks) (Entered: 10/26/2021) |
| 04/08/2022 | 97 | OPINION AND ORDER re: 75 MOTION for Summary Judgment . filed by Avalon Holdings Corporation, 71 MOTION for Summary Judgment . filed by Guy Gentile, MintBroker International, Ltd. Therefore, Defendants are strictly liable under § 16(b). As the parties still dispute the amount of profits Defendants earned, including the exact period of time that Defendants were more-than-10% beneficial owners, as well as the calculation of damages, I will refer this case to Judge Lehrburger for an inquest on damages. For reasons above, Plaintiff Avalon's motion for summary judgment is hereby GRANTED. Plaintiff New Concept's motion for summary judgment is also GRANTED. |

A-14

| | | |
|---|---|---|
| | | Defendants' cross-motions for summary judgment are DENIED. The Clerk of Court is respectfully direct to close all open motions in the two cases. SO ORDERED. (Signed by Judge Vernon S. Broderick on 4/8/2022) (kv) (Entered: 04/08/2022) |
| 04/08/2022 | 98 | AMENDED ORDER OF REFERENCE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Inquest After Default/Damages Hearing. Referred to Magistrate Judge Robert W. Lehrburger. (Signed by Judge Vernon S. Broderick on 4/8/2022) (kv) (Entered: 04/08/2022) |
| 04/08/2022 | 99 | ORDER: This matter has been referred to me for inquest on damages following grant of summary judgment to Plaintiffs. Accordingly, by May 9, 2022, Plaintiff shall file a brief and affidavit support setting forth the damages claimed and the legal and factual bases for that determination. By May 30, 2022, Defendants shall file a response, if any. By June 13, 2022, Plaintiff may file a reply, if any. SO ORDERED. Copies transmitted this date to all counsel of record. (Brief due by 5/9/2022. Reply to Response to Brief due by 6/13/2022. Responses to Brief due by 5/30/2022.) (Signed by Magistrate Judge Robert W. Lehrburger on 4/8/2022) (mnl) (Entered: 04/08/2022) |
| 05/09/2022 | 100 | MOTION for Judgment . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 05/09/2022) |
| 05/09/2022 | 101 | MEMORANDUM OF LAW in Support re: 100 MOTION for Judgment . . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 05/09/2022) |
| 05/09/2022 | 102 | AFFIDAVIT of David Lopez (Attorney for Plaintiff) in Support re: 100 MOTION for Judgment .. Document filed by Avalon Holdings Corporation. (Attachments: # 1 Exhibit 1 - SEC Filings Excerpt, # 2 Exhibit 2 - PreJudgment Interest Calculation).(Tauber, Miriam) (Entered: 05/09/2022) |
| 05/20/2022 | 103 | LETTER MOTION for Discovery *leave to introduce newly obtained evidence, to extend the briefing schedule, and to request a plenary hearing* addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford (attorney for Guy Gentile) dated May 20, 2022. Document filed by Guy Gentile. (Attachments: # 1 Affidavit of Edward Cooper, # 2 Affidavit of Guy Gentile, # 3 Affidavit of Michael C. Miller, # 4 Affidavit of Stephen Darville, # 5 Affidavit of Joseph Leo Ely III, # 6 Affidavit of Antonio S. Collie, # 7 Affidavit of Robert Christian).(Ford, Adam) (Entered: 05/20/2022) |
| 05/25/2022 | 104 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Robert W. Lehrburger from David Lopez dated May 25, 2022 re: 103 LETTER MOTION for Discovery *leave to introduce newly obtained evidence, to extend the briefing schedule, and to request a plenary hearing* addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford (attorney for Guy Gentile) dated Ma . Document filed by Avalon Holdings Corporation. (Attachments: # 1 Exhibit Transcript of Conference, 1-22-2020, # 2 Exhibit Gentile Deposition Excerpt).(Tauber, Miriam) (Entered: 05/25/2022) |
| 05/26/2022 | 105 | NOTICE of Hearing: Discovery Hearing set for 6/6/2022 at 2:00 PM before Magistrate Judge Robert W. Lehrburger. This conference will be conducted via telephone. Parties shall call the teleconference number at (888)-398-2342, and enter access code 9543348. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. (rsh) (Entered: 05/26/2022) |
| 05/26/2022 | 106 | NOTICE OF APPEARANCE by Matthew Aaron Ford on behalf of Guy Gentile, MintBroker International, Ltd...(Ford, Matthew) (Entered: 05/26/2022) |
| 05/30/2022 | 107 | MEMORANDUM OF LAW in Opposition re: 100 MOTION for Judgment . . Document filed by Guy Gentile. (Attachments: # 1 Exhibit Affidavit of Guy Gentile, # 2 Exhibit Affidavit of Michael Miller, # 3 Exhibit Affidavit of Antonio Collie, # 4 Exhibit Affidavit of Stephen Darville, # 5 Exhibit Affidavit of Robert Christian, # 6 Exhibit Report by |

A-15

| | | |
|---|---|---|
| | | Robert Christian, # 7 Exhibit Report by Beresford, # 8 Exhibit Deposition Transcript of Guy Gentile, # 9 Exhibit Affidavit of Joseph Ely).(Ford, Adam) (Entered: 05/30/2022) |
| 06/03/2022 | 108 | LETTER MOTION to Adjourn Conference *pending subimssion of Plaintiffs' Reply Brief* addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated June 3, 2022. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 06/03/2022) |
| 06/04/2022 | 109 | ORDER denying 108 Letter Motion to Adjourn Conference. (Signed by Magistrate Judge Robert W. Lehrburger on 6/4/2022) (rsh) (Entered: 06/04/2022) |
| 06/06/2022 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Discovery Hearing held on 6/6/2022 at 2:00 p.m. (rsh) (Entered: 06/06/2022) |
| 06/20/2022 | 110 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 100 MOTION for Judgment ., Discovery Hearing addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated June 20, 2022. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 06/20/2022) |
| 06/21/2022 | 111 | ORDER granting 110 Letter Motion for Extension of Time to File Response/Reply re 110 CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 100 MOTION for Judgment ., Discovery Hearing addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated June 20, 2022. SO ORDERED. Replies due by 6/22/2022. (Signed by Magistrate Judge Robert W. Lehrburger on 6/21/2022) (ate) (Entered: 06/21/2022) |
| 06/23/2022 | 112 | REPLY MEMORANDUM OF LAW in Support re: 100 MOTION for Judgment . . Document filed by Avalon Holdings Corporation. (Attachments: # 1 Exhibit Ex 1 - Gentile Dep. Tr., # 2 Exhibit Ex 2 - 4.23.2020 Conf Tr., # 3 Exhibit Ex 3 - Investopedia definition, # 4 Exhibit Ex 4 - Stip Correspondence, # 5 Exhibit Ex 5 - RFA Responses, # 6 Exhibit Ex 6 - Bahamas letter).(Tauber, Miriam) (Entered: 06/23/2022) |
| 06/23/2022 | 113 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford dated June 23, 2022 re: Permission to File Sur-Reply. Document filed by Guy Gentile..(Ford, Adam) (Entered: 06/23/2022) |
| 06/27/2022 | 114 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/6/2022 before Magistrate Judge Robert W. Lehrburger. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/18/2022. Redacted Transcript Deadline set for 7/28/2022. Release of Transcript Restriction set for 9/26/2022. (js) (Entered: 06/27/2022) |
| 06/27/2022 | 115 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 6/6/2022 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(js) (Entered: 06/27/2022) |
| 06/27/2022 | 116 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated June 27, 2022 re: Opposition to Defendants' Request to File Sur-Reply. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 06/27/2022) |

A-16

| | | |
|---|---|---|
| 06/28/2022 | 117 | MEMO ENDORSEMENT on re: (113 in 1:18-cv-07291-VSB-RWL) Letter filed by Guy Gentile, (103 in 1:18-cv-08896-VSB-RWL) Letter filed by Guy Gentile. ENDORSEMENT: Defendant's request to file a short sur-reply is granted. The sur-reply shall be no longer than 5 pages (double-spaced) and shall be filed by July 6, 2022. The Court plans to schedule a hearing and a conference in advance to discuss the hearing. SO ORDERED. (Surreplies due by 7/6/2022.) (Signed by Magistrate Judge Robert W. Lehrburger on 6/28/2022) (mml) (Entered: 06/28/2022) |
| 07/06/2022 | 118 | RESPONSE to Motion re: 100 MOTION for Judgment . *Sur-Reply In Support of Gentiles Opposition to Plaintiffs' Memo and Reply*. Document filed by Guy Gentile..(Ford, Adam) (Entered: 07/06/2022) |
| 08/12/2022 | 119 | NOTICE of Conference: The Court will hold a conference with counsel on Wednesday, September 7, 2022 at 2:30pm in Courtroom 18D, 500 Pearl Street. The purpose of the conference is to discuss plans for an inquest hearing. The parties shall meet and confer, and, at least five days before the conference, shall submit a proposed pre-hearing plan providing: (1) a list of the witnesses the parties anticipate calling to offer testimony and whether any witness testimony should be accepted by affidavit, (2) a list of the parties anticipated exhibits, (3) any pre-hearing disputes or issues that need to be addressed, (4) proposed length of opening statements, if any, and (5) estimated length of the hearing. The Court anticipates the hearing will address the following issues (1) client vs. non-client trades, and (2) the extent to which Defendants could and should have obtained and produced the recently-produced Mintbroker records at an earlier time. (HEREBY ORDERED by Magistrate Judge Robert W. Lehrburger) (Text Only Order) (Talmage, Mariel) (Entered: 08/12/2022) |
| 08/15/2022 | 120 | ORDER: NOTICE of Conference: The Court will hold a conference with counsel on Wednesday, September 7, 2022 at 2:30pm in Courtroom 18D, 500 Pearl Street. The purpose of the conference is to discuss plans for an inquest hearing. The parties shall meet and confer, and, at least five days before the conference, shall submit a proposed pre-hearing plan providing: (1) a list of the witnesses the parties anticipate calling to offer testimony and whether any witness testimony should be accepted by affidavit, (2) a list of the parties anticipated exhibits, (3) any pre-hearing disputes or issues that need to be addressed, (4) proposed length of opening statements, if any, and (5) estimated length of the hearing. The Court anticipates the hearing will address the following issues: (1) client vs. non-client trades, and (2) the extent to which Defendants could and should have obtained and produced the recently-produced Mintbroker records at an earlier time. SO ORDERED. Case Management Conference set for 9/7/2022 at 02:30 PM in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. (Signed by Magistrate Judge Robert W. Lehrburger on 8/15/2022) (mml) (Entered: 08/15/2022) |
| 08/17/2022 | | NOTICE OF CASE REASSIGNMENT to Judge Denise L. Cote. Judge Vernon S. Broderick is no longer assigned to the case. (aea) (Entered: 08/17/2022) |
| 09/02/2022 | 121 | JOINT PRE-CONFERENCE STATEMENT . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 09/02/2022) |
| 09/07/2022 | 122 | ORDER: As discussed at the conference on September 7, 2022: The parties shall meet and confer and by September 14, 2022 shall submit a proposed schedule for supplemental discovery on damages. The proposal should address both fact discovery and expert discovery. (Signed by Magistrate Judge Robert W. Lehrburger on 9/7/2022) (mml) Modified on 9/8/2022 (mml). (Entered: 09/07/2022) |
| 09/07/2022 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Case Management Conference held on 9/7/2022 at 3:30 p.m. (rsh) (Entered: 09/08/2022) |

A-17

| 09/14/2022 | 123 | JOINT PRE-CONFERENCE STATEMENT *Re Proposed Discovery Plan for Damages Inquest Hearing.* Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 09/14/2022) |
|---|---|---|
| 09/14/2022 | 124 | JOINT PRE-CONFERENCE STATEMENT *Re Proposed Discovery Plan for Damages Inquest Hearing -- CORRECTED Letter filed at Dkt#123.* Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 09/14/2022) |
| 09/15/2022 | 125 | ORDER: This order concerns the incomplete joint discovery plan filed by the parties on September 14, 2022 at Dkt. 124 in 18-CV-7291 and Dkt. 113 in 18-CV-8896. 1. The parties need to do better in meeting and conferring sufficiently in advance so as to be able to comply with deadlines for joint filings. Waiting until the eve a joint filing is due to specify a request (or, if there is any doubt from the other side, for that side to say so) is not sufficient. 2. The parties must meet and confer about the documents requested by Plaintiffs. It will not be sufficient merely for Defendant to "respond" to the requests within one week. Rather, Defendant must take the initiative to further meet and confer with Plaintiff about the document requests, and both parties must take the initiative to fully complete their deliberations and submit a revised joint discovery plan that, with respect to the documents issue, indicates if the parties have come to agreement, and, if not, their respective positions. The revised joint discovery plan shall be filed by September 21, 2022. 3. With respect to depositions, the Court presumes that "within 45 days" for Defendants' Witnesses and within 60 days for Additional Witnesses refers to periods of time measured from when the Court enters the discovery order. If the parties have a different understanding, they shall so indicate in the revised joint filing. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 9/15/2022) (mml) (Entered: 09/15/2022) |
| 09/16/2022 | 126 | LETTER MOTION for Leave to File motion to vacate the Courts April 8, 2022 summary judgment order and to dismiss all claims against MintBroker for lack of subject-matter jurisdiction. addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford (attorney for Guy Gentile) dated September 16, 2022. Document filed by Guy Gentile.. (Ford, Adam) (Entered: 09/16/2022) |
| 09/17/2022 | 127 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Robert W. Lehrburger from David Lopez (Attorney for Plaintiffs) dated September 16, 2022 re: 126 LETTER MOTION for Leave to File motion to vacate the Courts April 8, 2022 summary judgment order and to dismiss all claims against MintBroker for lack of subject-matter jurisdiction. addressed to Magistrate Judge Robert W. Lehrburger from A . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 09/17/2022) |
| 09/18/2022 | 128 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Robert W. Lehrburger from David Lopez, Esq. dated September 18, 2022 re: 126 LETTER MOTION for Leave to File motion to vacate the Courts April 8, 2022 summary judgment order and to dismiss all claims against MintBroker for lack of subject-matter jurisdiction. addressed to Magistrate Judge Robert W. Lehrburger from A *Plaintiff's Counsel.* Document filed by Avalon Holdings Corporation..(Lopez, David) (Entered: 09/18/2022) |
| 09/19/2022 | 129 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/7/2022 before Magistrate Judge Robert W. Lehrburger. Court Reporter/Transcriber: Carole Ludwig, (212) 420-0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/11/2022. Redacted Transcript Deadline set for 10/20/2022. Release of Transcript Restriction set for 12/19/2022. (js) (Entered: 09/19/2022) |

A-18

| | | |
|---|---|---|
| 09/19/2022 | 130 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/7/2022 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (js) (Entered: 09/19/2022) |
| 09/19/2022 | 131 | ORDER. The parties are advised that any further correspondence concerning Mintbroker's subject matter jurisdiction arguments and vacatur of summary judgment should be directed to Judge Cote who will resolve the issue. (HEREBY ORDERED by Magistrate Judge Robert W. Lehrburger) (Text Only Order) (Talmage, Mariel) (Entered: 09/19/2022) |
| 09/20/2022 | 132 | MOTION to Vacate 97 Memorandum & Opinion,,, ., MOTION to Dismiss for Lack of Jurisdiction . Document filed by Guy Gentile..(Ford, Matthew) (Entered: 09/20/2022) |
| 09/20/2022 | 133 | MEMORANDUM OF LAW in Support re: 132 MOTION to Vacate 97 Memorandum & Opinion,,, . MOTION to Dismiss for Lack of Jurisdiction . . Document filed by Guy Gentile. (Attachments: # 1 Affidavit Declaration of Adam C. Ford, # 2 Exhibit Ex. A, # 3 Exhibit Ex. B, # 4 Exhibit Ex. C, # 5 Exhibit Ex. D, # 6 Exhibit Ex. E).(Ford, Matthew) (Entered: 09/20/2022) |
| 09/20/2022 | 134 | NOTICE of Letter Requesting Hearing re: 132 MOTION to Vacate 97 Memorandum & Opinion,,, . MOTION to Dismiss for Lack of Jurisdiction .. Document filed by Guy Gentile..(Ford, Matthew) (Entered: 09/20/2022) |
| 09/21/2022 | 135 | JOINT PRE-CONFERENCE STATEMENT *Re Proposed Discovery Plan for Damages Inquest Hearing*. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 09/21/2022) |
| 09/21/2022 | 136 | RESPONSE to Motion re: 132 MOTION to Vacate 97 Memorandum & Opinion,,, . MOTION to Dismiss for Lack of Jurisdiction . . Document filed by Avalon Holdings Corporation. (Attachments: # 1 Appendix SEC v Mintbroker order on motion).(Tauber, Miriam) (Entered: 09/21/2022) |
| 09/23/2022 | 137 | ORDER: This order addresses certain discovery and scheduling issues related to the inquest hearing in these two related cases. (See Dkt. 125 in 18-CV-8896.) 1. Based on the parties' correspondence, Plaintiffs' request for native/Excel files has been resolved with Defendants' compliance. (See Dkt. 125 at 1.) Accordingly, this issue is moot. 2. As to the remaining documents requested by Plaintiffs (customer account statements and financial records, and certain tax forms), it is Defendants' burden to prove what portion of the Mintbroker proprietary account trades, if any, were on behalf clients rather than Mintbroker. The materials sought by Plaintiffs are material to that determination, particularly in light of the uncertainties regarding the additional documents produced by Defendants after the close of discovery (the "Post-Discovery Documents"). To the extent Defendants have possession, custody, or control over those documents, they must be produced. To the extent Defendants cannot or do not produce such documents (assuming they ever existed), Defendants will incur the appropriate evidentiary consequences, including potential preclusion from introducing the Post-Discovery Documents as evidence, as further set forth herein. 6. All documents to be produced must be produced by October 11, 2022. 7. All witnesses shall be deposed by November 14, 2022. 8. By December 12, 2022, the parties shall file a proposed pre-hearing order similar to a pre-trial order that includes: (i) a witness list (including whether they will be live or by deposition; if by deposition, the parties must designate deposition testimony and identify any portions to which the opposing party objects and the basis for the objection); (ii) an |

A-19

| | | |
|---|---|---|
| | | exhibit list (including whether the opposing party objects and the basis for the objection); and (iii) identification of any issues requiring pre-hearing resolution, and the parties' respective positions. The parties shall also indicate whether they have any particular technology needs for the hearing. 9. The Court will set a date for the inquest hearing in consultation with counsel. By October 3, 2022, the parties shall file a joint letter setting forth any "blackout" dates when they are not available for the hearing in January and February 2023. The Court plans to reserve two days for the hearing and to allow 30 minutes each for opening statements. If the parties agree that more time is necessary for either the hearing or opening statements, they shall so state in the joint letter. The Court also will schedule a date for a final pre-hearing conference to take place approximately one to two weeks before the hearing. SO ORDERED. (Deposition due by 11/14/2022.) (Signed by Magistrate Judge Robert W. Lehrburger on 9/23/2022) (mml) (Entered: 09/23/2022) |
| 09/26/2022 | 138 | MOTION to Withdraw *as Counsel for Defendant Mintbroker International, LTD*. Document filed by Guy Gentile. (Attachments: # 1 Affidavit Declaration of Matthew Ford, # 2 Exhibit JPL Order, # 3 Exhibit Certificate of Interested Parties, # 4 Exhibit Winding Up Order, # 5 Exhibit JOL Counsel Email, # 6 Exhibit Motion to Clarify Appearance, # 7 Exhibit Paperless Order Re Termination).(Ford, Adam) (Entered: 09/26/2022) |
| 09/27/2022 | 139 | ORDER denying 138 Motion to Withdraw 138 MOTION to Withdraw *as Counsel for Defendant Mintbroker International, LTD*. It is hereby ORDERED that defendant Gentile's motion to vacate judgment is denied. This Court has subject matter jurisdiction over these actions. IT IS FURTHER ORDERED that counsel's motion to withdraw as counsel for defendant MintBroker is denied unless and until substitute counsel for MintBroker files a notice of appearance. (Signed by Judge Denise L. Cote on 9/27/2022) (mml) (Entered: 09/27/2022) |
| 10/03/2022 | 140 | CONSENT LETTER addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated October 3, 2022 re: Parties' Blackout Dates for Damages Inquest Hearing. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 10/04/2022) |
| 10/04/2022 | 141 | ORDER: The Court having taken account of the parties' dates of availability, the hearing on inquest will be held on February 1-2, 2023 in Courtroom 18D, 500 Pearl Street, New York, New York 10007. A pre-hearing conference will be held at the same location on Wednesday January 18, 2023 at 10:30 a.m. SO ORDERED. Status Conference set for 1/18/2023 at 10:30 AM in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. (Signed by Magistrate Judge Robert W. Lehrburger on 10/4/2022) (mml) (Entered: 10/04/2022) |
| 10/05/2022 | 142 | NOTICE of Hearing: Inquest Hearing set for 2/1/2023 at 9:30 AM in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Inquest Hearing set for 2/2/2023 at 9:30 AM in Courtroom 18D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Robert W. Lehrburger. Parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices. (rsh) (Entered: 10/05/2022) |
| 10/06/2022 | 143 | LETTER MOTION for Leave to File Motion for Issuance of Letters Rogatory addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford (attorney for Guy Gentile) dated October 6, 2022. Document filed by Guy Gentile. (Attachments: # 1 Exhibit A - Warren Gluck Emails, # 2 Exhibit B - Darville Declaration, # 3 Exhibit C - JOL Report). (Ford, Adam) (Entered: 10/06/2022) |
| 10/13/2022 | 144 | ORDER granting 143 Letter Motion for Leave to File Document. Defendant Gentile's application at Dkt. 133 in 18-CV-8896 and Dkt. 143 in 18-CV- 7291 is GRANTED. |

**A-20**

| | | |
|---|---|---|
| | | Gentile may proceed with his proposed motion for issuance of letters rogatory. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 10/13/2022) (mml) (Entered: 10/13/2022) |
| 10/13/2022 | 145 | ***STRICKEN DOCUMENT. Document number 145 has been stricken from the case record. The document was stricken from this case pursuant to 161 Order . SUGGESTION OF BANKRUPTCY upon the record as to Mintbroker (letter w/appendix filed by Plaintiff's counsel as a professional courtesy to counsel to the liquidators appointed by the Supreme Court of the Bahamas) . Document filed by Avalon Holdings Corporation (Attachments: # 1 Appendix Appx A - Davis letter, # 2 Appendix Appx B - TPC, # 3 Appendix Appx C - filings).(Tauber, Miriam) Modified on 11/10/2022 (yv). (Entered: 10/13/2022) |
| 10/13/2022 | 146 | MOTION for Issuance of Letters Rogatory as to Mintbroker in Bahamas . Document filed by Guy Gentile, MintBroker International, Ltd.. (Attachments: # 1 Exhibit A - Letter Rogatory, # 2 Exhibit A-1 - Document Requests, # 3 Exhibit B - Warren Gluck Emails, # 4 Exhibit C - Darville Declaration, # 5 Exhibit D - JOL Emails, # 6 Exhibit E - JOL Report).(Ford, Adam) (Entered: 10/13/2022) |
| 10/14/2022 | 147 | ORDER. Plaintiffs shall file their response to Gentile's motion for issuance of letters rogatory by October 21, 2022. Gentile should not file a reply unless requested by the Court. (HEREBY ORDERED by Magistrate Judge Robert W. Lehrburger) (Text Only Order) (Talmage, Mariel) (Entered: 10/14/2022) |
| 10/14/2022 | 148 | SUPPLEMENTAL LETTER addressed to Magistrate Judge Robert W. Lehrburger from David Lopez (Attorney for Plaintiff) dated October 14, 2022 re: Mintbroker Suggestion of Bankruptcy. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 10/14/2022) |
| 10/17/2022 | 149 | RESPONSE to Motion re: 146 MOTION for Issuance of Letters Rogatory as to Mintbroker in Bahamas . . Document filed by Avalon Holdings Corporation. (Attachments: # 1 Appendix Appx A - JOL letter).(Tauber, Miriam) (Entered: 10/17/2022) |
| 10/18/2022 | 150 | ORDER granting 146 Motion for Issuance of Letters Rogatory. This order resolves Defendant Guy Gentile's motion for issuance of letters rogatory at Dkt. 146 in 18-CV-7291 and Dkt. 136 in 18-CV-8896. Plaintiffs neither support nor oppose. (See 18-CV-7291 Dkt. 149 at 4.) The Court agrees with Plaintiffs that Gentile has created a contradictory record regarding what documents existed at any time, what he possessed at any particular time, and what documents Mintbroker does or does not have. Nonetheless, given the Court's previous orders regarding whether or not Defendants will be able to submit certain information into evidence for inquest based on what documents they produce, equity favors granting Gentile's motion. Further, Plaintiffs' response to the motion is premised in part on the assumption that Gentile necessarily kept copies of certain documents provided to Mintbroker and on hearsay that the only responsive documents in the Joint Provision Liquidators' possession are documents previously provided by Gentile to them. Accordingly, the Court GRANTS Gentile's motion and will issue a separate order for letters rogatory. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 10/18/2022) (mml) (Entered: 10/18/2022) |
| 10/18/2022 | 151 | ORDER: The Appropriate Judicial Authority of The Commonwealth of The Bahamas is requested to serve the above-mentioned Subpoena, requesting the documents identified in Exhibit A-1, by personal service into the hands of a director, managing agent or other person authorized to accept service or in any manner of service consistent with the laws of The Commonwealth of The Bahamas (the "Bahamas"), as further set forth. This Court expresses its willingness to provide similar assistance to the Appropriate Judicial Authority of The Commonwealth of The Bahamas under appropriate circumstances and in appropriate instances. This Court is willing to assist the Appropriate Judicial Authority |

| | | |
|---|---|---|
| | | in The Commonwealth of The Bahamas for any reasonable and necessary costs incurred in executing this request of judicial assistance. (Signed by Magistrate Judge Robert W. Lehrburger on 10/18/2022) (mml) Transmission to Orders and Judgments Clerk for processing. (Entered: 10/18/2022) |
| 10/19/2022 | 152 | MOTION to Strike Document No. 145 . Document filed by Guy Gentile, MintBroker International, Ltd...(Ford, Adam) (Entered: 10/19/2022) |
| 10/19/2022 | 153 | MEMORANDUM OF LAW in Support re: 152 MOTION to Strike Document No. 145 . . Document filed by Guy Gentile, MintBroker International, Ltd...(Ford, Adam) (Entered: 10/19/2022) |
| 10/19/2022 | 154 | DECLARATION of Adam C. Ford in Support re: 152 MOTION to Strike Document No. 145 .. Document filed by Guy Gentile, MintBroker International, Ltd.. (Attachments: # 1 Exhibit A - Order for Appointment of Provisional Liquidator, # 2 Exhibit B - Winding Up Order, # 3 Exhibit C - 9/27/22 Order, # 4 Exhibit D - First Report of Joint Liquidators, # 5 Exhibit E - 10/13/22 Email from Gluck, # 6 Exhibit F - Notice of Change of Information Disclosure Statement with Transmittal Email, # 7 Exhibit G - Notice of 10/13/22 ECF Filing, # 8 Exhibit H - 10/14/22 Email from Alexander Shapiro).(Ford, Adam) (Entered: 10/19/2022) |
| 10/21/2022 | 155 | NOTICE OF APPEARANCE by Alexander Herman Shapiro on behalf of Guy Gentile, MintBroker International, Ltd...(Shapiro, Alexander) (Entered: 10/21/2022) |
| 11/02/2022 | 156 | LETTER MOTION to Compel Defendants/Robert Christian to Appear for Additional 1 Hr of Deposition Questioning addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated November 2, 2022. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 11/02/2022) |
| 11/03/2022 | 157 | AFFIDAVIT of David Lopez in Opposition re: 152 MOTION to Strike Document No. 145 .. Document filed by Avalon Holdings Corporation..(Lopez, David) (Entered: 11/03/2022) |
| 11/03/2022 | 158 | MEMORANDUM OF LAW in Opposition re: 152 MOTION to Strike Document No. 145 . . Document filed by Avalon Holdings Corporation..(Lopez, David) (Entered: 11/03/2022) |
| 11/03/2022 | 159 | AFFIRMATION of David Lopez in Opposition re: 152 MOTION to Strike Document No. 145 .. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 11/03/2022) |
| 11/09/2022 | 160 | REPLY MEMORANDUM OF LAW in Support re: 152 MOTION to Strike Document No. 145 . . Document filed by Guy Gentile, MintBroker International, Ltd...(Ford, Adam) (Entered: 11/09/2022) |
| 11/09/2022 | 161 | ORDER granting 152 Motion to Strike docket entry and document 152 MOTION to Strike Document No. 145 . filed by Guy Gentile, MintBroker International, Ltd., 145 Suggestion of Bankruptcy, filed by Avalon Holdings Corporation from the record. It is hereby ORDERED that the defendants' motion to strike is granted. (Signed by Judge Denise L. Cote on 11/9/22) (yv) (Entered: 11/10/2022) |
| 11/11/2022 | 163 | ORDER: granting 156 Letter Motion to Compel. No opposition having been filed, and the Court having given the matter due consideration, Plaintiff's application to continue the deposition of Mr. Christian is GRANTED. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 11/11/2022) (ama) (Entered: 11/14/2022) |
| 11/12/2022 | 162 | SUGGESTION OF BANKRUPTCY upon the record as to Mintbroker International, Ltd. . Document filed by Avalon Holdings Corporation.(Lopez, David) (Entered: 11/12/2022) |

A-22

| | | |
|---|---|---|
| 11/14/2022 | 164 | LETTER MOTION for Leave to File Motion for Issuance of Letters Rogatory addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford (attorney for Guy Gentile) dated November 14, 2022. Document filed by Guy Gentile, MintBroker International, Ltd...(Ford, Adam) (Entered: 11/14/2022) |
| 11/14/2022 | 165 | ORDER with respect to 164 Letter Motion for Leave to File Document. By November 16, 2022, defense counsel shall file a letter explaining why the application for letters rogatory for the deposition of Mr. Darville was not made until the last day that depositions were to be taken. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 11/14/2022) (mml) (Entered: 11/14/2022) |
| 11/15/2022 | 166 | LETTER addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford (attorney for Guy Gentile) dated November 14, 2022 re: Response to Court's November 14, 2022 Order seeking an explanation regarding Defendants' application for letters rogatory. Document filed by Guy Gentile, MintBroker International, Ltd.. (Attachments: # 1 Exhibit Darville Emails, # 2 Exhibit Text Messages, # 3 Exhibit 11/7 Emails).(Ford, Adam) (Entered: 11/15/2022) |
| 11/15/2022 | 167 | ORDER granting 164 Letter Motion for Leave to File Document. Request for leave granted. Gentile shall proceed with filing the application for letters rogatory for a deposition of Mr. Darville. (Signed by Magistrate Judge Robert W. Lehrburger on 11/15/2022) (rro) (Entered: 11/15/2022) |
| 11/16/2022 | 168 | ORDER: It is hereby ORDERED that these actions are temporarily stayed as to Mintbroker. IT IS FURTHER ORDERED that by November 28, 2022, the Plaintiffs and Mintbroker shall file each file a letter no longer than two pages regarding whether the stay should continue. IT IS FURTHER ORDERED that, regardless of whether these actions remain stayed as to Mintbroker, Mintbroker shall file a letter by January 13, 2023 regarding the status of the liquidation proceedings in the Bahamas. (Signed by Judge Denise L. Cote on 11/16/2022) (vfr) (Entered: 11/16/2022) |
| 11/18/2022 | 169 | MOTION for Issuance of Letters Rogatory as to Stephen Darville in Bahamas . Document filed by Guy Gentile, MintBroker International, Ltd.. (Attachments: # 1 Exhibit A - Letter Rogatory).(Ford, Adam) (Entered: 11/18/2022) |
| 11/27/2022 | 170 | ORDER. If Plaintiff has any response to Defendant's motion for issuance of letters rogatory filed on November 18, 2022, such response shall be filed no later than November 30, 2022. (HEREBY ORDERED by Magistrate Judge Robert W. Lehrburger) (Text Only Order) (Talmage, Mariel) (Entered: 11/27/2022) |
| 11/28/2022 | 171 | LETTER addressed to Judge Denise L. Cote from Adam C. Ford (attorney for Guy Gentile and MintBroker) dated November 28, 2022 re: Continuation of Stay. Document filed by Guy Gentile, MintBroker International, Ltd.. (Attachments: # 1 Exhibit A - Companies Act Excerpts, # 2 Exhibit B - Winding Up Rules Excerpt, # 3 Exhibit C - Excerpts from Companies Winding Up Amendment Act, # 4 Exhibit D - First Report of JOLs).(Ford, Adam) (Entered: 11/28/2022) |
| 11/28/2022 | 172 | LETTER addressed to Judge Denise L. Cote from David Lopez (Attorney for Plaintiffs) dated November 28, 2022 re: Stay entered with respect to Mintbroker. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 11/28/2022) |
| 11/28/2022 | 173 | LETTER RESPONSE to Motion addressed to Magistrate Judge Robert W. Lehrburger from David Lopez, Plaintiff's Attorney dated November 28, 2022 re: 169 MOTION for Issuance of Letters Rogatory as to Stephen Darville in Bahamas . *Plaintiff Neither Opposes Nor Supports.*. Document filed by Avalon Holdings Corporation..(Lopez, David) (Entered: 11/28/2022) |

| 11/28/2022 | 174 | NOTICE OF APPEARANCE by Warren Ernest Gluck on behalf of Igal Wizman, Eleanor Fisher, EY Bahamas Ltd., EY Cayman Ltd...(Gluck, Warren) (Entered: 11/28/2022) |
|---|---|---|
| 11/28/2022 | 175 | LETTER addressed to Judge Denise L. Cote from Warren E. Gluck dated November 28, 2022 re: response to this Court's order of November 16, 2022. Document filed by EY Bahamas Ltd., EY Cayman Ltd., Eleanor Fisher, Igal Wizman. (Attachments: # 1 Exhibit A - Winding Up Order).(Gluck, Warren) (Entered: 11/28/2022) |
| 11/29/2022 | 176 | ORDER granting 169 Motion for Issuance of Letters Rogatory. Defendant's motion for issuance of letters rogatory to take the deposition of Stephen Darville is granted. (HEREBY ORDERED by Magistrate Judge Robert W. Lehrburger)(Text Only Order) (Talmage, Mariel) Modified on 11/29/2022 (rsh). (Entered: 11/29/2022) |
| 11/29/2022 | 177 | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY): The United State District Court for the Southern District of New York presents its compliments to the Appropriate Judicial Authority of the Commonwealth of the Bahamas and requests international judicial assistance to effectuate service (and, if necessary, enforcement) of a subpoena to compel one of its citizens to appear and give testimony before an official authorized to take oaths in the Bahamas for use in civil proceedings before this Court in the above-captioned matters, as further set forth. As the preferred option, this Court requests that the Appropriate Judicial Authority of the Commonwealth of the Bahamas allow Plaintiffs' counsel, Miriam Tauber or David Lopez, to take the witness testimony as provided by Rule 30(b)(3) of the United States Federal Rules of Civil Procedure, and that counsel for the Defendants then be permitted to further examine the witness. In this manner, the testimony should be recorded by stenographic means. The testimony sought is expected to be delivered in English, but may be recorded with the assistance of an interpreter if necessary. This Court expresses its willingness to provide similar assistance to the Appropriate Judicial Authority of the Commonwealth of the Bahamas under appropriate circumstances and in appropriate instances. This Court is willing to assist the Appropriate Judicial Authority in the Commonwealth of the Bahamas for any reasonable and necessary costs incurred in executing this request of judicial assistance. (Signed by Magistrate Judge Robert W. Lehrburger on 11/29/2022) (mml) Transmission to Orders and Judgments Clerk for processing. (Entered: 11/29/2022) |
| 11/29/2022 | 178 | ORDER: It is hereby ORDERED that these actions are stayed as to Mintbroker. IT IS FURTHER ORDERED that Warren E. Gluck shall file a letter by April 14, 2023 regarding the status of the liquidation proceedings in the Bahamas. (Signed by Judge Denise L. Cote on 11/29/2022) (vfr) (Entered: 11/29/2022) |
| 12/05/2022 | | LETTERS ROGATORY ISSUED on December 5, 2022, and picked up by Ford O'Brien Landy LLP and to be served in the Bahamas.(km) (Entered: 12/05/2022) |
| 12/08/2022 | 179 | SUPPLEMENTAL LETTER MOTION to Compel Defendant Guy Gentile to Comply with Order to Continue Christian Deposition *(Notwithstanding Stay Entered as to Mintbroker)* addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated December 8, 2022. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 12/08/2022) |
| 12/12/2022 | 180 | JOINT LETTER MOTION for Extension of Time to File *Proposed Pre-Hearing Order* addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated December 12, 2022. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 12/12/2022) |
| 12/12/2022 | 181 | ORDER granting 180 Letter Motion for Extension of Time to File. Granted. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 12/12/2022) (mml) (Entered: 12/12/2022) |

A-24

| 12/12/2022 | 182 | LETTER MOTION to Adjourn Conference - *Damages Inquest Hearing* addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford (attorney for Guy Gentile and MintBroker) dated December 12, 2022. Document filed by Guy Gentile, MintBroker International, Ltd...(Ford, Adam) (Entered: 12/12/2022) |
|---|---|---|
| 12/12/2022 | 183 | LETTER MOTION to Stay re: 179 SUPPLEMENTAL LETTER MOTION to Compel Defendant Guy Gentile to Comply with Order to Continue Christian Deposition *(Notwithstanding Stay Entered as to Mintbroker)* addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford (attorney for Guy Gentile and MintBroker) dated December 12, 2022. Document filed by Guy Gentile, MintBroker International, Ltd... (Ford, Adam) (Entered: 12/12/2022) |
| 12/12/2022 | 184 | LETTER addressed to Judge Denise L. Cote from Warren E. Gluck dated December 12, 2022 re: clarification of this Court's order on November 29, 2022, [Doc. 178]. Document filed by EY Bahamas Ltd., EY Cayman Ltd., Eleanor Fisher, Igal Wizman..(Gluck, Warren) (Entered: 12/12/2022) |
| 12/13/2022 | 185 | MEMO ENDORSEMENT on re: 184 Letter, filed by Igal Wizman, Eleanor Fisher, EY Cayman Ltd., EY Bahamas Ltd. ENDORSEMENT: Status letter is due 4/14/23. (Signed by Judge Denise L. Cote on 12/13/2022) (vfr) (Entered: 12/13/2022) |
| 12/16/2022 | 186 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Robert W. Lehrburger from David Lopez (Attorney for Plaintiffs) dated December 16, 2022 re: 182 LETTER MOTION to Adjourn Conference - *Damages Inquest Hearing* addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford (attorney for Guy Gentile and MintBroker) dated December 12, 2022., 183 LETTER MOTION to Stay re: 179 SUPPLEMENTAL LETTER MOTION to Compel Defendant Guy Gentile to Comply with Order to Continue Christian Deposition *(Notwithstanding Stay Entered as to Mintbroker)* addressed to Magistrate Judge Robert W. L . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 12/16/2022) |
| 12/19/2022 | 187 | JOINT LETTER MOTION for Extension of Time *to submit a joint pre-hearing letter* addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford (attorney for Guy Gentile and MintBroker) dated December 19, 2022. Document filed by Guy Gentile, MintBroker International, Ltd...(Ford, Adam) (Entered: 12/19/2022) |
| 12/20/2022 | 188 | ORDER granting 187 Letter Motion for Extension of Time. Granted. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 12/20/2022) (mml) (Entered: 12/20/2022) |
| 12/21/2022 | 189 | JOINT PRELIMINARY TRIAL REPORT. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 12/21/2022) |
| 12/22/2022 | 190 | ORDER: granting 179 Letter Motion to Compel; denying 182 Letter Motion to Adjourn Conference; denying 183 Letter Motion to Stay re: 179 SUPPLEMENTAL LETTER MOTION to Compel Defendant Guy Gentile to Comply with Order to Continue Christian Deposition (Notwithstanding Stay Entered as to Mintbroker) addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney, 182 LETTER MOTION to Adjourn Conference - Damages Inquest Hearing addressed to Magistrate Judge Robert W. Lehrburger from Adam C. Ford (attorney for Guy Gentile and MintBroker) dated December 12, 2022., 183 LETTER MOTION to Stay re: 179 SUPPLEMENTAL LETTER MOTION to Compel Defendant Guy Gentile to Comply with Order to Continue Christian Deposition (Notwithstanding Stay Entered as to Mintbroker) addressed to Magistrate Judge Robert W. L. This order resolves the letter motions at Dkts. 179, 182, and 183 in 18-CV-7291, and the corresponding letter motions in 18-CV-8896.Defendant Gentile's letter motion at Dkt. 182 requests an adjournment sine die of the inquest hearing |

| | | |
|---|---|---|
| | | scheduled for February 1, 2023. The motion is denied for substantially the reasons set forth in Plaintiff's letter dated December 16, 2022. Plaintiff's letter motion at Dkt. 179 asks the Court to compel the continued deposition of Gentile's expert Mr. Christian. Gentile's motion at Dkt. 183 asks to stay the continued deposition of Mr. Christian. Plaintiff's motion is granted, and Defendant's motion is denied, for principally the reasons set forth in Plaintiff's letter dated December 16, 2022. The Clerk of Court is respectfully requested to terminate the letter motions at Dkts. 179, 182, and 183 in 18-CV-7291 and Dkts. 168, 171, and 172 in 18-CV-8896. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 12/22/2022) (ama) (Entered: 12/22/2022) |
| 12/22/2022 | | Terminate Transcript Deadlines (ama) (Entered: 12/22/2022) |
| 01/03/2023 | | NOTICE to parties: The scheduled Inquest Hearing on February 1st and 2nd, 2023, will take place in Courtroom 15 A. Parties please take note of the courtroom change. (rsh) (Entered: 01/03/2023) |
| 01/18/2023 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Status Conference held on 1/18/2023 at 10:30 a.m. (rsh) (Entered: 01/18/2023) |
| 01/18/2023 | 191 | ORDER: As discussed during the pre-hearing conference held on January 18, 2023: 1. The inquest hearing will proceed as scheduled on February 1, 2023. 2. The parties anticipate calling the following witnesses: Guy Gentile, Stephen Darville (by affidavit and deposition testimony), Robert Christian, and Brandon Beresford. 3. The parties are allotted up to 30 minutes for opening statements. 4. The parties shall deliver exhibit notebooks to chambers by January 30, 2023. 5. Motions in limine shall be filed by January 27, 2023. Responses shall be filed by January 30, 2023. SO ORDERED. (Motions due by 1/27/2023. Responses due by 1/30/2023.) (Signed by Magistrate Judge Robert W. Lehrburger on 1/18/2023) (mml) (Entered: 01/18/2023) |
| 01/27/2023 | 192 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Cara J. Filippelli to Appear Pro Hac Vice *as Counsel for Guy Gentile*. Filing fee $ 200.00, receipt number ANYSDC-27260943. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Guy Gentile..(Filippelli, Cara) Modified on 1/30/2023 (sgz). (Entered: 01/27/2023) |
| 01/27/2023 | 193 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** AFFIDAVIT of Cara J. Filippelli in Support re: 192 MOTION for Cara J. Filippelli to Appear Pro Hac Vice *as Counsel for Guy Gentile*. Filing fee $ 200.00, receipt number ANYSDC-27260943. **Motion and supporting papers to be reviewed by Clerk's Office staff.</. Document filed by Guy Gentile. (Attachments: # 1 Exhibit Certificate of Good Standing - SC Texas, # 2 Exhibit Certificate of Good Standing - Texas, # 3 Exhibit Certificate of Good Standing - Illinois, # 4 Text of Proposed Order Proposed Order).(Filippelli, Cara) Modified on 1/30/2023 (sgz). (Entered: 01/27/2023)** |
| 01/28/2023 | 194 | MOTION in Limine *To Exclude Post Discovery Documents, Expert Testimony and Reports*. Document filed by Avalon Holdings Corporation. (Attachments: # 1 Appendix App 1 - Bahamas SEC Petition, # 2 Appendix App 2 - Website disclosure, # 3 Appendix App 3 - Bahamas Commission letter, # 4 Appendix App 4 - Gentile Damages Dep. Tr., # 5 Appendix App 5 - Pl 1st Interrogatories, # 6 Appendix App 6 - Defs 1st Interrogatory Responses, # 7 Appendix App 7 - Pl 2nd Interrogatories, # 8 Appendix App 8 - Defs 2nd Interrogatory Responses, # 9 Appendix App 9 - Darville Dep. Tr., # 10 Appendix App 10 - Beresford Dep. Tr., # 11 Appendix App 11 -Christian Dep. Tr., # 12 Appendix App 12 - Christian Supp Dep. Tr., # 13 Appendix App 13 - Staff Bulletin re omnibus accounts). (Tauber, Miriam) (Entered: 01/28/2023) |
| 01/30/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 192 MOTION for Cara J. Filippelli to** |

| | | |
|---|---|---|
| | | **Appear Pro Hac Vice *as Counsel for Guy Gentile*. Filing fee $ 200.00, receipt number ANYSDC-27260943. Motion and supporting papers to be reviewed by Clerk's Office staff.</ The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Illinois 217-782-2035; Supporting Documents Filed Separately (Refile Affidavit, Correct Certificates and Proposed Order together with Motion). Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (sgz) (Entered: 01/30/2023)** |
| 01/30/2023 | 195 | MEMORANDUM OF LAW in Opposition re: 194 MOTION in Limine *To Exclude Post Discovery Documents, Expert Testimony and Reports*. . Document filed by Guy Gentile.. (Ford, Matthew) (Entered: 01/30/2023) |
| 02/01/2023 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Inquest Hearing held on 2/1/2023 at 9:30 a.m. (Court Reporter Khristine Sellin present). (rsh) (Entered: 02/02/2023) |
| 02/02/2023 | 196 | ORDER: As discussed at the conclusion of the hearing on February 2, 2023, the parties shall file post-hearing briefs as follows: Opening briefs of no more than 25 pages by March 14, 2023; Responding briefs of no more than 10 pages by March 28, 2023. SO ORDERED. (Brief due by 3/14/2023. Responses to Brief due by 3/28/2023.) (Signed by Magistrate Judge Robert W. Lehrburger on 2/2/2023) (mml) (Entered: 02/02/2023) |
| 02/02/2023 | 197 | MOTION for Cara J. Filippelli to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27290141. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Guy Gentile. (Attachments: # 1 Affidavit Affidavit, # 2 Exhibit Texas Certificate of Good Standing, # 3 Exhibit Illinois Certificate of Good Standing, # 4 Text of Proposed Order Proposed Order).(Filippelli, Cara) (Entered: 02/02/2023) |
| 02/02/2023 | | Minute Entry for proceedings held before Magistrate Judge Robert W. Lehrburger: Inquest Hearing held on 2/2/2023 at 9:30 a.m. (Court Reporter Khristine Sellin present). (rsh) (Entered: 02/03/2023) |
| 02/03/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 197 MOTION for Cara J. Filippelli to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-27290141. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz) (Entered: 02/03/2023)** |
| 02/03/2023 | 198 | ORDER granting 197 Motion for Cara J. Filippelli to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 02/03/2023) |
| 02/03/2023 | 199 | TRANSCRIPT of Proceedings re: STATUS CONFERENCE held on 1/18/2023 before Magistrate Judge Robert W. Lehrburger. Court Reporter/Transcriber: Adrienne Mignano, 92120 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/24/2023. Redacted Transcript Deadline set for 3/6/2023. Release of Transcript Restriction set for 5/4/2023. (js) (Entered: 02/03/2023) |
| 02/03/2023 | 200 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a STATUS CONFERENCE proceeding held on 1/18/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely |

**A-27**

| | | |
|---|---|---|
| | | electronically available to the public without redaction after 90 calendar days....(js) (Entered: 02/03/2023) |
| 02/03/2023 | 201 | ORDER denying as moot 100 Motion for Judgment. It is hereby ORDERED that the plaintiffs' May 9 motions are denied as moot. On April 8, 2022, the Honorable Vernon S. Broderick referred the issue of damages to Magistrate Judge Robert W. Lehrburger for resolution through an inquest. That same day, Magistrate Judge Lehrburger issued a scheduling order directing the plaintiffs to file by May 9, 2022 a brief and affidavit setting forth the damages claimed and the legal and factual bases for that determination. On May 9, the plaintiffs filed a motion for entry of judgment against the defendants. Since April 8, Judge Lehrburger has supervised discovery on the issue of damages and recently conducted a hearing. During the inquest, the parties have made submissions to Judge Lehrburger directly on the issue of damages. Currently, they are scheduled to file post-hearing submissions addressed to the amount of damages claimed. (Signed by Judge Denise L. Cote on 2/3/2023) (vfr) (Entered: 02/03/2023) |
| 02/21/2023 | 202 | TRANSCRIPT of Proceedings re: HEARING held on 2/1/2023 before Magistrate Judge Robert W. Lehrburger. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2023. Redacted Transcript Deadline set for 3/24/2023. Release of Transcript Restriction set for 5/22/2023..(McGuirk, Kelly) (Entered: 02/21/2023) |
| 02/21/2023 | 203 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 2/1/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 02/21/2023) |
| 02/21/2023 | 204 | TRANSCRIPT of Proceedings re: HEARING held on 2/2/2023 before Magistrate Judge Robert W. Lehrburger. Court Reporter/Transcriber: Khristine Sellin, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2023. Redacted Transcript Deadline set for 3/24/2023. Release of Transcript Restriction set for 5/22/2023..(McGuirk, Kelly) (Entered: 02/21/2023) |
| 02/21/2023 | 205 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 2/2/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 02/21/2023) |
| 03/09/2023 | 206 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Robert W. Lehrburger from Matthew A. Ford dated March 9, 2023. Document filed by Guy Gentile.. (Ford, Matthew) (Entered: 03/09/2023) |
| 03/09/2023 | 207 | ORDER granting 206 Letter Motion for Extension of Time. Granted. SO ORDERED. Brief due by 4/4/2023. Responses to Brief due by 4/18/2023. (Signed by Magistrate Judge Robert W. Lehrburger on 3/9/2023) (tg) (Entered: 03/09/2023) |
| 03/22/2023 | 208 | NOTICE of DEFENDANT GUY GENTILES NOTICE OF MOTION TO DISMISS FOR LACK OF STANDING. Document filed by Guy Gentile..(Ford, Matthew) (Entered: 03/22/2023) |

**A-28**

| 03/22/2023 | 209 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** MOTION to Dismiss *MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF STANDING*. Document filed by Guy Gentile..(Ford, Matthew) Modified on 3/23/2023 (kj). (Entered: 03/22/2023) |
|---|---|---|
| 03/22/2023 | 210 | LETTER MOTION to Stay addressed to Magistrate Judge Robert W. Lehrburger from Matthew A. Ford dated March 22, 2023. Document filed by Guy Gentile. (Attachments: # 1 Exhibit EXHIBIT A).(Ford, Matthew) (Entered: 03/22/2023) |
| 03/23/2023 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Matthew Ford to RE-FILE Document 209 MOTION to Dismiss *MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS FOR LACK OF STANDING*.. Use the event type Replies, Opposition and Supporting Documents found under the event list Memorandum of Law in Support. (kj)** (Entered: 03/23/2023) |
| 03/23/2023 | 211 | MOTION to Dismiss *FOR LACK OF STANDING*. Document filed by Guy Gentile.. (Ford, Matthew) (Entered: 03/23/2023) |
| 03/23/2023 | 212 | MEMORANDUM OF LAW in Support re: 211 MOTION to Dismiss *FOR LACK OF STANDING*. . Document filed by Guy Gentile..(Ford, Matthew) (Entered: 03/23/2023) |
| 03/23/2023 | 213 | ORDER It is hereby ORDERED that the plaintiffs shall file any opposition to the motion to dismiss by April 14, 2023. A reply, if any, shall be filed by April 28, 2023. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. (Replies due by 4/28/2023., Responses due by 4/14/2023) (Signed by Judge Denise L. Cote on 3/23/2023) (jca) (Entered: 03/23/2023) |
| 03/27/2023 | 214 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated March 27, 2023 re: 210 LETTER MOTION to Stay addressed to Magistrate Judge Robert W. Lehrburger from Matthew A. Ford dated March 22, 2023. . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 03/27/2023) |
| 03/28/2023 | 215 | ORDER denying 210 Letter Motion to Stay re: 210 LETTER MOTION to Stay addressed to Magistrate Judge Robert W. Lehrburger from Matthew A. Ford dated March 22, 2023. Defendant Gentile's March 22, 2023 request for a stay of post-inquest hearing briefing pending determination of his recent motion to dismiss for lack of standing is DENIED for principally the reasons set forth in Plaintiffs' March 27, 2023 letter. The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 193 in 18-cv-8896 and Dkt. 210 in 18-cv-7291. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 3/28/2023) (tg) (Entered: 03/28/2023) |
| 04/03/2023 | 216 | CONSENT LETTER MOTION for Extension of Time to File *Post Hearing Briefs (Proposed 10-Day Extension of Briefing Schedule)* addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated April 4, 2023. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 04/03/2023) |
| 04/03/2023 | 217 | ORDER granting 216 Letter Motion for Extension of Time to File. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 4/3/2023) (tg) (Entered: 04/03/2023) |
| 04/03/2023 | | Set/Reset Deadlines: Brief due by 4/14/2023. Responses to Brief due by 4/28/2023 (tg) (Entered: 04/03/2023) |
| 04/03/2023 | | Set/Reset Deadlines: Brief due by 4/14/2023. Responses to Brief due by 4/28/2023 (tg) (Entered: 04/03/2023) |

**A-29**

| 04/12/2023 | 218 | LETTER MOTION for Extension of Time to File Response/Reply as to 211 MOTION to Dismiss *FOR LACK OF STANDING*. addressed to Judge Denise L. Cote from Miriam Tauber (Attorney for Plaintiffs) dated April 12, 2023. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 04/12/2023) |
|---|---|---|
| 04/12/2023 | 219 | ORDER: granting 218 Letter Motion for Extension of Time to File Response/Reply re 218 LETTER MOTION for Extension of Time to File Response/Reply as to 211 MOTION to Dismiss FOR LACK OF STANDING. addressed to Judge Denise L. Cote from Miriam Tauber (Attorney for Plaintiffs) dated April 12, 2023. Granted. Responses due by 4/28/2023 Replies due by 5/12/2023. (Signed by Judge Denise L. Cote on 4/12/2023) (ama) (Entered: 04/12/2023) |
| 04/13/2023 | 220 | SECOND LETTER MOTION for Extension of Time to File *Post Hearing Briefs* addressed to Magistrate Judge Robert W. Lehrburger from Miriam Tauber (Attorney for Plaintiffs) dated April 13, 2023. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 04/13/2023) |
| 04/14/2023 | 221 | ORDER: granting 220 Letter Motion for Extension of Time to File. SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 4/14/2023) (ama) (Entered: 04/14/2023) |
| 04/14/2023 | | Set/Reset Deadlines: Motions due by 4/19/2023. Responses due by 5/5/2023 (ama) (Entered: 04/14/2023) |
| 04/14/2023 | 222 | STATUS REPORT. */Report summarizing, in relevant part, the status of the Company's liquidation proceedings in the Bahamas.* Document filed by EY Bahamas Ltd., EY Cayman Ltd., Eleanor Fisher, Igal Wizman..(Gluck, Warren) (Entered: 04/14/2023) |
| 04/17/2023 | 223 | MEMO ENDORSEMENT on re: 222 Status Report filed by Igal Wizman, Eleanor Fisher, EY Cayman Ltd., EY Bahamas Ltd. ENDORSEMENT: Stay is continued as to MintBroker. JOL status letter is due at dissolution. (Signed by Judge Denise L. Cote on 4/17/2023) (vfr) (Entered: 04/17/2023) |
| 04/19/2023 | 224 | TRIAL BRIEF *POST HEARING*. Document filed by Guy Gentile..(Ford, Matthew) (Entered: 04/19/2023) |
| 04/20/2023 | 225 | POST TRIAL MEMORANDUM. Document filed by Avalon Holdings Corporation. (Attachments: # 1 Appendix Appendix-AWX, # 2 Appendix Appendix-GBR).(Tauber, Miriam) (Entered: 04/20/2023) |
| 04/27/2023 | 226 | SECOND LETTER MOTION for Extension of Time to File Response/Reply as to 211 MOTION to Dismiss *FOR LACK OF STANDING*. addressed to Judge Denise L. Cote from Miriam Tauber (Attorney for Plaintiffs) dated April 27, 2023. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 04/27/2023) |
| 04/27/2023 | 227 | ORDER denying 226 Letter Motion for Extension of Time to File Response/Reply re 226 SECOND LETTER MOTION for Extension of Time to File Response/Reply as to 211 MOTION to Dismiss *FOR LACK OF STANDING*. addressed to Judge Denise L. Cote from Miriam Tauber (Attorney for Plaintiffs) dated April 27, 2023. Denied. The motion was filed on March 22. Any opposition is due May 3; any reply is due May 17. (Signed by Judge Denise L. Cote on 4/27/2023) (jca) (Entered: 04/27/2023) |
| 04/27/2023 | | Set/Reset Deadlines: Responses due by 5/3/2023 Replies due by 5/17/2023. (jca) (Entered: 04/27/2023) |
| 05/03/2023 | 228 | MEMORANDUM OF LAW in Opposition re: 211 MOTION to Dismiss *FOR LACK OF STANDING*. . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 05/03/2023) |

A-30

| | | |
|---|---|---|
| 05/04/2023 | 229 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply *to Post Hearing Briefs* addressed to Magistrate Judge Robert W. Lehrburger from Matthew A. Ford dated May 4, 2023. Document filed by Guy Gentile..(Ford, Matthew) (Entered: 05/04/2023) |
| 05/04/2023 | 230 | ORDER granting 229 Letter Motion for Extension of Time to File Response/Reply re 229 CONSENT LETTER MOTION for Extension of Time to File Response/Reply *to Post Hearing Briefs* addressed to Magistrate Judge Robert W. Lehrburger from Matthew A. Ford dated May 4, 2023. Granted. SO ORDERED. Responses due by 5/19/2023. (Signed by Magistrate Judge Robert W. Lehrburger on 5/4/2023) (tg) (Entered: 05/04/2023) |
| 05/15/2023 | 231 | REPLY MEMORANDUM OF LAW in Support re: 211 MOTION to Dismiss *FOR LACK OF STANDING.* . Document filed by Guy Gentile..(Ford, Matthew) (Entered: 05/15/2023) |
| 05/19/2023 | 232 | RESPONSE re: 225 Post Trial Memorandum . Document filed by Guy Gentile..(Ford, Matthew) (Entered: 05/19/2023) |
| 05/19/2023 | 233 | POST TRIAL MEMORANDUM. Document filed by Avalon Holdings Corporation. (Attachments: # 1 Supplement Supplemental Exhibit Aff.).(Tauber, Miriam) (Entered: 05/19/2023) |
| 06/26/2023 | 234 | LETTER MOTION to Stay *All Proceedings* addressed to Judge Denise L. Cote from Matthew Aaron Ford dated June 26, 2023. Document filed by Guy Gentile..(Ford, Matthew) (Entered: 06/26/2023) |
| 06/27/2023 | 235 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from David Lopez (Attorney for Plaintiffs) dated June 27, 2023 re: 234 LETTER MOTION to Stay *All Proceedings* addressed to Judge Denise L. Cote from Matthew Aaron Ford dated June 26, 2023. . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 06/27/2023) |
| 06/30/2023 | 236 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from David Lopez (Attorney for Plaintiffs) dated June 29, 2023 re: 234 LETTER MOTION to Stay *All Proceedings* addressed to Judge Denise L. Cote from Matthew Aaron Ford dated June 26, 2023. *(Supplemental Response Letter re SEC Amicus filing).* Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 06/30/2023) |
| 07/25/2023 | 237 | ORDER denying 234 Letter Motion to Stay *All Proceedings* addressed to Judge Denise L. Cote from Matthew Aaron Ford dated June 26, 2023. Denied. (Signed by Judge Denise L. Cote on 7/25/2023) (vfr) Modified on 7/25/2023 (vfr). (Entered: 07/25/2023) |
| 07/25/2023 | 238 | OPINION AND ORDER re: 211 MOTION to Dismiss *FOR LACK OF STANDING* filed by Guy Gentile. Gentile's March 22, 2023 motion to dismiss these related actions is denied. (Signed by Judge Denise L. Cote on 7/25/2023) (vfr) (Entered: 07/25/2023) |
| 08/08/2023 | 239 | ORDER terminating 194 Motion in Limine. For administrative reasons, the Court terminates the motions to exclude at Dkt. 183 in 18-cv-8896 and Dkt. 194 in 18-cv-7291 without prejudice. The exclusion requests will be considered and determined in the report and recommendation addressing damages. (HEREBY ORDERED by Magistrate Judge Robert W. Lehrburger)(Text Only Order) (Stefanovic, Sophia) (Entered: 08/08/2023) |
| 10/06/2023 | 240 | REPORT AND RECOMMENDATION TO HON. DENISE L. COTE: SHORT-SWING PROFITS AWARD: For the foregoing reasons, I recommend that (1) Avalon be awarded disgorged profits in the amount of $6,235,908; (2) New Concept Energy be awarded disgorged profits in the amount of $6,102,002 for New Concept; and (3) each Plaintiff be awarded prejudgment interest. Plaintiffs' previous calculations of prejudgment interest are outdated at this juncture. In the event the District Judge adopts this Report and |

| | | Recommendation, I recommend that Plaintiffs be directed to submit revised prejudgment interest calculations. Objections to R&R due by 10/20/2023. (Signed by Magistrate Judge Robert W. Lehrburger on 10/6/2023) (mml) (Entered: 10/06/2023) |
|---|---|---|
| 10/09/2023 | 241 | LETTER addressed to Judge Denise L. Cote from David Lopez, Esq. dated October 8, 2023 re: Plaintiff's Objections To Magistrate Judge's Report And Recommendations. Document filed by Avalon Holdings Corporation..(Lopez, David) (Entered: 10/09/2023) |
| 10/10/2023 | 242 | ORDER: On October 6, 2023, Magistrate Judge Robert W. Lehrburger filed the Report and Recommendation in this case. Accordingly, it is hereby ORDERED that any objections are due October 20, 2023. Any responses are due October 27. (Signed by Judge Denise L. Cote on 10/10/2023) (vfr) (Entered: 10/10/2023) |
| 10/17/2023 | 243 | NOTICE OF APPEARANCE by Thomas James Fleming on behalf of Guy Gentile.. (Fleming, Thomas) (Entered: 10/17/2023) |
| 10/17/2023 | 244 | LETTER MOTION for Extension of Time to File *objections to the Courts Report and Recommendation (Hon. Robert W. Lehrburger) that was entered on October 6, 2023* addressed to Judge Denise L. Cote from Thomas J. Fleming dated 10/17/2023. Document filed by Guy Gentile..(Fleming, Thomas) (Entered: 10/17/2023) |
| 10/17/2023 | 245 | NOTICE OF APPEARANCE by Kerrin Teneyck Klein on behalf of Guy Gentile..(Klein, Kerrin) (Entered: 10/17/2023) |
| 10/18/2023 | 246 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from David Lopez, Esq. dated October 18, 2023 re: 244 LETTER MOTION for Extension of Time to File *objections to the Courts Report and Recommendation (Hon. Robert W. Lehrburger) that was entered on October 6, 2023* addressed to Judge Denise L. Cote from Thomas J. Fleming dated 10/17/2023. . Document filed by Avalon Holdings Corporation.. (Lopez, David) (Entered: 10/18/2023) |
| 10/18/2023 | 247 | ORDER granting in part 244 Letter Motion for Extension of Time to File. Granted. Objections due November 3, 2023. Responses due November 17. (Signed by Judge Denise L. Cote on 10/18/2023) (jca) (Entered: 10/18/2023) |
| 10/18/2023 | | Set/Reset Deadlines: Objections to R&R due by 11/3/2023 (jca) (Entered: 10/18/2023) |
| 10/27/2023 | 248 | MOTION for Adam C. Ford to Withdraw as Attorney . Document filed by Guy Gentile.. (Ford, Adam) (Entered: 10/27/2023) |
| 10/27/2023 | 249 | MOTION for Cara Filippelli to Withdraw as Attorney . Document filed by Guy Gentile.. (Filippelli, Cara) (Entered: 10/27/2023) |
| 10/27/2023 | 250 | MOTION for Danielle McLaughlin to Withdraw as Attorney . Document filed by Guy Gentile..(McLaughlin, Danielle) (Entered: 10/27/2023) |
| 10/27/2023 | 251 | MOTION for Matthew Aaron Ford to Withdraw as Attorney . Document filed by Guy Gentile..(Ford, Matthew) (Entered: 10/27/2023) |
| 10/27/2023 | 252 | MOTION for Robert S. Landy to Withdraw as Attorney . Document filed by Guy Gentile..(Landy, Robert) (Entered: 10/27/2023) |
| 10/27/2023 | 253 | MOTION for Alexander Shapiro to Withdraw as Attorney . Document filed by Guy Gentile..(Shapiro, Alexander) (Entered: 10/27/2023) |
| 10/29/2023 | 254 | DECLARATION of David Lopez, Esq. in Opposition re: 251 MOTION for Matthew Aaron Ford to Withdraw as Attorney ., 252 MOTION for Robert S. Landy to Withdraw as Attorney ., 249 MOTION for Cara Filippelli to Withdraw as Attorney ., 253 MOTION for Alexander Shapiro to Withdraw as Attorney ., 248 MOTION for Adam C. Ford to |

A-32

| | | |
|---|---|---|
| | | Withdraw as Attorney ., 250 MOTION for Danielle McLaughlin to Withdraw as Attorney .. Document filed by Avalon Holdings Corporation..(Lopez, David) (Entered: 10/29/2023) |
| 11/03/2023 | 255 | OBJECTION to 240 Report and Recommendations Document filed by Guy Gentile.. (Fleming, Thomas) (Entered: 11/03/2023) |
| 11/03/2023 | 256 | DECLARATION of THOMAS J. FLEMING in Opposition re: 255 Objection to Report and Recommendations, 240 Report and Recommendations,,. Document filed by Guy Gentile. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Fleming, Thomas) (Entered: 11/03/2023) |
| 11/03/2023 | 257 | DECLARATION of NICHOLAS ABADIOTAKIS in Opposition re: 256 Declaration in Opposition, 255 Objection to Report and Recommendations, 240 Report and Recommendations,,. Document filed by Guy Gentile. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Fleming, Thomas) (Entered: 11/03/2023) |
| 11/10/2023 | 258 | LETTER addressed to Judge Denise L. Cote from Cara Filippelli dated November 10, 2023 re: Withdrawal and Plaintiffs' 10/29/23 Letter. Document filed by Guy Gentile.. (Filippelli, Cara) (Entered: 11/10/2023) |
| 11/13/2023 | 259 | MEMO ENDORSEMENT on re: (258 in 1:18-cv-07291-DLC-RWL) Letter filed by Guy Gentile, (241 in 1:18-cv-08896-DLC-RWL) Letter filed by Guy Gentile. ENDORSEMENT: Approved. Attorney Cara Filippelli terminated. (Signed by Judge Denise L. Cote on 11/13/2023) (tg) (Entered: 11/14/2023) |
| 11/17/2023 | 260 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 255 Objection to Report and Recommendations addressed to Judge Denise L. Cote from Miriam Tauber (Attorney for Plaintiffs) dated November 17, 2023. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 11/17/2023) |
| 11/17/2023 | 261 | ORDER granting 260 Letter Motion for Extension of Time to File as to 255 Objection to Report and Recommendations addressed to Judge Denise L. Cote from Miriam Tauber (Attorney for Plaintiffs) dated November 17, 2023. Granted. (Signed by Judge Denise L. Cote on 11/17/2023) (vfr) (Entered: 11/17/2023) |
| 11/21/2023 | 262 | OPPOSITION BRIEF re: 255 Objection to Report and Recommendations . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 11/21/2023) |
| 11/27/2023 | 263 | LETTER MOTION for Leave to File ten-page reply *leave to SERVE a ten-page reply by December 6, 2023* addressed to Judge Denise L. Cote from Thomas J. Fleming dated 11/27/23. Document filed by Guy Gentile..(Fleming, Thomas) (Entered: 11/27/2023) |
| 11/27/2023 | 264 | ORDER granting (246 in case 1:18-cv-08896-DLC-RWL) Letter Motion for Leave to File Document. Granted. (Signed by Judge Denise L. Cote on 11/27/2023) (vfr) (Entered: 11/27/2023) |
| 11/27/2023 | 265 | ORDER granting 263 Letter Motion for Leave to File Document. Granted. (Signed by Judge Denise L. Cote on 11/27/2023) (vfr) (Entered: 11/27/2023) |
| 11/28/2023 | 267 | MEMO ENDORSED ORDER granting 249 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. (Signed by Magistrate Judge Robert W. Lehrburger on 11/29/23) (yv) (Entered: 11/30/2023) |
| 11/29/2023 | 266 | NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL granting 248 Motion to Withdraw as Attorney. SO ORDERED. Attorney Adam C. Ford terminated. (Signed by Magistrate Judge Robert W. Lehrburger on 11/29/2023) (vfr) Modified on 11/30/2023 (vfr). Modified on 11/30/2023 (vfr). Modified on 12/21/2023 (vfr). (Entered: 11/29/2023) |

| 11/29/2023 | 268 | MEMO ENDORSED ORDER granting 250 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. (Attorney Danielle M. McLaughlin terminated.) (Signed by Magistrate Judge Robert W. Lehrburger on 11/29/23) (yv) (Entered: 11/30/2023) |
|---|---|---|
| 11/29/2023 | 269 | MEMO ENDORSED ORDER granting 252 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. (Attorney Robert Seabrook Landy terminated.) (Signed by Magistrate Judge Robert W. Lehrburger on 11/29/23) (yv) (Entered: 11/30/2023) |
| 11/29/2023 | 270 | MEMO ENDORSED ORDER granting 253 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. (Attorney Alexander Herman Shapiro terminated.) (Signed by Magistrate Judge Robert W. Lehrburger on 11/29/23) (yv) (Entered: 11/30/2023) |
| 11/29/2023 | 271 | MEMO ENDORSED ORDER granting 251 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. (Attorney Matthew Aaron Ford terminated.) (Signed by Magistrate Judge Robert W. Lehrburger on 11/29/23) (yv) Modified on 1/10/2024 (yv). (Entered: 11/30/2023) |
| 12/06/2023 | 272 | LETTER MOTION for Oral Argument *on Mr. Gentiles Objections to Magistrate Judge Lehrburgers October 6, 2023 Report and Recommendation* addressed to Judge Denise L. Cote from Thomas J. Fleming dated 12/06/2023. Document filed by Guy Gentile.. (Fleming, Thomas) (Entered: 12/06/2023) |
| 12/06/2023 | 273 | REPLY re: 240 Report and Recommendations,, *DEFENDANT GUY GENTILES REPLY IN SUPPORT OF OBJECTIONS TO THE REPORT AND RECOMMENDATION TO HON. DENISE L. COTE: SHORT-SWING PROFITS AWARD*. Document filed by Guy Gentile..(Fleming, Thomas) (Entered: 12/06/2023) |
| 02/05/2024 | 274 | OPINION AND ORDER adopting with modifications 240 Report and Recommendations. The October 6, 2023 Report is adopted with the modifications described above. Avalon is awarded $6,235,908. New Concept is awarded $6,102,002. The plaintiffs shall submit revised prejudgment inter est calculations by February 16, 2024. (Signed by Judge Denise L. Cote on 2/5/2024) (vfr) (Entered: 02/05/2024) |
| 02/05/2024 | 275 | ORDER: An Opinion and Order of February 5, 2024 adopted, with certain modifications, the October 6, 2023 Report of Magistrate Judge Robert Lehrburger. The February 5 Opinion and Order granted the plaintiffs' request to apply for an award of attorneys' fees. Accordingly, it is hereby ORDERED that the plaintiffs' application for attorneys'fees is due by February 16, 2024. Any opposition is due by March 1. The plaintiffs' reply, if any, shall be filed by March 8. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York. ( Motions due by 2/16/2024., Replies due by 3/8/2024., Responses due by 3/1/2024) (Signed by Judge Denise L. Cote on 2/5/2024) (vfr) (Entered: 02/05/2024) |
| 02/12/2024 | 276 | CONSENT LETTER MOTION for Extension of Time to File *Plaintiffs' Application for Attorneys' Fees; Submission of Revised Pre-Judgment Interest Calculations* addressed to Judge Denise L. Cote from Miriam Tauber (Attorney for Plaintiffs) dated February 12, 2024. Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 02/12/2024) |
| 02/12/2024 | 277 | ORDER granting 276 Letter Motion for Extension of Time to File. Granted. (Signed by Judge Denise L. Cote on 2/12/2024) (vfr) (Entered: 02/12/2024) |
| 02/12/2024 | | Set/Reset Deadlines: Motions due by 2/23/2024. Responses due by 3/8/2024 Replies due |

A-34

| | | |
|---|---|---|
| | | by 3/15/2024. (vfr) (Entered: 02/12/2024) |
| 02/23/2024 | 278 | MOTION for Judgment *(inclusive of PreJudgment Interest, per attached Computations); Waiver of Attorneys Fee Award*. Document filed by Avalon Holdings Corporation. (Attachments: # 1 Exhibit Ex A - Avalon PreJudgment Interest Computation, # 2 Exhibit Ex B - New Concept Prejudgment Interest Computation).(Tauber, Miriam) (Entered: 02/23/2024) |
| 03/08/2024 | 279 | MEMORANDUM OF LAW in Opposition *DEFENDANT GUY GENTILES OPPOSITION TO PLAINTIFFS PRE-JUDGMENT INTEREST CALCULATIONS*. Document filed by Guy Gentile..(Fleming, Thomas) (Entered: 03/08/2024) |
| 03/14/2024 | 280 | REPLY MEMORANDUM OF LAW in Support re: 278 MOTION for Judgment *(inclusive of PreJudgment Interest, per attached Computations); Waiver of Attorneys Fee Award*. . Document filed by Avalon Holdings Corporation..(Tauber, Miriam) (Entered: 03/14/2024) |
| 03/20/2024 | 281 | FINAL JUDGMENT. It is hereby ORDERED that final judgment is entered for the plaintiffs, as follows: plaintiff Avalon Holdings Corporation is awarded pre-judgment interest in the amount of $1,983,267, for a total Final Judgment amount of $8,219,175. Plaintiff New Concept Energy Inc. is awarded pre-judgment interest in the amount of $1,971,281, for a total Final Judgment amount of $8,073,283. (Signed by Judge Denise L. Cote on 3/20/24) (yv) (Entered: 03/21/2024) |
| 04/16/2024 | 282 | NOTICE OF APPEAL from 281 Judgment,. Document filed by Guy Gentile. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit Opinion and Order, # 2 Exhibit Final Judgment).(Fleming, Thomas) (Entered: 04/16/2024) |
| 04/16/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 282 Notice of Appeal,..(nd) (Entered: 04/16/2024) |
| 04/16/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 282 Notice of Appeal, filed by Guy Gentile were transmitted to the U.S. Court of Appeals..(nd) (Entered: 04/16/2024) |
| 04/22/2024 | | USCA Appeal Fees received $ 605.00 receipt number 28662 on 4/22/2024 re: 282 Notice of Appeal, filed by Guy Gentile. USCA Case No. 24-999..(nd) (Entered: 04/22/2024) |
| 04/29/2024 | | Writ of Execution Issued on 4/29/2024. in the amount of $ 8,219,175.00 in favor of Avalon Holdings Corporation against Guy Gentile. (Signed by Clerk of Court Ruby Krajick on 4/29/2024).(nd) (Entered: 04/29/2024) |
| 04/29/2024 | 283 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** PROPOSED CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT. Filing fee $ 12.00, receipt number ANYSDC-29283783. Clerk's Certification of a Judgment to be Registered in Another District to be Picked up by Party. Document filed by Avalon Holdings Corporation. (Attachments: # 1 Appendix Copy of Judgment to be Registered (Dkt 281)) Document Number of Related Judgment: 281 ..(Tauber, Miriam) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 4/29/2024 (nd). (Entered: 04/29/2024) |
| 04/29/2024 | | **\*\*\*NOTICE TO ATTORNEY REGARDING REJECTION OF PROPOSED CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT. Notice to Attorney Miriam Tauber, document 283 Proposed Clerk's Certification of a Judgment to be Registered in Another District was rejected by the Clerk's Office for the following reason, a notice of appeal from this judgment has been filed and is still pending. Please refile the Proposed Clerk's** |

**A-35**

| | | |
|---|---|---|
| | | **Certification of Judgment to be Registered in Another District after a certified mandate has been issued and docketed in the district court. (nd)** (Entered: 04/29/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/30/2024 15:07:34 | | | |
| **PACER Login:** | Olshanlaw123 | **Client Code:** | 13965.001GMC |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-07291-DLC-RWL |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

**A-36**

DAVID LOPEZ, ESQ.  DL-6779
Attorney for Plaintiff
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel:            631.287.5520
Fax:           631.283.4735
e-Mail:     DavidLopezEsq@aol.com

MIRIAM TAUBER, ESQ.  MT-1979
MIRIAM TAUBER LAW PLLC
Attorney for Plaintiff
885 Park Avenue, 2A
New York, New York 10075
Tel:            323.790.4881
e-Mail:     MiriamTauberLaw@gmail.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AVALON HOLDINGS CORPORATION** | No. 18-Civ-7291 |
| **Plaintiff,** | **COMPLAINT TO COMPEL COMPLIANCE WITH THE REPORTING REQUIREMENTS OF THE WILLIAMS ACT 15 U.S.C. 78m(d) AND TO RECOVER SHORT-SWING PROFITS UNDER 15 U.S.C. 78p(b)** |
| - against - | |
| **GUY GENTILE, MINTBROKER INTERNATIONAL, LTD., AND JOHN DOES 1 THRU 10,** | |
| **Defendants.** | |

**AVALON HOLDINGS CORPORATION,** by David Lopez, Esq. and Miriam Tauber, Esq., its attorneys, complaining of the defendants, respectfully alleges the following upon information and belief, except as to paragraph 4 which plaintiff alleges on personal knowledge.

1

## NATURE OF THE ACTION

1. This suit is brought by AVALON HOLDINGS CORPORATION ("AVALON") whose Class A Common Stock is publicly held and listed on the NYSE-Amex Stock Exchange. AVALON, as issuer of such Class A Common Stock, has, without its foreknowledge, participation or consent, had the public market for those shares commandeered in a pump-and-dump scheme orchestrated by the defendants who have flouted the reporting requirements of Section 13(d) of the Securities Exchange Act of 1934, as amended (the "Act") by not filing with the Securities & Exchange Commission or providing AVALON or disseminating to the public copies of a Schedule 13D upon attaining a more-than-5% beneficial ownership stake in AVALON's Class A Common Stock, failing to file subsequent amendments as they increased their ownership to roughly 60% of AVALON's total outstanding shares of Class A Common Stock and who have failed to file timely or complete Forms 3 and 4 under Section 16(a) of the Act with the Securities & Exchange Commission or provide AVALON with copies, upon entering a more-than-10% ownership position in AVALON's Class A Common Stock and during their accumulation thereafter. These are not mere technical failings but a deliberate and calculated concealment by the defendants of their purchases and sales of plaintiff's common stock within periods of less than six months and of their need to account and pay over to AVALON resulting short-swing profits as required by Section 16(b) of the Act.

2

A-38

**JURISDICTION:**

2.  This action arises under the provisions of Sections 13(d), (16(a) and 16(b) of the Securities Exchange Act of 1934, as amended (the "Act"), 15 U.S.C. Sections 78m(d), 78p(a) and 78p(b), and jurisdiction is conferred upon this court by 28 U.S.C Section 1331, the general federal jurisdiction statute, and Section 27 of the Act, 15 U.S.C. Section 78aa which specifically confers exclusive jurisdiction upon the federal courts for "all suits in equity and actions at law" to enforce any liability or duty under the Act.

3.  The Court also has diversity jurisdiction pursuant to 28 U.S.C Section 1332 in that AVALON is an Ohio corporation domiciled in Ohio and those of the defendants who are known to AVALON and individually named are domiciliaries of New York, the Bahamas and the United Kingdom, and the amount in controversy exceeds the jurisdictional minimum.

**THE PARTIES AND VENUE:**

4.  Plaintiff is an Ohio corporation with principal offices located at One American Way, Warren, Ohio 44484-5555.

5.  At all times relevant the common stock of AVALON was registered under Section 12(b) of the Act and was traded on the NYSE-Amex Exchange, a National Securities Exchange located within this district. All or most of the purchases or sales to be described took place upon such exchange.

A-39

6.    GUY GENTILE is a United States national who, in filings with Companies House in the United Kingdom, claims to be an Italian national. It is unclear whether he claims dual citizenship or merely a preference for the citizenship most suitable to the occasion. He resides at 103 Bryant Pond Road, Putnam Valley, New York 10579, although in filings with Companies House he also claims addresses of 29 Harley Street, London, England W1G 9QR and OCE # 104, Ocean Club Estates, Paradise Island, Bahamas N-8340.

7.    GUY GENTILE claims, in his filings with Companies House, to have "…the right, directly or indirectly, to appoint or remove a majority of the board of MINTBROKER INTERNATIONAL, LIMITED, ("MINTBROKER"), another of the defendants, and to be the sole director of MINTRBROKER. Upon information and belief, GUY GENTILE has a 100% pecuniary interest in the proprietary trading activities of MINTBROKER, either through direct ownership or through the ownership of a wholly-owned intermediary entity or entities, to be described herein. By reason of this and his control over MINTBROKER, he has shared beneficial ownership over any and all shares of AVALON Class A Common Stock purchased, held or sold by MINTBROKER.

8.    GUY GENTILE is an experienced securities market operator and a connoisseur of scams.  In July of 2012, he was detained by the FBI on his arrival at Westchester County Airport on a flight from the Bahamas on his way to a Connecticut casino.  The detention was in connection with his participation in two pump-and-dump manipulation schemes involving shares of a putative Mexican gold mining company, Raven Gold Corporation ("RVNG") and of a putative Kentucky oil

exploration company, Kentucky USA Energy, Inc. ("KYUS"). To avoid immediate arrest and prosecution he became an informant for the F.B.I. and for the succeeding three years he acted as a wired participant in the planning of numerous conspiracies to manipulate stocks, including pump-and-dump schemes, and other financial frauds. Once his usefulness had been deemed exhausted by the Department of Justice it offered him a plea to one felony with no prison time. He refused, having taken the precaution of surreptitiously recording over 100 conversations and telephone calls with his FBI handlers (or so he claimed). He attempted to use those recordings to dissuade prosecution. Civil and criminal charges were lodged against him in the District of New Jersey in 2016. The cases were dismissed on statute of limitations grounds. GUY GENTILE was recently denied a banking license in the Commonwealth of Puerto Rico for failing to establish good moral character.

9.     MINTBROKER INTERNATIONAL LIMITED is a United Kingdom corporation (private limited company) beneficially owned by GUY GENTILE either directly or through a wholly-owned intermediary, Swiss America Securities UK Limited. Its registered office address is Suite B, 29 Harley Street, London, England W1G 9QR. Its principal offices are located at Elizabeth Avenue and Bay Street, Nassau C5 N-8340, the Bahamas. MINTBROKER INTERNATIONAL LIMITED is controlled by GUY GENTILE.

10.     JOHN DOES 1 THRU 10 are persons whose identities are currently unknown to AVALON but will be established, along with their respective pecuniary interests in shares of AVALON, through discovery.

5

11.    JOHN DOES 1 THRU 10 are persons who participated with GUY GENTILE and with MINTBROKER INTERNATIONAL LIMITED in a conspiracy secretly to accumulate, for the benefit of GUY GENTILE and MINTBROKER INTERNATIONAL, LIMITED, a more-than-5% beneficial ownership interest in the Class A Common Stock of AVALON during periods beginning less than six months prior to July 27, 2018, continuing through to that date.

12.    Through their conspiracy to acquire, hold and sell shares of AVALON they individually and in concert with GUY GENTILE and with MINTBROKER INTERNATIONAL, LIMITED, constituted one or more "Groups" under Section 13(d)(3) of the Act and Rule 13d-5(b)(1) promulgated thereunder. Where a Group is formed every member of the Group is deemed a more-than-10% beneficial owner if the aggregate holdings of all Group members exceed 10%. Their purposes included the surreptitious accumulation of roughly 60% of the outstanding shares of AVALON Class A Common Stock for the benefit of GUY GENTILE and MINTBROKER INTERNATIONAL, LIMITED without compliance with the reporting requirements of Section 13(d) of the Act to file with the Securities & Exchange Commission and to disseminate publicly a Schedule 13D and necessary amendments thereto.

**OBJECT OF THIS SUIT**

13.    This action is brought by AVALON to compel, through injunctive relief, GUY GENTILE and MINTBROKER INTERNATIONAL, LIMITED and, as appropriate, some or all of the JOHN DOE defendants, to file with the Securities &

Exchange Commission and to disseminate publicly a Schedule 13D and all necessary amendments with respect to their beneficial ownership of shares of the Class A Common Stock of AVALON during the six months period preceding July 27, 2018, and thereafter. This suit also seeks through injunctive relief to compel GUY GENTILE and MINTBROKER INTERNATIONAL, LIMITED to file with the Securities & Exchange Commission a corrected Form 3 truthfully disclosing the date on which, through their conspiracy with JOHN DOES 1 THRU 10, it and they entered into a more-than-10% beneficial ownership position with respect to the Class A Common Stock of AVALON and to file and to disseminate publicly however many reports on Forms 4 may be needed to disclose their purchases or deemed purchases of AVALON Class A Common Stock while occupying a more-than-10% beneficial ownership position in those shares. Additionally, this suit seeks to recover from each and all of the defendants any and all short-swing trading profits they may have realized through their purchases and sales of the Class A Common Stock of AVALON during the six months period ending on or about August 1, 2018.

**STATUTORY REQUISITES:**

14. The violations of Sections 13(d), 16(a) and 16(b) of the Act to be described herein involve non-exempt securities in non-exempt transactions engaged in by non-exempt persons within the meaning of the Act.

15. This action has been brought within two years of the occurrence of the violations to be described herein or within two years of the time when reports required by Section 16(a) of the Act, 15 U.S.C. 78p(a), setting forth the substance of

7

A-43

the transactions here complained of were first filed with the Securities and Exchange Commission. Where none have been filed the statute of limitations has not yet begun to run.

## FIRST CLAIM FOR RELIEF: WILLIAMS ACT COMPLIANCE:

16. AVALON repeats all its prior allegations as though set out in full at this paragraph.

17. The purpose of Section 13(d) of the Act, commonly referred to as The Williams Act, is to alert the marketplace to material aggregations of securities that are indicative of a potential shift in corporate control, to make known any declared control purpose and to provide investors with the information they need to make informed decisions concerning the future of their investment. This is accomplished by requiring persons having beneficial ownership of more than five percent of the equity securities of any publicly traded company to file disclosures with the Securities & Exchange Commission promptly on a Schedule 13(D) setting forth, among other things, their identity and background, any plans or intentions they may have with respect to the issuer as well as any agreements, arrangement or understandings they have among themselves or with others concerning the issuer's securities. They are also required, by subsequent amendments, to make disclosures regarding any increases or decreases of their holdings exceeding one percent of the issuer's total outstanding share issue.

18. In order to prevent a group of investors from surreptitiously obtaining more than five percent of the equity of an issuer through multiple buyers or through having persons act as "parking lots" for shares with a view to having them

8

A-44

claimed or bought up at a future time as part of a scheme of accumulation, Section 13(d) and the rules thereunder require any such group acting together or on a hub-and-spoke arrangement (as, for example, the JOHN DOE defendants conspiring with an intended buyer at the hub but not necessarily with each other as accumulative spokes) must disclose the identities of all group members, their aggregate holdings, and the terms of any agreements or understandings among them or among some of them and the ultimate buyer with respect to the targeted company.

19.    Schedule 13D requires that filers state their purposes for making their accumulation of shares. In a telephone interview reported by Bloomberg (on-line) on July 31, 2018, Lily Katz and Arie Shapira reporting, GUY GENTILE was asked his intentions toward AVALON. "'This is no pump-and-dump scheme,' Gentile, chief executive officer of MintBroker, said over the phone. 'We were going to try to do a hostile takeover of the company.'" An accumulation of shares with a view to "doing a hostile takeover of the company" is precisely the sort of market-sensitive information Section 13(d) exists to force disclosure.

20.    Schedule 13D also requires that the filer disclose a detailed enumeration of each and every purchase or sale made as part of the scheme of accumulation with disclosure of the number of shares involved in each transaction and of its date and cost of purchase or price received on sale.

21.    On or about July 27, 2018, MINTBROKER INTERNATIONAL, LIMITED filed with the Securities & Exchange Commission a report on Form 3 announcing that as of that date it had become a more-than-10% beneficial owner of

9

the Class A Common Stock of AVALON. A true copy of that report is appended to this Complaint as Exhibit A.

22.    Exhibit A reports that on July 27, 2018, MINTBROKER, like Athena bursting forth from the head of Zeus fully formed, had acquired on that date 1,922,095 shares of AVALON Class A Common Stock.

23.    The total issue outstanding of AVALON Class A Common Stock at that date was 3,191,100.

24.    Typical trading volume for AVALON Class A Common Stock on the NYSE-Amex Stock Exchange during the six months preceding July 24, 2018, was in a range of zero to 32,200 shares per day, excluding four episodes of one or two-day spiking into the hundreds of thousands. Plaintiff believes those four episodes to have been accumulation efforts by the defendants. Exhibit B is a tabulation of trading activity on the NYSE-Amex Exchnge in AVALON Class A common stock during that time.

25.    It is inconceivable that MINTBROKER and the other defendants could have acquired a more-than 60% beneficial ownership stake in the thinly traded stock of AVALON in a single purchase on a single day without numerous prior surreptitious and collusive acquisitions, pre-positionings and accumulations.

26.    The claim of MINTBROKER that on July 27, 2018, it was a more-than-10% beneficial owner of AVALON Class A common stock through a one-day

10

**A-46**

accumulation of those shares is also an admission, 10% being larger than 5%, that it had subjected itself thereby to the reporting requirements of Section 13(d) of the Act.

27.    On Monday, July 23, 2018, AVALON Class A Common Stock closed on the NYSE-Amex at $2.20. On Monday, July 30, 2018, in pre-market trading those shares peaked at $36.00, an increase of roughly 1,600%. On Tuesday, August 1, 2018, AVALON Class A Common Stock closed at $3.47 on the NYSE-Amex. MINTBROKER'S liquidation of AVALON shares was completed on August 1, 2018.

28.    MINTBROKER and the other defendants have at no time to the present complied with their reporting obligations by filing a Schedule 13D and amendments thereto from the actual date of first entry into a more-than-5% beneficial ownership position to the date of their claimed liquidation of their position.

29.    AVALON has no adequate remedy at law and invokes the equity powers of this court to enjoin MINTBROKER, GUY GENTILE and the other defendants to make such filings forthwith including in such filings complete and truthful responses to all questions including a detailed enumeration of purchases and deemed purchases and sales and deemed sales.

## SECOND CLAIM FOR RELIEF: SHORT-SWING TRADING

30.    AVALON REPEATS all its prior allegations as though set out in full at this paragraph.

11

A-47

31.     Section 16(b) of the Act, 15 USC 78p(b), is a strict liability statute. A plaintiff need prove only that the defendant was an insider – which includes a more-than-10% beneficial owner – of a public company who profited from the purchase and sale or sale and purchase of the company's shares or derivative securities tied to shares within a period of less than six months. Its application is largely mechanical. Evidence of the defendant's intent, misuse of information or bad faith is unnecessary. Section 16(b) is not punitive and insiders are simply required to disgorge profits realized and retained from short-swing trades.

32.     MINTBROKER claims to have sold 192,340 shares of AVALON Class A Common Stock on July 27, 2018, at a price of $15.5054, per share, to have sold an additional 719,885 such shares on July 30, 2018, at a price of $8.175 per share, an additional 799,720 shares on July 31, 2018 at a price of $4.1506 per share and an additional 202,642 shares on August 1, 2018, at a price of $3.911 per share, at which time it claims to have completely divested itself of the 1,922,095 shares it claims to have purchased four days earlier. Forms 4, as filed by MINTBROKER with the Securities & Exchange Commission, appear at Exhibit C hereto.

33.     The purchase of shares that initially elevates a person into the status of a more-than-10% beneficial owner of an issuer is not matchable against subsequent sales within a period of less than six months. Purchases made after entry into such status are.

34.     By looking to the prices of AVALON shares of Class A Common Stock during the accumulation period Plaintiff contends extends to six months prior

12

A-48

to July 27, 2018, MINTBROKER and the other defendants sharing pecuniary interests in the identified transaction appear to have realized profits from the purchases and sales of AVALON Class A Common Stock within periods of less than six months. The amounts of such profits are unknown to AVALON but they are subject to establishment through the filing by the defendants of truthful, accurate and complete Forms 4 and through discovery of the books and records of MINTBROKER and of the other defendants. Profits are estimated to exceed $5,000,000.

35.    Such profits are recoverable by AVALON under Section 16(b) of the Act and such recovery is sought hereby as is compulsion of the defendants to file truthful, accurate and complete Forms 3 and 4 reporting their activity in shares of AVALON Class A Common Stock during their trading periods.

**WHEREFORE**, Plaintiff demands judgment:

(a)    Enjoining the defendants and each of them to file truthful, accurate and complete Schedules 13D and all necessary Schedules 13D/A amendments thereto relating to their more-than-5% beneficial ownership of AVALON Class A Common Stock in compliance with all applicable rules and regulations, forthwith;

(b)    Enjoining the defendants and each of them to file truthful, accurate and complete reports on Forms 3 and 4 of correct entry dates into a more-than-10% beneficial ownership position (including by reason of Group membership) and of all subsequent purchases and sales with respect to Class A Common Stock of AVALON in compliance with all applicable rules and regulations, forthwith;

A-49

(c)     Requiring the defendants and each of them to account for, and to pay over to, AVALON the short-swing profits realized and retained by each of them in violation of Section 16(b) of the Act, together with appropriate interest and the costs of this suit;

(d)     Awarding to AVALON its costs and disbursements including reasonable attorney's, accountants and expert witness fees; and

e)     Granting to Plaintiff such other and further relief as the court may deem just and proper.

Dated:     Southampton, New York
            August 13, 2018

                                                    Yours, etc.

s/ Miriam Tauber
Miriam Tauber, Esq.                                 David Lopez, Esq.
*Attorney for Plaintiff*                            *Attorney for Plaintiff*

14

A-50

DAVID LOPEZ, ESQ.  DL-6779
Attorney for Plaintiff
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel:            631.287.5520
Fax:            631.283.4735
e-Mail:     DavidLopezEsq@aol.com

MIRIAM TAUBER, ESQ.  MT-1979
MIRIAM TAUBER LAW PLLC
Attorney for Plaintiff
885 Park Avenue, 2A
New York, New York 10075
Tel:            323.790.4881
e-Mail:     MiriamTauberLaw@gmail.com

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **AVALON HOLDINGS CORPORATION** | **18-cv-7291-VSB** |
| **Plaintiff,** | **AMENDED COMPLAINT FOR** |
| | **RECOVERY OF SHORT-SWING** |
| - against - | **PROFITS UNDER 15 U.S.C 78(p)(b)** |
| **GUY GENTILE and MINTBROKER** | |
| **INTERNATIONAL, LTD.,** | |
| **Defendants.** | |

／

**AVALON HOLDINGS CORPORATION,** by David Lopez, Esq. and Miriam Tauber, Esq., its attorneys, complaining of the defendants, respectfully alleges the following upon information and belief.

1

**NATURE OF THE ACTION**

1. This suit is brought by AVALON HOLDINGS CORPORATION ("AVALON") whose Class A Common Stock is publicly held and is traded on the NYSE-Amex Stock Exchange. AVALON, as issuer of such Class A Common Stock, has, without its foreknowledge, participation or consent, had the public market for those shares commandeered in a pump-and-dump scheme orchestrated by the defendants.

2. Prior to the filing of this action the defendants had flouted the reporting requirements of Section 13(d) of the Securities Exchange Act of 1934, as amended (the "Act") by not filing with the Securities & Exchange Commission or providing to AVALON or disseminating to the public copies of a Schedule 13D upon their attaining a more-than-5% beneficial ownership stake in AVALON's Class A Common Stock and by failing to file subsequent amendments as they increased their ownership to roughly 60% of AVALON's total outstanding shares of Class A Common Stock.

3. The defendants have also failed to file with the Securities & Exchange Commission timely, accurate, truthful and complete Forms 3 and 4 under Section 16(a) of the Act or to provide to AVALON copies upon entering a more-than-10% ownership position in AVALON's Class A Common Stock and during their accumulation thereafter.

4. These are not mere technical oversights or clerical lapses but part of a deliberate and calculated plan of concealment and of obscuration by the defendants

2

of their purchases and sales of plaintiff's Class A Common Stock within periods of less than six months and of their need to account and to pay over to AVALON the resulting short-swing profits as required by Section 16(b) of the Act.

5. Prompted by this suit the defendants, on August 22, 2018, filed with the Securities & Exchange Commission a Schedule 13D including, as had been demanded in the original complaint, an enumeration of their discrete purchases and sales of AVALON Class A Common Stock during the 60 days preceding the event that created the filing requirement, their passage into 5% beneficial ownership of AVALON's Class A Common Stock.

6. Through analysis of that Schedule 13D filing plaintiff contends that the defendants entered a more-than-10% ownership position on July 24, 2018, at 14:38:18, more or less, through their purchase of 6,200 shares atop their hundreds of purchases of tens of thousands of shares earlier on that day.

7. Through analysis of that filing plaintiff contends that the defendants exited a more-than 10% ownership position on July 31, 2018, at 11:45:32, more or less, through their sale of 5.000 shares atop their sales of hundreds of thousands of shares earlier that day.

8. The period between those two dates and times will be referred to hereafter as "THE SHORT SWING TRADING PERIOD".

9. During the 165.53 clock hours, or perhaps more revelatory, during the 29.57 market hours, of THE SHORT-SWING TRADING PERIOD, the defendants engaged in 2,331 purchase and sale transactions in AVALON Class A Common Stock, involving roughly 4,700,000 shares, all more or less.

3

A-53

**JURISDICTION:**

10. This action, as now re-pleaded, arises under the provisions of Section 16(b) of the Securities Exchange Act of 1934, as amended (the "Act"), 15 U.S.C. Section 78p(b), and jurisdiction is conferred upon this court by 28 U.S.C Section 1331, the general federal jurisdiction statute, and Section 27 of the Act, 15 U.S.C. Section 78aa which specifically confers exclusive jurisdiction upon the federal courts for "all suits in equity and actions at law" to enforce any liability or duty under the Act.

11. The Court also has diversity jurisdiction pursuant to 28 U.S.C. Section 1332 in that AVALON is an Ohio corporation domiciled in Ohio and the defendants are domiciliaries of Puerto Rico and/or Florida and of the Bahamas, and the amount in controversy exceeds the jurisdictional minimum.

**THE PARTIES AND VENUE:**

12. Plaintiff is an Ohio corporation with principal offices located at One American Way, Warren, Ohio 44484-5555.

13.     At all times relevant the Class A Common Stock of AVALON was registered under Section 12(b) of the Act and was traded on the NYSE-Amex Exchange, a National Securities Exchange located within this district.  All or nearly all of the purchases or sales to be described herein took place upon such exchange.

14.     GUY GENTILE ("GENTILE") is a United States national who, in

4

filings with Companies House in the United Kingdom, filings with the Bahamas Securities Regulator, in his AVALON Schedule 13D and in a recent suit he filed in the United States District Court for the District of Puerto Rico, claims to be an Italian national. In a more recent filing on Schedule 13D in relation to this action he claims to be a Bahamian Citizen. It is unclear whether he claims dual or triple citizenship or merely a preference for the citizenship most convenient to the occasion. He resides or is found at 105 Avenue De Diego, South Tower, Apt. 2202, San Juan, Puerto Rico 00911-3515, although in filings with Companies House, U.K., he also claims addresses of 29 Harley Street, London, England W1G 9QR, and OCE # 104, Ocean Club Estates, Paradise Island, Bahamas N-8340 and his Florida driver's license shows him residing at 321 S. Dixie Hwy, West Palm Beach, Florida 33401-5805. There are others.

15.    Upon information and belief, GENTILE has a 100% pecuniary interest in the proprietary trading activities of MintBroker International, Ltd. ("MINTBROKER"), a fact he has admitted in his belated AVALON Schedule 13D filing.. By reason of this and his control over MINTBROKER, he has shared beneficial ownership over any and all shares of AVALON Class A Common Stock purchased, held or sold by MINTBROKER, also admitted in his AVALON Schedule 13D.

16.    GENTILE is an experienced securities market operator and a connoisseur of scams. In July of 2012, he was detained by the Customs and Immigration Service and then by the FBI on his arrival at Westchester County Airport on a flight from the Bahamas on his way to a Connecticut casino. The detention was in connection with his participation in two pump-and-dump manipulation schemes involving shares of a putative Mexican gold mining company, Raven Gold

5

Corporation ("RVNG") and of a putative Kentucky oil exploration company, Kentucky USA Energy, Inc. ("KYUS"). To avoid immediate arrest and prosecution he agreed to become an informant for the F.B.I. and for the succeeding three years he acted as a wired participant in the planning of numerous conspiracies to manipulate stocks, including pump-and-dump schemes, and other financial frauds. Once his usefulness had been deemed exhausted by the Department of Justice it offered him a plea to one felony with no prison time. He refused, having taken the precaution of surreptitiously recording over 100 conversations and telephone calls with his FBI handlers, or so he claimed. He attempted to use those recordings to dissuade prosecution. Civil and criminal charges were lodged against him in the District of New Jersey in 2016. The cases were dismissed on statute of limitations grounds. GENTILE was recently denied a banking license in the Commonwealth of Puerto Rico for failing to demonstrate good moral character. He has sued.

17.     MINTBROKER is either a U.K corporation (PLC) or a Bahamas corporation beneficially owned by GENTILE. Its principal offices are located at Elizabeth Avenue and Bay Street, Nassau C5 N-8340, the Bahamas. MINTBROKER is controlled by GENTILE who has a 100% pecuniary interest in its operations.

**OBJECT OF THIS SUIT**

18.     This action was brought by AVALON to compel, through injunctive relief, GENTILE and MINTBROKER, to file with the Securities & Exchange Commission and to disseminate publicly a Schedule 13D and all necessary amendments with respect to their more-than-5% beneficial ownership of shares of the

6

A-56

Class A Common Stock of AVALON during the sixty day period preceding July 27, 2018, and thereafter. That objective of the suit has been accomplished through the filing by the defendants on August 22, 2018, of the requested Schedule 13D including a trading schedule, and all claims relating to the enforcement of the Williams Act have been mooted. This amended complaint drops those claims and all claims against John Does 1 Through 10. With permission of the Court the case caption has been changed to delete all reference to John Does 1 Through 10.

19.    The sole relief now sought by this suit is recovery from each and both of the defendants, jointly and severally, of any and all short-swing trading profits they may have realized through their purchases and sales of the Class A Common Stock of AVALON during the SHORT-SWING TRADING PERIOD.

**STATUTORY REQUISITES:**

20.    The violations of Section 16(b) of the Act to be described herein involve non-exempt securities in non-exempt transactions engaged in by non-exempt persons within the meaning of the Act.

21.    This action has been brought within two years of the occurrence of the violations to be described or within two years of the time when reports required by Section 16(a) of the Act, 15 U.S.C. 78p(a), setting forth the substance of the transactions here complained of were first filed with the Securities and Exchange Commission. Where none have been filed or those filed are fraudulent intending to deceive, as is the case here, the statute of limitations has not yet begun to run.

7

## CLAIM FOR RELIEF: SHORT-SWING TRADING:

22.    AVALON repeats all its prior allegations as though set out in full at this paragraph.

23.    On or about July 27, 2018, MINTBROKER filed with the Securities & Exchange Commission a report on Form 3 announcing that as of that date it had become a more-than-10% beneficial owner of the Class A Common Stock of AVALON.  A true copy of that report is appended to this Complaint as Exhibit A.

24.    Exhibit A reports that on July 27, 2018, MINTBROKER, like Athena bursting forth from the head of Zeus fully formed, had acquired on that date 1,922,093 shares of AVALON Class A Common Stock.

25.    The total issue outstanding of AVALON Class A Common Stock at that date was 3,191,100 shares.

26.    Typical trading volume for AVALON Class A Common Stock on the NYSE-Amex Stock Exchange during the six months preceding July 24, 2018, was in a range of zero to 32,200 shares per day, excluding four episodes of one or two-day spiking into the hundreds of thousands. Exhibit B is a tabulation of daily trading activity on the NYSE-Amex Exchange in AVALON Class A Common Stock during that time.

27.    It is inconceivable that MINTBROKER could have acquired a more-than-60% beneficial ownership stake in the thinly traded stock of AVALON in a single purchase on a single day through open market trading.

28.    The purchase that introduces a shareholder into a more-than-10% beneficial ownership position is exempt from the reach of Section 16(b) of the Act. All subsequent transaction, so long as the shareholder maintains his or its 10% beneficial ownership position, are within its reach.

29.    Exhibit A is a bald-faced lie.  It is intended to convey the impression that all shares there reported were acquired in a single purchase ushering the filer into more-than-10% beneficial ownership for his total holdings so that all sales subsequent to July 27, 2018, would be beyond the ambit of the statute unless additional purchases were made.

30.    The falsity of this claim is made clear by the schedule of trades forming a part of defendants' Schedule 13D of August 22, 2018. It shows an accumulation of shares through 206 transactions, more or less, on July 24, 2018, reaching the more-than-10% beneficial ownership level at 14:38:18 of that day. All subsequent transactions, until the defendants emerged from more-than-10% ownership status, were within the SHORT-SWING TRADING PERIOD and resulting profits, if any, were subject to forfeiture to AVALON under Section 16(b)

31.    On Monday, July 23, 2018, AVALON Class A Common Stock closed on the NYSE-Amex at $2.20. On Monday, July 30, 2018, in pre-market trading those shares peaked at $36.00, an increase of roughly 1,600%.

32.    On Tuesday, August 1, 2018, AVALON Class A Common Stock closed at $3.47 on the NYSE-Amex. MINTBROKER'S liquidation of AVALON shares was completed on August 1, 2018, and trading in such shares reverted to historical normality.

33.    Except for this extraordinary share price behavior, accompanied by a drastic spike in volume, there was no company news or development for AVALON for the SHORT-SWING TRADING PERIOD beyond the ordinary course of business.

34.    Section 16(b) of the Act, 15 USC 78p(b), is a strict liability statute A plaintiff need prove only that the defendant was an insider – which includes a more-than-10% beneficial owner – of a registered public company who profited from the purchase and sale or sale and purchase of the company's shares or derivative securities tied to shares within a period of less than six months. Its application is largely mechanical. Evidence of the defendant's intent, actual misuse of information or bad faith is unnecessary. Section 16(b) is not punitive and insiders are simply required to disgorge profits realized and retained from short-swing trades.

35.    MINTBROKER (as GENTILE's creature) claims to have sold 192,340 shares of AVALON Class A Common Stock on July 27, 2018, at a price of $15.5054, per share, to have sold an additional 719,885 such shares on July 30, 2018, at a price of $8.175 per share, an additional 799,720 shares on July 31, 2018 at a price of $4.1506 per share and an additional 202,642 shares on August 1, 2018, at a price of $3.911 per share, at which time MINTBROKER claims to have completely divested itself of the 1,922,095 shares it claims to have purchased four days earlier. All sales are

10

represented as single transactions. Forms 4, as filed by MINTBROKER with the Securities & Exchange Commission, appear at Exhibit C hereto.

36.   All Forms 4 appearing at Exhibit C, are bald-faced lies.

37.   During the SHORT-SWING TRADING PERIOD (of 29.57 market hours) the defendants purchased 2,325,244 shares of AVALON Class A Common Stock, more or less, as enumerated in the defendants' Schedule 13D for AVALON.

38.   During the SHORT-SWING TRADING PERIOD the defendants sold 2,351,858 shares of AVALON Class A Common Stock, more or less, as enumerated in the defendants' Schedule 13D for AVALON.

39.   Matching the lowest priced purchases against the highest priced sales yields short-swing profits of $7,247,027.56, more or less, or such lesser or greater amount as the facts may prove.  Plaintiff will provide to the defendants its many pages of computations of profits realized as Initial Disclosures or earlier, upon request, after their formal appearance before the Court.

40.   Such profits are recoverable by AVALON under Section 16(b) of the Act and such recovery is sought hereby.

**WHEREFORE**, Plaintiff demands judgment:

(a)   Requiring the defendants and each of them, jointly and severally, to account for and to pay over to AVALON the short-swing profits realized and retained by or attributable to each of them in violation of Section 16(b) of the Act,

A-61

together with appropriate pre-judgment interest and the costs of this suit;

(b)    Awarding to AVALON its costs and disbursements including reasonable attorneys', accountants and expert witness fees; and

c)    Granting to Plaintiff such other and further relief as the court may deem just and proper.

Dated:    Southampton, New York
September 28, 2018

Yours, etc.

David Lopez, Esq.
*Attorney for Plaintiff*

Miriam Tauber, Esq.
*Attorney for Plaintiff*

12

A-62

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x
AVALON HOLDINGS CORPORATION,

*Plaintiff*,

– against –                                        Case No.: 1:18-cv-7291


GUY GENTILE AND MINTBROKER INTERNATIONAL,
LTD.,

*Defendants*
--------------------------------------------------------------------- x

## ANSWER

Defendants Guy Gentile and Mintbroker International, Ltd. ("Gentile", "Mintbroker", and collectively, "Defendants") by and through their undersigned attorneys, respond, state and allege as follows to the Amended Complaint ("Complaint") asserted by Plaintiff Avalon Holdings Corporation ("Avalon" or "Plaintiff"). To the extent that the headings and non-numbered statements in the Complaint contain averments, the Defendants deny each and every such averment.

## NATURE OF THE ACTION

1. Defendants admit that the Class A common stock of Avalon is publicly held and is listed on the NYSE-Amex Exchange, and that Avalon has brought this suit. Defendants lack information sufficient to form a belief as to the truth of the remaining allegations of paragraph 1 and therefore deny them, and aver that Avalon stock is traded on multiple exchanges and trading platforms.

2. Paragraph 2 contains legal conclusions and no allegations of fact that require a response, to the extent that paragraph 2 alleges facts requiring a response, Defendants deny them.

1

A-63

3. Defendants admit that Mintbroker made Form 3 and Form 4 filings with the Securities and Exchange Commission with respect to Avalon and refer the court to those documents for a complete and accurate recitation of their contents. Defendants deny the remaining allegations in paragraph 3.

4. Defendants deny the allegation of paragraph 4.

5. Defendants admit that Mintbroker filed a Schedule 13D with the Securities and Exchange Commission with respect to Avalon on or about August 22, 2018 and refer the court to that document for a complete and accurate recitation of its contents. The remainder of paragraph 5 contains legal conclusions and no allegations of fact that require a response, to the extent that paragraph 5 alleges further facts requiring a response, Defendants deny them.

6. Defendants admit that Mintbroker filed a Schedule 13D with the Securities and Exchange Commission with respect to Avalon on or about August 22, 2018 and refer the court to that document for a complete and accurate recitation of its contents.

7. Defendants admit that Mintbroker filed a Schedule 13D with the Securities and Exchange Commission with respect to Avalon on or about August 22, 2018 and refer the court to that document for a complete and accurate recitation of its contents.

8. Paragraph 8 contains a definition and no allegations of fact that require a response, to the extent that paragraph 8 alleges facts requiring a response, Defendants deny them.

9. Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 9 and therefore deny them, except admit that that Mintbroker filed a Schedule 13D with the Securities and Exchange Commission with respect to Avalon on or about

2

A-64

August 22, 2018 and refer the court to that document for a complete and accurate recitation of its contents.

## JURISDICTION

10. Paragraph 10 contains legal conclusions and no allegations of fact that require a response, to the extent that paragraph 10 alleges facts requiring a response, Defendants deny them.

11. Defendants admit that the Defendant Gentile is domiciled in Puerto Rico and that Defendant Mintbroker is Domiciled in The Bahamas. Defendants lack information sufficient to form a belief as to the truth of the remaining allegations of paragraph 11 and therefore deny them.

## THE PARTIES AND VENUE

12. Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 12 and therefore deny them.

13. Defendants admit that the common stock of New Concept was listed on the NYSE-Amex Exchange, which maintains offices in this District. Defendants deny that any purchases or sales of the common stock of New Concept took place in this District on the basis that the NYSE-Amex trading floor is located in New Jersey, and aver that the vast majority of trades were placed on smaller exchanges outside of the district. Defendants lack information sufficient to form a belief as to the truth of the remaining allegations of paragraph 13 and therefore deny them.

14. Defendants aver that Gentile is a United States citizen currently domiciled in Puerto Rico. Defendants admit that Gentile's current address is 105 Avenida de Diego, South Tower, Apt. 2202, San Juan, Puerto Rico 00911. Defendants admit that Mintbroker has made certain filings with the Bahamas Securities Regulator and has also made certain Schedule

3

13D filings with the Securities and Exchange Commission with respect to Avalon, but without further identifying information cannot ascertain the truth of the allegations based upon said filings, and therefore denies them. Defendants deny the remaining allegations in paragraph 14.

15. Defendants admit that Gentile is the CEO of Mintbroker. Defendants admit that Mintbroker has made certain Schedule 13D filings with the Securities and Exchange Commission with respect to New Concept, but without further identifying information cannot ascertain the truth of the allegations based upon said filings, and therefore denies them. The remainder of paragraph 15 contains legal conclusions and no allegations of fact that require a response, to the extent that paragraph 15 alleges further facts requiring a response, Defendants deny them.

16. Defendants object to Paragraph 16 on the basis that the allegations contained therein are invective designed solely to harass Defendants, and allegations would be defamatory but for the fact that they were made in a privileged pleading. None of the allegations support or are relevant to plaintiff's causes of action, and the paragraph should be stricken from the Complaint.

17. Defendants admit that Mintbroker is a Bahamian Corporation with principal offices at Elizabeth Avenue and Bay Street, Nassau C5 N-8340, The Bahamas, and that Gentile is the CEO of Mintbroker. The remainder of paragraph 17 contains legal conclusions and no allegations of fact that require a response, to the extent that paragraph 17 alleges further facts requiring a response, Defendants deny them.

A-66

**OBJECT OF PLAINTIFF'S SUIT**

18. Defendants admit that Mintbroker filed a Schedule 13D with the Securities and Exchange Commission with respect to Avalon on or about August 22, 2018 and refer the court to that document for a complete and accurate recitation of its contents. Paragraph 18 contains legal conclusions and no allegations of fact that require a response, to the extent that paragraph 18 alleges further facts requiring a response, Defendants lack information sufficient to form a belief as to the truth of the allegations and therefore deny them.

19. Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 19 and therefore deny them.

20. Paragraph 20 contains legal conclusions and no allegations of fact that require a response, to the extent that paragraph 20 alleges facts requiring a response, Defendants deny them.

21. Paragraph 21 contains legal conclusions and no allegations of fact that require a response, to the extent that paragraph 21 alleges facts requiring a response, Defendants deny them.

**CLAIM FOR RELIEF**

22. Defendants repeat and reallege all responses and averments set out in paragraphs 1-21 above as if fully set out herein.

23. Defendants admit that Mintbroker filed a Form 3 with the Securities and Exchange Commission with respect to Avalon on or about July 27, 2018 and refer the court to that document for a complete and accurate recitation of its contents.

24. Defendants admit that Mintbroker filed a Form 3 with the Securities and Exchange Commission with respect to Avalon on or about July 27, 2018 and refer the court to that document for a complete and accurate recitation of its contents.

25. Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 25 and therefore deny them.

26. Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 26 and therefore deny them.

27. Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 27 and therefore deny them.

28. Paragraph 28 contains legal conclusions and no allegations of fact that require a response, to the extent that paragraph 28 alleges facts requiring a response, Defendants deny them.

29. Defendants deny the allegations of paragraph 29, noting that the allegations are merely statements of opinion by Plaintiffs included solely to harass Defendants.

30. Defendants admit that Mintbroker filed a Schedule 13D with the Securities and Exchange Commission with respect to Avalon on or about August 22, 2018 and refer the court to that document for a complete and accurate recitation of its contents. The remainder of paragraph 30 contains legal conclusions and no further allegations of fact that require a response, to the extent that paragraph 30 alleges further facts requiring a response, Defendants deny them.

31. Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 31 and therefore deny them, except refer to the prices published by the exchange for accurate report of such prices. The actual prices at which trades were executed will be determined in discovery.

32. Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 32 and therefore deny them, except refer to the prices published by the exchange for accurate report of such prices.

6

33. Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 33 and therefore deny them.

34. Paragraph 34 contains legal conclusions and no allegations of fact that require a response, to the extent that paragraph 34 alleges facts requiring a response, Defendants deny them.

35. Defendants admit that Mintbroker made Form 4 filings with the Securities and Exchange Commission with respect to New Concept on or about July 30, 2018, on or about July 31, 2018, and on or about August 1, 2018 and refer the court to those documents for a complete and accurate recitation of their contents.

36. Defendants deny the allegations of paragraph 36, noting that the allegations are merely statements of opinion by Plaintiffs included solely to harass Defendants.

37. Defendants admit that Mintbroker filed a Schedule 13D with the Securities and Exchange Commission with respect to Avalon on or about August 22, 2018 and refer the court to that document for a complete and accurate recitation of its contents.

38. Defendants admit that Mintbroker filed a Schedule 13D with the Securities and Exchange Commission with respect to Avalon on or about August 22, 2018 and refer the court to that document for a complete and accurate recitation of its contents.

39. Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 39 and therefore deny them.

40. Paragraph 40 contains legal conclusions and no allegations of fact that require a response, to the extent that paragraph 40 alleges facts requiring a response, Defendants deny them.

FIRST AFFIRMATIVE DEFENSE

Without assuming the burden of proof, Defendants state that some or all of Plaintiff's claims or asserted damages fail because many of the alleged trades at issue either failed to clear

7

A-69

or were related to shares that did not exist (because the trades were "naked" short sales made by market makers that had not borrowed shares and had failed to obtain a "locate" before the short as required by SEC regulations).

SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or part, by the doctrine of unclean hands.

THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or part, by the doctrine of waiver.

WHEREFORE, Defendants demand judgment dismissing the Complaint with prejudice and granting it such other relief as is just and proper.

Dated: New York, New York
October 15, 2019

FORD O'BRIEN LLP

/s/ Adam Ford
Adam Ford
Robert Landy
Danielle McLaughlin
575 5th Avenue, 17th Floor
New York, NY 10017
aford@fordobrien.com
rlandy@fordobrien.com
dmclaughlin@fordobrien.com
*Attorneys for Defendants Guy Gentile and Mintbroker International, Ltd.*

8

A-70

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

AVALON HOLDINGS CORPORATION,

*Plaintiff,*

Case No.: 1:18-cv-7291-VSB-RWL

– against –

GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.,

*Defendants*

------------------------------------------------------------------------------x

## DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF
## UNDISPUTED MATERIAL FACTS

Defendants Guy Gentile and Mintbroker International, Ltd. hereby submit this Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1 to set forth the material facts to which it contends there is no genuine issue to be tried.

1. Avalon Holdings Corporation ("Avalon") is a Warren, Ohio-based provider of waste management services to industrial, commercial, municipal and governmental customers in selected northeastern and midwestern U.S. markets. Avalon also owns the Avalon Golf and Country Club, which operates golf courses and related facilities. McLaughlin Declaration ("McLaughlin Decl.") Exhibit 1.

2. For approximately the first seven months of 2018, up until July 24, 2018, Avalon's closing share price ranged from approximately $2.00 to $2.40. McLaughlin Decl. Exhibit 2.

3. On June 15, 2018, Mintbroker, through Interactive Brokers, opened a position on Avalon securities with the purchase of 200 shares. McLaughlin Decl. Exhibit 3.

4. On August 2, 2018, Mintbroker netted its position in Avalon securities to zero with the purchase of 1,000 Avalon securities. McLaughlin Decl. Exhibit 4.

5. For approximately the last five months of 2018, after July 31, 2018, Avalon's closing share price ranged from approximately $2.65 to $4.80. McLaughlin Decl. Exhibit 2 and, Yahoo Finance Avalon Share Price Chart, January 1, 2018 to December 31, 2018.

6. The highest closing share price of $4.80 in the second half of 2018 represents a 100% increase over the highest closing share price of $2.40 in the first half of 2018, and the lowest closing share price of $2.65 in the second half of 2018 represents a 32.5% increase over the lowest closing price of $2.00 in the first half of 2018. McLaughlin Decl. Exhibit 2 and ¶ 4.

7. Between its opening and closing positions, Mintbroker undertook some 18,460 trades in purported Avalon securities. McLaughlin Decl. ¶ 6.

8. On July 7, 2018, Mintbroker filed a SEC Form 3 pursuant to Section 16(a) of the Securities Exchange Act of 1934 stating that it had taken a position in 1,922,095 shares of Avalon. McLaughlin Declaration ("McLaughlin Decl.") Exhibit 5.

9. On August 1, 2018, Mintbroker filed a SEC Form 4 pursuant to Section 16(a) of the Securities Exchange Act of 1934 stating it had decreased its position in Avalon securities by 202,642 shares. McLaughlin Decl. Exhibit 6.

10. On August 22, 2018, Mintbroker filed a SEC Form13-D pursuant to Section 16(a) of the Securities Exchange Act of 1934, to which it attached all of its trading records reflecting positions in Avalon stock effected during the prior sixty days by Mintbroker. Gentile, by virtue of his relationship to MintBroker, noted in this form

that he "may be deemed to indirectly beneficially own (as that term is defined in Rule 13d-3 under the Exchange Act of 1934, as amended) those Shares which MintBroker had owned" and that he "disclaim[ed] beneficial ownership of all such Shares for all other purposes." McLaughlin Decl. Exhibit 7.

11. The periods during which Defendants purported to hold a greater than 10% of the outstanding common stock of Avalon based on the Interactive Brokers' trade blotter (which does not account for T+2 settlement) are July 24, 2018 for eleven seconds between 2:46:41 p.m. and 2:46:52 p.m. and July 24, 2018 for less than four minutes between 2:54:21 p.m. and 2:58:08 p.m. At 3:06 p.m. on July 24, 2018, Mintbroker entered a greater than 10% position in AWX, which it exited on July 31, 2018 at 12:02 p.m. (the "Alleged Short Swing Period"). McLaughlin Decl. ¶ 11.

12. Defendants made 15,511 trades during the Alleged Short Swing Period. McLaughlin Decl. ¶ 12.

13. Based upon the trade blotter produced by Interactive Brokers (which does not account for T+2 settlement), Defendants' maximum position was 57.5 % of the Avalon outstanding stock on July 27, 2018 at 1:56 p.m. McLaughlin Decl. ¶ 13.

14. The number of Avalon shares outstanding during the Short Swing Window was 3,263,585. McLaughlin Decl. Exhibit 8, ¶ 15.

15. A company's share register sets forth the legal owners of that company's stock. McLaughlin Decl. Exhibit 9, at 12-5. These "registered owners" or "record owners" (the "record date" is the date upon which they legally own the shares) generally possess share certificates that "represent their ownership in the company." *Id.* The vast majority of publicly traded shares in the United States are registered in the name

of Cede & Co., the nominee of The Depository Trust Company ("DTC"). *Id.* at 12-3. DTC is the largest "legal" owner of most public companies' stock. *Id.* at 12-5. "Shares registered in this manner are commonly referred to as being held in "street name." *Id.* "The street name registration system was created to facilitate securities trading, eliminate paperwork and preserve the confidentiality of beneficial owners' identities." *Id.* "Beneficial owners are divested of the rights incident to legal ownership when they hold their shares in street name." *Id.*

16. Transactions involving street name shares are conducted using DTC's electronic "book-entry" system of accounting for share transfers. McLaughlin Decl. Exhibit 9 at 12-6. Whcn one participant's client sells shares in a particular company, that participant's DTC account is debited and the purchasing participant's account is credited by the same amount. Id. DTC's "book-entry" system negates the need to keep a large inventory of physical stock certificates. The shares of each company held by DTC are typically represented by only one or more immobilized jumbo stock certificates held in DTC's vault. *Id.*

17. Avalon shares are DTC eligible securities, as evidenced by the DTC settlement data produced in this litigation. McLaughlin Decl. Exhibit. 10.

18. The number of Avalon shares possessed by "Cede & Co" during the Short Swing Window is 3,250,012 (the "Float"). McLaughlin Decl. Exhibit 8, ¶ 16.

19. Based upon Avalon's own analysis of its shareholders, as of July 24, 2018 there were only approximately "1.7 million shares" left to publicly trade when backing out the greater than 5% shareholders who had not traded their shares during the relevant period, identified as Ron Klingle, Anil Nalluri, Dimension Fund Advisors LP, and

A-74

Comprehensive Financial Planning (the "Available Float"). The Available Float equates to 52% of Avalon's outstanding shares. McLaughlin Decl. Exhibit 27 at NYSE000076, Exhibit 28, and ¶ 54.

20. On July 24, 2018, **2,486,200** Avalon shares were traded by all market participants. McLaughlin Decl. Exhibit 11.

21. The July 24, 2018 trading by all market participants in Avalon shares represented **76.49%** of the Float and **146.25%** of the Available Float. McLaughlin Decl. ¶ 22.

22. On July 24, 2018, **763,945** Avalon shares were purchased and sold by Interactive Brokers' customers, including Defendants, for a total of **1,527,890** trades. McLaughlin Decl. Exhibit. 10.

23. The July 24, 2018 trading by Interactive Brokers' customers represented **47.01%** of the Float and **89.88%** of the Available Float. McLaughlin Decl., ¶ 29.

24. On July 25, 2018, **10,660,300** Avalon shares were traded by all market participants. McLaughlin Decl. Exhibit 11.

25. The July 25, 2018 trading in Avalon shares by all market participants represented **328%** of the Float and **627.08%** of the Available Float. McLaughlin Decl. ¶ 23.

26. On July 25, 2018, **1,083,950** Avalon shares were purchased and sold by Interactive Brokers' customers, including Defendants, for a total of 1,167,900 trades. McLaughlin Decl. Exhibit 10.

27. The July 25, 2018 trading by Interactive Brokers' customers represented **66.71%** of the Float and **127.53%** of the Available Float. McLaughlin Decl. Exhibit 10, ¶ 30.

28. On July 26, 2018, **10,306,900** Avalon shares were traded by all market participants. McLaughlin Decl. Exhibit 11.

A-75

29. The July 26, 2018 trading in Avalon shares by all market participants represented **317.13%** of the Float and **606.29%** of the Available Float. McLaughlin Decl. ¶ 24.

30. On July 26, 2018, **1,082,250** Avalon shares were purchased and sold by Interactive Brokers' customers, including Defendants, for a total of **2,164,500** trades. McLaughlin Decl. Exhibit 10.

31. The July 26, 2018 trading by Interactive Brokers' customers represented **66.6%** of the Float and **127.32%** of the Available Float. McLaughlin Decl. Exhibit 10, ¶ 31.

32. On July 27, 2018, **12,799,500** Avalon shares were traded by all market participants. McLaughlin Decl. 11.

33. The July 27, 2018 trading in Avalon shares by all market participants represented **393.83%** of the Float and **752.91%** of the Available Float. McLaughlin Decl. ¶ 25.

34. On July 27, 2018, **886,938** Avalon shares were purchased and sold by Interactive Brokers' customers, including Defendants, for a total of **1,773,867** trades. McLaughlin Decl. Exhibit 10.

35. The July 27, 2018 trading by Interactive Brokers' customers represented **54.6%** of the Float and **104.35%** of the Available Float. McLaughlin Decl. Exhibit 10, ¶ 32.

36. On July 30, 2018, **5,707,000** Avalon shares were traded by all market participants. McLaughlin Decl. Exhibit 11.

37. The July 30, 2018 trading in Avalon shares by all market participants represented **175.60%** of the Float and **335.94%** of the Available Float. McLaughlin Decl. ¶ 26.

38. On July 30, 2018, **884,610** Avalon shares were purchased and sold by Interactive Brokers' customers, including Defendants, for a total of **1,769,220** trades. McLaughlin Decl. Exhibit 10.

A-76

39. The July 30, 2018 trading by Interactive Brokers' customers represented **54.4%** of the Float and **104.07%** of the Available Float.  McLaughlin Decl. Exhibit 10, ¶ 33.

40. On July 31, 2018, **3,976,900** Avalon shares were traded by all market participants. McLaughlin Decl. Exhibit 11.

41. The July 31, 2018 trading in Avalon shares by all market participants represented **122.37%** of the Float and **233.37%** of the Available Float.  McLaughlin Decl. ¶ 27.

42. On July 31, 2018, **990,140** Avalon shares were purchased and sold by Interactive Brokers' customers, including Defendants, for a total of 1,980,280 trades. McLaughlin Decl. Exhibit 10.

43. The July 31, 2018 trading by Interactive Brokers customers represented **60.9%** of the Float and **127.76%** of the Available Float.  McLaughlin Decl. Exhibit 10, ¶ 34.

44. The combined trading in Avalon shares by all market participants during the alleged Short Swing Period was **45,936,800** shares, constituting **1413.43%** of the Float and **2,702.16%** of the Available Float.  McLaughlin Decl. ¶¶ 21, 28.

45. The combined trading in Avalon shares by Interactive Brokers' customers during the alleged Short Swing Period was **11,383,666** shares, representing **350.3%** of the Float and **669.63%** of the Available Float.  McLaughlin Decl. ¶ 34.

46. On July 24, Mintbroker opened a position in **624,073** shares representing **19.2%** of the Float and **36.71%** of the Available Float and closed a position in **99,086** shares representing **3.05%** of the Float and **5.83%** of the Available Float; its total trades were **723,159** "shares" representing **22.25%** of the Float and **42.54%** of the Available Float.  McLaughlin Decl. Exhibit 12.

A-77

47. On July 25, Mintbroker opened a position in **703,602** shares representing **21.65%** of the Float and **41.39%** of the Available Float and closed a position in **118,277** shares representing **3.64%** of the Float and **6.95%** of the Available Float; its total trades were **821,879** "shares" representing **25.29%** of the Float and **48.34%** of the Available Float. McLaughlin Decl. Exhibit 12.

48. On July 26, Mintbroker opened a position in **690,184** shares representing **21.24%** of the Float and **40.60%** of the Available Float and closed a position in **215,677** shares representing **6.64%** of the Float and **12.69%** of the Available Float; its total trades were **905,861** "shares" representing **27.87%** of the Float and **53.29%** of the Available Float. McLaughlin Decl. Exhibit 12.

49. On July 27, Mintbroker opened a position in **327,406** shares representing **10.07%** of the Float and **19.26%** of the Available Float and closed a position in **192,340** shares representing **5.92%** of the Float and **11.31%** of the Available Float; its total trades were **519,746** "shares" representing **15.99%** of the Float and **30.57%** of the Available Float. McLaughlin Decl. Exhibit 12.

50. On July 30, Mintbroker closed a position in **719,885** shares representing **22.15%** of the Float and **42.35%** of the Available Float. McLaughlin Decl. Exhibit 12.

51. On July 31, Mintbroker closed a position in **799,720** shares representing **24.61%** of the Float and **47.04%** of the Available Float. McLaughlin Decl. Exhibit 12.

52. The combined trading in Avalon shares by Mintbroker during the Alleged Short Swing Period was **4,490,250** "shares", representing **138.16%** of the Float and **264.13%** of the Available Float. Mintbroker's positive book entry position during the Alleged Short Swing Period was **2,345,265** "shares" and its negative book-entry

position during the Alleged Short Swing Period representing sales and short sales was **2,144,985** "shares." McLaughlin Decl. Exhibit 12.

53. Account #I1043365 was a proprietary trading account held by MintBroker at Interactive Brokers ("Interactive") and it served as the "Master Account" for two proprietary sub- accounts: (i) Account #UL1043811; and (ii) Account #US1043812 (the "Trading Accounts"). McLaughlin Decl. Exhibit 13.

54. The "Activity Statements" produced by Interactive for each of the Trading Accounts accurately reflect the Avalon (AWX) and New Concept (GBR) trades executed in those Trading Accounts by Gentile, as the sole owner of MintBroker. (See #UL1043811 "Activity Statement" (filename: Annual Statements/MINT 2018 UL.pdf), AWX trades at pp.933 –1000; GBR trades at pp.1150 –1202; see also #US1043812 "Activity Statement" (filename: Annual Statements/MINT 2018 US.pdf), AWX trades at pp.203-206; GBR trades at pp. 431-433). McLaughlin Decl. Exhibit 13.

55. The trades reflected in the Activity Statements for the Trading Accounts include the Avalon and New Concept trades reflected in the records produced by the Defendants at Bates Numbers MINT-AWX000001-140 and MINT-GBR-000001-159. McLaughlin Decl. Exhibit 13.

56. Cash was credited or debited to the Trading Accounts, as applicable, in connection with each AWX or GBR trade listed on the "Activity Statements," in the amount of the "Proceeds" indicated on the "Activity Statements" for each such trade. McLaughlin Decl. Exhibit 13.

57. On May 22, 2017, the SEC amended Rule 15c6-1(a) to shorted by one business day the standard settlement cycle for broker-dealer securities transactions from trade date plus 3 business days ("T+3") to trade date plus 2 business days, known as T+2. McLaughlin Decl. Exhibit 14.

58. "Generally, this change would mean that when an investor buys a security, the brokerage firm must receive payment from the investor no later than two business days after the trade is executed. When an investor sells a security, the investor must deliver to the brokerage firm the investor's security no later than two business days after the sale. For example, if an investor sells shares of a particular stock on Monday, the transaction would settle on Wednesday." McLaughlin Decl. Exhibit 14.

59. Interactive Brokers informed its clients that "[e]ffective September 5, 2017, the standard settlement period for securities traded on U.S. and Canadian exchanges will be reduced from 3 business days (T+3) to 2 business days (T+2) and that clients currently utilizing T+2 (which had a higher execution cost) would be amended to T+1. McLaughlin Decl. Exhibit 15, 17.

60. "Most stock exchange transactions settle on the trade date plus two business days . . ." McLaughlin Declaration Exhibit 16 at p. 11.

61. Mintbroker's Interactive Brokers 2018 Annual Statement features line items for starting cash, ending cash, and ending settled cash." McLaughlin Declaration Exhibit 16 at pp 1-2.

62. Mintbroker's Interactive Brokers Long Account Activity Statement, January 1, 2018-December 31, 2018 features line items for starting cash, ending cash, and ending settled cash. McLaughlin Declaration Exhibit 17 at pp. 772-773.

63. The Interactive Brokers Activity Statements explain that "Ending settled cash reflects the cash that has actually settled." McLaughlin Declaration Exhibit 17 at p. 5210.

64. The Interactive Brokers code "SS" indicates that a customer has "designated this trade for shortened settlement and so is subject to execution at prices above the prevailing market." McLaughlin Declaration Exhibit 17 at p. 5210.

65. None of Mintbroker's AWX long trades during the relevant period were designated "SS." McLaughlin Declaration Exhibit 17 at p. 933-1000.

66. None of Mintbroker's AWX short trades during the relevant period were designated "SS." McLaughlin Declaration Exhibit 18.

67. The number of shares available for a short seller to borrow is necessarily less than the number of shares in the float of a given stock. McLaughlin Decl. Exhibit 19 at 162:2-15.

68. For example, if on a given day, market participants are looking to borrow shares to short sell five million shares, but only one million shares exist, only one million shares can be obtained and are available for delivery on that day. McLaughlin Decl. Exhibit 19 at 162:16-25.

69. Multiple brokers can short the same "pot" of shares on any given trading day, meaning there might be one million shares available, but two million shares to be sold short. Over the next two trading days, the "clearing function" means the shorted shares will either be delivered or available to borrow, or the short will be closed out because the shares are unavailable. McLaughlin Decl. Exhibit 19 at 99:15-100:19

70. When an Interactive Brokers customer puts an order for shares to be filled, Interactive Brokers routes the order to an exchange and then it is filled on the exchange by a counterparty. McLaughlin Decl. Exhibit 19 at 154:12-155:6.

71. Interactive Brokers does not know whether or not the counterparty, if not also an Interactive Brokers customer, actually owns the shares it purports to be selling. McLaughlin Decl. Exhibit 19 at 155:4-11.

72. Interactive Brokers does not place any securities into its customer's account until the trade has settled. McLaughlin Decl. Exhibit 19 at 167:22-168:8.

73. Voting power is a legal incident to share ownership, which is vested in the legal owner of stock, which include registered owners, who appear in the company's share registry, and DTCC, which registers the shares it owns under "Cede & Co." McLaughlin Decl. Exhibit 9 at p. 12-6. Only Legal owners can vote shares, while street name holders are not "technically entitled to vote shares or grant proxy authority." *Id.* at p. 12-7. However, DTC assigns to each market participant (including Interactive Brokers) the voting rights associated with particular shares in that participant's DTC account "as of the record date." *Id.* at p. 12-7. The "record date" is the date that a shareholder obtains legal ownership. *Id.* at p. 12-5. Absent special circumstances, proxy authority is never transferred down to the ultimate beneficial owners. *Id.* at pp. 12-7 to 12-8.

74. In order to vote shares, the customers of market participants may, by contract with the market participant, have the right to provide voting instructions to their bank or broker, who, in turn, has the legal right to actually vote those shares. *Id.* at pp. 12-7 to 12-8.

75. According to Interactive Brokers, a customer may, "generally speaking," have voting power in securities, but only to the extent they have a long position. McLaughlin Decl. Exhibit 19 at 114:24-125:6.

76. A short seller never has any voting rights because it never takes possession of any shares. McLaughlin Decl. Exhibit 9 at pp. 12-18 to 12-20.

77. The Interactive Brokers 30b(6) deponent in this matter did not know if a customer could vote shares after an order had been placed but before the shares were placed into the customer's account. McLaughlin Decl. Exhibit 19 at 170:18-117:8.

78. This deponent did not establish that the contract between Interactive Brokers and Mintbroker enabled Mintbroker to provide voting instructions to Interactive Brokers, and nor did he establish that Mintbroker exercised any voting power during the period that it held a position in Avalon securities.

79. During the relevant period, Avalon executives did not have any knowledge of either Defendant as a greater than 5% (or 10% owner); in fact, Avalon specifically identified its greater than 5% owners in a complaint made to the NYSE on July 24, 2018 and this list did not include Defendants. McLaughlin Decl. Exhibit 27.

80. During the relevant period, internal emails also established that "no members of management have bought or sold any shares of stock" and that "no current or potential investor" had contacted Avalon regarding the trading activity described herein. McLaughlin Decl. Exhibit 30 at AV0009-10, AV0026-29.

81. Counsel for Avalon, David Lopez, has brought at least 325 Section 16(b)-related cases in the Southern District of New York since 1973. McLaughlin Decl. Exhibit 20, PACER Search results for "attorney" Firstname "David" Lastname "Lopez.

82. Counsel for Avalon, Miriam Tauber, has brought some 45 Section 16(b)-related cases in the Southern District of New York since 2014. McLaughlin Decl. Exhibit 21.

83. Lopez and/or Tauber have represented Plaintiff Deborah Donoghue in at least 146 16(b)-related demand action 146 times since 2001. McLaughlin Decl. Exhibit 22.

84. Lopez represented Plaintiff Richard Morales in approximately 88 16(b)-related demand action 146 times prior to 2001. McLaughlin Decl. Exhibit 23.

85. Plaintiff Deborah Donoghue was substituted for Plaintiff Richard Morales or designated as plaintiff/executrix of Richard Morales in eight cases in 2001 after he died:

  a. *Donoghue, et al v. Flightserv.Com, et al.*, No. 1:00-cv-03987-JSM

  b. *Donoghue, et al v. Miracor Diagnostics, et al.*, No. 1:00-cv-06696-JGK

  c. *Morales, et al v. Natural Microsystems, et al.*, No. 1:01-cv-00708-RWS

  d. *Morales, et al v. CT Holdings Inc., et al.*, No. 1:01-cv-01303-KMW-KNF

  e. *Donoguhe v. Integrated Business, et al.*, No. 1:01-cv-02407-KMW

  f. *Donoghue v. Cpti, Inc., et al.*, No. 1:01-cv-02447-MP

  g. *Donoghue v. Equitex, Inc., et al.*, No. 1:01-cv-06132-WK

  h. *Donoghue v. Spatializer Audio, et al.*, No. 1:01-cv-07286-AKH

     McLaughlin Decl. Exhibit 22.

86. Lopez has represented Plaintiff C.R.A. Realty Corp. in approximately 50 16(b)-related cases. McLaughlin Decl. Exhibit 24.

87. Lopez and/or Tauber have represented Plaintiff Aaron Rubenstein in approximately 24 16(b)-related demand actions since 2015. McLaughlin Decl. Exhibit 25.

A-84

88. Lopez and/or Tauber have represented Plaintiff Mark Rubenstein in approximately 10 16(b)-related demand actions since 2015. McLaughlin Decl. Exhibit 26.

89. A great number of this cohort's 16(b) cases are dismissed within months of being brought, including, for example, as to Richard Morales, the following cases: *Morales v. Underwriters Group, et al.*, No 1:93-cv-06228-LAP (filed 9/7/1993, closed 11/17/1993); *Morales v. IEC Electronics, et al.*, No 1:00-cv-017553-BSJ, (filed 3/7/00, closed 7/29/00; *Morales v. Coleman Co. In., et al.*, No. 1:00-cv-02482-VM (filed 3/31/11, closed 5/1/00); *Morales v. Memberworks Inc., et al.*, No. 1:00-c-03122-JSM (filed 4/24/00, closed 8/28/00); *Morales v. Zale Corporation, et al.*, No. 1:95:cv-01653 (filed 3/10/95, closed 4/19/95). McLaughlin Decl. Exhibit 23.

90. Following the filing of *Huppe v. Special Solutions Fund III QP, L.P.* in 2006 and six years of litigation thereafter, Ayro informed shareholders in its 2013 Annual Report that a settlement reached against alleged short-swing shareholders in the case constituted $529,280 in disgorgement of short-swing profits, less the fees and expenses agreed upon by the plaintiffs of $272,539, leaving a remainder of $254,361 for Ayro which would be "recorded as additional paid-in capital." McLaughlin Decl. Exhibit 29.

A-85

FORD O'BRIEN LLP

    /s/ Danielle M. McLaughlin
Adam Ford
Robert S. Landy
Danielle M. McLaughlin
575 5th Avenue, 17th Floor
New York, NY 10017
aford@fordobrien.com
rlandy@fordobrien.com
dmclaughlin@fordobrien.com
*Attorneys for Defendants Guy Gentile and
Mintbroker International, Ltd*

Dated: New York, New York
August 10, 2020

A-85.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP., | |
| Plaintiff, | No. 18-cv-7291 (VSB) (RJL) |
| v. | ECF Case |
| GUY GENTILE and MINTBROKER INTERNATIONAL, LTD., | |
| Defendants. | |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. | |
| Plaintiff, | No. 18-cv-8896 (VSB) (RJL) |
| v. | ECF Case |
| GUY GENTILE and MINTBROKER INTERNATIONAL, LTD., | |
| Defendants. | |

**PLAINTIFF'S RULE 56.1 STATEMENT**

Plaintiff Avalon Holdings Corporation ("Avalon") states that there are no genuine issues to be tried with respect to the facts below.

1.      Avalon is an Ohio corporation. At all relevant times (meaning at all times during July and August of 2018), shares of Class A Common Stock issued by Plaintiff Avalon Holdings Corp. ("Avalon" or "Plaintiff") were registered pursuant to Section 12(b) of the Securities Exchange Act of 1934 (the "Act"). Avalon Class A shares were listed on the NYSE/American exchange, and publicly traded under the stock symbol: AWX. Shares of AWX are "equity securities" within the meaning of Section 16 of the Act.

1

**A-85.2**

2. At all relevant times, there were 3,191,100 shares of AWX outstanding. (Avalon 10Q reports filed May 10, Aug. 9, and Nov. 8, 2018.)

3. At all relevant times, Defendant MintBroker International, Ltd. (a/k/a Swiss America Securities Ltd.) ("MintBroker") was a Bahamas entity and broker dealer registered under the Bahamas securities laws. Defendant Guy Gentile ("Gentile," and together with MintBroker, the "Defendants") is a United States citizen, and a resident of San Juan, Puerto Rico. Gentile is (and was at all relevant times) the sole owner of MintBroker, and directed MintBroker's operations and activities, including all of MintBroker's trading of Avalon securities. (Ex. A,[1] Gentile Dep. Tr. pp. 1-30.)

4. At all relevant times, MintBroker was the owner of Account #1043365, a proprietary account held at Interactive Brokers, Inc., which served as the "Master Account" for two sub-accounts (together, the "Trading Accounts"): (i)Account #UL1043811 (referred to as the "long account"); and (ii) Account #US1043812 (referred to as the "short account"). (Ex. B, Stip. filed at Dkt #62 ¶¶ 1-2.)

5. The Activity Statements for each of the Trading Accounts accurately reflect the AWX trades executed by Interactive in that Account, pursuant to trade (buy or sell) orders placed by the Defendants, which were then routed to an exchange by Interactive as the Defendants' broker. (Ex. B, Stip. ¶ 2; Ex. C, Interactive Dep. Tr. pp. 10-43, introducing and authenticating: Ex. D (excerpt of) Interactive Dep. Ex. #18, Activity Statement for Account #UL1043811; and Ex. E (excerpt of) Interactive Dep. Ex. #19, Activity Statement for Account #US1043812.

---

[1] Exhibits refer to the exhibits attached to the accompanying Affidavit of Miriam Tauber.

2

A-85.3

6. The AWX trades executed in the Trading Accounts were also reported by the Defendants in their Schedule 13D filed August 22, 2018 (Ex. F). These trades are also included in the spreadsheet of trading activity produced by the Defendants (Ex. G).

7. The trading reflected on the Activity Statements, which Defendants stipulated accurately reflects MintBroker's proprietary trading of AWX stock, is aggregated on the spreadsheet attached as Ex. H, which also calculates Defendants' "beneficial ownership" following each transaction.

8. Upon execution of the purchases of AWX stock reflected in the Activity Statements, Defendants acquired dispositive authority (the right to sell) with respect to the purchased shares and were "beneficial authority" over the shares purchased within the meaning of Section 16(a) of the Act. Upon execution of the Defendants' sales, Defendants disposed of the shares and relinquished "beneficial ownership" of the shares sold.

9. The total shares purchased and sold by MintBroker, as indicated on the Activity Statements for the Trading Accounts are summarized below, together with the total trading volume and "fails to deliver" data on each date on which Defendants' beneficial ownership exceeded 10%, based on publicly available data (e.g., Ex. I, Yahoo data; *see also* Ex. J, R. Rico paper at p.32).

| Date | 7/24 | 7/25 | 7/26 | 7/27 | 7/30 | 7/31 | 8/1 |
|---|---|---|---|---|---|---|---|
| MintBroker Buys (Ex. H) | 624,073 | 703,602 | 690,184 | 327,406 | | | |
| MintBroker Sells (Ex. H) | 99,086 | 118,277 | 215,677 | 192,340 | 719,885 | 799,720 | 200,280 |
| MB position (end of day) (% of AWX) | 524,987 (16.45%) | 1,110,312 (34.79%) | 1,584,819 (49.66%) | 1,719,885 (53.9%) | 1,000,000 (31.34%) | 200,280 (20.03%) | 0 |
| AWX Trading Vol. (Ex. I) | 2,486,200 | 10,660,300 | 10,306,900 | 12,799,500 | 5,707,000 | 3,976,900 | 2,863,200 |
| Fails to Deliver (Ex. J) | | | 119,078 | 298,858 | 95,656 | 187,010 | 300,949 |

10. Both Defendants had a "pecuniary interest" in the shares purchased and sold in the Trading Accounts within the meaning of Section 16(b) of the Act and SEC Rule 16a-1(a)(ii).

3

A-85.4

11.  Gentile, on behalf of MintBroker, had the authority to withdraw cash from the Trading Accounts in an amount equal to the "cash balance" of each Trading Account (including any proceeds from AWX trades), at any time. Upon closing all of MintBroker's Interactive accounts (including the Trading Accounts), at Interactive's insistence, in or around October 31, 2019, Gentile withdrew funds in an amount equal to the cash balance on all of MintBroker's Interactive accounts and the value of any marketable securities in the accounts, and transferred such funds to an account at Deltec Bank (a Bahamian bank) owned and controlled by Gentile. (*See* Ex. K; Ex. L.)

12.  Both Defendants may be held jointly and severally liable for the disgorgement owed to the Company as estimated in the above Paragraph (subject to the Court's review of further submissions by the parties).

13.  Defendants' short swing profits from the AWX trading reflected on the Activity Statements are computed by matching Defendants' purchases against highest-priced sales within the relevant trading period of less than six months

14.  Applying this methodology to the trading reflected on the Activity Statements (and aggregated on Ex. H), Defendants' liability is calculated to equal $6,235,908. (Ex. M.) Defendants are strictly required to disgorge all such profits to Avalon. To the extent Defendants dispute Plaintiff's computations, Plaintiff seeks referral of the issue of damages to a special master to be appointed by the Court (e.g., Hon. Lehrburger, the Magistrate Judge assigned to this case and familiar with the facts).

Dated: Aug. 10, 2020 (New York, NY)

| *s/ Miriam Tauber* | *s/ David Lopez* |
|---|---|
| Miriam Tauber (MIRIAM TAUBER LAW PLLC) | David Lopez (LAW OFFICES OF DAVID LOPEZ*)* |

*Attorneys for Plaintiff Avalon Holdings Corp.*

4

A-86

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP., | |
| Plaintiff, | No. 18-cv-7291 (VSB) (RJL) |
| v. | ECF Case |
| GUY GENTILE and MINTBROKER INTERNATIONAL, LTD., | |
| Defendants. | |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. | |
| Plaintiff, | No. 18-cv-8896 (VSB) (RJL) |
| v. | ECF Case |
| GUY GENTILE and MINTBROKER INTERNATIONAL, LTD., | |
| Defendants. | |

**AFFIDAVIT OF MIRIAM TAUBER**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, MIRIAM TAUBER declares as follows:

I am a member of the Bar of this Court and one of the attorneys for Plaintiff Avalon

Holdings Corp. I submit this Affidavit in Support of Plaintiff's Motion for Summary Judgment, in

order to put the following documents referenced in Plaintiff's Motion before the Court:

1

A-87

| Ex. | Description |
|---|---|
| A. | Excerpts from Transcript of the Deposition of Guy Gentile (Feb. 24, 2020) |
| B. | Joint Stipulation (Dkt #62) (May 14, 2020) |
| C. | Excerpts from Transcript of Deposition of Interactive Brokers, Inc. (F.R.C.P. 30(b)(6) witness) (May 27, 2020) |
| D. | "Activity Statement" for Interactive Account #UL1043811 (Jan. 1 – Dec. 31, 2018) (Interactive Dep. Ex. #18) |
| E. | "Activity Statement" for Interactive Account #US1043812 (Jan. 1 – Dec. 31, 2018) (Interactive Dep. Ex. #19) |
| F. | Schedule 13D filed by MintBroker International Ltd. and Guy Gentile (Aug. 22, 2018) (Gentile Dep. Ex. #2) |
| G. | Spreadsheet produced by Defendants at Bates Nos.: MINT-AWX000001-140 (Gentile Dep. Ex. #4) |
| H. | Spreadsheet reflecting combined AWX trading activity from "Activity Statements" (Ex. D & Ex. E) |
| I. | Historical trading data and graph from Yahoo finance |
| J. | Roberto Ricco, "Squeezing the Shorts in Small Cap Stocks" (Bocconi Univ. Nov. 21, 2019) |
| K. | Message from Interactive re: closing of Defendants' accounts (Oct. 31, 2019) (Gentile Dep. Ex. #13) |
| L. | Deltec Bank account information (Mar. 13, 2018) Gentile Dep. Ex. #14) |
| M. | Plaintiff's Computation of Profits (based on Ex. D & Ex. E as consolidated in Ex. M.) |
| N. | The Tribune, *Commission Faces Battle Over Broker's Winding Up* (April 8, 2020) |
| O. | Text of Regulation SHO, 17 C.F.R. § 242.200 |
| P. | SEC publication: "Key Points About Regulation SHO" (April 8, 2015) |

Dated: New York, New York
     August 10, 2020

Miriam Tauber
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A | New York NY 10075
(323) 790-4881 |
MiriamTauberLaw@gmail.com

*Attorney for Plaintiff Avalon Holdings Corp.*

2

A-88

# EXHIBIT A

A-89

**In The Matter Of:**

*AVALON HOLDINGS CORPORATION v.*

*GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.*

*GUY GENTILE*

*February 24, 2020*

*DALCO Reporting, Inc.*

*170 Hamilton Avenue, Suite 303*

*White Plains, NY 10601*

*(914) 684-9009*

*dalcoreporting.com*



Original File GENTILE, GUY (2_24_2020).txt
**Min-U-Script® with Word Index**

**A-90**

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -X
AVALON HOLDINGS CORPORATION,
                    Plaintiff,
        -against-              Case No.
                              1:18-cv-7291
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.,
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - -X
RELATED TO:
- - - - - - - - - - - - - - - - - - - - - -X

NEW CONCEPT ENERGY, INC.,
                    Plaintiff,
        -against-              Case No.
                              1:18-cv-08896
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.,
                    Defendants.
- - - - - - - - - - - - - - - - - - - - - -X
                    February 24, 2020
                    9:00 a.m.

DEPOSITION of GUY GENTILE, a Defendant herein, taken

pursuant to Court Order, and held at the offices of

DALCO Reporting, Inc., 280 Madison Avenue, New York,

New York, before Debra A. Levinson, CSR-RMR-CRR, a

Court Reporter and Notary Public of the State of New

York.

Page 2

A P P E A R A N C E S :

FOR PLAINTIFFS:

        MIRIAM TAUBER LAW, PLLC
            885 Park Avenue, Suite 2A
            New York, New York 10075
        BY:   MIRIAM TAUBER, ESQ.

        LAW OFFICE OF DAVID LOPEZ
            171 Edge of Woods Road
            P.O. Box 323
            South Hampton, New York 11968
        BY:   DAVID LOPEZ, ESQ.

FOR DEFENDANTS:

        FORD O'BRIEN LLP
            575 Fifth Avenue, 17th Floor
            New York, New York 10017
        BY:   ADAM C. FORD, ESQ.
              DANIELLE M. McLAUGHLIN, ESQ.

Page 3

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

Page 4

GUY GENTILE, having been first duly sworn by the Notary Public (Debra A. Levinson), and stating his address as San Juan, Bahamas, was examined and testified as follows:

**EXAMINATION**
**BY MS. TAUBER:**

Q.  Good morning, Mr. Gentile.  My name is Miriam Tauber.  I'm the counsel for the plaintiffs in this case.  Thank you for coming today.  I guess, start with just basic confirmation.  You said you're a resident of Puerto Rico?

**A.  Correct.**

Q.  Could we have a full address, for the record?

**A.  I'm not going to disclose my full address. It's San Juan, Puerto Rico.**

Q.  Okay.  Are you a U.S. citizen?

**A.  Yes.**

Q.  Okay.  Are you a citizen of any other countries?

**A.  Yes.**

Q.  What countries are those?

**A.  Italy and Jamaica.**

Q.  Okay.  Do you have an Italian passport?

A-91

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 5

A. Yes.

Q. Do you have a Jamaican passport?

A. Yes.

Q. Do you have any other residences in the United States, besides the San Juan, Puerto Rico location?

A. That's my legal residence. It's just San Juan, Puerto Rico.

Q. Okay. So do you have other residence in other states?

A. I own other properties but not in -- not in the US.

Q. Okay. So that's your only current residence, Puerto Rico?

A. That's where I live. I'm there most of the time.

Q. Okay. Where else do you live when you're not living there?

A. Well, right now, it's just -- right now, I just live in Puerto Rico. Prior to that, I lived in the Bahamas for a number of years.

Q. Okay.

A. And prior to that, I lived in New York.

Q. Okay.

Page 6

A. And also in Miami, for a brief period, but right now, my only full-time residency is San Juan, Puerto Rico.

Q. Okay. So I wanted to go through some entities that we know, well, your -- I think your attorney said in court that MintBroker which is the defendant in this case is the same thing as SureTrader; is that correct?

A. SureTrader is not a legal entity.

Q. Okay. So what is the relationship between -- is SureTrader just the name, the DBA name of MintBroker?

A. Just a website.

Q. Just a website. Okay. So can I give you a -- can I go through a list of other names that I've started to come across and you tell me if they're also the same company, if they're related companies, just because of the confusion of SureTrader and MintBroker?

MR. FORD: Yes. Just also the same company as what.

Q. As SureTrader, slash, MintBroker, is that -- those are the same thing, right, like SureTrader? You're saying it's a website but that refers to MintBroker, is that what you meant?

A. It used to; it's no longer in business.

Page 7

Q. Okay. So -- but when it was in business, it's the same entity as MintBroker?

A. It's not an entity. I said that already.

Q. Was it ever an entity?

A. No.

Q. Okay. What other names did it go by?

A. Which; did what go by?

Q. Either. This -- is this the same business MintBroker and Sure -- I guess I'm trying to figure out what is meant by I think you said that they're the same thing?

MR. FORD: I'm not certain what you're referring to.

Q. So I think last time you were in court, you had said MintBroker and SureTrader are the same thing; that's not correct?

MR. FORD: Can I just -- I'm happy to help. I want to be helpful but I think it's a little -- maybe if you just asked Mr. Gentile the question and he'll answer it.

Q. So are they the -- in your opinion, are they the same thing, MintBroker and SureTrader, do you use those names interchangeably to refer to the same business?

Page 8

A. Which business?

Q. Okay. So MintBroker is currently in existence; right?

A. MintBroker what though? MintBroker --

Q. International LTD, the defendant in this case?

A. Okay.

Q. Is that the same?

A. In which jurisdiction?

Q. What do you mean which jurisdiction? The defendant in this case, MintBroker International LTD, is I think a Bahamas entity?

A. Okay. But you've named this case -- defendants in UK, you've named defendants in Bahamas. I don't know which one you're talking about.

Q. Okay. So the -- let me show you the caption of the case here, and you can see what I'm talking about.

So here is a document from this case. I think you've seen this. It's your responses. Your attorney may have helped prepare these. There is a caption on there. You see the defendant is MintBroker International LTD?

A. I remember in the first complaint that you

**A-92**

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 9

guys wrote; you -- you mentioned MintBroker International UK. So I don't know if this is for UK or for Bahamas. Which one is it for?

Q. I don't recall that we had UK --

MR. LOPEZ: Bahamas.

Q. -- in the caption? But --

MR. FORD: I'll try and speed this along. I think as of now --

MS. TAUBER: Yeah.

Q. -- you guys correct me, the complaint, whatever might have been because I think there may have been some confusion earlier, but as of right now, this complaint, this case is Avalon Holdings against Guy Gentile and You and MintBroker International LTD, that is the -- that is a Bahamian corporation; is that correct?

A. Yes.

Q. Okay. And so the business that's known as SureTrader -- they're the website SureTrader, is that the business that MintBroker operated or operates?

A. SureTrader was owned -- the website was owned by MintBroker International for that time that that was in business.

Q. That which was in business; that SureTrader

Page 10

was in business or --

A. SureTrader is not a business. It was a website like I said, MintBroker International was the business.

Q. Okay. So how is the website related to the business?

A. It offered products and services that that business offered.

Q. What services are those?

A. Online trading services.

Q. So meaning what; what is an example of a service that it offered?

A. Similar to E-Trade or Ameritrade.

Q. So you can -- like a customer can open an account and place trades in the account similar to E-Trade; is that what you mean?

A. Similar to E-Trade, yes.

Q. Okay. So in this -- okay. Let me go back to my initial question which was I wanted to go through a list of entities and can you tell me if they are the same -- part of the same business or I guess the same -- I guess, first of all, the same entity. I guess they're different entities, but if they relate to the same business or not?

Page 11

A. Okay.

Q. Okay. So the first one is DAS Trader, is that an entity that is affiliated with you?

A. I don't own that business.

Q. Okay. Is that an affiliate of any business that you do own?

A. No. I don't own that business directly or indirectly.

Q. Okay. Does your ex-wife, I think, own that business, Karen Gentile?

A. I mean, I don't know if she owns it. I don't keep track of what she owns.

Q. Okay. Did she own it at one time?

A. I believe so but that's a belief. I'm not certain if she owned it or if another company she had owned it or if a trust owned it.

Q. Okay.

A. Or relatives owned it.

Q. Directly or indirectly somehow. Did you ever own it with her?

A. That entity specifically that she has now, no.

Q. The business of DAS Trader. I don't know if --

Page 12

A. Well, DAS Trader is a platform. It's not a business.

Q. Okay.

A. It's a technology.

Q. The business is DAS Inc.; is that right?

A. DAS Inc.

Q. Okay.

A. And I don't have any interest in DAS, Inc., and I never had an interest in DAS Inc. Other than when it was a marital asset prior.

Q. Is that a company that you founded or that you started with your ex-wife or that she started?

A. I was never an owner of that, in DAS Inc., in the actual trading platform, probably 18 years ago, I helped and I had an ownership interest in the platform but I don't, and have not had one in many years.

Q. Okay. And then DayTrader or DayTrader Pro?

A. DayTrader Pro is a website.

Q. Was that the same website as SureTrader, like did it become SureTrader or is it different? What's the difference between SureTrader and DayTrader?

A. They're unrelated businesses.

Q. Did they both exist at the same time? Does Daytrader Pro still exist?

A-93

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 13

A. Daytraderpro.com? There's no business by that name. There's a website by that name.

Q. Okay. That's just a website?

A. Yes.

Q. Okay. And does that still exist, the website?

A. Yes.

Q. Okay. GBox Trading?

A. That business does not exist.

Q. Okay. Is that a business that you used to own?

A. I had an interest in it. I was a member of it, years ago.

Q. Is that -- was it affiliated with any of the other entities I just mentioned, like DAS Trader, DayTrader, SureTrader, MintBroker?

A. It was not affiliated. It was just a company I was a member of.

Q. Okay. And was it also a trading platform website or --

A. No.

Q. What was that company?

A. I don't see how that's related to what we're talking about.

Page 14

Q. I guess -- it's usually because there's a lot of names and I --

A. It's unrelated to your complaint. Next question.

Q. Well, I disagree. Let's keep going. So Gilmore Capital?

A. I have no ownership in Gilmore Capital.

Q. Is that a related entity?

A. I --

Q. I'm just -- if you could just tell me -- it will go faster if you just tell me if they're affiliated or not or related or if they're companies that you own or --

MR. FORD: I'm sorry. Just to be clear: The question that you're asking, and I also do want to move this along.

MS. TAUBER: Yeah.

MR. FORD: The question that you're asking is when you name a name, you want to know whether he owns it -- one, whether he owns it and two, whether it's affiliated with MintBroker.

MS. TAUBER: Correct.

MR. FORD: So he'll do each of those names in two parts and he can say yes or no, if that's

Page 15

helpful.

MS. TAUBER: Right. So -- right. Yes, perfect.

MR. FORD: Those are the two --

MS. TAUBER: An affiliate wouldn't mean like did they change their name to become that company or something got presently affiliated but is it a successor or a predecessor company to the defendant; yeah? Okay.

BY MS. TAUBER:

Q. Okay. So Instant X Trading?

A. I don't own it.

Q. And is it affiliated?

A. I have no ownership. I've never owned it.

Q. So it's -- okay.

A. It's not affiliated to me.

Q. With MintBroker, no. Okay.

Investors Live or Investors Underground?

A. I never owned it. It's not affiliated with me.

Q. Okay. Jolt Securities?

A. That company, I owned for a brief period, but it's been out of business for almost a decade.

Q. Okay. And that's not -- wasn't a predecessor

Page 16

entity to MintBroker or SureTrader.com.

A. No.

Q. KAG Holdings?

A. It's unrelated to MintBroker International.

Q. Okay. So you -- but you do own that company?

A. I don't own it.

Q. Oh, okay.

MR. FORD: You do not.

THE WITNESS: (Indicating no.)

Q. Mint Bank?

A. That was never even incorporated.

Q. Okay. So it's just a name that you registered or --

A. Tried to register.

Q. Okay. Mint Funds?

A. It's still in business.

Q. Affiliated with MintBroker?

A. It's not affiliated. I own it.

Q. Okay. Mint Global Markets?

A. Okay. There's -- that is still in business but unaffiliated.

Q. And do you own that company?

A. Not directly.

Q. Okay. Mint Trade?

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 17

A. Don't own Mint Trade.

Q. It exists?

A. I don't know. Never heard of it. Mint Trade.

Q. Mint Investor?

A. That I own, unaffiliated.

Q. Unaffiliated?

A. Unaffiliated with that business.

Q. With MintBroker, okay.

And then Speed Trader or Speed Trader Pro?

A. That is a website. It's not a business.

Q. Is it the name as Sure -- like did it change its name to SureTrader.com., at some point?

A. No.

Q. Separate?

A. Separate entities.

Q. It existed the same time?

A. They existed at the same time.

Q. Okay. Stock USA or Stock USA Execution?

A. It's unaffiliated.

Q. Is that the same as Mint Global Markets?

A. Yes.

Q. Okay. And then SureTrader is a website you said?

Page 18

A. Yes.

Q. Okay. Swiss America Securities?

A. Well, that is the same as MintBroker International.

Q. So Swiss America Securities changed its name to MintBroker; is that --

A. Correct, MintBroker International.

Q. When did that name change happen?

A. I don't remember exactly when, but I guess it was around 2016 or 2017 range.

Q. Okay. Why did it change its name?

A. Because I wanted to change the name.

Q. Just like you didn't like -- you were sick of the other name? Were there any -- there was no reason?

MR. FORD: Objection. You have to --

MS. TAUBER: What --

MR. FORD: -- phrase the question better.

Q. There was no reason that you recall for the name change?

A. I wanted to change the name. It was a business decision.

Q. Okay. And the last one is ProTrade?

A. ProTrade what?

Q. Dot com.

Page 19

A. I never owned ProTrade.com.

Q. Like how about ProTrade Inc.? Or I don't really know what the suffix would be.

A. I didn't own a company named ProTrade Inc. Or ProTrade.com.

Q. Okay. Did you own a company with ProTrade in its name?

A. Yes.

Q. What was that called?

A. ProTrade Securities.

Q. Okay. And is that the same as the other entities I just mentioned like Mint Global Markets --

A. Unrelated to any other business.

Q. -- or anything like that?

Okay. So of these companies, the ones that are presently in business, are MintBroker International, is that correct, the defendant in this case?

A. Define "in business."

Q. I guess -- it's a good point.

Does it still exist as an entity?

A. Yes.

Q. And is there still an active business?

A. No.

Q. Does it have offices right now?

Page 20

A. No.

Q. A phone number, any employee? A phone number?

A. Doesn't have any operation.

Q. No employees?

A. (Indicating no.)

Q. Okay. When is the last day that it was in business?

MR. FORD: You have to -- if the record could reflect, he said -- he shook his head no. Just remember to say yes or no so the court reporter can get it.

A. Yes. Sorry.

Q. When was the last day that MintBroker International was in business?

A. I don't know the exact day.

Q. More or less.

A. Give you a month.

Q. Sure.

A. I believe it was November or December of last year.

Q. Of 2018?

A. Yeah.

MR. LOPEZ: '19.

**A-95**

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 21

A. '19.

Q. '19. Thank you. When -- like -- so before it closed, let's say, in October of 2019, how many people worked there?

A. Between 50 or 60.

Q. Okay. And were -- the offices were in the Bahamas; is that correct?

A. Yes.

Q. Were there any other office locations?

A. No.

Q. How many people who worked there were registered broker/dealers in the U.S.?

A. I don't understand the question.

Q. Meaning -- okay. Let me just start with -- was -- is MintBroker International or was it a registered broker/dealer?

A. In what jurisdiction?

Q. In the United States. Let's start with that.

A. No.

Q. No. Was it registered with the Bahamas?

A. Yes.

Q. Okay. How many people who worked there -- did anybody who worked there, other than you worked with there, was anybody a registered U.S. broker/dealer?

Page 22

A. No.

Q. Okay. Were there Bahamas broker/dealers who worked there?

A. I mean I don't know what you mean by the word "broker/dealer" because I'm just not familiar with the way you're using the word "broker/dealer" because individuals are not broker/dealers. Companies are broker/dealers.

Q. Okay. So a registered -- well, so you're aware that United States brokers have to be registered with FINRA; correct? Are you aware of that requirement?

A. Broker/dealers are required to be registered with FINRA.

Q. Individuals also have to have licenses?

A. They're licensed with their firms as far as I'm concerned. As far as I'm aware, they're licensed by the firm, they don't get licensed directly with FINRA.

Q. Okay. So was -- is Mint Global Markets, the one that's still in business, I think you said, is that a registered U.S. broker/dealer?

A. As far as I'm aware, yes.

Q. Okay. And did you say that was affiliated with MintBroker? I can't recall?

A. I did not. They're separate entities.

Page 23

Q. Are they affiliated with each other? Do they have -- do they share any of the same like officers, directors, employees?

A. No.

Q. Okay. Are you an officer of either of Mint Global Markets?

A. No.

Q. Are you an officer of MintBroker?

A. MintBroker International LTD Bahamas.

Q. Yes.

A. Yes.

Q. Okay. Who are the other officers of MintBroker International?

A. Right now? I don't believe there's anyone else right now.

Q. Okay.

A. Maybe -- maybe the secretary is still on board.

Q. And who is that?

A. Michael Miller.

Q. And when -- if you recall, when was MintBroker International formed?

A. In 2008, I believe. Formed as Swiss America Securities.

Page 24

Q. And so you have been an officer the entire time; is that correct?

A. Yes.

Q. And so along with you throughout its existence, who have been other officers, if you recall?

A. Well, like I said, Michael Miller was the secretary. And trying to remember, Philip Dorset was an officer of the company, the compliance officer for -- at the time, and Antonio Collie was -- became a director probably, I don't remember exactly what year, maybe 2016. And then the compliance, a new compliance officer then joined to become an officer.

Q. And who was that?

A. I can come back to that. I just -- losing his name for the moment. Cooper, Mr. Cooper.

Q. And so are these individuals, any of them, Mr. Cooper, Collie, Miller, Dorset, are they U.S. citizens?

A. Not to my knowledge.

Q. So are they residents of the Bahamas?

A. Yes.

Q. Okay. Can I read you some other names of possible employees of MintBroker and you tell me if they are

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 25

employees and if they're U.S. citizens; so a two-part question?

MR. LOPEZ: At July and August 2018, not everyone, just the relevant dates.

MR. FORD: Miriam, I'm sorry. You just want to run through a list of names --

MS. TAUBER: I want to know if they still work there or worked at these companies. They're just names that appeared in the documents that were produced to us; so I want to know if they are his employees or not.

MR. FORD: I'm sorry. I thought I understood you were asking whether he knew if they were U.S. citizens.

MS. TAUBER: Oh, right, and U.S. citizens, right.

MR. FORD: Yeah. Okay. So you want to know what their citizenship is.

MS. TAUBER: Well, yeah. They I guess are residents of the United States if he doesn't know if they're U.S. citizens or not. Yeah? It's just a few names.

Q. So Justin Richie?

A. As far as I know he's a Bahamian citizen.

Page 26

Q. Okay. And he's an employee of MintBroker?

A. Was.

Q. Was.

Antonio Collie -- Cooper, you said, his name was Edward?

A. Yes.

Q. Okay. Irvin Raming?

A. I believe he's always Bahamian; he worked for the company.

Q. So anybody -- I've come across people who have SureTrader.com email addresses just in some documents. Are these all people that, to your knowledge, if they had a SureTrader.com email address, does that mean that they worked in the Bahamas for SureTrader or for MintBroker or is there a different entity they could be working for?

A. As far as I'm aware that would be just people from the Bahamas.

Q. Okay. Just go past that. And then who is Nicholas Abatotakies; is that how you pronounce his name? I don't know.

A. He's someone that used to work for Mint Global Markets, and he's also a trustee for a trust.

Q. What trust?

Page 27

A. I mean, do I have to disclose the name of my trust? It's not relevant to this.

Q. What's his relationship with you?

A. I just told you. He's a trustee. It's a trust that was created.

Q. What's your relationship with the trust? Meaning --

A. This is a trust that was created a decade ago. It has nothing to do with this.

Q. I'm just trying to -- how he's -- does he work with you; like how -- what's your relationship with him?

A. He's a friend.

Q. Is he not a business partner of yours?

A. He's not a business partner of mine. He's worked for my company when it was my company, my company in New York.

Q. Okay. Is that Mint Global Markets or --

A. Yes, he was working there. He's, I believe, one of the directors of that entity.

Q. Okay. When you said your company in New York, that's what you meant?

A. Yes. It's not my company anymore because that's the company I'm referring to that's in a trust

Page 28

that he is the trustee of.

Q. Okay.

A. So I don't own that company for the last -- almost ten years I think.

Q. Okay. Okay. So let's move to the trading process. So you were saying that MintBroker -- can you explain a little bit about how MintBroker's business worked until it went out of business. I guess how -- what -- what its main business was and how -- sort of -- well, I guess -- what is MintBroker's main business?

MR. FORD: Miriam, I'll give you a little leeway on this but the relevancy here on -- to this case.

MS. TAUBER: I'm trying to get to like the document issue and like where the documents are, the records and how they would be kept just in the normal course of business, and like clear this issue of whether MintBroker had relevant documents that it could produce to us.

MR. FORD: I'm perfectly happy with you asking about the documents and where they might be kept sort of but going into the full business of the company strikes me as just really far afield. I'm giving you leeway. I'm trying not to

**A-97**

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 29

interrupt.

**MS. TAUBER:** Right.

**MR. FORD:** But I just want to -- this is not a case about the fullness of MintBroker International's business.

**MS. TAUBER:** Okay.

**MR. FORD:** But if you want to ask about document collection, you're welcome to go there of course.

**MS. TAUBER:** If you could take -- well, okay, taking us back to our hearing about this like you had said and I'll just paraphrase you, and said oh, like Mr. Gentile's sitting in the computer and trading, I just want to sort of get into that a little bit and if you could take me through that and explain to me what that means like when you're on the computer trading and what kind of sort of account statements or things like that you might be seeing when you're trading and that are generated as you're doing that.

**MR. FORD:** Miriam, respectfully that is not a question.

**MS. TAUBER:** No, that's not my question. That's an overview of this topic.

Page 30

**MR. FORD:** Okay. Very good.

**MS. TAUBER:** To clear the ambiguity of where it's going. That's where I'm trying to get to.

**MR. FORD:** Okay.

BY MS. TAUBER:

Q. So what is MintBroker's business in the Bahamas?

A. It's an online trading firm.

Q. Okay. And you are a manager of that business; right?

A. Well, when it existed, I was the manager of that business.

Q. Right, and it -- does MintBroker trade on behalf of clients, customers?

A. It doesn't make decisions on behalf of clients, if that's what you mean.

Q. Yeah, sure. But does it -- so we'll do the client part later but does MintBroker also trade for its own account?

A. It did.

Q. Okay. And then when MintBroker is trading for its own account, is that you doing the trading?

A. Yes.

Q. Okay. How do you actually do the trading?

Page 31

A. With a computer.

Q. So you log on to a website?

A. I --

**MR. LOPEZ:** Can I consult with Miriam for a minute.

**MR. FORD:** Of course, absolutely. Yes.

**MS. TAUBER:** Yes, okay. All these questions relate to July and August 2018. Is that clear? That's the relevant time period. So I don't need to know anything beyond that.

**MR. FORD:** Thank you.

Q. So you log on to a website to do the trading for MintBroker's own account; is that correct?

A. I would basically log on to the trading platform that MintBroker had access to, which one of them for example is Interactive Brokers and plus the trades.

Q. And what -- so you would go to interactive.com and then log in?

A. I wouldn't have to just go to the website if I have the platform already installed on my computer.

Q. The platform being on the Interactive software?

A. Yeah.

Page 32

Q. And so you would open that program and then do you have a log-in or anything like that? How do you actually get in?

A. There would be a log-in credential.

Q. And when you get in to that, when you log in, do you see like options to look at your trading history or your trading confirmations or any kind of past activity?

A. The platform would give you limited access to that type of information to get into history you have to go to their website.

Q. Okay. So you could go to their website and then print out your account history?

A. Your past trades.

Q. Your past trades. And then do you also have account statements like monthly statements that you would get in the mail?

A. I don't remember ever seeing a monthly statement from Interactive Brokers.

Q. Okay. How about trade confirmations when you'd place a trade?

A. I don't remember ever seeing a trade confirmation that came in the mail from Interactive Brokers.

A-98

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 85

get us to that answer. So --

MS. TAUBER: Okay. What would -- maybe you could tell me that. Like what -- if I wanted to look at 13D, and let's see. Going back to Exhibits 1 and 2 --

THE WITNESS: Well, you know, you said you're going to do a comparison; so you can start with that.

Q. Right. But then let's say -- let's say we do the comparison -- I mean -- so I'm just trying to foresee a possible -- you know, we have you today. So see possible things that might come up. So if I wanted to figure out -- let's say -- and I see, Oh, there is some extra trading in here. Must be some client trades, right? How do I determine which clients?

MR. FORD: Could I suggest -- because I'm not certain he can answer that. Can I suggest, maybe, if you compare the trades from Interactive Brokers to the 13D, not now, I mean, after this.

MS. TAUBER: Right.

MR. FORD: And if there are any discrepancies between those, that I think that's a perfectly appropriate avenue for you to inquire into -- with us or, you know, sort of further -- rather than

Page 86

him trying to -- I just don't want him sitting here, sort of, guessing as what the next steps are.

MS. TAUBER: Right.

MR. FORD: Because it's entirely possible that they may match up. I don't know sitting here today.

MS. TAUBER: Right.

MR. FORD: But I feel that they might match up. And if so, we're done, and if they don't, I feel like, this is, sort of, maybe something we can figure out without having Mr. Gentile, sort of, guess to try in how to figure out who it is here.

MS. TAUBER: Okay. As long as there are assurances that, like, if that does become a question, that we will have some way of figuring out which clients owned these stocks, if there are any clients that owned these stocks.

MR. FORD: Yeah.

MS. TAUBER: Okay.

MR. FORD: Well, we will --

MS. TAUBER: There is a way to do that? Okay. Yeah.

Page 87

THE WITNESS: I mean, the firm's closed at this time; right? So it's going to be a lot harder to get to certain things.

MR. FORD: This is why I just -- let's see if they match up. And if they don't match up, we will work with you to figure it out.

THE WITNESS: Besides the fact that there's laws that prohibit me disclosing client trade records with their names on it in the Bahamas. There's privacy laws there.

MS. TAUBER: Uh-hum. Okay.

THE WITNESS: There might be a process where you have to go through court there to get that information. Which individual client, you know, traded it, but --

MR. FORD: I --

THE WITNESS: I really -- honestly, I don't believe it's going to be material.

MS. TAUBER: Okay. All right. That's fair.

BY MS. TAUBER:

Q. So you believe that most of the 13D, Exhibits 1 and 2 trades, are MintBroker trades?

A. A majority of them should be.

Q. Okay. Great.

Page 88

Okay. So now moving on, about those trades, one of your defenses in this case is that some of these trades failed to clear; is that correct?

A. I don't know what -- what they put in there.

Q. Well, we can go to that answer if you want but --

A. I don't know if we said they failed to clear. Assumed they would have. I don't remember.

MS. TAUBER: Let's do that.

So this is going to be 8, 9.

(Plaintiff's Exhibit 8,
ANSWER CASE NO. 18-cv-08896, was marked for identification.)

(Plaintiff's Exhibit 9,
ANSWER CASE NO. 1:18-cv-7291 was marked for identification.)

Q. So if you flip to the end, you'll see affirmative defenses on the last two pages. This is Exhibit 9. Here's 9. It's the same, just different caption.

Okay. So Exhibits 8 and 9 are the answers in

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 89

this case, to identify them for the record, and have you seen these documents before?

A. I believe I have.

Q. Okay. So if you look at Affirmative Defense Number 1 or first affirmative defense, it says that they related to trades that, well, I can read it. I have another copy. Okay. It's -- the first affirmative defense says -- let's start. It says, "Some or all of plaintiff's claims or asserted damages fail, because many of the alleged trades at issue either failed to clear, or were related to shares that did not exist, because the trades were naked short sales made by market makers that have not borrowed shares and failed to obtain a locate before the short as required by SEC regulations."

So is it your contention that many of the trades on the 13Ds, which are Exhibits 3 and 4, I believe? No, 1 and 2, just to be clear, 1 and 2, that they failed to clear?

A. I believe that they were most of the shares. I believe many of the shares were shorted, and that they were also done illegally, or illegally shorted. And had I not sold the shares, that they would have all failed, or most would have failed to clear.

Page 90

Q. Sorry. So let's just break it down --

A. There's proof of that in -- in some documents I've recently seen that came from ETC where hardly any shares moved from the clearing firm, and IB barely got any shares. So I don't see how they would have been able to clear those trades. And I also know, at this point, that the SEC is looking into naked short selling, not just in this particular deal, but it's an area of topic that they're looking at; that many firms have been violating this rule, which allowed this to happen.

Q. Okay. So naked short selling is -- would you describe that for me; what you think that is?

A. That they don't actually get an affirmative locate from someone that's long to borrow those shares to be able to short it. What has been happening is they might get a small low-key, and then they flip it over and over and over and over again, and the shorts end up shorting hundreds of thousands of shares, of shares that did not locate, you know, in hopes that a seller will come in, and that they can buy it back cheaper.

Q. Uh-hum. Okay.

A. All right. It's also known that market makers do this all the time. In fact, there was a market maker recently about less than a year ago that

Page 91

blew up their whole entire firm and almost a clearing firm. He shorted, I think, almost a million shares of a stock that only had 600,000 shares in existence. So how did he do it? Naked short selling, and that's exactly what happened here, my belief is.

Q. Okay.

A. There was no insiders that I saw that sold any shares. So how can someone accumulate 1.9 million shares or a million shares if the insiders own a majority of the shares don't sell; where did they come from? They're phantom shares.

Q. So I don't know exactly what you're talking about. Are you talking about this case, or are you talking about another case when you say that?

A. I'm talking about these cases. You have the CEO of Avalon came out and said he's not selling a share. He hasn't sold any shares. There was no filings done from any insiders that sold shares. So how can someone buy 66 percent of the company and no one sold?

Q. Well, so -- okay. I mean, not paying attention to theory, but if, let's say, there's a hundred shares of a company outstanding, right, it's still possible for someone to buy and sell thousands of shares that day; isn't that correct?

Page 92

A. Legally?

Q. Yes, because you could buy-sell, buy-sell, buy-sell all day long --

A. No.

Q. -- the same shares?

A. You're wrong, because under what the SEC is saying, They can only do it once, and that's it. If you locate shares -- you located a hundred shares. That's all that exists; you only short a hundred shares. If you then buy those shares back, you cannot short it gain.

Q. But forget about short selling for a moment. Like you -- it's possible to trade more than the number of shares there are outstanding, just establishing that; right?

A. Yes. There's companies that have traded more than the float that exists. But many times, that's because it's a massive float, you know, taking a company that has 30 million shares. If there's news, it might trade 50 million shares in a single day, but that's what insiders actually selling some shares, a real seller coming into the market for those shares that rotate hands.

Q. Okay. I mean you -- the fact that you can

A-100

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 93

trade like -- it is possible to trade more shares than there are outstanding; do you agree with that statement?

A. I don't believe it can be done legally, unless there's a real seller that comes into the market.

Q. Right. But so if you look at these -- some of that -- Plaintiff's 1 and 2, like -- there's like many, many purchases and sells in the same day; do you recall that?

A. Uh-hum.

Q. Or just take a few minutes to --

MR. FORD: I'm sorry. Just take it from --

Q. If you look at a line item of like -- for example, if you go to the right page, like the second page of this Exhibit 1. These trades are all on the same day, I believe, on this one page, June 28th. Okay.

MR. FORD: And I'm sorry. You're saying that they are --

MS. TAUBER: So I'm saying --

MR. FORD: -- buys and sells.

Q. Well, I don't think these pages don't have buys and sells, but if you turn to the next page, you probably will see some.

A. But it wasn't more than the shares existed. There's a difference.

Page 94

Q. Okay. But I'm just saying that you could buy and sell -- like you could buy from one seller and then sell to another seller, right, the same shares?

A. Yeah.

Q. And then buy -- that seller who just bought, they can buy those shares back, and then sell to somebody else; right? So I can sell those shares a thousand times in one day?

A. That's not what happened here.

Q. Okay. Why do you think that?

MR. FORD: Wait. Why does he think what?

MS. TAUBER: That that's not what happened here.

MR. FORD: What does the "what" mean.

MS. TAUBER: What I just described; that you could buy and sell the same shares, you know, from -- the same shares can change hands many times in one day.

MR. FORD: I'm sorry. Could you -- do you understand that? I don't, because I'm not -- could you just start plain fresh question --

Q. Imagine a scenario where the same buyer, me, I'm a buyer. I buy the shares from Seller A. I sell them to seller -- to buyer, another buyer, then I buy

Page 95

them back from that buyer, and I sell them to a different buyer, right, and then I buy them back from that buyer, and sell to a different buyer. So that it seem -- I can buy and sell the same actual shares all day long if I wanted.

A. Okay. But you're talking about day trading.

Q. Okay.

A. Right. You're talking about someone just day trading back and forth.

Q. Sure.

A. Right. But there's also -- in day trading, there's short sellers, right, and those short sellers have to borrow shares in order to short. And what causes these type of movements is when you have naked short selling.

Q. I'd rather not get at why you think there's any short selling here, right, as opposed to just buying and selling, the same as day trading, what you just described as day trading.

A. Because look at the DTC sheets. You're going to see a certain number of shares, at clearing firms. Interactive Brokers buys 1.9 million shares. There's no reflection of 1.9 million shares ever going to Interactive Brokers, right. So all that trading was

Page 96

happening internally against short sellers, because no one actually sold or very few people sold.

Q. Okay. So we have -- you mentioned the DTC documents. We also have -- you know, the exchanges have produced to us. I don't know if you've seen these. They're trading records of all the trades that took place.

A. I didn't see that. Does it tell you how many orders were short?

Q. I mean, there's a lot of information on there. I don't -- maybe some do, and some don't. But my understanding is that the trades that are reflected in those records existed. Like those trades actually took place, even if -- right. So you were describing that shares might not have moved, right, from -- because they're internal but the --

MS. McLAUGHLIN: Excuse me, Counsel. We can go off the record if you'd like.

(Off the record.)

MS. TAUBER: Back on the record.

MR. FORD: Actually, before you ask the next question: There was a conversation held off the record where the parties discussed that certain documents that have been produced by third

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 97

parties, specifically the New York Stock Exchange --

MS. TAUBER: NASDAQ.

MR. FORD: -- NASDAQ. It appears that plaintiff has received those copies and defendants have not yet received a copy. The parties are going to work together to make sure everyone has all the documents.

MS. TAUBER: Great.

BY MS. TAUBER:

Q. So -- okay. Did you engage in this naked short selling, or you on behalf of MintBroker?

A. No.

Q. Or any of the trades -- is it your contention that any of the trades that are in this 13D are -- pages 1 and 2, are naked shorts?

A. No.

Q. No. Okay. So what is the relevance of this naked-short discussion then?

A. Because you asked me a question on why do I believe that they failed to deliver.

Q. Failed to clear is what I think --

A. Well, deliver, it's the same thing, and --

MR. FORD: I think that's -- those --

Page 98

A. That was the question you asked.

MR. FORD: That was the question you asked. It would be relevant.

A. That was my answer.

Q. Right. So I asked the question: Why do you think the trades on Exhibit 1 and 2 failed to clear, any of the trades on Exhibits 1 and 2 failed to clear? You described this naked short-selling practice, but then I asked if you if you think any of these trades are naked shorts, and you said no; right?

A. These are not shorts. Other people --

MR. FORD: You asked if his trades were naked shorts.

Q. Okay. Yes, but I thought we established that like --

A. My shares were not shorting, and specifically, I did not want these shares to be lent out to any shorts. But it happened anyway, and that's why it's naked short selling. I specifically asked Interactive Brokers not to lend out these shares. So how could I have bought 1.9 million shares? No insider sold, but yet I was able to buy all those shares. Where did think come from? The only place they could have come from is naked short sellers, and the evidence will

Page 99

prove that through the DTC that that's exactly what happened. And, also, if the exchanges break down their orders of whether it was marked short or not, you're going to see a lot of the selling I'm -- I don't know for sure. I'm going to guess. But I'm going to guess 70 percent of the -- I'm going to say -- maybe 60 to 70 percent of the sell orders were actually short orders.

Q. Okay. And of the sell orders, are you referring to the sales that we're seeing on Plaintiff's 1 and 2, these 13Ds?

A. No, I'm referring to the -- these are buy orders. Someone else had to sell. So it was either a long sell or a short sell. I'm saying it was mostly short sells against these buy orders and not -- people that actually had shares.

Q. Okay. But what about the sales that are on the 13Ds?

A. Well, those are sales against the long position that the firm had; so that cannot be a short.

MR. FORD: It's a sale, not a short.

Q. But --

A. If I have a million shares, and I sell my million shares, that's a sale.

Q. But you're saying you didn't have -- aren't

Page 100

you saying that you didn't have a million shares, because it began to clear?

A. I'm saying that whoever sold those shares didn't have those shares.

Q. Right.

A. And, therefore, if I never sold, they never would have been able to clear; they would have all failed to clear.

Q. Okay. So let's break it down. There's buys and sells --

A. Yeah.

Q. -- on these Plaintiff's 1 and 2; right?

A. Uh-huh.

Q. Let's talk about the buys first. The buys, you are saying -- are you saying that a lot of those buys that says some unknown numbers of them were being bought from naked short sellers?

A. Yes.

Q. Okay. But then --I'll just posit to you that, like, there's almost an equivalent number of shares that are indicated as having been sold and bought on these 13Ds?

A. On here.

Q. Yeah.

A-102

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 101

A. So what I believe is that when these shares were bought, they were mostly bought by naked short sellers. And that when these shares were sold, that's when the naked short sellers covered it. They bought against their shorts.

Q. Bought and sold by MintBroker.

A. Well, MintBroker or a client. Like I said, We don't know for sure.

Q. Right. But you also said that you think it's mostly MintBroker's trades on this; right?

A. Yep. I believe.

Q. Let's assume for this conversation that it's all MintBroker's trades. Just let's assume that for one second. So for this conversation. So assume it's all MintBroker trades on Plaintiff's 1 and 2, are you saying the buys listed as MintBroker's buys assuming they are MintBroker's and not clients were bought from naked short sellers --

A. Yes.

Q. -- who are not MintBroker; right?

A. Correct.

Q. But other parties; right?

A. Yes.

Q. And then --

Page 102

A. Unrelated third parties. I have no idea who they are.

Q. Not customers. Okay. So --

A. I mean, there could have been some customers that sold short, as well, but it wouldn't have been that many, maybe 10- or 20,000 shares. I have no idea. I don't know.

MR. FORD: You're --

THE WITNESS: It's a guess. Customers can short also. At that time, customers were able to short.

Q. Okay. So now, you're saying those buys, the ones I just described, MintBroker's buys that you're saying were coming from short sellers, those buys would have failed to clear under your -- what you're saying?

A. Yes.

Q. Okay. And you're saying that you can tell they failed to clear is that the shares were not transferred?

A. That's right. Between clearing firms, they basically mostly stayed at the same place. But the before and after snapshots, you don't have the 1.9 million shares moving between clearing firms.

Q. Okay.

Page 103

A. And Interactive Brokers actually doesn't even -- if you look at theirs, they only received, like, 30,000 shares, which means that they've been -- they've actually never received delivery of the long shares.

Q. But we just talked about how, on the same day, a random day on this 13D, let's say, June 28, there's buys and sells, right, a lot of both? From --

MR. FORD: That MintBroker is doing?

MS. TAUBER: Well, this is -- again, this goes to the issue of what is on the 13Ds? Is it only MintBroker's trades or not; right.

MR. FORD: No, but if we assume for this conversation --

MS. TAUBER: Right.

MR. FORD: We'll deal with that. I'm sorry. You're suggesting that there are buys and sells on the same day.

MS. TAUBER: Yeah. Yeah.

MR. FORD: Okay.

MS. TAUBER: Yes. So now I'm saying that you -- let's -- that you would have --

Q. You wouldn't necessarily expect every share you bought to be, just be transferred, because you also sold some shares that day?

Page 104

A. But you're talking about --

Q. Netting out the position.

A. You're talking about from my recollection, which is a year and a half ago of -- let's just say I bought half-a-million shares, I may have only sold 50 thousand.

Q. Right.

A. Right. So the net long position is 450,000.

Q. And that's the number of shares you'd expect to see transferred, not the full amount that you bought?

A. Exactly.

Q. Right.

A. And out of that, I don't believe hardly any of it came.

Q. Out of the net --

A. Less, less, yeah. Less -- out of the whole thing, less than two or three percent actually comes into IB.

Q. The whole thing meaning?

A. The 1.9 million shares.

Q. Okay. Let's say you buy 500 and you sell 400 that same day.

A. No. I wasn't doing that. I wasn't doing that. I was buying 500 and, maybe, selling 50 or a

**A-103**

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 105

hundred; so net -- net building a position, 400,000.

Q. Okay.

A. But IB never receives those 400,000.

Q. The 400,000, we're talking about now; right?

A. Yeah.

Q. So again, well -- so it's been -- I guess I'm trying to establish it's not the case that you would expect every share you bought to be transferred into your account, because you also sold shares.

A. Yes.

Q. Okay.

A. And within the same day, all right. If it's the sales the next day, then those shares still come to the account.

Q. The next day, right.

A. If I bought today and I sell tomorrow, those shares still need to come to my account.

Q. Well, I don't know if there's, like, a three-day clear -- you know, I don't know what the time period is for clearing, but it could be not the next day.

A. Trade day plus two, I believe, or could have been trade day plus three back then. I'm not sure.

Q. Right. So they could be netting out trades

Page 106

over the course of several days, and then you would expect the net over three days, the three-day trading period, to be transferred; right? Right? Is that what you're saying?

A. It should be there by settlement.

Q. Unless you sold them?

A. Unless you sold them.

Q. Okay.

A. Which then you never received delivery of those shares.

Q. The shares that you bought and sold, you would never receive --

A. You would never receive delivery.

Q. Exactly, right, but you still would have bought and sold those shares; isn't that right?

A. Yeah. You would have still bought and sold those shares, but you would never have -- actually physically had those shares -- -

Q. Receive them.

A. -- at that clearing firm.

Q. Correct. And so that's why --

A. Because it's -- like I said, short sellers were selling those shares.

Q. Well, not just because of short sellers.

Page 107

We're also talking about how you might not see the shares transferred, because you might have sold them the next day; right?

A. No. They should still come in, not the next day, but within a few days' time. They still need to come in.

MR. FORD: They need to come in by settlement; is that what you mean.

A. But even if -- if I bought it today, if I bought a hundred thousand shares today, and I sell it tomorrow, on settlement, a hundred thousand shares still needs to come in, and then the next day, the hundred thousand shares leaves. They never came.

Q. Okay. Well, but Interactive -- like, you're saying they have to come in, but if you sold them, right, let's say it's like a three-day period where you're buying and selling. And so yes, on one -- like each day is like --

A. If I bought --

Q. Each day is like, you're saying Day 1, you want to say within three days you want that net position to --

A. To be sold.

Q. -- come into your account. Right. But if on

Page 108

Day 2, you then sell that net position; right, those shares would never be put into your account, like, from -- cause Interactive is the one that has the shares; right?

A. They still need to clear those shares.

Q. They need to, but you don't necessarily see that in your account if you had sold them already?

A. Well, I mean, there's settlement. There's a trade date, and then there's a settlement date; right? So they still have to settle those trades; they still need to receive those shares.

Q. Uh-huh. Okay. But you don't have to receive them in your account. In other words, like, you've already sold them by the point that they'd be receiving them?

A. I mean, there is situations that have happened in the past I've seen from my years of experience in the industry. There would -- there could be a situation where you bought a hundred thousand shares; right, from a naked short seller. And because those shares never come in, even though you sold them, you're still on the hook for those shares, because whoever you sold them to now, you can't deliver it to them; you understand?

A-104

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 109

Q. Well, but I'm not responsible for delivery anyway. From my perspective in that example, I still bought and sold those shares regardless of whether or not there's a problem down the line with the clearing; right?

A. Well, I mean it depends. The clearing firm could -- could make it be a problem if they wanted to.

Q. Okay. I'll give that -- okay. So back to the question about the naked short selling: When you were describing naked short selling, you did not mean that you, yourself, engaged in naked sort selling and - like, in this time period of this docs on the 13D?

A. Correct. I did not.

Q. So all the sales that you reported were not naked, like, you had that stock in your account?

A. I don't know that -- I don't believe the clearing firm had those shares.

Q. Okay. But from your perspective, they weren't naked.

A. So they could have been. Even though my orders are marked long sales, IB did not have those positions. IB did not have those trades. They did not have that inventory in their account. They're hoping that it's going to come in, right, but they didn't have

Page 110

it, and the DTC sheets prove that.

Q. Okay. And what difference does that make to you with a --

A. What difference does it make to me?

Q. What difference does it made for those sales?

MR. FORD: Hold on. What do you mean? What -- I don't understand that question.

Q. Meaning, let's say this is -- let's -- I'll just -- let's just assume that you're right. Okay. And I give you this whole thing, and you're right. You buy the shares. They're not going to get them for you. They're naked short seller selling them, and you sell them. Right. Now, you're saying that -- but you never had those shares to begin with, and so you can't sell them potentially. But do you still get paid for that trade?

MR. FORD: On that question, this is -- what you've been doing is asking Mr. Gentile to describe our legal defense. And you've been putting it in factual questions, and so I've been permitting it.

MS. TAUBER: Okay.

MR. FORD: But Mr. Gentile is not going to be here to explain our legal position --

Page 111

MS. TAUBER: No. I'm asking --

MR. FORD: -- which you're aware of. Right.

MS. TAUBER: Okay. I'm just asking -- well, trying to figure out facts based on what his position is based.

MR. FORD: Yes. That, you can do.

MS. TAUBER: Yes. I guess I'm just wondering -- asking, Did you -- any sales that are on -- listed on this 13D, assuming again, they're all -- for now, they've all been broker sales, were you paid for all those sales.

A. What do you mean by "paid"?

Q. Like, say, on here, let's say you sold, on one day, a thousand shares, at $10 a share, were you paid that money, regardless of whether or not --

A. Did they -- did they reflect the sale in the account?

Q. Did you actually get the money in your account? Like, you sold them for some money, like you sold stock for cash, but did you get the cash?

A. Well, it was basically a buy and a sell. So are you asking if there was a profit on the trade?

Q. No. I'm asking like -- you were saying that -- I'm just exploring this defense a little bit where

Page 112

you're saying that the trade -- that some of the sales -- like you bought the stock, and the stock didn't exist, and you couldn't sell it and so -- or you have sales listed here, but those sales can't be -- those shares can't be delivered is that what you're saying; is that right?

A. I'm saying that naked short sellers sold --

Q. To you?

A. -- sold -- not to me but to -- to MintBroker International, and that's where it bought the shares from. That those shares never came into Interactive Brokers, and then it did liquidate its long position shortly after.

Q. Who's "it," MintBroker?

A. MintBroker International.

Q. Okay. So, I guess, I'm trying to understand: You get -- when MintBroker buys, puts a buy order in; right?

A. Uh-hum.

Q. Even if the buy order is being purchased from naked short seller, you still are paying money for that trade; right?

A. Yeah. There was money paid for the trade; there was commissions paid for the trade --

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 113

Q. Right.

A. -- and vice versa.

Q. And then when you sell the stock, even if there's some clearing issue, you're still getting paid for that sale; right?

A. I mean, I wouldn't refer to it as being paid for the sale. You're just liquidating your position, and taking your own money back basically; what you used to purchase the trades with.

Q. Okay, but you're taking money from the buyer though, a third party.

A. Well, I mean, if you spend a hundred thousand dollars to buy securities, and then you sell them, then you're going to get a hundred thousand dollars back in your account, or more or less depending if there was a difference in price.

Q. Could be more or less -- exactly. So it's not the money back.

A. You know --

Q. It's like buying a house, selling a house; right?

A. Uh-huh.

Q. So a third-party is --

A. But the difference is the person selling the

Page 114

house, they own the house. And, therefore, they could not have delivered me the title.

Q. Right.

A. That's the difference.

Q. But they still walked away with the cash. In my scenario, you could have -- that could happen?

A. Yeah.

Q. Okay. Do you -- could you -- you were saying that you thought a lot of -- are you saying that you think a lot of the trades on these 13Ds are trades -- let's say, the buys in 13Ds, that you didn't actually receive the stock for those buys?

A. The clearing firm did not receive the stock as evidenced in files --

Q. And so how do you know -- or do you know which trades were trades that actually weren't from short sellers, and which trades were; is there a way that you can tell?

A. Well, that would be in the discovery that you guys didn't provide, just to actually give an actual number.

Q. What discovery are you talking about?

A. The records from the exchanges that would potentially --

Page 115

Q. Oh, the exchange. Okay.

A. Which orders were sells, and which orders were sell shorts. I mean, I don't know if it could be reversed engineered back to each individual trade, maybe. It would take a lot of time but, potentially, can be done.

Q. But from your perspective, you have some buys here, let's just say at $5 and some at $10; right? How do you -- do you --

A. At that time, I don't --

Q. You have no idea.

A. At that time of purchasing, there's no way for me to know whether it's a long sale or a short sale. The way that I end up finding out is after a few days go by, and there's no form force from any insider selling, or CEO comes out and says, I'm not selling any shares; then it's easy to assume that those are all shorts. If he owns --

Q. That's the way that you would confirm?

A. -- 65 percent of the company, how can I own 65 percent, and someone else owns 65 percent?

Q. Okay. So that's the way you would confirm it was short selling, not based on the DTC that you were describing? The DTC that --

Page 116

A. Well, now, you can rely on DTC. Then it was just from -- just from instinct, I guess, at that point.

MR. FORD: From an assumption based on the facts that you had?

THE WITNESS: Exactly.

Q. So as you're trading, you had no -- you -- these stocks, did you know, in your mind, you were thinking, Oh, I'm buying all these shares from short sellers?

A. No. I didn't know who was selling the shares. It was so many shares being sold. So I didn't -- I didn't know that it was short sellers until after really, you know, the company either came out and said that they're not selling, or that either the stock price would keep going up. There was other assumptions I was making on a day-to-day basis to try and figure out what is happening. Is there an insider selling, or isn't there an insider selling?

Q. Did you have a situation where, like, you bought these shares, and then you -- then you saw in your -- that your account didn't have the number of shares that you thought should be in there?

A. No.

MR. FORD: I'm sorry. Just -- do you mean

A-106

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 117

with, like -- do you want to just tie it to a specific.

Q. Like?

MR. FORD: Like one of the stocks or one of the --

Q. Yeah. Sure. Like you're saying, let's just take Avalon for example. You're saying -- you're buying Avalon shares, but there's all short sales and then you -- right. So that you, at some point, either during this trading period or after, you were like, I couldn't possibly have bought all these shares; is that what you're saying?

A. From a long seller.

Q. Okay. So then did you have then -- so that would be confirmed by then seeing, according to you, that, Oh, there's not -- I thought I bought a hundred shares, but I only see 25 in my account; is that right?

A. No. That's not what I'm saying.

Q. So how would you -- how would this short-seller issue affect you? Like how would you expect it to be reflected in your records?

A. Well, it's not necessarily something that would show up in my records. It's just something that was showing up in the way the stock was behaving. That

Page 118

it wasn't a long seller; it was a short seller.

Q. Okay. And what if -- so would that make a difference to you in how you would be trading, like, in any way if you knew that it was a short seller versus a long seller?

A. Yes.

Q. Okay. Why or how?

A. Well, because if it's a short seller, that person has to buy those shares back, and it changes the way the stock is going to trade. Making it difficult to buy more at lower prices, because that short seller's now also trying to buy back shares. And now, I'm fighting with someone to buy shares versus if it was an insider selling, you know, which I thought it was initially, because the shares weren't going up that much but --

Q. This is the Avalon, you're talking about?

A. Either one. It was the same situation.

Q. Okay.

A. If it was an insider selling, then I would have been able to buy more at lower prices. But because it was a short seller, once a short, you know, exhausted how much he can short, then you'd notice that the stock skyrocketed, because he had to buy back shares, because

Page 119

he couldn't hold his short anymore. But if it was a real seller, the stock would not have went up.

Q. Okay.

A. It would have just stayed down, and I would have been able to buy more.

Q. So I think you mentioned, like, some of the customers were also selling short, or could have been selling short.

A. If it was, it was very small amount. It wouldn't have mattered.

Q. Okay.

A. Insignificant amount, 10- or 20,000. I don't remember.

Q. Okay.

A. But it wouldn't have been a significant amount. They're small accounts with $500 in their account. They're not going to be able to --

Q. If -- so if the customers were selling short, would you have known about that?

A. I mean, if I was specifically looking to see what customers were doing, which I don't -- I never really did on a daily basis. I wasn't doing that part of the business.

Q. But in order for them to sell short, wouldn't

Page 120

you have to give them the shares to borrow?

A. It would -- like I said, it's the same way it worked before as we said. It's an automated system. Is there a customer to offset? Do we have inventory? What is it, you know? They might have been selling short against inventory. They might have been selling short against the street or -- I don't know exactly. But --

Q. What about other customers; is that possible?

A. Yes. That -- that stock from either one, from my recollection, were available for shorting. Maybe just like the one or two days. And then after that, the clearing firms restricted shorting on them, because everyone was naked short selling. Not my customers, but other firms were naked short selling, and the clearing firms restricted the short selling of it, because that was happening.

Q. During --

A. Which also, you know, inflates the price, as well, because now shorts can't short more, because their clearing firms are stopping them basically after, because they probably shorted too much. And, now, they're failing to deliver so they stop shorting, stop allowing shorting. And then what happens is those shorts have to buy it back, which is what -- that's how

A-107

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 121

I knew they were short sellers that sold shares and not an insider or a long seller.

Q. Because they're being bought back?

A. They're being bought back, and it wasn't me.

Q. Okay. Why is the fact that shares are being bought mean short selling versus -- why -- why is there only two options? Like why couldn't it just be a regular market activity, people buying and selling?

A. Well, it just didn't -- that doesn't make any sense.

Q. Okay. So back to what I was asking before: Are customers able to lend shares to each other for shorting purposes?

A. I mean, they're not talking -- customers are not talking to each other; it's an automated system. It's based on where the clearing firm had that share -- those shares available for shorting. If they did, then we would allow the shorting, as well. And if they didn't, then we wouldn't allow shorting.

Q. Do customers have to get permissions if they want to allow the shares to be lent out?

A. That's something that they do when they open their account.

Q. Okay.

Page 122

A. Pretty much, all firms industry-wide where -- or that's -- if you're in a cash account, then you could ask for your broker not to lend your shares. But if you're in a margin account, the broker owns your shares, and they can lend it out.

Q. Okay. So did you have a margin account with Interactive?

A. I did have a margin account with Interactive, but I wasn't barring money from them, and I specifically didn't want these shares lent to.

Q. But did you give them permission to do that? Like you were saying, most people in there with accounts, they --

A. No. This account was set, as far as I remember, to not lend out these shares.

Q. Both the long and the short?

A. Well, it would only be the long; right?

Q. Okay.

A. If you're short already, you can't lend the short.

Q. Uh-huh.

A. You can only lend the long. And I couldn't lend it anyway, because they never settled. The clearing firm never had it; so how is IB going to lend

Page 123

to someone else. They never had it.

Q. Okay. But technically, you did give permission to borrow -- to lend out your shares or not?

A. I --

Q. Did you check the box saying, Yes, my shares can be lent out?

A. No, I set this account so that shares would not be lent out.

Q. Okay.

A. For any positions, not just for these. For any positions, we we're not lending out shares, and we were cash position.

Q. So I have, like, your account opening documents from Interactive. Somewhere in there, I'm going to see that you checked a box saying, No, I don't want these shares to be lent out; is that what you're saying?

A. I don't know that you're going to see that in an account opening document, you know. That's something that was on their online platform on whether you -- I don't remember exactly what it was called, but it was something that you can change in real-time. So I don't think that would be reflected in an account opening document. Like I said, we had a margin account. The

Page 124

account was set by default to -- you know, if you have a margin account, to lend -- that allows them to hypothecate your stock. However, you know, I had set this account up, not from the very beginning, but later on, to not lend out shares.

Q. Okay.

A. At least, that's what I remember doing. I remember doing that.

Q. Okay.

THE WITNESS: Can I use the restroom real quick.

(Recess taken.)

MS. TAUBER: I'm going to mark Exhibit 10.

(Plaintiff's Exhibit 10,
DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES, was marked for identification.)

Q. Have you seen this document before?

A. I mean, I remember discussing it.

Q. Okay. So the -- Exhibit 10, for the record, is defendants' responses to plaintiff's second set of interrogatories. So I'd like to go through these

A-108

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 125

questions with you, and see if you have any answers to them, because I think that, you know, we don't -- I don't know if -- the objections are on procedural grounds, I think, mostly. So I wanted to get to the substance.

So the first interrogatory, Interrogatory 13, because the first one on this document talks about what we were just discussing about; which trades failed to clear, and the naked short selling and all of this. And it asks whether you're able to go through the 13D that you filed and identify any trades that you think failed to clear, or that were naked short or buys from naked short sellers. Are you able to, you know, the 13D or not, say that were there any specific trades that failed to clear?

MR. FORD: Let me just stop. What we've said in our -- if I understand these responses. It -- the issue with both, I think, the question here and what you just posed to him, is you're asking for him to go through information that is just -- that is, only exists in the documents, and that he does not have. So the answers to all of these are in their discovery records that are still being exchanged. So he can't answer -- he can't answer

Page 126

which trade did not clear or not clear, because he doesn't have that information in his mind.

MS. TAUBER: Okay.

MR. FORD: That information is in the documents, which we don't have all of it yet.

MS. TAUBER: You're talking about the documents that we have -- that you think we have that we're going to give to you in a --

MR. FORD: It is. The answer to this question of which trades clear and don't clear is the whole point of all the discovery we're taking, and it's not in his possession in his mind.

MS. TAUBER: Right.

MR. FORD: You can't answer -- it's not a fair question to ask him. He can't answer that.

MS. TAUBER: Well, what --

MR. FORD: It's in the records.

MS. TAUBER: What -- I'm trying to understand what documents you think exist in the world that would have that information.

MS. McLAUGHLIN: I mean, that's for purpose of the discovery for us all to go out and --get the records that they had. Because Mr. Gentile does not have, to my colleague's point, in his

Page 127

mind, whether any trade on any given day cleared or not.

MR. LOPEZ: All right. May I make a suggestion.

MS. McLAUGHLIN: Please.

MR. LOPEZ: If he's capable -- Mr. Gentile is capable of getting a trade history, why can he not look at that trade history, and see which sales did not result in a credit to his account.

MR. FORD: It's a different question. It's a completely different question.

MR. LOPEZ: How so.

MR. FORD: Well, the first question was about trades clearing or failing to trade.

MS. TAUBER: Okay.

MR. FORD: And you just asked a question about a credit to his account.

MR. LOPEZ: If it's been cleared, did he, by looking at his trade history, determine, Hey, I sold these shares three days ago, and there's no cash credit here.

MR. FORD: I really don't understand.

THE WITNESS: That's not the question that's on here. This is asking -- you're asking me to

Page 128

tell you which trades settled, and which ones didn't settle.

MR. LOPEZ: Yeah, by looking at your cash proceeds.

THE WITNESS: And that information is -- well, it doesn't say that part here. That information's going to be in the DTC sheets and the exchanges and the clearing firms, not something that I would have.

MR. LOPEZ: And your trade history.

MR. FORD: You have his trade history. You have his trade history.

MR. LOPEZ: Don't we have -- doesn't -- didn't your trading produce, on a daily basis, a record of what you sold and, three days later at settlement, a record of what was credited from those sales.

THE WITNESS: You had the buys and the sells.

MR. LOPEZ: Money, money, money, follow the money.

MR. FORD: Hold it. Wait. That's not a question.

MR. LOPEZ: But we're not on the record.

MR. FORD: Of course, we're on the record.

A-109

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 129

Do you want to ask a question?

MR. LOPEZ: Yes.

MR. FORD: Okay. Go ahead.

MR. LOPEZ: Did you, at any time, during the five or six days that you were trading Avalon shares in the short swing trading period become aware of sales by you of shares that did not produce a credit to your account.

THE WITNESS: I didn't look at what my trades -- I don't look at it like that. I didn't log-in to look and see what money was in and out. I wasn't doing that; so I didn't log-in to see if the trade settled or not.

MR. LOPEZ: Can you not do that now.

THE WITNESS: Well, we provided you those records already.

MR. FORD: Are you suggesting that there are records that we have not produced. So you can direct that to us and we can --

MR. LOPEZ: I can say prior to the trade history being available on a log-in, and he can pull down your trade history. And that on Day 1, you sell. By Day 3, there should be a credit in your account. And if not, what kind of

Page 130

businessman are you? You're selling for nothing.

MR. FORD: David, I'm not following you, at all. You have the trade history. You have all the trades. Is there a document that you don't have?

MR. LOPEZ: I presume --

MR. FORD: -- that you're asking for.

MR. LOPEZ: Yes. I presume that the online trade history will include the daily cash balances and daily credits.

MR. FORD: So you're asking for the account's daily -- by the way, isn't that the document that we were just looking at earlier.

MS. TAUBER: We have the Interactive statement; is that what you're talking about.

MR. FORD: So you -- and you're asking for something different than the Interactive statement.

MS. TAUBER: So that's a year-long statement. It's not like through all the period necessarily.

MR. FORD: Okay. So are you --

MS. TAUBER: We're saying more granular for the relevant trading period.

MR. FORD: Why don't you put this in the form

Page 131

of a document request after the -- after the deposition, because now, we're talking about you asking us for documents, as opposed to you asking Mr. Gentile questions.

MR. LOPEZ: No. I'm asking Mr. Gentile to refresh his recollection by doing what he has testified he can do, which is look at his trade history.

MR. FORD: I don't understand. I --

THE WITNESS: I did not generate a report during that period that would show me what cleared and what didn't clear.

MR. LOPEZ: Can you not now go into history and generate it now.

THE WITNESS: But we provided you that already. That's what we provided you.

MR. FORD: We're getting completely crossed. If you're asking for a document, you should put that to us after the deposition.

MR. LOPEZ: No, I'm asking for testimony.

MR. FORD: Okay. And he just took it; so he just answered.

MR. LOPEZ: Which is.

MR. FORD: Why don't you -- if you could read

Page 132

back the record. If you could read back his answer.

(Record read.)

MR. LOPEZ: Can you not go back now, and generate a report historically, that will show what cleared, and what did not clear by looking on whether you got paid for it.

MR. FORD: No. Time out. The question of what cleared and what did not clear is at the heart of this dispute, and that's what all of these documents that we're trying to collect --

MR. LOPEZ: Except the shortcut document.

MS. TAUBER: Do you not have that accessible to you, something that shows what cleared and what did not clear? That's the question. Do you have any kind of record --

THE WITNESS: We don't know whether the clearing firm --

MR. FORD: It's not in our possession.

THE WITNESS: -- cleared it or not -- was able to clear it or not. All we see is the buys and the sells. I don't know if it says whether it cleared or not.

Q. So you have no way of determining, in real

A-110

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 133

time or three days later, whether any of your trades cleared or didn't clear?

MR. FORD: From his account.

Q. From your own log-ins, accessible, like things that you can access online using a log-in and a password?

A. I'm not aware of, specifically, a report that tells me, specifically, what the clearing firm settled or did not settle. I just know that I'm able to log-in and provide the data that I did provide you, which is the trade history; which is what you asked for. I don't know if the clearing firm was able to receive delivery of those shares or not. There's no record that I would have that would tell me that. I don't believe I have access to that information.

MR. LOPEZ: You have no record of being paid or not paid?

MR. FORD: It's a different.

THE WITNESS: It's a different question.

MR. FORD: It's a different question.

MR. LOPEZ: I'm phrasing it differently.

MR. FORD: I'm sorry. Could you rephrase the question and, specifically, what you're referring to?

Page 134

MR. LOPEZ: Would you mind reading it back.

(Record read.)

MR. FORD: I don't know what that means. If you know what that means, you can answer.

THE WITNESS: Being paid by who.

MR. LOPEZ: Having your -- or the MintBroker account credited for sales three days earlier.

THE WITNESS: So you want to know -- I'm going to rephrase your question. You want to know if Interactive Brokers -- when I placed a sell order.

MR. LOPEZ: Yeah.

THE WITNESS: And did they clear -- not clear, because that's what we're talking about. Did they put the sale if my account? Yes, they put the sale in my account.

MR. LOPEZ: And what document would show that.

THE WITNESS: The one that I provided.

MR. LOPEZ: And if there was a sale and no credit to your -- the MintBroker account --

THE WITNESS: What I will say is that before settlement, that the clearing firm could have -- I forget what the right term is, but they could

Page 135

have -- it's not called rejected. They could have -- they could have break -- they could have -- what's called "break the trade." Every single one of those trades could have been broken.

MR. LOPEZ: Right. But that's speculation.

THE WITNESS: But they weren't. They could have been broken. So I don't know if the clearing firm received delivery, or the clearing firm just said here -- here's the trades done on your side, and they're going to handle it on your side and try and receive delivery some other way. But I have no access to that information.

MR. LOPEZ: Do you have an accountant, or does MintBroker have an accountant.

THE WITNESS: It had an accountant.

MR. LOPEZ: And who is he; can you identify him.

THE WITNESS: Antonio Collie.

MR. LOPEZ: Do you have an address for him.

THE WITNESS: No.

MR. LOPEZ: Do you have any way of communicating with him.

THE WITNESS: Yes.

MR. LOPEZ: Would you ask him to provide us

Page 136

with an address.

MR. FORD: Why don't you put these questions to us after the deposition.

MR. LOPEZ: Okay.

You gave an example of selling or of buying short shares, naked short shares, and then reselling them a few days later for the same price you paid for them. Now, what if, as is the fact, you have many purchases that you sold three days later for higher prices, again, were -- was the broker account credited for that higher price.

THE WITNESS: You said buy short, which I don't know how you would buy short.

MR. LOPEZ: You buy shares that are being sold to you by someone you contend is a naked short seller.

THE WITNESS: Okay.

MR. LOPEZ: And then you sell those shares for a substantially higher amount as though it were a short squeeze.

THE WITNESS: Okay.

MR. LOPEZ: And where does the money go.

THE WITNESS: In the short squeeze? In -- or --

Min-U-Script®

DALCO Reporting, Inc.
800.325.8779

(34) Pages 133 - 136

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 137

MR. LOPEZ: In this transaction.

THE WITNESS: So you're saying someone were to buy.

MR. LOPEZ: MintBroker were to buy.

THE WITNESS: $5.

MR. LOPEZ: From a short -- a naked short seller, and then three days later, the time required by regulation as HSO for a buy-in, you sell those shares; would you not notice whether you were paid for them.

MR. FORD: What -- stop. David, that was -- I cannot make any sense of that question. I apologize. I don't like to do this, but do you have, sort of, a direct question about actual facts without the would or the could or the might or hypothecating?

MR. LOPEZ: 13D.

MS. TAUBER: This is Plaintiff's Exhibit 2.

MR. LOPEZ: Which is 13D for which one?

MS. TAUBER: Avalon.

MR. LOPEZ: Avalon. On July 24th, you purchased MintBroker purchased -- no. I need a calculator to get a per-share price. Okay. I'll -- I'll give it back to Miriam if you have more

Page 138

questions.

MS. TAUBER: Okay. I think the question is just like: Is it possible that you would sell shares that you had bought from a short seller and still get paid for those shares.

MR. FORD: I don't -- I don't -- the possible --

MS. TAUBER: Meaning you could --

MR. FORD: Do you have a question about the facts at issue in this case, and he'll answer it.

MS. TAUBER: I'm trying to differentiate between money you get in your account from selling shares, and the notion that the shares were not in your account. Like we're trying to see if those things are related to each other. If they're necessarily related to each other, or if that is -- or if they're completely unrelated. Like, in other words, like, does it matter -- I guess, to the ultimate point, does it matter to the profits that he made if the shares were or were not in his account, which is the contention of the defense; right? So --

MR. FORD: Yes. That's not a question for him to answer though.

Page 139

MS. TAUBER: Why not? Because he knows the profit he made or what profit he would expect to make whether or not this -- whether -- if the shares totally cleared and there were no issue. But -- so --

MR. FORD: Miriam, let's try again. Go ahead. Ask your question.

BY MS. TAUBER: (Continued.)

Q. Okay. So you have this record of how many shares you bought and sold, and you would know how much money you'd expect to make, right, not including commissions and all kinds of stuff like this, like, how many -- like, you know, you bought at 10; you sold at 20. You expect to make 10; right?

A. Yeah. I mean, that's generally -- general accounting.

Q. So did you notice any issue that -- with these trades that are reported on the 13Ds on the -- Exhibits 1 and 2; did you notice any shortfall in money that you expected to appear in your account?

A. I didn't look for any shortfalls; so I wasn't specifically -- I didn't log-in to IB, and see if they shorted me money or not. So I don't know if they did. I don't know if any trades were broken, because I didn't

Page 140

examine the records to that level to see if they paid me for every sale, if there was trade breaks that could happen. There's trade -- you know, when you're running a firm there's trade breaks on a daily basis, basically.

Q. So "trade breaks," are you referring to a situation where they would, like, only partially fill an order; is that what you mean?

A. No. When the counterparty completely cancels the trade as if it never happened.

Q. Okay.

A. That's a trade break.

Q. And you would expect that just to be -- like, to not show up in your account, at all?

A. Yeah. I mean, it could show up there one day, and the next day, be gone, because there was a trade break. If it was a bad price or -- there's many things that could have happened. It's not something that I manage on a day-to-day basis. That was -- the trading desk would review trade breaks and reconcile that information; so I was not looking at that on a daily basis.

Q. And when you pull out -- when you pull up these records like these, like Plaintiff's Exhibit 4, would these include, like, broken trades like that?

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 141

A. I believe that it should.

Q. It would. Okay.

A. It should. I mean, actually, I don't know. I'll say it again: It might just include the trades that did not break.

Q. Uh-huh.

A. So a trade that's broken probably would not show up there. But again, I don't know how Interactive Brokers compiles their records, but I'm going to go under the assumption that the trades that Interactive Brokers provided are trades that did not break.

MR. FORD: But you don't know that for a fact?

THE WITNESS: I don't know that for a fact.

MS. TAUBER: Okay.

Q. Okay. So Interactive would know that information then?

A. Yes.

Q. Presumably. Okay.

A. I just want to go back to a question you asked earlier.

Q. Sure.

A. That I just remembered. You asked if I had any businesses with Nick.

Page 142

Q. Okay.

A. And I recently became -- not myself, but one of my entities became a member of one of his LLCs.

Q. Okay.

A. You asked if we did business together; so I just wanted to clear the record.

Q. What entity is that?

A. It's an entity unrelated to any of us.

Q. Okay. So in terms of MintBroker, the entity, do you own 100 percent of that entity?

A. MintBroker International Bahamas.

Q. Uh-hum, LTD?

A. Yes.

Q. Okay.

(Plaintiff's Exhibit 11, EMAIL FROM IB SURVEILLANCE TO G. GENTILE, was marked for identification.)

Q. This is Exhibit 11.

MS. TAUBER: I have a copy if you want a copy.

Q. Do you recall -- Exhibit 11 is an email from IB surveillance to you; correct?

Page 143

A. To G. Gentile at Swiss Americas dot com. It's one of the company's email addresses, yeah, I had access to this one.

Q. So you would have received this email?

A. I did see this email when it came in through discovery. Adam showed it to me. I didn't remember it.

Q. Okay.

A. But I did recently see it just the other day again.

Q. But this account is an account that you checked and monitored, G. Gentile at Swiss Americas dot com?

A. I mean, mostly Guy at Suretrader dot com was my main email.

Q. Okay.

A. This was the old name; so it wasn't something that I was checking. I think compliance had access to check it or was receiving those emails.

Q. Okay. This was the old name, right. I see on the bottom. Okay. So did you -- do you remember responding to this email? I assume --

A. Uhm, I think that I remember compliance mentioning it in drafting a response. I don't remember if I sent it back to them, or if the compliance officer

Page 144

sent it back to them. I don't remember.

Q. So I haven't seen a response to this email if you sent one. Do you recall what the response said?

A. Like I said, Compliance received it. Compliance would have -- this is something that compliance would have responded to. I don't remember, because it's a while ago, if they sent it to me to send, or if they just send the response. But I don't remember if -- even if there was a response, or if there was just a phone call. Maybe compliance just called them, and they spoke. If you wish to discuss the inquiry, please contact blah-blah-blah. It could have been just the -- they could have just had a conversation.

Q. Okay.

A. But I do remember -- after Adam showed this to me the other day, I do remember compliance asking me about it, and then preparing something with the firm's -- of attorneys prepared it.

Q. Okay. And do you recall whether they were satisfied with your response? Did they have any --

A. I --

Q. -- follow-up happened, if anything?

A. I don't recall any follow-up.

Q. Okay. Do you recall like -- do you recall

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 145

the answers to these questions? Like, let's discuss the questions I had one by one, and tell me what you said.

A. Well, this was when they came in from what I can remember, the firm's attorney drafted the response. So therefore, you know, I just -- I didn't do it myself.

Q. Who was that attorney?

A. The firm was using two attorneys at that time. One of them was Ogele something.

Q. Okay. I think I have that.

A. And the other one, I don't remember.

Q. Was it Adam Ford; no?

A. No.

MR. FORD: He remembers me.

MS. TAUBER: So I think I have the Ogele; so this is Exhibit 12. This is actually one document.

(Plaintiff's Exhibit 12,
OGELE LETTER TO G. GENTILE DATED AUGUST 15, 2018, was marked for identification.)

MR. FORD: Miriam, where is this from?

MS. TAUBER: It's an Interactive production.

MR. FORD: From us.

Page 146

MS. TAUBER: Yeah.

A. So that could have been the reply, by the way.

Q. That's what I was going to ask you. Is this the reply to this?

A. Yeah. I didn't read it, but I'm thinking that this is the reply.

MR. FORD: This says -- there's a big DR on here.

MS. TAUBER: I know. That's weird that they had it though.

THE WITNESS: Maybe draft.

MR. FORD: That's what I'm trying to -- this was in the Interactive.

MS. McLAUGHLIN: What's the Bates number.

MS. TAUBER: It doesn't -- I don't know. It didn't have a Bates number. So it didn't have -- I can direct you to the folder.

MS. McLAUGHLIN: Can you direct me to it, please.

MS. TAUBER: Right now.

MS. McLAUGHLIN: Yeah.

(An off-the-record discussion was held.)

Page 147

MS. TAUBER: Back on the record.

Q. Okay. So this -- this is in response, I believe, to the question about the potential takeover of Avalon that you had announced; right?

A. This -- this, I believe, was the response to Interactive Brokers, because it was five days after Interactive Brokers sent the request.

Q. So this, if you look at the Interactive email, one of the things it says is it appears that you indicated that you acquired a large position in AWS, a part of an attempt to take over. Please provide details about this proposed takeover, and then the letter address -- sort of addresses that; right?

A. I believe so.

Q. So my question was: Are there any other records you have relating to the proposed takeover? Like any other documents that reflect your preparations for the takeover, financing that you would have obtained, or any other kind of steps you would have taken.

A. That would have been just discussions with the attorney.

Q. With this Ogele?

Page 148

A. Right.

Q. Okay.

A. And later, a different attorney, as well, but I don't remember the name right now.

Q. Okay. Did you get any financing or try to get any financing in place for a proposed takeover?

A. No.

Q. Okay. What type of due diligence did you do, besides meeting with the attorney in terms of researching Avalon?

A. I went through all of their SEC filings to the best of my ability.

Q. Okay. Any other thing I haven't asked about that you did in connection with that?

A. Well, it was just standard research.

Q. Okay. Have you ever tried to take over a company before?

A. Well, there was GBR before this; right?

Q. Okay. So you were trying to take over GBR, as well?

A. Yeah. I mean, not to -- for the same purpose, not for the same purpose as this one.

Q. What was the purpose of this one, of Avalon?

A. Well, with Avalon, I noticed that they had

A-114

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 149

significant revenue, and that it just appeared that the insiders were just milking the company for whatever profits it had. And I thought maybe if I can take it over, that 50 million might be able to turn into 5- or $10 million worth of profits versus what these guys are doing, which is just billing it out in salaries and who knows what else.

Q. Okay. And what about GBR was the purpose of that?

A. GBR -- look. That's, again, something I had discussed with my attorney. So I think my discussions with him as far as why that was a potential company is privileged, because it was something that I only discussed with my attorney.

Q. Okay. You didn't announce that publicly; that you were trying to take it over?

A. (Indicating no.)

MS. TAUBER: Okay. I want to do another document, mark Exhibit 12. This one. 13.

(Plaintiff's Exhibit 13, SURVEILLANCE INTERACTIVE TO G. GENTILE & G. NOVAK, was marked for identification.)

Page 150

Q. So Exhibit 13 is another email from SurveillanceInteractiveBrokers.com to you and G. Novak. Do you know who G. Novac is, by the way?

A. What date is this?

Q. This is October 31st, 2019.

A. I don't know, specifically, who G. Novac is. There's no name. There should be a name.

Q. Right. Did you have, like, an account manager, or somebody that you communicated with at Interactive?

A. When I first opened the account, I did, but he had retired like two years ago.

Q. Who was that?

A. I don't remember his name, but he had retired, and I don't know exactly what G. Novac's position is there.

Q. G. Novac is, I think, Greg Novak; is that consistent with what you recall?

A. Right. I think that Greg was the original person that opened the account.

Q. Right.

A. But I don't remember seeing him -- I believe he's retired.

Q. Okay. So this is an account that says that

Page 151

they are closing. They're terminating their customer relationship with you and advising you to close the accounts. Do you see that?

A. Yes.

Q. Did they tell you why they were closing your account?

A. Says it right on here.

Q. Where does it say that?

A. Based on the information that's come to the attention of the compliance.

Q. Right, but -- I mean, what did they tell you what the information was?

A. They did not tell me.

Q. Did you ask them?

A. I may have asked them, and I don't believe they gave me an answer.

Q. Okay. Do you remember who you discussed that with?

A. I don't remember if it was an email, or if I called and spoke to them. I don't -- I don't -- I don't remember. It was one of those two. It was either I emailed them, or asked them what's going on, or I think -- or I could have called them and asked. And I believe the response was by email or phone is that their

Page 152

decision was final, and that they weren't providing any more information.

Q. Okay. Do you know if it had to do with their inquiry about the Avalon and GBR Trading that we just looked at?

A. I don't think it had anything to do with that.

Q. Okay. Why not?

A. Well, that was a year and a half prior.

Q. Took them a long time? Is there any other thing that you think it had to do with besides that, or any other inquiries you received that was for the blacklist loan that may -- that, I mean --

A. I don't believe it's related to GBR or Avalon.

Q. Okay. But you -- that's your belief, or do you have any reason to think it's unrelated?

MR. FORD: Well, they didn't tell you the reason.

A. They didn't tell me the reason. I don't know.

Q. Right. Okay. And then this email that's directing you to liquidate your positions and transfer funds.

A-115

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 153

A. Does this coincide with the time that you guys sent them a document request?

Q. That we sent them a document request?

A. Yeah.

Q. Hold on. Did you request that this account be closed?

A. No. I'm asking you. Well, I don't get to ask questions but --

Q. I like that.

A. If -- if -- if it was --

Q. Well, that had occurred to me. So --

A. It was closed during that time, because if that's the case, then you guys caused my account to be closed.

Q. Uh-huh. But you think -- so you're suggesting they closed the account for that -- in response to document requests?

A. I'm not suggesting anything.

MR. FORD: We don't know why that --

A. Just conclusions, but I don't think it had anything to do with it.

Q. Okay.

A. Could just be their business appetites changing. It's just changing, a lot of things changing.

Page 154

Q. And so -- back -- directing you to the gray positions and withdraw your funds -- so this email is directing you to liquidate your positions and move your funds.

Do you recall what bank you moved the funds to?

A. Well, that is not relevant.

MR. FORD: Yeah. I'm going to -- I would have stopped that. The whole closing of the IB account was, sort of, off the path. But now, we're really --

MS. TAUBER: Well, I assumed it was related, to be honest, because I thought it was related to this inquiry, the inquiry about AWX and GBR.

MR. FORD: Oh, I understand. Well, that's fine. That's why I let that go, but now, we're not going into --

MS. TAUBER: Okay.

(Plaintiff's Exhibit 14, CIM TICKET SEARCH, was marked for identification.)

Q. So this is -- it's very small. You want to

Page 155

use a magnifying glass? It's a communication with you, and it looks like tech support or customer service people at Interactive about the closing of your account.

A. Okay.

Q. Is that right?

A. Well, I mean, that's what I'm seeing here. This is -- this is what you just asked -- well, actually, for example, this should not have been provided by Interactive Brokers, because this has nothing to do with MintBroker International, and this should be stricken off the record.

Q. Well, so we asked for things that had to do with either -- there's two defendants. There's you also. So --

A. But that's not me. That's a company, a separate company.

Q. Well, it's a communication with you.

A. It's still unrelated to MintBroker International --

Q. So --

A. -- Funds LLC; it's not a plaintiff.

Q. We broadly defined defendants as including affiliates and --

MR. FORD: No, you don't. No, you don't.

Page 156

MS. TAUBER: In our document requests.

MR. FORD: Well -- but that's -- all right. This is a first -- this was also --

MS. TAUBER: Yeah.

MR. FORD: -- Interactive Brokers, which just came in.

THE WITNESS: That account did not even exist, because Interactive Brokers, when they -- had been provided.

MS. TAUBER: Well, I was going to actually ask about that. It says "Mint Funds," and if that was a separate account and --

MR. FORD: Okay. So we're not -- we'll deal with -- for the record: The IB production came late Friday night, and we had done our best to see as much of it as possible. Obviously, you've done a better job at that.

MS. TAUBER: Oh, thank you.

MR. FORD: But we're not going to get into stuff that's completely irrelevant and should not have been --

Q. Okay. So this -- to me, I thought this is the same incident as this other closing of this account we just looked at, Document 13, the same date or same --

A-116

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 157

around the same time, November/October 2018. So you're saying it's not related; is that right?

A. They're not affiliated.

Q. But meaning this, the closure being discussed in this document, is not the same thing as the closure being discussed in Document 13?

A. Well, you can look at it yourself. Interactive Brokers will not provide a reason as to whether they're related or not.

Q. Are these two different accounts; is that what you're saying?

A. They're two separate companies.

Q. But they don't have the same account? I'm asking -- I mean --

A. Correct, two separate companies, two separate accounts, unrelated.

Q. Okay. I did think I saw this was -- this says Account Number U2XXX515. And this one --

A. It's definitely different.

Q. Okay. 365. Okay. So --

MR. LOPEZ: Which exhibits are we looking at?

MS. TAUBER: 13 and 14.

Q. Okay. So these relate to two different accounts is what you're talking -- is what --

Page 158

A. Two separate accounts, two separate entities.

Q. Okay. Okay. The other reason that this document is relevant to me is that this talks about the closing of MintBroker. I understood that at least. Is this not what it's talking about? That you say this puts me -- puts my firm practically out of business, and this was around the time that I understood that MintBroker had closed; so is that what you are referring to in that?

A. Well, I mean, this is an email to Mint Funds. I could have been talking about -- puts Mint Funds out of business. I don't remember exactly. But like I said, either way, this email should not have been provided to you since --

Q. That's a matter of debate but --

A. -- it's not relevant. It's not your plaintiff.

MR. FORD: Mint Fund had nothing to do with the case that we're talking about. Nothing about it, whether it's opened or closed to -- it had nothing to do with this case.

MS. TAUBER: Okay. All right. Well, maybe, maybe not, discovery, you know, appears it does have to do with it. So -- but --

Page 159

MR. FORD: Fair enough, and it then appeared, and then you asked, and Mr. Gentile explained that it does not.

MS. TAUBER: Okay.

Q. So like I said -- asked: Why did MintBroker close down when it closed down?

A. It was a business decision.

Q. Did it have to do with Interactive's closing of your account?

A. It was a business decision.

Q. Okay. Based on what?

A. Well, that was based on a board resolution between the board of directors, and it's not relevant to your case as to why it closed.

Q. Okay. What happened to all of the stock that MintBroker held when it closed?

MR. FORD: Stop. We're -- it has nothing to do --

Q. Or like the records, records of stock, records of customers, like all of the records that MintBroker had when it closed, what happened to those records? Like where -- let's just start with customer records. Like, did MintBroker have customers when it closed?

Page 160

A. I mean, it didn't have customers any more when it closed. All the customers were --

Q. But the months before closing?

A. Yeah, it had. It had it, and the company closed, and whatever records are required to be kept were sent to the firm's attorneys.

Q. To MintBroker's attorneys?

A. In the Bahamas.

Q. Ogele or somebody else?

A. Someone else.

Q. Okay. Did that include customer accounts?

A. Yes.

Q. Okay. Customer statements, you're talking about, or what other documents?

A. Well, it's works similar to Interactive Brokers. There's no statement. It's just -- it's just their trade records and history. It's not specifically statement.

Q. So did you send it to the firm by email or by mail?

A. Thumb drive, I believe. I didn't do it myself. This was something I was -- I wasn't -- I hadn't been to the Bahamas since October, I believe -- November -- October or November, I haven't been there

A-117

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 161

since then. I wasn't involved in the closing procedures and exactly how everything was done.

Q. Okay. But it's your understanding that someone downloaded MintBroker's database or how --

A. Yeah, whatever were required records, I believe that was something that was handled between compliance and IT, and from my understanding, was delivered to the firm's law firm in the Bahamas.

Q. Do you have any sense of, like, the volume of --

A. I don't.

Q. -- the documents on the thumb drive or in what --

A. I haven't seen the thumb drive. I don't have the thumb drive. I don't have a copy of it.

Q. Okay.

A. I'm not -- I'm not going to take those documents out of the Bahamas. Bahamas has strict laws on where those records have to be.

Q. And what about, like, any hard copies of any documents that were in your office when it closed, like, physically in your office?

A. So the most -- I don't know what happened to any hard copies. The offices are closed also, but I

Page 162

know that three or four years ago, the firm went full electronic; so everything should be electronically stored.

Q. So everything that ever happened had been on this thumb drive that was sent to the attorneys?

A. Yeah.

Q. Okay. And, like, is there backup? When MintBroker was in business, what was, like, the system; was there a backup system for documents?

A. Well, it was on cloud. So the cloud doesn't require a backup, because the cloud, by itself, is a backup.

Q. So what like -- what cloud system did you use?

A. It was a cloud in the Bahamas, a local cloud company in the Bahamas.

Q. Do you know what the name if the company is?

A. This was something that IT set up. I don't remember the name.

Q. Okay. Who was your IT manager -- or was your IT manager; who set it up?

A. There was two people: One of them resigned, and then there was one person left. I believe his name is Steven. I don't remember his last name.

Page 163

Q. Steven something, okay.

A. Also Bahamian, someone in the Bahamas. I don't believe he's a U.S. citizen.

Q. He's the person that would have been responsible for downloading the documents to the thumb drive?

A. I don't know who, in compliance, may do it, but most likely, it would have been him. I'm not the one who ordered him to do it. It would have been something that compliance would have handled. It's a compliance function.

Q. The backup that you're talking about, this company, did you know if you had a log-in for that? Like did you log-in and see your backups?

A. I never had access to the servers myself.

Q. And do you know where the servers are physically located?

A. In the Bahamas. It's a requirement by Bahamian law that all the records are kept there.

Q. Okay. And so -- but someone in your firm would have had a log-in to access the backup in case those computers crashed or something in the office?

A. Well, like I said, I don't believe that there was a backup, because a cloud, in itself, is self-backed

Page 164

up. I don't know if you know how -- cloud computing is basically 20 computers or 30 computers that work as one. So if one dies, that information is still in one of the others so it doesn't -- I don't know if they have backups or not basically, but my understanding is that they were using a cloud service provider, and that's where the data was kept until they closed. And then they pulled it down, and they delivered it to the attorneys.

Q. And that would have included your -- MintBroker's principal account trading history too; right.

A. I don't know if it would have included that. That would have been the customers; information.

Q. Okay.

A. Like I said, the firm's street-side trades are going to be in Interactive Brokers.

Q. Okay. And what about, like, DAS Trader independently, did they have any backup, that you know of, of trades that MintBroker would have done?

A. I have no idea what DAS would have done. They're not required to maintain records. They're not a licensed firm. They're just providing a front end. So the firms that are required to maintain records are

A-118

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 165

Interactive Brokers and the firm in the Bahamas, which is required to keep those records in the Bahamas, the client records.

Q. Okay. How about emails? Like do you still have access to your MintBroker --

A. I don't.

Q. -- Swiss America, your email address?

A. I don't have access to those anymore.

Q. Does -- like do you have access to their old emails?

A. I don't know what they would have access to, because I haven't been there; so I don't even know what happened to the actual individual computers. I don't know if it was a free-for-all or everyone just took it. I have no idea.

Q. What about a system for, like, customer communications if there were any like, you know, complaints or issues or questions about these stocks or these trades?

A. Well, that -- that --

Q. Is there a system for keeping track of that?

A. That, again, would be part of the same recordkeeping requirements that would have been in the Bahamas.

Page 166

Q. Okay.

A. Email servers, communications, all that stuff would have to be in the Bahamas, per Bahamian law, as far as I understand it. And, you know, the firm doesn't -- doesn't exist anymore; so there's no one paying for maintaining any of these services, so that cloud services no longer in existence, and I believe everything should have been moved down to a -- either a hard drive or a thumb drive. I don't know if it was too big to put on a thumb drive and, maybe, they put it in a bigger hard drive. I don't know. I didn't ask.

Q. Okay. What about when customers would communicate with people issues with their account; is there a different platform they use, like, you know, a chat platform or customer service platform?

A. I don't know the name of what platform they would use.

Q. But the email you directly -- that was my question.

A. Customers do not communicate with me like that.

Q. Not you, but somebody. Like did they send an email to somebody at MintBroker, or did they use like a platform to, like, enter your question here and then

Page 167

respond, you know, a third-party?

A. How is that relevant? I want my customers --

Q. What do you mean? You're saying you have no documents.

MR. FORD: I was just going to say that, as well.

THE WITNESS: Customer communication.

MR. FORD: We're ten minutes into questions now about customer complaint. This case has nothing to do with customer complaints.

MS. TAUBER: Hold on. So we -- if you guys were still in business, and you had documents, like, business records, we would request all communications related to these trades, right? Presumably, that would include, if there was customer complaints about this --

MR. FORD: You --

MS. TAUBER: -- that would include that; right? You would respond and say, Customer said, like, Hey, why are you trading all the -- whatever it is.

MR. FORD: You did request those documents.

MS. TAUBER: Right. You said you didn't have them, because the offices closed.

Page 168

MR. FORD: No. What we said was that they don't -- that there's no responsive documents.

MS. TAUBER: Within your possession.

MR. FORD: Custody or control.

MS. TAUBER: Then we had a debate about what "in your possession" means, and if that means a third-party that you have access to; right.

MR. FORD: No, no. What -- there -- are you asking for whether a customer complained about Avalon and New Concept's trades in the proprietary account.

MS. TAUBER: Yeah. I'm asking about that. Maybe the answer is no, but like I'm trying to understand -- I asked you for documents like -- right. You said all communications while he's trading in these securities. Right. Presumably, if a customer would have complained, that would be included; right? I'm not saying a customer complained or not. I'm just wanting to know, like, what you could have searched. But now, you're telling me you can't search, because the office is closed.

MR. FORD: What -- we're -- we're just -- we're going around in circles on something that

A-119

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 169

has nothing to do with anything.

MS. TAUBER: Well, it does.

MR. FORD: Even if a customer complained, that has nothing to do with the question of whether there was a legal short-swing profit on these trades, the only thing at issue.

MS. TAUBER: It has to do with the fact that whether or not there's been, like, document retention appropriately or not. Like whether we have documents that you might have access to that we don't have.

MR. FORD: They're not -- we don't have access to anything, and they're not -- they would not be relevant. If a customer complained --

MS. TAUBER: Yeah.

MR. FORD: -- about proprietary trading in Avalon, which --

MS. TAUBER: Well, because some of these trades were against customers; right? We've established that. Some of MintBroker's proprietary trades were riskless or -- not riskless -- trades against customers.

MR. FORD: I don't think that's been established.

Page 170

MS. TAUBER: I think it has.

THE WITNESS: I wouldn't know anyway. This is something that compliance would have dealt with. It wouldn't even have even called me about that.

MS. TAUBER: I mean, I'm not trying to get into the substance of the customer complaints, obviously, like there would be other problems, hearsay, whatever; right.

MR. FORD: I guess, maybe that's the issues that were a little too broad.

MS. TAUBER: So I'm just trying to understand, like, what -- this is a business that existed that did a lot of trading, and now, that it closed. I get that. But now, there's like, Oh, there's zero documents that they have, except for this, like, printout from Interactive. So I'm trying to understand how that's possible.

THE WITNESS: That's where the street-side trades happen, so what other documents would you possibly need.

MS. TAUBER: Well, usually, when you're a brokerage firm, you'd have other documents, but there's not just, you know, printout from your

Page 171

account, you know. There's other business records that are created in the course of business.

MR. FORD: If there are any relevant documents -- and I thought we've been through this. But if there are categories of relevant documents that you believe have been requested and exist or may exist or not and produced, please let us know. I thought we were past that. This is a case about what trades were placed.

MS. TAUBER: No. This whole deposition is what I'm concerned is about this. About like why there are no -- why MintBroker had said that there is no documents that they can produce to us, except this one printout; right.

MR. FORD: We produced to you all of the relevant documents that they had. These other documents that you're pointing out about different funds or the closing of IB -- the closing of MintBroker, they have nothing to do with this. They wouldn't be relevant. They wouldn't be responsive to requests.

MS. TAUBER: The document from IB saying, like, I'm surveilling your account because of this exact trading is not responsive to our request?

Page 172

How is that possible? I mean, that's directly responsive to our request; right? So but -- that we have it anyway. I'm just trying to understand what else --

MR. FORD: Well, you have -- exactly, you have it. You have all the IB communications.

MS. TAUBER: Right. So -- right. So -- but I'm trying to establish what has existed that would also -- may be -- potentially, have been destroyed or exist somewhere else now --

MR. FORD: Nothing has been des --

MS. TAUBER: -- or was moved, on a cloud, in a log-in, in a platform that's a third-party provider. You know, I mean --

MR. FORD: He has been clear that all of the documents that are required to be retained, which are anything that could possibly be relevant were on the cloud, and they're either still in the cloud, or they've been moved to a server into the law firm. That's what he testified to; correct?

THE WITNESS: I don't believe anything is on the cloud anymore.

MR. FORD: Okay. So they have been moved to the server and delivered to the law firm; is that

A-120

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 173

correct?

THE WITNESS: Moved -- yeah. Moved onto a hard drive and delivered to the law firm.

MR. LOPEZ: What is the name of the law firm.

THE WITNESS: Let me -- let me check for you. King -- King something.

MR. FORD: And I'm sorry. To answer your question, Miriam, about whether that document is relevant, I would say that it's not. But I understand we disagree on that, the document, meaning the Interactive Brokers.

THE WITNESS: Kensington Law.

MR. LOPEZ: In what town, city.

THE WITNESS: Nassau, Bahamas.

BY MS. TAUBER:

Q. Okay. I want to go back to the affirmative defense that we were talking about, the clearing defense, for a second, and just read the rest of that sentence. Let me see if I have the marked exhibit in here. It should be one of these. Oh, 9, Plaintiff's Exhibit 9. That says, They failed to clear or related to shares that do not exist, because the trades were naked short sales made by market makers that had not borrowed shares, and had failed to obtain or locate

Page 174

before the short, as required by SEC regulations.

Okay. The market makers that you're referring to, do you have any market makers, in mind, that you are referring to?

A. I don't know the specific market makers that would have done it.

Q. Okay. Do you have any -- like, are you -- so it sounds to me, and correct me if I'm wrong, but you're accusing these market makers of doing something illegal.

A. Well, I'm not saying that it's just the market makers per se. I'm saying just, pretty much, anyone who shorted naked, I think that market makers should be changed by just other traders, short sales by other traders.

Q. Okay.

A. Not specifically market makers.

Q. Okay.

A. Although market makers, you know, they're able to short, you know, naked, you know, but they still have to deliver by settlement, but regular traders have to do locate. I mean, they -- actually, market makers should not be going naked anyway, but they have a little more leeway. It's my understanding. I'm not a hundred percent on that. But it's my understanding they have a

Page 175

little more leeway than an individual or even an institutional or a corporate account, but they have to get an actual locate. They need to borrow shares where a market maker, if he's making a bona fide market in the stock, then they have a little more leeway.

Q. Okay. So you -- but either way, you're -- are you suggesting that the market makers in these -- in these stocks did something either illegal or --

A. I'm suggesting that traders --

Q. -- unadvisable?

A. -- or short locate systems, because, you know, you may not know, there's third-party systems out there that allow traders to locate shares. And they're currently under scrutiny by the SEC, because they were doing what I said earlier. For example, they locate a thousand shares, and then they'd locate that same thousand shares. They tell 50 traders, yeah, we have it. We have it. They give each trader a thousand shares. They're all shorting, and guess what, the first one was fine, but the other 50 are all naked. And what the SEC's recently saying now is that they can only short that thousand shares one time. If they buy it back, they have to do a second locate. They cannot reuse it. And I believe that, number one, they were

Page 176

reusing it, and that they were also over-allocating the locates that they had.

Q. So did you attempt to tell anybody, at this time, that you thought they were doing this -- like market makers or other traders, did you attempt to, like, say to anybody, Hey, something's wrong here?

A. I spoke to my attorney about it.

Q. At the time?

A. Uh-hum.

Q. Okay. And that would be Kensington or --

A. It would have been Ogele.

Q. Ogele. Okay. Do you know if any effort was made to inform anybody that you thought this was going on?

A. Inform who?

Q. SEC or anybody, regulators, market makers, anybody like, Hey, there's a concern here that this is happening?

A. I don't recall. I don't recall.

Q. Okay. Let's move to the second affirmative defense. It says, "Plaintiff's claims are barred in whole or part by the doctrine of unclean hands"; do you what "unclean hands" means?

A. No. Explain it to me.

A-121

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 177

MR. FORD: You shouldn't ask questions but, again, it's a legal defense.

MS. TAUBER: Yeah.

MR. FORD: You asked if he knew what it meant. He said no. You can ask another question.

Q. Usually, unclean hands refers to some kind of bad faith on the part of the person being accused of unclean hands. Do you have any reason to think that either of these companies acted in bad faith?

A. The companies.

Q. Avalon, my clients, Avalon or New Concept.

A. Do I have reason to believe that they acted in bad faith for what, for what specifically?

Q. Well, you tell me. I mean -- so I'm trying to understand the factual basis for this defense which, to me, is suggesting, kind of, bad-faith allegation.

MR. FORD: This is -- it's an affirmative defense.

MS. TAUBER: Uh-huh.

MR. FORD: The information that supports it will be based on the discovery that's currently being taken; so he doesn't have to give a full explanation of what our affirmative defenses are.

Page 178

BY MS. TAUBER:

Q. But to your knowledge, like your personal knowledge, do you have any indication or belief that either of these companies, New Concept or Avalon, acted in bad faith? Meaning, they had bad intentions on someone.

A. Well, that will be determined when we have them on deposition.

Q. Okay. But do you -- what kind of questions would you ask? In other words, what's your basis for --

MR. FORD: No. That one's not being asked. That one's not being asked.

MS. TAUBER: Okay.

Q. All right. So there's no -- is there any -- are there any circumstances that would lead you to think that there was bad faith on the part of these companies?

A. Well, I think we talked about this earlier when I told you I went through Avalon's financials and things that didn't make sense.

Q. Okay. So you're talking about mismanagement, generally?

A. I mean, that's just part of it.

Q. Okay.

A. Just things that didn't make sense to me.

Page 179

Q. Okay. Other than, like, mismanagement claims, is there any other bad faith that you think was directed towards you or your clients?

A. Me or my clients? Which clients, my --

Q. MintBroker's customers.

A. -- International clients?

Q. Sure.

A. I mean there could have been some stuff. But, you know, for example, his press release that he put out. I think that was -- that was done in bad faith.

MR. LOPEZ: Which press release?

THE WITNESS: He put out a press release saying that he owns 66 percent of the company, has no intention of selling his shares, and that he had no idea who MintBroker International was. So, you know, that's -- that's -- you know, why was he saying that? If -- if -- if I'm filing that I own over ten percent of the company, he shouldn't say that he has no idea who MintBroker International is, because he knows exactly who MintBroker International is. It was, potentially, someone that owns 66 percent of his company. But he wanted investors to believe that it was a lie, but

Page 180

it wasn't. Well, we'll figure that part out, but I think that that was done in bad faith.

MR. LOPEZ: When you say he had your filings showing more than ten percent, are you referring to the 13D?

THE WITNESS: I'm referring to the Form 4 filings that were made, and he put a press release out saying that he owned 66 percent of the company, and that he had no idea who MintBroker International was. And I think that that is not a true statement, because he should have known, based on the Form 4, who MintBroker International is. And that I was potentially an investigator in his company, but he made it seem as if it wasn't. So you can't have it both ways; it's either I am, or I'm not. He said I'm not; so I don't know why we're here.

MR. LOPEZ: Did you and he ever speak --

THE WITNESS: No.

MR. LOPEZ: -- to one another?

THE WITNESS: No.

MR. LOPEZ: You never met?

THE WITNESS: No.

MR. LOPEZ: Okay.

A-122

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 181

BY MS. TAUBER:

Did -- but also, is there any other reason, besides the Form 4, that you think he should have known who you were, or who the main broker was?

A.  I mean, that's the only way I think he would have known.

Q.  Okay.  The third affirmative defense is -- back in Exhibit 9 -- is waiver.  Do you have any basis, factual basis, that you can think of for that defense.

A.  I don't know.

MR. FORD: It's not clear.  Do you know what a legal doctrine means?

THE WITNESS: No.  I need another water actually.  Thanks.  Coming from a tropical weather, and it's so dry here that --

(Pause.)

Q.  Waiver usually means you relinquished your claim in some way.  Do you have any reason to think either of my clients have relinquished their claim?

A.  I have no idea what --

MR. FORD: These are legal issues.  It's not for him to explain them.  They're legal positions.

MS. TAUBER: You understand there are some facts we never got to that you were contending

Page 182

supported these defenses.  This is the time we have to inquire about those facts; so we're not surprised by allegations --

MR. FORD: Understand -- if he understands what our legal argument based on legal waiver means, he can explain that.

MS. TAUBER: But also facts you're intending to produce in support of these questions.

MR. FORD: The issue, this whole line of questions, he doesn't understand the legal concept.  So he doesn't understand what facts would be supportive of that.  That's something the lawyers know, and you know this.

MS. TAUBER: Right.  That's why I'm describing the concept and saying what facts do you know of that might fit into these --

MR. FORD: He has no idea what we could possibly put in a legal brief.

MS. TAUBER: How do you suggest I prevent unfair surprise in this case about facts we never proved in this case in support of defenses?

MR. FORD: I assure you, any legal argument we make will be based on the record developed in discovery.

Page 183

MS. TAUBER: Okay.

MR. FORD: Is that fair?

MS. TAUBER: Sure.  That's fair enough.  Okay.

(Pause.)

MS. TAUBER: Moving on.  I think we're almost done.

MR. LOPEZ: I'd like to edit it.

MS. TAUBER: You can also take it over.

(Recess taken.)

EXAMINATION

BY MR. LOPEZ:

Q.  Who were the directors of MintBroker?

A.  At the relevant time?

Q.  Yes.

A.  The directors of MintBroker International Bahamas; there was myself and Antonio Collie.

Q.  Are you obliged to file taxes in the U.S.?

A.  A tax return, no.  I'm not obliged to file a tax return.  Like a 1040?

Q.  Yeah.

A.  Well, personally, I file a 1040, but the entity does not have to file a 1040.

Q.  Who is your personal accountant?

Page 184

A.  How is that relevant to this?

Q.  Because MintBroker is probably a foreign-controlled corporation, and your personal tax return may reflect some of its activities.

MR. FORD: Wait.  Wait.  No, but that's not -- I don't understand that.  It's -- what does that have to do with a 16B claim?

MR. LOPEZ: Pursuant to -- reconstruct records and the only thing we're interested in is whether there is anything in that tax return that reflects on papers -- on records that we don't have.

MR. FORD: That doesn't -- I'm not buying that.  We're not getting into his tax returns.

MR. LOPEZ: Okay.  There will be a motion on that one.

MR. FORD: Okay.  That sounds good.

BY MR. LOPEZ:

Q.  When did you become aware of these suits?

A.  Which suits?

Q.  The ones you testified on today.  Avalon versus -- and --

A.  I think -- either -- either my attorney told me about it, or I've read it online.

**A-123**

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 185

Q. Can you place it in time; when?

MR. FORD: Do you remember.

A. Probably late summer of -- around the time --

MR. FORD: Do you have any recollection of when you first became aware of these lawsuits?

THE WITNESS: No.

Q. When you became aware of these lawsuits, did you put a litigation hold on the books and records of MintBroker?

A. Well, there's no requirement for me to do that, because it's automatically required by law in the Bahamas anyway; that all the records are maintained for seven years. There's nothing extra for me to do.

Q. And what records are you speaking of?

A. Trade records. Customer, you know, documents, communications with customers.

Q. And those records are now in the custody of Kensington Law?

A. Yes. That's what I believe.

Q. Who is paying Kensington Law?

A. Well, they were paid already upfront from what my understanding is, but they were paid to hold these records.

Q. By whom?

Page 186

A. By the company, MintBroker International.

Q. MintBroker, of which you are a director and sole shareholder?

A. Yes.

Q. Do you have access to these records?

A. I can ask them to go through records, if need be.

Q. You do have access then?

A. I have access to ask them. I don't have an online access to log-in somewhere, and access it on my own.

Q. No. I'm just asking whether you've got access whether as the owner of MintBroker --

A. I can ask them.

Q. -- you can ask them?

MR. FORD: He does.

Q. Who is the chief financial officer of MintBroker?

A. Antonio Collie.

Q. Address?

A. It's Nassau, Bahamas.

Q. Who is the compliance officer of MintBroker?

A. Edward Cooper, Nassau, Bahamas. Again, these are former, during the relevant time, not currently,

Page 187

because no business currently.

Q. Do you have custody or control or access to MintBroker's tax returns?

A. MintBroker International, like I said earlier, does not have a 1040 tax return.

Q. Does it file taxes in the Bahamas?

A. No. There is no tax returns in the Bahamas.

Q. I want to live there.

MR. FORD: Keep that in mind.

Okay. Anything further?

MS. TAUBER: Yeah. One more thing. I want to introduce one more document that I forgot to introduce, which is this one, same as this.

(Plaintiff's Exhibit 15, PORTFOLIO REPORT AS OF 13/03/2018, was marked for identification.)

**EXAMINATION**

**BY MS. TAUBER:** (Continued.)

Q. Plaintiff's Exhibit 15, and it is titled "Portfolio Report as of 13/3/2018 for MintBroker International, LTD."

Page 188

Do you know how this document was generated; where it comes from?

A. Well, it says on it that it was generated from Deltec Bank and Trust.

Q. Well, it doesn't -- I'm being sure. So Deltec Bank generated this; is that what you're saying?

A. That's what I believe.

MR. FORD: I'm sorry. You're asking who generated this?

MS. TAUBER: Yeah.

MR. FORD: This is your document. Where did you get it from?

MS. TAUBER: A document directive. But it doesn't look like an Interactive document. It was in their possession, but I don't know where -- who created it.

MR. FORD: Oh, I understand.

**BY MS. TAUBER:**

Q. Right. So Deltec Bank is the one who created this?

A. I believe that they created and generated it. It was not generated by myself or by my company.

Q. Okay. So portfolio summary is page 1; page 3 has, like, performance indices?

A-124

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 189

A. There is a bank account. It's not a brokerage account.

Q. I understand that. But -- I understand that, but I'm wondering -- well, it has some bonds and stock in there, in page 3, the third page, second-to-last page.

A. 3 out of 4. Where does it say bonds?

Q. Oh, here. This one, corporate bonds, everything, S and P 500 equity.

A. Okay. They may have had like, what's it called, a discretionary account.

Q. So whose -- you mean MintBroker would have a discretionary account at the bank?

A. With them. So this would not -- this would have just been the bank investing the money, not the firm telling them what to invest in, I think. I'm not a-hundred-percent sure.

Q. So did -- you didn't -- did you hold stocks at this bank, Deltec Bank?

A. I don't know what they held, but I never placed orders with them, if you know what I mean. Like I never said buy this or sell that. It could have just been -- like just a fund that they had, of some sort, where it was at their discretion.

Page 190

Q. Okay. So when you say "placed orders" though, do you mean like you were with DAS Trader, like you were describing, like, routing the orders to the different --

A. I'm saying whether by phone, email, or otherwise, that this was, to me, just a bank account. They may have had some investments in it, but not self-directed investments.

Q. So this was not -- this link -- this account linked to your DAS account, the same way you described that --

A. No. It was basically used as a bank mainly.

Q. Okay. So the equity that's listed here, this would not refer to the -- to any of the stocks in this case that we're talking about?

A. No.

Q. The Avalon and New Concept stocks?

A. No.

Q. Okay. Did you get statements like this from the bank?

A. I believe they sent monthly statements.

Q. It looked quite similar to this?

A. Uh-hum.

MS. TAUBER: I want to introduce this last document; it's the last one.

Page 191

(Plaintiff's Exhibit 16, NYSE PRINTOUT, was marked for identification.)

Q. So do you have this -- you guys have this document?

MR. FORD: This is a New York Stock Exchange document?

MS. TAUBER: Yes.

MR. FORD: No. We don't have documents from the New York Stock Exchange.

MS. TAUBER: The last document produced was an email to you.

MS. McLAUGHLIN: Saying --

MS. TAUBER: Off the record. I can send you what they have.

MR. FORD: Who did this document come from?

MS. TAUBER: The New York Stock Exchange. I'm on it too, at the end. Funny, I make a guest appearance.

A. I haven't seen it before, and there's not enough time for me to -- unless you want me to spend a half-an-hour reading this.

Page 192

Q. That's okay. Not that long, but I just want to know if you knew about this document, which, I guess, the answer's no.

A. No.

Q. But also, if you were aware of any of these communications reflected in there that are complaining about you?

A. I wouldn't know who this is for.

MR. FORD: These are -- to be clear: You've seen the document. I haven't. But are these complaints that --

MS. TAUBER: The stock exchange received --

MR. FORD: But from who, from customers and --

MS. TAUBER: They were redacted; so I was going to ask you about them. But --

MR. FORD: So someone in the world complained to the New York Stock Exchange about Mr. Gentile?

MS. TAUBER: I guess so.

MR. FORD: And we don't know who that person is?

MS. TAUBER: Correct. Well, there's my name and there's Brian Saksa, the CFO of Avalon.

THE WITNESS: Can you say that again.

A-125

AVALON HOLDINGS CORPORATION v.
GUY GENTILE AND MINTBROKER INTERNATIONAL, LTD.

GUY GENTILE
February 24, 2020

Page 193

MR. FORD: The CFO of Avalon.

MS. TAUBER: Well, they called to -- I think we sent you those documents too. Like the --

MS. McLAUGHLIN: Yes.

MS. TAUBER: So that's related to that.

MR. FORD: Oh, that's the Bryan Saksa. Do we have his -- the complaint he filed with the New York Stock Exchange?

MS. McLAUGHLIN: I don't think -- Assuming we don't have these documents.

MS. TAUBER: Bryan Saksa is attached to one of the emails or, again -- yeah. There's communication with him and NYSE.

MS. McLAUGHLIN: When did you get these documents from the stock exchange?

MS. TAUBER: I got these -- maybe Thursday or something.

MR. FORD: Okay. So they were complaints made to the New York Stock Exchange by Bryan Saksa, an unknown individual.

MS. TAUBER: And me at the end.

MR. FORD: And you at the end.

We're on the record; yes?

MS. TAUBER: Yeah.

Page 194

BY MS. TAUBER:

Q. So, I guess, you have no idea what this document is or refers to?

A. No.

Q. But at least one of -- if you look at page -- the third page, whoever this person saying, I lost a total of $15,000.

A. Which one?

Q. The third page.

A. I lost a total of 15,000.

Q. Yeah. And then somebody else -- well this is -- it looks like the same guy actually, just put it in twice, the next page after that, same $15,000. And then --

A. So how do you lose $15,000?

Q. I don't know. I was going to ask you what -- if you knew what he was talking about.

MR. FORD: He doesn't know who he is. He has no idea know what this document is.

Q. I was going to ask you: Are you aware of any losses in connection with this trading that was raised with you? Like, in other words -- was --

MR. FORD: Did any customer of MintBroker complain to you that they lost a total of $15,128?

Page 195

MS. TAUBER: Or any amount of money.

A. Not to my recollection.

Q. Okay. Okay. So were you -- are you aware of -- were you aware of any other losses that were being discussed at the time of these trades?

A. Am I aware of any -- I don't have access to --

Q. Did customers, people -- colleagues of yours, talk to you and say, Hey, they lost a ton of money on this stock; do you know anything about this?

A. I mean, I don't think anyone came to me and said, Hey, I lost money on AWX. I don't recall.

Q. Okay. Or GBR?

A. I mean, I don't remember, specifically, someone coming to me and saying that. I mean, obviously, people make money and people lose money all the time in any security that's volatile or not volatile; right? It's moving up or down. But this is -- specifically, AWX is what this person's talking about.

Q. Right.

A. I don't know who this person is, or how they would have lost money.

Q. Okay.

Page 196

MR. FORD: Or how it would have anything to do with the short-swing case.

MS. TAUBER: It's about the trading that we're talking about.

But okay. All right. I think that's -- that's it, I think. That's all I have. I just wanted to make sure I entered everything I wanted to enter. I think I did. Do you mind if we take a five-minute break.

MR. FORD: Sure.

MS. TAUBER: I'll check, and then we'll end.

(Plaintiff's Exhibit 17, EMAIL FROM DRAMEKO, was marked for identification.)

BY MS. TAUBER:

Q. So this is just a question about, like, if you look at the bottom of this page. Exhibit 17 is an email between Drameko at SureTrader and --

A. Who?

Q. Drameko, sorry, and atenerelli@interactive, and some other people, Guy Gentile, Proserve, Professional Services. So the bottom, it asks about the

A-126

# EXHIBIT B

A-127

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVALON HOLDINGS CORP., | |
| Plaintiff, | No. 18-cv-7291 (VSB) |
| v. | (ECF Case) |
| GUY GENTILE and MINTBROKER INTERNATIONAL, LTD., | |
| Defendants. | |

Related to:

| | |
|---|---|
| NEW CONCEPT ENERGY, INC. | |
| Plaintiff, | No. 18-cv-8896 (VSB) |
| v. | (ECF Case) |
| GUY GENTILE and MINTBROKER INTERNATIONAL, LTD., | |
| Defendants. | |

**JOINT STIPULATION**
**AS TO CERTAIN FACTS FOR PURPOSES OF SUMMARY JUDGMENT**

Plaintiffs Avalon Holdings Corporation ("Avalon") and New Concept Energy, Inc. ("New Concept"), together with Defendants Guy Gentile ("Gentile") and Mintbroker International, Inc. ("Mintbroker"), hereby stipulate and agree as to the following facts:

1.     Account #I1043365 was a proprietary trading account held by MintBroker at Interactive Brokers ("Interactive") and it served as the "Master Account" for two proprietary sub-accounts: (i)Account #UL1043811; and (ii) Account #US1043812 (the "Trading Accounts").

2.     The "Activity Statements" produced by Interactive for each of the Trading Accounts accurately reflect the Avalon (AWX) and New Concept (GBR) trades executed in those Trading Accounts by Gentile, as the sole owner of MintBroker. (*See* #UL1043811 "Activity

1

A-128

Statement" (filename: Annual Statements/MINT 2018 UL.pdf), AWX trades at pp.933 –1000; GBR trades at pp.1150 –1202; *see also* #US1043812 "Activity Statement" (filename: Annual Statements/MINT 2018 US.pdf), AWX trades at pp.203-206; GBR trades at pp. 431-433).

3.       The trades reflected in the Activity Statements for the Trading Accounts include the Avalon and New Concept trades reflected in the records produced by the Defendants at Bates Numbers MINT-AWX000001-140 and MINT-GBR-000001-159.

4.       Cash was credited or debited to the Trading Accounts, as applicable, in connection with each AWX or GBR trade listed on the "Activity Statements," in the amount of the "Proceeds" indicated on the "Activity Statements" for each such trade.

This Stipulation shall be treated as admissions of fact by Plaintiffs and Defendants for the purpose of summary judgment.

Dated: New York, New York
         May 13, 2020

FORD O'BRIEN
Adam C. Ford
Robert S. Landy
Danielle McLaughlin
575 5th Avenue 17th Floor
New York, NY 10017
(212) 858-0040
aford@fordobrien.com
rlandy@fordobrien.com
dmclaughlin@fordobrien.com

*Attorneys for Defendants Guy Gentile
and Mintbroker International, Ltd.*

Miriam Tauber
MIRIAM TAUBER LAW PLLC
885 Park Ave. 2A
New York NY 10075
(323) 790-4881
MiriamTauberLaw@gmail.com

David Lopez
LAW OFFICES OF DAVID LOPEZ
PO Box 323, 171 Edge of Woods Rd.
Southampton, NY 11969
(631) 287-5520
DavidLopezEsq@aol.com

*Attorneys for Plaintiffs
Avalon Holdings Corp.
and New Concept Energy, Inc.*

SO ORDERED:

5/14/2020
Hon. Robert W. Lehrburger (U.S.M.J., S.D.N.Y.)

2

A-129

# EXHIBIT C

A-130

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
AVALON HOLDINGS CORP.,
                    No. 18-cv-7291(VSB)
        Plaintiff,      (ECF Case)

        -against-

GUY GENTILE and MINTBROKER INTERNATIONAL,
LTD.,
        Defendants.
- - - - - - - - - - - - - - - - - - - -x
Related to:
- - - - - - - - - - - - - - - - - - - -x
NEW CONCEPT ENERGY, INC.,
                    No. 18-cv-8896(VSB)
        Plaintiff,      (ECF Case)
        -against-
GUY GENTILE and MINTBROKER
INTERNATIONAL, LTD.,

        Defendants.
- - - - - - - - - - - - - - - - - - - -x
        Virtual Deposition
        New York, New York

        May 27, 2020
        10:07 a.m.

        VIRTUAL DEPOSITION of BRAD
KLAUSEGER, a Non-Party Witness in the
above-entitled action, held at the above
time and place, taken before Jennifer
Brennan, a Notary Public of the State of
New York, pursuant to Subpoena.

**A-131**

Page 10

B. Klauseger

sub-accounts, that's the 3365 account and the sub-accounts that are UL 3811 and US 3812; right?

A   I would have to -- so can you state that again?

Q   So I guess we only have trading records for the account that I just mentioned, the Master Account, that's 33 --

A   3365 and the UL and US under those accounts, yes.

Q   I guess I understand from that, the other accounts didn't have any trading in these securities?

A   Yes, that's correct.

Q   And the securities are Avalon and New Concept?

A   Correct.

Q   So then going into these account statements for those relevant accounts I just mentioned, if you go into the folder that says, "Annual statements," I'm going to now introduce these documents, so that's Mint 2018-1,

Page 11

B. Klauseger

Mint 2018-UL and Mint 2018-US. So I think that one of them was introduced already as a Gentile exhibit and that one is Exhibit 5 from the Gentile deposition, which I'm going to mark now.

MS. TAUBER: Does everyone now see there is an exhibit in the marked exhibits on the exhibit share?

THE WITNESS: Yes.

Q   So that is the document that is Mint 2018-1 in this annual statements folder and the other ones I'm marking Exhibit 18, because we ended with Exhibit 17 in the Gentile deposition. So now we have Exhibit 5, I think we can't open them all at the same time, which is another reason why it's good to have the other folder opened. So Exhibit 5 -- so I'm looking at all of these together, even though you can't do it on the exhibit share.

So Exhibit 5 is this one, is Mint 2018-1 and that is the activity statement for the Master Account ending

Page 12

B. Klauseger

in 3365?

A   That's correct.

Q   And then there is also an account ending in 3665-F, the way that I see that is if you go into the account documents, the 3665 folder, if you look at all the documents in there, some of them are labeled 3665-F.

Do you see that?

A   Yes, I do.

Q   Could you explain the difference between the 3365 and the 3365-F account, if there is one?

A   So they're both Master accounts. The F account is our IB UK limited account. It's used to trade particular products that aren't offered through our IB LC entity.

Q   And then how does that F account relate to the UL and US account, the long and short?

A   It's essentially a partitioned account of the Master I Broker.

Q   So just another sub-account or

Page 13

B. Klauseger

another --

A   I wouldn't quite call it a sub-account. It would be -- essentially it's just a partition of the Master Account. It's able to trade other products that the IB LC cannot offer. That's the best way I can put it.

Q   So there is no stock trading in that account, like regular --

A   There should not be any -- I do not believe any stock trading should be in that account for US securities.

Q   So then if you look at the -- sort of the first page of each of these documents that I just marked 5 and 17 and 18, I believe it was, you see there is like a net asset value header on the first page?

A   Yes, yes.

Q   Sorry, it was 18 and 19. Just to clarify, it was 5, 18 and 19.

A   Yes.

Q   So in Exhibit 5, which is the Master Account --

4 (Pages 10 - 13)

**A-132**

Page 14

B. Klauseger

A   Correct.

Q   -- do you see that it says the total -- I guess I'll ask it this way: If you look at the net asset value header on the first page of each document, how do those relate to one another?

Like, they don't seem to add up or have the same numbers, but I know that, like we just discussed, there are two sub-accounts and a Master Account, so how does that work?

A   Net asset value --

Q   So where I'm looking is in the --

A   You're in Exhibit 5?

Q   Yeah, let me just also put one more exhibit on there. And Exhibit 5, for example, I'm looking at the total, which says -- like at the end of 2018, there is eight -- so let me just put one more exhibit up there actually.

So now there is Exhibit 6 up there also from the Gentile deposition and that seems -- tell me if I'm wrong,

Page 15

B. Klauseger

but this looks like another way of showing the information that's in Exhibit 5, do you see that, a different type of statement with --

A   Yes, I see that.

Q   So where I'm looking at Exhibit 6, which is more similar to the format of the other two documents, if you look at where it says, "Net asset value," on the first page, then it says, "Total," and I'm looking at the total, like at the end of December 31, 2018, 7.94 million number?

A   Correct.

Q   And then if you look at Exhibit 18, which is the long account, on the front page of that one, a similar like header and then --

A   Yes.

Q   -- it's total, December 31, 2018, is 5.9 million.

Do you see that, 5.989?

A   Yes.

Q   And then the short, I now each

Page 16

B. Klauseger

document is annoying, but the short account, which is Exhibit 19, that has a total at the end of the same period of negative 710,000?

A   Correct.

Q   So how -- I guess I'm wondering how -- like, what is the relationship between the net asset value shown on the Master statement and then the two sub-account statements, in order to figure out what is the actual value of this account?

Do you have to add all those numbers together or is one included in the other, like how is that --

A   Right, so based on what I see -- let me take another look at each of the exhibits again, if you don't mind.

Q   No problem. If you want to open up at the same time, if you go into the production folder, it goes through the documents that are in like the account statements folder.

A   I'm opening them up. Okay. So

Page 17

B. Klauseger

each of these -- to understand the total value of the account, Exhibit 6 is not a consolidated statement.

Q   Okay.

A   So we would have to combine each of the three accounts, to get a complete net asset under value.

Q   So just take the 7.94, from the Master statement, Exhibit 6 statement?

A   Correct.

Q   And subtract that number value from the --

A   710,000.

Q   And that would give you the total amount?

A   Correct.

Q   Is that total account reflected on any statement anywhere?

A   It would be reflected on a consolidate statement.

Q   So looking at the production that Interactive produced to us, did they produce any statements like that?

A   The production does not appear

5 (Pages 14 - 17)

Page 18

B. Klauseger

to have a consolidated statement.

Q Do you know if the statement has individual trading on it?

A Can you restate that?

Q The -- if you look at the Master Account statement, which is Exhibit 6, that one has no, like, individual trades broken down --

A Right.

Q -- versus the long and short statements, that 18 and 19. There are like thousands of pages and they have in the middle of those documents, there is a section called "Trades," and there is actual executed trades, it looks like, on those statements?

A So, yes, the -- a consolidated statement would have -- would consolidate each of the I Broker US and UL accounts, so that trade activity would be displayed on that consolidated statement.

MS. TAUBER: Could I ask that be produced to us because that would make it a lot easier to see all of

Page 19

B. Klauseger

the trades?

Q And I guess what we have -- would that statement include -- basically would that be just the sum of the US trading and the UL trading?

A Correct.

Q It would be just those two documents.

Are there any other, like trading reports that are included on those consolidated statements, that we don't have?

A No, it's essentially a combination of all three of these statements together, would be the consolidated statement.

Q Okay. So I guess going into the UL and US documents a little bit in more detail, I'm just going to open the UL document, so we can look at that one together, which is the Exhibit 18.

A Okay.

Q So for that one, you look at the -- like the headers, the first time I

Page 20

B. Klauseger

see AWX, which is the Avalon trading symbol mentioned is under a header on page three, that says, "Marked to Market performance summary"?

A Correct.

Q And it says like there is -- there is sort of like -- sorry.

A I didn't hear the last part. I see the AWX in the Marked to Market.

Q Could you explain -- I see that says, "Position, transaction, commissions, total," how is that calculated and what is that telling us about AWX position?

A So Marked to Market performance summary details the performance of the security over the life of the statement or over the period of the statement.

So this would be the -- this would cover specifically over the period of 2018. And it shows that AWX invested essentially -- this customer invested $379,486.35 into AWX and sold the position for $5,990,033.13, paid

Page 21

B. Klauseger

commissions of $9,290.55, which led to a profit of $5,601,256.23.

Q So when you say that they invested the 379,000 amount, what does it mean that it's negative in that --

A That's how much they paid to open up that position.

Q So what would mean like the next one over, Axon is positive?

Do you see that?

A Yes, I do. I believe it has to do with the accounting of the position to determine if it's a profit or loss.

Q Okay. So now there is a similar line like this in the US account, if you open that document, which is Exhibit 19.

A Yes.

Q And that one is AWX, that one is on page four -- three, as well actually.

A Okay.

Q So do you see there, there is another like similar information, this

6 (Pages 18 - 21)

Page 22

B. Klauseger

one says 410, I guess invested and then the selling price was 16; right, commissions?

So in order to get the total number of shares traded in this account, this Master Account, this Omnibus Account, would you just sort of literally add these lines together and then --

A    The number of shares?

Q    In order to get a full picture of the trading in this doc, in this case it would be under this Marked to Market performance summary header, if you wanted to see the overall Marked to Market performance summary of this doc, would you have to add these columns together, these rows together, meaning the AWX rows on Exhibit 18 and the AWX row on Exhibit 19?

A    Would you add it -- yes, I mean to get the P/L, you would add the two together, yes.

Q    For each column; right?  Like so that would be the total -- if you

Page 23

B. Klauseger

added like the position column in the long and short statements together?

A    Yes, it should come out, which would equal the same P/L.

Q    On the consolidated statement you were mentioning, would that already be added or would it be in two separate sections?

A    Yes, it would net the amounts together.

Q    So is it possible for you to confirm -- I mean, maybe we can just get a copy of that consolidated statement, but to confirm that actually does add up, the two numbers added together, would be the number that appeared on the consolidated statement?

A    We would have to -- yes, I believe we could run a consolidated statement for the two accounts -- for all three accounts.  Due to the vast amount of trading activity, we might have some difficulty with producing that document, but I wouldn't know until I, you know,

Page 24

B. Klauseger

probably reached out to your programmer.

Q    So the consolidated statement is not something that's given to the customer; is that right?

It's not something that like this --

A    Right.  Well, it may be available to the customer.  I'm unsure of -- I know that we can generate a specific statement as a consolidated statement though internally.

Q    Okay.  So meaning -- but that could be any two accounts that I would want?  If I'm a customer, I could get -- in this case, could you do a consolidated statement between the 3365 account, which is the Master Account or any other accounts?

A    No.

Q    It has to be the Omnibus?

A    Yeah, within the same family of accounts.

Q    So then going into the trading section of this -- of these statements,

Page 25

B. Klauseger

so if you go to the UL statement and starting on page nine -- sorry, before that, going to the section that's called "Realized and Unrealized performance summary," which is like page 390 of this document?

A    You're on Exhibit 19 still?

Q    I'm in Exhibit 18.

MR. FORD:  Is there a function to skip to that page because it looks like otherwise I can do one page at a time?

MS. TAUBER:  I asked about that and they said there wasn't.  That's if you open in your production, it's easier.

MR. PROVENCIO:  Are we talking about the short or long account?

MS. TAUBER:  The long account first.  I think they're the same format, so I -- we can look at any one of these and I assume it's the same type of information, like we discussed, we just add it altogether.

7 (Pages 22 - 25)

**A-135**

Page 26

B. Klauseger

So we can look at each section of one document, I assume, and then -- I'll ask that and you'll tell me, but I think that would be an example of how it works.

MR. PROVENCIO: If you look at the account statements in Adobe, you can pull up the bookmarks and skip to the various sections of the statement.

MS. TAUBER: Right.

A    You said page 290?

Q    Well, I'm on page 390 of the UL, Exhibit 18.

A    Okay, I'm there.

Q    Do you see there is an AWX line here and it says, like, the realized, Unrealized columns and there is total column?

A    Right.

Q    So that total column is 5,605,496.92, do you see that?

A    Yes.

Q    So I'm just going to tell

Page 27

B. Klauseger

you -- I'll represent to you on page three we just looked at, where it says "Marked to Market performance summary," the total there for AWX was not that number. It was close -- so we looked at the --

A    Right.

Q    So it was close. There are two numbers actually in the other page, Marked to Market, there was like the amount you said the trades brought in, which was a 5.9 number and then there was like some net profit, which was the 5.6 number, which I think excludes commissions?

A    Uh-huh.

Q    And then here, I don't see how these numbers sort of align with the Marked to Market performance summary numbers.

Can you explain that a little bit?

A    So Marked to Market represents the change in P/L over the period of the

Page 28

B. Klauseger

statement, versus realized Unrealized detail, the P/L, between the initial purchase price and the ultimate sale price.

So Marked to Market can change -- Marked to Market can be different because of -- it all depends on when the customer established their position and it's showing the change in the period's stock price.

Q    Okay. So -- and the realized Unrealized, depends on what?

A    So realized and Unrealized essentially is when you first purchase the stock, versus when you sell the stock.

Q    Okay.

A    There is the initial purchase price you made and there is the closing position, which is another price. The difference between there, determines the realized and Unrealized.

For example, if you buy something at $10, you sell it at $20, you

Page 29

B. Klauseger

make $10 in profit. If you buy something at $10 and it's valued at $20, you have an Unrealized profit of $10.

Q    Okay. So the Unrealized performance summary includes shares that weren't sold yet, is that what you're saying?

A    Correct.

Q    Then now going to the trade section there -- okay. So on --

MR. FORD: I apologize to interrupt, just to clarify that last answer because I think you said that with respect to the Unrealized, I forget exactly what he said, but the Unrealized in the AWX is all zero, is what I'm looking at.

THE WITNESS: Right, which means that he sold -- the customer sold the entire position.

MR. FORD: Thank you.

Q    Why is it different from the Marked to Market?

A    Marked to --

8 (Pages 26 - 29)

A-136

Page 30

B. Klauseger

Q    It's not vastly different, but it is different.

A    Because the Marked to Market is this, is that it's showing the P/L of the security at the end of the last sale -- I believe it's the last sale of the review period or the close date. So let me rephrase this.

Marked to Market is going to show the change in P/L of a position based on the close price of that product. So if I, just for example, if I buy stock at 10, sell it at 20, I have a P/L of $10. But at the end of the day, if it closes at $22, I have a Marked to Market P/L for that day of $12.

Q    Okay. So that -- so I'm still not sure why it would be different in this situation because this is like -- this account scheme is up, as of December 31, 2018.

So as of that day, he had sold all the shares in his account, based on the Unrealized performance summary; is

Page 31

B. Klauseger

that right?

A    Yes, the trade section will be a better indicator of when he sold it.

Q    Let's move to the trade section. I believe that's more direct UL than anything. If we go to page 933 of the ULs of Exhibit 18 --

A    Okay.

Q    -- that's where the AWX trading begins and then it ends at page 999.

A    Okay.

Q    And so on that page, we have this summary, this line that summarizes total AWX?

A    Yes.

Q    There you have the realized P/L and the Marked to Market P/L, you can see they're a little bit different; right?

A    Right.

Q    So -- and then there is the commissions, the proceeds.

So which one of these numbers, like the proceeds, the Realized P/L or the Marked to Market P/L, most accurately

Page 32

B. Klauseger

represents how much money the customer made on these AWX trades?

A    It's the Realized section, so $5,605,496.91 is what the customer made.

Q    Wait --

A    Are you on Exhibit 18?

Q    Yes. The 5,605,496.91; right?

A    Yes.

Q    So okay, that's the proceeds minus the commissions; is that right?

A    Proceeds minus commissions, minus cost.

Q    Minus basis?

A    Yes.

Q    Then where it says quantity, it says 4,396 under the quantity total?

A    Yes.

Q    Does that mean there is 4,396 shares of AWX in his account?

A    Let's see. It means it purchased 4,396 more shares than he sold, as detailed above.

Q    So I think I know what happened to those shares and I think if you go

Page 33

B. Klauseger

into the transfer section of this document --

A    Okay.

Q    -- there is a transfer of that amount of shares from the -- I think it's the long and short account?

A    Do you have a page for that?

Q    Yes, hold on. I have to open it up. I don't know what happened to that page, one second.

So it's going to be on 4,758 of the Exhibit 18.

MR. FORD: 4,758?

MS. TAUBER: Yes, page 4,758 of Exhibit 18.

MR. FORD: Danielle, do you see the AWX on that page?

MS. TAUBER: Sorry, it's 4,759, the very next page.

MR. FORD: There it is. Thank you.

Q    So --

A    47 -- okay, all right, yes. I see there are four internal transfers of

9 (Pages 30 - 33)

A-137

Page 34

B. Klauseger

AWX.

Q    Right. I think those add up to the number that we were just looking at, which is the 4,396, the quantity in the trades?

A    Uh-huh.

Q    So it looks to me that the quantity, that that quantity of shares was transferred from the UL account to the US account?

A    Yes.

Q    Okay. So that would explain --

A    Why we see the number of shares that's -- that's why we see the higher number of purchase shares, than sold shares, in the trade section.

Q    Okay. And then so in terms of the trades going back to -- I'm sorry to jump to these other pages.

Going back to the trading section, if you just talk generally about what these different columns indicate, if you look at, like, for example, page 934 of this UL, Exhibit 18 document, which is

Page 35

B. Klauseger

a random page of AWX trading?

A    Yes.

Q    So -- okay, so there is this transaction, this code at the end on the last column on the right?

A    Yes.

Q    So there is like O, P, C, P?

A    Yes.

Q    And those transaction codes are explained at the end of this document?

A    Correct.

Q    And so C, I think is a closing trade; right?

A    Correct.

Q    And then O is an opening trade?

A    Correct.

Q    I don't know what the P means, off the top of my head.

A    P is a partial fill.

Q    Okay. So my question about the partial fill ones, is the number that we see here, as the number of shares that are traded, like for example, if you look at, for example, like the first line on

Page 36

B. Klauseger

page 935 or -- yeah, 35, where it says -- like it says 300 shares, do you see that?

A    Yes.

Q    So actually go down to the third line, where it says 975 shares.

A    Okay.

Q    And it says P under code, so if P is a partial fill, is 975 the number of shares that were filled or the number of shares that were ordered?

A    It's the number of shares that were filled.

Q    Okay.

A    So if to explain what the partial fill indicates, is that the customer entered an order for 975 or more shares and it received an execution of 975 shares across multiple executions multiple fills at various prices.

Q    Can you say the first thing --

A    The order is for at least 975 shares and it means that the -- that an order came in for at least 975 shares to get executed and received multiple

Page 37

B. Klauseger

executions.

So it may, for instance, it may receive 100 share execution on exchange one and may receive 200 execution on exchange two and then receive 675 execution on exchange three, totaling 975 shares. Each of those executions can be executed at various prices, which is the volume weighted average price as shown in the trade price section, which that 253,871.79.

Q    Okay. So the next line 2,785, is there anyway to tell if, for example, these two lines combined, were placed as one order for the total number of shares or are these separate orders that were placed?

A    These are separate orders.

Q    And so if any of these trades were canceled, they would have the cancellation code next to them; is that right, which I think is CA?

A    That's correct.

Q    Okay. So now if you go up to

10 (Pages 34 - 37)

A-138

Page 38

B. Klauseger

the production, the Interactive production folder, there is a folder called Order Blotters and Trade Blotters, do you see that?

A   Yes.

Q   Under Order Blotters, there are like four spreadsheets, cancel, cancel, cancel and there is a document called cancel hard coded, PCP?

A   Correct.

Q   So if you just open, let's say, open the first spreadsheet -- I guess I should introduce it. The thing is, I don't know about introducing a spreadsheet. So maybe we can discuss it without introducing it, if that's okay with everybody?

MR. FORD:  Actually, could we introduce it only because I have pulled up what is on the --

MS. TAUBER:  I can do it, but it might cause complications because I don't think we can stamp it because it's an Excel sheet and I can't print

Page 39

B. Klauseger

it to PDF in a good way, but I can try to introduce it.

MR. FORD:  I'm certainly not trying to make this more difficult.

MS. McLAUGHLIN:  We can also e-mail them to you, Adam.

MR. FORD:  Why don't we introduce it and mark it and for our purposes, we can just look at --

MS. TAUBER:  I don't think I can mark it, is the problem because it's an Excel document.

MR. FORD:  You mean, because you --

MS. TAUBER:  You can't mark a PDF.

MR. FORD:  Can't you just title it the exhibit number.

MS. TAUBER:  I'm going to try. I'm going to do it like this. Hold on. Okay, it does work -- unable to preview or scan, hopefully it will work.

Does everyone see it?

Page 40

B. Klauseger

MR. FORD:  Yes, it's up.

MS. TAUBER:  It says, "Too large to be previewed," for me.

MR. FORD:  It wants you to download it.

Q   That separate sheet that we can look at together is cancellation -- if you scroll down, you can see there is some AWX information in there?

A   Uh-huh, yes, I see that.

Q   Does this relate to -- does this document relate only to Mintbroker's cancellations or to any Interactive's customer's cancellations?

A   I believe this document was for all cancellations in AWX.

Q   Okay.

A   Yeah.

Q   So if there is no -- like how would you expect -- if any of these were Interactive's cancellations, how would they be reflected on either the UL or US trading reports, like Exhibit 18 and Exhibit 19?

Page 41

B. Klauseger

MR. PROVENCIO:  Can I ask for clarification? You said if any of these were Interactive's cancellations?

Q   So there are four different spreadsheets that Interactive produced, that are these cancellation spreadsheets in that folder.

We looked at the Order Blotters folder?

A   Correct.

Q   So I'm just trying to understand if any of these canceled trades, were trades that we saw listed on the Exhibit 18 and 19, the long account and short account statements?

MR. PROVENCIO:  So again, I don't mean to interrupt, but I don't recall seeing any --

MS. TAUBER:  Me either, that's my question.

Q   If any of the UL or US trades included any of these canceled trades, would they have a CA code?

11 (Pages 38 - 41)

Page 42

B. Klauseger

A So any trade that was canceled, would be shown on the statement with a CA code.

Q Okay. So if you don't see any CA codes on these UL and US statements, does that mean that none of those trades were canceled?

A Correct.

Q So I want to look at a few more documents. The cancellations, so -- back to the marked exhibits again.

Okay. So do you see this document that I just marked as Exhibit 21?

A Yes, I see it.

Q Okay. So this is about cancellation of different stocks, not AWX or GBR, which is New Concept?

A Uh-huh.

Q I'm just curious about how -- in this e-mail and I'm seeing that -- tell me if I'm wrong, but it looks to me that Mr. Gentile had placed certain orders and then Interactive was informed

Page 43

B. Klauseger

with a CBOE required those orders to be canceled?

A Correct, that's my understanding.

Q So how would those trades be reflected on the statement? Like, would you see those orders?

A So these aren't trades, these are orders. Orders are different than trades and orders aren't represented on the statements. Only trades are represented on the statements.

Q Okay. So if he placed an order and the order was not filled at all, so I know we just talked about a partially filled order, would it be reflected on the statement?

A If an order was not filled at all, it would not be reflected on the statement.

Q Now, going back to the folder of Order Blotters and Trade Blotters in the Interactive production.

If you go into the Trade

Page 44

B. Klauseger

Blotter -- let me introduce that. Okay, so Exhibit 22 now is in there and that's the Trade Blotter spreadsheet.

A Okay.

Q So this is all of the New Concept and Avalon trades, in general, or in -- sorry, let me rephrase that.

Does this have all the AWX and GBR trades by all Interactive clients or is this specific to -- some of them say Mintbroker?

A Right. So this is a Trade Blotter that represented all the trading activity in these securities, during the review period, by all customers.

Q And the ones that say Mintbroker, and they have an account number on the column to the left of that?

A Yes.

Q So looking at the first -- I'm looking at a random row, I guess, July 24, 2018, it says account number UL 1043811, account title, Mintbroker and it has a quantity of stock purchased and

Page 45

B. Klauseger

price and a time.

So would that correspond to a row like this on the UL statement that we looked at?

A If it's a partial fill, it will not because of the statement is, as I explained before, will show the aggregate and volume weighted average price.

The Trade Blotter will show the individual executions that made up that aggregate transaction on the statement.

Q Okay. But if I added up all of the Mintbroker buys on this Trade Blotter from one date and I took the UL statement and added up all of the same date buys of the same stock, would I get the same number?

A It should be the same number.

Q And the price might be a little different because one is sort of an average?

A Yes, but there will be a volume weighted average price on the statement.

Q On the statement. So the more

12 (Pages 42 - 45)

A-140

Page 94

B. Klauseger

would essentially be liquidated out of their -- I shouldn't say liquidated, but would be bought in on the short position, it would show up as a buy transaction.

Q   So if the customer tried to sell and the sale failed to clear, then you would see another buy in that same amount?

A   Yes.

Q   And in terms of the price that was listed, it would be the same price as --

A   No, I'm not exactly sure as to what price would be, but my understanding is it would be the prevailing market price.

Q   So how do you tell if you see like two rows of trades and there is the same amount of shares and one is a sale, one is a buy in the short account, how do you tell if that's a fail to clear situation, with then there is another line that shows they're brought back in the account or alternatively, if it's a

Page 95

B. Klauseger

situation where, just place a buy and a sell, the same amount of shares right away?

A   Right. So it would be shown as a buy-in, which is a code we have on the statements, with a column B -- sorry, a code B, that would be an automatic buy-in.

Q   I'm looking at the US account. I'm looking at the transaction codes.
Basically if I don't see a code B anywhere, then that did not happen?

A   Correct.

Q   And then I can just assume if it's two trades in the same amount of shares, it's just two different trade orders?

A   Correct.

Q   Okay. And you said that would only be relevant to the short account, but in the long account, wouldn't that also rise in situation where if Mintbroker tried to purchase shares, but the selling party, Mintbroker's

Page 96

B. Klauseger

counterparty didn't have the shares, wouldn't that also fail to clear?

A   I'm not entirely sure.

Q   Okay. So what would -- do you know what happened in that situation I just described, if Mintbroker tried -- I think that is what is meant by, the second line of that affirmative defense paragraph we read, where he says in parentheses, "because the trades were short sales by market makers" --

A   So my belief would be that it would be subject to a liquidation, which is another code that we offer -- that's offered in the code section of the trade statement and it will be designated with an L.

Q   So again, if -- if in the long account, there is no L coded transaction, then there was no clearing issue?

A   Correct. Correct, yes, that's my understanding.

Q   Would there ever be a B coded transaction in the long account?

Page 97

B. Klauseger

A   I am not sure. From my experience, I have not seen -- I have not seen a long position be involved with a buy-in, as the logic just does not make sense. You wouldn't be buying in a long position. You would be liquidating the long position.

Q   Okay. And the same with the L, that would only be a long account code?

A   You can -- no, the L could be on the US side as well. If you went into a margin violation, you could be liquidated, which we would buy you back in.

Q   Wait, can you explain that a little more?
Why would I see an L code in the US account?

A   The L code would be if there was a margin violation that happened in the account.

Q   Like, you went over the margin limit, is that what you mean?

A   Right. So -- yes, yes, if you

25 (Pages 94 - 97)

Page 98

B. Klauseger
went over the maintenance margin requirement, you didn't have enough cash in your account to support the maintenance margin, then we would have to liquidate your positions, so we could get that cash value.

Q   So that would just go with like the last -- how would you determine which positions to liquidate, just whatever the trade --

A   It's an automated process that I believe does randomization on it.

Q   So is that true for the B codes as well, like, is it random?

A   No, the buy-in is specific to the product because there is a failure somewhere along the lines by somebody to deliver the shares. So it relates to the specific product.

The liquidation is associated with the -- is a margin function really, so it's trying to get the account back up to above the maintenance margin requirement.

Page 99

B. Klauseger
Q   Is there ever a case where you have a high -- we talked initially about how we're going to sell short, you have to borrow the stock?

A   Yes.

Q   So does that mean there should never be a situation where you have a higher negative balance in your short account, than you have a positive balance in your long account because the assumption is you are borrowing the shares from the long account; is that right?

A   No, that's not right. When you're selling short, you're selling short to market, not necessarily your related account. So you are looking out there to the market and say, there are a million shares to be shorted in this security and/or to be lent to be borrowed as part of the short position.

So there is a locate that gets generated and is disseminated or is available to, you know, the brokers, at

Page 100

B. Klauseger
any particular point in time. And if everybody -- if one broker decides to sell short all million shares, but another broker at the time they did their locate, also saw that there was a million shares to be sold short, there would essentially be 2 million shares to be sold short.

And that's when the clearing function happens, over the course of a few days and those shares should be delivered or be available as part of this borrowing. But what will happen is, they say no, all the shares were already borrowed by broker A, therefore, you got to close out your -- the other million shares that were sold short by broker B and it causes a buy-in.

Q   So that correspondence we looked at before, about borrowing GBR shares, I forget which exhibit that was. I think it was Exhibit 23?

A   Right.

Q   So would you -- in the short

Page 101

B. Klauseger
account, right, we talked about how you would expect the first trade you see to be a sale; right?

A   Yes, uh-huh.

Q   Does that mean there would be a correspondence similar to that GBR borrow request, for every sale in the short account?

A   There would be a --

Q   So would you expect that any time that the short account has a negative balance, that a request had been -- had a negative share balance --

A   Uh-huh.

Q   -- that a request was made to borrow that amount of shares?

A   Yes, in some sense of that statement, yes. I mean, this is a very fast and automated process as well, so I wouldn't -- based on my understanding of this request, is he was attempting to sell short this position and they were getting either rejections, saying there are no shares available, I'm not exactly

26 (Pages 98 - 101)

Page 102

B. Klauseger

sure what the circumstances were around it. So he inquired with us and said, hey, is there anything available for me to short.

Q So before he would have written that correspondence, he would have tried to do it some other automated way?

A That's my understanding of how it would work. So with respect to your request, it's not like everybody goes and says, hey, how many shares are available to be shorted at this point in time, because that would just slow things down significantly, in an extremely fast market.

So there is an automated locate process that happens and at this point in time, there are this many shares to be sold short. And if whatever reason surrounding this, he was not able to sell short because maybe the available short positions were absorbed already by other market participants, he inquired about it and to see if there was any other way to

Page 103

B. Klauseger

open up a short position.

Q Got it. But so -- I think before I had said, if there is no borrowing section on this statement, does that mean that none of these were short sales; right, you were looking at the short account statement and you said that all of the sales in this account are short sales.

So then I said, why isn't there a borrowing section and I thought you said, it's because the shares may have been taken from the long account. He might have had the shares transferred over from the long account.

Am I wrong about that?

A Yes, I think there is some confusion there. I believe we have a program where people can borrow or lend shares. There is a thing called hard to borrow, where you pay more money to borrow these shares and that shows up in this section. And there is a specific list called hard to borrow.

Page 104

B. Klauseger

In addition to that, there is also the shares lent, where you have all these shares on the long side and you can have those shares borrowed by other purchasers or customers, et cetera.

So when you -- in my daily course of my job, I see these sections every time or frequently. And I think I've confused it with just your question of, are these shares being borrowed and I'm looking for specific borrowed section on the statements, versus just somebody opening up a short position, it's just going to show up in the trade section.

Q And there wouldn't be a borrowed indication?

A Right. So terminology-wise, it's not going to show up in a borrowed section. It's just going to show up as a short position.

Q So any time there is a sale in this short account, it's on this list of trades in the short account statement, does that mean it was successful?

Page 105

B. Klauseger

In other words, that the shares were located to be borrowed and then sold short?

A Yes, yes. So it was -- the process that was done to say that shares can be sold at this point and the transaction went through.

Q Okay. And that would necessarily be the case for every sale in the short account; right?

A Right, otherwise the transaction wouldn't have happened.

Q Or would have been in the long account?

A The sale of the short?

Q It wasn't a borrowed sale. It was a regular sale, it would be in the long account statement; correct?

A Correct, yes, correct.

Q And then back to the answer document, Exhibit 9, just to finish that up, so I think we said that any of the trades failed to clear, they would have either a B or L transaction code next to

27 (Pages 102 - 105)

Page 106

B. Klauseger

them?

A   Uh-huh.

Q   And if it's long or short?

A   Yes, that's my understanding.

Q   And if it was -- if the failure was on the counterparty's side, like this answer on the line that's on the last page of Exhibit 9, where it says, "the trades were naked short sales made by market makers, they had not borrowed shares, if it was a purchase in the long account, but the counterparty was trying to sell short to a broker --

A   Uh-huh.

Q   -- how would that trade be reflected?

Would it be reflected at all, would it then be followed with a B or an L code trade or what would you expect to see?

A   So this is a transaction where the counterparty failed. I believe that the customer would still maintain an opening position on the long side.

Page 107

B. Klauseger

Q   So it would look just like a regular trade --

A   Yes, yes, it would.

Q   So then how does the customer then learn that they don't have the shares or what happens?

A   So I think it would be the obligation of the market maker to remedy the situation, but I'm not exactly sure around the exact process. If it's not on our side, I would think that the market maker on the contra side of the transaction would have to make sure that the long position was made full, you know, was made whole.

Q   Okay. And in terms of like the net P/L or the income that's brought in by the sale or purchase, if it's a counterparty failure, would -- let's say, it's a purchase and the counterparty fails to sell and you see a line on the long account that has a purchase and it says, you know, basis or whatever the price was that it paid for the shares,

Page 108

B. Klauseger

does that money still get debited from the account, from the long account, even if the shares are not delivered?

A   So are you referring to a canceled trade?

Q   No. I mean -- well, I don't know. I guess it could be called a canceled trade because it would be the other side that's failing in this situation?

A   Right. If there is a canceled trade, then it would be -- there would be no accounting of profit and loss. But if there was a liquidation, there would be an accounting for profit and loss with a change in price. And if it was just a sale of the position, which is essentially similar to a liquidation, just not directed by IB, then that would be -- the difference in price would be the P/L and that would be reflected on the statements.

MR. PROVENCIO:  Can I just -- are you talking about canceled trade

Page 109

B. Klauseger

as executed then canceled or are you talking about canceled order?  Is the question about canceled trade or canceled order?

MS. TAUBER:  I'm actually asking about, like there is no cancellation at all from the customer's end, it's more that the customer wants to make the trade, it never wants to cancel it, but the other side doesn't have the stock to sell.  Mintbroker buys 100 shares and that costs him $100, let's say.

A   In that sense, we wouldn't see the other piece outside of the customer transaction, if the market maker that has to be on the opposite side of the failed, it should not effect or it would not be displayed or really I do not believe it should effect the customer still.

Q   But is the customer still debiting that $100, it would be taken out of the customer's account to pay for the sell?

28 (Pages 106 - 109)

Page 142

B. Klauseger

the account documents how the voting rights were to be exercised. If you want to vote the shares, tell us by a certain date. I'm thinking boilerplate language, that exists in an account opening document.

MR. PROVENCIO: You would have gotten all the disclosures and account agreement itself that would discuss voting, if there was any sort of disclosure that we make.

And to the extent there is a proxy, the only way I think Interactive Broker gets the proxy, is because we are custodian. But we then distribute all that or direct people through sort of communication, that they have a proxy rights or whatever.

But we don't make up the proxy rights and we don't have some sort of additional disclosure agreement and that's our disclosure obligation. We're not the ones making the

Page 143

B. Klauseger

disclosure, it's the issuer.

MS. TAUBER: Okay. So if there is no policy, I see the documents, I can assume like standard voting rules apply to the shares. There is no other agreement that the customer signs about voting.

MR. FORD: Objection. I think you are just saying something.

MS. TAUBER: Because before we talked how the customers have the right to vote the shares in their long account, but in the short account, they don't. So I was wondering if transfer of the shares from the long to short account, also transfers the voting rights associated with those shares.

MR. FORD: I don't know if the witness can be able testify to those questions. If the witness is, then I stand corrected. But it sounds to me like the witness has said he's not able to testify to that.

Page 144

B. Klauseger

THE WITNESS: Right, as I stated before, I'm not -- that might be a corporate asset function and I'm not sure how to answer that question.

MS. TAUBER: Maybe I'll just send up a follow-up request, if I think it's necessary.

MR. PROVENCIO: Okay.

MR. FORD: Is that it for you?

MS. TAUBER: Yes.

MR. FORD: Thank you.

EXAMINATION BY

MR. FORD:

Q    My name is Adam Ford. I'm with my colleague, Danielle McLaughlin and we represent Guy Gentile in this matter.

In addition to sort of the standard sort of questioning rules, I'm going to be asking you some questions today and obviously at any point time you don't understand question, tell me. But I'm not certain what the extent of your knowledge is, so I may ask you a question that's beyond your sort of competency for

Page 145

B. Klauseger

your job that you're here for. I'm not asking you to guess or stretch. So let me know and don't be afraid to tell me if it's beyond what your knowledge base is.

A    Okay.

Q    So I just want to focus on the issue we just raised and what you testified about this morning, this question of locating shorts and how counterparties, what their responsibilities are, that's sort of the general topic.

First, to be clear, with respect to Mint Traders, their trades in AWX and GBR, that we have been talking about, Interactive Brokers is not taking the opposite side of any of those trades; right, you're not covering or taking a position of those trades; correct?

A    Yeah, we don't, as a propriety firm, just propriety basis, it's not us, we do not.

Q    So when Mintbroker sends a trade order for 100 shares of AWX, they

37 (Pages 142 - 145)

Page 146

B. Klauseger
want to buy?

A   Uh-huh.

Q   Could you explain to me what Interactive broker does with that order?

A   Yeah. So customer will submit their order through the trader workstation system and we'll route it to the exchanges, fast activation basis, via Smart Routing System and they will get -- they will analyze the market, find the best exchange and route the order to that exchange for execution.

Q   When you say exchange, just so I'm clear, are you talking about sending it to, like to a sort of New York Stock Exchange, an actual sort of exchange?

A   Yes, some type of Stock Exchange.

Q   So is that -- don't they also sometimes go to another broker dealer --

A   They can go to -- well, the broker dealer can be on the counterparty, if directed as a market commissioner. If that's what your question is.

Page 147

B. Klauseger

Q   Yeah, I think it might be. For example, when we see on the list that some of the AWX orders are sent to Arca, Arca is not an exchange; correct, or is Arca an exchange?

A   I'm not sure if it's exchange or an ECM. I do not believe it's a dark hole.

Q   But the counterparty, so there is a counterparty to each of the orders; correct?

A   Uh-huh, yes.

Q   And do you or does IB have any idea who those counterparties are, who the counterparty is to the order?

A   The only time they would ever -- the answer to your question is yes and no, it depends.

Q   Okay.

A   If the trade is executed against a non-IB customer, then no, we would not know the counterparty to that trade.

If it's executed against an IB

Page 148

B. Klauseger
customer, we would have that information and, therefore, we would know the counterparty to that trade.

Q   So if that's the case, with respect to a counterparty that's not an IB customer, so it's outside the IB system, do you have any idea whether that party actually owns any of the shares that they're agreeing to sell? I'll stop there.

Do you know if that counterparty owns the actual shares to sell to fill --

A   No, since we're not privy to their account information, we do not know if they own or what the position is prior to the transaction.

Q   With respect to also -- this question is also about outside IB, non-IB customers, do you have any idea whether those parties have actually located any shares before agreeing to take the other side of the order, before agreeing to sell them to fill that order?

Page 149

B. Klauseger

A   No, we don't know.

Q   Now, with respect to the IB customers, is it the case that you do know whether that counterparty would actually have those shares in its possession, to fill the order?

A   Well, we would do -- assuming they're making a short sale and they're not closing out a long position?

Q   I'll ask about either.

A   Okay. So if they are closing out a long position, we -- obviously we don't have to do a locate of the short shares. But as part of our process for opening short positions is to query the short share or, you know, shares available to be shorted, position for pots.

Q   Now, can we tell from the IB documents that you've produced, which of the Mintbroker orders for the purchase of AWX and New Concept, GBR, whether which of those orders were filled with IB customer accounts?

38 (Pages 146 - 149)

Page 150

B. Klauseger

A    That information is not readily available. It would have to be analyzed on a broader basis. Based on the statements, no, it's not -- I'm not able to tell if any of the trades were against another IB customer.

Q    So now with respect to the IB customer, now you said if an IB customer wants to short a position, short an AWX share, that under IB rules, internal rules, you would require that person -- you would require -- who does the locate, the customer or IB?

A    I believe IB would do it as part of a system process. And I'm not sure exactly how that all works because it's likely automated.

Q    IB, now you talked about this shares available to short pot?

A    Yes.

Q    What exactly is that? Is that sort of one -- I'll stop, could you explain what that is?

A    It's just my understanding on a

Page 151

B. Klauseger

very basic level, that this locate, this process gets done, we identify and I'm not sure exactly how it works, you know, the intricacies of it, but we identify there is this pot of shares available to be shorted in the market and you can essentially allow your customers to make those short sales, based on the knowledge of that, the size of that pot of shares.

Q    Do you know whether when shares are actually shorted, right, from -- are sort of located from the shares available to share pot -- short pot, do all of the other broker dealers, you know, are they notified that the number of shares has now been reduced by the number of shorts that have gone out?

A    So, no, my understanding is that it's not a reduced number of shares to be shorted.

Q    And this goes to what you had testified earlier today, which is to say, that if this is just an example, if there is a million shares in this pot, right,

Page 152

B. Klauseger

you could have six broker dealers look at these million shares and say, okay, I can, you know, I got a million shares that my customers can short --

A    Uh-huh.

Q    -- and if all six of them do that, there is 1 million actual shares in existence and yet there would be 6 million shorts of that share; is that correct?

A    That is my understanding, yes.

Q    And in fact, with respect to AWX and you'll tell me if you know or you don't know, the number of shares that were being shorted, was far in excess of the amount of shares that were available on the market, do you know that one way or the other?

A    I don't know the answer to that.

Q    That's fine, but with -- but you certainly -- you understand that it's possible for there to be more shorts than there are actual shares; correct?

Page 153

B. Klauseger

A    Correct, which is, hence, the fail to delivers.

Q    Right. And this is not just a theoretical possibility, but is it fair to say, that this happens on occasion or with some frequency?

A    I would say it happens on -- yes, I would say that's accurate, on occasion or with some frequency.

Q    And so we know that -- we'll go back to the example of the 1 million shares that are available to be shorted and there are 6 million shorts, it's true that a trade -- I'll period that and start a separate question.

It's true that when someone puts in an order for a trade, that fills, that these trades are on T minus three, meaning --

A    Yes.

Q    -- the counterparty would have three days to come up with the share; is that correct, with the actual share; is that correct, to deliver?

39 (Pages 150 - 153)

Page 154

B. Klauseger

A    Yeah, I think T minus three. I believe there was an update to T minus two though.

Q    Okay, so two minus two.

A    At the time the trades happened, I believe it was T minus three.

Q    I think it was.

A    T plus three, not minus three.

Q    T plus, yes, you have the three days.
     Now, you had testified that if you have a situation where a customer has purchased shares, put in -- not purchased shares, put in an order to be filled, right, Interactive Broker agrees to fill that order when there is a counterparty that has agreed to take the other side of that order; is that correct? Does that make sense?

A    It's not -- I mean, we reroute it to the exchange to get filled.

Q    So a customer puts in their order and Interactive Broker routes it to the exchange and then it's filled on the

Page 155

B. Klauseger

exchange?

A    Uh-huh.

Q    And it's filled by a counterparty?

A    Correct.

Q    And as you testified before, if it's outside IB, you don't know whether that counterparty actually owns the share or not; is that correct?

A    Correct.

Q    Now, if what we just talked about, that happens occasionally or with some frequency, that there are more shares that have been shorted than actual shares in existence, if the trade -- if the order gets to that T plus three and the counterparty does not have the share, you testified that -- let me just ask, can you explain to me again what happens if the counterparty simply does not have the share and cannot locate it?

A    On the short sale side, they are bought in. It's called a buy-in. They are bought in, I believe it's the

Page 156

B. Klauseger

day after, T plus four.

Q    Now, what does that mean, bought in?

A    So that would mean that we essentially -- IB is obligated to close out that short sale position that can't be as failed to deliver and so what we do is, we acquire the long position, to close out against the short position.

Q    But -- and you would do that, without regard to the possession of any shares; is that correct?

A    Can you say that again, what do you mean by that?

Q    Absolutely, sorry about that. What I'm saying, if you have -- if the counterparty just doesn't have the shares, they're not in their position and they don't exist, they don't exist to the extent that you got 1 million actual shares and 6 million and people -- you have six people, each who sold short a million shares, there are only a million shares; right?

Page 157

B. Klauseger

A    Uh-huh.

Q    That means with respect to 5 million of those sort of shares or short sales, there just are not shares to deliver; right?

A    Yes.

Q    So when IB closes that position out, it's not because they have a million shares, they're just making -- is it a fair statement that they're just making a book entry, in terms of the value of what the share would be?

A    Just a book entry?

Q    You can use your words, but I'm trying to get at the point that you're at that point, you're not dealing with the actual shares, you're dealing with just a proxy for the shares?

A    So, right, when we do a buy-in because the short sale is going to be closed out, how do we do that, yes, it's a book entry accounting function, but there are shares that need to be bought back in, which is part of the buy-in

40 (Pages 154 - 157)

**A-148**

Page 158

B. Klauseger

process and needs to be done, I believe on the following trade date, after the T plus three, after the fail to deliver happens. And that's how we determine a price at which those buy-ins happen at.

Q I'm not certain I understood that. You didn't just -- did you just say that there are -- that there are actual shares that need to be purchased?

A If 5 million are sold short and there is a fail to deliver, there needs to be shares to be bought back in to close out that 5 million shares. There should be 5 million shares available on the following day, because the clearing process.

Q If the shares available to short pot, only ever had 1 million actual shares in it --

A Right, but that changes every day, I guess is what needs to be --

Q Okay. Let's pull this right to AWX.

A Okay.

Page 159

B. Klauseger

Q And in relatively rough numbers, AWX had a total of 3 million shares that were available to be traded?

A Yes.

Q Okay?

A Okay.

Q At one point, Mintbroker owned 1.9 million or put in, I'm sorry, Mintbroker placed orders to purchase 1.9 million of those shares; okay?

A Okay.

Q The total trade volume on, I think it was July 5th, was 12 million shares.

A Okay.

Q I'm making these representations to you in rough numbers. That would mean that, if I'm correct on my math, that would mean that there were -- that effectively 1 million shares were being used as sort of -- were in the pot, right, to buy and sell 12 million shares, did I do that right?

MR. PROVENCIO: Let me

Page 160

B. Klauseger

interject here. I appreciate that you are trying to give an express example, but I think the simplification of it is obscuring the issue that Brad testified, that parties can put up shares to be lent out. So not every share, you know, that is not held by -- every share that is sort of on the open market, is necessarily a share that can be lent out.

B, you're talking about things in sort of a vacuum, where every order goes in, whether it's a long or a short, at a price. And so there might only -- when you look on the -- look in the pot, the system, I can't remember what it's called, when you look in there to see how many shares are available to be borrowed, it's at a given price. I don't mean to testify.

MR. FORD: Please, it's okay.

MR. PROVENCIO: I want to

Page 161

B. Klauseger

clarify, so the question will be more precise. When I put in a price -- I want to borrow shares at 100 because I think it's going to go down from 100, I don't necessarily want to borrow shares at some lower or higher price, so there might only be 100 or 10 shares at that level; right?

When there is a buy-in there, there is a failure to deliver, there was a buy-in, you were buying in at whatever price there is; right? And that's where the distinction is. It's not that all of a sudden miraculously these shares are available. It's that there are shares available, but just at a crappy price.

MR. FORD: I actually do appreciate that and Carlos, I'm just going to direct the question back to Brad, but if you feel you need to jump in again, please do.

Q I guess what I'm trying to get

41 (Pages 158 - 161)

Page 162

B. Klauseger

at because with what I understand, Brad, tell me if I'm correct, what I understand what Carlos just explained, is that there is the amount of shares in the float, right, does not necessarily equal the amount of shares available to short; is that correct?

A   That's correct, yes.

Q   And in fact what that means, the shares available to short, is necessarily less than, in those cases would be less than the shares in the float?

A   Yes.

Q   But to go back to our example, where if you have 5 million shares shorted --

A   Uh-huh.

Q   -- across brokers, but there are only actually 1 million shares, not all of those shares can be obtained and can be available for delivery, only 1 million of them can be --

A   That's correct, yes.

Page 163

B. Klauseger

Q   I think that might be it on that point. Let me switch topics.

You had testified earlier with respect to why Mr. -- why the Mintbroker international account was closed?

A   Uh-huh.

Q   You had said there was another compliance review?

A   Yes.

Q   Was that compliance review initiated by any complaint, either customer or outside party complaint?

A   I don't recall.

Q   And you had mentioned that the determination to close the account, was based on public domain information.

Do you know what public domain information was --

A   Yes, from what I remember, there was allegations out there that he was being investigated by federal agencies.

Q   Was the complaint filed in these cases, part of that review and

Page 164

B. Klauseger

contribute to the decision to close the account?

A   I can't recall if that was identified in the compliance review or not. It may have, but it -- I'm not certain one way or the other if it was identified.

Q   Would that be -- would that information be identified in the compliance review?

A   Whether or not it was -- whether or not this complaint was part of that, yes, it would be identified. It would likely be identified if it was part of the reason, yes.

MR. FORD: I think I just need two minutes for Danielle and I to discuss off line and then we're likely done, but for maybe a couple of follow-up questions.

[At this time, a short recess was taken.]

MR. FORD: I did hear you at the end, that you had some follow-up.

Page 165

B. Klauseger

I have a couple more questions, then you can ask your follow-up.

BY MR. FORD:

Q   Very quickly, to go back to sort of basics on orders and what happens once an order is placed and filled.

The concept with the T plus three, am I correct that that means that when Mintbroker places an order for AWX shares to purchase, when that order is filled, at that time, the shares of AWX are not transferred to Mintbroker immediately upon the filling of that order; is that correct?

A   So the account will show that it purchased the shares as of that date, but it will be accounting behind it declaring settlement of the position and, you know, the funds behind the position and transference of the shares, that happens on the T plus three.

Q   So is it fair then to say that if Mintbroker places an order for 100 shares of AWX on day one and then sells

42 (Pages 162 - 165)

Page 166

B. Klauseger

100 shares of AWX on day two, that at no point did any actual shares come into Mintbroker's possession?

A    No, that's incorrect.

Q    I thought you just testified that the shares do not come into -- the shares will not transfer until the T plus three?

A    That's an accounting function essentially, but on day two, it's T plus three, so you're closing the position one day after -- the accounting piece of it happens one day after as well. So I'm trying to think of the best way to put this.

So if you buy the shares, you sell -- you buy the shares on day one and sell the shares on the day two, they're going to clear on Thursday, the sell is going to clear on Friday.

Q    I'm not sure I understood that. I understood that the transfer of the shares takes place on T plus three?

A    So I guess it's -- it's the

Page 167

B. Klauseger

clearing function of the -- on T plus -- on the trade date, you make the trade and on that, you are taking possession of those shares, but there is a clearing function, clearing settlement function, that acts as an accounting function that happens on T plus three.

Q    But if that is -- if that's the case, then when we go back to our prior example of there being --

A    I also want to be clear, it's -- I mean, I guess it's coming down to technicality of the sole process and I'm trying to clarify my description of it.

Q    Maybe I can help you, not to cut you off, but maybe I can ask it this way: When a customer places an order to be filled for shares in IB --

A    Uh-huh.

Q    -- at the moment that that order is filled, isn't it fair to say that IB has not placed any shares into that customer's account?

Page 168

B. Klauseger

A    Because of the clearing aspect, yes.

Q    And -- right, because the shares don't actually -- by the clearing aspect of it, you mean because the shares do not actually clear until T plus three?

A    Yes, yeah.

MR. FORD:  Danielle, do we have anything further?

MS. McLAUGHLIN:  No, I don't believe so.

MR. FORD:  Okay, I think that's all that we have, unless there is something on redirect.  Thank you.

MS. TAUBER:  I have one question about that and unfortunately it goes back to the voting again.

FURTHER EXAMINATION BY MS. TAUBER:

Q    In the example that Adam just gave of, you buy the shares on day one and the order is filled, on day two, before the clearing process is complete, can the customer vote the stock, do you

Page 169

B. Klauseger

know?

Do you know if they have the record, if they are the record owner?

MR. PROVENCIO:  Let me just interject that to the extent that that is asking for a legal conclusion, Brad is not a lawyer and as a lawyer, I'm not sure I know the answer, but let's see what he knows.

MR. FORD:  I would second that objection.  That's right.

A    I don't.  I can't answer that with a certainty.

Q    I thought you had mentioned before something about assigning the shares, when we discussed that about the assignment, if the shares are assigned to the account, in a situation where, for example, the person sells short, hasn't been found --

A    Are you talking about the buy-in?

Q    Yeah, I think so.  And I think you had mentioned that the voting would

43 (Pages 166 - 169)

Page 170

B. Klauseger

get sorted out with the assignment somehow, maybe that was separate from the clearing process, but I don't know if that was in the clearing process?

A    I think that had to do with the transfer, the transfer positions; is that right?

Q    Yeah, sure. I'm not sure if that's the context in which we discussed this, but --

A    So I just want to make sure that I'm referencing the right question that you discussed previously.

So you said the assignment, I'm trying to determine what you mean by that.

Q    Remember I had asked you, has it ever happened before that a customer has tried to vote shares before they were actually assigned to their account?

A    Right, and I said I could not answer that question because I was uncertain about it. And I think I would have to discuss it with Corporate Actions

Page 171

B. Klauseger

Department, to see if they have voting rights at that time.

Q    Would that department also know if they had voting rights on this day two period, between order fulfilment and clearing?

A    They may.

MS. TAUBER:  I have nothing further. Thank you.

MR. FORD:  Danielle, anything further?

MS. McLAUGHLIN:  Nothing further.

MR. FORD:  We're good. Thank you, Brad and Carlos and Jennifer, most importantly. Thank you, Miriam.

THE COURT REPORTER:  Do you want a copy of this transcript?

MS. McLAUGHLIN:  Yes, please.

(Time noted:  3:21 p.m.)

Page 172

A C K N O W L E D G M E N T

STATE OF NEW YORK)
            )ss:
COUNTY OF        )

I, BRAD KLAUSEGER, hereby certify that I have read the foregoing record of my testimony taken at the time and place noted in the heading hereof and I do hereby acknowledge it to be a true and correct transcript of same.

_____

BRAD KLAUSEGER

Subscribed and sworn to before me this    day of          , 20__.


NOTARY PUBLIC

Page 173

EXAMINATION BY              PAGE
    MS. TAUBER              5
                168
    MR. FORD           144

44 (Pages 170 - 173)

A-152

# EXHIBIT D

Case: 24-999, 07/30/2024, DktEntry: 27.1, Page 164 of 261

A-153



# Activity Statement

January 1, 2018 - December 31, 2018

? Help

Interactive Brokers LLC, Two Pickwick Plaza, Greenwich, CT 06830

## Account Information

| | |
|---|---|
| Name | MintBroker International, Ltd |
| Account | UL1043811 |
| Master Name | MintBroker International, Ltd |
| Account Type | Broker Client |
| Customer Type | Corporate |
| Account Capabilities | Margin |
| Base Currency | USD |

## Net Asset Value

| | December 31, 2017 Total | December 31, 2018 Long | December 31, 2018 Short | December 31, 2018 Total | Change |
|---|---|---|---|---|---|
| Cash | -1,442,528.79 | 0.00 | -6,905,294.08 | -6,905,294.08 | -5,462,765.29 |
| Stock | 2,666,022.02 | 12,759,376.80 | -14,635.00 | 12,744,741.80 | 10,078,719.78 |
| Options | 75,056.31 | 149,993.23 | 0.00 | 149,993.23 | 74,936.92 |
| Dividend Accruals | 0.00 | 0.59 | -28.86 | -28.27 | -28.27 |
| Total | 1,298,549.54 | 12,909,370.62 | -6,919,957.94 | 5,989,412.68 | 4,690,863.14 |
| Time Weighted Rate of Return | | | | | -67.48% |

| Change in NAV | Total |
|---|---|
| Starting Value | 1,298,549.54 |
| Mark-to-Market | 7,629,106.60 |
| Deposits & Withdrawals | 222,677,328.00 |
| Position Transfers | -225,144,238.62 |
| Dividends | -9,622.77 |
| Change in Dividend Accruals | -28.27 |
| Other Fees | -2.50 |
| Commissions | -461,679.30 |
| Ending Value | 5,989,412.68 |

## Mark-to-Market Performance Summary

| Symbol | Quantity Prior | Quantity Current | Price Prior | Price Current | Mark-to-Market P/L Position | Transaction | Commissions | Other | Total | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks** | | | | | | | | | | |
| AA | 0 | 0 | -- | -- | -99,103.92 | -51,209.09 | -782.53 | 0.00 | -151,095.55 | |
| AAL | 0 | 0 | -- | -- | 0.00 | -38.11 | -7.74 | 0.00 | -45.85 | |
| AAPI | 0 | 0 | -- | -- | 78,334.94 | -19,557.61 | -223.37 | 6,462.69 | 65,016.65 | |
| | 0 | 0 | -- | -- | 5.90 | -2.20 | -4.66 | 0.00 | -0.96 | |
| | 0 | 0 | -- | -- | 158,064.32 | -13,939.95 | -3,024.03 | 0.00 | 141,100.34 | |
| | 0 | 0 | -- | -- | 0.00 | 3.37 | -0.95 | 0.00 | 2.43 | |
| | 0 | 0 | -- | -- | 0.00 | 0.44 | -9.33 | 0.00 | -8.89 | |
| | 0 | 0 | -- | -- | -439.96 | -2,106.40 | -43.75 | 0.00 | -2,590.12 | |

EXHIBIT 18

Case: 24-999, 07/30/2024, DktEntry: 27.1, Page 165 of 261

A-154

## Mark-to-Market Performance Summary

| Symbol | Quantity Prior | Quantity Current | Price Prior | Price Current | Mark-to-Market P/L Position | Transaction | Commissions | Other | Total | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| ACB | 0 | 0 | -- | -- | -93,305.69 | -3,929.16 | -233.36 | 0.00 | -97,468.21 | |
| ACB | 0 | 0 | -- | -- | -8.84 | 68.46 | -22.81 | 0.00 | 36.80 | |
| ACHC | 0 | 0 | -- | -- | 43,666.45 | -14,441.43 | -285.82 | 0.00 | 28,939.20 | |
| ACHV | 0 | 0 | -- | -- | -1,065.00 | -20,337.54 | -605.20 | 0.00 | -22,007.75 | |
| ACRX | 0 | 0 | -- | -- | -18,449.78 | -5,534.43 | -77.85 | 0.00 | -24,062.06 | |
| ADBE | 0 | 0 | -- | -- | 0.00 | 188.88 | -8.02 | 0.00 | 180.85 | |
| ADIL | 0 | 0 | -- | -- | -2,898.45 | 1,178.36 | -151.05 | 0.00 | -1,871.14 | |
| ADMS | 0 | 0 | -- | -- | -2,129.90 | -324.50 | -0.06 | 0.00 | -2,454.46 | |
| AEMD | 0 | 0 | -- | -- | -739.55 | -29,919.90 | -455.65 | 0.00 | -31,115.10 | |
| AETI | 0 | 0 | -- | -- | 5,485.72 | -17,617.12 | -200.19 | 0.00 | -12,331.59 | |
| AEZS | 0 | 0 | -- | -- | 11,156.59 | 33,583.72 | -1,001.20 | 0.00 | 43,739.12 | |
| AGMH | 0 | 0 | -- | -- | 0.00 | -185.73 | -0.79 | 0.00 | -186.52 | |
| AGNC | 0 | 0 | -- | -- | 0.00 | -1.00 | -0.36 | 0.00 | -1.36 | |
| AIG | 0 | 0 | -- | -- | 0.00 | 24.77 | -3.03 | 0.00 | 21.74 | |
| AIPT | 0 | 0 | -- | -- | 0.00 | -1,090.52 | -55.41 | 0.00 | -1,145.93 | |
| AKAO | 0 | 0 | -- | -- | -31,972.50 | -18,893.30 | -24.38 | 0.00 | -50,890.19 | |
| AKRX | 0 | 0 | -- | -- | -168.00 | 7,642.91 | -109.16 | 0.00 | 7,365.75 | |
| AKS | 0 | 0 | -- | -- | 2.72 | -3.20 | -1.01 | 0.00 | -1.49 | |
| ALDX | 0 | 0 | -- | -- | 660.75 | -1,052.40 | -1.84 | 0.00 | -393.49 | |
| ALQA | 0 | 0 | -- | -- | -124.54 | 104.30 | -79.53 | 0.00 | -99.77 | |
| ALT | 0 | 0 | -- | -- | -3,970.00 | 2,471.86 | -93.06 | 0.00 | -1,591.20 | |
| AMAG | 0 | 0 | -- | -- | -475.00 | -1,000.00 | -1.38 | 0.00 | -1,476.38 | |
| AMAT | 0 | 0 | -- | -- | 297.63 | 64.78 | -20.54 | 0.00 | 341.88 | |
| AMBA | 0 | 0 | -- | -- | 0.00 | 567.38 | -1.56 | 0.00 | 565.82 | |
| AMBO | 0 | 0 | -- | -- | -13,660.70 | 4,223.17 | -255.03 | 0.00 | -9,692.56 | |
| AMD | 0 | 0 | -- | -- | -17,470.17 | 367,448.99 | -20,112.93 | 0.00 | 329,865.89 | |
| AMRH | 0 | 0 | -- | -- | 0.00 | 10.00 | -1.30 | 0.00 | 8.70 | |
| AMRN | 0 | 0 | -- | -- | 2,880.30 | 2,247.29 | -112.18 | 0.00 | 5,015.41 | |
| AMTX | 0 | 0 | -- | -- | -11,473.70 | 13,737.35 | -123.31 | 0.00 | 2,140.34 | |
| AMZN | 0 | 0 | -- | -- | 35,849.68 | -7,643.98 | -38.45 | 0.00 | 28,167.25 | |
| ANF | 0 | 0 | -- | -- | 0.00 | -18.29 | -3.71 | 0.00 | -22.00 | |
| ANTH | 0 | 0 | -- | -- | 318.75 | 285.00 | -0.42 | 0.00 | 603.33 | |
| ANY | 0 | 0 | -- | -- | -417.66 | 3,546.74 | -49.59 | 0.00 | 3,079.49 | |
| ANY | 0 | 0 | -- | -- | 0.00 | 68.00 | -16.20 | 0.00 | 51.80 | |
| AOBC | 0 | 0 | -- | -- | -4,445.59 | -4,554.04 | -10.98 | 0.00 | -9,010.61 | |
| APHA | 0 | 0 | -- | -- | -70.20 | -686.55 | -2.33 | 0.00 | -759.08 | |
| APRI | 0 | 0 | -- | -- | 0.00 | 189.90 | -2.20 | 0.00 | 187.70 | |
| APRN | 0 | 0 | -- | -- | -370.00 | -129.37 | -1.49 | 0.00 | -500.86 | |
| AQB | 0 | 0 | -- | -- | 0.00 | -966.56 | -2.53 | 0.00 | -969.09 | |
| ARNA | 0 | 0 | -- | -- | -112,530.00 | -14,430.54 | -218.87 | 0.00 | -127,179.41 | |
| ARNC | 0 | 0 | -- | -- | 176.00 | -427.57 | -8.35 | 0.00 | -259.92 | |
| ASNS | 0 | 0 | -- | -- | -3,521.10 | 9,361.20 | -155.16 | 0.00 | 5,684.94 | |
| ASTC | 0 | 0 | -- | -- | 599.90 | 261.49 | -58.16 | 0.00 | 803.22 | |
| ATHX | 0 | 0 | -- | -- | 0.00 | -5.00 | 0.11 | 0.00 | -4.89 | |
| ATIS | 0 | 0 | -- | -- | 153.52 | -595.26 | -70.05 | 0.00 | -511.78 | |

Case: 24-999, 07/30/2024, DktEntry: 27.1, Page 166 of 261

A-155

## Mark-to-Market Performance Summary

| Symbol | Quantity | | Price | | Mark-to-Market P/L | | | | | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| | Prior | Current | Prior | Current | Position | Transaction | Commissions | Other | Total | |
| ATLC | 0 | 0 | -- | -- | 67.50 | 1,058.82 | -17.84 | 0.00 | 1,108.48 | |
| ATVI | 0 | 0 | -- | -- | 0.00 | -77.95 | -7.75 | 0.00 | -85.70 | |
| AU | 0 | 0 | -- | -- | 0.00 | -12.00 | -0.51 | 0.00 | -12.51 | |
| AUY | 0 | 0 | -- | -- | 0.00 | -1.20 | -1.69 | 0.00 | -2.89 | |
| AVGO | 0 | 0 | -- | -- | 236,245.98 | 59,403.17 | -1,139.10 | 0.00 | 294,510.06 | |
| AVGR | 0 | 0 | -- | -- | -3,123.36 | -996.48 | -47.64 | 0.00 | -4,167.48 | |
| AVYA | 0 | 0 | -- | -- | 0.00 | -24.35 | -1.44 | 0.00 | -25.79 | |
| AWX | 0 | 0 | -- | -- | -379,486.35 | 5,990,033.13 | -9,290.55 | 0.00 | 5,601,256.23 | |
| AXON | 0 | 0 | -- | -- | 90,706.98 | -273,517.99 | -1,122.03 | 0.00 | -183,933.04 | |
| AXP | 0 | 0 | -- | -- | -165.00 | -264.00 | -0.80 | 0.00 | -429.80 | |
| AYTU | 0 | 0 | -- | -- | -843.67 | -3,089.79 | -620.16 | 0.00 | -4,553.63 | |
| AZN | 0 | 0 | -- | -- | 0.00 | 18.72 | -1.21 | 0.00 | 17.51 | |
| BA | 0 | 0 | -- | -- | -5,971.00 | 438.80 | -5.92 | 0.00 | -5,538.12 | |
| BABA | 0 | 0 | -- | -- | 345.82 | -2,199.87 | -95.64 | 0.00 | -1,949.69 | |
| BAC | 0 | 0 | -- | -- | 356,972.71 | -66,726.64 | -6,642.75 | 0.00 | 283,603.33 | |
| BB | 0 | 0 | -- | -- | 1.00 | 0.58 | -0.37 | 0.00 | 1.20 | |
| BBBY | 0 | 0 | -- | -- | 0.00 | -116.37 | -3.77 | 0.00 | -120.14 | |
| BBD | 0 | 0 | -- | -- | 1.70 | 40.58 | -7.46 | 0.00 | 34.81 | |
| BBOX | 0 | 0 | -- | -- | -1,357.50 | -1,968.85 | -14.20 | 0.00 | -3,340.55 | |
| BBY | 0 | 0 | -- | -- | -10.00 | -337.63 | -2.68 | 0.00 | -350.31 | |
| BDR | 0 | 0 | -- | -- | -697.10 | -118.39 | -15.39 | 0.00 | -830.88 | |
| BGCP | 0 | 0 | -- | -- | 0.00 | 2.08 | -0.83 | 0.00 | 1.25 | |
| BHGE | 0 | 0 | -- | -- | 0.00 | 15.06 | -6.16 | 0.00 | 8.91 | |
| BIDU | 0 | 0 | -- | -- | -3,577.94 | -104.04 | -54.70 | 0.00 | -3,736.68 | |
| BILI | 0 | 0 | -- | -- | -2,424.00 | 14,570.55 | -294.45 | 0.00 | 11,852.09 | |
| BIOC | 0 | 0 | -- | -- | 1,956.95 | -7,840.78 | -15.63 | 0.00 | -5,899.45 | |
| BLCM | 0 | 0 | -- | -- | 24.43 | -195.60 | -1.80 | 0.00 | -172.96 | |
| BLCN | 0 | 0 | -- | -- | 0.00 | -0.10 | -0.77 | 0.00 | -0.87 | |
| BLDP | 0 | 0 | -- | -- | -17,739.40 | 9,936.66 | -222.96 | 0.00 | -8,025.70 | |
| BLIN | 0 | 0 | -- | -- | 0.00 | 409.46 | -90.55 | 0.00 | 318.91 | |
| BLNK | 0 | 0 | -- | -- | -12,294.46 | 7,247.38 | -70.01 | 0.00 | -5,117.09 | |
| BMY | 0 | 0 | -- | -- | 0.00 | 67.12 | -14.47 | 0.00 | 52.65 | |
| BOX | 0 | 0 | -- | -- | -10,564.92 | 10,258.49 | -25.92 | 0.00 | -332.35 | |
| BPI | 0 | 0 | -- | -- | -150.00 | 273.50 | -0.73 | 0.00 | 122.77 | |
| BRKS | 0 | 0 | -- | -- | 0.00 | 222.82 | 0.14 | 0.00 | 222.96 | |
| BRZU | 0 | 0 | -- | -- | -2,153.40 | 1,712.60 | -2.92 | 0.00 | -443.72 | |
| BSX | 0 | 0 | -- | -- | 0.00 | 71.34 | -6.01 | 0.00 | 65.33 | |
| BT | 0 | 0 | -- | -- | 0.00 | -24.00 | -1.19 | 0.00 | -25.19 | |
| BURG | 0 | 0 | -- | -- | -15.64 | 0.00 | -0.09 | 0.00 | -15.73 | |
| BVX | 0 | 0 | -- | -- | 110.00 | 456.27 | -7.19 | 0.00 | 559.08 | |
| BZH | 0 | 0 | -- | -- | 0.00 | -24.00 | -0.02 | 0.00 | -24.02 | |
| BZUN | 0 | 0 | -- | -- | 1,730.00 | -5,234.00 | -3.71 | 0.00 | -3,507.71 | |
| C | 0 | 0 | -- | -- | -27.54 | -16.62 | -41.49 | 12.15 | -73.50 | |
| CAG | 0 | 0 | -- | -- | 0.00 | -2.47 | -6.36 | 0.00 | -8.83 | |
| CALI | 0 | 0 | -- | -- | -760.88 | -1,733.80 | -3.04 | 0.00 | -2,497.72 | |

Case: 24-999, 07/30/2024, DktEntry: 27.1, Page 167 of 261

A-156

## Mark-to-Market Performance Summary

| | Quantity | | Price | | Mark-to-Market P/L | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Prior | Current | Prior | Current | Position | Transaction | Commissions | Other | Total | Code |
| YY 17AUG18 85.0 C | 0 | 0 | -- | -- | -66.20 | 16.20 | 2.08 | 0.00 | -47.92 | |
| Z 01JUN18 58.5 C | 0 | 0 | -- | -- | 187.77 | 130.23 | 18.51 | 0.00 | 336.51 | |
| Z 10AUG18 48.5 P | 0 | 0 | -- | -- | -105.58 | -94.42 | 1.66 | 0.00 | -198.34 | |
| Z 10AUG18 50.0 C | 0 | 0 | -- | -- | 0.00 | -48.00 | 0.24 | 0.00 | -47.76 | |
| ZBH 20JUL18 120.0 C | 0 | 0 | -- | -- | 0.00 | 25.00 | 0.36 | 0.00 | 25.36 | |
| ZBRA 15JUN18 155.0 C | 0 | 0 | -- | -- | -12.44 | 52.44 | 0.12 | 0.00 | 40.12 | |
| ZFGN 20JUL18 5.0 P | 0 | 0 | -- | -- | -203.60 | 103.60 | 4.12 | 0.00 | -95.88 | |
| ZFGN 20JUL18 7.5 C | 0 | 0 | -- | -- | 323.15 | 251.85 | 4.10 | 0.00 | 579.10 | |
| ZION 17AUG18 57.5 C | 0 | 0 | -- | -- | -85.41 | -19.59 | -1.13 | 0.00 | -106.13 | |
| ZN 16FEB18 2.5 P | 0 | 0 | -- | -- | -172.80 | 122.80 | 4.62 | 0.00 | -45.38 | |
| ZN 16MAR18 5.0 P | 0 | 0 | -- | -- | -212.40 | -57.60 | -1.01 | 0.00 | -271.01 | |
| ZN 20APR18 4.0 P | 0 | 0 | -- | -- | -87.06 | -32.94 | 1.39 | 0.00 | -118.61 | |
| ZN 20APR18 5.0 P | 0 | 0 | -- | -- | 200.61 | 99.39 | 2.61 | 0.00 | 302.61 | |
| ZNGA 16FEB18 4.0 C | 0 | 0 | -- | -- | -16.00 | 4.00 | -0.08 | 0.00 | -12.08 | |
| ZNGA 13JUL18 4.0 C | 0 | 0 | -- | -- | -20.33 | -2.67 | -0.86 | 0.00 | -23.86 | |
| ZNGA 19OCT18 4.0 P | 0 | 0 | -- | -- | 536.00 | -286.00 | -32.66 | 0.00 | 217.34 | |
| ZUMZ 15JUN18 25.0 C | 0 | 0 | -- | -- | 0.00 | 35.00 | 0.07 | 0.00 | 35.07 | |
| ZUMZ 15JUN18 30.0 C | 0 | 0 | -- | -- | -130.22 | 20.22 | 1.84 | 0.00 | -108.16 | |
| ZUO 15JUN18 20.0 C | 0 | 0 | -- | -- | -41.53 | -80.47 | 0.17 | 0.00 | -121.83 | |
| ZUO 15JUN18 25.0 P | 0 | 0 | -- | -- | 0.00 | -100.00 | -15.20 | 0.00 | -115.20 | |
| ZUO 20JUL18 25.0 C | 0 | 0 | -- | -- | 169.79 | -59.79 | 0.69 | 0.00 | 110.69 | |
| ZYNE 21SEP18 10.0 C | 0 | 0 | -- | -- | 0.00 | -45.00 | -4.56 | 0.00 | -49.56 | |
| ZYNE 19OCT18 10.0 C | 0 | 0 | -- | -- | -29.88 | -15.12 | 0.83 | 0.00 | -44.17 | |
| **Total** | | | | | **-1,022,465.64** | **-2,057,208.86** | **-306,206.20** | **0.00** | **-3,385,880.70** | |
| **Forex** | | | | | | | | | | |
| CAD | 0.00 | -809,620.70 | -- | 0.73319 | 65,725.45 | 0.00 | 0.00 | 0.00 | 65,725.45 | |
| USD | -1,442,528.79 | -6,311,688.28 | 1.0000 | 1.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total** | | | | | **65,725.45** | **0.00** | **0.00** | **0.00** | **65,725.45** | |
| **Total (All Assets)** | | | | | **-3,399,243.24** | **11,028,349.83** | **-461,679.30** | **-9,622.77** | **7,157,804.52** | |
| Other Fees | | | | | | | | | -2.50 | |
| **Total P/L for Statement Period** | | | | | | | | | **7,157,802.02** | |

## Realized & Unrealized Performance Summary

| | | Realized | | | | | Unrealized | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Symbol | Cost Adj. | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | Total | Code |
| **Stocks** | | | | | | | | | | | | | |
| AA | 0.00 | 4,838.82 | -156,399.10 | 0.00 | 0.00 | -151,560.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -151,560.28 | |
| AAL | 0.00 | 28.26 | -73.18 | 0.00 | 0.00 | -44.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -44.92 | |
| AAPL | 0.00 | 37,966.01 | -28,573.10 | 0.00 | 0.00 | 9,392.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,392.91 | |
| ABEV | 0.00 | 10.79 | -11.78 | 0.00 | 0.00 | -0.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.99 | |
| ABIL | 0.00 | 280,558.15 | -108,474.80 | 0.00 | 0.00 | 172,083.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 172,083.35 | |
| ABT | 0.00 | 4.88 | -2.45 | 0.00 | 0.00 | 2.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.43 | |
| ABX | 0.00 | 19.86 | -28.18 | 0.00 | 0.00 | -8.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -8.32 | |

Case: 24-999, 07/30/2024, DktEntry: 27.1, Page 168 of 261

A-157

## Realized & Unrealized Performance Summary

| Symbol | Cost Adj. | Realized | | | | | | Unrealized | | | | | | Total | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | | S/T Profit | S/T Loss | L/T Profit | L/T Loss | Total | | Total | |
| AWX | 0.00 | 6,556,745.94 | -951,249.03 | 0.00 | 0.00 | 5,605,496.92 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 5,605,496.92 | |
| AXON | 0.00 | 26,124.14 | -24.38 | 0.00 | 0.00 | 26,099.75 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 26,099.75 | |
| AYTU | 0.00 | 3,543.35 | -128.78 | 0.00 | 0.00 | 3,414.57 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 3,414.57 | |
| AZN | 0.00 | 17.51 | 0.00 | 0.00 | 0.00 | 17.51 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 17.51 | |
| BA | 0.00 | 0.00 | -243.43 | 0.00 | 0.00 | -243.43 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -243.43 | |
| BABA | 0.00 | 1,877.40 | -3,826.71 | 0.00 | 0.00 | -1,949.31 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -1,949.31 | |
| BAC | 0.00 | 43,078.87 | -78,146.65 | 0.00 | 0.00 | -35,067.77 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -35,067.77 | |
| BBBY | 0.00 | 6.28 | -126.42 | 0.00 | 0.00 | -120.14 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -120.14 | |
| BBD | 0.00 | 39.42 | -6.24 | 0.00 | 0.00 | 33.18 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 33.18 | |
| BBY | 0.00 | 57.35 | -7.16 | 0.00 | 0.00 | 50.19 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 50.19 | |
| BDR | 0.00 | 41.59 | -872.46 | 0.00 | 0.00 | -830.88 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -830.88 | |
| BGCP | 0.00 | 1.63 | -0.38 | 0.00 | 0.00 | 1.25 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 1.25 | |
| BHGE | 0.00 | 46.81 | -37.91 | 0.00 | 0.00 | 8.91 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 8.91 | |
| BIDU | 0.00 | 7,163.57 | -5,661.63 | 0.00 | 0.00 | 1,501.94 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 1,501.94 | |
| BILI | 0.00 | 14,056.25 | -705.84 | 0.00 | 0.00 | 13,350.41 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 13,350.41 | |
| BIOC | 0.00 | 2,901.30 | -5,260.78 | 0.00 | 0.00 | -2,359.48 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -2,359.48 | |
| BLCM | 0.00 | 71.36 | 0.00 | 0.00 | 0.00 | 71.36 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 71.36 | |
| BLCN | 0.00 | 0.00 | -0.87 | 0.00 | 0.00 | -0.87 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -0.87 | |
| BLDP | 0.00 | 101.87 | -1,357.96 | 0.00 | 0.00 | -1,256.09 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -1,256.09 | |
| BLIN | 0.00 | 2,078.36 | -1,759.45 | 0.00 | 0.00 | 318.91 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 318.91 | |
| BLNK | 0.00 | 19.58 | -1,905.90 | 0.00 | 0.00 | -1,886.32 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -1,886.32 | |
| BMY | 0.00 | 85.34 | -31.54 | 0.00 | 0.00 | 53.80 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 53.80 | |
| BOX | 0.00 | 85.24 | -210.95 | 0.00 | 0.00 | -125.71 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -125.71 | |
| BRZU | 0.00 | 1,004.70 | 0.00 | 0.00 | 0.00 | 1,004.70 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 1,004.70 | |
| BSX | 0.00 | 101.78 | -36.45 | 0.00 | 0.00 | 65.33 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 65.33 | |
| BT | 0.00 | 0.00 | -25.19 | 0.00 | 0.00 | -25.19 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -25.19 | |
| BVX | 0.00 | 559.08 | 0.00 | 0.00 | 0.00 | 559.08 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 559.08 | |
| BZUN | 0.00 | 0.00 | -1,660.96 | 0.00 | 0.00 | -1,660.96 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -1,660.96 | |
| C | 0.00 | 432.00 | -523.38 | 0.00 | 0.00 | -91.38 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -91.38 | |
| CAG | 0.00 | 0.51 | -9.34 | 0.00 | 0.00 | -8.83 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -8.83 | |
| CALI | 0.00 | 334.84 | 0.00 | 0.00 | 0.00 | 334.84 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 334.84 | |
| CASA | 0.00 | 0.00 | -49.23 | 0.00 | 0.00 | -49.23 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -49.23 | |
| CASI | 0.00 | 3,946.50 | -5,882.67 | 0.00 | 0.00 | -1,936.17 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -1,936.17 | |
| CAT | 0.00 | 74.73 | -13.27 | 0.00 | 0.00 | 61.46 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 61.46 | |
| CEI | 0.00 | 11.29 | -9,148.95 | 0.00 | 0.00 | -9,137.66 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -9,137.66 | |
| CGC | 0.00 | 162.42 | -329.98 | 0.00 | 0.00 | -167.56 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -167.56 | |
| CHCI | 0.00 | 2,380.36 | 0.00 | 0.00 | 0.00 | 2,380.36 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 2,380.36 | |
| CHK | 0.00 | 143.89 | -3,509.56 | 0.00 | 0.00 | -3,365.67 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -3,365.67 | |
| CI | 0.00 | 1,245.31 | 0.00 | 0.00 | 0.00 | 1,245.31 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 1,245.31 | |
| CI | 0.00 | 238.84 | -1,258.21 | 0.00 | 0.00 | -1,019.37 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -1,019.37 | |
| CIG | 0.00 | 0.00 | -2.43 | 0.00 | 0.00 | -2.43 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -2.43 | |
| CLDR | 0.00 | 43.78 | 0.00 | 0.00 | 0.00 | 43.78 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 43.78 | |
| CLF | 0.00 | 0.00 | -11,680.19 | 0.00 | 0.00 | -11,680.19 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -11,680.19 | |
| CLPS | 0.00 | 69.60 | 0.00 | 0.00 | 0.00 | 69.60 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 69.60 | |
| CLVS | 0.00 | 0.00 | -2,560.38 | 0.00 | 0.00 | -2,560.38 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | -2,560.38 | |

A-158

## Dividends

| Date | Description | Amount |
|---|---|---|
| **USD** | | |
| 2018-04-20 | GES(US4016171054) Payment in Lieu of Dividend (Ordinary Dividend) | -4,725.00 |
| 2018-05-17 | AAPL(US0378331005) Cash Dividend 0.73000000 USD per Share (Ordinary Dividend) | 2,923.65 |
| 2018-05-17 | AAPL(US0378331005) Payment in Lieu of Dividend (Ordinary Dividend) | 18.98 |
| 2018-05-17 | AAPL(US0378331005) Cash Dividend 0.73000000 USD per Share - Reversal (Ordinary Dividend) | -2,923.65 |
| 2018-05-17 | AAPL(US0378331005) Cash Dividend 0.73000000 USD per Share (Ordinary Dividend) | 2,798.82 |
| 2018-05-17 | AAPL(US0378331005) Payment in Lieu of Dividend - Reversal (Ordinary Dividend) | -18.98 |
| 2018-05-17 | AAPL(US0378331005) Payment in Lieu of Dividend (Ordinary Dividend) | 143.81 |
| 2018-07-10 | TIF (US8865471085) Cash Dividend USD 0.55000000 PAYMENT IN LIEU OF DIVIDEND (Ordinary Dividend) | -11,165.00 |
| 2018-08-16 | AAPL(US0378331005) Cash Dividend 0.73000000 USD per Share (Ordinary Dividend) | 1,524.97 |
| 2018-08-16 | AAPL(US0378331005) Payment in Lieu of Dividend (Ordinary Dividend) | 81.03 |
| 2018-08-16 | AAPL(US0378331005) Cash Dividend 0.73000000 USD per Share - Reversal (Ordinary Dividend) | -1,524.97 |
| 2018-08-16 | AAPL(US0378331005) Cash Dividend 0.73000000 USD per Share (Ordinary Dividend) | 1,524.24 |
| 2018-08-16 | AAPL(US0378331005) Payment in Lieu of Dividend - Reversal (Ordinary Dividend) | -81.03 |
| 2018-08-16 | AAPL(US0378331005) Payment in Lieu of Dividend (Ordinary Dividend) | 81.76 |
| 2018-11-15 | AAPL(US0378331005) Cash Dividend 0.73000000 USD per Share (Ordinary Dividend) | 1,887.05 |
| 2018-11-15 | AAPL(US0378331005) Payment in Lieu of Dividend (Ordinary Dividend) | 27.01 |
| 2018-11-15 | KMI(US49456B1017) Cash Dividend 0.20000000 USD per Share (Ordinary Dividend) | 2.00 |
| 2018-11-19 | ET(US29273V1008) Cash Dividend 0.30500000 USD per Share (Limited Partnership) | 3.05 |
| 2018-11-21 | C(US1729674242) Cash Dividend 0.45000000 USD per Share (Ordinary Dividend) | 12.15 |
| 2018-11-23 | SCHW (US8085131055) Cash Dividend USD 0.13000000 (Ordinary Dividend) | 1.30 |
| 2018-11-30 | SIRI(US82968B1035) Cash Dividend 0.01210000 USD per Share (Ordinary Dividend) | 1.17 |
| 2018-11-30 | SIRI(US82968B1035) Payment in Lieu of Dividend (Ordinary Dividend) | 0.04 |
| 2018-12-03 | EQT(US26884L1098) Cash Dividend 0.03000000 USD per Share (Ordinary Dividend) | 0.30 |
| 2018-12-03 | F(US3453708600) Payment in Lieu of Dividend (Ordinary Dividend) | -1.50 |
| 2018-12-03 | PFE(US7170811035) Cash Dividend 0.34000000 USD per Share (Ordinary Dividend) | 3.40 |
| 2018-12-10 | MRO(US5658491064) Cash Dividend 0.05000000 USD per Share (Ordinary Dividend) | 0.40 |
| 2018-12-10 | MRO(US5658491064) Payment in Lieu of Dividend (Ordinary Dividend) | 0.10 |

## Deposits & Withdrawals

| Date | Description | Amount |
|---|---|---|
| **USD** | | |
| 2018-11-19 | Internal Transfer In From Account US1043812 | 500,000.00 |
| 2018-12-19 | Internal Transfer In From Account US1043812 | 217,017,834.00 |
| 2018-12-19 | Internal Transfer In From Account US1043812 | 5,000,000.00 |
| 2018-12-19 | Internal Transfer In From Account US1043812 | 89,381.00 |
| 2018-12-19 | Internal Transfer In From Account US1043812 | 70,113.00 |
| **Total** | | **222,677,328.00** |

## Fees

| Date | Description | Amount |
|---|---|---|
| **Other Fees** | | |
| **USD** | | |
| 2018-12-07 | ITUB(US4655621062) ADR Fee 0.02500000 USD per Share | -2.50 |
| **Total** | | **-2.50** |

## Open Positions

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SQQQ 18JAN19 12.0 P | 2 | 100 | 0.048343 | 9.67 | 0.0239 | 4.78 | -4.89 |
| SQQQ 18JAN19 17.0 P | 1 | 100 | 0.795843 | 79.58 | 1.4805 | 148.05 | 68.47 |
| SQQQ 18JAN19 40.0 C | 1 | 100 | 0.253343 | 25.33 | 0.0170 | 1.70 | -23.63 |
| TLRY 04JAN19 60.0 P | 6 | 100 | 0.631843 | 379.11 | 0.7193 | 431.58 | 52.47 |
| TLRY 15MAR19 40.0 P | 5 | 100 | 6.803343 | 3,401.67 | 3.5027 | 1,751.35 | -1,650.32 |
| TSLA 15MAR19 100.0 P | 20 | 100 | 1.103243 | 2,206.49 | 1.0477 | 2,095.40 | -111.09 |
| USO 15MAR19 12.0 C | 100 | 100 | 0.152601 | 1,526.01 | 0.1630 | 1,630.00 | 103.99 |
| USO 19JUL19 10.5 C | 5 | 100 | 0.879643 | 439.82 | 0.8533 | 426.65 | -13.17 |
| VEEV 15MAR19 55.0 P | 20 | 100 | 0.995843 | 1,991.69 | 0.4896 | 979.20 | -1,012.49 |
| VTL 15MAR19 2.0 C | 10 | 100 | 0.053343 | 53.34 | 0.0322 | 32.20 | -21.14 |
| VXX 04JAN19 48.0 C | 3 | 100 | 1.3866763 | 416.00 | 0.9285 | 278.55 | -137.45 |
| VZ 18JAN19 60.0 C | 2 | 100 | 1.893343 | 378.67 | 0.0954 | 19.08 | -359.59 |
| WATT 18JAN19 7.5 C | 1 | 100 | 0.303343 | 30.33 | 0.2341 | 23.41 | -6.92 |
| WFC 18JAN19 43.0 P | 1 | 100 | 0.708143 | 70.81 | 0.5995 | 59.95 | -10.86 |
| WFC 18JAN19 50.0 C | 1 | 100 | 0.760343 | 76.03 | 0.2597 | 25.97 | -50.06 |
| XENE 18APR19 15.0 C | 1 | 100 | 4.803343 | 480.33 | 0.5515 | 55.15 | -425.18 |
| Total | | | | 187,412.87 | | 149,993.23 | -37,419.64 |

## Forex Balances

| Description | Quantity | Cost Price | Cost Basis in USD | Close Price | Value in USD | Unrealized P/L in USD | Code |
|---|---|---|---|---|---|---|---|
| Forex | | | | | | | |
| USD | | | | | | | |
| CAD | -809,620.70 | 0.8029118 | 650,053.97 | 0.73319 | -593,605.80 | 56,448.17 | |
| USD | -6,311,688.28 | 1.0000 | 6,311,688.28 | 1.0000 | -6,311,688.28 | 0.00 | |
| Total | | | 6,961,742.25 | | -6,905,294.08 | 56,448.17 | |

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Stocks | | | | | | | | | | |
| CAD | | | | | | | | | | |
| ACB | 2018-01-04, 14:21:40 | 1,000 | 13.5100 | 13.0400 | -13,510.00 | -4.18 | 13,514.18 | 0.00 | -470.00 | O;P |
| ACB | 2018-01-04, 14:22:38 | 1,000 | 13.4700 | 13.0400 | -13,470.00 | -4.18 | 13,474.18 | 0.00 | -430.00 | O |
| ACB | 2018-01-04, 14:23:17 | 500 | 13.4600 | 13.0400 | -6,730.00 | -2.14 | 6,732.14 | 0.00 | -210.00 | O |
| ACB | 2018-01-04, 14:25:15 | 1,000 | 13.2700 | 13.0400 | -13,270.00 | -6.45 | 13,276.45 | 0.00 | -230.00 | O;P |
| ACB | 2018-01-04, 14:25:30 | 500 | 13.2360 | 13.0400 | -6,618.00 | -3.37 | 6,621.37 | 0.00 | -98.00 | O;P |
| ACB | 2018-01-04, 14:25:54 | 1,000 | 13.1800 | 13.0400 | -13,180.00 | -6.01 | 13,186.01 | 0.00 | -140.00 | O;P |
| ACB | 2018-01-04, 14:27:36 | 5,000 | 13.2578 | 13.0400 | -66,289.00 | -29.68 | 66,318.68 | 0.00 | -1,089.00 | O;P |
| ACB | 2018-01-04, 14:43:23 | 5,000 | 13.1700 | 13.0400 | -65,850.00 | -20.90 | 65,870.90 | 0.00 | -650.00 | O |

**A-160**

## Trades

| Symbol | Date/Time | Quantity | Price | Close | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AVGO | 2018-07-16, 12:43:21 | -108 | 206.2800 | 203.2500 | 22,278.24 | -0.45 | -21,847.50 | 430.29 | 327.24 | C;P |
| AVGO | 2018-07-16, 12:51:28 | -792 | 205.1300 | 203.2500 | 162,462.96 | -1.89 | -160,219.40 | 2,241.67 | 1,488.96 | C;P |
| AVGO | 2018-07-17, 09:36:27 | -8,000 | 205.0800 | 208.3100 | 1,640,640.00 | -19.09 | -1,618,096.14 | 22,524.77 | -25,840.00 | C;P |
| AVGO | 2018-07-17, 12:22:23 | -558 | 206.7378315 | 208.3100 | 115,359.71 | -2.67 | -112,829.06 | 2,527.98 | -877.27 | C;L;P |
| AVGO | 2018-09-06, 16:20:06 | 1,000 | 224.1200 | 215.9700 | -224,120.00 | -1.60 | 224,121.60 | 0.00 | -8,150.00 | O;P |
| AVGO | 2018-09-06, 16:47:48 | -110 | 223.2018182 | 215.9700 | 24,552.20 | -1.07 | -24,653.38 | -102.25 | 795.50 | C;P |
| AVGO | 2018-09-06, 16:47:51 | -890 | 223.1500562 | 215.9700 | 198,603.55 | -8.65 | -199,468.23 | -873.33 | 6,390.25 | C;P |
| Total AVGO | | 22,893 | | | -4,521,038.05 | -1,139.10 | 4,636,767.91 | 114,590.77 | 59,403.17 | |
| AVGR | 2018-03-19, 14:17:03 | 10,000 | 1.5000 | 1.3900 | -15,000.00 | -40.72 | 15,040.72 | 0.00 | -1,100.00 | O;P |
| AVGR | 2018-03-19, 14:34:41 | 2,000 | 1.5000 | 1.3900 | -3,000.00 | -0.59 | 3,000.59 | 0.00 | -220.00 | O;P |
| AVGR | 2018-03-19, 14:34:43 | 2,000 | 1.5000 | 1.3900 | -3,000.00 | -2.74 | 3,002.74 | 0.00 | -220.00 | O;P |
| AVGR | 2018-03-19, 14:34:47 | 1,384 | 1.5000 | 1.3900 | -2,076.00 | -1.69 | 2,077.69 | 0.00 | -152.24 | O;P |
| AVGR | 2018-03-19, 14:34:49 | 1,384 | 1.5000 | 1.3900 | -2,076.00 | -3.08 | 2,079.08 | 0.00 | -152.24 | O;P |
| AVGR | 2018-03-19, 14:39:47 | -1,000 | 1.5400 | 1.3900 | 1,540.00 | 0.24 | -1,504.70 | 35.54 | 150.00 | C;P |
| AVGR | 2018-03-19, 14:39:49 | -1,000 | 1.5500 | 1.3900 | 1,550.00 | 0.24 | -1,504.70 | 45.54 | 160.00 | C;P |
| AVGR | 2018-03-19, 14:39:49 | -1,000 | 1.5600 | 1.3900 | 1,560.00 | 0.24 | -1,504.70 | 55.54 | 170.00 | C;P |
| AVGR | 2018-03-19, 14:39:49 | -1,000 | 1.5700 | 1.3900 | 1,570.00 | 0.24 | -1,504.70 | 65.54 | 180.00 | C;P |
| AVGR | 2018-03-19, 14:39:50 | -1,000 | 1.5800 | 1.3900 | 1,580.00 | 0.24 | -1,504.70 | 75.54 | 190.00 | C;P |
| AVGR | 2018-03-19, 14:57:28 | -200 | 1.3800 | 1.3900 | 276.00 | -0.02 | -300.94 | -24.96 | -2.00 | C;P |
| Total AVGR | | 11,568 | | | -17,076.00 | -47.64 | 17,376.39 | 252.75 | -996.48 | |
| AVYA | 2018-12-06, 10:03:12 | 100 | 16.4400 | 16.6200 | -1,644.00 | -0.16 | 1,644.16 | 0.00 | 18.00 | O |
| AVYA | 2018-12-06, 10:08:30 | -33 | 16.5600 | 16.6200 | 546.48 | -0.33 | -542.57 | 3.58 | -1.98 | C;P |
| AVYA | 2018-12-06, 10:11:11 | -67 | 16.4446 | 16.6200 | 1,101.79 | -0.39 | -1,101.59 | -0.19 | -11.75 | C |
| AVYA | 2018-12-06, 10:49:46 | 100 | 16.4700 | 16.6200 | -1,647.00 | -0.16 | 1,647.16 | 0.00 | 15.00 | O;P |
| AVYA | 2018-12-06, 11:22:51 | -100 | 16.1838 | 16.6200 | 1,618.38 | -0.40 | -1,647.16 | -29.18 | -43.62 | C |
| Total AVYA | | 0 | | | -24.35 | -1.44 | 0.00 | -25.79 | -24.35 | |
| AWX | 2018-06-15, 15:59:43 | -1,000 | 2.2500 | 2.3200 | 2,250.00 | -1.85 | -2,248.15 | 0.00 | -70.00 | O |
| AWX | 2018-07-24, 09:43:08 | 500 | 2.21838 | 3.3500 | -1,109.19 | -0.89 | 1,110.08 | 0.00 | 565.81 | O;P |
| AWX | 2018-07-24, 09:59:47 | 1,900 | 2.2500 | 3.3500 | -4,275.00 | -3.61 | 4,278.61 | 0.00 | 2,090.00 | O;P |
| AWX | 2018-07-24, 10:00:51 | 25 | 2.2700 | 3.3500 | -56.75 | -0.30 | 57.05 | 0.00 | 27.00 | O |

A-161

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-24, 10:04:10 | 322 | 2.2800 | 3.3500 | -734.16 | -1.23 | 735.39 | 0.00 | 344.54 | O;P |
| AWX | 2018-07-24, 10:08:16 | 1,000 | 2.3091 | 3.3500 | -2,309.10 | -2.90 | 2,312.00 | 0.00 | 1,040.90 | O;P |
| AWX | 2018-07-24, 10:08:46 | 600 | 2.3095 | 3.3500 | -1,385.70 | -2.22 | 1,387.92 | 0.00 | 624.30 | O;P |
| AWX | 2018-07-24, 10:12:19 | 405 | 2.3000 | 3.3500 | -931.50 | 0.16 | 931.34 | 0.00 | 425.25 | O;P |
| AWX | 2018-07-24, 10:12:49 | -2,200 | 2.3100 | 3.3500 | 5,082.00 | 0.55 | -4,938.31 | 144.24 | -2,288.00 | C |
| AWX | 2018-07-24, 11:28:34 | 900 | 2.2875889 | 3.3500 | -2,058.83 | -2.13 | 2,060.96 | 0.00 | 956.17 | O;P |
| AWX | 2018-07-24, 11:28:41 | 600 | 2.2984167 | 3.3500 | -1,379.05 | -1.94 | 1,380.99 | 0.00 | 630.95 | O;P |
| AWX | 2018-07-24, 11:29:16 | 1,700 | 2.3000 | 3.3500 | -3,910.00 | 0.51 | 3,909.49 | 0.00 | 1,785.00 | O;P |
| AWX | 2018-07-24, 11:33:46 | 1,000 | 2.3200 | 3.3500 | -2,320.00 | -2.00 | 2,322.00 | 0.00 | 1,030.00 | O;P |
| AWX | 2018-07-24, 11:33:48 | 900 | 2.3175889 | 3.3500 | -2,085.83 | -2.13 | 2,087.96 | 0.00 | 929.17 | O;P |
| AWX | 2018-07-24, 11:33:50 | 700 | 2.3200 | 3.3500 | -1,624.00 | -3.29 | 1,627.29 | 0.00 | 721.00 | O |
| AWX | 2018-07-24, 11:33:53 | 100 | 2.3273 | 3.3500 | -232.73 | -0.37 | 233.10 | 0.00 | 102.27 | O |
| AWX | 2018-07-24, 11:33:55 | 100 | 2.3300 | 3.3500 | -233.00 | -0.42 | 233.42 | 0.00 | 102.00 | O |
| AWX | 2018-07-24, 11:34:09 | 400 | 2.3225 | 3.3500 | -929.00 | -1.38 | 930.38 | 0.00 | 411.00 | O;P |
| AWX | 2018-07-24, 11:34:33 | 960 | 2.33375 | 3.3500 | -2,240.40 | -3.33 | 2,243.73 | 0.00 | 975.60 | O;P |
| AWX | 2018-07-24, 11:34:36 | 1,000 | 2.3500 | 3.3500 | -2,350.00 | -2.20 | 2,352.20 | 0.00 | 1,000.00 | O |
| AWX | 2018-07-24, 12:13:07 | 600 | 2.3433333 | 3.3500 | -1,406.00 | -2.07 | 1,408.07 | 0.00 | 604.00 | O;P |
| AWX | 2018-07-24, 12:16:32 | 1,400 | 2.3574571 | 3.3500 | -3,300.44 | -2.98 | 3,303.42 | 0.00 | 1,389.56 | O;P |
| AWX | 2018-07-24, 12:16:34 | 1,300 | 2.3589615 | 3.3500 | -3,066.65 | -4.61 | 3,071.26 | 0.00 | 1,288.35 | O;P |
| AWX | 2018-07-24, 12:16:34 | -4,281 | 2.3700 | 3.3500 | 10,145.97 | 0.64 | -9,842.71 | 303.90 | -4,195.38 | C;P |
| AWX | 2018-07-24, 12:18:00 | 220 | 2.3854545 | 3.3500 | -524.80 | -0.75 | 525.55 | 0.00 | 212.20 | O;P |
| AWX | 2018-07-24, 12:20:44 | 10 | 2.4000 | 3.3500 | -24.00 | -0.38 | 24.38 | 0.00 | 9.50 | O |
| AWX | 2018-07-24, 12:30:27 | 2,568 | 2.4771632 | 3.3500 | -6,361.36 | -4.37 | 6,365.72 | 0.00 | 2,241.44 | O;P |
| AWX | 2018-07-24, 12:30:28 | 2,568 | 2.4774748 | 3.3500 | -6,362.16 | -4.37 | 6,366.52 | 0.00 | 2,240.64 | O;P |
| AWX | 2018-07-24, 12:30:29 | 2,568 | 2.4770157 | 3.3500 | -6,360.98 | -4.37 | 6,365.34 | 0.00 | 2,241.82 | O;P |
| AWX | 2018-07-24, 12:30:30 | 1,768 | 2.4775432 | 3.3500 | -4,380.30 | -3.20 | 4,383.49 | 0.00 | 1,542.50 | O;P |
| AWX | 2018-07-24, 12:30:37 | 825 | 2.4900 | 3.3500 | -2,054.25 | -0.57 | 2,054.82 | 0.00 | 709.50 | O;P |
| AWX | 2018-07-24, 12:31:34 | -500 | 2.5200 | 3.3500 | 1,260.00 | 0.07 | -1,149.82 | 110.26 | -415.00 | C |
| AWX | 2018-07-24, 12:32:47 | 1,300 | 2.5730769 | 3.3500 | -3,345.00 | -3.33 | 3,348.33 | 0.00 | 1,010.00 | O;P |

## Trades

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-24, 12:33:29 | 300 | 2.5900 | 3.3500 | -777.00 | 0.09 | 776.91 | 0.00 | 228.00 | O |
| AWX | 2018-07-24, 12:42:29 | -100 | 2.5600 | 3.3500 | 256.00 | -0.18 | -229.97 | 25.85 | -79.00 | C |
| AWX | 2018-07-24, 12:43:36 | 975 | 2.5387179 | 3.3500 | -2,475.25 | -3.55 | 2,478.80 | 0.00 | 791.00 | O;P |
| AWX | 2018-07-24, 12:43:42 | 2,785 | 2.5921005 | 3.3500 | -7,219.00 | -5.79 | 7,224.79 | 0.00 | 2,110.75 | O;P |
| AWX | 2018-07-24, 12:44:39 | 122 | 2.6000 | 3.3500 | -317.20 | -0.23 | 317.43 | 0.00 | 91.50 | O;P |
| AWX | 2018-07-24, 12:46:22 | 200 | 2.6000 | 3.3500 | -520.00 | -0.99 | 520.99 | 0.00 | 150.00 | O |
| AWX | 2018-07-24, 12:46:42 | 400 | 2.597875 | 3.3500 | -1,039.15 | -1.28 | 1,040.43 | 0.00 | 300.85 | O;P |
| AWX | 2018-07-24, 12:46:45 | 200 | 2.6000 | 3.3500 | -520.00 | -0.99 | 520.99 | 0.00 | 150.00 | O |
| AWX | 2018-07-24, 12:47:59 | 100 | 2.6000 | 3.3500 | -260.00 | -0.42 | 260.42 | 0.00 | 75.00 | O |
| AWX | 2018-07-24, 12:48:23 | 100 | 2.6700 | 3.3500 | -267.00 | -0.17 | 267.17 | 0.00 | 68.00 | O |
| AWX | 2018-07-24, 12:48:53 | 900 | 2.6900 | 3.3500 | -2,421.00 | 0.27 | 2,420.73 | 0.00 | 594.00 | O;P |
| AWX | 2018-07-24, 12:49:33 | 200 | 2.5500 | 3.3500 | -510.00 | -0.99 | 510.99 | 0.00 | 160.00 | O |
| AWX | 2018-07-24, 12:49:39 | 500 | 2.6500 | 3.3500 | -1,325.00 | -0.85 | 1,325.85 | 0.00 | 350.00 | O |
| AWX | 2018-07-24, 12:49:41 | 500 | 2.6648 | 3.3500 | -1,332.40 | -0.85 | 1,333.25 | 0.00 | 342.60 | O;P |
| AWX | 2018-07-24, 12:49:42 | 500 | 2.68328 | 3.3500 | -1,341.64 | -0.85 | 1,342.49 | 0.00 | 333.36 | O;P |
| AWX | 2018-07-24, 12:49:43 | 500 | 2.6815 | 3.3500 | -1,340.75 | -1.15 | 1,341.90 | 0.00 | 334.25 | O;P |
| AWX | 2018-07-24, 12:49:44 | 500 | 2.68328 | 3.3500 | -1,341.64 | -0.85 | 1,342.49 | 0.00 | 333.36 | O;P |
| AWX | 2018-07-24, 12:49:44 | 500 | 2.6815 | 3.3500 | -1,340.75 | -1.15 | 1,341.90 | 0.00 | 334.25 | O;P |
| AWX | 2018-07-24, 12:49:45 | 500 | 2.68328 | 3.3500 | -1,341.64 | -0.85 | 1,342.49 | 0.00 | 333.36 | O;P |
| AWX | 2018-07-24, 12:49:46 | 300 | 2.6833333 | 3.3500 | -805.00 | -1.41 | 806.41 | 0.00 | 200.00 | O;P |
| AWX | 2018-07-24, 12:49:52 | 500 | 2.6987 | 3.3500 | -1,349.35 | -0.85 | 1,350.20 | 0.00 | 325.65 | O |
| AWX | 2018-07-24, 12:49:54 | 500 | 2.7000 | 3.3500 | -1,350.00 | -1.51 | 1,351.51 | 0.00 | 325.00 | O;P |
| AWX | 2018-07-24, 12:50:18 | 175 | 2.7100 | 3.3500 | -474.25 | -0.04 | 474.29 | 0.00 | 112.00 | O;P |
| AWX | 2018-07-24, 12:50:29 | 220 | 2.7100 | 3.3500 | -596.20 | 0.07 | 596.13 | 0.00 | 140.80 | O;P |
| AWX | 2018-07-24, 12:50:40 | 100 | 2.7100 | 3.3500 | -271.00 | -0.17 | 271.17 | 0.00 | 64.00 | O |
| AWX | 2018-07-24, 12:52:08 | 4,190 | 2.7100 | 3.3500 | -11,354.90 | -15.91 | 11,370.81 | 0.00 | 2,681.60 | O;P |
| AWX | 2018-07-24, 12:52:32 | 2,225 | 2.7100 | 3.3500 | -6,029.75 | 0.67 | 6,029.08 | 0.00 | 1,424.00 | O |
| AWX | 2018-07-24, 12:52:59 | 2,000 | 2.7200 | 3.3500 | -5,440.00 | -3.80 | 5,443.80 | 0.00 | 1,260.00 | O |
| AWX | 2018-07-24, 12:53:07 | -1,350 | 2.7507407 | 3.3500 | 3,713.50 | 0.33 | -3,115.43 | 598.40 | -809.00 | C;P |

A-163

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-24, 12:53:34 | 400 | 2.7200 | 3.3500 | -1,088.00 | 0.16 | 1,087.84 | 0.00 | 252.00 | O |
| AWX | 2018-07-24, 12:53:40 | 1,000 | 2.74678 | 3.3500 | -2,746.78 | -2.32 | 2,749.10 | 0.00 | 603.22 | O;P |
| AWX | 2018-07-24, 12:55:19 | 6,275 | 2.7486056 | 3.3500 | -17,247.50 | -16.90 | 17,264.40 | 0.00 | 3,773.75 | O;P |
| AWX | 2018-07-24, 12:55:25 | 2,500 | 2.7984 | 3.3500 | -6,996.00 | -10.22 | 7,006.22 | 0.00 | 1,379.00 | O;P |
| AWX | 2018-07-24, 12:55:34 | 665 | 2.8269925 | 3.3500 | -1,879.95 | -3.13 | 1,883.08 | 0.00 | 347.80 | O;P |
| AWX | 2018-07-24, 12:55:44 | 2,375 | 2.8781053 | 3.3500 | -6,835.50 | -4.78 | 6,840.28 | 0.00 | 1,120.75 | O;P |
| AWX | 2018-07-24, 12:57:01 | 8,075 | 2.855356 | 3.3500 | -23,057.00 | -34.19 | 23,091.19 | 0.00 | 3,994.25 | O;P |
| AWX | 2018-07-24, 12:57:07 | 1,900 | 2.8800 | 3.3500 | -5,472.00 | 0.76 | 5,471.24 | 0.00 | 893.00 | O;P |
| AWX | 2018-07-24, 12:57:16 | 8,575 | 2.8886006 | 3.3500 | -24,769.75 | -28.93 | 24,798.68 | 0.00 | 3,956.50 | O;P |
| AWX | 2018-07-24, 12:59:11 | 795 | 2.7700 | 3.3500 | -2,202.15 | 0.32 | 2,201.83 | 0.00 | 461.10 | O;P |
| AWX | 2018-07-24, 12:59:21 | 4,165 | 2.7700 | 3.3500 | -11,537.05 | 1.66 | 11,535.39 | 0.00 | 2,415.70 | O;P |
| AWX | 2018-07-24, 13:00:20 | 1,171 | 2.7900 | 3.3500 | -3,267.09 | -1.93 | 3,269.02 | 0.00 | 655.76 | O;P |
| AWX | 2018-07-24, 13:00:33 | 1,543 | 2.8419961 | 3.3500 | -4,385.20 | -3.26 | 4,388.46 | 0.00 | 783.85 | O;P |
| AWX | 2018-07-24, 13:01:12 | 2,500 | 2.85977 | 3.3500 | -7,149.42 | -5.03 | 7,154.46 | 0.00 | 1,225.58 | O;P |
| AWX | 2018-07-24, 13:01:26 | 2,500 | 2.857648 | 3.3500 | -7,144.12 | -4.45 | 7,148.57 | 0.00 | 1,230.88 | O;P |
| AWX | 2018-07-24, 13:01:29 | 2,500 | 2.857892 | 3.3500 | -7,144.73 | -4.89 | 7,149.62 | 0.00 | 1,230.27 | O;P |
| AWX | 2018-07-24, 13:01:31 | 2,300 | 2.858913 | 3.3500 | -6,575.50 | -4.56 | 6,580.06 | 0.00 | 1,129.50 | O;P |
| AWX | 2018-07-24, 13:01:40 | 2,500 | 2.896492 | 3.3500 | -7,241.23 | -4.25 | 7,245.48 | 0.00 | 1,133.77 | O;P |
| AWX | 2018-07-24, 13:01:41 | 2,500 | 2.8990 | 3.3500 | -7,247.50 | -5.22 | 7,252.72 | 0.00 | 1,127.50 | O;P |
| AWX | 2018-07-24, 13:03:10 | 300 | 2.7800 | 3.3500 | -834.00 | -0.41 | 834.41 | 0.00 | 171.00 | O;P |
| AWX | 2018-07-24, 13:03:34 | 5,950 | 2.8583193 | 3.3500 | -17,007.00 | -19.43 | 17,026.43 | 0.00 | 2,925.50 | O;P |
| AWX | 2018-07-24, 13:04:30 | 8,950 | 2.8100 | 3.3500 | -25,149.50 | 3.57 | 25,145.93 | 0.00 | 4,833.00 | O;P |
| AWX | 2018-07-24, 13:05:02 | 2,400 | 2.8100 | 3.3500 | -6,744.00 | 0.96 | 6,743.04 | 0.00 | 1,296.00 | O;P |
| AWX | 2018-07-24, 13:06:40 | 9,300 | 2.7877161 | 3.3500 | -25,925.76 | -27.10 | 25,952.86 | 0.00 | 5,229.24 | O;P |
| AWX | 2018-07-24, 13:06:53 | 400 | 2.7875 | 3.3500 | -1,115.00 | -1.60 | 1,116.60 | 0.00 | 225.00 | O;P |
| AWX | 2018-07-24, 13:06:58 | 400 | 2.78125 | 3.3500 | -1,112.50 | -1.58 | 1,114.08 | 0.00 | 227.50 | O;P |
| AWX | 2018-07-24, 13:07:01 | 1,100 | 2.7895455 | 3.3500 | -3,068.50 | -4.87 | 3,073.37 | 0.00 | 616.50 | O;P |
| AWX | 2018-07-24, 13:07:20 | 5,400 | 2.8028056 | 3.3500 | -15,135.15 | -18.29 | 15,153.44 | 0.00 | 2,954.85 | O;P |
| AWX | 2018-07-24, 13:07:21 | 4,700 | 2.8097128 | 3.3500 | -13,205.65 | -19.75 | 13,225.40 | 0.00 | 2,539.35 | O;P |

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-24, 13:07:30 | 1,200 | 2.838875 | 3.3500 | -3,406.65 | -4.76 | 3,411.41 | 0.00 | 613.35 | O;P |
| AWX | 2018-07-24, 13:07:35 | 4,900 | 2.8854878 | 3.3500 | -14,138.89 | -10.91 | 14,149.80 | 0.00 | 2,276.11 | O;P |
| AWX | 2018-07-24, 13:09:25 | 1,000 | 2.8500 | 3.3500 | -2,850.00 | 0.40 | 2,849.60 | 0.00 | 500.00 | O;P |
| AWX | 2018-07-24, 13:09:33 | 600 | 2.8600 | 3.3500 | -1,716.00 | -1.14 | 1,717.14 | 0.00 | 294.00 | O;P |
| AWX | 2018-07-24, 13:11:03 | 1,000 | 2.7970 | 3.3500 | -2,797.00 | -4.42 | 2,801.42 | 0.00 | 553.00 | O;P |
| AWX | 2018-07-24, 13:12:48 | 890 | 2.8000 | 3.3500 | -2,492.00 | -3.40 | 2,495.40 | 0.00 | 489.50 | O;P |
| AWX | 2018-07-24, 13:12:59 | 300 | 2.8100 | 3.3500 | -843.00 | -1.41 | 844.41 | 0.00 | 162.00 | O |
| AWX | 2018-07-24, 13:14:12 | 200 | 2.8200 | 3.3500 | -564.00 | -0.43 | 564.43 | 0.00 | 106.00 | O;P |
| AWX | 2018-07-24, 13:14:17 | 2,000 | 2.8405 | 3.3500 | -5,681.00 | -9.12 | 5,690.12 | 0.00 | 1,019.00 | O;P |
| AWX | 2018-07-24, 13:14:21 | 900 | 2.8500 | 3.3500 | -2,565.00 | -3.72 | 2,568.72 | 0.00 | 450.00 | O;P |
| AWX | 2018-07-24, 13:15:04 | 400 | 2.867875 | 3.3500 | -1,147.15 | -1.00 | 1,148.15 | 0.00 | 192.85 | O;P |
| AWX | 2018-07-24, 13:15:08 | 1,000 | 2.8800 | 3.3500 | -2,880.00 | -4.70 | 2,884.70 | 0.00 | 470.00 | O |
| AWX | 2018-07-24, 13:15:11 | 123 | 2.8900 | 3.3500 | -355.47 | -0.74 | 356.21 | 0.00 | 56.58 | O;P |
| AWX | 2018-07-24, 13:15:14 | 1,336 | 2.9189746 | 3.3500 | -3,899.75 | -2.66 | 3,902.41 | 0.00 | 575.85 | O;P |
| AWX | 2018-07-24, 13:15:18 | 2,000 | 2.937915 | 3.3500 | -5,875.83 | -4.50 | 5,880.33 | 0.00 | 824.17 | O;P |
| AWX | 2018-07-24, 13:15:19 | 500 | 2.9400 | 3.3500 | -1,470.00 | -1.85 | 1,471.85 | 0.00 | 205.00 | O;P |
| AWX | 2018-07-24, 13:15:20 | 100 | 2.9200 | 3.3500 | -292.00 | -0.17 | 292.17 | 0.00 | 43.00 | O |
| AWX | 2018-07-24, 13:15:21 | 2,000 | 2.9500 | 3.3500 | -5,900.00 | -4.40 | 5,904.40 | 0.00 | 800.00 | O |
| AWX | 2018-07-24, 13:15:22 | 2,000 | 2.9500 | 3.3500 | -5,900.00 | -9.40 | 5,909.40 | 0.00 | 800.00 | O;P |
| AWX | 2018-07-24, 13:15:23 | 2,000 | 2.9500 | 3.3500 | -5,900.00 | -9.40 | 5,909.40 | 0.00 | 800.00 | O;P |
| AWX | 2018-07-24, 13:15:24 | 412 | 2.9500 | 3.3500 | -1,215.40 | -1.37 | 1,216.77 | 0.00 | 164.80 | O;P |
| AWX | 2018-07-24, 13:15:29 | 180 | 2.9500 | 3.3500 | -531.00 | -0.53 | 531.53 | 0.00 | 72.00 | O;P |
| AWX | 2018-07-24, 13:16:00 | 1,000 | 2.94565 | 3.3500 | -2,945.65 | -1.70 | 2,947.35 | 0.00 | 404.35 | O;P |
| AWX | 2018-07-24, 13:16:03 | 600 | 2.9500 | 3.3500 | -1,770.00 | -2.54 | 1,772.54 | 0.00 | 240.00 | O;P |
| AWX | 2018-07-24, 13:16:08 | 2,000 | 2.9800 | 3.3500 | -5,960.00 | -3.80 | 5,963.80 | 0.00 | 740.00 | O |
| AWX | 2018-07-24, 13:16:10 | 2,000 | 2.989995 | 3.3500 | -5,979.99 | -9.40 | 5,989.39 | 0.00 | 720.01 | O;P |
| AWX | 2018-07-24, 13:16:10 | 2,000 | 2.9900 | 3.3500 | -5,980.00 | -9.40 | 5,989.40 | 0.00 | 720.00 | O |
| AWX | 2018-07-24, 13:16:11 | 2,000 | 2.9900 | 3.3500 | -5,980.00 | -8.90 | 5,988.90 | 0.00 | 720.00 | O;P |
| AWX | 2018-07-24, 13:16:11 | 2,000 | 2.9900 | 3.3500 | -5,980.00 | -9.40 | 5,989.40 | 0.00 | 720.00 | O;P |

Case: 24-999, 07/30/2024, DktEntry: 27.1, Page 176 of 261

A-165

## Trades

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-24, 13:16:11 | 2,000 | 2.9900 | 3.3500 | -5,980.00 | -9.40 | 5,989.40 | 0.00 | 720.00 | O;P |
| AWX | 2018-07-24, 13:16:12 | 2,000 | 2.99045 | 3.3500 | -5,980.90 | -8.82 | 5,989.72 | 0.00 | 719.10 | O;P |
| AWX | 2018-07-24, 13:16:12 | 2,000 | 2.9965 | 3.3500 | -5,993.00 | -5.48 | 5,998.48 | 0.00 | 707.00 | O;P |
| AWX | 2018-07-24, 13:16:13 | 2,000 | 3.0000 | 3.3500 | -6,000.00 | -3.80 | 6,003.80 | 0.00 | 700.00 | O |
| AWX | 2018-07-24, 13:16:13 | 1,800 | 3.0000 | 3.3500 | -5,400.00 | -6.50 | 5,406.50 | 0.00 | 630.00 | O;P |
| AWX | 2018-07-24, 13:18:13 | 550 | 2.9600 | 3.3500 | -1,628.00 | -2.31 | 1,630.31 | 0.00 | 214.50 | O;P |
| AWX | 2018-07-24, 13:18:16 | 1,720 | 2.9800 | 3.3500 | -5,125.60 | -4.49 | 5,130.09 | 0.00 | 636.40 | O;P |
| AWX | 2018-07-24, 13:18:19 | 1,300 | 2.9900 | 3.3500 | -3,887.00 | -1.01 | 3,888.01 | 0.00 | 468.00 | O;P |
| AWX | 2018-07-24, 13:19:36 | 1,000 | 2.9500 | 3.3500 | -2,950.00 | 0.40 | 2,949.60 | 0.00 | 400.00 | O;P |
| AWX | 2018-07-24, 13:19:42 | 6,100 | 2.9500 | 3.3500 | -17,995.00 | -28.40 | 18,023.40 | 0.00 | 2,440.00 | O;P |
| AWX | 2018-07-24, 13:21:35 | 3,000 | 3.0000 | 3.3500 | -9,000.00 | -5.70 | 9,005.70 | 0.00 | 1,050.00 | O;P |
| AWX | 2018-07-24, 13:23:23 | 600 | 2.8700 | 3.3500 | -1,722.00 | 0.18 | 1,721.82 | 0.00 | 288.00 | O;P |
| AWX | 2018-07-24, 13:23:56 | 5,200 | 2.9132538 | 3.3500 | -15,148.92 | -17.76 | 15,166.68 | 0.00 | 2,271.08 | O;P |
| AWX | 2018-07-24, 13:23:57 | 3,126 | 2.9197281 | 3.3500 | -9,127.07 | -14.10 | 9,141.17 | 0.00 | 1,345.03 | O;P |
| AWX | 2018-07-24, 13:24:01 | 350 | 2.9442857 | 3.3500 | -1,030.50 | -0.83 | 1,031.33 | 0.00 | 142.00 | O;P |
| AWX | 2018-07-24, 13:24:05 | 1,200 | 2.9600 | 3.3500 | -3,552.00 | -2.61 | 3,554.61 | 0.00 | 468.00 | O;P |
| AWX | 2018-07-24, 13:24:08 | 3,050 | 2.9272131 | 3.3500 | -8,928.00 | -13.34 | 8,941.34 | 0.00 | 1,289.50 | O;P |
| AWX | 2018-07-24, 13:24:25 | 5,200 | 2.9771981 | 3.3500 | -15,481.43 | -12.25 | 15,493.68 | 0.00 | 1,938.57 | O;P |
| AWX | 2018-07-24, 13:24:26 | 5,020 | 2.978008 | 3.3500 | -14,949.60 | -13.81 | 14,963.41 | 0.00 | 1,867.40 | O;P |
| AWX | 2018-07-24, 13:24:51 | 1,100 | 2.9500 | 3.3500 | -3,245.00 | -2.09 | 3,247.09 | 0.00 | 440.00 | O |
| AWX | 2018-07-24, 13:25:10 | 1,100 | 2.9642273 | 3.3500 | -3,260.65 | -1.31 | 3,261.96 | 0.00 | 424.35 | O;P |
| AWX | 2018-07-24, 13:25:19 | 1,100 | 2.9592273 | 3.3500 | -3,255.15 | -4.57 | 3,259.72 | 0.00 | 429.85 | O;P |
| AWX | 2018-07-24, 13:25:20 | 1,000 | 2.9600 | 3.3500 | -2,960.00 | -2.15 | 2,962.15 | 0.00 | 390.00 | O;P |
| AWX | 2018-07-24, 13:25:27 | 1,100 | 2.9700 | 3.3500 | -3,267.00 | -2.42 | 3,269.42 | 0.00 | 418.00 | O;P |
| AWX | 2018-07-24, 13:25:29 | 1,100 | 2.9700 | 3.3500 | -3,267.00 | -2.42 | 3,269.42 | 0.00 | 418.00 | O;P |
| AWX | 2018-07-24, 13:25:30 | 1,100 | 2.9700 | 3.3500 | -3,267.00 | -2.42 | 3,269.42 | 0.00 | 418.00 | O;P |
| AWX | 2018-07-24, 13:25:31 | 1,100 | 2.9700 | 3.3500 | -3,267.00 | -2.42 | 3,269.42 | 0.00 | 418.00 | O;P |
| AWX | 2018-07-24, 13:25:32 | 700 | 2.9700 | 3.3500 | -2,079.00 | -2.69 | 2,081.69 | 0.00 | 266.00 | O;P |
| AWX | 2018-07-24, 13:25:55 | 1,100 | 2.9200 | 3.3500 | -3,212.00 | 0.44 | 3,211.56 | 0.00 | 473.00 | O;P |

A-166

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-24, 13:26:43 | 800 | 2.9000 | 3.3500 | -2,320.00 | -1.30 | 2,321.30 | 0.00 | 360.00 | O;P |
| AWX | 2018-07-24, 13:26:56 | 400 | 2.90875 | 3.3500 | -1,163.50 | -0.78 | 1,164.28 | 0.00 | 176.50 | O;P |
| AWX | 2018-07-24, 13:26:58 | 800 | 2.9200 | 3.3500 | -2,336.00 | 0.32 | 2,335.68 | 0.00 | 344.00 | O;P |
| AWX | 2018-07-24, 13:27:34 | 5,900 | 2.9691525 | 3.3500 | -17,518.00 | -26.66 | 17,544.66 | 0.00 | 2,247.00 | O;P |
| AWX | 2018-07-24, 13:27:36 | 1,900 | 2.9889474 | 3.3500 | -5,679.00 | -7.68 | 5,686.68 | 0.00 | 686.00 | O;P |
| AWX | 2018-07-24, 13:28:13 | 3,900 | 2.9092308 | 3.3500 | -11,346.00 | -17.33 | 11,363.33 | 0.00 | 1,719.00 | O;P |
| AWX | 2018-07-24, 13:28:47 | 7,200 | 2.9868056 | 3.3500 | -21,505.00 | -31.89 | 21,536.89 | 0.00 | 2,615.00 | O;P |
| AWX | 2018-07-24, 13:33:01 | 80 | 2.8800 | 3.3500 | -230.40 | -0.20 | 230.60 | 0.00 | 37.60 | O |
| AWX | 2018-07-24, 13:33:27 | 4,400 | 2.8800 | 3.3500 | -12,672.00 | -4.34 | 12,676.34 | 0.00 | 2,068.00 | O;P |
| AWX | 2018-07-24, 13:34:20 | 1,700 | 2.9000 | 3.3500 | -4,930.00 | -3.74 | 4,933.74 | 0.00 | 765.00 | O |
| AWX | 2018-07-24, 13:34:25 | 3,200 | 2.9591094 | 3.3500 | -9,469.15 | -4.75 | 9,473.90 | 0.00 | 1,250.85 | O;P |
| AWX | 2018-07-24, 13:34:31 | 2,950 | 2.9700 | 3.3500 | -8,761.50 | -3.64 | 8,765.14 | 0.00 | 1,121.00 | O;P |
| AWX | 2018-07-24, 13:34:34 | -170 | 3.0000 | 3.3500 | 510.00 | -0.31 | -394.69 | 115.00 | -59.50 | C;P |
| AWX | 2018-07-24, 13:34:36 | 6,900 | 2.9700 | 3.3500 | -20,493.00 | 2.75 | 20,490.25 | 0.00 | 2,622.00 | O;P |
| AWX | 2018-07-24, 13:35:01 | 2,000 | 2.9700 | 3.3500 | -5,940.00 | -9.40 | 5,949.40 | 0.00 | 760.00 | O |
| AWX | 2018-07-24, 13:35:20 | 1,500 | 2.9900 | 3.3500 | -4,485.00 | -7.05 | 4,492.05 | 0.00 | 540.00 | O |
| AWX | 2018-07-24, 13:36:19 | 1,100 | 2.9792273 | 3.3500 | -3,277.15 | -2.02 | 3,279.17 | 0.00 | 407.85 | O;P |
| AWX | 2018-07-24, 13:36:22 | 1,600 | 2.9900 | 3.3500 | -4,784.00 | 0.48 | 4,783.52 | 0.00 | 576.00 | O;P |
| AWX | 2018-07-24, 13:36:26 | 400 | 2.9900 | 3.3500 | -1,196.00 | -0.72 | 1,196.72 | 0.00 | 144.00 | O;P |
| AWX | 2018-07-24, 13:36:41 | 2,400 | 2.9796458 | 3.3500 | -7,151.15 | -4.52 | 7,155.67 | 0.00 | 888.85 | O;P |
| AWX | 2018-07-24, 13:36:45 | 442 | 2.9800 | 3.3500 | -1,317.16 | -1.40 | 1,318.56 | 0.00 | 163.54 | O;P |
| AWX | 2018-07-24, 13:37:10 | 2,000 | 2.9500 | 3.3500 | -5,900.00 | -9.40 | 5,909.40 | 0.00 | 800.00 | O |
| AWX | 2018-07-24, 13:40:29 | -900 | 2.9171111 | 3.3500 | 2,625.40 | -2.47 | -2,089.07 | 533.85 | -389.60 | C;P |
| AWX | 2018-07-24, 13:40:50 | -1,200 | 2.8782083 | 3.3500 | 3,453.85 | -4.15 | -2,788.57 | 661.13 | -566.15 | C;P |
| AWX | 2018-07-24, 13:43:23 | 530 | 2.8200 | 3.3500 | -1,494.60 | 0.21 | 1,494.39 | 0.00 | 280.90 | O;P |
| AWX | 2018-07-24, 13:43:54 | 10,000 | 2.8200 | 3.3500 | -28,200.00 | -45.49 | 28,245.49 | 0.00 | 5,300.00 | O;P |
| AWX | 2018-07-24, 13:51:34 | 4,500 | 2.8473333 | 3.3500 | -12,813.00 | -11.74 | 12,824.74 | 0.00 | 2,262.00 | O;P |
| AWX | 2018-07-24, 14:18:27 | 700 | 2.8000 | 3.3500 | -1,960.00 | -3.01 | 1,963.01 | 0.00 | 385.00 | O;P |
| AWX | 2018-07-24, 14:18:34 | 1,000 | 2.84589 | 3.3500 | -2,845.89 | -1.70 | 2,847.59 | 0.00 | 504.11 | O;P |

**A-167**

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-24, 14:18:37 | 1,000 | 2.8445 | 3.3500 | -2,844.50 | -1.95 | 2,846.45 | 0.00 | 505.50 | O;P |
| AWX | 2018-07-24, 14:23:40 | 1,200 | 2.8000 | 3.3500 | -3,360.00 | -5.64 | 3,365.64 | 0.00 | 660.00 | O |
| AWX | 2018-07-24, 14:34:20 | 1,200 | 2.7869333 | 3.3500 | -3,344.32 | -2.04 | 3,346.36 | 0.00 | 675.68 | O;P |
| AWX | 2018-07-24, 14:34:22 | 800 | 2.7875 | 3.3500 | -2,230.00 | -2.76 | 2,232.76 | 0.00 | 450.00 | O;P |
| AWX | 2018-07-24, 14:34:26 | 1,200 | 2.7991667 | 3.3500 | -3,359.00 | -2.28 | 3,361.28 | 0.00 | 661.00 | O;P |
| AWX | 2018-07-24, 14:34:26 | 1,200 | 2.8000 | 3.3500 | -3,360.00 | -2.28 | 3,362.28 | 0.00 | 660.00 | O;P |
| AWX | 2018-07-24, 14:34:32 | 1,200 | 2.8458333 | 3.3500 | -3,415.00 | -3.52 | 3,418.52 | 0.00 | 605.00 | O;P |
| AWX | 2018-07-24, 14:34:34 | 1,200 | 2.8667167 | 3.3500 | -3,440.06 | -2.04 | 3,442.10 | 0.00 | 579.94 | O;P |
| AWX | 2018-07-24, 14:34:35 | 1,200 | 2.8676417 | 3.3500 | -3,441.17 | -2.04 | 3,443.21 | 0.00 | 578.83 | O;P |
| AWX | 2018-07-24, 14:34:42 | 1,200 | 2.8700 | 3.3500 | -3,444.00 | -3.43 | 3,447.43 | 0.00 | 576.00 | O;P |
| AWX | 2018-07-24, 14:34:42 | 1,200 | 2.8600 | 3.3500 | -3,432.00 | 0.38 | 3,431.62 | 0.00 | 588.00 | O;P |
| AWX | 2018-07-24, 14:34:34 | 1,200 | 2.8617917 | 3.3500 | -3,434.15 | -2.04 | 3,436.19 | 0.00 | 585.85 | O;P |
| AWX | 2018-07-24, 14:36:08 | 1,530 | 2.8486928 | 3.3500 | -4,358.50 | -0.54 | 4,359.04 | 0.00 | 767.00 | O;P |
| AWX | 2018-07-24, 14:38:18 | 6,200 | 2.9137097 | 3.3500 | -18,065.00 | -20.50 | 18,085.50 | 0.00 | 2,705.00 | O;P |
| AWX | 2018-07-24, 14:38:36 | -400 | 2.9500 | 3.3500 | 1,180.00 | -0.16 | -930.61 | 249.23 | -160.00 | C;P |
| AWX | 2018-07-24, 14:38:56 | 1,000 | 2.9400 | 3.3500 | -2,940.00 | 0.40 | 2,939.60 | 0.00 | 410.00 | O |
| AWX | 2018-07-24, 14:45:41 | 1,045 | 2.8765359 | 3.3500 | -3,005.98 | -2.81 | 3,008.79 | 0.00 | 494.77 | O;P |
| AWX | 2018-07-24, 14:45:47 | 2,000 | 2.89969 | 3.3500 | -5,799.38 | -8.80 | 5,808.18 | 0.00 | 900.62 | O;P |
| AWX | 2018-07-24, 14:45:49 | 1,300 | 2.9000 | 3.3500 | -3,770.00 | -0.50 | 3,770.50 | 0.00 | 585.00 | O;P |
| AWX | 2018-07-24, 14:46:00 | 2,000 | 2.936435 | 3.3500 | -5,872.87 | -3.40 | 5,876.27 | 0.00 | 827.13 | O;P |
| AWX | 2018-07-24, 14:46:00 | 2,000 | 2.93675 | 3.3500 | -5,873.50 | -3.80 | 5,877.30 | 0.00 | 826.50 | O;P |
| AWX | 2018-07-24, 14:46:01 | 1,533 | 2.9421461 | 3.3500 | -4,510.31 | -1.69 | 4,512.00 | 0.00 | 625.24 | O;P |
| AWX | 2018-07-24, 14:46:11 | 2,000 | 2.9800 | 3.3500 | -5,960.00 | -5.32 | 5,965.32 | 0.00 | 740.00 | O;P |
| AWX | 2018-07-24, 14:46:34 | 2,000 | 2.9900 | 3.3500 | -5,980.00 | -8.00 | 5,988.00 | 0.00 | 720.00 | O;P |
| AWX | 2018-07-24, 14:46:41 | 2,000 | 2.98692 | 3.3500 | -5,973.84 | -6.56 | 5,980.40 | 0.00 | 726.16 | O;P |
| AWX | 2018-07-24, 14:46:44 | 2,000 | 2.9900 | 3.3500 | -5,980.00 | 0.15 | 5,979.85 | 0.00 | 720.00 | O;P |
| AWX | 2018-07-24, 14:46:46 | 2,000 | 2.9900 | 3.3500 | -5,980.00 | -8.00 | 5,988.00 | 0.00 | 720.00 | O;P |
| AWX | 2018-07-24, 14:46:52 | -8,127 | 3.0061623 | 3.3500 | 24,431.00 | -36.86 | -19,457.69 | 4,936.46 | -2,794.45 | C;P |
| AWX | 2018-07-24, 14:46:53 | -8,550 | 3.0000 | 3.3500 | 25,650.00 | -35.26 | -21,285.59 | 4,329.16 | -2,992.50 | C;P |
| AWX | 2018-07-24, 14:47:24 | 950 | 3.0000 | 3.3500 | -2,850.00 | -3.22 | 2,853.22 | 0.00 | 332.50 | O;P |

A-168

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-24, 14:47:27 | -900 | 3.0500 | 3.3500 | 2,745.00 | 0.20 | -2,318.35 | 426.85 | -270.00 | C;P |
| AWX | 2018-07-24, 14:48:20 | -2,400 | 3.1700 | 3.3500 | 7,608.00 | 0.56 | -6,174.19 | 1,434.37 | -432.00 | C;P |
| AWX | 2018-07-24, 14:53:37 | 100 | 2.8800 | 3.3500 | -288.00 | -0.17 | 288.17 | 0.00 | 47.00 | O |
| AWX | 2018-07-24, 14:53:40 | 1,300 | 2.9400 | 3.3500 | -3,822.00 | -5.49 | 3,827.49 | 0.00 | 533.00 | O;P |
| AWX | 2018-07-24, 14:53:54 | 5,567 | 2.9700 | 3.3500 | -16,533.99 | -4.95 | 16,538.94 | 0.00 | 2,115.46 | O;P |
| AWX | 2018-07-24, 14:54:21 | 11,605 | 2.9991383 | 3.3500 | -34,805.00 | -37.56 | 34,842.56 | 0.00 | 4,071.75 | O;P |
| AWX | 2018-07-24, 14:56:00 | -4,090 | 3.0900 | 3.3500 | 12,638.10 | 0.98 | -10,753.05 | 1,886.03 | -1,063.40 | C;P |
| AWX | 2018-07-24, 14:56:05 | -4,617 | 3.0900 | 3.3500 | 14,266.53 | -13.79 | -12,418.48 | 1,834.26 | -1,200.42 | C;P |
| AWX | 2018-07-24, 14:59:24 | -100 | 3.1000 | 3.3500 | 310.00 | -0.14 | -271.60 | 38.27 | -25.00 | C |
| AWX | 2018-07-24, 15:03:50 | -4,300 | 2.9126349 | 3.3500 | 12,524.33 | -17.47 | -11,668.33 | 838.53 | -1,880.67 | C;P |
| AWX | 2018-07-24, 15:03:54 | -4,910 | 2.8705825 | 3.3500 | 14,094.56 | -11.05 | -13,350.34 | 733.18 | -2,353.94 | C;P |
| AWX | 2018-07-24, 15:05:52 | 25,368 | 2.8825812 | 3.3500 | -73,125.32 | -12.12 | 73,137.44 | 0.00 | 11,857.48 | O;P |
| AWX | 2018-07-24, 15:06:02 | -100 | 2.9000 | 3.3500 | 290.00 | -0.19 | -275.02 | 14.80 | -45.00 | C |
| AWX | 2018-07-24, 15:06:03 | -2,460 | 2.9000 | 3.3500 | 7,134.00 | -3.17 | -6,764.55 | 366.28 | -1,107.00 | C;P |
| AWX | 2018-07-24, 15:06:04 | 25,368 | 2.8900 | 3.3500 | -73,313.52 | 9.09 | 73,304.43 | 0.00 | 11,669.28 | O;P |
| AWX | 2018-07-24, 15:07:31 | 200 | 2.8600 | 3.3500 | -572.00 | -0.49 | 572.49 | 0.00 | 98.00 | O;P |
| AWX | 2018-07-24, 15:07:51 | 2,500 | 2.8702 | 3.3500 | -7,175.50 | -11.45 | 7,186.95 | 0.00 | 1,199.50 | O;P |
| AWX | 2018-07-24, 15:07:53 | 1,900 | 2.8705263 | 3.3500 | -5,454.00 | -8.93 | 5,462.93 | 0.00 | 911.00 | O;P |
| AWX | 2018-07-24, 15:07:56 | 1,473 | 2.8893211 | 3.3500 | -4,255.97 | -6.92 | 4,262.89 | 0.00 | 678.58 | O;P |
| AWX | 2018-07-24, 15:07:58 | 1,300 | 2.9000 | 3.3500 | -3,770.00 | -6.11 | 3,776.11 | 0.00 | 585.00 | O;P |
| AWX | 2018-07-24, 15:08:00 | 2,500 | 2.9500 | 3.3500 | -7,375.00 | -6.75 | 7,381.75 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-24, 15:08:02 | 2,500 | 2.968728 | 3.3500 | -7,421.82 | -8.45 | 7,430.27 | 0.00 | 953.18 | O;P |
| AWX | 2018-07-24, 15:08:04 | 635 | 2.9700 | 3.3500 | -1,885.95 | -2.81 | 1,888.76 | 0.00 | 241.30 | O;P |
| AWX | 2018-07-24, 15:08:06 | 2,500 | 2.9800 | 3.3500 | -7,450.00 | -0.02 | 7,450.02 | 0.00 | 925.00 | O;P |
| AWX | 2018-07-24, 15:08:08 | 2,500 | 2.9980 | 3.3500 | -7,495.00 | -9.25 | 7,504.25 | 0.00 | 880.00 | O;P |
| AWX | 2018-07-24, 15:08:11 | 2,500 | 3.008712 | 3.3500 | -7,521.78 | -1.15 | 7,522.93 | 0.00 | 853.22 | O;P |
| AWX | 2018-07-24, 15:08:12 | 15 | 2.9700 | 3.3500 | -44.55 | -0.32 | 44.87 | 0.00 | 5.70 | O |
| AWX | 2018-07-24, 15:08:16 | 2,500 | 3.027736 | 3.3500 | -7,569.34 | -3.10 | 7,572.44 | 0.00 | 805.66 | O;P |
| AWX | 2018-07-24, 15:08:17 | 300 | 2.9700 | 3.3500 | -891.00 | 0.09 | 890.91 | 0.00 | 114.00 | O |

A-169

## Trades

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-24, 15:08:22 | | 850 | 2.9700 | 3.3500 | -2,524.50 | 0.34 | 2,524.16 | 0.00 | 323.00 | O;P |
| AWX | 2018-07-24, 15:08:23 | | 2,350 | 2.9955872 | 3.3500 | -7,039.63 | -4.01 | 7,043.64 | 0.00 | 832.87 | O;P |
| AWX | 2018-07-24, 15:08:24 | | 2,500 | 2.999244 | 3.3500 | -7,498.11 | -3.85 | 7,501.96 | 0.00 | 876.89 | O;P |
| AWX | 2018-07-24, 15:08:28 | | 2,500 | 2.9960 | 3.3500 | -7,490.00 | -1.55 | 7,491.55 | 0.00 | 885.00 | O;P |
| AWX | 2018-07-24, 15:08:33 | | 2,500 | 3.0000 | 3.3500 | -7,500.00 | 0.75 | 7,499.25 | 0.00 | 875.00 | O |
| AWX | 2018-07-24, 15:08:35 | | 2,500 | 3.0000 | 3.3500 | -7,500.00 | 0.75 | 7,499.25 | 0.00 | 875.00 | O;P |
| AWX | 2018-07-24, 15:08:36 | | 2,500 | 2.99932 | 3.3500 | -7,498.30 | -10.85 | 7,509.15 | 0.00 | 876.70 | O;P |
| AWX | 2018-07-24, 15:08:37 | | 2,500 | 3.0000 | 3.3500 | -7,500.00 | 0.75 | 7,499.25 | 0.00 | 875.00 | O;P |
| AWX | 2018-07-24, 15:08:39 | | 1,460 | 3.0000 | 3.3500 | -4,380.00 | 0.44 | 4,379.56 | 0.00 | 511.00 | O;P |
| AWX | 2018-07-24, 15:08:39 | | 2,500 | 3.0000 | 3.3500 | -7,500.00 | 1.00 | 7,499.00 | 0.00 | 875.00 | O;P |
| AWX | 2018-07-24, 15:08:47 | | 1,500 | 3.0000 | 3.3500 | -4,500.00 | -2.55 | 4,502.55 | 0.00 | 525.00 | O;P |
| AWX | 2018-07-24, 15:08:57 | | 1,068 | 3.0000 | 3.3500 | -3,204.00 | 0.43 | 3,203.57 | 0.00 | 373.80 | O;P |
| AWX | 2018-07-24, 15:08:58 | | 5,200 | 3.0100 | 3.3500 | -15,652.00 | -24.15 | 15,676.15 | 0.00 | 1,768.00 | O;P |
| AWX | 2018-07-24, 15:09:30 | | 100 | 2.9700 | 3.3500 | -297.00 | -0.17 | 297.17 | 0.00 | 38.00 | O |
| AWX | 2018-07-24, 15:09:30 | | 50 | 2.9600 | 3.3500 | -148.00 | -0.26 | 148.26 | 0.00 | 19.50 | O |
| AWX | 2018-07-24, 15:09:34 | | 3,800 | 2.9896053 | 3.3500 | -11,360.50 | -11.86 | 11,372.36 | 0.00 | 1,369.50 | O;P |
| AWX | 2018-07-24, 15:09:40 | | 2,200 | 3.0000 | 3.3500 | -6,600.00 | -6.24 | 6,606.24 | 0.00 | 770.00 | O;P |
| AWX | 2018-07-24, 15:09:49 | | 2,900 | 3.0000 | 3.3500 | -8,700.00 | 1.16 | 8,698.84 | 0.00 | 1,015.00 | O;P |
| AWX | 2018-07-24, 15:09:57 | | 900 | 2.9900 | 3.3500 | -2,691.00 | -3.73 | 2,694.73 | 0.00 | 324.00 | O;P |
| AWX | 2018-07-24, 15:09:58 | | 2,100 | 3.0000 | 3.3500 | -6,300.00 | -9.57 | 6,309.57 | 0.00 | 735.00 | O;P |
| AWX | 2018-07-24, 15:09:58 | | 100 | 2.9800 | 3.3500 | -298.00 | -0.17 | 298.17 | 0.00 | 37.00 | O |
| AWX | 2018-07-24, 15:11:10 | | 14,900 | 2.9899074 | 3.3500 | -44,549.62 | 2.23 | 44,547.39 | 0.00 | 5,365.38 | O;P |
| AWX | 2018-07-24, 15:11:33 | | 700 | 2.9900 | 3.3500 | -2,093.00 | -1.04 | 2,094.04 | 0.00 | 252.00 | O;P |
| AWX | 2018-07-24, 15:11:47 | | -9,325 | 3.0000 | 3.3500 | 27,975.00 | 1.19 | -26,086.97 | 1,889.21 | -3,263.75 | C;P |
| AWX | 2018-07-24, 15:12:01 | | -3,740 | 3.0200 | 3.3500 | 11,294.80 | 0.53 | -10,669.64 | 625.69 | -1,234.20 | C;P |
| AWX | 2018-07-24, 15:13:00 | | 2,350 | 3.0000 | 3.3500 | -7,050.00 | 0.70 | 7,049.30 | 0.00 | 822.50 | O;P |
| AWX | 2018-07-24, 15:14:52 | | 100 | 3.0000 | 3.3500 | -300.00 | -0.16 | 300.16 | 0.00 | 35.00 | O |
| AWX | 2018-07-24, 15:16:24 | | 4,000 | 3.02875 | 3.3500 | -12,115.00 | -10.05 | 12,125.05 | 0.00 | 1,285.00 | O;P |
| AWX | 2018-07-24, 15:16:32 | | 1,700 | 3.0600 | 3.3500 | -5,202.00 | -2.97 | 5,204.97 | 0.00 | 493.00 | O;P |

A-170

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-24, 15:16:36 | 1,700 | 3.0875176 | 3.3500 | -5,248.78 | -2.99 | 5,251.77 | 0.00 | 446.22 | O;P |
| AWX | 2018-07-24, 15:16:37 | 1,700 | 3.0887706 | 3.3500 | -5,250.91 | -5.29 | 5,256.20 | 0.00 | 444.09 | O;P |
| AWX | 2018-07-24, 15:16:38 | 1,700 | 3.0899529 | 3.3500 | -5,252.92 | -7.39 | 5,260.31 | 0.00 | 442.08 | O;P |
| AWX | 2018-07-24, 15:16:38 | 1,300 | 3.0899692 | 3.3500 | -4,016.96 | -5.81 | 4,022.77 | 0.00 | 338.04 | O;P |
| AWX | 2018-07-24, 15:16:43 | 1,600 | 3.0900 | 3.3500 | -4,944.00 | 0.64 | 4,943.36 | 0.00 | 416.00 | O;P |
| AWX | 2018-07-24, 15:16:43 | 100 | 3.0900 | 3.3500 | -309.00 | -0.17 | 309.17 | 0.00 | 26.00 | O;P |
| AWX | 2018-07-24, 15:16:43 | 100 | 3.0900 | 3.3500 | -309.00 | -0.17 | 309.17 | 0.00 | 26.00 | O |
| AWX | 2018-07-24, 15:16:45 | 980 | 3.0996429 | 3.3500 | -3,037.65 | -3.19 | 3,040.84 | 0.00 | 245.35 | O;P |
| AWX | 2018-07-24, 15:16:46 | 1,700 | 3.1000 | 3.3500 | -5,270.00 | -3.89 | 5,273.89 | 0.00 | 425.00 | O;P |
| AWX | 2018-07-24, 15:16:56 | 1,700 | 3.1000 | 3.3500 | -5,270.00 | -0.49 | 5,270.49 | 0.00 | 425.00 | O;P |
| AWX | 2018-07-24, 15:17:05 | 300 | 3.1000 | 3.3500 | -930.00 | -1.41 | 931.41 | 0.00 | 75.00 | O |
| AWX | 2018-07-24, 15:17:06 | 700 | 3.1000 | 3.3500 | -2,170.00 | -3.29 | 2,173.29 | 0.00 | 175.00 | O;P |
| AWX | 2018-07-24, 15:17:12 | 500 | 3.1000 | 3.3500 | -1,550.00 | 0.15 | 1,549.85 | 0.00 | 125.00 | O |
| AWX | 2018-07-24, 15:17:13 | 1,275 | 3.1100 | 3.3500 | -3,965.25 | -0.34 | 3,965.59 | 0.00 | 306.00 | O;P |
| AWX | 2018-07-24, 15:17:34 | 12,900 | 3.1497287 | 3.3500 | -40,631.50 | 0.21 | 40,631.29 | 0.00 | 2,583.50 | O;P |
| AWX | 2018-07-24, 15:20:25 | -6,735 | 3.0025093 | 3.3500 | 20,221.90 | -5.57 | -19,332.77 | 883.57 | -2,340.35 | C;P |
| AWX | 2018-07-24, 15:21:46 | -1,800 | 3.0177778 | 3.3500 | 5,432.00 | -3.93 | -5,199.80 | 228.27 | -598.00 | C;P |
| AWX | 2018-07-24, 15:22:56 | 4,000 | 3.0800 | 3.3500 | -12,320.00 | 1.26 | 12,318.74 | 0.00 | 1,080.00 | O;P |
| AWX | 2018-07-24, 15:23:00 | 5,000 | 3.0800 | 3.3500 | -15,400.00 | 0.99 | 15,399.01 | 0.00 | 1,350.00 | O;P |
| AWX | 2018-07-24, 15:23:02 | -1,700 | 3.0911765 | 3.3500 | 5,255.00 | -4.16 | -4,917.98 | 332.86 | -440.00 | C;P |
| AWX | 2018-07-24, 15:23:14 | -185 | 3.1000 | 3.3500 | 573.50 | -0.47 | -535.52 | 37.51 | -46.25 | C;P |
| AWX | 2018-07-24, 15:31:01 | 2,000 | 3.035035 | 3.3500 | -6,070.07 | -3.40 | 6,073.47 | 0.00 | 629.93 | O;P |
| AWX | 2018-07-24, 15:31:02 | 2,000 | 3.039825 | 3.3500 | -6,079.65 | -1.71 | 6,081.36 | 0.00 | 620.35 | O;P |
| AWX | 2018-07-24, 15:31:05 | 400 | 3.0450 | 3.3500 | -1,218.00 | -1.88 | 1,219.88 | 0.00 | 122.00 | O;P |
| AWX | 2018-07-24, 15:31:06 | 2,000 | 3.0320 | 3.3500 | -6,064.00 | -8.38 | 6,072.38 | 0.00 | 636.00 | O;P |
| AWX | 2018-07-24, 15:31:07 | 2,000 | 3.0700 | 3.3500 | -6,140.00 | -8.90 | 6,148.90 | 0.00 | 560.00 | O;P |
| AWX | 2018-07-24, 15:31:33 | 400 | 3.0700 | 3.3500 | -1,228.00 | -1.88 | 1,229.88 | 0.00 | 112.00 | O;P |
| AWX | 2018-07-24, 15:31:37 | 2,000 | 3.088915 | 3.3500 | -6,177.83 | -0.93 | 6,178.76 | 0.00 | 522.17 | O;P |
| AWX | 2018-07-24, 15:31:44 | 2,000 | 3.08757 | 3.3500 | -6,175.14 | -3.40 | 6,178.54 | 0.00 | 524.86 | O;P |

A-171

## Trades

| Symbol | Date/Time | Quantity | Price | | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|--------|-----------|----------|-------|------|----------|----------|-------|--------------|---------|------|
| AWX | 2018-07-24, 15:31:45 | 1,700 | 3.0887235 | 3.3500 | -5,250.83 | -3.34 | 5,254.17 | 0.00 | 444.17 | O;P |
| AWX | 2018-07-24, 15:31:49 | 2,000 | 3.1000 | 3.3500 | -6,200.00 | -6.04 | 6,206.04 | 0.00 | 500.00 | O;P |
| AWX | 2018-07-24, 15:31:59 | 2,000 | 3.1400 | 3.3500 | -6,280.00 | -8.90 | 6,288.90 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-24, 15:32:01 | 250 | 3.1400 | 3.3500 | -785.00 | 0.07 | 784.93 | 0.00 | 52.50 | O;P |
| AWX | 2018-07-24, 15:32:05 | 100 | 3.1400 | 3.3500 | -314.00 | -0.17 | 314.17 | 0.00 | 21.00 | O |
| AWX | 2018-07-24, 15:32:06 | -100 | 3.1500 | 3.3500 | 315.00 | -0.19 | -289.19 | 25.62 | -20.00 | C |
| AWX | 2018-07-24, 15:33:02 | 500 | 3.0960 | 3.3500 | -1,548.00 | -0.85 | 1,548.85 | 0.00 | 127.00 | O;P |
| AWX | 2018-07-24, 15:33:04 | 500 | 3.1000 | 3.3500 | -1,550.00 | 0.15 | 1,549.85 | 0.00 | 125.00 | O;P |
| AWX | 2018-07-24, 15:33:04 | 500 | 3.1000 | 3.3500 | -1,550.00 | 0.15 | 1,549.85 | 0.00 | 125.00 | O |
| AWX | 2018-07-24, 15:33:31 | 500 | 3.1000 | 3.3500 | -1,550.00 | 0.20 | 1,549.80 | 0.00 | 125.00 | O |
| AWX | 2018-07-24, 15:33:31 | 500 | 3.1000 | 3.3500 | -1,550.00 | 0.20 | 1,549.80 | 0.00 | 125.00 | O |
| AWX | 2018-07-24, 15:34:24 | 3,900 | 3.0902462 | 3.3500 | -12,051.96 | -18.03 | 12,069.99 | 0.00 | 1,013.04 | O;P |
| AWX | 2018-07-24, 15:34:26 | 3,900 | 3.097159 | 3.3500 | -12,078.92 | -17.73 | 12,096.65 | 0.00 | 986.08 | O;P |
| AWX | 2018-07-24, 15:34:27 | 2,502 | 3.099984 | 3.3500 | -7,756.16 | -5.74 | 7,761.90 | 0.00 | 625.54 | O;P |
| AWX | 2018-07-24, 15:35:52 | 2,400 | 3.1000 | 3.3500 | -7,440.00 | 0.72 | 7,439.28 | 0.00 | 600.00 | O |
| AWX | 2018-07-24, 15:36:03 | 3,600 | 3.1200 | 3.3500 | -11,232.00 | -16.02 | 11,248.02 | 0.00 | 828.00 | O;P |
| AWX | 2018-07-24, 15:36:03 | 100 | 3.1000 | 3.3500 | -310.00 | -0.16 | 310.16 | 0.00 | 25.00 | O |
| AWX | 2018-07-24, 15:36:08 | 2,041 | 3.1200 | 3.3500 | -6,367.92 | 0.44 | 6,367.48 | 0.00 | 469.43 | O;P |
| AWX | 2018-07-24, 15:39:18 | 1,412 | 3.1199771 | 3.3500 | -4,405.41 | -0.80 | 4,406.21 | 0.00 | 324.79 | O;P |
| AWX | 2018-07-24, 15:49:33 | 3,545 | 3.0999013 | 3.3500 | -10,989.15 | -12.02 | 11,001.17 | 0.00 | 886.60 | O;P |
| AWX | 2018-07-24, 15:49:35 | 1,850 | 3.1197189 | 3.3500 | -5,771.48 | -8.45 | 5,779.93 | 0.00 | 426.02 | O;P |
| AWX | 2018-07-24, 15:49:37 | 6,696 | 3.1498477 | 3.3500 | -21,091.38 | -26.64 | 21,118.02 | 0.00 | 1,340.22 | O;P |
| AWX | 2018-07-24, 15:50:04 | 10,320 | 3.1715578 | 3.3500 | -32,730.48 | -20.36 | 32,750.83 | 0.00 | 1,841.52 | O;P |
| AWX | 2018-07-24, 15:50:11 | 11,120 | 3.1947482 | 3.3500 | -35,525.60 | -38.53 | 35,564.13 | 0.00 | 1,726.40 | O;P |
| AWX | 2018-07-24, 15:50:43 | -700 | 3.2500 | 3.3500 | 2,275.00 | 0.10 | -2,024.33 | 250.77 | -70.00 | C;P |
| AWX | 2018-07-24, 15:50:45 | -200 | 3.2500 | 3.3500 | 650.00 | 0.00 | -578.38 | 71.62 | -20.00 | C;P |
| AWX | 2018-07-24, 15:50:48 | -8,273 | 3.2501632 | 3.3500 | 26,888.60 | -3.81 | -23,471.94 | 3,412.85 | -825.95 | C;P |
| AWX | 2018-07-24, 15:56:10 | 1,000 | 3.2050 | 3.3500 | -3,205.00 | -1.90 | 3,206.90 | 0.00 | 145.00 | O;P |
| AWX | 2018-07-24, 15:56:11 | 1,000 | 3.21115 | 3.3500 | -3,211.15 | -1.88 | 3,213.03 | 0.00 | 138.85 | O;P |

A-172

## Trades

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-24, 15:56:12 | | 950 | 3.2296316 | 3.3500 | -3,068.15 | -1.73 | 3,069.88 | 0.00 | 114.35 | O;P |
| AWX | 2018-07-24, 15:56:15 | | 1,000 | 3.2400 | 3.3500 | -3,240.00 | -4.70 | 3,244.70 | 0.00 | 110.00 | O;P |
| AWX | 2018-07-24, 15:56:15 | | 1,000 | 3.2340 | 3.3500 | -3,234.00 | -2.42 | 3,236.42 | 0.00 | 116.00 | O;P |
| AWX | 2018-07-24, 15:56:16 | | -100 | 3.2500 | 3.3500 | 325.00 | -0.39 | -276.96 | 47.65 | -10.00 | C |
| AWX | 2018-07-24, 15:56:17 | | -600 | 3.2500 | 3.3500 | 1,950.00 | -1.12 | -1,661.76 | 287.12 | -60.00 | C;P |
| AWX | 2018-07-24, 15:56:36 | | -200 | 3.2500 | 3.3500 | 650.00 | -0.42 | -553.92 | 95.66 | -20.00 | C;P |
| AWX | 2018-07-24, 15:57:13 | | -2,800 | 3.2550 | 3.3500 | 9,114.00 | -5.41 | -7,972.72 | 1,135.86 | -266.00 | C;P |
| AWX | 2018-07-24, 15:58:19 | | -3,215 | 3.3335925 | 3.3500 | 10,717.50 | -6.53 | -9,194.07 | 1,516.90 | -52.75 | C;P |
| AWX | 2018-07-24, 15:58:19 | | -1,958 | 3.3000 | 3.3500 | 6,461.40 | -3.73 | -5,600.12 | 857.55 | -97.90 | C;P |
| AWX | 2018-07-24, 15:58:32 | | -400 | 3.3000 | 3.3500 | 1,320.00 | -0.75 | -1,144.24 | 175.01 | -20.00 | C;P |
| AWX | 2018-07-24, 15:58:32 | | -400 | 3.3350 | 3.3500 | 1,334.00 | -0.65 | -1,144.24 | 189.11 | -6.00 | C;P |
| AWX | 2018-07-24, 15:59:55 | | -1,700 | 3.3029412 | 3.3500 | 5,615.00 | -3.02 | -4,863.59 | 748.39 | -80.00 | C;P |
| AWX | 2018-07-24, 16:00:00 | | -100 | 3.3500 | 3.3500 | 335.00 | -0.44 | -285.90 | 48.66 | 0.00 | C |
| AWX | 2018-07-24, 17:06:32 | | 140 | 3.2500 | 3.3500 | -455.00 | -0.34 | 455.34 | 0.00 | 14.00 | O;P |
| AWX | 2018-07-24, 17:10:39 | | 249 | 3.2900 | 3.3500 | -819.21 | -1.07 | 820.28 | 0.00 | 14.94 | O;P |
| AWX | 2018-07-24, 17:13:09 | | 450 | 3.3500 | 3.3500 | -1,507.50 | -1.61 | 1,509.11 | 0.00 | 0.00 | O;P |
| AWX | 2018-07-24, 18:20:29 | | -100 | 3.4000 | 3.3500 | 340.00 | -0.18 | -286.22 | 53.60 | 5.00 | C |
| AWX | 2018-07-25, 07:51:39 | | 25 | 3.0500 | 4.3200 | -76.25 | -0.37 | 76.62 | 0.00 | 31.75 | O |
| AWX | 2018-07-25, 08:01:35 | | 100 | 3.0500 | 4.3200 | -305.00 | -0.17 | 305.17 | 0.00 | 127.00 | O |
| AWX | 2018-07-25, 08:01:56 | | 700 | 3.0500 | 4.3200 | -2,135.00 | 0.28 | 2,134.72 | 0.00 | 889.00 | O;P |
| AWX | 2018-07-25, 08:04:52 | | 165 | 3.0500 | 4.3200 | -503.25 | -0.05 | 503.30 | 0.00 | 209.55 | O;P |
| AWX | 2018-07-25, 08:08:24 | | 500 | 3.1000 | 4.3200 | -1,550.00 | -1.10 | 1,551.10 | 0.00 | 610.00 | O;P |
| AWX | 2018-07-25, 08:09:45 | | 4,325 | 3.0800 | 4.3200 | -13,321.00 | 1.73 | 13,319.27 | 0.00 | 5,363.00 | O;P |
| AWX | 2018-07-25, 08:19:00 | | 16,825 | 3.0000 | 4.3200 | -50,475.00 | -28.11 | 50,503.11 | 0.00 | 22,209.00 | O;P |
| AWX | 2018-07-25, 08:23:54 | | 2,335 | 3.0600 | 4.3200 | -7,145.10 | -10.80 | 7,155.90 | 0.00 | 2,942.10 | O;P |
| AWX | 2018-07-25, 08:26:36 | | 4,845 | 3.1000 | 4.3200 | -15,019.50 | -9.75 | 15,029.25 | 0.00 | 5,910.90 | O;P |
| AWX | 2018-07-25, 08:27:34 | | 6,400 | 3.1844531 | 4.3200 | -20,380.50 | -30.09 | 20,410.59 | 0.00 | 7,267.50 | O;P |
| AWX | 2018-07-25, 08:32:18 | | 1,500 | 3.0793333 | 4.3200 | -4,619.00 | -6.93 | 4,625.93 | 0.00 | 1,861.00 | O;P |
| AWX | 2018-07-25, 08:33:21 | | 700 | 3.0600 | 4.3200 | -2,142.00 | -0.79 | 2,142.79 | 0.00 | 882.00 | O;P |

A-173

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 08:33:46 | 100 | 3.0500 | 4.3200 | -305.00 | -0.17 | 305.17 | 0.00 | 127.00 | O |
| AWX | 2018-07-25, 08:33:46 | 550 | 3.0400 | 4.3200 | -1,672.00 | 0.44 | 1,671.56 | 0.00 | 704.00 | O;P |
| AWX | 2018-07-25, 08:35:36 | 1,000 | 3.0660 | 4.3200 | -3,066.00 | -4.20 | 3,070.20 | 0.00 | 1,254.00 | O;P |
| AWX | 2018-07-25, 08:35:49 | 1,000 | 3.0600 | 4.3200 | -3,060.00 | -4.45 | 3,064.45 | 0.00 | 1,260.00 | O;P |
| AWX | 2018-07-25, 08:35:58 | 1,000 | 3.0600 | 4.3200 | -3,060.00 | -1.45 | 3,061.45 | 0.00 | 1,260.00 | O;P |
| AWX | 2018-07-25, 08:37:12 | 2,000 | 3.1000 | 4.3200 | -6,200.00 | -8.87 | 6,208.87 | 0.00 | 2,440.00 | O;P |
| AWX | 2018-07-25, 08:38:41 | 1,500 | 3.1366667 | 4.3200 | -4,705.00 | -6.49 | 4,711.49 | 0.00 | 1,775.00 | O;P |
| AWX | 2018-07-25, 08:38:48 | 1,500 | 3.1400 | 4.3200 | -4,710.00 | -7.05 | 4,717.05 | 0.00 | 1,770.00 | O;P |
| AWX | 2018-07-25, 08:38:52 | 1,500 | 3.1400 | 4.3200 | -4,710.00 | -7.05 | 4,717.05 | 0.00 | 1,770.00 | O;P |
| AWX | 2018-07-25, 08:38:56 | 1,500 | 3.1400 | 4.3200 | -4,710.00 | -7.05 | 4,717.05 | 0.00 | 1,770.00 | O;P |
| AWX | 2018-07-25, 08:38:59 | 1,500 | 3.1496667 | 4.3200 | -4,724.50 | -5.93 | 4,730.43 | 0.00 | 1,755.50 | O;P |
| AWX | 2018-07-25, 08:41:45 | 10,000 | 3.1700 | 4.3200 | -31,700.00 | -46.76 | 31,746.76 | 0.00 | 11,500.00 | O;P |
| AWX | 2018-07-25, 08:41:50 | 1,975 | 3.1700 | 4.3200 | -6,260.75 | -8.90 | 6,269.65 | 0.00 | 2,271.25 | O;P |
| AWX | 2018-07-25, 08:48:44 | 1,655 | 3.2381269 | 4.3200 | -5,359.10 | -6.28 | 5,365.38 | 0.00 | 1,790.50 | O;P |
| AWX | 2018-07-25, 08:58:26 | 10 | 3.1500 | 4.3200 | -31.50 | -0.36 | 31.86 | 0.00 | 11.70 | O |
| AWX | 2018-07-25, 08:58:58 | 800 | 3.1900 | 4.3200 | -2,552.00 | -3.76 | 2,555.76 | 0.00 | 904.00 | O;P |
| AWX | 2018-07-25, 08:59:39 | 846 | 3.199409 | 4.3200 | -2,706.70 | -3.10 | 2,709.80 | 0.00 | 948.02 | O;P |
| AWX | 2018-07-25, 09:00:50 | 1,235 | 3.2519028 | 4.3200 | -4,016.10 | -5.81 | 4,021.91 | 0.00 | 1,319.10 | O;P |
| AWX | 2018-07-25, 09:00:53 | 725 | 3.2768966 | 4.3200 | -2,375.75 | -2.64 | 2,378.39 | 0.00 | 756.25 | O;P |
| AWX | 2018-07-25, 09:00:58 | 100 | 3.2900 | 4.3200 | -329.00 | -0.16 | 329.16 | 0.00 | 103.00 | O |
| AWX | 2018-07-25, 09:01:04 | 400 | 3.3000 | 4.3200 | -1,320.00 | -0.97 | 1,320.97 | 0.00 | 408.00 | O;P |
| AWX | 2018-07-25, 09:02:11 | 1,000 | 3.2400 | 4.3200 | -3,240.00 | -4.70 | 3,244.70 | 0.00 | 1,080.00 | O |
| AWX | 2018-07-25, 09:03:36 | 1,467 | 3.2692093 | 4.3200 | -4,795.93 | -6.34 | 4,802.27 | 0.00 | 1,541.51 | O;P |
| AWX | 2018-07-25, 09:04:52 | 4,540 | 3.3400 | 4.3200 | -15,163.60 | -6.24 | 15,169.84 | 0.00 | 4,449.20 | O;P |
| AWX | 2018-07-25, 09:05:40 | 2 | 3.3400 | 4.3200 | -6.68 | -0.35 | 7.03 | 0.00 | 1.96 | O |
| AWX | 2018-07-25, 09:05:51 | 4,407 | 3.3873542 | 4.3200 | -14,928.07 | -17.32 | 14,945.39 | 0.00 | 4,110.17 | O;P |
| AWX | 2018-07-25, 09:24:38 | 1,078 | 3.4000 | 4.3200 | -3,665.20 | -1.18 | 3,666.38 | 0.00 | 991.76 | O;P |
| AWX | 2018-07-25, 09:25:10 | 3,100 | 3.4793548 | 4.3200 | -10,786.00 | -14.57 | 10,800.57 | 0.00 | 2,606.00 | O;P |
| AWX | 2018-07-25, 09:25:25 | 620 | 3.4700 | 4.3200 | -2,151.40 | -2.91 | 2,154.31 | 0.00 | 527.00 | O |

A-174

## Trades

| Symbol | Date/Time | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 09:25:33 | 114 | 3.5300 | 4.3200 | -402.42 | -0.65 | 403.07 | 0.00 | 90.06 | O;P |
| AWX | 2018-07-25, 09:25:45 | 2,100 | 3.5871429 | 4.3200 | -7,533.00 | -4.87 | 7,537.87 | 0.00 | 1,539.00 | O;P |
| AWX | 2018-07-25, 09:25:48 | 1,000 | 3.5900 | 4.3200 | -3,590.00 | 0.30 | 3,589.70 | 0.00 | 730.00 | O |
| AWX | 2018-07-25, 09:25:57 | 400 | 3.5900 | 4.3200 | -1,436.00 | 0.12 | 1,435.88 | 0.00 | 292.00 | O;P |
| AWX | 2018-07-25, 09:26:03 | 1,800 | 3.5900 | 4.3200 | -6,462.00 | -2.85 | 6,464.85 | 0.00 | 1,314.00 | O;P |
| AWX | 2018-07-25, 09:26:05 | 2,272 | 3.6000 | 4.3200 | -8,179.20 | -9.68 | 8,188.88 | 0.00 | 1,635.84 | O;P |
| AWX | 2018-07-25, 09:26:19 | 3,500 | 3.6200 | 4.3200 | -12,670.00 | 0.29 | 12,669.71 | 0.00 | 2,450.00 | O;P |
| AWX | 2018-07-25, 09:26:25 | 1,700 | 3.6400 | 4.3200 | -6,188.00 | -0.86 | 6,188.86 | 0.00 | 1,156.00 | O;P |
| AWX | 2018-07-25, 09:26:54 | 1,200 | 3.5900 | 4.3200 | -4,308.00 | 0.36 | 4,307.64 | 0.00 | 876.00 | O;P |
| AWX | 2018-07-25, 09:26:54 | 28 | 3.6000 | 4.3200 | -100.80 | -0.30 | 101.10 | 0.00 | 20.16 | O |
| AWX | 2018-07-25, 09:26:55 | 3,500 | 3.6384829 | 4.3200 | -12,734.69 | -15.95 | 12,750.64 | 0.00 | 2,385.31 | O;P |
| AWX | 2018-07-25, 09:27:00 | 3,500 | 3.6200 | 4.3200 | -12,670.00 | 0.63 | 12,669.37 | 0.00 | 2,450.00 | O;P |
| AWX | 2018-07-25, 09:27:02 | 3,500 | 3.6400 | 4.3200 | -12,740.00 | -16.45 | 12,756.45 | 0.00 | 2,380.00 | O;P |
| AWX | 2018-07-25, 09:27:10 | 3,500 | 3.63516 | 4.3200 | -12,723.06 | -16.20 | 12,739.26 | 0.00 | 2,396.94 | O;P |
| AWX | 2018-07-25, 09:27:15 | 3,759 | 3.6100 | 4.3200 | -13,569.99 | 0.99 | 13,569.00 | 0.00 | 2,668.89 | O;P |
| AWX | 2018-07-25, 09:27:22 | 16,377 | 3.6400 | 4.3200 | -59,612.28 | -24.39 | 59,636.67 | 0.00 | 11,136.36 | O;P |
| AWX | 2018-07-25, 09:27:58 | 1,250 | 3.6400 | 4.3200 | -4,550.00 | 0.50 | 4,549.50 | 0.00 | 850.00 | O;P |
| AWX | 2018-07-25, 09:28:21 | 2,000 | 3.6400 | 4.3200 | -7,280.00 | -1.40 | 7,281.40 | 0.00 | 1,360.00 | O;P |
| AWX | 2018-07-25, 09:28:24 | 13,873 | 3.6400 | 4.3200 | -50,497.72 | 5.53 | 50,492.19 | 0.00 | 9,433.64 | O;P |
| AWX | 2018-07-25, 09:29:00 | 1,500 | 3.6300 | 4.3200 | -5,445.00 | -2.94 | 5,447.94 | 0.00 | 1,035.00 | O;P |
| AWX | 2018-07-25, 09:29:02 | 101 | 3.6100 | 4.3200 | -364.61 | -0.16 | 364.77 | 0.00 | 71.71 | O |
| AWX | 2018-07-25, 09:29:03 | 1,500 | 3.6400 | 4.3200 | -5,460.00 | -2.55 | 5,462.55 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-25, 09:29:17 | 1,500 | 3.6400 | 4.3200 | -5,460.00 | -5.80 | 5,465.80 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-25, 09:29:43 | 1,500 | 3.6400 | 4.3200 | -5,460.00 | 0.60 | 5,459.40 | 0.00 | 1,020.00 | O |
| AWX | 2018-07-25, 09:30:30 | 30,390 | 3.6095064 | 4.3200 | -109,692.90 | -6.49 | 109,699.39 | 0.00 | 21,591.90 | O;P |
| AWX | 2018-07-25, 09:30:30 | 850 | 3.4900 | 4.3200 | -2,966.50 | 0.25 | 2,966.25 | 0.00 | 705.50 | O |
| AWX | 2018-07-25, 09:30:35 | 1,650 | 3.4900 | 4.3200 | -5,758.50 | 0.49 | 5,758.01 | 0.00 | 1,369.50 | O;P |
| AWX | 2018-07-25, 09:30:35 | 3,136 | 3.5300 | 4.3200 | -11,070.08 | 0.94 | 11,069.14 | 0.00 | 2,477.44 | O;P |
| AWX | 2018-07-25, 09:32:38 | 1,500 | 3.4300 | 4.3200 | -5,145.00 | 0.32 | 5,144.68 | 0.00 | 1,335.00 | O;P |

**A-175**

## Trades

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 09:32:41 | | 500 | 3.3800 | 4.3200 | -1,690.00 | 0.20 | 1,689.80 | 0.00 | 470.00 | O |
| AWX | 2018-07-25, 09:32:41 | | 123 | 3.3700 | 4.3200 | -414.51 | -0.13 | 414.64 | 0.00 | 116.85 | O;P |
| AWX | 2018-07-25, 09:32:41 | | 300 | 3.3800 | 4.3200 | -1,014.00 | 0.09 | 1,013.91 | 0.00 | 282.00 | O |
| AWX | 2018-07-25, 09:32:41 | | 500 | 3.3800 | 4.3200 | -1,690.00 | 0.15 | 1,689.85 | 0.00 | 470.00 | O |
| AWX | 2018-07-25, 09:32:42 | | 297 | 3.3700 | 4.3200 | -1,000.89 | 0.12 | 1,000.77 | 0.00 | 282.15 | O;P |
| AWX | 2018-07-25, 09:33:06 | | 2,000 | 3.3700 | 4.3200 | -6,740.00 | -2.10 | 6,742.10 | 0.00 | 1,900.00 | O;P |
| AWX | 2018-07-25, 09:33:08 | | 2,261 | 3.3764617 | 4.3200 | -7,634.18 | -3.07 | 7,637.25 | 0.00 | 2,133.34 | O;P |
| AWX | 2018-07-25, 09:33:17 | | 2,500 | 3.4056 | 4.3200 | -8,514.00 | -5.75 | 8,519.75 | 0.00 | 2,286.00 | O;P |
| AWX | 2018-07-25, 09:33:20 | | 2,500 | 3.43396 | 4.3200 | -8,584.90 | -7.75 | 8,592.65 | 0.00 | 2,215.10 | O;P |
| AWX | 2018-07-25, 09:33:22 | | 2,500 | 3.4400 | 4.3200 | -8,600.00 | -11.75 | 8,611.75 | 0.00 | 2,200.00 | O;P |
| AWX | 2018-07-25, 09:33:25 | | 2,500 | 3.4168 | 4.3200 | -8,542.00 | -11.75 | 8,553.75 | 0.00 | 2,258.00 | O;P |
| AWX | 2018-07-25, 09:33:27 | | 2,500 | 3.41858 | 4.3200 | -8,546.45 | -6.65 | 8,553.10 | 0.00 | 2,253.55 | O;P |
| AWX | 2018-07-25, 09:33:31 | | 1,207 | 3.4200 | 4.3200 | -4,127.94 | -3.86 | 4,131.80 | 0.00 | 1,086.30 | O;P |
| AWX | 2018-07-25, 09:33:34 | | 2,500 | 3.4300 | 4.3200 | -8,575.00 | -8.75 | 8,583.75 | 0.00 | 2,225.00 | O;P |
| AWX | 2018-07-25, 09:33:39 | | 1,093 | 3.4200 | 4.3200 | -3,738.06 | -2.64 | 3,740.70 | 0.00 | 983.70 | O;P |
| AWX | 2018-07-25, 09:33:42 | | 800 | 3.4200 | 4.3200 | -2,736.00 | 0.32 | 2,735.68 | 0.00 | 720.00 | O;P |
| AWX | 2018-07-25, 09:33:44 | | 700 | 3.4200 | 4.3200 | -2,394.00 | 0.28 | 2,393.72 | 0.00 | 630.00 | O;P |
| AWX | 2018-07-25, 09:33:46 | | 2,082 | 3.4113545 | 4.3200 | -7,102.44 | -7.41 | 7,109.85 | 0.00 | 1,891.80 | O;P |
| AWX | 2018-07-25, 09:33:47 | | 873 | 3.3800 | 4.3200 | -2,950.74 | 0.35 | 2,950.39 | 0.00 | 820.62 | O;P |
| AWX | 2018-07-25, 09:33:51 | | 2,500 | 3.4200 | 4.3200 | -8,550.00 | 1.00 | 8,549.00 | 0.00 | 2,250.00 | O;P |
| AWX | 2018-07-25, 09:33:51 | | 2,500 | 3.4300 | 4.3200 | -8,575.00 | -1.95 | 8,576.95 | 0.00 | 2,225.00 | O;P |
| AWX | 2018-07-25, 09:33:51 | | 218 | 3.4200 | 4.3200 | -745.56 | 0.04 | 745.52 | 0.00 | 196.20 | O;P |
| AWX | 2018-07-25, 09:33:54 | | 100 | 3.4000 | 4.3200 | -340.00 | -0.16 | 340.16 | 0.00 | 92.00 | O |
| AWX | 2018-07-25, 09:33:56 | | 2,300 | 3.4000 | 4.3200 | -7,820.00 | 0.92 | 7,819.08 | 0.00 | 2,116.00 | O;P |
| AWX | 2018-07-25, 09:34:00 | | 44 | 3.4354 | 4.3200 | -151.16 | -0.36 | 151.52 | 0.00 | 38.92 | O |
| AWX | 2018-07-25, 09:34:06 | | 500 | 3.4000 | 4.3200 | -1,700.00 | 0.20 | 1,699.80 | 0.00 | 460.00 | O;P |
| AWX | 2018-07-25, 09:34:08 | | 2,500 | 3.433936 | 4.3200 | -8,584.84 | -4.25 | 8,589.09 | 0.00 | 2,215.16 | O;P |
| AWX | 2018-07-25, 09:34:08 | | 993 | 3.4000 | 4.3200 | -3,376.20 | 0.69 | 3,375.51 | 0.00 | 913.56 | O;P |
| AWX | 2018-07-25, 09:34:10 | | 2,500 | 3.43388 | 4.3200 | -8,584.70 | -4.25 | 8,588.95 | 0.00 | 2,215.30 | O;P |

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 09:34:11 | 1,500 | 3.4000 | 4.3200 | -5,100.00 | 0.60 | 5,099.40 | 0.00 | 1,380.00 | O;P |
| AWX | 2018-07-25, 09:34:13 | 2,500 | 3.436376 | 4.3200 | -8,590.94 | -5.45 | 8,596.39 | 0.00 | 2,209.06 | O;P |
| AWX | 2018-07-25, 09:34:13 | 1,407 | 3.4000 | 4.3200 | -4,783.80 | 0.29 | 4,783.51 | 0.00 | 1,294.44 | O;P |
| AWX | 2018-07-25, 09:34:16 | 2,300 | 3.4279174 | 4.3200 | -7,884.21 | -9.28 | 7,893.49 | 0.00 | 2,051.79 | O;P |
| AWX | 2018-07-25, 09:34:56 | 700 | 3.4000 | 4.3200 | -2,380.00 | 0.28 | 2,379.72 | 0.00 | 644.00 | O;P |
| AWX | 2018-07-25, 09:34:59 | 4,500 | 3.4372867 | 4.3200 | -15,467.79 | -7.65 | 15,475.44 | 0.00 | 3,972.21 | O;P |
| AWX | 2018-07-25, 09:35:14 | 1,750 | 3.4100 | 4.3200 | -5,967.50 | 0.70 | 5,966.80 | 0.00 | 1,592.50 | O;P |
| AWX | 2018-07-25, 09:35:17 | 4,500 | 3.4290267 | 4.3200 | -15,430.62 | -13.47 | 15,444.09 | 0.00 | 4,009.38 | O;P |
| AWX | 2018-07-25, 09:35:18 | 2,539 | 3.4000 | 4.3200 | -8,632.60 | 1.01 | 8,631.59 | 0.00 | 2,335.88 | O;P |
| AWX | 2018-07-25, 09:35:17 | 100 | 3.3800 | 4.3200 | -338.00 | -0.16 | 338.16 | 0.00 | 94.00 | O |
| AWX | 2018-07-25, 09:35:20 | 4,233 | 3.4203142 | 4.3200 | -14,478.19 | -5.36 | 14,483.55 | 0.00 | 3,808.37 | O;P |
| AWX | 2018-07-25, 09:35:22 | 700 | 3.3900 | 4.3200 | -2,373.00 | -1.19 | 2,374.19 | 0.00 | 651.00 | O;P |
| AWX | 2018-07-25, 09:35:27 | 900 | 3.3944444 | 4.3200 | -3,055.00 | -3.23 | 3,058.23 | 0.00 | 833.00 | O;P |
| AWX | 2018-07-25, 09:35:30 | 4,500 | 3.3900 | 4.3200 | -15,255.00 | -21.15 | 15,276.15 | 0.00 | 4,185.00 | O;P |
| AWX | 2018-07-25, 09:38:46 | 2,000 | 3.2500 | 4.3200 | -6,500.00 | 0.60 | 6,499.40 | 0.00 | 2,140.00 | O;P |
| AWX | 2018-07-25, 09:38:53 | 1,870 | 3.2751711 | 4.3200 | -6,124.57 | -3.18 | 6,127.75 | 0.00 | 1,953.83 | O;P |
| AWX | 2018-07-25, 09:38:56 | 100 | 3.2500 | 4.3200 | -325.00 | -0.67 | 325.67 | 0.00 | 107.00 | O |
| AWX | 2018-07-25, 09:38:59 | 2,000 | 3.27643 | 4.3200 | -6,552.86 | -3.12 | 6,555.98 | 0.00 | 2,087.14 | O;P |
| AWX | 2018-07-25, 09:39:03 | 2,000 | 3.2800 | 4.3200 | -6,560.00 | -5.20 | 6,565.20 | 0.00 | 2,080.00 | O;P |
| AWX | 2018-07-25, 09:39:11 | 1,900 | 3.2800 | 4.3200 | -6,232.00 | -8.93 | 6,240.93 | 0.00 | 1,976.00 | O;P |
| AWX | 2018-07-25, 09:39:25 | 2,000 | 3.3300 | 4.3200 | -6,660.00 | 0.60 | 6,659.40 | 0.00 | 1,980.00 | O;P |
| AWX | 2018-07-25, 09:39:33 | 2,375 | 3.3495789 | 4.3200 | -7,955.25 | -6.51 | 7,961.76 | 0.00 | 2,304.75 | O;P |
| AWX | 2018-07-25, 09:39:47 | 2,000 | 3.3300 | 4.3200 | -6,660.00 | -7.16 | 6,667.16 | 0.00 | 1,980.00 | O;P |
| AWX | 2018-07-25, 09:40:11 | 2,500 | 3.299504 | 4.3200 | -8,248.76 | -9.30 | 8,258.06 | 0.00 | 2,551.24 | O;P |
| AWX | 2018-07-25, 09:40:47 | 2,500 | 3.279932 | 4.3200 | -8,199.83 | -6.45 | 8,206.28 | 0.00 | 2,600.17 | O;P |
| AWX | 2018-07-25, 09:41:06 | 2,000 | 3.3000 | 4.3200 | -6,600.00 | -9.40 | 6,609.40 | 0.00 | 2,040.00 | O;P |
| AWX | 2018-07-25, 09:41:11 | 2,000 | 3.3200 | 4.3200 | -6,640.00 | -5.85 | 6,645.85 | 0.00 | 2,000.00 | O;P |
| AWX | 2018-07-25, 09:41:20 | 2,000 | 3.3500 | 4.3200 | -6,700.00 | -6.76 | 6,706.76 | 0.00 | 1,940.00 | O;P |
| AWX | 2018-07-25, 09:43:28 | 1,000 | 3.3000 | 4.3200 | -3,300.00 | -1.75 | 3,301.75 | 0.00 | 1,020.00 | O;P |

A-177

| Trades | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 09:43:34 | 1,000 | 3.2900 | 4.3200 | -3,290.00 | -1.70 | 3,291.70 | 0.00 | 1,030.00 | O/P |
| AWX | 2018-07-25, 09:44:00 | 950 | 3.2969 | 4.3200 | -3,132.06 | -1.62 | 3,133.67 | 0.00 | 971.94 | O/P |
| AWX | 2018-07-25, 09:44:00 | 120 | 3.2800 | 4.3200 | -393.60 | -0.48 | 394.08 | 0.00 | 124.80 | O/P |
| AWX | 2018-07-25, 09:44:02 | 300 | 3.2700 | 4.3200 | -981.00 | 0.09 | 980.91 | 0.00 | 315.00 | O |
| AWX | 2018-07-25, 09:44:04 | 1,000 | 3.3000 | 4.3200 | -3,300.00 | -1.30 | 3,301.30 | 0.00 | 1,020.00 | O/P |
| AWX | 2018-07-25, 09:49:10 | 500 | 3.1300 | 4.3200 | -1,565.00 | 0.20 | 1,564.80 | 0.00 | 595.00 | O/P |
| AWX | 2018-07-25, 09:49:22 | 5,485 | 3.1400 | 4.3200 | -17,222.90 | -2.92 | 17,225.82 | 0.00 | 6,472.30 | O/P |
| AWX | 2018-07-25, 09:49:31 | 10,000 | 3.158828 | 4.3200 | -31,588.28 | -29.37 | 31,617.65 | 0.00 | 11,611.72 | O/P |
| AWX | 2018-07-25, 09:49:53 | 370 | 3.1400 | 4.3200 | -1,161.80 | 0.15 | 1,161.65 | 0.00 | 436.60 | O/P |
| AWX | 2018-07-25, 09:49:59 | 2,000 | 3.1500 | 4.3200 | -6,300.00 | -3.28 | 6,303.28 | 0.00 | 2,340.00 | O/P |
| AWX | 2018-07-25, 09:50:03 | 1,000 | 3.1600 | 4.3200 | -3,160.00 | -4.20 | 3,164.20 | 0.00 | 1,160.00 | O/P |
| AWX | 2018-07-25, 09:50:06 | 2,000 | 3.1700 | 4.3200 | -6,340.00 | -4.90 | 6,344.90 | 0.00 | 2,300.00 | O/P |
| AWX | 2018-07-25, 09:50:09 | 1,620 | 3.1800 | 4.3200 | -5,151.60 | 0.14 | 5,151.46 | 0.00 | 1,846.80 | O/P |
| AWX | 2018-07-25, 09:50:11 | 2,000 | 3.18985 | 4.3200 | -6,379.70 | -8.80 | 6,388.50 | 0.00 | 2,260.30 | O/P |
| AWX | 2018-07-25, 09:50:13 | 2,000 | 3.1900 | 4.3200 | -6,380.00 | -5.80 | 6,385.80 | 0.00 | 2,260.00 | O/P |
| AWX | 2018-07-25, 09:50:14 | 1,600 | 3.1500 | 4.3200 | -5,040.00 | -5.52 | 5,045.52 | 0.00 | 1,872.00 | O/P |
| AWX | 2018-07-25, 09:50:17 | 2,000 | 3.1535 | 4.3200 | -6,307.00 | -3.40 | 6,310.40 | 0.00 | 2,333.00 | O/P |
| AWX | 2018-07-25, 09:50:22 | 2,000 | 3.1500 | 4.3200 | -6,300.00 | -6.40 | 6,306.40 | 0.00 | 2,340.00 | O/P |
| AWX | 2018-07-25, 09:50:24 | 100 | 3.1400 | 4.3200 | -314.00 | -0.16 | 314.16 | 0.00 | 118.00 | O |
| AWX | 2018-07-25, 09:50:24 | 2,000 | 3.1500 | 4.3200 | -6,300.00 | -9.40 | 6,309.40 | 0.00 | 2,340.00 | O/P |
| AWX | 2018-07-25, 09:51:10 | 1,000 | 3.1354 | 4.3200 | -3,135.40 | -1.70 | 3,137.10 | 0.00 | 1,184.60 | O |
| AWX | 2018-07-25, 09:51:14 | 627 | 3.1100 | 4.3200 | -1,949.97 | -0.26 | 1,950.23 | 0.00 | 758.67 | O/P |
| AWX | 2018-07-25, 09:52:47 | 500 | 3.1000 | 4.3200 | -1,550.00 | -2.35 | 1,552.35 | 0.00 | 610.00 | O/P |
| AWX | 2018-07-25, 09:52:57 | 404 | 3.1097525 | 4.3200 | -1,266.34 | -0.91 | 1,257.25 | 0.00 | 488.94 | O/P |
| AWX | 2018-07-25, 09:53:13 | 19 | 3.0800 | 4.3200 | -58.52 | -0.32 | 58.84 | 0.00 | 23.56 | O |
| AWX | 2018-07-25, 09:56:37 | 500 | 3.0800 | 4.3200 | -1,540.00 | -0.65 | 1,540.65 | 0.00 | 620.00 | O |
| AWX | 2018-07-25, 10:00:44 | 500 | 3.0900 | 4.3200 | -1,545.00 | 0.20 | 1,544.80 | 0.00 | 615.00 | O |
| AWX | 2018-07-25, 10:02:13 | 500 | 3.1000 | 4.3200 | -1,550.00 | -2.35 | 1,552.35 | 0.00 | 610.00 | O |
| AWX | 2018-07-25, 10:02:18 | 500 | 3.0960 | 4.3200 | -1,548.00 | -2.35 | 1,550.35 | 0.00 | 612.00 | O/P |

A-178

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 10:02:23 | 500 | 3.1000 | 4.3200 | -1,560.00 | -1.15 | 1,551.15 | 0.00 | 610.00 | O;P |
| AWX | 2018-07-25, 10:02:32 | 25 | 3.0900 | 4.3200 | -77.25 | -0.30 | 77.55 | 0.00 | 30.75 | O |
| AWX | 2018-07-25, 10:02:53 | 500 | 3.1200 | 4.3200 | -1,560.00 | 0.20 | 1,559.80 | 0.00 | 600.00 | O;P |
| AWX | 2018-07-25, 10:04:41 | 500 | 3.1200 | 4.3200 | -1,560.00 | 0.20 | 1,559.80 | 0.00 | 600.00 | O |
| AWX | 2018-07-25, 10:05:26 | 3,500 | 3.1542114 | 4.3200 | -11,039.74 | -6.85 | 11,046.59 | 0.00 | 4,080.26 | O;P |
| AWX | 2018-07-25, 10:10:11 | 500 | 3.0900 | 4.3200 | -1,545.00 | -0.87 | 1,545.87 | 0.00 | 615.00 | O;P |
| AWX | 2018-07-25, 10:10:35 | 200 | 3.1000 | 4.3200 | -620.00 | 0.00 | 619.99 | 0.00 | 244.00 | O;P |
| AWX | 2018-07-25, 10:10:47 | 500 | 3.1200 | 4.3200 | -1,560.00 | -0.85 | 1,560.85 | 0.00 | 600.00 | O |
| AWX | 2018-07-25, 10:19:00 | 500 | 3.0900 | 4.3200 | -1,545.00 | 0.15 | 1,544.85 | 0.00 | 615.00 | O;P |
| AWX | 2018-07-25, 10:19:02 | 400 | 3.0800 | 4.3200 | -1,232.00 | 0.16 | 1,231.84 | 0.00 | 496.00 | O;P |
| AWX | 2018-07-25, 10:26:58 | 200 | 3.0900 | 4.3200 | -618.00 | 0.03 | 617.97 | 0.00 | 246.00 | O |
| AWX | 2018-07-25, 10:34:34 | 1,500 | 3.1293333 | 4.3200 | -4,694.00 | -6.45 | 4,700.45 | 0.00 | 1,786.00 | O;P |
| AWX | 2018-07-25, 10:35:02 | 1,000 | 3.1710 | 4.3200 | -3,171.00 | -3.70 | 3,174.70 | 0.00 | 1,149.00 | O;P |
| AWX | 2018-07-25, 10:35:04 | 1,000 | 3.17624 | 4.3200 | -3,176.24 | -1.50 | 3,177.74 | 0.00 | 1,143.76 | O;P |
| AWX | 2018-07-25, 10:35:07 | 1,000 | 3.1777 | 4.3200 | -3,177.70 | -1.46 | 3,179.16 | 0.00 | 1,142.30 | O;P |
| AWX | 2018-07-25, 10:35:16 | 1,000 | 3.1900 | 4.3200 | -3,190.00 | -4.70 | 3,194.70 | 0.00 | 1,130.00 | O;P |
| AWX | 2018-07-25, 10:35:26 | 1,000 | 3.18783 | 4.3200 | -3,187.83 | -1.76 | 3,189.59 | 0.00 | 1,132.17 | O;P |
| AWX | 2018-07-25, 10:35:29 | 1,000 | 3.18814 | 4.3200 | -3,188.14 | -2.34 | 3,190.48 | 0.00 | 1,131.86 | O;P |
| AWX | 2018-07-25, 10:35:47 | 294 | 3.1700 | 4.3200 | -931.98 | 0.09 | 931.89 | 0.00 | 338.10 | O;P |
| AWX | 2018-07-25, 10:35:49 | 100 | 3.1700 | 4.3200 | -317.00 | -0.67 | 317.67 | 0.00 | 115.00 | O |
| AWX | 2018-07-25, 10:35:53 | 200 | 3.1700 | 4.3200 | -634.00 | -0.48 | 634.48 | 0.00 | 230.00 | O;P |
| AWX | 2018-07-25, 10:35:56 | 1,000 | 3.1780 | 4.3200 | -3,178.00 | -2.30 | 3,180.30 | 0.00 | 1,142.00 | O;P |
| AWX | 2018-07-25, 10:36:04 | 600 | 3.1700 | 4.3200 | -1,902.00 | -2.82 | 1,904.82 | 0.00 | 690.00 | O;P |
| AWX | 2018-07-25, 10:36:14 | 547 | 3.1800 | 4.3200 | -1,739.46 | -0.47 | 1,739.93 | 0.00 | 623.58 | O;P |
| AWX | 2018-07-25, 10:37:48 | 1,000 | 3.1900 | 4.3200 | -3,190.00 | -2.74 | 3,192.74 | 0.00 | 1,130.00 | O;P |
| AWX | 2018-07-25, 10:37:53 | 551 | 3.1900 | 4.3200 | -1,757.69 | -0.94 | 1,758.63 | 0.00 | 622.63 | O;P |
| AWX | 2018-07-25, 10:38:22 | 750 | 3.2000 | 4.3200 | -2,400.00 | -1.65 | 2,401.65 | 0.00 | 840.00 | O;P |
| AWX | 2018-07-25, 10:38:28 | 1,000 | 3.21722 | 4.3200 | -3,217.22 | -1.70 | 3,218.92 | 0.00 | 1,102.78 | O;P |
| AWX | 2018-07-25, 10:38:38 | 350 | 3.2000 | 4.3200 | -1,120.00 | -0.75 | 1,120.75 | 0.00 | 392.00 | O;P |

A-179

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 10:39:01 | 800 | 3.2000 | 4.3200 | -2,560.00 | -3.76 | 2,563.76 | 0.00 | 896.00 | O;P |
| AWX | 2018-07-25, 10:39:07 | 400 | 3.1900 | 4.3200 | -1,276.00 | -0.88 | 1,276.88 | 0.00 | 452.00 | O |
| AWX | 2018-07-25, 10:39:15 | 1,000 | 3.2000 | 4.3200 | -3,200.00 | -4.70 | 3,204.70 | 0.00 | 1,120.00 | O |
| AWX | 2018-07-25, 10:39:18 | 200 | 3.1900 | 4.3200 | -638.00 | 0.03 | 637.97 | 0.00 | 226.00 | O |
| AWX | 2018-07-25, 10:39:20 | 775 | 3.2000 | 4.3200 | -2,480.00 | -3.64 | 2,483.64 | 0.00 | 868.00 | O;P |
| AWX | 2018-07-25, 10:39:43 | 1,000 | 3.2200 | 4.3200 | -3,220.00 | -4.70 | 3,224.70 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-25, 10:39:47 | 1,000 | 3.2200 | 4.3200 | -3,220.00 | -3.20 | 3,223.20 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-25, 10:39:53 | 1,000 | 3.2200 | 4.3200 | -3,220.00 | -3.50 | 3,223.50 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-25, 10:39:59 | 1,000 | 3.2200 | 4.3200 | -3,220.00 | -3.20 | 3,223.20 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-25, 10:40:11 | 1,600 | 3.2200 | 4.3200 | -5,152.00 | -7.52 | 5,159.52 | 0.00 | 1,760.00 | O;P |
| AWX | 2018-07-25, 10:40:19 | 3,700 | 3.2500 | 4.3200 | -12,025.00 | -13.15 | 12,038.15 | 0.00 | 3,959.00 | O;P |
| AWX | 2018-07-25, 10:40:29 | 1,800 | 3.2500 | 4.3200 | -5,850.00 | 0.72 | 5,849.28 | 0.00 | 1,926.00 | O;P |
| AWX | 2018-07-25, 10:40:32 | 100 | 3.2500 | 4.3200 | -325.00 | -0.16 | 325.16 | 0.00 | 107.00 | O |
| AWX | 2018-07-25, 10:40:34 | 10,000 | 3.2782216 | 4.3200 | -32,782.16 | -25.14 | 32,807.30 | 0.00 | 10,417.84 | O;P |
| AWX | 2018-07-25, 10:40:44 | 8,800 | 3.2798864 | 4.3200 | -28,863.00 | -2.67 | 28,865.67 | 0.00 | 9,153.00 | O;P |
| AWX | 2018-07-25, 10:40:52 | 550 | 3.2500 | 4.3200 | -1,787.50 | 0.16 | 1,787.34 | 0.00 | 588.50 | O |
| AWX | 2018-07-25, 10:40:53 | 9,543 | 3.2781882 | 4.3200 | -31,283.75 | -30.94 | 31,314.69 | 0.00 | 9,942.01 | O;P |
| AWX | 2018-07-25, 10:41:01 | 9,920 | 3.2719123 | 4.3200 | -32,457.37 | -42.93 | 32,500.30 | 0.00 | 10,397.03 | O;P |
| AWX | 2018-07-25, 10:41:09 | 6,300 | 3.2628571 | 4.3200 | -20,556.00 | -27.07 | 20,583.07 | 0.00 | 6,660.00 | O;P |
| AWX | 2018-07-25, 10:41:15 | 6,042 | 3.310758 | 4.3200 | -20,003.60 | -16.15 | 20,019.75 | 0.00 | 6,097.84 | O;P |
| AWX | 2018-07-25, 10:41:19 | 1,393 | 3.3200 | 4.3200 | -4,624.76 | -6.25 | 4,631.01 | 0.00 | 1,393.00 | O;P |
| AWX | 2018-07-25, 10:41:46 | 3,000 | 3.3100 | 4.3200 | -9,930.00 | -3.40 | 9,933.40 | 0.00 | 3,030.00 | O;P |
| AWX | 2018-07-25, 10:41:55 | 9,000 | 3.3372222 | 4.3200 | -30,035.00 | -29.61 | 30,064.61 | 0.00 | 8,845.00 | O;P |
| AWX | 2018-07-25, 10:42:26 | 3,000 | 3.3199 | 4.3200 | -9,959.70 | -4.85 | 9,964.55 | 0.00 | 3,000.30 | O;P |
| AWX | 2018-07-25, 10:42:28 | 300 | 3.3100 | 4.3200 | -993.00 | 0.09 | 992.91 | 0.00 | 303.00 | O |
| AWX | 2018-07-25, 10:42:51 | 3,000 | 3.3300 | 4.3200 | -9,990.00 | -1.70 | 9,991.70 | 0.00 | 2,970.00 | O;P |
| AWX | 2018-07-25, 10:43:03 | 3,000 | 3.3500 | 4.3200 | -10,050.00 | 0.90 | 10,049.10 | 0.00 | 2,910.00 | O;P |
| AWX | 2018-07-25, 10:43:06 | 2,350 | 3.3400 | 4.3200 | -7,849.00 | 0.70 | 7,848.30 | 0.00 | 2,303.00 | O;P |
| AWX | 2018-07-25, 10:43:09 | 2,800 | 3.3200 | 4.3200 | -9,296.00 | 0.84 | 9,295.16 | 0.00 | 2,800.00 | O;P |

**A-180**

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 10:43:10 | | 350 | 3.3100 | 4.3200 | -1,158.50 | 0.14 | 1,158.36 | 0.00 | 353.50 | O |
| AWX | 2018-07-25, 10:43:29 | | 500 | 3.3200 | 4.3200 | -1,660.00 | 0.20 | 1,659.80 | 0.00 | 500.00 | O;P |
| AWX | 2018-07-25, 10:43:33 | | 500 | 3.3300 | 4.3200 | -1,665.00 | -1.15 | 1,666.15 | 0.00 | 495.00 | O;P |
| AWX | 2018-07-25, 10:43:35 | | 700 | 3.3400 | 4.3200 | -2,338.00 | -3.29 | 2,341.29 | 0.00 | 686.00 | O;P |
| AWX | 2018-07-25, 10:43:38 | | 1,300 | 3.3500 | 4.3200 | -4,355.00 | -6.11 | 4,361.11 | 0.00 | 1,261.00 | O;P |
| AWX | 2018-07-25, 10:43:51 | | 400 | 3.3500 | 4.3200 | -1,340.00 | 0.12 | 1,339.88 | 0.00 | 388.00 | O |
| AWX | 2018-07-25, 10:44:01 | | 243 | 3.3400 | 4.3200 | -811.62 | 0.07 | 811.55 | 0.00 | 238.14 | O;P |
| AWX | 2018-07-25, 10:44:05 | | 1,500 | 3.3300 | 4.3200 | -4,995.00 | 0.45 | 4,994.55 | 0.00 | 1,485.00 | O |
| AWX | 2018-07-25, 10:44:31 | | 645 | 3.3200 | 4.3200 | -2,141.40 | 0.19 | 2,141.21 | 0.00 | 645.00 | O |
| AWX | 2018-07-25, 10:44:49 | | 1,000 | 3.3100 | 4.3200 | -3,310.00 | 0.40 | 3,309.60 | 0.00 | 1,010.00 | O |
| AWX | 2018-07-25, 10:44:51 | | 408 | 3.3100 | 4.3200 | -1,350.48 | 0.12 | 1,350.36 | 0.00 | 412.08 | O;P |
| AWX | 2018-07-25, 10:44:59 | | 3,000 | 3.3200 | 4.3200 | -9,960.00 | -12.98 | 9,972.98 | 0.00 | 3,000.00 | O;P |
| AWX | 2018-07-25, 10:45:27 | | 3,000 | 3.3500 | 4.3200 | -10,050.00 | 0.90 | 10,049.10 | 0.00 | 2,910.00 | O;P |
| AWX | 2018-07-25, 10:45:39 | | 2,300 | 3.3500 | 4.3200 | -7,705.00 | -10.81 | 7,715.81 | 0.00 | 2,231.00 | O;P |
| AWX | 2018-07-25, 10:46:01 | | 3,000 | 3.3500 | 4.3200 | -10,050.00 | 0.90 | 10,049.10 | 0.00 | 2,910.00 | O;P |
| AWX | 2018-07-25, 10:46:02 | | 500 | 3.3500 | 4.3200 | -1,675.00 | 0.20 | 1,674.80 | 0.00 | 485.00 | O |
| AWX | 2018-07-25, 10:46:04 | | 2,500 | 3.3200 | 4.3200 | -8,300.00 | 0.75 | 8,299.25 | 0.00 | 2,500.00 | O;P |
| AWX | 2018-07-25, 10:46:06 | | 1,300 | 3.3100 | 4.3200 | -4,303.00 | 0.52 | 4,302.48 | 0.00 | 1,313.00 | O |
| AWX | 2018-07-25, 10:46:07 | | 1,543 | 3.3100 | 4.3200 | -5,107.33 | -2.54 | 5,109.87 | 0.00 | 1,558.43 | O;P |
| AWX | 2018-07-25, 10:46:10 | | 1,725 | 3.3200 | 4.3200 | -5,727.00 | -0.49 | 5,727.49 | 0.00 | 1,725.00 | O;P |
| AWX | 2018-07-25, 10:46:28 | | 2,500 | 3.3500 | 4.3200 | -8,375.00 | 1.00 | 8,374.00 | 0.00 | 2,425.00 | O;P |
| AWX | 2018-07-25, 10:46:29 | | 3,000 | 3.3300 | 4.3200 | -9,990.00 | 0.90 | 9,989.10 | 0.00 | 2,970.00 | O;P |
| AWX | 2018-07-25, 10:46:31 | | 275 | 3.3200 | 4.3200 | -913.00 | 0.08 | 912.92 | 0.00 | 275.00 | O;P |
| AWX | 2018-07-25, 10:46:32 | | 464 | 3.3100 | 4.3200 | -1,535.84 | 0.14 | 1,535.70 | 0.00 | 468.64 | O;P |
| AWX | 2018-07-25, 10:46:57 | | 2,600 | 3.3388462 | 4.3200 | -8,681.00 | -11.17 | 8,692.17 | 0.00 | 2,551.00 | O;P |
| AWX | 2018-07-25, 10:48:09 | | 3,000 | 3.3387833 | 4.3200 | -10,016.35 | -6.64 | 10,022.99 | 0.00 | 2,943.65 | O;P |
| AWX | 2018-07-25, 10:48:14 | | 2,265 | 3.3400 | 4.3200 | -7,565.10 | -5.19 | 7,570.29 | 0.00 | 2,219.70 | O;P |
| AWX | 2018-07-25, 10:52:55 | | 1,200 | 3.3500 | 4.3200 | -4,020.00 | 0.48 | 4,019.52 | 0.00 | 1,164.00 | O;P |
| AWX | 2018-07-25, 10:56:01 | | 3,000 | 3.3500 | 4.3200 | -10,050.00 | 0.90 | 10,049.10 | 0.00 | 2,910.00 | O;P |

A-181

## Trades

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 10:56:01 | 3,000 | 3.3500 | 4.3200 | -10,050.00 | 1.20 | 10,048.80 | 0.00 | | 2,910.00 | O;P |
| AWX | 2018-07-25, 10:56:02 | 936 | 3.3500 | 4.3200 | -3,135.60 | 0.37 | 3,135.23 | 0.00 | | 907.92 | O;P |
| AWX | 2018-07-25, 10:58:32 | 2,200 | 3.3500 | 4.3200 | -7,370.00 | 0.88 | 7,369.12 | 0.00 | | 2,134.00 | O;P |
| AWX | 2018-07-25, 10:58:38 | 3,320 | 3.3500 | 4.3200 | -11,122.00 | -5.75 | 11,127.75 | 0.00 | | 3,220.40 | O;P |
| AWX | 2018-07-25, 11:01:05 | 1,595 | 3.3500 | 4.3200 | -5,343.25 | 0.64 | 5,342.61 | 0.00 | | 1,547.15 | O;P |
| AWX | 2018-07-25, 11:10:25 | 3,000 | 3.4000 | 4.3200 | -10,200.00 | -14.10 | 10,214.10 | 0.00 | | 2,760.00 | O;P |
| AWX | 2018-07-25, 11:10:30 | 210 | 3.4000 | 4.3200 | -714.00 | -1.02 | 715.02 | 0.00 | | 193.20 | O |
| AWX | 2018-07-25, 11:11:09 | 1,000 | 3.42903 | 4.3200 | -3,429.03 | -1.45 | 3,430.48 | 0.00 | | 890.97 | O;P |
| AWX | 2018-07-25, 11:11:13 | 1,000 | 3.4377 | 4.3200 | -3,437.70 | -1.45 | 3,439.15 | 0.00 | | 882.30 | O;P |
| AWX | 2018-07-25, 11:11:15 | 1,000 | 3.4354 | 4.3200 | -3,435.40 | -1.70 | 3,437.10 | 0.00 | | 884.60 | O;P |
| AWX | 2018-07-25, 11:11:18 | 1,000 | 3.4400 | 4.3200 | -3,440.00 | -1.70 | 3,441.70 | 0.00 | | 880.00 | O;P |
| AWX | 2018-07-25, 11:11:21 | 1,000 | 3.4360 | 4.3200 | -3,436.00 | -4.40 | 3,440.40 | 0.00 | | 884.00 | O;P |
| AWX | 2018-07-25, 11:11:24 | 850 | 3.4388235 | 4.3200 | -2,923.00 | -2.80 | 2,925.80 | 0.00 | | 749.00 | O;P |
| AWX | 2018-07-25, 11:22:40 | -2,500 | 4.1508 | 4.3200 | 10,377.00 | -0.79 | -7,240.14 | 3,136.07 | | -423.00 | C;P |
| AWX | 2018-07-25, 11:22:40 | -2,500 | 4.1800 | 4.3200 | 10,450.00 | -0.29 | -7,208.48 | 3,241.23 | | -350.00 | C;P |
| AWX | 2018-07-25, 11:22:40 | -2,500 | 4.2100 | 4.3200 | 10,525.00 | -1.54 | -7,076.13 | 3,447.33 | | -275.00 | C;P |
| AWX | 2018-07-25, 11:22:40 | -2,500 | 4.2404 | 4.3200 | 10,601.00 | -0.62 | -7,137.75 | 3,462.63 | | -199.00 | C;P |
| AWX | 2018-07-25, 11:26:57 | -2,387 | 4.2500 | 4.3200 | 10,144.75 | -8.04 | -6,829.61 | 3,307.11 | | -167.09 | C;P |
| AWX | 2018-07-25, 11:27:52 | -5,000 | 4.2700 | 4.3200 | 21,350.00 | 1.08 | -14,038.95 | 7,312.13 | | -250.00 | C;P |
| AWX | 2018-07-25, 11:35:09 | -2,500 | 4.2000 | 4.3200 | 10,500.00 | 0.53 | -7,037.76 | 3,462.77 | | -300.00 | C;P |
| AWX | 2018-07-25, 11:35:11 | -2,500 | 4.2312 | 4.3200 | 10,578.00 | -3.19 | -7,023.95 | 3,550.87 | | -222.00 | C;P |
| AWX | 2018-07-25, 11:35:11 | -2,500 | 4.2500 | 4.3200 | 10,625.00 | 0.32 | -7,023.95 | 3,601.37 | | -175.00 | C;P |
| AWX | 2018-07-25, 11:36:32 | -5,000 | 4.2900 | 4.3200 | 21,450.00 | 1.12 | -13,949.47 | 7,501.65 | | -150.00 | C;P |
| AWX | 2018-07-25, 11:36:33 | -5,000 | 4.3100 | 4.3200 | 21,550.00 | 1.12 | -13,963.43 | 7,587.69 | | -50.00 | C;P |
| AWX | 2018-07-25, 11:36:34 | -5,000 | 4.3300 | 4.3200 | 21,650.00 | 1.04 | -14,048.96 | 7,602.07 | | 50.00 | C;P |
| AWX | 2018-07-25, 11:36:34 | -7,000 | 4.3638571 | 4.3200 | 30,547.00 | -9.68 | -20,061.58 | 10,475.74 | | 307.00 | C;P |
| AWX | 2018-07-25, 11:36:34 | -5,000 | 4.4000 | 4.3200 | 22,000.00 | 0.90 | -14,620.11 | 7,380.79 | | 400.00 | C;P |
| AWX | 2018-07-25, 11:36:34 | -5,000 | 4.4200 | 4.3200 | 22,100.00 | 1.11 | -14,721.67 | 7,379.45 | | 500.00 | C;P |
| AWX | 2018-07-25, 13:28:20 | -2,500 | 4.1500 | 4.3200 | 10,375.00 | 0.53 | -7,182.73 | 3,192.80 | | -425.00 | C;P |

A-182

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 13:28:20 | -2,500 | 4.1800 | 4.3200 | 10,450.00 | 0.31 | -7,091.81 | 3,358.51 | -350.00 | C;P |
| AWX | 2018-07-25, 13:29:50 | -5,000 | 4.2000 | 4.3200 | 21,000.00 | -4.87 | -14,270.59 | 6,724.54 | -600.00 | C;P |
| AWX | 2018-07-25, 13:29:51 | -2,500 | 4.2100 | 4.3200 | 10,525.00 | 0.56 | -7,263.60 | 3,261.96 | -275.00 | C;P |
| AWX | 2018-07-25, 13:29:56 | -5,000 | 4.2300 | 4.3200 | 21,150.00 | -2.08 | -14,756.70 | 6,391.22 | -450.00 | C;P |
| AWX | 2018-07-25, 13:29:56 | -2,500 | 4.2400 | 4.3200 | 10,600.00 | 0.35 | -7,369.60 | 3,230.75 | -200.00 | C;P |
| AWX | 2018-07-25, 13:39:40 | -2,000 | 4.2000 | 4.3200 | 8,400.00 | 0.42 | -5,902.68 | 2,497.74 | -240.00 | C;P |
| AWX | 2018-07-25, 14:00:26 | 1,000 | 3.86955 | 4.3200 | -3,869.55 | -3.80 | 3,873.35 | 0.00 | 450.45 | O;P |
| AWX | 2018-07-25, 14:00:29 | 1,000 | 3.8700 | 4.3200 | -3,870.00 | -4.70 | 3,874.70 | 0.00 | 450.00 | O;P |
| AWX | 2018-07-25, 14:00:30 | 1,000 | 3.8700 | 4.3200 | -3,870.00 | -4.70 | 3,874.70 | 0.00 | 450.00 | O;P |
| AWX | 2018-07-25, 14:00:30 | 900 | 3.8600 | 4.3200 | -3,474.00 | 0.36 | 3,473.64 | 0.00 | 414.00 | O;P |
| AWX | 2018-07-25, 14:00:34 | 100 | 3.8700 | 4.3200 | -387.00 | -0.67 | 387.67 | 0.00 | 45.00 | O |
| AWX | 2018-07-25, 14:00:37 | 1,000 | 3.88721 | 4.3200 | -3,887.21 | -2.00 | 3,889.21 | 0.00 | 432.79 | O;P |
| AWX | 2018-07-25, 14:00:40 | 1,000 | 3.8969 | 4.3200 | -3,896.90 | -1.70 | 3,898.60 | 0.00 | 423.10 | O |
| AWX | 2018-07-25, 14:00:44 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:00:46 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:00:47 | 1,000 | 3.8980 | 4.3200 | -3,898.00 | -4.70 | 3,902.70 | 0.00 | 422.00 | O;P |
| AWX | 2018-07-25, 14:00:48 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:00:48 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:00:50 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | 0.31 | 3,899.69 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:00:54 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | 0.30 | 3,899.70 | 0.00 | 420.00 | O |
| AWX | 2018-07-25, 14:01:01 | 1,000 | 3.89796 | 4.3200 | -3,897.96 | -2.00 | 3,899.96 | 0.00 | 422.04 | O;P |
| AWX | 2018-07-25, 14:01:04 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:01:06 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:01:10 | 1,000 | 3.91876 | 4.3200 | -3,918.76 | -3.22 | 3,921.98 | 0.00 | 401.24 | O;P |
| AWX | 2018-07-25, 14:01:12 | 1,000 | 3.9200 | 4.3200 | -3,920.00 | -1.35 | 3,921.35 | 0.00 | 400.00 | O;P |
| AWX | 2018-07-25, 14:01:23 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | 0.30 | 3,899.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:01:24 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | 0.40 | 3,899.60 | 0.00 | 420.00 | O |
| AWX | 2018-07-25, 14:01:34 | 1,000 | 3.8954 | 4.3200 | -3,895.40 | -1.70 | 3,897.10 | 0.00 | 424.60 | O |
| AWX | 2018-07-25, 14:01:35 | 1,000 | 3.8940 | 4.3200 | -3,894.00 | -3.52 | 3,897.52 | 0.00 | 426.00 | O;P |

# Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 14:01:36 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.42 | 3,904.42 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:01:36 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -2.74 | 3,902.74 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:01:45 | 2,500 | 3.907356 | 4.3200 | -9,768.39 | -4.52 | 9,772.91 | 0.00 | 1,031.61 | O;P |
| AWX | 2018-07-25, 14:01:46 | 2,500 | 3.927308 | 4.3200 | -9,818.27 | -4.25 | 9,822.52 | 0.00 | 981.73 | O;P |
| AWX | 2018-07-25, 14:01:47 | 2,500 | 3.928892 | 4.3200 | -9,822.23 | -11.15 | 9,833.38 | 0.00 | 977.77 | O;P |
| AWX | 2018-07-25, 14:01:48 | 2,500 | 3.936456 | 4.3200 | -9,841.14 | -8.32 | 9,849.46 | 0.00 | 958.86 | O;P |
| AWX | 2018-07-25, 14:01:50 | 2,500 | 3.9500 | 4.3200 | -9,875.00 | 0.75 | 9,874.25 | 0.00 | 925.00 | O |
| AWX | 2018-07-25, 14:01:55 | 2,500 | 3.9488 | 4.3200 | -9,872.00 | -2.06 | 9,874.06 | 0.00 | 928.00 | O;P |
| AWX | 2018-07-25, 14:01:58 | 2,500 | 3.94706 | 4.3200 | -9,867.65 | -4.25 | 9,871.90 | 0.00 | 932.35 | O;P |
| AWX | 2018-07-25, 14:01:59 | 2,500 | 3.94826 | 4.3200 | -9,870.65 | -10.85 | 9,881.50 | 0.00 | 929.35 | O;P |
| AWX | 2018-07-25, 14:02:00 | 2,500 | 3.977804 | 4.3200 | -9,944.51 | -5.77 | 9,950.28 | 0.00 | 855.49 | O;P |
| AWX | 2018-07-25, 14:02:01 | 2,500 | 3.978804 | 4.3200 | -9,947.01 | -8.45 | 9,955.46 | 0.00 | 852.99 | O;P |
| AWX | 2018-07-25, 14:02:01 | 2,500 | 3.9800 | 4.3200 | -9,950.00 | -0.64 | 9,950.64 | 0.00 | 850.00 | O;P |
| AWX | 2018-07-25, 14:02:07 | 2,500 | 3.977248 | 4.3200 | -9,943.12 | -4.25 | 9,947.37 | 0.00 | 856.88 | O;P |
| AWX | 2018-07-25, 14:02:07 | 2,500 | 3.988656 | 4.3200 | -9,971.64 | -9.49 | 9,981.13 | 0.00 | 828.36 | O;P |
| AWX | 2018-07-25, 14:02:38 | 2,500 | 4.0000 | 4.3200 | -10,000.00 | 1.00 | 9,999.00 | 0.00 | 800.00 | O;P |
| AWX | 2018-07-25, 14:03:44 | 5,000 | 3.9998 | 4.3200 | -19,999.00 | 1.48 | 19,997.52 | 0.00 | 1,601.00 | O;P |
| AWX | 2018-07-25, 14:09:08 | -5,000 | 4.2500 | 4.3200 | 21,250.00 | 1.12 | -14,924.06 | 6,327.07 | -350.00 | C;P |
| AWX | 2018-07-25, 14:09:17 | -5,000 | 4.3700 | 4.3200 | 21,850.00 | 1.09 | -14,973.01 | 6,878.08 | 250.00 | C;P |
| AWX | 2018-07-25, 14:38:06 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -1.55 | 3,901.55 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:38:10 | 1,000 | 3.92678 | 4.3200 | -3,926.78 | -1.55 | 3,928.33 | 0.00 | 393.22 | O;P |
| AWX | 2018-07-25, 14:38:11 | 1,000 | 3.92586 | 4.3200 | -3,925.86 | -1.65 | 3,927.51 | 0.00 | 394.14 | O;P |
| AWX | 2018-07-25, 14:38:12 | 1,000 | 3.92678 | 4.3200 | -3,926.78 | -1.55 | 3,928.33 | 0.00 | 393.22 | O;P |
| AWX | 2018-07-25, 14:38:12 | 1,000 | 3.92954 | 4.3200 | -3,929.54 | -2.75 | 3,932.29 | 0.00 | 390.46 | O;P |
| AWX | 2018-07-25, 14:38:13 | 1,000 | 3.9300 | 4.3200 | -3,930.00 | -2.75 | 3,932.75 | 0.00 | 390.00 | O;P |
| AWX | 2018-07-25, 14:38:13 | 1,000 | 3.92586 | 4.3200 | -3,925.86 | -1.65 | 3,927.51 | 0.00 | 394.14 | O;P |
| AWX | 2018-07-25, 14:38:14 | 1,000 | 3.9290 | 4.3200 | -3,929.00 | -0.85 | 3,929.85 | 0.00 | 391.00 | O;P |
| AWX | 2018-07-25, 14:38:16 | 1,000 | 3.94276 | 4.3200 | -3,942.76 | -4.14 | 3,946.90 | 0.00 | 377.24 | O;P |
| AWX | 2018-07-25, 14:38:17 | 1,000 | 3.9500 | 4.3200 | -3,950.00 | -2.32 | 3,952.32 | 0.00 | 370.00 | O;P |

A-184

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 14:38:17 | 1,000 | 3.9490 | 4.3200 | -3,949.00 | -1.64 | 3,950.64 | 0.00 | 371.00 | O:P |
| AWX | 2018-07-25, 14:38:17 | 1,000 | 3.9500 | 4.3200 | -3,950.00 | 0.30 | 3,949.70 | 0.00 | 370.00 | O:P |
| AWX | 2018-07-25, 14:38:17 | 1,000 | 3.9500 | 4.3200 | -3,950.00 | 0.40 | 3,949.60 | 0.00 | 370.00 | O:P |
| AWX | 2018-07-25, 14:38:19 | 1,000 | 3.9300 | 4.3200 | -3,930.00 | 0.40 | 3,929.60 | 0.00 | 390.00 | O |
| AWX | 2018-07-25, 14:38:21 | 1,000 | 3.9500 | 4.3200 | -3,950.00 | 0.40 | 3,949.60 | 0.00 | 370.00 | O:P |
| AWX | 2018-07-25, 14:38:21 | 1,000 | 3.9524 | 4.3200 | -3,952.40 | -1.40 | 3,953.80 | 0.00 | 367.60 | O:P |
| AWX | 2018-07-25, 14:38:20 | 1,000 | 3.9532 | 4.3200 | -3,953.20 | -1.30 | 3,954.50 | 0.00 | 366.80 | O:P |
| AWX | 2018-07-25, 14:38:20 | 1,000 | 3.9500 | 4.3200 | -3,950.00 | 0.40 | 3,949.60 | 0.00 | 370.00 | O:P |
| AWX | 2018-07-25, 14:38:20 | 1,000 | 3.9600 | 4.3200 | -3,960.00 | 4.35 | 3,964.35 | 0.00 | 360.00 | O:P |
| AWX | 2018-07-25, 14:38:23 | 1,000 | 3.9480 | 4.3200 | -3,948.00 | -2.70 | 3,950.70 | 0.00 | 372.00 | O:P |
| AWX | 2018-07-25, 14:38:24 | 1,000 | 3.9554 | 4.3200 | -3,955.40 | -1.70 | 3,957.10 | 0.00 | 364.60 | O |
| AWX | 2018-07-25, 14:38:24 | 1,000 | 3.95865 | 4.3200 | -3,958.65 | -2.00 | 3,960.65 | 0.00 | 361.35 | O:P |
| AWX | 2018-07-25, 14:38:24 | 1,000 | 3.9570 | 4.3200 | -3,957.00 | 4.70 | 3,961.70 | 0.00 | 363.00 | O:P |
| AWX | 2018-07-25, 14:38:25 | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.70 | 3,964.70 | 0.00 | 360.00 | O |
| AWX | 2018-07-25, 14:38:25 | 1,000 | 3.95867 | 4.3200 | -3,958.67 | -2.00 | 3,960.67 | 0.00 | 361.33 | O:P |
| AWX | 2018-07-25, 14:38:27 | 1,000 | 3.9550 | 4.3200 | -3,955.00 | 4.68 | 3,959.68 | 0.00 | 365.00 | O:P |
| AWX | 2018-07-25, 14:38:28 | 1,000 | 3.9590 | 4.3200 | -3,959.00 | 4.70 | 3,963.70 | 0.00 | 361.00 | O:P |
| AWX | 2018-07-25, 14:38:28 | 1,000 | 3.9630 | 4.3200 | -3,963.00 | -4.70 | 3,957.70 | 0.00 | 367.00 | O:P |
| AWX | 2018-07-25, 14:38:29 | 1,000 | 3.95923 | 4.3200 | -3,959.23 | -2.60 | 3,961.83 | 0.00 | 360.77 | O:P |
| AWX | 2018-07-25, 14:38:29 | 1,000 | 3.9600 | 4.3200 | -3,960.00 | 4.70 | 3,964.70 | 0.00 | 360.00 | O:P |
| AWX | 2018-07-25, 14:38:32 | 1,000 | 3.9454 | 4.3200 | -3,945.40 | -1.70 | 3,947.10 | 0.00 | 374.60 | O |
| AWX | 2018-07-25, 14:38:32 | 1,000 | 3.9475 | 4.3200 | -3,947.50 | -2.44 | 3,949.94 | 0.00 | 372.50 | O:P |
| AWX | 2018-07-25, 14:38:33 | 1,000 | 3.9480 | 4.3200 | -3,948.00 | -2.46 | 3,950.46 | 0.00 | 372.00 | O:P |
| AWX | 2018-07-25, 14:38:33 | 1,000 | 3.9500 | 4.3200 | -3,950.00 | -3.30 | 3,953.30 | 0.00 | 370.00 | O:P |
| AWX | 2018-07-25, 14:38:34 | 1,000 | 3.9500 | 4.3200 | -3,950.00 | 4.70 | 3,954.70 | 0.00 | 370.00 | O:P |
| AWX | 2018-07-25, 14:38:33 | 1,000 | 3.94103 | 4.3200 | -3,941.03 | 4.70 | 3,945.73 | 0.00 | 378.97 | O:P |
| AWX | 2018-07-25, 14:38:35 | 1,000 | 3.94892 | 4.3200 | -3,948.92 | -2.60 | 3,951.52 | 0.00 | 371.08 | O:P |
| AWX | 2018-07-25, 14:38:35 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | 0.40 | 3,899.60 | 0.00 | 420.00 | O |

A-185

| Trades | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 14:38:35 | 1,000 | 3.9200 | 4.3200 | -3,920.00 | 4.70 | 3,924.70 | 0.00 | 400.00 | O:P |
| AWX | 2018-07-25, 14:38:35 | 1,000 | 3.94518 | 4.3200 | -3,945.18 | -1.70 | 3,946.88 | 0.00 | 374.82 | O:P |
| AWX | 2018-07-25, 14:38:36 | 1,000 | 3.94806 | 4.3200 | -3,948.06 | -1.70 | 3,949.76 | 0.00 | 371.94 | O:P |
| AWX | 2018-07-25, 14:38:36 | 1,000 | 3.95181 | 4.3200 | -3,951.81 | -3.20 | 3,955.01 | 0.00 | 368.19 | O:P |
| AWX | 2018-07-25, 14:38:36 | 1,000 | 3.9550 | 4.3200 | -3,955.00 | -3.20 | 3,959.70 | 0.00 | 365.00 | O:P |
| AWX | 2018-07-25, 14:38:37 | 1,000 | 3.95931 | 4.3200 | -3,959.31 | -3.20 | 3,962.51 | 0.00 | 360.69 | O:P |
| AWX | 2018-07-25, 14:38:37 | 1,000 | 3.9570 | 4.3200 | -3,957.00 | 4.70 | 3,961.70 | 0.00 | 363.00 | O:P |
| AWX | 2018-07-25, 14:38:38 | 1,000 | 3.9600 | 4.3200 | -3,960.00 | 4.70 | 3,964.70 | 0.00 | 360.00 | O |
| AWX | 2018-07-25, 14:38:38 | 1,000 | 3.9600 | 4.3200 | -3,960.00 | 4.70 | 3,964.70 | 0.00 | 360.00 | O |
| AWX | 2018-07-25, 14:38:39 | 1,000 | 3.9600 | 4.3200 | -3,960.00 | 4.70 | 3,964.70 | 0.00 | 360.00 | O:P |
| AWX | 2018-07-25, 14:38:39 | 1,000 | 3.9600 | 4.3200 | -3,960.00 | 4.70 | 3,964.70 | 0.00 | 360.00 | O |
| AWX | 2018-07-25, 14:38:40 | 1,000 | 3.96908 | 4.3200 | -3,969.08 | 4.70 | 3,973.78 | 0.00 | 350.92 | O:P |
| AWX | 2018-07-25, 14:38:40 | 1,000 | 3.96492 | 4.3200 | -3,964.92 | 4.70 | 3,969.62 | 0.00 | 355.08 | O:P |
| AWX | 2018-07-25, 14:38:40 | 1,000 | 3.9600 | 4.3200 | -3,960.00 | 4.70 | 3,964.70 | 0.00 | 360.00 | O |
| AWX | 2018-07-25, 14:38:41 | 1,000 | 3.9700 | 4.3200 | -3,970.00 | 4.70 | 3,974.70 | 0.00 | 350.00 | O:P |
| AWX | 2018-07-25, 14:38:41 | 1,000 | 3.9700 | 4.3200 | -3,970.00 | 4.70 | 3,974.70 | 0.00 | 350.00 | O:P |
| AWX | 2018-07-25, 14:38:42 | 1,000 | 3.9700 | 4.3200 | -3,970.00 | 4.70 | 3,974.70 | 0.00 | 350.00 | O:P |
| AWX | 2018-07-25, 14:38:42 | 1,000 | 3.9700 | 4.3200 | -3,970.00 | 4.70 | 3,974.70 | 0.00 | 350.00 | O:P |
| AWX | 2018-07-25, 14:38:42 | 1,000 | 3.97065 | 4.3200 | -3,970.65 | 4.40 | 3,975.05 | 0.00 | 349.35 | O:P |
| AWX | 2018-07-25, 14:38:43 | 1,000 | 3.9700 | 4.3200 | -3,970.00 | 4.70 | 3,974.70 | 0.00 | 350.00 | O:P |
| AWX | 2018-07-25, 14:38:46 | 10,000 | 3.977519 | 4.3200 | -39,775.19 | -43.71 | 39,818.90 | 0.00 | 3,424.81 | O:P |
| AWX | 2018-07-25, 14:38:46 | 1,000 | 3.9700 | 4.3200 | -3,970.00 | 4.70 | 3,974.70 | 0.00 | 350.00 | O:P |
| AWX | 2018-07-25, 14:40:06 | 1,000 | 3.9790 | 4.3200 | -3,979.00 | 4.10 | 3,983.10 | 0.00 | 341.00 | O:P |
| AWX | 2018-07-25, 14:40:08 | 1,000 | 3.9800 | 4.3200 | -3,980.00 | -2.70 | 3,982.70 | 0.00 | 340.00 | O:P |
| AWX | 2018-07-25, 14:40:12 | 1,000 | 3.9900 | 4.3200 | -3,990.00 | 4.70 | 3,994.70 | 0.00 | 330.00 | O:P |
| AWX | 2018-07-25, 14:40:12 | 1,000 | 3.9900 | 4.3200 | -3,990.00 | 4.70 | 3,994.70 | 0.00 | 330.00 | O:P |
| AWX | 2018-07-25, 14:40:13 | 1,000 | 4.0000 | 4.3200 | -4,000.00 | 4.70 | 4,004.70 | 0.00 | 320.00 | O:P |
| AWX | 2018-07-25, 14:40:19 | 1,000 | 4.0000 | 4.3200 | -4,000.00 | 0.40 | 3,999.60 | 0.00 | 320.00 | O:P |

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 14:40:36 | | 1,000 | 3.9780 | 4.3200 | -3,978.00 | -3.08 | 3,981.08 | 0.00 | 342.00 | O;P |
| AWX | 2018-07-25, 14:40:39 | | 1,000 | 3.9900 | 4.3200 | -3,990.00 | -0.11 | 3,990.11 | 0.00 | 330.00 | O;P |
| AWX | 2018-07-25, 14:40:41 | | 1,000 | 4.0000 | 4.3200 | -4,000.00 | -4.70 | 4,004.70 | 0.00 | 320.00 | O;P |
| AWX | 2018-07-25, 14:40:42 | | 1,000 | 4.0000 | 4.3200 | -4,000.00 | -4.70 | 4,004.70 | 0.00 | 320.00 | O;P |
| AWX | 2018-07-25, 14:40:43 | | 1,000 | 4.0000 | 4.3200 | -4,000.00 | -4.70 | 4,004.70 | 0.00 | 320.00 | O;P |
| AWX | 2018-07-25, 14:40:44 | | 1,000 | 3.9970 | 4.3200 | -3,997.00 | -4.70 | 4,001.70 | 0.00 | 323.00 | O;P |
| AWX | 2018-07-25, 14:40:45 | | 1,000 | 3.99901 | 4.3200 | -3,999.01 | -2.00 | 4,001.01 | 0.00 | 320.99 | O;P |
| AWX | 2018-07-25, 14:40:45 | | 700 | 4.0000 | 4.3200 | -2,800.00 | -1.29 | 2,801.29 | 0.00 | 224.00 | O;P |
| AWX | 2018-07-25, 14:41:13 | | 1,800 | 3.9995278 | 4.3200 | -7,199.15 | -3.38 | 7,202.53 | 0.00 | 576.85 | O;P |
| AWX | 2018-07-25, 14:41:14 | | 1,800 | 4.0000 | 4.3200 | -7,200.00 | 0.12 | 7,199.88 | 0.00 | 576.00 | O;P |
| AWX | 2018-07-25, 14:41:16 | | 1,800 | 4.0000 | 4.3200 | -7,200.00 | 0.72 | 7,199.28 | 0.00 | 576.00 | O |
| AWX | 2018-07-25, 14:41:28 | | 1,800 | 3.9767167 | 4.3200 | -7,158.09 | -3.96 | 7,162.05 | 0.00 | 617.91 | O;P |
| AWX | 2018-07-25, 14:42:16 | | 100 | 3.9700 | 4.3200 | -397.00 | -0.17 | 397.17 | 0.00 | 35.00 | O |
| AWX | 2018-07-25, 14:42:17 | | 403 | 3.9797767 | 4.3200 | -1,603.85 | -0.58 | 1,604.43 | 0.00 | 137.11 | O;P |
| AWX | 2018-07-25, 14:42:23 | | 500 | 3.9900 | 4.3200 | -1,995.00 | 0.15 | 1,994.85 | 0.00 | 165.00 | O |
| AWX | 2018-07-25, 14:44:16 | | 900 | 3.9700 | 4.3200 | -3,573.00 | -3.65 | 3,576.65 | 0.00 | 315.00 | O;P |
| AWX | 2018-07-25, 14:44:19 | | 1,000 | 3.99492 | 4.3200 | -3,994.92 | -1.72 | 3,996.64 | 0.00 | 325.08 | O;P |
| AWX | 2018-07-25, 14:44:26 | | 1,000 | 4.01721 | 4.3200 | -4,017.21 | -1.65 | 4,018.86 | 0.00 | 302.79 | O;P |
| AWX | 2018-07-25, 14:45:36 | | 1,000 | 4.00817 | 4.3200 | -4,008.17 | -1.70 | 4,009.87 | 0.00 | 311.83 | O;P |
| AWX | 2018-07-25, 14:45:37 | | 1,000 | 4.0090 | 4.3200 | -4,009.00 | -1.40 | 4,010.40 | 0.00 | 311.00 | O;P |
| AWX | 2018-07-25, 14:45:42 | | 100 | 4.0100 | 4.3200 | -401.00 | -0.67 | 401.67 | 0.00 | 31.00 | O |
| AWX | 2018-07-25, 14:45:44 | | 800 | 4.0200 | 4.3200 | -3,216.00 | -3.41 | 3,219.41 | 0.00 | 240.00 | O;P |
| AWX | 2018-07-25, 14:47:01 | | 250 | 4.0100 | 4.3200 | -1,002.50 | 0.07 | 1,002.43 | 0.00 | 77.50 | O |
| AWX | 2018-07-25, 14:47:02 | | 60 | 4.0200 | 4.3200 | -241.20 | -0.24 | 241.44 | 0.00 | 18.00 | O;P |
| AWX | 2018-07-25, 14:47:06 | | 1,000 | 4.0270 | 4.3200 | -4,027.00 | -4.40 | 4,031.40 | 0.00 | 293.00 | O;P |
| AWX | 2018-07-25, 14:47:09 | | 500 | 4.0280 | 4.3200 | -2,014.00 | -2.35 | 2,016.35 | 0.00 | 146.00 | O;P |
| AWX | 2018-07-25, 14:47:17 | | 1,000 | 4.0000 | 4.3200 | -4,000.00 | -0.80 | 4,000.80 | 0.00 | 320.00 | O;P |
| AWX | 2018-07-25, 14:48:08 | | 10,000 | 3.99815 | 4.3200 | -39,981.50 | -44.01 | 40,025.51 | 0.00 | 3,218.50 | O;P |
| AWX | 2018-07-25, 14:48:46 | | 400 | 4.0000 | 4.3200 | -1,600.00 | -0.76 | 1,600.76 | 0.00 | 128.00 | O |

A-187

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 14:49:12 | | 100 | 4.0400 | 4.3200 | -404.00 | -0.67 | 404.67 | 0.00 | 28.00 | O |
| AWX | 2018-07-25, 14:49:20 | | 1,000 | 4.0400 | 4.3200 | -4,040.00 | -4.70 | 4,044.70 | 0.00 | 280.00 | O;P |
| AWX | 2018-07-25, 14:49:21 | | 1,000 | 4.04764 | 4.3200 | -4,047.64 | -3.86 | 4,051.50 | 0.00 | 272.36 | O;P |
| AWX | 2018-07-25, 14:49:22 | | 1,000 | 4.0500 | 4.3200 | -4,050.00 | -4.70 | 4,054.70 | 0.00 | 270.00 | O;P |
| AWX | 2018-07-25, 14:51:12 | | 50 | 4.0000 | 4.3200 | -200.00 | -0.39 | 200.39 | 0.00 | 16.00 | O |
| AWX | 2018-07-25, 14:51:19 | | 1,000 | 4.0400 | 4.3200 | -4,040.00 | -0.42 | 4,040.42 | 0.00 | 280.00 | O;P |
| AWX | 2018-07-25, 14:51:22 | | 1,000 | 4.04756 | 4.3200 | -4,047.56 | -1.70 | 4,049.26 | 0.00 | 272.44 | O;P |
| AWX | 2018-07-25, 14:51:23 | | 590 | 4.0500 | 4.3200 | -2,389.50 | -2.77 | 2,392.27 | 0.00 | 159.30 | O;P |
| AWX | 2018-07-25, 14:51:28 | | 900 | 4.0700 | 4.3200 | -3,663.00 | -4.23 | 3,667.23 | 0.00 | 225.00 | O;P |
| AWX | 2018-07-25, 15:05:48 | | 300 | 3.9391 | 4.3200 | -1,181.73 | -1.11 | 1,182.84 | 0.00 | 114.27 | O;P |
| AWX | 2018-07-25, 15:38:38 | | -5,000 | 4.2000 | 4.3200 | 21,000.00 | -6.27 | -14,838.68 | 6,155.05 | -600.00 | C;P |
| AWX | 2018-07-25, 15:44:23 | | -800 | 4.14375 | 4.3200 | 3,315.00 | -0.90 | -2,403.57 | 910.53 | -141.00 | C;P |
| AWX | 2018-07-25, 15:56:21 | | -1,700 | 4.1400 | 4.3200 | 7,038.00 | -3.19 | -5,082.11 | 1,952.71 | -306.00 | C;P |
| AWX | 2018-07-25, 15:56:52 | | -2,500 | 4.1600 | 4.3200 | 10,400.00 | -4.69 | -7,459.14 | 2,936.17 | -400.00 | C;P |
| AWX | 2018-07-25, 15:56:56 | | -5,000 | 4.240508 | 4.3200 | 21,202.54 | -9.36 | -14,839.35 | 6,353.83 | -397.46 | C;P |
| AWX | 2018-07-25, 15:57:40 | | -600 | 4.3200 | 4.3200 | 2,592.00 | -0.68 | -1,774.95 | 816.37 | 0.00 | C;P |
| AWX | 2018-07-25, 15:57:40 | | -5,000 | 4.2836 | 4.3200 | 21,418.00 | -8.21 | -14,674.96 | 6,734.83 | -182.00 | C;P |
| AWX | 2018-07-25, 15:59:55 | | -900 | 4.3066667 | 4.3200 | 3,876.00 | -1.84 | -2,614.39 | 1,259.77 | -12.00 | C;P |
| AWX | 2018-07-25, 16:00:00 | | -3,900 | 4.3200 | 4.3200 | 16,848.00 | 0.09 | -11,403.19 | 5,444.91 | 0.00 | C;P |
| AWX | 2018-07-25, 16:00:59 | | -300 | 4.3000 | 4.3200 | 1,290.00 | 0.04 | -877.39 | 412.65 | -6.00 | C |
| AWX | 2018-07-25, 16:14:37 | | -50 | 4.2800 | 4.3200 | 214.00 | -0.52 | -147.59 | 65.89 | -2.00 | C |
| AWX | 2018-07-25, 16:14:50 | | -28 | 4.2500 | 4.3200 | 119.00 | -0.30 | -82.56 | 36.14 | -1.96 | C |
| AWX | 2018-07-25, 16:38:25 | | -3,612 | 4.3200 | 4.3200 | 15,603.84 | -13.75 | -10,647.73 | 4,942.35 | 0.00 | C;P |
| AWX | 2018-07-26, 07:06:00 | | 100 | 4.0900 | 5.6900 | -409.00 | -0.67 | 409.67 | 0.00 | 160.00 | O |
| AWX | 2018-07-26, 07:06:03 | | 500 | 4.1000 | 5.6900 | -2,050.00 | -2.35 | 2,052.35 | 0.00 | 795.00 | O |
| AWX | 2018-07-26, 07:06:06 | | 500 | 4.1000 | 5.6900 | -2,050.00 | -2.35 | 2,052.35 | 0.00 | 795.00 | O |
| AWX | 2018-07-26, 07:06:14 | | 2,500 | 4.1000 | 5.6900 | -10,250.00 | -11.75 | 10,261.75 | 0.00 | 3,975.00 | O |
| AWX | 2018-07-26, 07:06:17 | | 2,500 | 4.1000 | 5.6900 | -10,250.00 | -11.75 | 10,261.75 | 0.00 | 3,975.00 | O |
| AWX | 2018-07-26, 07:06:19 | | 2,500 | 4.099996 | 5.6900 | -10,249.99 | -11.75 | 10,261.74 | 0.00 | 3,975.01 | O;P |

Case: 24-999, 07/30/2024, DktEntry: 27.1, Page 199 of 261

A-188

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 07:06:22 | | 1,601 | 4.1000 | 5.6900 | -6,564.10 | -7.53 | 6,571.63 | 0.00 | 2,545.59 | O;P |
| AWX | 2018-07-26, 07:06:24 | | 1,000 | 4.1100 | 5.6900 | -4,110.00 | -4.70 | 4,114.70 | 0.00 | 1,580.00 | O |
| AWX | 2018-07-26, 07:06:26 | | 300 | 4.1200 | 5.6900 | -1,236.00 | -1.41 | 1,237.41 | 0.00 | 471.00 | O;P |
| AWX | 2018-07-26, 07:06:28 | | 350 | 4.1300 | 5.6900 | -1,445.50 | -1.65 | 1,447.15 | 0.00 | 546.00 | O;P |
| AWX | 2018-07-26, 07:06:31 | | 2,500 | 4.1400 | 5.6900 | -10,350.00 | -6.00 | 10,356.00 | 0.00 | 3,875.00 | O;P |
| AWX | 2018-07-26, 07:06:37 | | 2,500 | 4.2914 | 5.6900 | -10,728.50 | -9.38 | 10,737.88 | 0.00 | 3,496.50 | O;P |
| AWX | 2018-07-26, 07:06:39 | | 2,500 | 4.315808 | 5.6900 | -10,789.52 | -11.75 | 10,801.27 | 0.00 | 3,435.48 | O;P |
| AWX | 2018-07-26, 07:06:42 | | 500 | 4.3000 | 5.6900 | -2,150.00 | -2.35 | 2,152.35 | 0.00 | 695.00 | O;P |
| AWX | 2018-07-26, 07:06:44 | | 1,895 | 4.3200 | 5.6900 | -8,186.40 | -0.24 | 8,186.64 | 0.00 | 2,596.15 | O;P |
| AWX | 2018-07-26, 07:06:46 | | 2,500 | 4.3400 | 5.6900 | -10,850.00 | -0.02 | 10,850.02 | 0.00 | 3,375.00 | O;P |
| AWX | 2018-07-26, 07:06:52 | | 2,500 | 4.3800 | 5.6900 | -10,950.00 | 1.00 | 10,949.00 | 0.00 | 3,275.00 | O |
| AWX | 2018-07-26, 07:06:52 | | 2,500 | 4.3800 | 5.6900 | -10,950.00 | 1.00 | 10,949.00 | 0.00 | 3,275.00 | O |
| AWX | 2018-07-26, 07:06:53 | | 2,500 | 4.3600 | 5.6900 | -10,900.00 | 0.75 | 10,899.25 | 0.00 | 3,325.00 | O;P |
| AWX | 2018-07-26, 07:06:58 | | 2,500 | 4.3600 | 5.6900 | -10,900.00 | 1.00 | 10,899.00 | 0.00 | 3,325.00 | O;P |
| AWX | 2018-07-26, 07:06:58 | | 2,500 | 4.3600 | 5.6900 | -10,900.00 | 1.00 | 10,899.00 | 0.00 | 3,325.00 | O |
| AWX | 2018-07-26, 07:07:00 | | 2,500 | 4.3600 | 5.6900 | -10,900.00 | 0.75 | 10,899.25 | 0.00 | 3,325.00 | O;P |
| AWX | 2018-07-26, 07:07:03 | | 2,500 | 4.3600 | 5.6900 | -10,900.00 | 0.75 | 10,899.25 | 0.00 | 3,325.00 | O |
| AWX | 2018-07-26, 07:07:06 | | 2,500 | 4.3600 | 5.6900 | -10,900.00 | -4.75 | 10,904.75 | 0.00 | 3,325.00 | O;P |
| AWX | 2018-07-26, 07:07:08 | | 1,000 | 4.3600 | 5.6900 | -4,360.00 | -3.30 | 4,363.30 | 0.00 | 1,330.00 | O;P |
| AWX | 2018-07-26, 07:07:10 | | 1,800 | 4.3800 | 5.6900 | -7,884.00 | -8.46 | 7,892.46 | 0.00 | 2,358.00 | O;P |
| AWX | 2018-07-26, 07:07:12 | | 2,500 | 4.4000 | 5.6900 | -11,000.00 | -11.75 | 11,011.75 | 0.00 | 3,225.00 | O |
| AWX | 2018-07-26, 07:07:14 | | 1,400 | 4.4000 | 5.6900 | -6,160.00 | -6.58 | 6,166.58 | 0.00 | 1,806.00 | O;P |
| AWX | 2018-07-26, 07:07:17 | | 2,000 | 4.4400 | 5.6900 | -8,880.00 | -1.75 | 8,881.75 | 0.00 | 2,500.00 | O;P |
| AWX | 2018-07-26, 07:07:21 | | 2,500 | 4.4500 | 5.6900 | -11,125.00 | -6.14 | 11,131.14 | 0.00 | 3,100.00 | O;P |
| AWX | 2018-07-26, 07:07:25 | | 950 | 4.4521053 | 5.6900 | -4,229.50 | -4.47 | 4,233.97 | 0.00 | 1,176.00 | O;P |
| AWX | 2018-07-26, 07:07:27 | | 1,500 | 4.5000 | 5.6900 | -6,750.00 | -7.05 | 6,757.05 | 0.00 | 1,785.00 | O;P |
| AWX | 2018-07-26, 07:07:29 | | 600 | 4.5200 | 5.6900 | -2,712.00 | -2.82 | 2,714.82 | 0.00 | 702.00 | O |
| AWX | 2018-07-26, 07:07:32 | | 2,500 | 4.57248 | 5.6900 | -11,431.20 | -11.75 | 11,442.95 | 0.00 | 2,793.80 | O;P |
| AWX | 2018-07-26, 07:07:34 | | 2,500 | 4.57728 | 5.6900 | -11,443.20 | -4.51 | 11,447.71 | 0.00 | 2,781.80 | O;P |

A-189

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 07:07:36 | | 2,500 | 4.5900 | 5.6900 | -11,475.00 | -1.55 | 11,476.55 | 0.00 | 2,750.00 | O;P |
| AWX | 2018-07-26, 07:07:46 | | 300 | 4.5300 | 5.6900 | -1,359.00 | -1.41 | 1,360.41 | 0.00 | 348.00 | O |
| AWX | 2018-07-26, 07:07:48 | | 2,500 | 4.5800 | 5.6900 | -11,450.00 | -1.55 | 11,451.55 | 0.00 | 2,775.00 | O;P |
| AWX | 2018-07-26, 07:07:53 | | 2,500 | 4.5900 | 5.6900 | -11,475.00 | -11.75 | 11,486.75 | 0.00 | 2,750.00 | O;P |
| AWX | 2018-07-26, 07:07:56 | | 2,500 | 4.5860 | 5.6900 | -11,465.00 | -10.73 | 11,475.73 | 0.00 | 2,760.00 | O;P |
| AWX | 2018-07-26, 07:07:58 | | 2,500 | 4.6700 | 5.6900 | -11,675.00 | -3.08 | 11,678.08 | 0.00 | 2,550.00 | O;P |
| AWX | 2018-07-26, 07:08:01 | | 2,500 | 4.6900 | 5.6900 | -11,725.00 | 1.00 | 11,724.00 | 0.00 | 2,500.00 | O;P |
| AWX | 2018-07-26, 07:08:03 | | 2,500 | 4.7420 | 5.6900 | -11,855.00 | -11.75 | 11,866.75 | 0.00 | 2,370.00 | O;P |
| AWX | 2018-07-26, 07:08:22 | | 2,500 | 4.6684 | 5.6900 | -11,671.00 | -8.05 | 11,679.05 | 0.00 | 2,554.00 | O;P |
| AWX | 2018-07-26, 07:08:27 | | 2,500 | 4.6900 | 5.6900 | -11,725.00 | -11.75 | 11,736.75 | 0.00 | 2,500.00 | O;P |
| AWX | 2018-07-26, 07:08:29 | | 2,500 | 4.686776 | 5.6900 | -11,716.94 | -11.27 | 11,728.21 | 0.00 | 2,508.06 | O;P |
| AWX | 2018-07-26, 07:08:31 | | 2,500 | 4.7300 | 5.6900 | -11,825.00 | 0.05 | 11,824.95 | 0.00 | 2,400.00 | O;P |
| AWX | 2018-07-26, 07:08:33 | | 2,500 | 4.7300 | 5.6900 | -11,825.00 | -11.75 | 11,836.75 | 0.00 | 2,400.00 | O;P |
| AWX | 2018-07-26, 07:08:36 | | 2,500 | 4.729976 | 5.6900 | -11,824.94 | -5.63 | 11,830.57 | 0.00 | 2,400.06 | O;P |
| AWX | 2018-07-26, 07:08:38 | | 2,500 | 4.75672 | 5.6900 | -11,891.80 | -6.24 | 11,898.04 | 0.00 | 2,333.20 | O;P |
| AWX | 2018-07-26, 07:08:40 | | 2,500 | 4.7800 | 5.6900 | -11,950.00 | -1.63 | 11,951.63 | 0.00 | 2,275.00 | O;P |
| AWX | 2018-07-26, 07:08:46 | | 2,500 | 4.8900 | 5.6900 | -12,225.00 | -6.75 | 12,231.75 | 0.00 | 2,000.00 | O;P |
| AWX | 2018-07-26, 07:08:51 | | 2,500 | 4.9000 | 5.6900 | -12,250.00 | -2.07 | 12,252.07 | 0.00 | 1,975.00 | O;P |
| AWX | 2018-07-26, 07:08:53 | | 2,500 | 4.9668 | 5.6900 | -12,417.00 | -8.25 | 12,425.25 | 0.00 | 1,808.00 | O;P |
| AWX | 2018-07-26, 07:08:56 | | 2,500 | 4.9764 | 5.6900 | -12,441.00 | -11.75 | 12,452.75 | 0.00 | 1,784.00 | O;P |
| AWX | 2018-07-26, 07:09:01 | | 2,500 | 4.9800 | 5.6900 | -12,450.00 | -1.75 | 12,451.75 | 0.00 | 1,775.00 | O;P |
| AWX | 2018-07-26, 07:09:09 | | 2,500 | 5.0000 | 5.6900 | -12,500.00 | 0.75 | 12,499.25 | 0.00 | 1,725.00 | O |
| AWX | 2018-07-26, 07:09:23 | | 2,500 | 4.9900 | 5.6900 | -12,475.00 | -4.75 | 12,479.75 | 0.00 | 1,750.00 | O;P |
| AWX | 2018-07-26, 07:09:26 | | 2,500 | 4.8500 | 5.6900 | -12,125.00 | 0.75 | 12,124.25 | 0.00 | 2,100.00 | O |
| AWX | 2018-07-26, 07:09:31 | | 2,500 | 4.8400 | 5.6900 | -12,100.00 | 1.00 | 12,099.00 | 0.00 | 2,125.00 | O;P |
| AWX | 2018-07-26, 07:09:32 | | 2,500 | 4.8500 | 5.6900 | -12,125.00 | -2.00 | 12,127.00 | 0.00 | 2,100.00 | O;P |
| AWX | 2018-07-26, 07:09:34 | | 2,500 | 4.9220 | 5.6900 | -12,305.00 | -11.75 | 12,316.75 | 0.00 | 1,920.00 | O;P |
| AWX | 2018-07-26, 07:09:36 | | 2,500 | 4.9680 | 5.6900 | -12,420.00 | -11.75 | 12,431.75 | 0.00 | 1,805.00 | O;P |
| AWX | 2018-07-26, 07:09:39 | | 2,500 | 4.9771 | 5.6900 | -12,442.75 | -9.13 | 12,451.88 | 0.00 | 1,782.25 | O;P |

A-190

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 07:09:42 | 2,500 | 4.9900 | 5.6900 | -12,475.00 | -6.21 | 12,481.21 | 0.00 | 1,750.00 | O;P |
| AWX | 2018-07-26, 07:09:44 | 2,500 | 4.9800 | 5.6900 | -12,450.00 | -0.30 | 12,450.30 | 0.00 | 1,775.00 | O;P |
| AWX | 2018-07-26, 07:10:16 | 2,500 | 4.8000 | 5.6900 | -12,000.00 | 0.75 | 11,999.25 | 0.00 | 2,225.00 | O;P |
| AWX | 2018-07-26, 07:19:24 | 1,100 | 4.6300 | 5.6900 | -5,093.00 | -1.09 | 5,094.09 | 0.00 | 1,166.00 | O;P |
| AWX | 2018-07-26, 07:19:29 | 1,100 | 4.6400 | 5.6900 | -5,104.00 | -2.89 | 5,106.89 | 0.00 | 1,155.00 | O;P |
| AWX | 2018-07-26, 07:19:34 | 1,100 | 4.6500 | 5.6900 | -5,115.00 | -5.17 | 5,120.17 | 0.00 | 1,144.00 | O;P |
| AWX | 2018-07-26, 07:19:37 | 1,100 | 4.6960182 | 5.6900 | -5,165.62 | 4.92 | 5,170.54 | 0.00 | 1,093.38 | O;P |
| AWX | 2018-07-26, 07:19:40 | 1,100 | 4.6900 | 5.6900 | -5,159.00 | -2.92 | 5,161.92 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-26, 07:19:43 | 1,100 | 4.6986182 | 5.6900 | -5,168.48 | -5.17 | 5,173.65 | 0.00 | 1,090.52 | O;P |
| AWX | 2018-07-26, 07:19:45 | 1,100 | 4.7000 | 5.6900 | -5,170.00 | -5.17 | 5,175.17 | 0.00 | 1,089.00 | O;P |
| AWX | 2018-07-26, 07:19:48 | 1,100 | 4.7000 | 5.6900 | -5,170.00 | -5.17 | 5,175.17 | 0.00 | 1,089.00 | O;P |
| AWX | 2018-07-26, 07:19:51 | 1,100 | 4.7000 | 5.6900 | -5,170.00 | -4.57 | 5,174.57 | 0.00 | 1,089.00 | O;P |
| AWX | 2018-07-26, 07:20:04 | 1,100 | 4.7000 | 5.6900 | -5,170.00 | -5.17 | 5,175.17 | 0.00 | 1,089.00 | O;P |
| AWX | 2018-07-26, 07:20:08 | 1,100 | 4.7100 | 5.6900 | -5,181.00 | -5.17 | 5,186.17 | 0.00 | 1,078.00 | O;P |
| AWX | 2018-07-26, 07:20:10 | 110 | 4.7100 | 5.6900 | -518.10 | -0.70 | 518.80 | 0.00 | 107.80 | O |
| AWX | 2018-07-26, 07:20:21 | 1,100 | 4.7400 | 5.6900 | -5,214.00 | -5.17 | 5,219.17 | 0.00 | 1,045.00 | O |
| AWX | 2018-07-26, 07:20:24 | 1,100 | 4.7990909 | 5.6900 | -5,279.00 | -3.17 | 5,282.17 | 0.00 | 980.00 | O;P |
| AWX | 2018-07-26, 07:20:29 | 1,100 | 4.8200 | 5.6900 | -5,302.00 | -5.17 | 5,307.17 | 0.00 | 957.00 | O;P |
| AWX | 2018-07-26, 07:20:37 | 1,100 | 4.8100 | 5.6900 | -5,291.00 | -0.17 | 5,291.17 | 0.00 | 968.00 | O;P |
| AWX | 2018-07-26, 07:20:46 | 1,100 | 4.8187091 | 5.6900 | -5,300.58 | 4.00 | 5,304.58 | 0.00 | 968.42 | O;P |
| AWX | 2018-07-26, 07:20:52 | 1,100 | 4.8300 | 5.6900 | -5,313.00 | -3.67 | 5,316.67 | 0.00 | 946.00 | O;P |
| AWX | 2018-07-26, 07:21:01 | 100 | 4.8200 | 5.6900 | -482.00 | -0.42 | 482.42 | 0.00 | 87.00 | O |
| AWX | 2018-07-26, 07:21:05 | 1,100 | 4.8400 | 5.6900 | -5,324.00 | -3.49 | 5,327.49 | 0.00 | 935.00 | O;P |
| AWX | 2018-07-26, 07:21:07 | 1,100 | 4.8600 | 5.6900 | -5,346.00 | -0.07 | 5,346.07 | 0.00 | 913.00 | O;P |
| AWX | 2018-07-26, 07:21:28 | 1,100 | 4.8618182 | 5.6900 | -5,348.00 | -5.17 | 5,353.17 | 0.00 | 911.00 | O;P |
| AWX | 2018-07-26, 07:21:36 | 1,100 | 4.8000 | 5.6900 | -5,280.00 | -5.17 | 5,285.17 | 0.00 | 979.00 | O |
| AWX | 2018-07-26, 07:21:38 | 300 | 4.8000 | 5.6900 | -1,440.00 | -0.90 | 1,440.90 | 0.00 | 267.00 | O;P |
| AWX | 2018-07-26, 07:21:41 | 1,100 | 4.8400 | 5.6900 | -5,324.00 | -5.17 | 5,329.17 | 0.00 | 935.00 | O;P |
| AWX | 2018-07-26, 07:21:47 | 625 | 4.8400 | 5.6900 | -3,025.00 | -2.59 | 3,027.59 | 0.00 | 531.25 | O;P |

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 07:22:02 | 1,100 | 4.8000 | 5.6900 | -5,280.00 | -1.92 | 5,281.92 | 0.00 | 979.00 | O;P |
| AWX | 2018-07-26, 07:22:08 | 1,100 | 4.8400 | 5.6900 | -5,324.00 | 0.00 | 5,324.00 | 0.00 | 935.00 | O;P |
| AWX | 2018-07-26, 07:22:14 | 1,100 | 4.7800 | 5.6900 | -5,258.00 | -0.42 | 5,258.42 | 0.00 | 1,001.00 | O;P |
| AWX | 2018-07-26, 07:22:19 | 1,100 | 4.7945455 | 5.6900 | -5,274.00 | -4.67 | 5,278.67 | 0.00 | 985.00 | O;P |
| AWX | 2018-07-26, 07:22:27 | 11,000 | 4.7500 | 5.6900 | -52,250.00 | 3.37 | 52,246.63 | 0.00 | 10,340.00 | O;P |
| AWX | 2018-07-26, 07:37:17 | 302 | 4.6900 | 5.6900 | -1,416.38 | -1.42 | 1,417.80 | 0.00 | 302.00 | O;P |
| AWX | 2018-07-26, 07:37:21 | 500 | 4.7000 | 5.6900 | -2,350.00 | -1.52 | 2,351.52 | 0.00 | 495.00 | O;P |
| AWX | 2018-07-26, 07:37:25 | 500 | 4.7500 | 5.6900 | -2,375.00 | -0.35 | 2,375.35 | 0.00 | 470.00 | O;P |
| AWX | 2018-07-26, 07:38:04 | 450 | 4.7877778 | 5.6900 | -2,154.50 | -1.12 | 2,155.62 | 0.00 | 406.00 | O;P |
| AWX | 2018-07-26, 07:38:15 | 500 | 4.8000 | 5.6900 | -2,400.00 | -2.35 | 2,402.35 | 0.00 | 445.00 | O |
| AWX | 2018-07-26, 07:38:28 | 500 | 4.8000 | 5.6900 | -2,400.00 | -2.35 | 2,402.35 | 0.00 | 445.00 | O |
| AWX | 2018-07-26, 07:38:41 | 500 | 4.8000 | 5.6900 | -2,400.00 | -2.35 | 2,402.35 | 0.00 | 445.00 | O |
| AWX | 2018-07-26, 07:38:49 | 500 | 4.8000 | 5.6900 | -2,400.00 | -2.35 | 2,402.35 | 0.00 | 445.00 | O;P |
| AWX | 2018-07-26, 08:41:37 | 80 | 4.6100 | 5.6900 | -368.80 | -0.21 | 369.01 | 0.00 | 86.40 | O |
| AWX | 2018-07-26, 08:42:05 | 100 | 4.6500 | 5.6900 | -465.00 | -0.42 | 465.42 | 0.00 | 104.00 | O |
| AWX | 2018-07-26, 08:42:08 | 100 | 4.6800 | 5.6900 | -468.00 | -0.67 | 468.67 | 0.00 | 101.00 | O |
| AWX | 2018-07-26, 08:42:11 | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O |
| AWX | 2018-07-26, 08:42:13 | 687 | 4.6987336 | 5.6900 | -3,228.03 | -3.23 | 3,231.26 | 0.00 | 681.00 | O;P |
| AWX | 2018-07-26, 08:42:16 | 1,000 | 4.7200 | 5.6900 | -4,720.00 | -1.58 | 4,721.58 | 0.00 | 970.00 | O;P |
| AWX | 2018-07-26, 08:42:17 | 1,000 | 4.7300 | 5.6900 | -4,730.00 | -4.70 | 4,734.70 | 0.00 | 960.00 | O |
| AWX | 2018-07-26, 08:42:23 | 100 | 4.7100 | 5.6900 | -471.00 | -0.16 | 471.16 | 0.00 | 98.00 | O |
| AWX | 2018-07-26, 08:43:32 | 1,000 | 4.7000 | 5.6900 | -4,700.00 | -4.60 | 4,704.60 | 0.00 | 990.00 | O;P |
| AWX | 2018-07-26, 08:47:12 | 100 | 4.6900 | 5.6900 | -469.00 | -0.33 | 469.33 | 0.00 | 100.00 | O |
| AWX | 2018-07-26, 08:47:15 | 50 | 4.7000 | 5.6900 | -235.00 | -0.51 | 235.51 | 0.00 | 49.50 | O |
| AWX | 2018-07-26, 08:52:31 | 932 | 4.6900 | 5.6900 | -4,371.08 | -2.05 | 4,373.13 | 0.00 | 932.00 | O |
| AWX | 2018-07-26, 08:52:34 | 1,000 | 4.6995 | 5.6900 | -4,699.50 | -3.36 | 4,702.86 | 0.00 | 990.50 | O;P |
| AWX | 2018-07-26, 08:53:41 | 500 | 4.7000 | 5.6900 | -2,350.00 | 0.15 | 2,349.85 | 0.00 | 495.00 | O |
| AWX | 2018-07-26, 08:54:26 | 200 | 4.6900 | 5.6900 | -938.00 | 0.03 | 937.97 | 0.00 | 200.00 | O |
| AWX | 2018-07-26, 08:55:14 | 4 | 4.7100 | 5.6900 | -18.84 | -0.34 | 19.18 | 0.00 | 3.92 | O;P |

A-192

## Trades

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 09:01:39 | | 1,000 | 4.6800 | 5.6900 | -4,680.00 | -4.70 | 4,684.70 | 0.00 | 1,010.00 | O |
| AWX | 2018-07-26, 09:01:40 | | 1,000 | 4.6800 | 5.6900 | -4,680.00 | -4.70 | 4,684.70 | 0.00 | 1,010.00 | O |
| AWX | 2018-07-26, 09:01:42 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:43 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:45 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:51 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:51 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:51 | | 100 | 4.6500 | 5.6900 | -465.00 | -0.17 | 465.17 | 0.00 | 104.00 | O |
| AWX | 2018-07-26, 09:01:51 | | 100 | 4.6300 | 5.6900 | -463.00 | -0.16 | 463.16 | 0.00 | 106.00 | O |
| AWX | 2018-07-26, 09:01:51 | | 400 | 4.6675 | 5.6900 | -1,867.00 | -1.38 | 1,868.38 | 0.00 | 409.00 | O;P |
| AWX | 2018-07-26, 09:01:51 | | 1,000 | 4.6400 | 5.6900 | -4,640.00 | 0.40 | 4,639.60 | 0.00 | 1,050.00 | O;P |
| AWX | 2018-07-26, 09:01:51 | | 100 | 4.6600 | 5.6900 | -466.00 | -0.17 | 466.17 | 0.00 | 103.00 | O |
| AWX | 2018-07-26, 09:01:52 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:55 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:55 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:56 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:56 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:02:01 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:02:13 | | 1,000 | 4.6750 | 5.6900 | -4,675.00 | -4.20 | 4,679.20 | 0.00 | 1,015.00 | O;P |
| AWX | 2018-07-26, 09:03:16 | | 400 | 4.6000 | 5.6900 | -1,840.00 | -1.88 | 1,841.88 | 0.00 | 436.00 | O;P |
| AWX | 2018-07-26, 09:03:20 | | 100 | 4.6200 | 5.6900 | -462.00 | -0.67 | 462.67 | 0.00 | 107.00 | O |
| AWX | 2018-07-26, 09:03:26 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:03:27 | | 1,000 | 4.6600 | 5.6900 | -4,660.00 | 0.30 | 4,659.70 | 0.00 | 1,030.00 | O;P |
| AWX | 2018-07-26, 09:03:28 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:03:29 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:03:35 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:03:38 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:04:01 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:04:04 | | 1,000 | 4.6655 | 5.6900 | -4,665.50 | -4.70 | 4,670.20 | 0.00 | 1,024.50 | O;P |

A-193

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 09:04:04 | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:04:05 | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:04:05 | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:04:05 | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:04:06 | 1,000 | 4.6600 | 5.6900 | -4,660.00 | -4.70 | 4,664.70 | 0.00 | 1,030.00 | O |
| AWX | 2018-07-26, 09:04:06 | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:04:06 | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:04:07 | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:04:07 | 279 | 4.6771685 | 5.6900 | -1,304.93 | -1.31 | 1,306.24 | 0.00 | 282.58 | O;P |
| AWX | 2018-07-26, 09:04:14 | 1,000 | 4.7500 | 5.6900 | -4,750.00 | 0.40 | 4,749.60 | 0.00 | 940.00 | O |
| AWX | 2018-07-26, 09:04:10 | 1,000 | 4.7160 | 5.6900 | -4,716.00 | -3.70 | 4,719.70 | 0.00 | 974.00 | O;P |
| AWX | 2018-07-26, 09:04:12 | 1,000 | 4.7480 | 5.6900 | -4,748.00 | -4.70 | 4,752.70 | 0.00 | 942.00 | O;P |
| AWX | 2018-07-26, 09:04:12 | 361 | 4.7500 | 5.6900 | -1,714.75 | -1.39 | 1,716.14 | 0.00 | 339.34 | O;P |
| AWX | 2018-07-26, 09:32:30 | 1,000 | 4.6254 | 5.6900 | -4,625.40 | -1.70 | 4,627.10 | 0.00 | 1,064.60 | O |
| AWX | 2018-07-26, 09:32:21 | 5,000 | 4.64694 | 5.6900 | -23,234.70 | -8.51 | 23,243.21 | 0.00 | 5,215.30 | O;P |
| AWX | 2018-07-26, 09:32:19 | 743 | 4.6000 | 5.6900 | -3,417.80 | -3.27 | 3,421.07 | 0.00 | 809.87 | O;P |
| AWX | 2018-07-26, 09:32:18 | 1,321 | 4.583944 | 5.6900 | -6,055.39 | -5.96 | 6,061.35 | 0.00 | 1,461.10 | O;P |
| AWX | 2018-07-26, 09:34:54 | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:34:52 | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -3.69 | 4,673.69 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:34:54 | 1,000 | 4.6790 | 5.6900 | -4,679.00 | -4.70 | 4,683.70 | 0.00 | 1,011.00 | O;P |
| AWX | 2018-07-26, 09:34:54 | 600 | 4.6900 | 5.6900 | -2,814.00 | -0.27 | 2,814.27 | 0.00 | 600.00 | O;P |
| AWX | 2018-07-26, 09:34:54 | 500 | 4.6800 | 5.6900 | -2,340.00 | -1.84 | 2,341.84 | 0.00 | 505.00 | O;P |
| AWX | 2018-07-26, 09:34:54 | 1,000 | 4.7000 | 5.6900 | -4,700.00 | -4.70 | 4,704.70 | 0.00 | 990.00 | O;P |
| AWX | 2018-07-26, 09:34:55 | 1,000 | 4.7000 | 5.6900 | -4,700.00 | -1.83 | 4,701.83 | 0.00 | 990.00 | O;P |
| AWX | 2018-07-26, 09:34:55 | 400 | 4.6900 | 5.6900 | -1,876.00 | -0.61 | 1,876.61 | 0.00 | 400.00 | O;P |
| AWX | 2018-07-26, 09:34:55 | 1,000 | 4.7000 | 5.6900 | -4,700.00 | -4.70 | 4,704.70 | 0.00 | 990.00 | O;P |
| AWX | 2018-07-26, 09:34:55 | 100 | 4.7100 | 5.6900 | -471.00 | -0.67 | 471.67 | 0.00 | 98.00 | O;P |
| AWX | 2018-07-26, 09:34:55 | 1,000 | 4.7000 | 5.6900 | -4,700.00 | -4.70 | 4,704.70 | 0.00 | 990.00 | O;P |
| AWX | 2018-07-26, 09:34:55 | 1,000 | 4.7000 | 5.6900 | -4,700.00 | -1.90 | 4,701.90 | 0.00 | 990.00 | O;P |
| AWX | 2018-07-26, 09:34:56 | 100 | 4.7200 | 5.6900 | -472.00 | -0.67 | 472.67 | 0.00 | 97.00 | O |
| AWX | 2018-07-26, 09:34:56 | 900 | 4.7300 | 5.6900 | -4,257.00 | -2.98 | 4,259.98 | 0.00 | 864.00 | O;P |
| AWX | 2018-07-26, 09:34:56 | 1,000 | 4.7000 | 5.6900 | -4,700.00 | -4.70 | 4,704.70 | 0.00 | 990.00 | O |
| AWX | 2018-07-26, 09:34:56 | 100 | 4.7200 | 5.6900 | -472.00 | -0.67 | 472.67 | 0.00 | 97.00 | O |
| AWX | 2018-07-26, 09:34:57 | 1,000 | 4.7500 | 5.6900 | -4,750.00 | -0.87 | 4,750.87 | 0.00 | 940.00 | O;P |

A-194

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 09:34:57 | | 632 | 4.7400 | 5.6900 | -2,995.68 | -1.81 | 2,997.49 | 0.00 | 600.40 | O;P |
| AWX | 2018-07-26, 09:34:57 | | 1,000 | 4.7500 | 5.6900 | -4,750.00 | -1.90 | 4,751.90 | 0.00 | 940.00 | O |
| AWX | 2018-07-26, 09:35:02 | | 1,000 | 4.7400 | 5.6900 | -4,740.00 | 0.40 | 4,739.60 | 0.00 | 950.00 | O;P |
| AWX | 2018-07-26, 09:35:02 | | 100 | 4.7200 | 5.6900 | -472.00 | -0.17 | 472.17 | 0.00 | 97.00 | O |
| AWX | 2018-07-26, 09:35:30 | | 1,000 | 4.6680 | 5.6900 | -4,668.00 | -3.34 | 4,671.34 | 0.00 | 1,022.00 | O;P |
| AWX | 2018-07-26, 09:35:30 | | 475 | 4.6700 | 5.6900 | -2,218.25 | -2.23 | 2,220.48 | 0.00 | 484.50 | O |
| AWX | 2018-07-26, 09:35:30 | | 300 | 4.6800 | 5.6900 | -1,404.00 | -1.41 | 1,405.41 | 0.00 | 303.00 | O |
| AWX | 2018-07-26, 09:35:35 | | 1,000 | 4.7790 | 5.6900 | -4,779.00 | -0.07 | 4,779.07 | 0.00 | 911.00 | O;P |
| AWX | 2018-07-26, 09:35:36 | | 1,000 | 4.7900 | 5.6900 | -4,790.00 | -3.60 | 4,793.60 | 0.00 | 900.00 | O;P |
| AWX | 2018-07-26, 09:36:40 | | 1,000 | 4.7700 | 5.6900 | -4,770.00 | -4.40 | 4,774.40 | 0.00 | 920.00 | O;P |
| AWX | 2018-07-26, 09:36:44 | | 1,000 | 4.7360 | 5.6900 | -4,736.00 | -0.64 | 4,736.64 | 0.00 | 954.00 | O;P |
| AWX | 2018-07-26, 09:36:56 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | 0.30 | 4,669.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:37:00 | | 1,000 | 4.6800 | 5.6900 | -4,680.00 | -4.70 | 4,684.70 | 0.00 | 1,010.00 | O;P |
| AWX | 2018-07-26, 09:37:01 | | 1,000 | 4.6600 | 5.6900 | -4,660.00 | -3.50 | 4,663.50 | 0.00 | 1,030.00 | O;P |
| AWX | 2018-07-26, 09:37:02 | | 1,000 | 4.67865 | 5.6900 | -4,678.65 | -1.09 | 4,679.74 | 0.00 | 1,011.35 | O;P |
| AWX | 2018-07-26, 09:37:08 | | 1,000 | 4.6690 | 5.6900 | -4,669.00 | -1.86 | 4,670.86 | 0.00 | 1,021.00 | O;P |
| AWX | 2018-07-26, 09:37:10 | | 800 | 4.6700 | 5.6900 | -3,736.00 | -3.16 | 3,739.16 | 0.00 | 816.00 | O;P |
| AWX | 2018-07-26, 09:37:13 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -3.94 | 4,693.94 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:37:14 | | 100 | 4.6700 | 5.6900 | -467.00 | -0.16 | 467.16 | 0.00 | 102.00 | O |
| AWX | 2018-07-26, 09:37:14 | | 1,000 | 4.7000 | 5.6900 | -4,700.00 | -4.40 | 4,704.40 | 0.00 | 990.00 | O;P |
| AWX | 2018-07-26, 09:37:14 | | 1,000 | 4.7000 | 5.6900 | -4,700.00 | -1.90 | 4,701.90 | 0.00 | 990.00 | O;P |
| AWX | 2018-07-26, 09:37:14 | | 1,000 | 4.6985 | 5.6900 | -4,698.50 | -1.56 | 4,700.06 | 0.00 | 991.50 | O;P |
| AWX | 2018-07-26, 09:37:14 | | 100 | 4.6700 | 5.6900 | -467.00 | -0.16 | 467.16 | 0.00 | 102.00 | O |
| AWX | 2018-07-26, 09:37:14 | | 1,000 | 4.7350 | 5.6900 | -4,735.00 | -1.70 | 4,736.70 | 0.00 | 955.00 | O |
| AWX | 2018-07-26, 09:37:15 | | 1,000 | 4.7310 | 5.6900 | -4,731.00 | -3.05 | 4,734.05 | 0.00 | 959.00 | O;P |
| AWX | 2018-07-26, 09:37:15 | | 1,000 | 4.7000 | 5.6900 | -4,700.00 | 0.40 | 4,699.60 | 0.00 | 990.00 | O;P |
| AWX | 2018-07-26, 09:37:15 | | 1,000 | 4.7250 | 5.6900 | -4,725.00 | -1.70 | 4,726.70 | 0.00 | 965.00 | O |
| AWX | 2018-07-26, 09:37:15 | | 1,000 | 4.7300 | 5.6900 | -4,730.00 | -0.28 | 4,730.28 | 0.00 | 960.00 | O;P |
| AWX | 2018-07-26, 09:37:16 | | 708 | 4.7500 | 5.6900 | -3,363.00 | -2.56 | 3,365.56 | 0.00 | 665.52 | O;P |

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 09:37:16 | 100 | 4.7400 | 5.6900 | -474.00 | -0.42 | 474.42 | 0.00 | 95.00 | O |
| AWX | 2018-07-26, 09:37:17 | 1,000 | 4.7700 | 5.6900 | -4,770.00 | -1.90 | 4,771.90 | 0.00 | 920.00 | O;P |
| AWX | 2018-07-26, 09:37:17 | 770 | 4.7700 | 5.6900 | -3,672.90 | -3.62 | 3,676.52 | 0.00 | 708.40 | O;P |
| AWX | 2018-07-26, 09:37:17 | 1,000 | 4.7700 | 5.6900 | -4,770.00 | -1.90 | 4,771.90 | 0.00 | 920.00 | O |
| AWX | 2018-07-26, 09:37:17 | 1,000 | 4.7700 | 5.6900 | -4,770.00 | -4.70 | 4,774.70 | 0.00 | 920.00 | O |
| AWX | 2018-07-26, 09:37:19 | 655 | 4.8400 | 5.6900 | -3,170.20 | -2.83 | 3,173.03 | 0.00 | 556.75 | O;P |
| AWX | 2018-07-26, 09:37:20 | 1,000 | 4.8500 | 5.6900 | -4,850.00 | -1.90 | 4,851.90 | 0.00 | 840.00 | O |
| AWX | 2018-07-26, 09:37:20 | 1,000 | 4.8500 | 5.6900 | -4,850.00 | -3.30 | 4,853.30 | 0.00 | 840.00 | O;P |
| AWX | 2018-07-26, 09:37:21 | 1,000 | 4.8700 | 5.6900 | -4,870.00 | 0.40 | 4,869.60 | 0.00 | 820.00 | O;P |
| AWX | 2018-07-26, 09:37:22 | 1,000 | 4.8600 | 5.6900 | -4,860.00 | -0.20 | 4,860.20 | 0.00 | 830.00 | O;P |
| AWX | 2018-07-26, 09:37:22 | 1,000 | 4.8600 | 5.6900 | -4,860.00 | -0.20 | 4,860.20 | 0.00 | 830.00 | O;P |
| AWX | 2018-07-26, 09:37:24 | 1,000 | 4.7580 | 5.6900 | -4,758.00 | -3.68 | 4,761.68 | 0.00 | 932.00 | O;P |
| AWX | 2018-07-26, 09:38:22 | 1,000 | 4.65449 | 5.6900 | -4,654.49 | -2.41 | 4,656.90 | 0.00 | 1,035.51 | O;P |
| AWX | 2018-07-26, 09:38:23 | 600 | 4.6600 | 5.6900 | -2,796.00 | -1.32 | 2,797.32 | 0.00 | 618.00 | O;P |
| AWX | 2018-07-26, 09:38:24 | 1,000 | 4.6600 | 5.6900 | -4,660.00 | 0.40 | 4,659.60 | 0.00 | 1,030.00 | O;P |
| AWX | 2018-07-26, 09:38:24 | 100 | 4.6600 | 5.6900 | -466.00 | -0.17 | 466.17 | 0.00 | 103.00 | O |
| AWX | 2018-07-26, 09:38:24 | 300 | 4.6600 | 5.6900 | -1,398.00 | 0.12 | 1,397.88 | 0.00 | 309.00 | O;P |
| AWX | 2018-07-26, 09:38:24 | 815 | 4.6600 | 5.6900 | -3,797.90 | 0.33 | 3,797.57 | 0.00 | 839.45 | O;P |
| AWX | 2018-07-26, 09:38:24 | 1,000 | 4.6600 | 5.6900 | -4,660.00 | 0.40 | 4,659.60 | 0.00 | 1,030.00 | O;P |
| AWX | 2018-07-26, 09:38:24 | 100 | 4.6600 | 5.6900 | -466.00 | -0.17 | 466.17 | 0.00 | 103.00 | O |
| AWX | 2018-07-26, 09:38:25 | 1,000 | 4.6854 | 5.6900 | -4,685.40 | -1.70 | 4,687.10 | 0.00 | 1,004.60 | O |
| AWX | 2018-07-26, 09:38:25 | 1,000 | 4.67845 | 5.6900 | -4,678.45 | -3.20 | 4,681.65 | 0.00 | 1,011.55 | O;P |
| AWX | 2018-07-26, 09:38:25 | 1,000 | 4.68162 | 5.6900 | -4,681.62 | -3.80 | 4,685.42 | 0.00 | 1,008.38 | O;P |
| AWX | 2018-07-26, 09:38:26 | 1,000 | 4.6810 | 5.6900 | -4,681.00 | -4.35 | 4,685.35 | 0.00 | 1,009.00 | O;P |
| AWX | 2018-07-26, 09:38:26 | 100 | 4.6600 | 5.6900 | -466.00 | -0.16 | 466.16 | 0.00 | 103.00 | O |
| AWX | 2018-07-26, 09:38:26 | 100 | 4.6600 | 5.6900 | -466.00 | -0.16 | 466.16 | 0.00 | 103.00 | O |
| AWX | 2018-07-26, 09:38:26 | 1,000 | 4.68378 | 5.6900 | -4,683.78 | -2.60 | 4,686.38 | 0.00 | 1,006.22 | O;P |
| AWX | 2018-07-26, 09:38:26 | 100 | 4.6600 | 5.6900 | -466.00 | -0.16 | 466.16 | 0.00 | 103.00 | O |
| AWX | 2018-07-26, 09:38:26 | 1,000 | 4.6800 | 5.6900 | -4,680.00 | -4.70 | 4,684.70 | 0.00 | 1,010.00 | O;P |
| AWX | 2018-07-26, 09:38:26 | 100 | 4.6600 | 5.6900 | -466.00 | -0.16 | 466.16 | 0.00 | 103.00 | O |

A-196

## Trades

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 09:38:32 | | 375 | 4.6600 | 5.6900 | -1,747.50 | -0.64 | 1,748.14 | 0.00 | 386.25 | O;P |
| AWX | 2018-07-26, 09:38:33 | | 1,000 | 4.67876 | 5.6900 | -4,678.76 | -1.40 | 4,680.16 | 0.00 | 1,011.24 | O;P |
| AWX | 2018-07-26, 09:38:34 | | 1,000 | 4.6685 | 5.6900 | -4,668.50 | -1.70 | 4,670.20 | 0.00 | 1,021.50 | O |
| AWX | 2018-07-26, 09:38:34 | | 1,000 | 4.6790 | 5.6900 | -4,679.00 | -4.45 | 4,683.45 | 0.00 | 1,011.00 | O;P |
| AWX | 2018-07-26, 09:38:35 | | 1,000 | 4.6800 | 5.6900 | -4,680.00 | -4.70 | 4,684.70 | 0.00 | 1,010.00 | O;P |
| AWX | 2018-07-26, 09:38:35 | | 1,000 | 4.6800 | 5.6900 | -4,680.00 | -4.70 | 4,684.70 | 0.00 | 1,010.00 | O;P |
| AWX | 2018-07-26, 09:38:41 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -3.30 | 4,693.30 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:38:43 | | 1,000 | 4.66904 | 5.6900 | -4,669.04 | -4.70 | 4,673.74 | 0.00 | 1,020.96 | O;P |
| AWX | 2018-07-26, 09:38:43 | | 1,000 | 4.6950 | 5.6900 | -4,695.00 | -3.30 | 4,698.30 | 0.00 | 995.00 | O;P |
| AWX | 2018-07-26, 09:38:44 | | 1,000 | 4.69877 | 5.6900 | -4,698.77 | -1.72 | 4,700.49 | 0.00 | 991.23 | O;P |
| AWX | 2018-07-26, 09:38:44 | | 1,000 | 4.7000 | 5.6900 | -4,700.00 | -1.90 | 4,701.90 | 0.00 | 990.00 | O |
| AWX | 2018-07-26, 09:38:44 | | 1,000 | 4.6990 | 5.6900 | -4,699.00 | -3.58 | 4,702.58 | 0.00 | 991.00 | O;P |
| AWX | 2018-07-26, 09:39:21 | | 1,000 | 4.6200 | 5.6900 | -4,620.00 | -4.70 | 4,624.70 | 0.00 | 1,070.00 | O;P |
| AWX | 2018-07-26, 09:39:21 | | 1,000 | 4.6200 | 5.6900 | -4,620.00 | -3.20 | 4,623.20 | 0.00 | 1,070.00 | O;P |
| AWX | 2018-07-26, 09:39:21 | | 300 | 4.5900 | 5.6900 | -1,377.00 | 0.12 | 1,376.88 | 0.00 | 330.00 | O;P |
| AWX | 2018-07-26, 09:39:21 | | 150 | 4.6200 | 5.6900 | -693.00 | -0.58 | 693.58 | 0.00 | 160.50 | O;P |
| AWX | 2018-07-26, 09:39:22 | | 100 | 4.6200 | 5.6900 | -462.00 | -0.67 | 462.67 | 0.00 | 107.00 | O |
| AWX | 2018-07-26, 09:39:23 | | 500 | 4.6300 | 5.6900 | -2,315.00 | -2.35 | 2,317.35 | 0.00 | 530.00 | O |
| AWX | 2018-07-26, 09:39:24 | | 1,000 | 4.6400 | 5.6900 | -4,640.00 | -4.70 | 4,644.70 | 0.00 | 1,050.00 | O;P |
| AWX | 2018-07-26, 09:39:24 | | 900 | 4.6400 | 5.6900 | -4,176.00 | -3.21 | 4,179.21 | 0.00 | 945.00 | O;P |
| AWX | 2018-07-26, 09:39:24 | | 200 | 4.6500 | 5.6900 | -930.00 | -0.31 | 930.31 | 0.00 | 208.00 | O |
| AWX | 2018-07-26, 09:39:25 | | 400 | 4.6600 | 5.6900 | -1,864.00 | -1.88 | 1,865.88 | 0.00 | 412.00 | O |
| AWX | 2018-07-26, 09:39:25 | | 1,000 | 4.6854 | 5.6900 | -4,685.40 | -1.70 | 4,687.10 | 0.00 | 1,004.60 | O |
| AWX | 2018-07-26, 09:39:30 | | 1,000 | 4.6420 | 5.6900 | -4,642.00 | -4.70 | 4,646.70 | 0.00 | 1,048.00 | O;P |
| AWX | 2018-07-26, 09:39:30 | | 1,000 | 4.6640 | 5.6900 | -4,664.00 | -4.70 | 4,668.70 | 0.00 | 1,026.00 | O;P |
| AWX | 2018-07-26, 09:39:30 | | 1,000 | 4.6730 | 5.6900 | -4,673.00 | -4.70 | 4,677.70 | 0.00 | 1,017.00 | O;P |
| AWX | 2018-07-26, 09:39:30 | | 1,000 | 4.6840 | 5.6900 | -4,684.00 | -4.70 | 4,688.70 | 0.00 | 1,006.00 | O;P |
| AWX | 2018-07-26, 09:39:30 | | 1,000 | 4.6810 | 5.6900 | -4,681.00 | -4.70 | 4,685.70 | 0.00 | 1,009.00 | O;P |
| AWX | 2018-07-26, 09:39:30 | | 1,000 | 4.6770 | 5.6900 | -4,677.00 | -4.70 | 4,681.70 | 0.00 | 1,013.00 | O;P |

A-197

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 09:39:30 | 1,000 | 4.6850 | 5.6900 | -4,685.00 | -4.40 | 4,689.40 | 0.00 | 1,005.00 | O;P |
| AWX | 2018-07-26, 09:39:31 | 1,000 | 4.6800 | 5.6900 | -4,680.00 | -1.70 | 4,681.70 | 0.00 | 1,010.00 | O |
| AWX | 2018-07-26, 09:51:12 | 3,954 | 4.4877491 | 5.6900 | -17,744.56 | -11.18 | 17,755.74 | 0.00 | 4,753.70 | O;P |
| AWX | 2018-07-26, 09:51:15 | 1,800 | 4.5000 | 5.6900 | -8,100.00 | -8.46 | 8,108.46 | 0.00 | 2,142.00 | O;P |
| AWX | 2018-07-26, 10:15:03 | 100,000 | 4.2561069 | 5.6900 | -425,610.69 | -0.99 | 425,611.68 | 0.00 | 143,389.31 | O;P |
| AWX | 2018-07-26, 10:16:52 | 2,360 | 4.2000 | 5.6900 | -9,912.00 | -4.20 | 9,916.20 | 0.00 | 3,516.40 | O;P |
| AWX | 2018-07-26, 10:17:53 | 1,000 | 4.1850 | 5.6900 | -4,185.00 | -1.70 | 4,186.70 | 0.00 | 1,505.00 | O;P |
| AWX | 2018-07-26, 10:17:54 | 500 | 4.1900 | 5.6900 | -2,095.00 | -1.33 | 2,096.33 | 0.00 | 750.00 | O;P |
| AWX | 2018-07-26, 10:17:55 | 1,000 | 4.1920 | 5.6900 | -4,192.00 | -4.02 | 4,196.02 | 0.00 | 1,498.00 | O;P |
| AWX | 2018-07-26, 10:17:56 | 500 | 4.2000 | 5.6900 | -2,100.00 | -2.35 | 2,102.35 | 0.00 | 745.00 | O;P |
| AWX | 2018-07-26, 10:17:56 | 1,000 | 4.21721 | 5.6900 | -4,217.21 | -2.00 | 4,219.21 | 0.00 | 1,472.79 | O;P |
| AWX | 2018-07-26, 10:17:57 | 1,000 | 4.2200 | 5.6900 | -4,220.00 | -4.70 | 4,224.70 | 0.00 | 1,470.00 | O;P |
| AWX | 2018-07-26, 10:17:57 | 700 | 4.2200 | 5.6900 | -2,954.00 | -1.76 | 2,955.76 | 0.00 | 1,029.00 | O;P |
| AWX | 2018-07-26, 10:17:57 | 100 | 4.2200 | 5.6900 | -422.00 | -0.17 | 422.17 | 0.00 | 147.00 | O |
| AWX | 2018-07-26, 10:17:58 | 270 | 4.2300 | 5.6900 | -1,142.10 | -0.91 | 1,143.01 | 0.00 | 394.20 | O;P |
| AWX | 2018-07-26, 10:17:59 | 1,000 | 4.2400 | 5.6900 | -4,240.00 | -2.37 | 4,242.37 | 0.00 | 1,450.00 | O;P |
| AWX | 2018-07-26, 10:18:00 | 1,000 | 4.2497 | 5.6900 | -4,249.70 | -1.86 | 4,251.56 | 0.00 | 1,440.30 | O;P |
| AWX | 2018-07-26, 10:18:00 | 1,000 | 4.2500 | 5.6900 | -4,250.00 | -1.90 | 4,251.90 | 0.00 | 1,440.00 | O |
| AWX | 2018-07-26, 10:18:00 | 1,000 | 4.2500 | 5.6900 | -4,250.00 | -1.90 | 4,251.90 | 0.00 | 1,440.00 | O |
| AWX | 2018-07-26, 10:18:01 | 1,000 | 4.2500 | 5.6900 | -4,250.00 | -4.20 | 4,254.20 | 0.00 | 1,440.00 | O;P |
| AWX | 2018-07-26, 10:18:01 | 1,000 | 4.2500 | 5.6900 | -4,250.00 | 0.40 | 4,249.60 | 0.00 | 1,440.00 | O;P |
| AWX | 2018-07-26, 10:18:03 | 100 | 4.2400 | 5.6900 | -424.00 | -0.16 | 424.16 | 0.00 | 145.00 | O |
| AWX | 2018-07-26, 10:18:04 | 1,000 | 4.2500 | 5.6900 | -4,250.00 | -3.80 | 4,253.80 | 0.00 | 1,440.00 | O;P |
| AWX | 2018-07-26, 10:18:04 | 1,000 | 4.2500 | 5.6900 | -4,250.00 | -4.70 | 4,254.70 | 0.00 | 1,440.00 | O;P |
| AWX | 2018-07-26, 10:18:05 | 1,000 | 4.2500 | 5.6900 | -4,250.00 | -4.70 | 4,254.70 | 0.00 | 1,440.00 | O;P |
| AWX | 2018-07-26, 10:18:05 | 1,000 | 4.2500 | 5.6900 | -4,250.00 | -3.28 | 4,253.28 | 0.00 | 1,440.00 | O;P |
| AWX | 2018-07-26, 10:18:06 | 1,000 | 4.2400 | 5.6900 | -4,240.00 | -0.63 | 4,240.63 | 0.00 | 1,450.00 | O;P |
| AWX | 2018-07-26, 10:28:13 | 1,000 | 4.1000 | 5.6900 | -4,100.00 | 0.30 | 4,099.70 | 0.00 | 1,590.00 | O;P |
| AWX | 2018-07-26, 10:28:16 | 1,000 | 4.1200 | 5.6900 | -4,120.00 | -4.70 | 4,124.70 | 0.00 | 1,570.00 | O;P |

A-198

## Trades

| | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 10:28:18 | 1,000 | 4.1200 | 5.6900 | -4,120.00 | 0.27 | 4,119.73 | 0.00 | 1,570.00 | O;P |
| AWX | 2018-07-26, 10:32:15 | 1,000 | 4.1269 | 5.6900 | -4,126.90 | -1.70 | 4,128.60 | 0.00 | 1,563.10 | O |
| AWX | 2018-07-26, 10:32:16 | 1,000 | 4.1290 | 5.6900 | -4,129.00 | -1.83 | 4,130.83 | 0.00 | 1,561.00 | O;P |
| AWX | 2018-07-26, 10:32:19 | 1,000 | 4.1385 | 5.6900 | -4,138.50 | -1.70 | 4,140.20 | 0.00 | 1,551.50 | O;P |
| AWX | 2018-07-26, 10:32:20 | 1,000 | 4.13925 | 5.6900 | -4,139.25 | -3.20 | 4,142.45 | 0.00 | 1,550.75 | O;P |
| AWX | 2018-07-26, 10:32:24 | 1,000 | 4.1100 | 5.6900 | -4,110.00 | 0.40 | 4,109.60 | 0.00 | 1,580.00 | O;P |
| AWX | 2018-07-26, 10:33:17 | 28,900 | 4.1395727 | 5.6900 | -119,633.65 | -134.96 | 119,768.61 | 0.00 | 44,807.35 | O;P |
| AWX | 2018-07-26, 10:33:20 | 1,470 | 4.1400 | 5.6900 | -6,085.80 | -6.91 | 6,092.71 | 0.00 | 2,278.50 | O;P |
| AWX | 2018-07-26, 10:33:43 | 2,000 | 4.19525 | 5.6900 | -8,390.50 | -9.40 | 8,399.90 | 0.00 | 2,989.50 | O;P |
| AWX | 2018-07-26, 10:33:45 | 1,300 | 4.2000 | 5.6900 | -5,460.00 | -0.61 | 5,460.61 | 0.00 | 1,937.00 | O;P |
| AWX | 2018-07-26, 10:33:53 | 2,000 | 4.22931 | 5.6900 | -8,458.62 | -7.66 | 8,466.28 | 0.00 | 2,921.38 | O;P |
| AWX | 2018-07-26, 10:33:54 | 2,000 | 4.2300 | 5.6900 | -8,460.00 | -0.50 | 8,460.50 | 0.00 | 2,920.00 | O;P |
| AWX | 2018-07-26, 10:33:58 | 2,000 | 4.2400 | 5.6900 | -8,480.00 | -8.95 | 8,488.95 | 0.00 | 2,900.00 | O;P |
| AWX | 2018-07-26, 10:34:00 | 2,000 | 4.2500 | 5.6900 | -8,500.00 | -8.69 | 8,508.69 | 0.00 | 2,880.00 | O;P |
| AWX | 2018-07-26, 10:34:04 | 2,000 | 4.259475 | 5.6900 | -8,518.95 | -4.25 | 8,523.20 | 0.00 | 2,861.05 | O;P |
| AWX | 2018-07-26, 10:34:05 | 2,000 | 4.26125 | 5.6900 | -8,522.50 | -5.34 | 8,527.84 | 0.00 | 2,857.50 | O;P |
| AWX | 2018-07-26, 10:34:05 | 2,000 | 4.2759 | 5.6900 | -8,551.80 | 4.90 | 8,556.70 | 0.00 | 2,828.20 | O;P |
| AWX | 2018-07-26, 10:34:06 | 2,000 | 4.292125 | 5.6900 | -8,584.25 | -9.10 | 8,593.35 | 0.00 | 2,795.75 | O;P |
| AWX | 2018-07-26, 10:34:06 | 2,000 | 4.27625 | 5.6900 | -8,552.50 | -4.90 | 8,557.40 | 0.00 | 2,827.50 | O;P |
| AWX | 2018-07-26, 10:34:07 | 2,000 | 4.29575 | 5.6900 | -8,591.50 | -4.60 | 8,596.10 | 0.00 | 2,788.50 | O;P |
| AWX | 2018-07-26, 10:34:07 | 2,000 | 4.2760 | 5.6900 | -8,552.00 | -9.40 | 8,561.40 | 0.00 | 2,828.00 | O;P |
| AWX | 2018-07-26, 10:34:08 | 2,000 | 4.3000 | 5.6900 | -8,600.00 | -9.40 | 8,609.40 | 0.00 | 2,780.00 | O;P |
| AWX | 2018-07-26, 10:34:09 | 2,000 | 4.2990 | 5.6900 | -8,598.00 | -1.25 | 8,599.25 | 0.00 | 2,782.00 | O;P |
| AWX | 2018-07-26, 10:34:31 | 2,000 | 4.21848 | 5.6900 | -8,436.96 | -6.70 | 8,443.66 | 0.00 | 2,943.04 | O;P |
| AWX | 2018-07-26, 10:34:32 | 50 | 4.2300 | 5.6900 | -211.50 | -0.51 | 212.01 | 0.00 | 73.00 | O |
| AWX | 2018-07-26, 10:34:34 | 2,000 | 4.24875 | 5.6900 | -8,497.50 | -3.86 | 8,501.36 | 0.00 | 2,882.50 | O;P |
| AWX | 2018-07-26, 10:34:37 | 2,000 | 4.2997 | 5.6900 | -8,599.40 | -7.13 | 8,606.53 | 0.00 | 2,780.60 | O;P |
| AWX | 2018-07-26, 10:34:38 | 2,000 | 4.3100 | 5.6900 | -8,620.00 | 0.60 | 8,619.40 | 0.00 | 2,760.00 | O;P |
| AWX | 2018-07-26, 10:35:37 | 200 | 4.2200 | 5.6900 | -844.00 | -0.99 | 844.99 | 0.00 | 294.00 | O |

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 10:35:39 | | 200 | 4.2200 | 5.6900 | -844.00 | 0.03 | 843.97 | 0.00 | 294.00 | O |
| AWX | 2018-07-26, 10:35:58 | | 400 | 4.1800 | 5.6900 | -1,672.00 | -1.88 | 1,673.88 | 0.00 | 604.00 | O |
| AWX | 2018-07-26, 10:36:05 | | 300 | 4.2150 | 5.6900 | -1,264.50 | -0.51 | 1,265.01 | 0.00 | 442.50 | O |
| AWX | 2018-07-26, 10:36:06 | | 300 | 4.2200 | 5.6900 | -1,266.00 | -1.11 | 1,267.11 | 0.00 | 441.00 | O;P |
| AWX | 2018-07-26, 10:36:07 | | 300 | 4.2133333 | 5.6900 | -1,264.00 | -1.41 | 1,265.41 | 0.00 | 443.00 | O;P |
| AWX | 2018-07-26, 10:36:07 | | 300 | 4.2100 | 5.6900 | -1,263.00 | -1.41 | 1,264.41 | 0.00 | 444.00 | O |
| AWX | 2018-07-26, 10:36:08 | | 300 | 4.2200 | 5.6900 | -1,266.00 | -1.41 | 1,267.41 | 0.00 | 441.00 | O;P |
| AWX | 2018-07-26, 10:36:08 | | 300 | 4.2200 | 5.6900 | -1,266.00 | -1.41 | 1,267.41 | 0.00 | 441.00 | O;P |
| AWX | 2018-07-26, 10:36:13 | | 400 | 4.1800 | 5.6900 | -1,672.00 | 0.12 | 1,671.88 | 0.00 | 604.00 | O |
| AWX | 2018-07-26, 10:36:32 | | 300 | 4.2173333 | 5.6900 | -1,265.20 | -0.81 | 1,266.01 | 0.00 | 441.80 | O;P |
| AWX | 2018-07-26, 10:36:39 | | 300 | 4.2200 | 5.6900 | -1,266.00 | 0.12 | 1,265.88 | 0.00 | 441.00 | O |
| AWX | 2018-07-26, 10:37:23 | | 3,300 | 4.2300 | 5.6900 | -13,959.00 | -6.27 | 13,965.27 | 0.00 | 4,818.00 | O;P |
| AWX | 2018-07-26, 10:37:27 | | 1,940 | 4.2500 | 5.6900 | -8,245.00 | -9.02 | 8,254.02 | 0.00 | 2,793.60 | O;P |
| AWX | 2018-07-26, 10:37:33 | | 1,400 | 4.2600 | 5.6900 | -5,964.00 | -6.58 | 5,970.58 | 0.00 | 2,002.00 | O |
| AWX | 2018-07-26, 10:37:36 | | 1,400 | 4.2900 | 5.6900 | -6,006.00 | -3.17 | 6,009.17 | 0.00 | 1,960.00 | O;P |
| AWX | 2018-07-26, 10:37:37 | | 1,400 | 4.2900 | 5.6900 | -6,006.00 | -0.30 | 6,006.30 | 0.00 | 1,960.00 | O;P |
| AWX | 2018-07-26, 10:37:40 | | 1,400 | 4.2900 | 5.6900 | -6,006.00 | 0.20 | 6,005.80 | 0.00 | 1,960.00 | O;P |
| AWX | 2018-07-26, 10:37:55 | | 1,400 | 4.2800 | 5.6900 | -5,992.00 | -6.08 | 5,998.08 | 0.00 | 1,974.00 | O;P |
| AWX | 2018-07-26, 10:37:59 | | 1,400 | 4.2800 | 5.6900 | -5,992.00 | 0.56 | 5,991.44 | 0.00 | 1,974.00 | O |
| AWX | 2018-07-26, 10:38:17 | | 1,400 | 4.2756143 | 5.6900 | -5,985.86 | -2.35 | 5,988.21 | 0.00 | 1,980.14 | O;P |
| AWX | 2018-07-26, 10:45:50 | | 1,400 | 4.2450 | 5.6900 | -5,943.00 | -2.38 | 5,945.38 | 0.00 | 2,023.00 | O;P |
| AWX | 2018-07-26, 10:45:50 | | 1,400 | 4.2500 | 5.6900 | -5,950.00 | -3.78 | 5,953.78 | 0.00 | 2,016.00 | O;P |
| AWX | 2018-07-26, 10:45:51 | | 1,400 | 4.2500 | 5.6900 | -5,950.00 | -3.23 | 5,953.23 | 0.00 | 2,016.00 | O;P |
| AWX | 2018-07-26, 10:46:06 | | 1,400 | 4.2850 | 5.6900 | -5,999.00 | -2.38 | 6,001.38 | 0.00 | 1,967.00 | O;P |
| AWX | 2018-07-26, 10:46:07 | | 1,400 | 4.2896429 | 5.6900 | -6,005.50 | -6.28 | 6,011.78 | 0.00 | 1,960.50 | O;P |
| AWX | 2018-07-26, 10:46:08 | | 1,400 | 4.2896429 | 5.6900 | -6,005.50 | -4.75 | 6,010.25 | 0.00 | 1,960.50 | O;P |
| AWX | 2018-07-26, 10:46:23 | | 1,400 | 4.3400 | 5.6900 | -6,076.00 | -1.31 | 6,077.31 | 0.00 | 1,890.00 | O;P |
| AWX | 2018-07-26, 10:46:25 | | 1,400 | 4.3400 | 5.6900 | -6,076.00 | -0.28 | 6,076.28 | 0.00 | 1,890.00 | O;P |
| AWX | 2018-07-26, 10:46:26 | | 1,400 | 4.3400 | 5.6900 | -6,076.00 | 0.56 | 6,075.44 | 0.00 | 1,890.00 | O;P |

A-200

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 10:47:16 | | 1,400 | 4.2500 | 5.6900 | -5,950.00 | 0.56 | 5,949.44 | 0.00 | 2,016.00 | O;P |
| AWX | 2018-07-26, 10:47:45 | | 1,400 | 4.2300 | 5.6900 | -5,922.00 | 0.42 | 5,921.58 | 0.00 | 2,044.00 | O;P |
| AWX | 2018-07-26, 10:51:20 | | 1,400 | 4.2800 | 5.6900 | -5,992.00 | -4.08 | 5,996.08 | 0.00 | 1,974.00 | O;P |
| AWX | 2018-07-26, 10:51:24 | | 1,400 | 4.2900 | 5.6900 | -6,006.00 | -1.33 | 6,007.33 | 0.00 | 1,960.00 | O;P |
| AWX | 2018-07-26, 10:51:29 | | 1,400 | 4.3000 | 5.6900 | -6,020.00 | -6.58 | 6,026.58 | 0.00 | 1,946.00 | O |
| AWX | 2018-07-26, 10:51:29 | | 1,400 | 4.3172857 | 5.6900 | -6,044.20 | -3.78 | 6,047.98 | 0.00 | 1,921.80 | O;P |
| AWX | 2018-07-26, 10:51:32 | | 1,400 | 4.3200 | 5.6900 | -6,048.00 | 0.56 | 6,047.44 | 0.00 | 1,918.00 | O;P |
| AWX | 2018-07-26, 10:51:34 | | 1,400 | 4.3369286 | 5.6900 | -6,071.70 | -2.40 | 6,074.10 | 0.00 | 1,894.30 | O;P |
| AWX | 2018-07-26, 10:51:37 | | 1,400 | 4.3486929 | 5.6900 | -6,088.17 | -2.40 | 6,090.57 | 0.00 | 1,877.83 | O;P |
| AWX | 2018-07-26, 10:51:38 | | 1,400 | 4.34925 | 5.6900 | -6,088.95 | -2.51 | 6,091.46 | 0.00 | 1,877.05 | O;P |
| AWX | 2018-07-26, 10:51:42 | | 1,400 | 4.3500 | 5.6900 | -6,090.00 | 0.42 | 6,089.58 | 0.00 | 1,876.00 | O;P |
| AWX | 2018-07-26, 10:51:49 | | 1,400 | 4.3500 | 5.6900 | -6,090.00 | 0.42 | 6,089.58 | 0.00 | 1,876.00 | O;P |
| AWX | 2018-07-26, 10:52:13 | | 1,400 | 4.2600 | 5.6900 | -5,964.00 | 0.42 | 5,963.58 | 0.00 | 2,002.00 | O;P |
| AWX | 2018-07-26, 10:52:42 | | 1,400 | 4.3300 | 5.6900 | -6,062.00 | 0.56 | 6,061.44 | 0.00 | 1,904.00 | O;P |
| AWX | 2018-07-26, 10:52:42 | | 1,400 | 4.3200 | 5.6900 | -6,048.00 | 0.53 | 6,047.47 | 0.00 | 1,918.00 | O;P |
| AWX | 2018-07-26, 10:52:42 | | 1,400 | 4.3018571 | 5.6900 | -6,022.60 | -5.28 | 6,027.88 | 0.00 | 1,943.40 | O;P |
| AWX | 2018-07-26, 10:53:04 | | 2,500 | 4.347608 | 5.6900 | -10,869.02 | -7.85 | 10,876.87 | 0.00 | 3,355.98 | O;P |
| AWX | 2018-07-26, 10:53:06 | | 2,500 | 4.3500 | 5.6900 | -10,875.00 | -9.40 | 10,884.40 | 0.00 | 3,350.00 | O;P |
| AWX | 2018-07-26, 10:55:01 | | 1,400 | 4.3000 | 5.6900 | -6,020.00 | 0.56 | 6,019.44 | 0.00 | 1,946.00 | O;P |
| AWX | 2018-07-26, 10:55:39 | | 1,400 | 4.2900 | 5.6900 | -6,006.00 | 0.42 | 6,005.58 | 0.00 | 1,960.00 | O;P |
| AWX | 2018-07-26, 10:55:47 | | 1,400 | 4.2400 | 5.6900 | -5,936.00 | 0.42 | 5,935.58 | 0.00 | 2,030.00 | O;P |
| AWX | 2018-07-26, 11:10:56 | | 1,007 | 4.2736246 | 5.6900 | -4,303.54 | -2.60 | 4,306.14 | 0.00 | 1,426.29 | O;P |
| AWX | 2018-07-26, 11:11:03 | | 2,500 | 4.296996 | 5.6900 | -10,742.49 | -5.45 | 10,747.94 | 0.00 | 3,482.51 | O;P |
| AWX | 2018-07-26, 11:13:12 | | 1,000 | 4.3154 | 5.6900 | -4,315.40 | -1.70 | 4,317.10 | 0.00 | 1,374.60 | O |
| AWX | 2018-07-26, 11:13:17 | | 612 | 4.3100 | 5.6900 | -2,637.72 | 0.18 | 2,637.54 | 0.00 | 844.56 | O;P |
| AWX | 2018-07-26, 11:22:53 | | 1,000 | 4.3450 | 5.6900 | -4,345.00 | -1.70 | 4,346.70 | 0.00 | 1,345.00 | O |
| AWX | 2018-07-26, 11:22:54 | | 1,000 | 4.3450 | 5.6900 | -4,345.00 | -1.70 | 4,346.70 | 0.00 | 1,345.00 | O |
| AWX | 2018-07-26, 11:22:55 | | 1,000 | 4.3450 | 5.6900 | -4,345.00 | -1.70 | 4,346.70 | 0.00 | 1,345.00 | O |
| AWX | 2018-07-26, 11:22:57 | | 1,000 | 4.34902 | 5.6900 | -4,349.02 | -1.13 | 4,350.15 | 0.00 | 1,340.98 | O;P |

A-201

Activity Statement - January 1, 2018 - December 31, 2018

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 11:22:59 | 1,000 | 4.3700 | 5.6900 | -4,370.00 | -0.34 | 4,370.34 | 0.00 | 1,320.00 | O;P |
| AWX | 2018-07-26, 11:23:00 | 1,000 | 4.39632 | 5.6900 | -4,396.32 | -1.80 | 4,398.12 | 0.00 | 1,293.68 | O;P |
| AWX | 2018-07-26, 11:23:01 | 1,000 | 4.3990 | 5.6900 | -4,399.00 | -1.20 | 4,400.20 | 0.00 | 1,291.00 | O;P |
| AWX | 2018-07-26, 11:29:10 | 10 | 4.3000 | 5.6900 | -43.00 | -0.33 | 43.33 | 0.00 | 13.90 | O |
| AWX | 2018-07-26, 11:29:53 | 1,000 | 4.38519 | 5.6900 | -4,385.19 | -1.70 | 4,386.89 | 0.00 | 1,304.81 | O;P |
| AWX | 2018-07-26, 11:29:54 | 1,000 | 4.38342 | 5.6900 | -4,383.42 | -1.70 | 4,385.12 | 0.00 | 1,306.58 | O;P |
| AWX | 2018-07-26, 11:31:44 | 500 | 4.3000 | 5.6900 | -2,150.00 | 0.20 | 2,149.80 | 0.00 | 695.00 | O |
| AWX | 2018-07-26, 11:32:09 | 500 | 4.3200 | 5.6900 | -2,160.00 | -0.06 | 2,160.06 | 0.00 | 685.00 | O;P |
| AWX | 2018-07-26, 11:32:13 | 500 | 4.3464 | 5.6900 | -2,172.70 | -0.85 | 2,173.55 | 0.00 | 672.30 | O |
| AWX | 2018-07-26, 11:32:14 | 500 | 4.3454 | 5.6900 | -2,172.70 | -0.85 | 2,173.55 | 0.00 | 672.30 | O |
| AWX | 2018-07-26, 11:32:15 | 500 | 4.3454 | 5.6900 | -2,172.70 | -0.85 | 2,173.55 | 0.00 | 672.30 | O |
| AWX | 2018-07-26, 11:32:16 | 500 | 4.3454 | 5.6900 | -2,172.70 | -0.85 | 2,173.55 | 0.00 | 672.30 | O |
| AWX | 2018-07-26, 11:32:17 | 500 | 4.3454 | 5.6900 | -2,172.70 | -0.85 | 2,173.55 | 0.00 | 672.30 | O |
| AWX | 2018-07-26, 11:36:35 | 1,000 | 4.29965 | 5.6900 | -4,299.65 | -4.40 | 4,304.05 | 0.00 | 1,390.35 | O;P |
| AWX | 2018-07-26, 11:37:07 | 1,000 | 4.3445 | 5.6900 | -4,344.50 | -1.65 | 4,346.15 | 0.00 | 1,345.50 | O;P |
| AWX | 2018-07-26, 11:37:08 | 1,000 | 4.34799 | 5.6900 | -4,347.99 | -1.60 | 4,349.59 | 0.00 | 1,342.01 | O;P |
| AWX | 2018-07-26, 11:37:08 | 100 | 4.3500 | 5.6900 | -435.00 | -0.67 | 435.67 | 0.00 | 134.00 | O |
| AWX | 2018-07-26, 11:37:14 | 1,000 | 4.37708 | 5.6900 | -4,377.08 | -4.10 | 4,381.18 | 0.00 | 1,312.92 | O;P |
| AWX | 2018-07-26, 11:37:14 | 1,000 | 4.3800 | 5.6900 | -4,380.00 | -4.70 | 4,384.70 | 0.00 | 1,310.00 | O;P |
| AWX | 2018-07-26, 11:37:22 | 1,000 | 4.4154 | 5.6900 | -4,415.40 | -1.70 | 4,417.10 | 0.00 | 1,274.60 | O;P |
| AWX | 2018-07-26, 11:37:22 | 1,000 | 4.4154 | 5.6900 | -4,415.40 | -1.70 | 4,417.10 | 0.00 | 1,274.60 | O |
| AWX | 2018-07-26, 11:37:23 | 1,000 | 4.4154 | 5.6900 | -4,415.40 | -1.70 | 4,417.10 | 0.00 | 1,274.60 | O;P |
| AWX | 2018-07-26, 11:37:24 | 1,000 | 4.4132 | 5.6900 | -4,413.20 | -2.85 | 4,416.05 | 0.00 | 1,276.80 | O;P |
| AWX | 2018-07-26, 11:37:24 | 1,000 | 4.4200 | 5.6900 | -4,420.00 | -0.83 | 4,420.83 | 0.00 | 1,270.00 | O;P |
| AWX | 2018-07-26, 11:37:30 | 1,000 | 4.4200 | 5.6900 | -4,420.00 | 0.40 | 4,419.60 | 0.00 | 1,270.00 | O |
| AWX | 2018-07-26, 11:37:30 | 941 | 4.3900 | 5.6900 | -4,130.99 | 0.28 | 4,130.71 | 0.00 | 1,223.30 | O;P |
| AWX | 2018-07-26, 11:37:31 | 1,000 | 4.4200 | 5.6900 | -4,420.00 | -1.70 | 4,421.70 | 0.00 | 1,270.00 | O |
| AWX | 2018-07-26, 11:37:31 | 1,000 | 4.42665 | 5.6900 | -4,426.65 | -1.78 | 4,428.43 | 0.00 | 1,263.35 | O;P |

**A-202**

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 11:37:32 | 1,000 | 4.42806 | 5.6900 | -4,428.06 | -1.70 | 4,429.76 | 0.00 | 1,261.94 | O;P |
| AWX | 2018-07-26, 11:37:32 | 1,000 | 4.41703 | 5.6900 | -4,417.03 | -1.70 | 4,418.73 | 0.00 | 1,272.97 | O;P |
| AWX | 2018-07-26, 11:37:33 | 1,000 | 4.4200 | 5.6900 | -4,420.00 | -4.70 | 4,424.70 | 0.00 | 1,270.00 | O |
| AWX | 2018-07-26, 11:37:34 | 1,000 | 4.4200 | 5.6900 | -4,420.00 | -1.70 | 4,421.70 | 0.00 | 1,270.00 | O |
| AWX | 2018-07-26, 11:37:34 | 1,000 | 4.42678 | 5.6900 | -4,426.78 | -1.55 | 4,428.33 | 0.00 | 1,263.22 | O;P |
| AWX | 2018-07-26, 11:37:35 | 792 | 4.4300 | 5.6900 | -3,508.56 | -1.53 | 3,510.09 | 0.00 | 997.92 | O;P |
| AWX | 2018-07-26, 11:38:46 | 1,000 | 4.4400 | 5.6900 | -4,440.00 | -3.58 | 4,443.58 | 0.00 | 1,250.00 | O;P |
| AWX | 2018-07-26, 11:38:47 | 1,000 | 4.4500 | 5.6900 | -4,450.00 | -4.70 | 4,454.70 | 0.00 | 1,240.00 | O |
| AWX | 2018-07-26, 11:38:48 | 1,000 | 4.4500 | 5.6900 | -4,450.00 | -4.70 | 4,454.70 | 0.00 | 1,240.00 | O;P |
| AWX | 2018-07-26, 11:38:48 | 1,000 | 4.4490 | 5.6900 | -4,449.00 | -3.29 | 4,452.29 | 0.00 | 1,241.00 | O;P |
| AWX | 2018-07-26, 11:38:54 | 1,000 | 4.4700 | 5.6900 | -4,470.00 | -2.46 | 4,472.46 | 0.00 | 1,220.00 | O;P |
| AWX | 2018-07-26, 11:38:55 | 1,000 | 4.4700 | 5.6900 | -4,470.00 | -1.19 | 4,471.19 | 0.00 | 1,220.00 | O;P |
| AWX | 2018-07-26, 11:38:55 | 1,000 | 4.4500 | 5.6900 | -4,450.00 | 0.40 | 4,449.60 | 0.00 | 1,240.00 | O;P |
| AWX | 2018-07-26, 11:39:24 | 950 | 4.4100 | 5.6900 | -4,189.50 | -0.94 | 4,190.44 | 0.00 | 1,216.00 | O;P |
| AWX | 2018-07-26, 11:39:46 | 1,000 | 4.4500 | 5.6900 | -4,450.00 | -3.33 | 4,453.33 | 0.00 | 1,240.00 | O;P |
| AWX | 2018-07-26, 11:40:05 | 1,000 | 4.48215 | 5.6900 | -4,482.15 | -3.10 | 4,485.25 | 0.00 | 1,207.85 | O;P |
| AWX | 2018-07-26, 11:42:19 | 500 | 4.4800 | 5.6900 | -2,240.00 | -1.77 | 2,241.77 | 0.00 | 605.00 | O;P |
| AWX | 2018-07-26, 11:42:22 | 1,000 | 4.4900 | 5.6900 | -4,490.00 | -3.17 | 4,493.17 | 0.00 | 1,200.00 | O;P |
| AWX | 2018-07-26, 11:42:24 | 1,000 | 4.4900 | 5.6900 | -4,490.00 | 0.30 | 4,489.70 | 0.00 | 1,200.00 | O |
| AWX | 2018-07-26, 11:42:31 | 1,000 | 4.5395 | 5.6900 | -4,539.50 | -4.70 | 4,544.20 | 0.00 | 1,150.50 | O;P |
| AWX | 2018-07-26, 11:42:33 | 1,000 | 4.54865 | 5.6900 | -4,548.65 | -4.10 | 4,552.75 | 0.00 | 1,141.35 | O;P |
| AWX | 2018-07-26, 11:46:15 | 1,000 | 4.4720 | 5.6900 | -4,472.00 | -4.42 | 4,476.42 | 0.00 | 1,218.00 | O;P |
| AWX | 2018-07-26, 11:46:18 | 1,000 | 4.4800 | 5.6900 | -4,480.00 | 0.40 | 4,479.60 | 0.00 | 1,210.00 | O;P |
| AWX | 2018-07-26, 11:46:20 | 1,000 | 4.5200 | 5.6900 | -4,520.00 | -2.54 | 4,522.54 | 0.00 | 1,170.00 | O;P |
| AWX | 2018-07-26, 11:46:22 | 1,000 | 4.5400 | 5.6900 | -4,540.00 | -3.30 | 4,543.30 | 0.00 | 1,150.00 | O;P |
| AWX | 2018-07-26, 11:46:23 | 1,000 | 4.5500 | 5.6900 | -4,550.00 | -1.78 | 4,551.78 | 0.00 | 1,140.00 | O;P |
| AWX | 2018-07-26, 11:46:25 | 1,000 | 4.5200 | 5.6900 | -4,520.00 | 0.40 | 4,519.60 | 0.00 | 1,170.00 | O;P |
| AWX | 2018-07-26, 11:46:36 | 1,000 | 4.5420 | 5.6900 | -4,542.00 | -1.20 | 4,543.20 | 0.00 | 1,148.00 | O;P |
| AWX | 2018-07-26, 11:46:37 | 1,000 | 4.5410 | 5.6900 | -4,541.00 | -3.10 | 4,544.10 | 0.00 | 1,149.00 | O;P |

A-203

## Trades

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 11:46:43 | | 1,000 | 4.54865 | 5.6900 | -4,548.65 | -3.50 | 4,552.15 | 0.00 | 1,141.35 | O;P |
| AWX | 2018-07-26, 11:46:44 | | 1,000 | 4.5600 | 5.6900 | -4,560.00 | -4.70 | 4,564.70 | 0.00 | 1,130.00 | O;P |
| AWX | 2018-07-26, 11:46:44 | | 1,000 | 4.5600 | 5.6900 | -4,560.00 | -4.70 | 4,564.70 | 0.00 | 1,130.00 | O;P |
| AWX | 2018-07-26, 11:46:45 | | 1,000 | 4.5590 | 5.6900 | -4,559.00 | -4.40 | 4,563.40 | 0.00 | 1,131.00 | O;P |
| AWX | 2018-07-26, 11:46:46 | | 1,000 | 4.5670 | 5.6900 | -4,567.00 | -4.70 | 4,571.70 | 0.00 | 1,123.00 | O;P |
| AWX | 2018-07-26, 11:46:47 | | 1,000 | 4.56375 | 5.6900 | -4,563.75 | -4.14 | 4,567.89 | 0.00 | 1,126.25 | O;P |
| AWX | 2018-07-26, 11:46:48 | | 1,000 | 4.5820 | 5.6900 | -4,582.00 | -2.74 | 4,584.74 | 0.00 | 1,108.00 | O;P |
| AWX | 2018-07-26, 11:46:49 | | 1,000 | 4.58965 | 5.6900 | -4,589.65 | -3.40 | 4,593.05 | 0.00 | 1,100.35 | O;P |
| AWX | 2018-07-26, 11:46:50 | | 1,000 | 4.5900 | 5.6900 | -4,590.00 | -0.11 | 4,590.11 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-26, 11:46:51 | | 1,000 | 4.5900 | 5.6900 | -4,590.00 | 0.30 | 4,589.70 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-26, 11:47:05 | | 1,000 | 4.4800 | 5.6900 | -4,480.00 | 0.30 | 4,479.70 | 0.00 | 1,210.00 | O;P |
| AWX | 2018-07-26, 11:49:56 | | 100 | 4.5300 | 5.6900 | -453.00 | -0.67 | 453.67 | 0.00 | 116.00 | O |
| AWX | 2018-07-26, 11:49:59 | | 1,000 | 4.5500 | 5.6900 | -4,550.00 | -1.70 | 4,551.70 | 0.00 | 1,140.00 | O;P |
| AWX | 2018-07-26, 11:50:01 | | 1,000 | 4.5700 | 5.6900 | -4,570.00 | -4.70 | 4,574.70 | 0.00 | 1,120.00 | O;P |
| AWX | 2018-07-26, 11:50:03 | | 1,000 | 4.5700 | 5.6900 | -4,570.00 | -4.70 | 4,574.70 | 0.00 | 1,120.00 | O;P |
| AWX | 2018-07-26, 11:50:03 | | 1,000 | 4.5560 | 5.6900 | -4,556.00 | -3.68 | 4,559.68 | 0.00 | 1,134.00 | O;P |
| AWX | 2018-07-26, 11:50:07 | | 200 | 4.5500 | 5.6900 | -910.00 | -0.99 | 910.99 | 0.00 | 228.00 | O;P |
| AWX | 2018-07-26, 11:50:14 | | 500 | 4.5600 | 5.6900 | -2,280.00 | 0.20 | 2,279.80 | 0.00 | 565.00 | O |
| AWX | 2018-07-26, 11:50:17 | | 1,000 | 4.5854 | 5.6900 | -4,585.40 | -1.70 | 4,587.10 | 0.00 | 1,104.60 | O |
| AWX | 2018-07-26, 11:50:19 | | 1,000 | 4.5900 | 5.6900 | -4,590.00 | -1.90 | 4,591.90 | 0.00 | 1,100.00 | O |
| AWX | 2018-07-26, 11:50:20 | | 1,000 | 4.5900 | 5.6900 | -4,590.00 | -4.70 | 4,594.70 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-26, 11:50:21 | | 1,000 | 4.57954 | 5.6900 | -4,579.54 | -2.30 | 4,581.84 | 0.00 | 1,110.46 | O;P |
| AWX | 2018-07-26, 11:50:22 | | 1,000 | 4.5900 | 5.6900 | -4,590.00 | -0.62 | 4,590.62 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-26, 11:54:24 | | 1,000 | 4.5000 | 5.6900 | -4,500.00 | -4.70 | 4,504.70 | 0.00 | 1,190.00 | O;P |
| AWX | 2018-07-26, 11:55:41 | | 450 | 4.5400 | 5.6900 | -2,043.00 | -2.12 | 2,045.12 | 0.00 | 517.50 | O;P |
| AWX | 2018-07-26, 11:55:44 | | 1,000 | 4.5500 | 5.6900 | -4,550.00 | -0.91 | 4,550.91 | 0.00 | 1,140.00 | O;P |
| AWX | 2018-07-26, 12:01:47 | | 1,000 | 4.5000 | 5.6900 | -4,500.00 | -3.52 | 4,503.52 | 0.00 | 1,190.00 | O;P |
| AWX | 2018-07-26, 12:01:52 | | 855 | 4.5000 | 5.6900 | -3,847.50 | -4.02 | 3,851.52 | 0.00 | 1,017.45 | O;P |
| AWX | 2018-07-26, 12:02:07 | | 200 | 4.5500 | 5.6900 | -910.00 | -0.99 | 910.99 | 0.00 | 228.00 | O;P |

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 12:09:30 | 750 | 4.5595333 | 5.6900 | -3,419.65 | -0.73 | 3,420.38 | 0.00 | 847.85 | O;P |
| AWX | 2018-07-26, 12:09:33 | 1,000 | 4.5800 | 5.6900 | -4,580.00 | -2.30 | 4,582.30 | 0.00 | 1,110.00 | O;P |
| AWX | 2018-07-26, 12:09:34 | 1,000 | 4.5800 | 5.6900 | -4,580.00 | -1.16 | 4,581.16 | 0.00 | 1,110.00 | O;P |
| AWX | 2018-07-26, 12:09:44 | 1,000 | 4.5900 | 5.6900 | -4,590.00 | 0.30 | 4,589.70 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-26, 12:09:46 | 1,000 | 4.5985 | 5.6900 | -4,598.50 | -1.70 | 4,600.20 | 0.00 | 1,091.50 | O |
| AWX | 2018-07-26, 12:10:23 | 10,000 | 4.5980 | 5.6900 | -45,980.00 | -25.09 | 46,005.09 | 0.00 | 10,920.00 | O;P |
| AWX | 2018-07-26, 12:10:25 | 3,453 | 4.6000 | 5.6900 | -15,883.80 | -16.23 | 15,900.03 | 0.00 | 3,763.77 | O;P |
| AWX | 2018-07-26, 12:11:22 | 5,300 | 4.6979642 | 5.6900 | -24,899.21 | -16.28 | 24,915.49 | 0.00 | 5,257.79 | O;P |
| AWX | 2018-07-26, 12:12:45 | -10,000 | 5.1600 | 5.6900 | 51,600.00 | 6.13 | -29,685.13 | 21,921.00 | -5,300.00 | C;P |
| AWX | 2018-07-26, 12:13:01 | -10,000 | 5.1500 | 5.6900 | 51,500.00 | 2.12 | -29,740.60 | 21,761.52 | -5,400.00 | C;P |
| AWX | 2018-07-26, 12:28:37 | -100 | 5.2100 | 5.6900 | 521.00 | -0.18 | -297.46 | 223.36 | -48.00 | C |
| AWX | 2018-07-26, 13:36:34 | -10,000 | 5.312602 | 5.6900 | 53,126.02 | -32.39 | -29,435.45 | 23,658.18 | -3,773.98 | C;P |
| AWX | 2018-07-26, 13:36:34 | -10,000 | 5.286645 | 5.6900 | 52,866.45 | -30.51 | -29,588.62 | 23,247.32 | -4,033.55 | C;P |
| AWX | 2018-07-26, 13:36:34 | -10,000 | 5.3400 | 5.6900 | 53,400.00 | 2.06 | -29,407.86 | 23,994.21 | -3,500.00 | C;P |
| AWX | 2018-07-26, 13:36:34 | -10,000 | 5.3900 | 5.6900 | 53,900.00 | 2.10 | -29,666.09 | 24,236.01 | -3,000.00 | C;P |
| AWX | 2018-07-26, 13:36:50 | -1,080 | 5.4000 | 5.6900 | 5,832.00 | 0.17 | -3,199.18 | 2,632.99 | -313.20 | C;P |
| AWX | 2018-07-26, 13:37:55 | -100 | 5.4500 | 5.6900 | 545.00 | -0.19 | -297.47 | 247.34 | -24.00 | C |
| AWX | 2018-07-26, 13:37:55 | -300 | 5.4400 | 5.6900 | 1,632.00 | 0.03 | -892.41 | 739.62 | -75.00 | C;P |
| AWX | 2018-07-26, 13:42:50 | -300 | 5.5000 | 5.6900 | 1,650.00 | -0.36 | -892.41 | 757.23 | -57.00 | C;P |
| AWX | 2018-07-26, 14:19:08 | -5,000 | 5.5300 | 5.6900 | 27,650.00 | -2.04 | -14,924.46 | 12,723.49 | -800.00 | C;P |
| AWX | 2018-07-26, 14:19:09 | -5,000 | 5.5500 | 5.6900 | 27,750.00 | 1.04 | -14,800.59 | 12,950.45 | -700.00 | C;P |
| AWX | 2018-07-26, 14:19:10 | -5,000 | 5.5844 | 5.6900 | 27,922.00 | -4.72 | -14,341.57 | 13,575.71 | -528.00 | C;P |
| AWX | 2018-07-26, 14:19:10 | -4,694 | 5.6000 | 5.6900 | 26,286.40 | 0.95 | -13,469.87 | 12,817.48 | -422.46 | C;P |
| AWX | 2018-07-26, 14:22:55 | -26,300 | 5.4600498 | 5.6900 | 143,599.31 | -128.04 | -74,667.68 | 68,803.59 | -6,047.69 | C;P |
| AWX | 2018-07-26, 14:58:45 | -100 | 5.6300 | 5.6900 | 563.00 | -0.19 | -291.47 | 271.34 | -6.00 | C |
| AWX | 2018-07-26, 14:59:05 | -8,899 | 5.7300 | 5.6900 | 50,991.27 | 1.83 | -25,891.35 | 25,101.75 | 355.96 | C;P |
| AWX | 2018-07-26, 15:16:49 | -5,000 | 5.5000 | 5.6900 | 27,500.00 | 1.04 | -14,694.57 | 12,806.47 | -950.00 | C;P |
| AWX | 2018-07-26, 15:19:21 | -1,300 | 5.6007692 | 5.6900 | 7,281.00 | -2.67 | -3,871.08 | 3,407.25 | -116.00 | C;P |
| AWX | 2018-07-26, 15:22:42 | -775 | 5.7000 | 5.6900 | 4,417.50 | -1.92 | -2,319.72 | 2,095.86 | 7.75 | C;P |

A-205

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 15:39:31 | -3,000 | 5.4200 | 5.6900 | 16,260.00 | 0.63 | 8,967.95 | 7,292.67 | -810.00 | C;P |
| AWX | 2018-07-26, 15:43:11 | -11,000 | 5.4500 | 5.6900 | 59,950.00 | 2.30 | 32,727.34 | 27,224.96 | -2,640.00 | C;P |
| AWX | 2018-07-26, 15:43:22 | -15,000 | 5.4904433 | 5.6900 | 82,356.65 | -3.87 | 44,509.72 | 37,843.06 | -2,993.35 | C;P |
| AWX | 2018-07-26, 15:44:49 | -15,000 | 5.5600 | 5.6900 | 83,400.00 | 3.11 | 43,331.32 | 40,071.80 | -1,950.00 | C;P |
| AWX | 2018-07-26, 15:44:50 | -597 | 5.6000 | 5.6900 | 3,343.20 | 0.12 | 1,725.15 | 1,618.17 | -53.73 | C;P |
| AWX | 2018-07-26, 15:44:50 | -1,176 | 5.5800 | 5.6900 | 6,562.08 | 0.13 | 3,398.29 | 3,163.92 | -129.36 | C;P |
| AWX | 2018-07-26, 15:49:06 | -4,652 | 5.590963 | 5.6900 | 26,009.16 | -14.16 | 13,442.89 | 12,552.11 | -460.72 | C;P |
| AWX | 2018-07-26, 15:49:08 | -700 | 5.6300 | 5.6900 | 3,941.00 | 0.07 | 2,022.79 | 1,918.28 | -42.00 | C;P |
| AWX | 2018-07-26, 15:50:09 | -5,000 | 5.64184 | 5.6900 | 28,209.20 | -6.45 | 14,448.51 | 13,754.25 | -240.80 | C;P |
| AWX | 2018-07-26, 15:50:30 | -5,000 | 5.7000 | 5.6900 | 28,500.00 | 1.03 | 14,448.51 | 14,052.52 | 50.00 | C;P |
| AWX | 2018-07-26, 15:53:44 | -900 | 5.7500 | 5.6900 | 5,175.00 | -1.91 | 2,600.68 | 2,572.41 | 54.00 | C;P |
| AWX | 2018-07-26, 15:53:44 | -100 | 5.7700 | 5.6900 | 577.00 | -0.19 | 288.96 | 287.85 | 8.00 | C |
| AWX | 2018-07-26, 15:54:59 | -27 | 5.7000 | 5.6900 | 153.90 | -0.36 | 78.02 | 75.52 | 0.27 | C |
| AWX | 2018-07-26, 15:55:54 | -2,600 | 5.7000 | 5.6900 | 14,820.00 | -10.32 | 7,512.96 | 7,296.71 | 26.00 | C;P |
| AWX | 2018-07-26, 15:56:15 | -2,642 | 5.6626419 | 5.6900 | 14,960.70 | -7.15 | 7,634.33 | 7,319.22 | -72.28 | C;P |
| AWX | 2018-07-26, 15:56:22 | -9,400 | 5.640033 | 5.6900 | 53,016.31 | -45.70 | 27,156.07 | 25,814.54 | -469.69 | C;P |
| AWX | 2018-07-26, 15:56:24 | -1,490 | 5.6100 | 5.6900 | 8,358.90 | -4.52 | 4,283.18 | 4,071.20 | -119.20 | C;P |
| AWX | 2018-07-26, 15:56:25 | -900 | 5.5700 | 5.6900 | 5,013.00 | -4.40 | 2,588.73 | 2,419.87 | -108.00 | C;P |
| AWX | 2018-07-26, 15:58:00 | -2,000 | 5.6000 | 5.6900 | 11,200.00 | -4.19 | 5,750.35 | 5,445.46 | -180.00 | C;P |
| AWX | 2018-07-26, 15:58:00 | -393 | 5.6300 | 5.6900 | 2,212.59 | -0.74 | 1,137.10 | 1,074.75 | -23.58 | C;P |
| AWX | 2018-07-26, 15:58:29 | -360 | 5.6100 | 5.6900 | 2,019.60 | -0.68 | 1,042.09 | 976.83 | -28.80 | C;P |
| AWX | 2018-07-26, 15:58:39 | -2,340 | 5.6300 | 5.6900 | 13,174.20 | -6.23 | 6,846.74 | 6,321.23 | -140.40 | C;P |
| AWX | 2018-07-26, 15:58:39 | -1,200 | 5.6400 | 5.6900 | 6,768.00 | -2.27 | 3,507.90 | 3,257.83 | -60.00 | C;P |
| AWX | 2018-07-26, 15:59:07 | -1,927 | 5.6671199 | 5.6900 | 10,920.54 | -8.53 | 5,712.83 | 5,199.18 | -44.09 | C;P |
| AWX | 2018-07-26, 15:59:26 | -2,100 | 5.6700 | 5.6900 | 11,907.00 | -9.98 | 6,239.94 | 5,657.09 | -42.00 | C;P |
| AWX | 2018-07-26, 15:59:46 | -800 | 5.6900 | 5.6900 | 4,552.00 | -0.77 | 2,384.49 | 2,166.74 | 0.00 | C;P |
| AWX | 2018-07-26, 16:00:59 | -200 | 5.6900 | 5.6900 | 1,138.00 | -0.03 | 595.94 | 542.03 | 0.00 | C;P |
| AWX | 2018-07-26, 16:00:59 | -100 | 5.7000 | 5.6900 | 570.00 | -0.39 | 297.97 | 271.64 | 1.00 | C |
| AWX | 2018-07-26, 16:02:05 | -1,125 | 5.7000 | 5.6900 | 6,412.50 | 0.23 | 3,374.17 | 3,038.56 | 11.25 | C;P |

A-206

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-27, 07:33:42 | | 1,000 | 5.3100 | 10.2500 | -5,310.00 | -4.70 | 5,314.70 | 0.00 | 4,940.00 | O;P |
| AWX | 2018-07-27, 07:33:48 | | 1,000 | 5.3100 | 10.2500 | -5,310.00 | -4.70 | 5,314.70 | 0.00 | 4,940.00 | O;P |
| AWX | 2018-07-27, 07:34:03 | | 2,839 | 5.3126805 | 10.2500 | -15,082.70 | -13.35 | 15,096.05 | 0.00 | 14,017.05 | O;P |
| AWX | 2018-07-27, 07:34:14 | | 4,000 | 5.4975 | 10.2500 | -21,990.00 | -18.80 | 22,008.80 | 0.00 | 19,010.00 | O;P |
| AWX | 2018-07-27, 07:34:41 | | 10,000 | 5.87933 | 10.2500 | -58,793.30 | -2.49 | 58,795.79 | 0.00 | 43,706.70 | O;P |
| AWX | 2018-07-27, 07:34:41 | | 500 | 5.8000 | 10.2500 | -2,900.00 | -2.35 | 2,902.35 | 0.00 | 2,225.00 | O;P |
| AWX | 2018-07-27, 07:34:58 | | 10,000 | 6.0000 | 10.2500 | -60,000.00 | -17.94 | 60,017.94 | 0.00 | 42,500.00 | O;P |
| AWX | 2018-07-27, 07:35:33 | | 10,000 | 6.0700 | 10.2500 | -60,700.00 | -3.51 | 60,703.51 | 0.00 | 41,800.00 | O;P |
| AWX | 2018-07-27, 07:35:53 | | 10,000 | 6.2000 | 10.2500 | -62,000.00 | -3.01 | 62,003.01 | 0.00 | 40,500.00 | O;P |
| AWX | 2018-07-27, 07:36:01 | | 10,000 | 6.2500 | 10.2500 | -62,500.00 | -0.01 | 62,500.01 | 0.00 | 40,000.00 | O;P |
| AWX | 2018-07-27, 07:42:02 | | 1,100 | 6.3872727 | 10.2500 | -7,026.00 | -3.17 | 7,029.17 | 0.00 | 4,249.00 | O;P |
| AWX | 2018-07-27, 07:42:09 | | 765 | 6.3988235 | 10.2500 | -4,895.10 | -2.58 | 4,897.68 | 0.00 | 2,946.15 | O;P |
| AWX | 2018-07-27, 07:42:25 | | 100 | 6.4000 | 10.2500 | -640.00 | -0.67 | 640.67 | 0.00 | 385.00 | O |
| AWX | 2018-07-27, 07:48:55 | | 500 | 6.3955 | 10.2500 | -3,197.75 | -2.16 | 3,199.91 | 0.00 | 1,927.25 | O;P |
| AWX | 2018-07-27, 07:49:05 | | 100 | 6.4000 | 10.2500 | -640.00 | -0.17 | 640.17 | 0.00 | 385.00 | O |
| AWX | 2018-07-27, 07:49:11 | | 100 | 6.4000 | 10.2500 | -640.00 | -0.67 | 640.67 | 0.00 | 385.00 | O |
| AWX | 2018-07-27, 07:49:45 | | 500 | 6.4500 | 10.2500 | -3,225.00 | -2.35 | 3,227.35 | 0.00 | 1,900.00 | O;P |
| AWX | 2018-07-27, 07:49:56 | | 100 | 6.4400 | 10.2500 | -644.00 | -0.67 | 644.67 | 0.00 | 381.00 | O |
| AWX | 2018-07-27, 07:50:13 | | 422 | 6.4400 | 10.2500 | -2,717.68 | -1.98 | 2,719.66 | 0.00 | 1,607.82 | O |
| AWX | 2018-07-27, 07:50:23 | | 500 | 6.4000 | 10.2500 | -3,200.00 | 0.20 | 3,199.80 | 0.00 | 1,925.00 | O |
| AWX | 2018-07-27, 07:50:38 | | 500 | 6.3000 | 10.2500 | -3,150.00 | -2.35 | 3,152.35 | 0.00 | 1,975.00 | O;P |
| AWX | 2018-07-27, 07:50:47 | | 500 | 6.4000 | 10.2500 | -3,200.00 | -2.35 | 3,202.35 | 0.00 | 1,925.00 | O |
| AWX | 2018-07-27, 07:50:49 | | 250 | 6.4000 | 10.2500 | -1,600.00 | -1.18 | 1,601.18 | 0.00 | 962.50 | O |
| AWX | 2018-07-27, 07:51:26 | | 500 | 6.4500 | 10.2500 | -3,225.00 | -2.35 | 3,227.35 | 0.00 | 1,900.00 | O;P |
| AWX | 2018-07-27, 07:51:29 | | 500 | 6.4500 | 10.2500 | -3,225.00 | -2.35 | 3,227.35 | 0.00 | 1,900.00 | O;P |
| AWX | 2018-07-27, 07:51:31 | | 500 | 6.4500 | 10.2500 | -3,225.00 | -2.35 | 3,227.35 | 0.00 | 1,900.00 | O;P |
| AWX | 2018-07-27, 07:51:34 | | 100 | 6.4400 | 10.2500 | -644.00 | -0.67 | 644.67 | 0.00 | 381.00 | O |
| AWX | 2018-07-27, 07:51:45 | | 163 | 6.4500 | 10.2500 | -1,051.35 | -0.87 | 1,052.22 | 0.00 | 619.40 | O;P |
| AWX | 2018-07-27, 07:52:07 | | 500 | 6.4500 | 10.2500 | -3,225.00 | 0.20 | 3,224.80 | 0.00 | 1,900.00 | O |

Activity Statement - January 1, 2018 - December 31, 2018

**A-207**

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-27, 07:52:15 | 400 | 6.4500 | 10.2500 | -2,580.00 | -1.88 | 2,581.88 | 0.00 | 1,520.00 | O |
| AWX | 2018-07-27, 07:52:36 | 500 | 6.4500 | 10.2500 | -3,225.00 | 0.15 | 3,224.85 | 0.00 | 1,900.00 | O |
| AWX | 2018-07-27, 07:53:03 | 850 | 6.3923529 | 10.2500 | -5,433.50 | -4.00 | 5,437.50 | 0.00 | 3,279.00 | O;P |
| AWX | 2018-07-27, 07:53:13 | 4,050 | 6.4416049 | 10.2500 | -26,088.50 | -18.66 | 26,107.16 | 0.00 | 15,424.00 | O;P |
| AWX | 2018-07-27, 07:53:19 | 400 | 6.4650 | 10.2500 | -2,586.00 | -1.88 | 2,587.88 | 0.00 | 1,514.00 | O;P |
| AWX | 2018-07-27, 07:55:26 | 500 | 6.3000 | 10.2500 | -3,150.00 | -2.35 | 3,152.35 | 0.00 | 1,975.00 | O;P |
| AWX | 2018-07-27, 07:55:31 | 450 | 6.3088889 | 10.2500 | -2,839.00 | -2.12 | 2,841.12 | 0.00 | 1,773.50 | O;P |
| AWX | 2018-07-27, 07:55:37 | 500 | 6.3500 | 10.2500 | -3,175.00 | -2.35 | 3,177.35 | 0.00 | 1,950.00 | O;P |
| AWX | 2018-07-27, 07:55:49 | 400 | 6.4375 | 10.2500 | -2,575.00 | -1.88 | 2,576.88 | 0.00 | 1,525.00 | O;P |
| AWX | 2018-07-27, 07:55:44 | 300 | 6.3900 | 10.2500 | -1,917.00 | -1.41 | 1,918.41 | 0.00 | 1,158.00 | O;P |
| AWX | 2018-07-27, 07:55:41 | 150 | 6.3500 | 10.2500 | -952.50 | -0.83 | 953.33 | 0.00 | 585.00 | O |
| AWX | 2018-07-27, 07:55:47 | 500 | 6.4500 | 10.2500 | -3,225.00 | -2.35 | 3,227.35 | 0.00 | 1,900.00 | O;P |
| AWX | 2018-07-27, 07:56:17 | 500 | 6.4800 | 10.2500 | -3,240.00 | -2.35 | 3,242.35 | 0.00 | 1,885.00 | O |
| AWX | 2018-07-27, 07:56:15 | 500 | 6.4800 | 10.2500 | -3,240.00 | -2.35 | 3,242.35 | 0.00 | 1,885.00 | O |
| AWX | 2018-07-27, 07:56:07 | 500 | 6.4700 | 10.2500 | -3,235.00 | -2.23 | 3,237.23 | 0.00 | 1,890.00 | O;P |
| AWX | 2018-07-27, 07:56:00 | 500 | 6.4700 | 10.2500 | -3,235.00 | -1.23 | 3,236.23 | 0.00 | 1,890.00 | O;P |
| AWX | 2018-07-27, 07:57:01 | 300 | 6.3800 | 10.2500 | -1,914.00 | 0.09 | 1,913.91 | 0.00 | 1,161.00 | O |
| AWX | 2018-07-27, 09:38:59 | 601 | 5.7200 | 10.2500 | -3,437.72 | -2.32 | 3,440.04 | 0.00 | 2,722.53 | O;P |
| AWX | 2018-07-27, 09:38:58 | 395 | 5.7000 | 10.2500 | -2,251.50 | -1.36 | 2,252.86 | 0.00 | 1,797.25 | O;P |
| AWX | 2018-07-27, 09:38:58 | 2,600 | 5.6888462 | 10.2500 | -14,791.00 | -3.04 | 14,794.04 | 0.00 | 11,859.00 | O;P |
| AWX | 2018-07-27, 09:39:00 | 3,417 | 5.7500 | 10.2500 | -19,647.75 | -6.24 | 19,653.99 | 0.00 | 15,376.50 | O;P |
| AWX | 2018-07-27, 09:38:59 | 2,373 | 5.8266287 | 10.2500 | -13,826.59 | -3.94 | 13,830.53 | 0.00 | 10,496.66 | O;P |
| AWX | 2018-07-27, 09:39:01 | 200 | 5.8700 | 10.2500 | -1,174.00 | 0.00 | 1,173.99 | 0.00 | 876.00 | O;P |
| AWX | 2018-07-27, 09:39:01 | 200 | 5.8700 | 10.2500 | -1,174.00 | 0.92 | 1,173.97 | 0.00 | 876.00 | O;P |
| AWX | 2018-07-27, 09:39:00 | 2,300 | 5.8700 | 10.2500 | -13,501.00 | 0.92 | 13,500.08 | 0.00 | 10,074.00 | O;P |
| AWX | 2018-07-27, 09:39:01 | 100 | 5.8700 | 10.2500 | -587.00 | -0.17 | 587.17 | 0.00 | 438.00 | O |
| AWX | 2018-07-27, 09:39:04 | 2,410 | 5.9270954 | 10.2500 | -14,284.30 | -0.78 | 14,285.08 | 0.00 | 10,418.20 | O;P |
| AWX | 2018-07-27, 09:39:04 | 4,000 | 5.9300 | 10.2500 | -23,720.00 | 1.55 | 23,718.45 | 0.00 | 17,280.00 | O;P |
| AWX | 2018-07-27, 09:39:12 | 4,000 | 5.93196 | 10.2500 | -23,727.84 | -9.95 | 23,737.79 | 0.00 | 17,272.16 | O;P |

A-208

## Trades

| | Date/Time | Quantity | Price | | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|-----|-----------|----------|-----------|---------|-----------|--------|------------|-----------|------------|------|
| AWX | 2018-07-27, 09:39:13 | 1,100 | 5.9393182 | 10.2500 | -6,533.25 | -3.67 | 6,536.92 | 0.00 | 4,741.75 | O;P |
| AWX | 2018-07-27, 09:39:13 | 3,678 | 5.9517863 | 10.2500 | -21,890.67 | -15.77 | 21,906.44 | 0.00 | 15,808.83 | O;P |
| AWX | 2018-07-27, 09:39:13 | 3,150 | 5.9700 | 10.2500 | -18,805.50 | 1.00 | 18,804.50 | 0.00 | 13,482.00 | O;P |
| AWX | 2018-07-27, 09:39:14 | 4,000 | 5.9800 | 10.2500 | -23,920.00 | -7.46 | 23,927.46 | 0.00 | 17,080.00 | O;P |
| AWX | 2018-07-27, 09:39:15 | 4,000 | 5.9900 | 10.2500 | -23,960.00 | -18.80 | 23,978.80 | 0.00 | 17,040.00 | O;P |
| AWX | 2018-07-27, 09:39:41 | 4,000 | 6.1085075 | 10.2500 | -24,434.03 | -5.55 | 24,439.58 | 0.00 | 16,565.97 | O;P |
| AWX | 2018-07-27, 09:39:41 | 1,800 | 6.1088889 | 10.2500 | -10,996.00 | -2.06 | 10,998.06 | 0.00 | 7,454.00 | O;P |
| AWX | 2018-07-27, 09:39:42 | 2,608 | 6.1618712 | 10.2500 | -16,070.16 | -6.96 | 16,077.12 | 0.00 | 10,661.84 | O;P |
| AWX | 2018-07-27, 09:39:47 | 4,000 | 6.157875 | 10.2500 | -24,631.50 | -13.70 | 24,645.20 | 0.00 | 16,368.50 | O;P |
| AWX | 2018-07-27, 09:39:47 | 1,400 | 6.1714286 | 10.2500 | -8,640.00 | -5.58 | 8,645.58 | 0.00 | 5,710.00 | O;P |
| AWX | 2018-07-27, 10:13:19 | -5,000 | 7.0966 | 10.2500 | 35,483.00 | -9.59 | -14,997.29 | 20,476.12 | -15,767.00 | C;P |
| AWX | 2018-07-27, 10:14:58 | -5,000 | 7.1900 | 10.2500 | 35,950.00 | 0.93 | -15,039.72 | 20,911.21 | -15,300.00 | C;P |
| AWX | 2018-07-27, 10:15:29 | -5,000 | 7.2900 | 10.2500 | 36,450.00 | 0.93 | -14,987.88 | 21,463.05 | -14,800.00 | C;P |
| AWX | 2018-07-27, 10:15:34 | -5,000 | 7.4124 | 10.2500 | 37,062.00 | -20.58 | -14,998.40 | 22,043.02 | -14,188.00 | C;P |
| AWX | 2018-07-27, 10:15:35 | -5,000 | 7.4902 | 10.2500 | 37,451.00 | -0.99 | -15,008.39 | 22,441.62 | -13,799.00 | C;P |
| AWX | 2018-07-27, 10:15:54 | -5,000 | 7.5900 | 10.2500 | 37,950.00 | 0.91 | -15,001.36 | 22,949.54 | -13,300.00 | C;P |
| AWX | 2018-07-27, 10:45:57 | -5,000 | 7.8404 | 10.2500 | 39,202.00 | -7.76 | -15,043.00 | 24,151.24 | -12,048.00 | C;P |
| AWX | 2018-07-27, 12:39:57 | 3,899 | 6.2283432 | 10.2500 | -24,284.31 | -10.34 | 24,294.65 | 0.00 | 15,680.44 | O;P |
| AWX | 2018-07-27, 12:40:00 | 4,000 | 6.2496725 | 10.2500 | -24,998.69 | -17.90 | 25,016.59 | 0.00 | 16,001.31 | O;P |
| AWX | 2018-07-27, 12:40:00 | 4,000 | 6.24775 | 10.2500 | -24,991.00 | -18.80 | 25,009.80 | 0.00 | 16,009.00 | O;P |
| AWX | 2018-07-27, 12:40:58 | 272 | 6.1600 | 10.2500 | -1,675.52 | 0.11 | 1,675.41 | 0.00 | 1,112.48 | O;P |
| AWX | 2018-07-27, 12:41:11 | 4,000 | 6.1990075 | 10.2500 | -24,796.03 | -16.26 | 24,812.29 | 0.00 | 16,203.97 | O;P |
| AWX | 2018-07-27, 12:41:12 | 4,000 | 6.22975 | 10.2500 | -24,919.00 | -7.28 | 24,926.28 | 0.00 | 16,081.00 | O;P |
| AWX | 2018-07-27, 12:42:28 | 4,000 | 5.9800 | 10.2500 | -23,920.00 | 1.60 | 23,918.40 | 0.00 | 17,080.00 | O;P |
| AWX | 2018-07-27, 12:42:28 | 3,152 | 5.9700 | 10.2500 | -18,817.44 | -6.22 | 18,823.66 | 0.00 | 13,490.56 | O;P |
| AWX | 2018-07-27, 12:42:29 | 1,100 | 6.0000 | 10.2500 | -6,600.00 | -4.17 | 6,604.17 | 0.00 | 4,675.00 | O;P |
| AWX | 2018-07-27, 12:42:29 | 1,800 | 6.0463889 | 10.2500 | -10,883.50 | -2.66 | 10,886.16 | 0.00 | 7,566.50 | O;P |
| AWX | 2018-07-27, 12:42:30 | 4,000 | 6.096685 | 10.2500 | -24,386.74 | -6.80 | 24,393.54 | 0.00 | 16,613.26 | O;P |
| AWX | 2018-07-27, 12:42:30 | 4,000 | 6.09475 | 10.2500 | -24,379.00 | -10.90 | 24,389.90 | 0.00 | 16,621.00 | O;P |

**A-209**

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-27, 12:42:32 | | 4,000 | 6.1000 | 10.2500 | -24,400.00 | 1.60 | 24,398.40 | 0.00 | 16,600.00 | O;P |
| AWX | 2018-07-27, 12:42:32 | | 2,200 | 6.0986364 | 10.2500 | -13,417.00 | -4.99 | 13,421.99 | 0.00 | 9,133.00 | O;P |
| AWX | 2018-07-27, 12:42:45 | | 4,000 | 6.127665 | 10.2500 | -24,510.66 | -8.60 | 24,519.26 | 0.00 | 16,489.34 | O;P |
| AWX | 2018-07-27, 12:56:45 | | 9,231 | 5.9711169 | 10.2500 | -55,119.38 | -9.53 | 55,128.91 | 0.00 | 39,498.37 | O;P |
| AWX | 2018-07-27, 12:58:09 | | 1,000 | 6.0000 | 10.2500 | -6,000.00 | 0.40 | 5,999.60 | 0.00 | 4,250.00 | O;P |
| AWX | 2018-07-27, 12:58:20 | | 1,000 | 6.0100 | 10.2500 | -6,010.00 | -2.70 | 6,012.70 | 0.00 | 4,240.00 | O;P |
| AWX | 2018-07-27, 12:58:33 | | 1,000 | 6.0000 | 10.2500 | -6,000.00 | 0.14 | 5,999.86 | 0.00 | 4,250.00 | O;P |
| AWX | 2018-07-27, 12:58:50 | | 1,000 | 5.9990 | 10.2500 | -5,999.00 | -4.40 | 6,003.40 | 0.00 | 4,251.00 | O;P |
| AWX | 2018-07-27, 12:58:52 | | 1,000 | 6.0260 | 10.2500 | -6,026.00 | -2.01 | 6,028.01 | 0.00 | 4,224.00 | O;P |
| AWX | 2018-07-27, 12:58:52 | | 1,000 | 6.08015 | 10.2500 | -6,080.15 | -2.90 | 6,083.05 | 0.00 | 4,169.85 | O;P |
| AWX | 2018-07-27, 12:58:54 | | 1,000 | 6.0850 | 10.2500 | -6,085.00 | -1.70 | 6,086.70 | 0.00 | 4,165.00 | O |
| AWX | 2018-07-27, 12:58:55 | | 1,000 | 6.0800 | 10.2500 | -6,080.00 | -1.70 | 6,081.70 | 0.00 | 4,170.00 | O |
| AWX | 2018-07-27, 12:58:56 | | 1,000 | 6.0800 | 10.2500 | -6,080.00 | -1.70 | 6,081.70 | 0.00 | 4,170.00 | O;P |
| AWX | 2018-07-27, 12:58:57 | | 1,000 | 6.06415 | 10.2500 | -6,064.15 | -3.80 | 6,067.95 | 0.00 | 4,185.85 | O;P |
| AWX | 2018-07-27, 12:59:21 | | 1,000 | 6.0770 | 10.2500 | -6,077.00 | -2.10 | 6,079.10 | 0.00 | 4,173.00 | O;P |
| AWX | 2018-07-27, 12:59:22 | | 1,000 | 6.08865 | 10.2500 | -6,088.65 | -3.85 | 6,092.50 | 0.00 | 4,161.35 | O;P |
| AWX | 2018-07-27, 13:00:16 | | 1,000 | 6.0254 | 10.2500 | -6,025.40 | -1.70 | 6,027.10 | 0.00 | 4,224.60 | O |
| AWX | 2018-07-27, 13:00:17 | | 1,000 | 6.0300 | 10.2500 | -6,030.00 | 0.40 | 6,029.60 | 0.00 | 4,220.00 | O;P |
| AWX | 2018-07-27, 13:00:19 | | 1,000 | 6.0000 | 10.2500 | -6,000.00 | 0.40 | 5,999.60 | 0.00 | 4,250.00 | O;P |
| AWX | 2018-07-27, 13:00:19 | | 1,000 | 6.0200 | 10.2500 | -6,020.00 | -1.90 | 6,021.90 | 0.00 | 4,230.00 | O |
| AWX | 2018-07-27, 13:00:21 | | 500 | 5.9800 | 10.2500 | -2,990.00 | -2.35 | 2,992.35 | 0.00 | 2,135.00 | O;P |
| AWX | 2018-07-27, 13:00:23 | | 1,000 | 6.0750 | 10.2500 | -6,075.00 | -1.70 | 6,076.70 | 0.00 | 4,175.00 | O |
| AWX | 2018-07-27, 13:03:05 | | 1,000 | 5.8100 | 10.2500 | -5,810.00 | 0.39 | 5,809.61 | 0.00 | 4,440.00 | O;P |
| AWX | 2018-07-27, 13:03:11 | | 1,000 | 5.8450 | 10.2500 | -5,845.00 | -1.64 | 5,846.64 | 0.00 | 4,405.00 | O;P |
| AWX | 2018-07-27, 13:03:14 | | 1,000 | 5.8640 | 10.2500 | -5,864.00 | -1.74 | 5,865.74 | 0.00 | 4,386.00 | O;P |
| AWX | 2018-07-27, 13:03:15 | | 1,000 | 5.6950 | 10.2500 | -5,695.00 | -1.70 | 5,696.70 | 0.00 | 4,555.00 | O;P |
| AWX | 2018-07-27, 13:03:15 | | 500 | 5.6500 | 10.2500 | -2,825.00 | 0.15 | 2,824.85 | 0.00 | 2,300.00 | O;P |
| AWX | 2018-07-27, 13:03:15 | | 1,000 | 5.6700 | 10.2500 | -5,670.00 | -0.14 | 5,670.14 | 0.00 | 4,580.00 | O;P |
| AWX | 2018-07-27, 13:03:15 | | 1,000 | 5.6600 | 10.2500 | -5,660.00 | 0.30 | 5,659.70 | 0.00 | 4,590.00 | O;P |

A-210

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-27, 13:03:15 | 100 | 5.6400 | 10.2500 | -564.00 | -0.17 | 564.17 | 0.00 | 461.00 | O;P |
| AWX | 2018-07-27, 13:03:15 | 1,000 | 5.8200 | 10.2500 | -5,820.00 | -1.70 | 5,821.70 | 0.00 | 4,430.00 | O |
| AWX | 2018-07-27, 13:03:20 | 1,000 | 5.8300 | 10.2500 | -5,830.00 | -1.70 | 5,831.70 | 0.00 | 4,420.00 | O;P |
| AWX | 2018-07-27, 13:03:23 | 1,000 | 5.7300 | 10.2500 | -5,730.00 | 0.40 | 5,729.60 | 0.00 | 4,520.00 | O;P |
| AWX | 2018-07-27, 13:03:29 | 550 | 5.6500 | 10.2500 | -3,107.50 | 0.22 | 3,107.28 | 0.00 | 2,530.00 | O;P |
| AWX | 2018-07-27, 13:03:31 | 1,000 | 5.6600 | 10.2500 | -5,660.00 | 0.40 | 5,659.60 | 0.00 | 4,590.00 | O;P |
| AWX | 2018-07-27, 13:03:35 | 1,000 | 5.6600 | 10.2500 | -5,660.00 | -1.90 | 5,661.90 | 0.00 | 4,590.00 | O |
| AWX | 2018-07-27, 13:03:35 | 1,000 | 5.6600 | 10.2500 | -5,660.00 | -1.90 | 5,661.90 | 0.00 | 4,590.00 | O |
| AWX | 2018-07-27, 13:03:36 | 1,000 | 5.6600 | 10.2500 | -5,660.00 | -1.90 | 5,661.90 | 0.00 | 4,590.00 | O |
| AWX | 2018-07-27, 13:04:01 | 8,595 | 5.6989529 | 10.2500 | -48,982.50 | -27.57 | 49,010.07 | 0.00 | 39,116.25 | O;P |
| AWX | 2018-07-27, 13:04:04 | 8,700 | 5.7452678 | 10.2500 | -49,983.83 | -24.24 | 50,008.07 | 0.00 | 39,191.17 | O;P |
| AWX | 2018-07-27, 13:04:06 | 6,603 | 5.7980312 | 10.2500 | -38,284.40 | -27.35 | 38,311.75 | 0.00 | 29,396.35 | O;P |
| AWX | 2018-07-27, 13:11:41 | 2,600 | 5.6621154 | 10.2500 | -14,721.50 | -7.12 | 14,728.62 | 0.00 | 11,928.50 | O;P |
| AWX | 2018-07-27, 13:11:45 | 10,000 | 5.740147 | 10.2500 | -57,401.47 | -29.61 | 57,431.08 | 0.00 | 45,098.53 | O;P |
| AWX | 2018-07-27, 13:11:54 | 2,352 | 5.7995748 | 10.2500 | -13,640.60 | -8.23 | 13,648.83 | 0.00 | 10,467.40 | O;P |
| AWX | 2018-07-27, 13:12:04 | 10,000 | 5.891536 | 10.2500 | -58,915.36 | -40.85 | 58,956.21 | 0.00 | 43,584.64 | O;P |
| AWX | 2018-07-27, 13:13:26 | 4,000 | 5.917875 | 10.2500 | -23,671.50 | -4.47 | 23,675.97 | 0.00 | 17,328.50 | O;P |
| AWX | 2018-07-27, 13:14:25 | 2,910 | 5.8339725 | 10.2500 | -16,976.86 | -13.38 | 16,990.24 | 0.00 | 12,850.64 | O;P |
| AWX | 2018-07-27, 13:14:28 | 7,090 | 5.8986559 | 10.2500 | -41,821.47 | -7.22 | 41,828.69 | 0.00 | 30,851.03 | O;P |
| AWX | 2018-07-27, 13:16:12 | 132 | 5.7500 | 10.2500 | -759.00 | -0.11 | 759.11 | 0.00 | 594.00 | O;P |
| AWX | 2018-07-27, 13:16:30 | 500 | 5.8560 | 10.2500 | -2,928.00 | -1.80 | 2,929.80 | 0.00 | 2,197.00 | O;P |
| AWX | 2018-07-27, 13:16:36 | 700 | 5.9000 | 10.2500 | -4,130.00 | -2.04 | 4,132.04 | 0.00 | 3,045.00 | O;P |
| AWX | 2018-07-27, 13:16:40 | 10,000 | 5.996141 | 10.2500 | -59,961.41 | -10.46 | 59,971.87 | 0.00 | 42,538.59 | O;P |
| AWX | 2018-07-27, 13:17:42 | 10,000 | 5.988735 | 10.2500 | -59,887.35 | -21.89 | 59,909.24 | 0.00 | 42,612.65 | O;P |
| AWX | 2018-07-27, 13:26:41 | 249 | 5.9459839 | 10.2500 | -1,480.55 | -0.50 | 1,481.05 | 0.00 | 1,071.70 | O;P |
| AWX | 2018-07-27, 13:38:13 | 200 | 5.8600 | 10.2500 | -1,172.00 | -0.74 | 1,172.74 | 0.00 | 878.00 | O;P |
| AWX | 2018-07-27, 13:38:44 | 200 | 5.8900 | 10.2500 | -1,178.00 | -0.39 | 1,178.39 | 0.00 | 872.00 | O;P |
| AWX | 2018-07-27, 13:56:05 | 20,000 | 5.956797 | 10.2500 | -119,135.94 | -44.11 | 119,180.05 | 0.00 | 85,864.06 | O;P |
| AWX | 2018-07-27, 13:56:16 | 2,600 | 5.9896154 | 10.2500 | -15,573.00 | -10.62 | 15,583.62 | 0.00 | 11,077.00 | O;P |

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-27, 16:49:42 | -5,000 | 16.0000 | 10.2500 | 80,000.00 | 2.36 | -15,013.60 | 64,988.76 | 28,750.00 | C;P |
| AWX | 2018-07-27, 17:52:46 | -5,000 | 16.3340 | 10.2500 | 81,670.00 | -16.91 | -14,990.07 | 66,663.02 | 30,420.00 | C;P |
| AWX | 2018-07-27, 17:53:03 | -5,000 | 16.3500 | 10.2500 | 81,750.00 | -21.16 | -15,005.35 | 66,723.49 | 30,500.00 | C;P |
| AWX | 2018-07-27, 17:55:22 | -7,500 | 16.3093333 | 10.2500 | 122,320.00 | -18.92 | -22,424.39 | 99,876.69 | 45,445.00 | C;P |
| AWX | 2018-07-27, 17:56:44 | -5,000 | 16.5000 | 10.2500 | 82,500.00 | 2.33 | -14,949.08 | 67,553.25 | 31,250.00 | C;P |
| AWX | 2018-07-27, 17:58:06 | -2,711 | 16.7500 | 10.2500 | 45,409.25 | 0.22 | -8,105.05 | 37,304.43 | 17,621.50 | C;P |
| AWX | 2018-07-27, 18:00:03 | -5,000 | 16.8000 | 10.2500 | 84,000.00 | 2.81 | -15,141.32 | 68,861.49 | 32,750.00 | C;P |
| AWX | 2018-07-27, 18:00:30 | -5,000 | 16.8000 | 10.2500 | 84,000.00 | -0.03 | -15,201.74 | 68,798.23 | 32,750.00 | C;P |
| AWX | 2018-07-27, 18:09:58 | -5,000 | 16.8500 | 10.2500 | 84,250.00 | -1.64 | -15,471.85 | 68,776.50 | 33,000.00 | C;P |
| AWX | 2018-07-27, 18:11:42 | -5,000 | 16.9000 | 10.2500 | 84,500.00 | 2.80 | -15,486.49 | 69,016.32 | 33,250.00 | C;P |
| AWX | 2018-07-27, 18:11:42 | -5,000 | 16.9000 | 10.2500 | 84,500.00 | -3.15 | -15,575.63 | 68,921.22 | 33,250.00 | C;P |
| AWX | 2018-07-27, 18:14:48 | -5,000 | 16.9500 | 10.2500 | 84,750.00 | 2.80 | -15,732.49 | 69,020.31 | 33,500.00 | C;P |
| AWX | 2018-07-27, 18:15:02 | -5,000 | 16.9500 | 10.2500 | 84,750.00 | -15.20 | -15,746.81 | 68,987.99 | 33,500.00 | C;P |
| AWX | 2018-07-27, 18:16:31 | -25,000 | 17.0298 | 10.2500 | 425,745.00 | -39.91 | -76,977.34 | 348,727.74 | 169,495.00 | C;P |
| AWX | 2018-07-27, 18:23:18 | -5,000 | 17.2500 | 10.2500 | 86,250.00 | 2.78 | -15,519.41 | 70,733.37 | 35,000.00 | C;P |
| AWX | 2018-07-27, 18:23:25 | -5,000 | 17.3000 | 10.2500 | 86,500.00 | -1.97 | -15,498.16 | 70,999.87 | 35,250.00 | C;P |
| AWX | 2018-07-27, 18:23:39 | -5,000 | 17.3500 | 10.2500 | 86,750.00 | -12.73 | -15,507.33 | 71,229.95 | 35,500.00 | C;P |
| AWX | 2018-07-27, 18:24:00 | -5,000 | 17.500788 | 10.2500 | 87,503.94 | 0.29 | -15,549.33 | 71,954.90 | 36,253.94 | C;P |
| AWX | 2018-07-27, 18:24:00 | -5,000 | 17.4000 | 10.2500 | 87,000.00 | -1.23 | -15,559.10 | 71,439.67 | 35,750.00 | C;P |
| AWX | 2018-07-27, 18:24:00 | -5,000 | 17.4535 | 10.2500 | 87,267.50 | -4.97 | -15,574.50 | 71,688.03 | 36,017.50 | C;P |
| AWX | 2018-07-27, 18:24:46 | -5,000 | 17.5550 | 10.2500 | 87,775.00 | -2.05 | -15,706.76 | 72,066.19 | 36,525.00 | C;P |
| AWX | 2018-07-27, 18:24:46 | -5,000 | 17.6000 | 10.2500 | 88,000.00 | -5.44 | -15,730.05 | 72,264.52 | 36,750.00 | C;P |
| AWX | 2018-07-27, 18:53:36 | -27,129 | 19.0044178 | 10.2500 | 515,570.85 | -7.79 | -86,681.74 | 428,881.33 | 237,498.60 | C;P |
| AWX | 2018-07-30, 07:53:50 | -5,000 | 35.0112 | 6.0600 | 175,056.00 | -4.24 | -15,399.33 | 159,652.43 | 144,756.00 | C;P |
| AWX | 2018-07-30, 08:04:20 | -123 | 32.0000 | 6.0600 | 3,936.00 | -0.19 | -378.77 | 3,557.03 | 3,190.62 | C;P |
| AWX | 2018-07-30, 08:18:01 | -3,596 | 35.2500 | 6.0600 | 126,759.00 | 0.75 | -10,807.35 | 115,952.40 | 104,967.24 | C;P |
| AWX | 2018-07-30, 08:22:46 | -150 | 35.5000 | 6.0600 | 5,325.00 | -0.17 | -450.70 | 4,874.13 | 4,416.00 | C;P |
| AWX | 2018-07-30, 11:33:41 | -199 | 12.7500 | 6.0600 | 2,537.25 | -0.03 | -597.93 | 1,939.29 | 1,331.31 | C;P |
| AWX | 2018-07-30, 11:33:41 | -300 | 12.7000 | 6.0600 | 3,810.00 | 0.12 | -901.40 | 2,908.72 | 1,992.00 | C;P |

A-212

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-30, 11:35:07 | -2,500 | 12.3500 | 6.0600 | 30,875.00 | 1.55 | -7,510.61 | 23,365.93 | 15,725.00 | C;P |
| AWX | 2018-07-30, 11:35:11 | -553 | 12.4000 | 6.0600 | 6,857.20 | 0.34 | -1,660.95 | 5,196.59 | 3,506.02 | C;P |
| AWX | 2018-07-30, 11:35:59 | -1,100 | 12.4300 | 6.0600 | 13,673.00 | 0.68 | -3,299.56 | 10,374.12 | 7,007.00 | C;P |
| AWX | 2018-07-30, 11:37:12 | -500 | 12.4500 | 6.0600 | 6,225.00 | 0.26 | -1,499.80 | 4,725.46 | 3,195.00 | C;P |
| AWX | 2018-07-30, 11:38:24 | -300 | 12.3966667 | 6.0600 | 3,719.00 | -0.88 | -899.88 | 2,818.24 | 1,901.00 | C;P |
| AWX | 2018-07-30, 11:38:43 | -2,000 | 12.3800 | 6.0600 | 24,760.00 | 0.73 | -5,999.20 | 18,761.53 | 12,640.00 | C;P |
| AWX | 2018-07-30, 11:44:03 | -1,876 | 13.0800 | 6.0600 | 24,538.08 | 1.14 | -5,627.25 | 18,911.97 | 13,169.52 | C;P |
| AWX | 2018-07-30, 11:44:03 | -200 | 13.1300 | 6.0600 | 2,626.00 | -0.05 | -599.92 | 2,026.03 | 1,414.00 | C;P |
| AWX | 2018-07-30, 11:44:03 | -100 | 13.1800 | 6.0600 | 1,318.00 | -0.20 | -299.96 | 1,017.84 | 712.00 | C |
| AWX | 2018-07-30, 11:46:32 | -2,255 | 12.4299335 | 6.0600 | 28,029.50 | -2.95 | -6,764.10 | 21,262.45 | 14,364.20 | C;P |
| AWX | 2018-07-30, 11:46:54 | -36,800 | 12.0030799 | 6.0600 | 441,713.34 | -87.11 | -115,107.82 | 326,518.41 | 218,705.34 | C;P |
| AWX | 2018-07-30, 11:55:20 | -2,599 | 12.2400 | 6.0600 | 31,811.76 | 1.61 | -8,251.03 | 23,562.34 | 16,061.82 | C;P |
| AWX | 2018-07-30, 11:57:18 | -251 | 11.1400 | 6.0600 | 2,796.14 | 0.04 | -796.85 | 1,999.33 | 1,275.08 | C;P |
| AWX | 2018-07-30, 11:57:38 | -4,000 | 10.70375 | 6.0600 | 42,815.00 | -11.54 | -12,800.09 | 30,003.37 | 18,575.00 | C;P |
| AWX | 2018-07-30, 11:58:21 | -670 | 10.9200 | 6.0600 | 7,316.40 | 0.43 | -2,147.06 | 5,169.77 | 3,256.20 | C;P |
| AWX | 2018-07-30, 11:58:28 | -10 | 11.0000 | 6.0600 | 110.00 | -0.38 | -31.95 | 77.67 | 49.40 | C |
| AWX | 2018-07-30, 11:58:37 | -198 | 11.1000 | 6.0600 | 2,197.80 | -0.54 | -632.55 | 1,564.71 | 997.92 | C;P |
| AWX | 2018-07-30, 11:59:15 | -2,700 | 10.5000 | 6.0600 | 28,350.00 | 1.74 | -8,755.85 | 19,595.89 | 11,988.00 | C;P |
| AWX | 2018-07-30, 11:59:29 | -1,150 | 10.3400 | 6.0600 | 11,891.00 | 0.73 | -3,765.70 | 8,126.04 | 4,922.00 | C;P |
| AWX | 2018-07-30, 11:59:45 | -1,500 | 10.2300 | 6.0600 | 15,345.00 | 0.97 | -4,884.73 | 10,461.24 | 6,255.00 | C;P |
| AWX | 2018-07-30, 11:59:49 | -675 | 10.3359259 | 6.0600 | 6,976.75 | -0.63 | -2,231.94 | 4,744.18 | 2,886.25 | C;P |
| AWX | 2018-07-30, 12:00:00 | -2,524 | 10.0600 | 6.0600 | 25,391.44 | 1.64 | -8,439.98 | 16,953.10 | 10,096.00 | C;P |
| AWX | 2018-07-30, 12:00:03 | -2,050 | 10.0368293 | 6.0600 | 20,575.50 | -5.44 | -6,853.95 | 13,716.10 | 8,152.50 | C;P |
| AWX | 2018-07-30, 12:00:09 | -1,673 | 10.154991 | 6.0600 | 16,989.30 | -4.08 | -5,679.22 | 11,305.99 | 6,850.92 | C;P |
| AWX | 2018-07-30, 12:00:28 | -1,308 | 10.5000 | 6.0600 | 13,734.00 | 0.84 | -4,438.41 | 9,296.43 | 5,807.52 | C;P |
| AWX | 2018-07-30, 12:00:38 | -6,700 | 10.6000 | 6.0600 | 71,020.00 | 4.30 | -23,190.08 | 47,834.23 | 30,418.00 | C;P |
| AWX | 2018-07-30, 12:01:02 | -100 | 10.5400 | 6.0600 | 1,054.00 | -0.20 | -359.17 | 694.63 | 448.00 | C |
| AWX | 2018-07-30, 12:01:29 | -3,110 | 10.3525723 | 6.0600 | 32,196.50 | -8.87 | -11,168.02 | 21,019.61 | 13,349.90 | C;P |
| AWX | 2018-07-30, 12:01:35 | -100 | 10.4000 | 6.0600 | 1,040.00 | -0.20 | -358.97 | 680.83 | 434.00 | C |

A-213

## Trades

| | | | | | | | | | | |
|------|-----------------------|---------|-----------|--------|-----------|--------|------------|-----------|-----------|-----|
| AWX | 2018-07-30, 12:02:02 | -2,100 | 10.3114286 | 6.0600 | 21,654.00 | -4.35 | -7,550.06 | 14,099.58 | 8,928.00 | C;P |
| AWX | 2018-07-30, 12:02:37 | -2,012 | 9.8200 | 6.0600 | 19,757.84 | 1.31 | -7,272.69 | 12,486.46 | 7,565.12 | C;P |
| AWX | 2018-07-30, 12:02:41 | -200 | 9.8200 | 6.0600 | 1,964.00 | -0.04 | -720.94 | 1,243.02 | 752.00 | C;P |
| AWX | 2018-07-30, 12:03:15 | -3,100 | 9.7077419 | 6.0600 | 30,094.00 | -1.88 | -11,245.47 | 18,846.65 | 11,308.00 | C;P |
| AWX | 2018-07-30, 12:07:26 | -2,560 | 10.5278125 | 6.0600 | 26,951.20 | -3.11 | -9,248.90 | 17,699.19 | 11,437.60 | C;P |
| AWX | 2018-07-30, 12:11:58 | -200 | 10.6900 | 6.0600 | 2,138.00 | -0.02 | -728.86 | 1,409.12 | 926.00 | C;P |
| AWX | 2018-07-30, 12:13:26 | -3,871 | 9.5800 | 6.0600 | 37,084.18 | 2.54 | -14,098.86 | 22,987.86 | 13,625.92 | C;P |
| AWX | 2018-07-30, 12:14:18 | -306 | 9.8500 | 6.0600 | 3,014.10 | 0.12 | -1,115.24 | 1,898.98 | 1,159.74 | C;P |
| AWX | 2018-07-30, 12:14:30 | -740 | 9.9945946 | 6.0600 | 7,396.00 | -1.59 | -2,697.00 | 4,697.41 | 2,911.60 | C;P |
| AWX | 2018-07-30, 12:17:25 | -5,405 | 9.1400 | 6.0600 | 49,401.70 | 3.58 | -19,612.81 | 29,792.46 | 16,647.40 | C;P |
| AWX | 2018-07-30, 12:18:01 | -5,181 | 9.2800 | 6.0600 | 48,079.68 | 3.42 | -18,864.07 | 29,219.03 | 16,682.82 | C;P |
| AWX | 2018-07-30, 12:18:34 | -1,100 | 9.1300 | 6.0600 | 10,043.00 | 0.73 | -4,009.17 | 6,034.56 | 3,377.00 | C;P |
| AWX | 2018-07-30, 12:18:43 | -1,500 | 9.1093333 | 6.0600 | 13,664.00 | -3.02 | -5,467.05 | 8,193.93 | 4,574.00 | C;P |
| AWX | 2018-07-30, 12:19:40 | -3,010 | 9.1200 | 6.0600 | 27,451.20 | 1.99 | -10,963.35 | 16,489.85 | 9,210.60 | C;P |
| AWX | 2018-07-30, 12:20:58 | -100 | 9.2500 | 6.0600 | 925.00 | -0.19 | -363.97 | 560.84 | 319.00 | C |
| AWX | 2018-07-30, 12:24:55 | -1,500 | 9.2000 | 6.0600 | 13,800.00 | 0.34 | -5,459.55 | 8,340.79 | 4,710.00 | C;P |
| AWX | 2018-07-30, 12:25:32 | -200 | 9.1050 | 6.0600 | 1,821.00 | -0.54 | -727.94 | 1,092.52 | 609.00 | C;P |
| AWX | 2018-07-30, 12:26:16 | -290 | 8.8500 | 6.0600 | 2,566.50 | -0.62 | -1,055.51 | 1,510.37 | 809.10 | C;P |
| AWX | 2018-07-30, 12:26:20 | -4,500 | 8.7800 | 6.0600 | 39,510.00 | 1.44 | -16,378.65 | 23,132.78 | 12,240.00 | C;P |
| AWX | 2018-07-30, 12:26:40 | -10,000 | 9.0222 | 6.0600 | 90,222.00 | -11.53 | -36,397.75 | 53,812.72 | 29,622.00 | C;P |
| AWX | 2018-07-30, 12:26:47 | -6,480 | 9.0700 | 6.0600 | 58,773.60 | 3.96 | -23,585.31 | 35,192.25 | 19,504.80 | C;P |
| AWX | 2018-07-30, 12:27:27 | -1,200 | 9.0500 | 6.0600 | 10,860.00 | -2.32 | -4,367.52 | 6,490.15 | 3,588.00 | C;P |
| AWX | 2018-07-30, 12:27:32 | -2,201 | 9.0000 | 6.0600 | 19,809.00 | -9.47 | -7,999.81 | 11,799.72 | 6,470.94 | C;P |
| AWX | 2018-07-30, 12:28:25 | -500 | 8.8520 | 6.0600 | 4,426.00 | -0.72 | -1,804.78 | 2,620.50 | 1,396.00 | C;P |
| AWX | 2018-07-30, 12:28:59 | -2,291 | 8.7500 | 6.0600 | 20,046.25 | -5.07 | -8,269.60 | 11,771.58 | 6,162.79 | C;P |
| AWX | 2018-07-30, 12:29:12 | -600 | 8.7500 | 6.0600 | 5,250.00 | 0.40 | -2,170.34 | 3,080.06 | 1,614.00 | C;P |
| AWX | 2018-07-30, 12:30:07 | -500 | 8.6900 | 6.0600 | 4,345.00 | 0.28 | -1,817.19 | 2,528.09 | 1,315.00 | C;P |
| AWX | 2018-07-30, 12:30:47 | -2,474 | 8.5027648 | 6.0600 | 21,035.84 | -10.56 | -8,997.51 | 12,027.78 | 6,043.40 | C;P |
| AWX | 2018-07-30, 12:30:48 | -4,404 | 8.4390827 | 6.0600 | 37,165.72 | -7.25 | -15,980.31 | 21,178.16 | 10,477.48 | C;P |

A-214

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-30, 12:31:00 | -2,144 | 8.3713993 | 6.0600 | 17,948.28 | -0.52 | -7,736.29 | 10,211.47 | 4,955.64 | C;P |
| AWX | 2018-07-30, 12:31:01 | -650 | 8.3815385 | 6.0600 | 5,448.00 | -1.38 | -2,346.17 | 3,100.45 | 1,509.00 | C;P |
| AWX | 2018-07-30, 12:31:28 | -2,835 | 8.3701235 | 6.0600 | 23,729.30 | -3.64 | -10,230.35 | 13,495.31 | 6,549.20 | C;P |
| AWX | 2018-07-30, 12:31:35 | -1,100 | 8.3700 | 6.0600 | 9,207.00 | 0.74 | -3,970.67 | 5,237.07 | 2,541.00 | C;P |
| AWX | 2018-07-30, 12:31:50 | -6,900 | 8.3500 | 6.0600 | 57,615.00 | 4.63 | -24,912.52 | 32,707.12 | 15,801.00 | C;P |
| AWX | 2018-07-30, 12:33:00 | -4,188 | 8.5947755 | 6.0600 | 35,994.92 | -5.96 | -15,119.80 | 20,869.16 | 10,615.64 | C;P |
| AWX | 2018-07-30, 12:36:50 | -200 | 8.7800 | 6.0600 | 1,756.00 | -0.04 | -721.94 | 1,034.02 | 544.00 | C;P |
| AWX | 2018-07-30, 12:37:46 | -783 | 9.0000 | 6.0600 | 7,047.00 | 0.49 | -2,826.40 | 4,221.09 | 2,302.02 | C;P |
| AWX | 2018-07-30, 12:43:06 | -3,589 | 8.9505573 | 6.0600 | 32,123.55 | -8.17 | -12,955.22 | 19,160.16 | 10,374.21 | C;P |
| AWX | 2018-07-30, 12:49:25 | -6,000 | 8.4026667 | 6.0600 | 50,416.00 | -12.01 | -21,658.96 | 28,745.03 | 14,056.00 | C;P |
| AWX | 2018-07-30, 12:49:38 | -1,700 | 8.2664706 | 6.0600 | 14,053.00 | -6.73 | -6,047.21 | 7,999.06 | 3,751.00 | C;P |
| AWX | 2018-07-30, 12:51:26 | -4,275 | 8.305848 | 6.0600 | 35,507.50 | -5.24 | -15,043.91 | 20,458.35 | 9,601.00 | C;P |
| AWX | 2018-07-30, 12:52:39 | -2,105 | 8.2004751 | 6.0600 | 17,262.00 | -0.62 | -7,256.67 | 10,004.71 | 4,505.70 | C;P |
| AWX | 2018-07-30, 12:52:48 | -1,100 | 8.2500 | 6.0600 | 9,075.00 | -0.37 | -3,718.19 | 5,356.44 | 2,409.00 | C;P |
| AWX | 2018-07-30, 12:54:05 | -2,844 | 8.2740647 | 6.0600 | 23,531.44 | -3.19 | -9,589.50 | 13,938.75 | 6,296.80 | C;P |
| AWX | 2018-07-30, 12:55:31 | -602 | 8.2100 | 6.0600 | 4,942.42 | 0.35 | -2,031.37 | 2,911.40 | 1,294.30 | C;P |
| AWX | 2018-07-30, 12:55:47 | -28 | 8.2000 | 6.0600 | 229.60 | -0.31 | -94.63 | 134.66 | 59.92 | C |
| AWX | 2018-07-30, 12:56:23 | -444 | 8.3900 | 6.0600 | 3,725.16 | 0.30 | -1,500.59 | 2,224.87 | 1,034.52 | C;P |
| AWX | 2018-07-30, 12:57:37 | -1,270 | 8.3055118 | 6.0600 | 10,548.00 | -1.52 | -4,302.31 | 6,244.17 | 2,851.80 | C;P |
| AWX | 2018-07-30, 13:02:56 | -600 | 8.1400 | 6.0600 | 4,884.00 | -1.66 | -2,047.32 | 2,835.03 | 1,248.00 | C;P |
| AWX | 2018-07-30, 13:03:34 | -1,000 | 8.0380 | 6.0600 | 8,038.00 | -2.89 | -3,421.71 | 4,613.40 | 1,978.00 | C;P |
| AWX | 2018-07-30, 13:03:48 | -1,658 | 7.7900 | 6.0600 | 12,915.82 | 0.32 | -5,701.79 | 7,214.35 | 2,868.34 | C;P |
| AWX | 2018-07-30, 13:04:33 | -100 | 7.8900 | 6.0600 | 789.00 | -0.18 | -344.47 | 444.35 | 183.00 | C |
| AWX | 2018-07-30, 13:05:12 | -3,227 | 8.0000 | 6.0600 | 25,816.00 | 2.18 | -11,091.40 | 14,726.78 | 6,260.38 | C;P |
| AWX | 2018-07-30, 13:08:05 | -100 | 7.9500 | 6.0600 | 795.00 | -0.18 | -340.22 | 454.60 | 189.00 | C |
| AWX | 2018-07-30, 13:08:31 | -5,240 | 7.8043893 | 6.0600 | 40,895.00 | -8.23 | -17,918.62 | 22,968.15 | 9,140.60 | C;P |
| AWX | 2018-07-30, 13:09:00 | -100 | 7.6600 | 6.0600 | 766.00 | -0.69 | -342.17 | 423.14 | 160.00 | C |
| AWX | 2018-07-30, 13:09:02 | -1,990 | 7.6100 | 6.0600 | 15,143.90 | -5.82 | -6,819.14 | 8,318.94 | 3,084.50 | C;P |
| AWX | 2018-07-30, 13:09:04 | -100 | 7.6100 | 6.0600 | 761.00 | -0.18 | -343.47 | 417.35 | 155.00 | C |

A-215

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-30, 13:09:13 | -1,181 | 7.5598391 | 6.0600 | 8,928.17 | -3.48 | -4,052.83 | 4,871.86 | 1,771.31 | C;P |
| AWX | 2018-07-30, 13:09:04 | -100 | 7.6100 | 6.0600 | 761.00 | -0.18 | -343.17 | 417.65 | 155.00 | C |
| AWX | 2018-07-30, 13:09:06 | -2,297 | 7.5213626 | 6.0600 | 17,276.57 | -9.12 | -7,865.97 | 9,401.48 | 3,356.75 | C;P |
| AWX | 2018-07-30, 13:09:07 | -2,738 | 7.4982615 | 6.0600 | 20,530.24 | -7.50 | -9,351.90 | 11,170.83 | 3,937.96 | C;P |
| AWX | 2018-07-30, 13:09:13 | -5,926 | 7.6100 | 6.0600 | 45,096.86 | 4.04 | -20,263.34 | 24,837.56 | 9,185.30 | C;P |
| AWX | 2018-07-30, 13:13:12 | -4,000 | 7.9000 | 6.0600 | 31,600.00 | 2.71 | -13,695.28 | 17,907.43 | 7,360.00 | C;P |
| AWX | 2018-07-30, 13:18:51 | -4,000 | 8.1500 | 6.0600 | 32,600.00 | 2.70 | -13,678.17 | 18,924.53 | 8,360.00 | C;P |
| AWX | 2018-07-30, 13:18:51 | -4,000 | 8.2520 | 6.0600 | 33,008.00 | -7.86 | -13,715.11 | 19,285.03 | 8,768.00 | C;P |
| AWX | 2018-07-30, 13:18:51 | -4,000 | 8.0554125 | 6.0600 | 32,221.65 | -4.67 | -13,646.45 | 18,570.53 | 7,981.65 | C;P |
| AWX | 2018-07-30, 13:18:51 | -4,000 | 8.1000 | 6.0600 | 32,400.00 | 2.67 | -13,700.02 | 18,702.65 | 8,160.00 | C;P |
| AWX | 2018-07-30, 13:25:44 | -3,000 | 8.1000 | 6.0600 | 24,300.00 | 2.02 | -10,287.76 | 14,014.26 | 6,120.00 | C;P |
| AWX | 2018-07-30, 13:27:14 | -4,000 | 8.2000 | 6.0600 | 32,800.00 | 2.69 | -13,726.62 | 19,076.07 | 8,560.00 | C;P |
| AWX | 2018-07-30, 13:28:34 | -4,000 | 8.3500 | 6.0600 | 33,400.00 | -8.28 | -13,683.04 | 19,708.68 | 9,160.00 | C;P |
| AWX | 2018-07-30, 13:28:34 | -4,000 | 8.3005 | 6.0600 | 33,202.00 | -10.09 | -13,636.29 | 19,555.62 | 8,962.00 | C;P |
| AWX | 2018-07-30, 13:28:42 | -3,800 | 8.4027632 | 6.0600 | 31,930.50 | -5.48 | -12,903.17 | 19,021.85 | 8,902.50 | C;P |
| AWX | 2018-07-30, 13:29:19 | -310 | 8.4500 | 6.0600 | 2,619.50 | 0.11 | -1,055.92 | 1,563.69 | 740.90 | C;P |
| AWX | 2018-07-30, 13:29:19 | -500 | 8.5000 | 6.0600 | 4,250.00 | -0.32 | -1,698.40 | 2,551.29 | 1,220.00 | C;P |
| AWX | 2018-07-30, 13:30:13 | -3,000 | 8.4506667 | 6.0600 | 25,352.00 | -1.64 | -10,006.77 | 15,343.59 | 7,172.00 | C;P |
| AWX | 2018-07-30, 13:30:24 | -3,000 | 8.5013333 | 6.0600 | 25,504.00 | -3.58 | -9,809.05 | 15,691.37 | 7,324.00 | C;P |
| AWX | 2018-07-30, 13:30:25 | -1,700 | 8.5505882 | 6.0600 | 14,536.00 | -2.43 | -5,573.83 | 8,959.73 | 4,234.00 | C;P |
| AWX | 2018-07-30, 13:30:51 | -200 | 8.6500 | 6.0600 | 1,730.00 | -0.04 | -656.38 | 1,073.58 | 518.00 | C;P |
| AWX | 2018-07-30, 13:30:51 | -300 | 8.6000 | 6.0600 | 2,580.00 | 0.12 | -983.13 | 1,596.99 | 762.00 | C;P |
| AWX | 2018-07-30, 13:31:17 | -100 | 8.3600 | 6.0600 | 836.00 | -0.69 | -328.32 | 506.99 | 230.00 | C |
| AWX | 2018-07-30, 13:31:18 | -200 | 8.3000 | 6.0600 | 1,660.00 | -1.04 | -656.38 | 1,002.58 | 448.00 | C |
| AWX | 2018-07-30, 13:31:19 | -200 | 8.2600 | 6.0600 | 1,652.00 | -1.04 | -656.38 | 994.58 | 440.00 | C |
| AWX | 2018-07-30, 13:31:19 | -2,050 | 8.102439 | 6.0600 | 16,610.00 | -6.25 | -6,730.71 | 9,873.04 | 4,187.00 | C;P |
| AWX | 2018-07-30, 13:31:37 | -500 | 8.0540 | 6.0600 | 4,027.00 | -1.09 | -1,642.35 | 2,383.56 | 997.00 | C;P |
| AWX | 2018-07-30, 13:31:37 | -400 | 7.9900 | 6.0600 | 3,196.00 | 0.27 | -1,314.02 | 1,882.25 | 772.00 | C;P |
| AWX | 2018-07-30, 13:31:50 | -2,999 | 7.8613338 | 6.0600 | 23,576.14 | 0.34 | -10,027.63 | 13,548.86 | 5,402.20 | C;P |

A-216

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-30, 13:31:56 | -1,500 | 7.8020 | 6.0600 | 11,703.00 | -4.73 | -5,007.05 | 6,691.22 | 2,613.00 | C;P |
| AWX | 2018-07-30, 13:31:57 | -5,050 | 7.7857426 | 6.0600 | 39,318.00 | -8.08 | -16,706.95 | 22,602.97 | 8,715.00 | C;P |
| AWX | 2018-07-30, 13:31:57 | -3,200 | 7.7600 | 6.0600 | 24,832.00 | -5.19 | -10,551.62 | 14,275.19 | 5,440.00 | C |
| AWX | 2018-07-30, 13:32:00 | -790 | 7.6573418 | 6.0600 | 6,049.30 | 0.16 | -2,637.46 | 3,411.99 | 1,261.90 | C;P |
| AWX | 2018-07-30, 13:32:00 | -749 | 7.6619893 | 6.0600 | 5,738.83 | 0.51 | -2,491.95 | 3,247.39 | 1,199.89 | C;P |
| AWX | 2018-07-30, 13:32:00 | -1,100 | 7.6681818 | 6.0600 | 8,435.00 | 0.75 | -3,663.17 | 4,772.57 | 1,769.00 | C;P |
| AWX | 2018-07-30, 13:32:01 | -100 | 7.6500 | 6.0600 | 765.00 | -0.19 | -330.47 | 434.34 | 159.00 | C |
| AWX | 2018-07-30, 13:32:01 | -100 | 7.6500 | 6.0600 | 765.00 | -0.19 | -331.81 | 433.00 | 159.00 | C |
| AWX | 2018-07-30, 13:32:01 | -100 | 7.6500 | 6.0600 | 765.00 | -0.19 | -332.47 | 432.34 | 159.00 | C |
| AWX | 2018-07-30, 13:32:01 | -100 | 7.6500 | 6.0600 | 765.00 | -0.19 | -332.28 | 432.53 | 159.00 | C |
| AWX | 2018-07-30, 13:32:01 | -100 | 7.6500 | 6.0600 | 765.00 | -0.18 | -332.22 | 432.60 | 159.00 | C |
| AWX | 2018-07-30, 13:32:01 | -100 | 7.6500 | 6.0600 | 765.00 | -0.18 | -335.47 | 429.35 | 159.00 | C |
| AWX | 2018-07-30, 13:33:47 | -400 | 7.7800 | 6.0600 | 3,112.00 | -0.27 | -1,341.88 | 1,769.85 | 688.00 | C;P |
| AWX | 2018-07-30, 13:34:04 | -100 | 7.7600 | 6.0600 | 776.00 | -0.19 | -334.98 | 440.83 | 170.00 | C |
| AWX | 2018-07-30, 13:34:08 | -1,487 | 7.7594149 | 6.0600 | 11,538.25 | -2.14 | -4,929.13 | 6,606.98 | 2,527.03 | C;P |
| AWX | 2018-07-30, 13:34:08 | -200 | 7.8300 | 6.0600 | 1,566.00 | -0.53 | -667.62 | 897.85 | 354.00 | C;P |
| AWX | 2018-07-30, 13:34:08 | -100 | 7.8900 | 6.0600 | 789.00 | -0.19 | -331.97 | 456.84 | 183.00 | C |
| AWX | 2018-07-30, 13:34:08 | -100 | 7.8800 | 6.0600 | 788.00 | -0.19 | -330.17 | 457.64 | 182.00 | C |
| AWX | 2018-07-30, 13:34:40 | -4,735 | 7.5056325 | 6.0600 | 35,539.17 | -14.29 | -15,386.19 | 20,138.69 | 6,845.07 | C;P |
| AWX | 2018-07-30, 13:34:41 | -1,304 | 7.3815337 | 6.0600 | 9,625.52 | -2.40 | -4,108.76 | 5,514.37 | 1,723.28 | C;P |
| AWX | 2018-07-30, 13:34:41 | -697 | 7.3700 | 6.0600 | 5,136.89 | 0.41 | -2,201.73 | 2,935.57 | 913.07 | C;P |
| AWX | 2018-07-30, 13:34:55 | -1,580 | 7.4031646 | 6.0600 | 11,697.00 | -1.32 | -4,994.33 | 6,701.36 | 2,122.20 | C;P |
| AWX | 2018-07-30, 13:35:13 | -700 | 7.3514286 | 6.0600 | 5,146.00 | -3.09 | -2,213.37 | 2,929.54 | 904.00 | C;P |
| AWX | 2018-07-30, 13:43:43 | -300 | 7.8066667 | 6.0600 | 2,342.00 | -1.38 | -946.62 | 1,394.01 | 524.00 | C;P |
| AWX | 2018-07-30, 14:04:18 | -100 | 7.3600 | 6.0600 | 736.00 | -0.18 | -315.47 | 420.35 | 130.00 | C |
| AWX | 2018-07-30, 14:04:19 | -2,000 | 7.3260 | 6.0600 | 14,652.00 | -8.83 | -6,317.07 | 8,326.10 | 2,532.00 | C;P |
| AWX | 2018-07-30, 14:04:21 | -1,600 | 7.3100 | 6.0600 | 11,696.00 | -7.06 | -5,062.96 | 6,625.97 | 2,000.00 | C;P |
| AWX | 2018-07-30, 14:10:07 | -1,416 | 7.5000 | 6.0600 | 10,620.00 | 0.97 | -4,447.99 | 6,172.98 | 2,039.04 | C;P |
| AWX | 2018-07-30, 14:15:18 | -605 | 7.236562 | 6.0600 | 4,378.12 | -1.24 | -1,899.46 | 2,477.42 | 711.82 | C;P |

A-217

# Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-30, 14:15:22 | -405 | 7.2000 | 6.0600 | 2,916.00 | -0.95 | -1,271.54 | 1,643.51 | 461.70 | C:P |
| AWX | 2018-07-30, 14:15:30 | -5,966 | 7.1142474 | 6.0600 | 42,443.60 | -14.13 | -18,813.46 | 23,616.01 | 6,289.64 | C:P |
| AWX | 2018-07-30, 14:16:06 | -2,154 | 7.0700 | 6.0600 | 15,228.78 | 0.23 | -6,826.65 | 8,402.36 | 2,175.54 | C:P |
| AWX | 2018-07-30, 14:16:20 | -3,700 | 7.0600 | 6.0600 | 26,122.00 | 2.04 | -11,792.45 | 14,331.58 | 3,700.00 | C:P |
| AWX | 2018-07-30, 14:16:47 | -3,685 | 7.011791 | 6.0600 | 25,838.45 | -7.94 | -11,709.41 | 14,121.10 | 3,507.35 | C:P |
| AWX | 2018-07-30, 14:16:53 | -6,707 | 7.0020874 | 6.0600 | 46,963.00 | -7.05 | -21,154.30 | 25,801.66 | 6,318.58 | C:P |
| AWX | 2018-07-30, 14:17:25 | -1,500 | 7.1500 | 6.0600 | 10,725.00 | -1.87 | -4,709.40 | 6,013.73 | 1,635.00 | C:P |
| AWX | 2018-07-30, 14:20:29 | -2,000 | 7.2500 | 6.0600 | 14,500.00 | 1.37 | -6,210.03 | 8,291.34 | 2,380.00 | C:P |
| AWX | 2018-07-30, 14:25:10 | -2,000 | 7.2200 | 6.0600 | 14,440.00 | 1.37 | -6,192.95 | 8,248.42 | 2,320.00 | C:P |
| AWX | 2018-07-30, 14:28:05 | -2,000 | 7.300135 | 6.0600 | 14,600.27 | -5.84 | -6,273.97 | 8,320.46 | 2,480.27 | C:P |
| AWX | 2018-07-30, 14:29:03 | -2,000 | 7.3800 | 6.0600 | 14,760.00 | 1.37 | -6,313.78 | 8,447.59 | 2,640.00 | C:P |
| AWX | 2018-07-30, 14:29:31 | -2,000 | 7.4309576 | 6.0600 | 14,861.92 | -1.46 | -6,212.50 | 8,647.95 | 2,741.92 | C:P |
| AWX | 2018-07-30, 14:29:32 | -2,000 | 7.4800 | 6.0600 | 14,960.00 | 1.37 | -6,259.25 | 8,702.12 | 2,840.00 | C:P |
| AWX | 2018-07-30, 14:31:53 | -2,000 | 7.5815 | 6.0600 | 15,163.00 | 0.16 | -6,367.32 | 8,795.85 | 3,043.00 | C:P |
| AWX | 2018-07-30, 14:31:53 | -2,000 | 7.731635 | 6.0600 | 15,463.27 | -1.54 | -6,366.44 | 9,095.29 | 3,343.27 | C:P |
| AWX | 2018-07-30, 14:31:53 | -2,000 | 7.5385 | 6.0600 | 15,077.00 | -3.79 | -6,343.32 | 8,729.89 | 2,957.00 | C:P |
| AWX | 2018-07-30, 14:31:53 | -2,000 | 7.6300 | 6.0600 | 15,260.00 | 1.16 | -6,374.23 | 8,886.94 | 3,140.00 | C:P |
| AWX | 2018-07-30, 14:31:53 | -2,000 | 7.6800 | 6.0600 | 15,360.00 | 0.91 | -6,356.73 | 9,004.18 | 3,240.00 | C:P |
| AWX | 2018-07-30, 14:38:38 | -2,000 | 7.7800 | 6.0600 | 15,560.00 | 1.36 | -6,410.18 | 9,151.18 | 3,440.00 | C:P |
| AWX | 2018-07-30, 14:38:50 | -2,000 | 7.836135 | 6.0600 | 15,672.27 | -6.34 | -6,408.06 | 9,257.87 | 3,552.27 | C:P |
| AWX | 2018-07-30, 14:40:03 | -1,000 | 7.9310 | 6.0600 | 7,931.00 | -0.65 | -3,202.42 | 4,727.94 | 1,871.00 | C:P |
| AWX | 2018-07-30, 14:40:03 | -1,000 | 7.9800 | 6.0600 | 7,980.00 | 0.58 | -3,207.60 | 4,772.98 | 1,920.00 | C:P |
| AWX | 2018-07-30, 14:43:07 | -1,000 | 8.1300 | 6.0600 | 8,130.00 | 0.57 | -3,223.36 | 4,907.22 | 2,070.00 | C:P |
| AWX | 2018-07-30, 14:43:07 | -1,000 | 8.0350 | 6.0600 | 8,035.00 | -1.95 | -3,223.40 | 4,809.65 | 1,975.00 | C:P |
| AWX | 2018-07-30, 14:43:07 | -1,000 | 8.0800 | 6.0600 | 8,080.00 | 0.58 | -3,224.16 | 4,856.41 | 2,020.00 | C:P |
| AWX | 2018-07-30, 14:43:07 | -1,000 | 8.1800 | 6.0600 | 8,180.00 | 0.57 | -3,223.62 | 4,956.95 | 2,120.00 | C:P |
| AWX | 2018-07-30, 14:43:11 | -1,992 | 8.2300 | 6.0600 | 16,394.16 | 0.64 | -6,468.84 | 9,925.96 | 4,322.64 | C:P |
| AWX | 2018-07-30, 14:43:20 | -1,000 | 8.2300 | 6.0600 | 8,230.00 | 0.63 | -3,241.48 | 4,989.15 | 2,170.00 | C:P |
| AWX | 2018-07-30, 14:43:20 | -1,000 | 8.1800 | 6.0600 | 8,180.00 | 0.57 | -3,223.62 | 4,956.95 | 2,120.00 | C:P |
| AWX | 2018-07-30, 14:43:26 | -2,000 | 8.2005 | 6.0600 | 16,401.00 | 0.60 | -6,488.55 | 9,913.05 | 4,281.00 | C:P |

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-30, 14:43:28 | | -300 | 8.2800 | 6.0600 | 2,484.00 | 0.12 | -975.39 | 1,508.73 | 666.00 | C;P |
| AWX | 2018-07-30, 14:43:28 | | -100 | 8.3300 | 6.0600 | 833.00 | -0.19 | -325.47 | 507.34 | 227.00 | C |
| AWX | 2018-07-30, 14:43:28 | | -300 | 8.2800 | 6.0600 | 2,484.00 | 0.12 | -975.89 | 1,508.23 | 666.00 | C;P |
| AWX | 2018-07-30, 14:45:54 | | -2,000 | 7.8410 | 6.0600 | 15,682.00 | -2.79 | -6,517.60 | 9,161.61 | 3,562.00 | C;P |
| AWX | 2018-07-30, 14:48:12 | | -2,000 | 7.8905 | 6.0600 | 15,781.00 | -4.59 | -6,567.40 | 9,209.01 | 3,661.00 | C;P |
| AWX | 2018-07-30, 14:48:46 | | -2,000 | 7.9495 | 6.0600 | 15,899.00 | -4.85 | -6,567.90 | 9,326.25 | 3,779.00 | C;P |
| AWX | 2018-07-30, 14:48:49 | | -2,000 | 7.9990 | 6.0600 | 15,998.00 | -7.55 | -6,554.92 | 9,435.54 | 3,878.00 | C;P |
| AWX | 2018-07-30, 14:48:52 | | -2,000 | 8.0455 | 6.0600 | 16,091.00 | -2.03 | -6,559.40 | 9,529.56 | 3,971.00 | C;P |
| AWX | 2018-07-30, 14:48:52 | | -2,000 | 8.0900 | 6.0600 | 16,180.00 | 1.15 | -6,561.12 | 9,620.03 | 4,060.00 | C;P |
| AWX | 2018-07-30, 14:49:03 | | -2,000 | 8.1410 | 6.0600 | 16,282.00 | -0.35 | -6,579.02 | 9,702.63 | 4,162.00 | C;P |
| AWX | 2018-07-30, 14:49:40 | | -2,000 | 7.9819025 | 6.0600 | 15,963.80 | -2.72 | -6,552.88 | 9,408.21 | 3,843.81 | C;P |
| AWX | 2018-07-30, 14:49:41 | | -350 | 7.9071429 | 6.0600 | 2,767.50 | -1.27 | -1,148.07 | 1,618.16 | 646.50 | C;P |
| AWX | 2018-07-30, 14:49:41 | | -2,000 | 7.81162 | 6.0600 | 15,623.24 | -8.54 | -6,559.93 | 9,054.77 | 3,503.24 | C;P |
| AWX | 2018-07-30, 14:49:41 | | -2,000 | 7.80887 | 6.0600 | 15,617.74 | -6.99 | -6,560.79 | 9,049.96 | 3,497.74 | C;P |
| AWX | 2018-07-30, 14:49:41 | | -2,000 | 7.7460 | 6.0600 | 15,492.00 | -1.66 | -6,553.31 | 8,937.03 | 3,372.00 | C;P |
| AWX | 2018-07-30, 14:49:41 | | -2,000 | 7.71419 | 6.0600 | 15,428.38 | -7.64 | -6,553.22 | 8,867.52 | 3,308.38 | C;P |
| AWX | 2018-07-30, 14:53:16 | | -2,000 | 8.10485 | 6.0600 | 16,209.70 | -3.95 | -6,562.15 | 9,643.60 | 4,089.70 | C;P |
| AWX | 2018-07-30, 14:53:42 | | -4,000 | 8.0900 | 6.0600 | 32,360.00 | 1.78 | -13,112.74 | 19,249.04 | 8,120.00 | C;P |
| AWX | 2018-07-30, 14:54:17 | | -100 | 8.1900 | 6.0600 | 819.00 | -0.19 | -325.47 | 493.34 | 213.00 | C |
| AWX | 2018-07-30, 14:54:57 | | -6,107 | 8.007904 | 6.0600 | 48,904.27 | -21.26 | -19,982.31 | 28,900.70 | 11,895.85 | C;P |
| AWX | 2018-07-30, 14:57:47 | | -1,750 | 8.1800 | 6.0600 | 14,315.00 | -3.37 | -5,748.23 | 8,563.40 | 3,710.00 | C;P |
| AWX | 2018-07-30, 15:01:58 | | -700 | 8.0600 | 6.0600 | 5,642.00 | -3.10 | -2,299.29 | 3,339.61 | 1,400.00 | C |
| AWX | 2018-07-30, 15:01:59 | | -2,000 | 8.0300 | 6.0600 | 16,060.00 | -8.85 | -6,542.96 | 9,508.19 | 3,940.00 | C;P |
| AWX | 2018-07-30, 15:01:59 | | -500 | 8.0300 | 6.0600 | 4,015.00 | -2.21 | -1,631.67 | 2,381.12 | 985.00 | C |
| AWX | 2018-07-30, 15:02:02 | | -1,825 | 7.8000 | 6.0600 | 14,235.00 | -3.68 | -5,961.89 | 8,269.43 | 3,175.50 | C;P |
| AWX | 2018-07-30, 15:02:02 | | -100 | 7.9100 | 6.0600 | 791.00 | -0.44 | -326.47 | 464.09 | 185.00 | C |
| AWX | 2018-07-30, 15:02:03 | | -200 | 7.7400 | 6.0600 | 1,548.00 | -0.28 | -653.55 | 894.17 | 336.00 | C;P |
| AWX | 2018-07-30, 15:02:04 | | -100 | 7.7600 | 6.0600 | 776.00 | -0.18 | -327.47 | 448.35 | 170.00 | C |
| AWX | 2018-07-30, 15:02:04 | | -100 | 7.7600 | 6.0600 | 776.00 | -0.18 | -327.47 | 448.35 | 170.00 | C |

A-219

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-30, 15:02:05 | -600 | 7.7100 | 6.0600 | 4,626.00 | -1.25 | -1,962.21 | 2,662.54 | 990.00 | C;P |
| AWX | 2018-07-30, 15:02:05 | -1,180 | 7.7242373 | 6.0600 | 9,114.60 | -5.22 | -3,862.15 | 5,247.24 | 1,963.80 | C;P |
| AWX | 2018-07-30, 15:02:06 | -2,000 | 7.6500 | 6.0600 | 15,300.00 | -0.64 | -6,593.70 | 8,705.66 | 3,180.00 | C;P |
| AWX | 2018-07-30, 15:02:06 | -100 | 7.7200 | 6.0600 | 772.00 | -0.19 | -327.12 | 444.69 | 166.00 | C |
| AWX | 2018-07-30, 15:02:13 | -2,000 | 7.65025 | 6.0600 | 15,300.50 | 1.26 | -6,617.48 | 8,684.27 | 3,180.50 | C;P |
| AWX | 2018-07-30, 15:02:41 | -4,000 | 7.736775 | 6.0600 | 30,947.10 | -5.88 | -13,316.05 | 17,625.17 | 6,707.10 | C;P |
| AWX | 2018-07-30, 15:02:41 | -4,000 | 7.713625 | 6.0600 | 30,854.50 | -6.38 | -13,295.62 | 17,552.50 | 6,614.50 | C;P |
| AWX | 2018-07-30, 15:02:42 | -4,000 | 7.7075 | 6.0600 | 30,830.00 | -9.33 | -13,357.99 | 17,462.68 | 6,590.00 | C;P |
| AWX | 2018-07-30, 15:02:43 | -4,000 | 7.69775 | 6.0600 | 30,791.00 | -17.68 | -13,309.08 | 17,464.24 | 6,551.00 | C;P |
| AWX | 2018-07-30, 15:02:43 | -3,146 | 7.6758678 | 6.0600 | 24,148.28 | -13.90 | -10,448.25 | 13,686.13 | 5,083.52 | C;P |
| AWX | 2018-07-30, 15:03:00 | -4,000 | 7.224875 | 6.0600 | 28,899.50 | -15.95 | -13,354.95 | 15,528.59 | 4,659.50 | C;P |
| AWX | 2018-07-30, 15:03:00 | -4,000 | 7.25675 | 6.0600 | 29,027.00 | -14.62 | -13,362.48 | 15,649.91 | 4,787.00 | C;P |
| AWX | 2018-07-30, 15:03:01 | -4,000 | 7.1474625 | 6.0600 | 28,589.85 | -17.05 | -13,283.10 | 15,289.70 | 4,349.85 | C;P |
| AWX | 2018-07-30, 15:03:09 | -2,911 | 7.1400 | 6.0600 | 20,784.54 | -12.33 | -9,745.91 | 11,026.29 | 3,143.88 | C;P |
| AWX | 2018-07-30, 15:09:00 | -1,000 | 7.3400 | 6.0600 | 7,340.00 | 0.68 | -3,326.89 | 4,013.79 | 1,280.00 | C;P |
| AWX | 2018-07-30, 15:09:38 | -910 | 7.3924945 | 6.0600 | 6,727.17 | -1.66 | -3,030.03 | 3,695.48 | 1,212.57 | C;P |
| AWX | 2018-07-30, 15:12:27 | -4,300 | 6.7500 | 6.0600 | 29,025.00 | -9.58 | -14,272.52 | 14,742.90 | 2,967.00 | C;P |
| AWX | 2018-07-30, 15:12:38 | -200 | 6.7000 | 6.0600 | 1,340.00 | -0.03 | -664.94 | 675.03 | 128.00 | C;P |
| AWX | 2018-07-30, 15:12:45 | -1,100 | 6.6463636 | 6.0600 | 7,311.00 | -3.83 | -3,665.98 | 3,641.20 | 645.00 | C;P |
| AWX | 2018-07-30, 15:12:45 | -1,000 | 6.6000 | 6.0600 | 6,600.00 | -2.45 | -3,349.70 | 3,247.85 | 540.00 | C;P |
| AWX | 2018-07-30, 15:12:45 | -104 | 6.5800 | 6.0600 | 684.32 | -0.68 | -348.37 | 335.27 | 54.08 | C;P |
| AWX | 2018-07-30, 15:12:46 | -1,600 | 6.554375 | 6.0600 | 10,487.00 | -7.05 | -5,359.52 | 5,120.43 | 791.00 | C;P |
| AWX | 2018-07-30, 15:12:46 | -200 | 6.5300 | 6.0600 | 1,306.00 | -1.03 | -669.94 | 635.03 | 94.00 | C;P |
| AWX | 2018-07-30, 15:12:46 | -1,304 | 6.5100 | 6.0600 | 8,489.04 | -2.43 | -4,357.65 | 4,128.96 | 586.80 | C;P |
| AWX | 2018-07-30, 15:12:46 | -8,000 | 6.5000 | 6.0600 | 52,000.00 | -30.90 | -26,646.28 | 25,322.82 | 3,520.00 | C;P |
| AWX | 2018-07-30, 15:12:46 | -4,600 | 6.4982609 | 6.0600 | 29,892.00 | -18.23 | -15,347.04 | 14,526.73 | 2,016.00 | C;P |
| AWX | 2018-07-30, 15:12:46 | -50 | 6.5100 | 6.0600 | 325.50 | -0.27 | -165.48 | 159.75 | 22.50 | C |
| AWX | 2018-07-30, 15:13:19 | -1,211 | 6.7500 | 6.0600 | 8,174.25 | 0.84 | -4,054.44 | 4,120.65 | 835.59 | C;P |
| AWX | 2018-07-30, 15:15:01 | -100 | 6.9500 | 6.0600 | 695.00 | -0.19 | -333.00 | 361.81 | 89.00 | C |

**A-220**

## Trades

| Symbol | Date/Time | Quantity | Price | | Proceeds | | | | | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-30, 15:15:01 | -100 | 6.9000 | 6.0600 | 690.00 | -0.19 | -332.97 | 356.84 | 84.00 | C |
| AWX | 2018-07-30, 15:15:01 | -100 | 7.0000 | 6.0600 | 700.00 | -0.19 | -332.96 | 366.84 | 94.00 | C |
| AWX | 2018-07-30, 15:17:22 | -250 | 6.7800 | 6.0600 | 1,695.00 | 0.07 | -832.41 | 862.66 | 180.00 | C;P |
| AWX | 2018-07-30, 15:17:25 | -200 | 6.7500 | 6.0600 | 1,350.00 | -0.53 | -665.93 | 683.54 | 138.00 | C;P |
| AWX | 2018-07-30, 15:17:52 | -7,313 | 6.7000 | 6.0600 | 48,997.10 | 5.07 | -24,393.83 | 24,608.34 | 4,680.32 | C;P |
| AWX | 2018-07-30, 15:18:34 | -100 | 6.7500 | 6.0600 | 675.00 | -0.41 | -333.86 | 340.73 | 69.00 | C |
| AWX | 2018-07-30, 15:21:02 | -3,000 | 7.0100 | 6.0600 | 21,030.00 | 2.07 | -10,031.16 | 11,000.91 | 2,850.00 | C;P |
| AWX | 2018-07-30, 15:26:04 | -3,000 | 7.0600 | 6.0600 | 21,180.00 | 0.27 | -10,049.14 | 11,131.12 | 3,000.00 | C;P |
| AWX | 2018-07-30, 15:28:50 | -200 | 7.0500 | 6.0600 | 1,410.00 | -0.01 | -669.94 | 740.05 | 198.00 | C;P |
| AWX | 2018-07-30, 15:29:59 | -350 | 7.0200 | 6.0600 | 2,457.00 | 0.24 | -1,172.40 | 1,284.85 | 336.00 | C;P |
| AWX | 2018-07-30, 15:30:48 | -100 | 7.0000 | 6.0600 | 700.00 | -0.19 | -334.97 | 364.84 | 94.00 | C |
| AWX | 2018-07-30, 15:30:51 | -201 | 6.859801 | 6.0600 | 1,378.82 | -1.03 | -673.27 | 704.52 | 160.76 | C;P |
| AWX | 2018-07-30, 15:30:54 | -1,000 | 6.76327 | 6.0600 | 6,763.27 | -1.71 | -3,349.50 | 3,412.06 | 703.27 | C;P |
| AWX | 2018-07-30, 15:31:03 | -1,000 | 6.6600 | 6.0600 | 6,660.00 | 0.09 | -3,343.50 | 3,316.59 | 600.00 | C;P |
| AWX | 2018-07-30, 15:31:04 | -1,000 | 6.65092 | 6.0600 | 6,650.92 | -1.98 | -3,349.50 | 3,299.44 | 590.92 | C;P |
| AWX | 2018-07-30, 15:31:09 | -1,000 | 6.5950 | 6.0600 | 6,595.00 | 0.09 | -3,349.52 | 3,245.57 | 535.00 | C;P |
| AWX | 2018-07-30, 15:32:44 | -990 | 6.7000 | 6.0600 | 6,633.00 | 0.69 | -3,314.19 | 3,319.50 | 633.60 | C;P |
| AWX | 2018-07-30, 15:33:06 | -2,502 | 6.6515987 | 6.0600 | 16,642.30 | -3.27 | -8,382.18 | 8,256.85 | 1,480.18 | C;P |
| AWX | 2018-07-30, 15:33:29 | -1,257 | 6.6000 | 6.0600 | 8,296.20 | 0.25 | -4,213.31 | 4,083.14 | 678.78 | C;P |
| AWX | 2018-07-30, 15:33:38 | -2,127 | 6.5511754 | 6.0600 | 13,934.35 | -5.38 | -7,147.52 | 6,781.46 | 1,044.73 | C;P |
| AWX | 2018-07-30, 15:33:39 | -6,000 | 6.5279783 | 6.0600 | 39,167.87 | -14.79 | -20,417.71 | 18,735.37 | 2,807.87 | C;P |
| AWX | 2018-07-30, 15:33:40 | -3,389 | 6.4910505 | 6.0600 | 21,998.17 | -7.79 | -11,701.96 | 10,288.42 | 1,460.83 | C;P |
| AWX | 2018-07-30, 15:33:42 | -6,000 | 6.4005833 | 6.0600 | 38,403.50 | -5.47 | -22,982.44 | 15,415.59 | 2,043.50 | C;P |
| AWX | 2018-07-30, 15:33:47 | -400 | 6.4000 | 6.0600 | 2,560.00 | 0.24 | -1,559.44 | 1,000.80 | 136.00 | C;P |
| AWX | 2018-07-30, 15:33:57 | -800 | 6.3800 | 6.0600 | 5,104.00 | 0.48 | -3,122.92 | 1,981.56 | 256.00 | C;P |
| AWX | 2018-07-30, 15:33:59 | -1,611 | 6.3477902 | 6.0600 | 10,226.29 | -5.34 | -6,290.51 | 3,930.44 | 463.63 | C;P |
| AWX | 2018-07-30, 15:34:15 | -3,040 | 6.3809868 | 6.0600 | 19,398.20 | 0.07 | -11,866.76 | 7,531.51 | 975.80 | C;P |
| AWX | 2018-07-30, 15:35:49 | -1,221 | 6.5500 | 6.0600 | 7,997.55 | 0.85 | -4,761.46 | 3,236.94 | 598.29 | C;P |
| AWX | 2018-07-30, 15:36:11 | -1,192 | 6.5200 | 6.0600 | 7,771.84 | -1.70 | -4,648.46 | 3,121.68 | 548.32 | C;P |

A-221

## Trades

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-30, 15:36:13 | | -2,500 | 6.5008 | 6.0600 | 16,252.00 | -2.97 | -9,763.77 | 6,485.26 | 1,102.00 | C;P |
| AWX | 2018-07-30, 15:36:32 | | -2,974 | 6.4200 | 6.0600 | 19,093.08 | -0.82 | -11,637.34 | 7,454.92 | 1,070.64 | C;P |
| AWX | 2018-07-30, 15:37:03 | | -350 | 6.4100 | 6.0600 | 2,243.50 | -1.04 | -1,364.86 | 877.60 | 122.50 | C;P |
| AWX | 2018-07-30, 15:37:26 | | -6,000 | 6.4525833 | 6.0600 | 38,715.50 | -7.42 | -23,412.32 | 15,295.76 | 2,355.50 | C;P |
| AWX | 2018-07-30, 15:37:33 | | -700 | 6.5000 | 6.0600 | 4,550.00 | -1.58 | -2,734.54 | 1,813.88 | 308.00 | C;P |
| AWX | 2018-07-30, 15:37:57 | | -100 | 6.5500 | 6.0600 | 655.00 | -0.19 | -393.01 | 261.80 | 49.00 | C |
| AWX | 2018-07-30, 15:38:31 | | -783 | 6.5500 | 6.0600 | 5,128.65 | 0.54 | -3,075.58 | 2,053.61 | 383.67 | C;P |
| AWX | 2018-07-30, 15:39:26 | | -5,000 | 6.5500 | 6.0600 | 32,750.00 | 3.48 | -19,659.90 | 13,093.58 | 2,450.00 | C;P |
| AWX | 2018-07-30, 15:44:03 | | -4,118 | 6.6026712 | 6.0600 | 27,189.80 | -1.27 | -16,251.12 | 10,937.41 | 2,234.72 | C;P |
| AWX | 2018-07-30, 15:44:26 | | -500 | 6.6500 | 6.0600 | 3,325.00 | 0.30 | -1,974.79 | 1,350.50 | 295.00 | C;P |
| AWX | 2018-07-30, 15:44:26 | | -3,971 | 6.7000 | 6.0600 | 26,605.70 | 2.75 | -15,681.37 | 10,927.09 | 2,541.44 | C;P |
| AWX | 2018-07-30, 15:47:33 | | -378 | 6.6800 | 6.0600 | 2,525.04 | -0.78 | -1,492.80 | 1,031.47 | 234.36 | C;P |
| AWX | 2018-07-30, 15:47:55 | | -600 | 6.6000 | 6.0600 | 3,960.00 | -0.89 | -2,369.47 | 1,589.64 | 324.00 | C;P |
| AWX | 2018-07-30, 15:48:35 | | -701 | 6.5022111 | 6.0600 | 4,558.05 | -2.27 | -2,769.80 | 1,785.98 | 309.99 | C;P |
| AWX | 2018-07-30, 15:49:33 | | -600 | 6.4166667 | 6.0600 | 3,850.00 | -2.39 | -2,372.16 | 1,475.45 | 214.00 | C;P |
| AWX | 2018-07-30, 15:49:38 | | -1,400 | 6.4000 | 6.0600 | 8,960.00 | -5.10 | -5,545.97 | 3,408.92 | 476.00 | C;P |
| AWX | 2018-07-30, 15:49:49 | | -2,383 | 6.3630718 | 6.0600 | 15,163.20 | -1.08 | -9,485.91 | 5,676.21 | 722.22 | C;P |
| AWX | 2018-07-30, 15:49:55 | | -5,050 | 6.3400 | 6.0600 | 32,017.00 | -2.37 | -20,102.06 | 11,912.56 | 1,414.00 | C;P |
| AWX | 2018-07-30, 15:50:44 | | -882 | 6.5000 | 6.0600 | 5,733.00 | 0.53 | -3,509.66 | 2,223.87 | 388.08 | C;P |
| AWX | 2018-07-30, 15:51:06 | | -720 | 6.4500 | 6.0600 | 4,644.00 | -0.32 | -2,862.94 | 1,780.74 | 280.80 | C;P |
| AWX | 2018-07-30, 15:51:09 | | -3,328 | 6.4021034 | 6.0600 | 21,306.20 | -5.82 | -13,213.05 | 8,087.33 | 1,138.52 | C;P |
| AWX | 2018-07-30, 15:51:22 | | -10,000 | 6.3512 | 6.0600 | 63,512.00 | -17.91 | -39,860.65 | 23,633.44 | 2,912.00 | C;P |
| AWX | 2018-07-30, 15:52:11 | | -458 | 6.4000 | 6.0600 | 2,931.20 | 0.32 | -1,798.87 | 1,132.65 | 155.72 | C;P |
| AWX | 2018-07-30, 15:52:28 | | -1,905 | 6.4000 | 6.0600 | 12,192.00 | 1.14 | -7,503.24 | 4,689.90 | 647.70 | C;P |
| AWX | 2018-07-30, 15:52:29 | | -4,549 | 6.4000 | 6.0600 | 29,113.60 | 3.17 | -17,911.73 | 11,205.04 | 1,546.66 | C;P |
| AWX | 2018-07-30, 15:54:40 | | -10,062 | 6.4900 | 6.0600 | 65,302.38 | -15.33 | -39,768.18 | 25,518.87 | 4,326.66 | C;P |
| AWX | 2018-07-30, 15:55:34 | | -711 | 6.5828129 | 6.0600 | 4,680.38 | -1.04 | -2,810.84 | 1,868.50 | 371.72 | C;P |
| AWX | 2018-07-30, 15:55:53 | | -3,150 | 6.5000 | 6.0600 | 20,475.00 | -10.42 | -12,456.33 | 8,008.24 | 1,386.00 | C;P |
| AWX | 2018-07-30, 15:56:11 | | -16,271 | 6.3583369 | 6.0600 | 103,456.50 | -41.38 | -64,256.37 | 39,158.75 | 4,854.24 | C;P |

A-222

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-30, 15:57:19 | -200 | 6.4400 | 6.0600 | 1,288.00 | -0.43 | -788.17 | 499.40 | 76.00 | C;P |
| AWX | 2018-07-30, 15:57:31 | -800 | 6.4400 | 6.0600 | 5,152.00 | -1.12 | -3,157.43 | 1,993.45 | 304.00 | C |
| AWX | 2018-07-30, 15:57:58 | -2,748 | 6.2700 | 6.0600 | 17,229.96 | -3.85 | -10,876.91 | 6,349.19 | 577.08 | C;P |
| AWX | 2018-07-30, 15:57:58 | -5,802 | 6.2405929 | 6.0600 | 36,207.92 | -8.44 | -22,984.45 | 13,215.04 | 1,047.80 | C;P |
| AWX | 2018-07-30, 15:58:15 | -760 | 6.3400 | 6.0600 | 4,818.40 | -1.07 | -3,017.66 | 1,799.67 | 212.80 | C;P |
| AWX | 2018-07-30, 15:58:25 | -13,000 | 6.2923077 | 6.0600 | 81,800.00 | -35.20 | -51,626.67 | 30,138.13 | 3,020.00 | C;P |
| AWX | 2018-07-30, 15:59:12 | -4,292 | 6.2423835 | 6.0600 | 26,792.31 | -10.76 | -17,096.00 | 9,685.55 | 782.79 | C;P |
| AWX | 2018-07-30, 15:59:38 | -7,056 | 6.2650553 | 6.0600 | 44,206.23 | -10.71 | -28,136.86 | 16,058.66 | 1,446.87 | C;P |
| AWX | 2018-07-30, 15:59:45 | -100 | 6.3500 | 6.0600 | 635.00 | -0.39 | -399.47 | 235.14 | 29.00 | C;P |
| AWX | 2018-07-30, 15:59:45 | -43 | 6.4000 | 6.0600 | 275.20 | -0.37 | -171.77 | 103.06 | 14.62 | C |
| AWX | 2018-07-30, 15:59:50 | -3,996 | 6.2037663 | 6.0600 | 24,790.25 | -15.59 | -15,962.25 | 8,812.41 | 574.49 | C;P |
| AWX | 2018-07-30, 15:59:52 | -223 | 6.1701794 | 6.0600 | 1,375.95 | -0.48 | -893.05 | 482.42 | 24.57 | C;P |
| AWX | 2018-07-30, 15:59:53 | -304 | 6.1500658 | 6.0600 | 1,869.62 | -1.07 | -1,217.43 | 651.12 | 27.38 | C;P |
| AWX | 2018-07-30, 15:59:53 | -196 | 6.1300 | 6.0600 | 1,201.48 | -0.73 | -784.92 | 415.83 | 13.72 | C;P |
| AWX | 2018-07-30, 15:59:54 | -1,029 | 6.1200 | 6.0600 | 6,297.48 | -4.14 | -4,120.55 | 2,172.79 | 61.74 | C;P |
| AWX | 2018-07-30, 15:59:55 | -2,504 | 6.1100 | 6.0600 | 15,299.44 | -11.00 | -10,015.07 | 5,273.36 | 125.20 | C;P |
| AWX | 2018-07-30, 15:59:55 | -661 | 6.1000 | 6.0600 | 4,032.10 | -0.98 | -2,645.64 | 1,385.48 | 26.44 | C;P |
| AWX | 2018-07-30, 15:59:56 | -422 | 6.0900 | 6.0600 | 2,569.98 | -0.67 | -1,688.69 | 880.62 | 12.66 | C;P |
| AWX | 2018-07-30, 15:59:57 | -536 | 6.0715672 | 6.0600 | 3,254.36 | -1.82 | -2,145.12 | 1,107.43 | 6.20 | C;P |
| AWX | 2018-07-30, 15:59:57 | -5 | 6.0900 | 6.0600 | 30.45 | -0.35 | -20.02 | 10.07 | 0.15 | C |
| AWX | 2018-07-30, 15:59:57 | -601 | 6.0600 | 6.0600 | 3,642.06 | -0.93 | -2,404.97 | 1,236.16 | 0.00 | C;P |
| AWX | 2018-07-30, 16:00:02 | -13,750 | 6.0018545 | 6.0600 | 82,525.50 | -55.55 | -54,982.74 | 27,487.21 | -799.50 | C;P |
| AWX | 2018-07-30, 16:01:08 | -718 | 6.0000 | 6.0600 | 4,308.00 | -1.78 | -2,892.60 | 1,413.62 | -43.08 | C;P |
| AWX | 2018-07-30, 16:05:11 | -2,517 | 6.2500 | 6.0600 | 15,731.25 | -8.61 | -10,091.85 | 5,630.79 | 478.23 | C;P |
| AWX | 2018-07-30, 16:09:50 | -880 | 6.3400 | 6.0600 | 5,579.20 | -0.22 | -3,513.63 | 2,065.35 | 246.40 | C;P |
| AWX | 2018-07-30, 16:13:00 | -153 | 6.2400 | 6.0600 | 954.72 | -0.62 | -611.72 | 342.38 | 27.54 | C;P |
| AWX | 2018-07-30, 16:13:08 | -698 | 6.2000 | 6.0600 | 4,327.60 | -3.07 | -2,795.28 | 1,529.25 | 97.72 | C;P |
| AWX | 2018-07-30, 16:14:38 | -1,039 | 6.0288739 | 6.0600 | 6,264.00 | -4.37 | -4,160.88 | 2,098.74 | -32.34 | C;P |
| AWX | 2018-07-30, 16:17:37 | -1,800 | 6.2049667 | 6.0600 | 11,168.94 | -6.12 | -7,208.46 | 3,954.35 | 260.94 | C;P |

A-223

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-30, 16:20:04 | -960 | 6.0083333 | 6.0600 | 5,768.00 | -3.92 | -3,844.51 | 1,919.57 | -49.60 | C;P |
| AWX | 2018-07-30, 16:34:08 | -3,081 | 6.0138007 | 6.0600 | 18,528.52 | -12.53 | -12,338.48 | 6,177.51 | -142.34 | C;P |
| AWX | 2018-07-30, 16:35:06 | -7,840 | 5.9345727 | 6.0600 | 46,527.05 | -34.47 | -31,706.69 | 14,785.89 | -983.35 | C;P |
| AWX | 2018-07-30, 16:58:20 | -13,125 | 5.8103048 | 6.0600 | 76,260.25 | -21.02 | -53,894.62 | 22,344.62 | -3,277.25 | C;P |
| AWX | 2018-07-30, 17:35:35 | -183 | 5.687377 | 6.0600 | 1,040.79 | -0.86 | -758.02 | 281.91 | -68.19 | C;P |
| AWX | 2018-07-30, 17:35:37 | -840 | 5.6327262 | 6.0600 | 4,731.49 | -1.19 | -3,479.43 | 1,250.87 | -358.91 | C;P |
| AWX | 2018-07-30, 17:35:45 | -100 | 5.6100 | 6.0600 | 561.00 | -0.44 | -414.22 | 146.34 | -45.00 | C |
| AWX | 2018-07-30, 17:35:46 | -501 | 5.5800 | 6.0600 | 2,795.58 | -2.19 | -2,093.62 | 699.78 | -240.48 | C;P |
| AWX | 2018-07-30, 17:35:47 | -245 | 5.5583673 | 6.0600 | 1,361.80 | -1.16 | -1,049.75 | 310.89 | -122.90 | C;P |
| AWX | 2018-07-30, 17:35:52 | -594 | 5.5300673 | 6.0600 | 3,284.86 | -2.38 | -2,546.47 | 736.00 | -314.78 | C;P |
| AWX | 2018-07-30, 17:35:53 | -408 | 5.5100 | 6.0600 | 2,248.08 | -1.75 | -1,756.32 | 490.01 | -224.40 | C;P |
| AWX | 2018-07-30, 17:35:55 | -645 | 5.5000 | 6.0600 | 3,547.50 | -2.03 | -2,773.27 | 772.20 | -361.20 | C;P |
| AWX | 2018-07-30, 17:35:58 | -2,505 | 5.4005589 | 6.0600 | 13,528.40 | -5.51 | -10,810.70 | 2,712.19 | -1,651.90 | C;P |
| AWX | 2018-07-31, 07:57:36 | -1,000 | 6.3900 | 3.6700 | 6,390.00 | 0.69 | -4,314.75 | 2,075.93 | 2,720.00 | C;P |
| AWX | 2018-07-31, 09:02:06 | -400 | 6.1400 | 3.6700 | 2,456.00 | 0.28 | -1,728.24 | 728.04 | 988.00 | C |
| AWX | 2018-07-31, 09:29:39 | -4,929 | 5.7500 | 3.6700 | 28,341.75 | 3.48 | -21,400.35 | 6,944.88 | 10,252.32 | C;P |
| AWX | 2018-07-31, 09:30:06 | -8,700 | 5.7299575 | 3.6700 | 49,850.63 | -13.87 | -38,009.58 | 11,827.18 | 17,921.63 | C;P |
| AWX | 2018-07-31, 09:30:07 | -963 | 5.7013084 | 3.6700 | 5,490.36 | -1.39 | -4,198.30 | 1,290.67 | 1,956.15 | C;P |
| AWX | 2018-07-31, 09:30:18 | -400 | 5.6500 | 3.6700 | 2,260.00 | -1.48 | -1,743.84 | 514.68 | 792.00 | C;P |
| AWX | 2018-07-31, 09:30:22 | -1,300 | 5.6123077 | 3.6700 | 7,296.00 | -3.21 | -5,667.48 | 1,625.31 | 2,525.00 | C;P |
| AWX | 2018-07-31, 09:30:28 | -900 | 5.5544444 | 3.6700 | 4,999.00 | -2.55 | -3,923.71 | 1,072.73 | 1,696.00 | C;P |
| AWX | 2018-07-31, 09:30:29 | -1,900 | 5.5123684 | 3.6700 | 10,473.50 | -5.57 | -8,283.43 | 2,184.49 | 3,500.50 | C;P |
| AWX | 2018-07-31, 09:30:46 | -10,000 | 5.3900 | 3.6700 | 53,900.00 | 2.52 | -45,573.02 | 8,329.50 | 17,200.00 | C;P |
| AWX | 2018-07-31, 09:31:03 | -9,776 | 5.4000 | 3.6700 | 52,790.40 | 6.94 | -45,641.79 | 7,155.55 | 16,912.48 | C;P |
| AWX | 2018-07-31, 09:31:26 | -10,000 | 5.3500 | 3.6700 | 53,500.00 | 7.11 | -45,775.01 | 7,732.10 | 16,800.00 | C;P |
| AWX | 2018-07-31, 09:31:28 | -10,000 | 5.3030 | 3.6700 | 53,030.00 | -6.63 | -45,202.71 | 7,820.66 | 16,330.00 | C;P |
| AWX | 2018-07-31, 09:31:51 | -9,454 | 5.2500 | 3.6700 | 49,633.50 | 6.73 | -41,975.98 | 7,664.25 | 14,937.32 | C;P |
| AWX | 2018-07-31, 09:32:41 | -300 | 5.4000 | 3.6700 | 1,620.00 | 0.13 | -1,401.47 | 218.66 | 519.00 | C |
| AWX | 2018-07-31, 09:33:24 | -100 | 5.3800 | 3.6700 | 538.00 | -0.18 | -473.47 | 64.35 | 171.00 | C |

A-224

## Trades

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-31, 09:34:12 | -800 | 5.1800 | 3.6700 | 4,144.00 | -2.51 | -3,787.76 | 353.73 | 1,208.00 | C:P |
| AWX | 2018-07-31, 09:34:16 | -5,800 | 5.1095621 | 3.6700 | 29,635.46 | -19.99 | -27,592.19 | 2,023.28 | 8,349.46 | C:P |
| AWX | 2018-07-31, 09:34:30 | -13,220 | 5.0034039 | 3.6700 | 66,145.00 | -5.95 | -65,481.57 | 657.48 | 17,627.60 | C:P |
| AWX | 2018-07-31, 09:34:58 | -11,865 | 5.0000 | 3.6700 | 59,325.00 | 8.23 | -58,457.58 | 875.65 | 15,780.45 | C:P |
| AWX | 2018-07-31, 09:36:24 | -5,000 | 5.0508 | 3.6700 | 25,254.00 | -7.98 | -24,920.24 | 325.78 | 6,904.00 | C:P |
| AWX | 2018-07-31, 09:38:14 | -5,000 | 5.1036879 | 3.6700 | 25,518.44 | -14.73 | -24,693.28 | 810.43 | 7,168.44 | C:P |
| AWX | 2018-07-31, 09:38:37 | -2,900 | 5.1516665 | 3.6700 | 14,939.54 | -6.78 | -13,990.55 | 942.20 | 4,296.54 | C:P |
| AWX | 2018-07-31, 09:41:54 | -1,700 | 4.9200 | 3.6700 | 8,364.00 | -7.45 | -8,153.19 | 203.35 | 2,125.00 | C:P |
| AWX | 2018-07-31, 09:41:56 | -100 | 4.9000 | 3.6700 | 490.00 | -0.69 | -477.94 | 11.37 | 123.00 | C |
| AWX | 2018-07-31, 09:41:57 | -501 | 4.8800 | 3.6700 | 2,444.88 | -2.20 | -2,394.63 | 48.05 | 606.21 | C:P |
| AWX | 2018-07-31, 09:42:12 | -1,300 | 4.8700 | 3.6700 | 6,331.00 | -5.70 | -6,214.89 | 110.41 | 1,560.00 | C:P |
| AWX | 2018-07-31, 09:42:22 | -2,894 | 4.8200 | 3.6700 | 13,949.08 | -12.68 | -13,706.35 | 230.05 | 3,328.10 | C:P |
| AWX | 2018-07-31, 09:42:23 | -2,600 | 4.8100 | 3.6700 | 12,506.00 | -3.19 | -12,087.50 | 415.30 | 2,964.00 | C:P |
| AWX | 2018-07-31, 09:42:24 | -100 | 4.8100 | 3.6700 | 481.00 | -0.19 | -462.96 | 17.85 | 114.00 | C |
| AWX | 2018-07-31, 09:42:24 | -100 | 4.8100 | 3.6700 | 481.00 | -0.19 | -464.21 | 16.60 | 114.00 | C:P |
| AWX | 2018-07-31, 09:42:25 | -1,000 | 4.8000 | 3.6700 | 4,800.00 | -3.07 | -4,646.58 | 150.35 | 1,130.00 | C:P |
| AWX | 2018-07-31, 09:42:29 | -7,000 | 4.7442857 | 3.6700 | 33,210.00 | -16.67 | -32,877.56 | 315.77 | 7,520.00 | C:P |
| AWX | 2018-07-31, 09:42:39 | -1,147 | 4.7400 | 3.6700 | 5,436.78 | -2.03 | -5,395.69 | 39.06 | 1,227.29 | C:P |
| AWX | 2018-07-31, 09:42:44 | -2,400 | 4.7300 | 3.6700 | 11,352.00 | -10.51 | -11,458.38 | -116.90 | 2,544.00 | C:P |
| AWX | 2018-07-31, 09:42:44 | -2,700 | 4.7274074 | 3.6700 | 12,764.00 | -11.32 | -12,865.07 | -112.39 | 2,855.00 | C:P |
| AWX | 2018-07-31, 09:42:45 | -7,000 | 4.67915 | 3.6700 | 32,754.05 | -27.56 | -33,502.76 | -776.27 | 7,064.05 | C:P |
| AWX | 2018-07-31, 09:42:45 | -7,000 | 4.6064286 | 3.6700 | 32,245.00 | -19.16 | -33,574.64 | -1,348.80 | 6,555.00 | C:P |
| AWX | 2018-07-31, 09:42:45 | -4,430 | 4.6000 | 3.6700 | 20,378.00 | -6.09 | -21,263.93 | -892.02 | 4,119.90 | C:P |
| AWX | 2018-07-31, 09:42:45 | -5,800 | 4.6612672 | 3.6700 | 27,035.35 | -22.21 | -27,807.06 | -793.91 | 5,749.35 | C:P |
| AWX | 2018-07-31, 09:42:46 | -810 | 4.5600 | 3.6700 | 3,693.60 | 0.23 | -3,835.69 | -141.86 | 720.90 | C:P |
| AWX | 2018-07-31, 09:42:46 | -1,746 | 4.5600 | 3.6700 | 7,961.76 | 1.26 | -8,295.90 | -332.88 | 1,553.94 | C:P |
| AWX | 2018-07-31, 09:42:48 | -1,100 | 4.5263636 | 3.6700 | 4,979.00 | 0.43 | -5,163.85 | -184.41 | 942.00 | C:P |
| AWX | 2018-07-31, 09:43:02 | -2,270 | 4.5300 | 3.6700 | 10,283.10 | 1.64 | -10,800.17 | -515.43 | 1,952.20 | C:P |
| AWX | 2018-07-31, 09:43:03 | -500 | 4.5300 | 3.6700 | 2,265.00 | 0.06 | -2,369.86 | -104.80 | 430.00 | C:P |

A-225

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-31, 09:43:03 | -1,670 | 4.5300 | 3.6700 | 7,565.10 | 0.93 | -7,891.69 | -325.65 | 1,436.20 | C;P |
| AWX | 2018-07-31, 09:43:07 | -7,000 | 4.5200 | 3.6700 | 31,640.00 | -10.77 | -32,909.04 | -1,279.81 | 5,950.00 | C;P |
| AWX | 2018-07-31, 09:43:08 | -7,000 | 4.5200 | 3.6700 | 31,640.00 | 5.05 | -32,685.55 | -1,040.50 | 5,950.00 | C;P |
| AWX | 2018-07-31, 09:43:08 | -2,927 | 4.5200 | 3.6700 | 13,230.04 | 2.11 | -13,710.84 | -478.69 | 2,487.95 | C;P |
| AWX | 2018-07-31, 09:43:32 | -2,468 | 4.5200 | 3.6700 | 11,155.36 | 2.37 | -11,575.27 | -417.54 | 2,097.80 | C;P |
| AWX | 2018-07-31, 09:43:32 | -2,064 | 4.5200 | 3.6700 | 9,329.28 | 1.91 | -9,678.94 | -347.75 | 1,754.40 | C;P |
| AWX | 2018-07-31, 09:43:32 | -1,100 | 4.5200 | 3.6700 | 4,972.00 | 0.45 | -5,152.74 | -180.28 | 935.00 | C;P |
| AWX | 2018-07-31, 09:43:32 | -1,000 | 4.5200 | 3.6700 | 4,520.00 | 0.37 | -4,684.96 | -164.59 | 850.00 | C;P |
| AWX | 2018-07-31, 09:43:32 | -1,000 | 4.5200 | 3.6700 | 4,520.00 | 0.37 | -4,689.64 | -169.27 | 850.00 | C;P |
| AWX | 2018-07-31, 09:43:32 | -1,500 | 4.5200 | 3.6700 | 6,780.00 | 0.74 | -7,023.25 | -242.51 | 1,275.00 | C;P |
| AWX | 2018-07-31, 09:43:32 | -1,200 | 4.5200 | 3.6700 | 5,424.00 | 0.53 | -5,618.15 | -193.62 | 1,020.00 | C;P |
| AWX | 2018-07-31, 09:47:36 | -3,500 | 4.6900 | 3.6700 | 16,415.00 | 2.52 | -16,357.09 | 60.42 | 3,570.00 | C;P |
| AWX | 2018-07-31, 09:51:00 | -4,000 | 4.6239925 | 3.6700 | 18,495.97 | -6.72 | -18,688.80 | -199.55 | 3,815.97 | C;P |
| AWX | 2018-07-31, 09:51:01 | -4,000 | 4.5910175 | 3.6700 | 18,364.07 | -6.12 | -18,907.29 | -549.34 | 3,684.07 | C;P |
| AWX | 2018-07-31, 09:51:02 | -2,550 | 4.5819608 | 3.6700 | 11,684.00 | -8.11 | -11,825.01 | -149.12 | 2,325.50 | C;P |
| AWX | 2018-07-31, 09:51:02 | -4,000 | 4.5900 | 3.6700 | 18,360.00 | -17.52 | -18,537.33 | -194.85 | 3,680.00 | C |
| AWX | 2018-07-31, 09:51:07 | -3,626 | 4.5376724 | 3.6700 | 16,453.60 | -5.71 | -16,889.66 | -441.77 | 3,146.18 | C;P |
| AWX | 2018-07-31, 09:51:08 | -917 | 4.5000 | 3.6700 | 4,126.50 | -2.53 | -4,297.18 | -173.21 | 761.11 | C;P |
| AWX | 2018-07-31, 09:51:10 | -4,000 | 4.4525175 | 3.6700 | 17,810.07 | -17.51 | -18,803.97 | -1,011.41 | 3,130.07 | C;P |
| AWX | 2018-07-31, 09:51:11 | -1,800 | 4.4394444 | 3.6700 | 7,991.00 | -5.79 | -8,537.19 | -551.98 | 1,385.00 | C;P |
| AWX | 2018-07-31, 09:51:11 | -1,720 | 4.4060116 | 3.6700 | 7,578.34 | -5.01 | -8,130.44 | -557.11 | 1,265.94 | C;P |
| AWX | 2018-07-31, 09:51:26 | -1,201 | 4.3800 | 3.6700 | 5,260.38 | -2.00 | -5,697.55 | -439.17 | 852.71 | C;P |
| AWX | 2018-07-31, 09:55:53 | -20,252 | 4.6700 | 3.6700 | 94,576.84 | 2.97 | -95,384.04 | -804.23 | 20,252.00 | C;P |
| AWX | 2018-07-31, 10:20:01 | -4,300 | 4.5800 | 3.6700 | 19,694.00 | -18.83 | -20,447.27 | -772.10 | 3,913.00 | C;P |
| AWX | 2018-07-31, 10:20:26 | -2,290 | 4.5100 | 3.6700 | 10,327.90 | -3.38 | -10,976.97 | -652.46 | 1,923.60 | C;P |
| AWX | 2018-07-31, 10:31:18 | -43,360 | 4.154935 | 3.6700 | 180,157.98 | -107.54 | -203,449.49 | -23,399.04 | 21,026.78 | C;P |
| AWX | 2018-07-31, 10:32:25 | -8,062 | 4.2000 | 3.6700 | 33,860.40 | 5.85 | -35,236.34 | -1,370.09 | 4,272.86 | C;P |
| AWX | 2018-07-31, 10:34:24 | -700 | 4.1700 | 3.6700 | 2,919.00 | -1.31 | -2,979.17 | -61.49 | 350.00 | C;P |
| AWX | 2018-07-31, 10:34:26 | -1,900 | 4.1600 | 3.6700 | 7,904.00 | 0.69 | -8,081.31 | -176.62 | 931.00 | C;P |

A-226

## Trades

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-31, 10:38:04 | -1,100 | 4.1709091 | 3.6700 | 4,588.00 | -3.13 | -4,625.03 | -40.16 | 551.00 | C;P |
| AWX | 2018-07-31, 10:38:08 | -3,900 | 4.1505128 | 3.6700 | 16,187.00 | -8.06 | -16,595.45 | -416.51 | 1,874.00 | C;P |
| AWX | 2018-07-31, 10:39:49 | -84,338 | 3.9100267 | 3.6700 | 329,763.83 | -225.77 | -359,190.71 | -29,652.64 | 20,243.37 | C;P |
| AWX | 2018-07-31, 10:54:28 | -75,853 | 3.9382283 | 3.6700 | 298,726.43 | -227.42 | -317,776.81 | -19,277.80 | 20,345.92 | C;P |
| AWX | 2018-07-31, 11:05:52 | -23,297 | 3.591774 | 3.6700 | 83,677.56 | -71.32 | -99,633.67 | -16,027.43 | -1,822.43 | C;P |
| AWX | 2018-07-31, 11:18:13 | -100,000 | 3.6832717 | 3.6700 | 368,327.17 | -48.70 | -432,084.70 | -63,806.23 | 1,327.17 | C;P |
| AWX | 2018-07-31, 11:45:32 | -5,000 | 3.852518 | 3.6700 | 19,262.59 | -7.65 | -22,223.16 | -2,968.21 | 912.59 | C;P |
| AWX | 2018-07-31, 11:46:00 | -93,954 | 3.61428 | 3.6700 | 339,576.06 | -322.88 | -460,779.76 | -121,526.58 | -5,235.12 | C;P |
| AWX | 2018-07-31, 12:17:05 | -2,546 | 3.6106363 | 3.6700 | 9,192.68 | -2.06 | -15,913.78 | -6,723.17 | -151.14 | C;P |
| AWX | 2018-07-31, 14:10:42 | -10,000 | 3.777956 | 3.6700 | 37,779.56 | -27.72 | -62,360.16 | -24,608.32 | 1,079.56 | C;P |
| AWX | 2018-07-31, 14:12:10 | -10,000 | 3.657365 | 3.6700 | 36,573.65 | -35.19 | -61,512.20 | -24,973.74 | -126.35 | C;P |
| AWX | 2018-07-31, 14:12:22 | -10,000 | 3.652246 | 3.6700 | 36,522.46 | -31.03 | -59,789.85 | -23,298.42 | -177.54 | C;P |
| AWX | 2018-07-31, 14:12:23 | -10,000 | 3.625444 | 3.6700 | 36,254.44 | -37.08 | -63,854.67 | -27,637.30 | -445.56 | C;P |
| AWX | 2018-07-31, 14:12:48 | -3,635 | 3.5773535 | 3.6700 | 13,003.68 | -5.09 | -23,369.38 | -10,370.80 | -336.77 | C;P |
| AWX | 2018-07-31, 14:12:59 | -1,560 | 3.5723397 | 3.6700 | 5,572.85 | -0.80 | -10,012.23 | -4,440.18 | -152.35 | C;P |
| AWX | 2018-07-31, 14:13:20 | -4,805 | 3.5463642 | 3.6700 | 17,040.28 | -7.51 | -30,641.83 | -13,609.06 | -594.07 | C;P |
| AWX | 2018-07-31, 15:33:03 | -27,501 | 3.7599527 | 3.6700 | 103,402.46 | -65.39 | -161,448.97 | -58,111.90 | 2,473.79 | C;P |
| AWX | 2018-07-31, 15:35:31 | -3,100 | 3.8700 | 3.6700 | 11,997.00 | 2.26 | -18,569.80 | -6,570.54 | 620.00 | C;P |
| AWX | 2018-07-31, 15:43:09 | -19,119 | 3.5263963 | 3.6700 | 67,421.17 | -52.55 | -116,139.28 | -48,770.66 | -2,745.56 | C;P |
| AWX | 2018-08-01, 09:38:12 | -68,617 | 4.1646897 | 3.4700 | 285,768.51 | -198.44 | -418,735.77 | -133,165.70 | 47,667.52 | C;P |
| AWX | 2018-08-01, 09:41:35 | -29,021 | 3.9157004 | 3.4700 | 113,637.54 | -159.92 | -168,906.13 | -55,428.51 | 12,934.67 | C;P |
| AWX | 2018-08-01, 09:42:55 | -2,642 | 3.9346518 | 3.4700 | 10,395.35 | -14.68 | -15,065.12 | -4,684.46 | 1,227.61 | C;P |
| AWX | 2018-08-01, 09:43:06 | -68,366 | 3.7680439 | 3.4700 | 257,606.09 | -174.19 | -400,010.02 | -142,578.11 | 20,376.07 | C;P |
| AWX | 2018-08-01, 09:48:17 | -31,634 | 3.6349685 | 3.4700 | 114,988.59 | -138.14 | -185,451.28 | -70,761.89 | 5,218.61 | C;O;P |
| AWX | 2018-08-02, 10:15:23 | -601 | 3.4800 | 3.5700 | 2,091.48 | -0.16 | -2,091.32 | 0.00 | -54.09 | O;P |
| AWX | 2018-08-02, 12:08:42 | -350 | 3.2200 | 3.5700 | 1,127.00 | -1.88 | -1,125.12 | 0.00 | -122.50 | O;P |
| AWX | 2018-08-02, 12:56:48 | 500 | 3.27816 | 3.5700 | -1,639.08 | -0.95 | 1,739.87 | 99.84 | 145.92 | C;P |
| AWX | 2018-08-02, 12:57:03 | 1,251 | 3.2760352 | 3.5700 | -4,098.32 | -2.91 | 1,644.12 | -2.18 | 367.75 | C;O;P |
| AWX | 2018-11-09, 09:46:46 | 1,520 | 4.1000 | 3.5500 | -6,232.00 | -5.65 | 6,237.65 | 0.00 | -836.00 | O;P |

**A-227**

| Trades | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-11-09, 10:24:31 | 3,671 | 3.9478208 | 3.5500 | -14,492.45 | -17.26 | 14,509.71 | 0.00 | -1,460.40 | O;P |
| AWX | 2018-11-12, 13:48:28 | 692 | 3.4487168 | 3.3200 | -2,386.51 | -1.17 | 2,387.68 | 0.00 | -89.07 | O;P |
| **Total AWX** | | **4,396** | | | **5,595,730.21** | **-9,290.55** | **16,763.39** | **5,605,496.91** | **5,990,033.13** | |
| AXON | 2018-06-06, 10:57:36 | 2,500 | 4.1800 | 4.5500 | -10,450.00 | -7.40 | 10,457.40 | 0.00 | 925.00 | O;P |
| AXON | 2018-06-06, 10:57:41 | 29,936 | 4.2354854 | 4.5500 | -126,793.49 | -155.71 | 126,949.20 | 0.00 | 9,415.31 | O;P |
| AXON | 2018-06-06, 11:35:06 | 1,000 | 3.96939 | 4.5500 | -3,969.39 | -0.94 | 3,970.33 | 0.00 | 580.61 | O;P |
| AXON | 2018-06-06, 11:35:07 | 1,000 | 3.9600 | 4.5500 | -3,960.00 | -0.10 | 3,960.10 | 0.00 | 590.00 | O;P |
| AXON | 2018-06-06, 13:35:01 | -60 | 3.7800 | 4.5500 | 226.80 | -0.25 | -250.93 | -24.38 | -46.20 | C |
| AXON | 2018-06-06, 14:39:08 | 5,000 | 4.0200 | 4.5500 | -20,100.00 | -0.51 | 20,100.51 | 0.00 | 2,650.00 | O;P |
| AXON | 2018-06-06, 14:39:08 | 5,000 | 4.0100 | 4.5500 | -20,050.00 | -2.92 | 20,052.92 | 0.00 | 2,700.00 | O;P |
| AXON | 2018-06-06, 14:45:01 | 1,000 | 4.0400 | 4.5500 | -4,040.00 | -0.10 | 4,040.10 | 0.00 | 510.00 | O;P |
| AXON | 2018-06-06, 15:00:08 | 10,000 | 4.0300 | 4.5500 | -40,300.00 | -19.08 | 40,319.08 | 0.00 | 5,200.00 | O;P |
| AXON | 2018-06-06, 15:00:08 | 1,000 | 4.02973 | 4.5500 | -4,029.73 | -0.31 | 4,030.04 | 0.00 | 520.27 | O;P |
| AXON | 2018-06-06, 15:00:08 | 4,000 | 4.0300 | 4.5500 | -16,120.00 | -6.46 | 16,126.46 | 0.00 | 2,080.00 | O;P |
| AXON | 2018-06-06, 15:00:09 | 10,000 | 4.0200 | 4.5500 | -40,200.00 | -1.01 | 40,201.01 | 0.00 | 5,300.00 | O;P |
| AXON | 2018-06-06, 15:00:09 | 10,000 | 4.009953 | 4.5500 | -40,099.53 | -2.61 | 40,102.14 | 0.00 | 5,400.47 | O;P |
| AXON | 2018-06-06, 15:00:09 | 630 | 4.0000 | 4.5500 | -2,520.00 | 0.06 | 2,519.94 | 0.00 | 346.50 | O;P |
| AXON | 2018-06-06, 15:01:42 | 3,400 | 3.9900 | 4.5500 | -13,566.00 | -0.68 | 13,566.68 | 0.00 | 1,904.00 | O;P |
| AXON | 2018-06-06, 15:48:44 | 3,271 | 4.3356435 | 4.5500 | -14,181.89 | -15.51 | 14,197.40 | 0.00 | 701.16 | O;P |
| AXON | 2018-06-06, 15:49:27 | 45,729 | 4.4042237 | 4.5500 | -201,400.74 | -188.29 | 201,589.03 | 0.00 | 6,666.20 | O;P |
| AXON | 2018-06-06, 15:55:29 | 7,800 | 4.5689128 | 4.5500 | -35,559.52 | -25.87 | 35,585.39 | 0.00 | -69.52 | O;P |
| AXON | 2018-06-07, 09:33:03 | 17,275 | 5.9482634 | 4.8000 | -102,756.25 | -89.55 | 102,845.80 | 0.00 | -19,836.25 | O;P |
| AXON | 2018-06-07, 09:33:04 | 17,275 | 5.9796469 | 4.8000 | -103,298.40 | -70.04 | 103,368.44 | 0.00 | -20,378.40 | O;P |
| AXON | 2018-06-07, 09:33:17 | -13,805 | 6.0200 | 4.8000 | 83,106.10 | -4.12 | -58,360.29 | 24,741.69 | 16,842.10 | C;P |
| AXON | 2018-06-07, 09:34:18 | 8,637 | 5.7396527 | 4.8000 | -49,573.38 | -14.44 | 49,587.82 | 0.00 | -8,115.78 | O;P |
| AXON | 2018-06-07, 09:34:28 | 8,637 | 5.7300 | 4.8000 | -49,490.01 | -1.40 | 49,491.41 | 0.00 | -8,032.41 | O;P |
| AXON | 2018-06-07, 09:34:31 | 8,637 | 5.7075877 | 4.8000 | -49,296.44 | -26.28 | 49,322.72 | 0.00 | -7,838.84 | O;P |
| AXON | 2018-06-07, 09:46:00 | 49 | 5.3800 | 4.8000 | -263.62 | -0.26 | 263.88 | 0.00 | -28.42 | O |
| AXON | 2018-06-07, 09:47:07 | 4,476 | 5.3597766 | 4.8000 | -23,990.36 | -4.38 | 23,994.74 | 0.00 | -2,505.56 | O;P |

Case: 24-999, 07/30/2024, DktEntry: 27.1, Page 239 of 261

A-228

## Dividends

| Date | Description | Amount |
|---|---|---|
| 2018-12-10 | TGT (US87612E1064) Cash Dividend USD 0.64 PAYMENT IN LIEU OF DIVIDEND (Ordinary Dividend) | -320.00 |
| 2018-12-10 | XOM(US30231G1022) Cash Dividend 0.82000000 USD per Share (Ordinary Dividend) | 8.20 |
| 2018-12-13 | ITUB(US4655621062) Cash Dividend 0.00389400 USD per Share (Ordinary Dividend) | 0.43 |
| 2018-12-13 | MSFT (US5949181045) Cash Dividend USD 0.46 (Ordinary Dividend) | 81.88 |
| 2018-12-13 | MSFT (US5949181045) Cash Dividend USD 0.46 PAYMENT IN LIEU OF DIVIDEND (Ordinary Dividend) | 10.12 |
| 2018-12-28 | HLT(US43300A2033) Cash Dividend 0.15000000 USD per Share (Ordinary Dividend) | 1.50 |
| Total | | -9,622.77 |

## Change in Dividend Accruals

| Symbol | Date | Ex Date | Pay Date | Quantity | Tax | Fee | Gross Rate | Gross Amount | Net Amount | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Starting Dividend Accruals in USD | | | | | | | | | 0.00 | |
| Stocks | | | | | | | | | | |
| USD | | | | | | | | | | |
| 20181119001458ET | 2018-11-19 | 2018-11-07 | 2018-11-19 | 10 | 0.00 | 0.00 | 0.30 | -3.05 | -3.05 | Re |
| AAPL | 2018-05-10 | 2018-05-11 | 2018-05-17 | 4,031 | 0.00 | 0.00 | 0.73 | 2,942.63 | 2,942.63 | Po |
| AAPL | 2018-05-17 | 2018-05-11 | 2018-05-17 | 4,031 | 0.00 | 0.00 | 0.73 | -2,942.63 | -2,942.63 | Re |
| AAPL | 2018-08-09 | 2018-08-10 | 2018-08-16 | 2,200 | 0.00 | 0.00 | 0.73 | 1,606.00 | 1,606.00 | Po |
| AAPL | 2018-08-16 | 2018-08-10 | 2018-08-16 | 2,200 | 0.00 | 0.00 | 0.73 | -1,606.00 | -1,606.00 | Re |
| AAPL | 2018-11-07 | 2018-11-08 | 2018-11-15 | 2,622 | 0.00 | 0.00 | 0.73 | 1,914.06 | 1,914.06 | Po |
| AAPL | 2018-11-15 | 2018-11-08 | 2018-11-15 | 2,622 | 0.00 | 0.00 | 0.73 | -1,914.06 | -1,914.06 | Re |
| C | 2018-11-01 | 2018-11-02 | 2018-11-21 | 27 | 0.00 | 0.00 | 0.45 | 12.15 | 12.15 | Po |
| C | 2018-11-21 | 2018-11-02 | 2018-11-21 | 27 | 0.00 | 0.00 | 0.45 | -12.15 | -12.15 | Re |
| EQT | 2018-11-07 | 2018-11-08 | 2018-12-01 | 10 | 0.00 | 0.00 | 0.03 | 0.30 | 0.30 | Po |
| EQT | 2018-11-07 | 2018-11-08 | 2018-12-01 | 10 | 0.00 | 0.00 | 0.03 | -0.30 | -0.30 | Re |
| EQT | 2018-11-19 | 2018-11-20 | 2018-12-03 | 10 | 0.00 | 0.00 | 0.03 | 0.30 | 0.30 | Po |
| EQT | 2018-12-03 | 2018-11-20 | 2018-12-03 | 10 | 0.00 | 0.00 | 0.03 | -0.30 | -0.30 | Re |
| ET | 2018-11-06 | 2018-11-07 | 2018-11-19 | 10 | 0.00 | 0.00 | 0.30 | 3.05 | 3.05 | Po |
| F | 2018-10-19 | 2018-10-22 | 2018-12-03 | -10 | 0.00 | 0.00 | 0.15 | -1.50 | -1.50 | Po |
| F | 2018-12-03 | 2018-10-22 | 2018-12-03 | -10 | 0.00 | 0.00 | 0.15 | 1.50 | 1.50 | Re |
| GE | 2018-02-22 | 2018-02-23 | 2018-04-25 | 10,000 | 0.00 | 0.00 | 0.12 | 1,200.00 | 1,200.00 | Po |
| GE | 2018-02-22 | 2018-02-23 | 2018-04-25 | 10,000 | 0.00 | 0.00 | 0.12 | -1,200.00 | -1,200.00 | Re |
| GES | 2018-04-02 | 2018-04-03 | 2018-04-20 | -21,000 | 0.00 | 0.00 | 0.22 | -4,725.00 | -4,725.00 | Po |
| GES | 2018-04-20 | 2018-04-03 | 2018-04-20 | -21,000 | 0.00 | 0.00 | 0.22 | 4,725.00 | 4,725.00 | Re |
| HLT | 2018-11-07 | 2018-11-08 | 2018-12-28 | 10 | 0.00 | 0.00 | 0.15 | 1.50 | 1.50 | Po |
| HLT | 2018-12-28 | 2018-11-08 | 2018-12-28 | 10 | 0.00 | 0.00 | 0.15 | -1.50 | -1.50 | Re |
| ITUB | 2018-10-31 | 2018-11-01 | 2018-12-13 | 110 | 0.00 | 0.00 | 0.00 | 0.42 | 0.42 | Po |
| ITUB | 2018-10-31 | 2018-11-01 | 2018-12-13 | 110 | 0.00 | 0.00 | 0.00 | 0.43 | 0.43 | Po |
| ITUB | 2018-10-31 | 2018-11-01 | 2018-12-13 | 110 | 0.00 | 0.00 | 0.00 | -0.42 | -0.42 | Re |
| ITUB | 2018-11-30 | 2018-12-03 | 2019-01-14 | 150 | 0.00 | 0.00 | 0.00 | 0.59 | 0.59 | Po |
| ITUB | 2018-12-13 | 2018-11-01 | 2018-12-13 | 110 | 0.00 | 0.00 | 0.00 | -0.43 | -0.43 | Re |

## Change in Dividend Accruals

| Symbol | Date | Ex Date | Pay Date | Quantity | Tax | Fee | Gross Rate | Gross Amount | Net Amount | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| KMI | 2018-10-29 | 2018-10-30 | 2018-11-15 | 10 | 0.00 | 0.00 | 0.20 | 2.00 | 2.00 | Po |
| KMI | 2018-11-15 | 2018-10-30 | 2018-11-15 | 10 | 0.00 | 0.00 | 0.20 | -2.00 | -2.00 | Re |
| LABU | 2018-12-26 | 2018-12-27 | 2019-01-04 | -300 | 0.00 | 0.00 | 0.10 | -28.86 | -28.86 | Po |
| MRO | 2018-11-19 | 2018-11-20 | 2018-12-10 | 10 | 0.00 | 0.00 | 0.05 | 0.50 | 0.50 | Po |
| MRO | 2018-12-10 | 2018-11-20 | 2018-12-10 | 10 | 0.00 | 0.00 | 0.05 | -0.50 | -0.50 | Re |
| MSFT | 2018-11-13 | 2018-11-14 | 2018-12-13 | 200 | 0.00 | 0.00 | 0.46 | 92.00 | 92.00 | Po |
| MSFT | 2018-12-13 | 2018-11-14 | 2018-12-13 | 200 | 0.00 | 0.00 | 0.46 | -92.00 | -92.00 | Re |
| PFE | 2018-11-07 | 2018-11-08 | 2018-12-03 | 10 | 0.00 | 0.00 | 0.34 | 3.40 | 3.40 | Po |
| PFE | 2018-12-03 | 2018-11-08 | 2018-12-03 | 10 | 0.00 | 0.00 | 0.34 | -3.40 | -3.40 | Re |
| SCHW | 2018-11-07 | 2018-11-08 | 2018-11-23 | 10 | 0.00 | 0.00 | 0.13 | 1.30 | 1.30 | Po |
| SCHW | 2018-11-23 | 2018-11-08 | 2018-11-23 | 10 | 0.00 | 0.00 | 0.13 | -1.30 | -1.30 | Re |
| SIRI | 2018-11-07 | 2018-11-08 | 2018-11-30 | 100 | 0.00 | 0.00 | 0.01 | 1.21 | 1.21 | Po |
| SIRI | 2018-11-30 | 2018-11-08 | 2018-11-30 | 100 | 0.00 | 0.00 | 0.01 | -1.21 | -1.21 | Re |
| TGT | 2018-11-19 | 2018-11-20 | 2018-12-10 | -500 | 0.00 | 0.00 | 0.64 | -320.00 | -320.00 | Po |
| TGT | 2018-12-10 | 2018-11-20 | 2018-12-10 | -500 | 0.00 | 0.00 | 0.64 | 320.00 | 320.00 | Re |
| TIF | 2018-06-18 | 2018-06-19 | 2018-07-10 | -20,300 | 0.00 | 0.00 | 0.55 | -11,165.00 | -11,165.00 | Po |
| TIF | 2018-07-10 | 2018-06-19 | 2018-07-10 | -20,300 | 0.00 | 0.00 | 0.55 | 11,165.00 | 11,165.00 | Re |
| XOM | 2018-11-08 | 2018-11-09 | 2018-12-10 | 10 | 0.00 | 0.00 | 0.82 | 8.20 | 8.20 | Po |
| XOM | 2018-12-10 | 2018-11-09 | 2018-12-10 | 10 | 0.00 | 0.00 | 0.82 | -8.20 | -8.20 | Re |
| **Total** | | | | | 0.00 | 0.00 | | -28.27 | -28.27 | |

Ending Dividend Accruals in USD   -28.27

## Financial Instrument Information

| Symbol | Description | Conid | Security ID | Multiplier | Type | Code |
|---|---|---|---|---|---|---|
| **Stocks** | | | | | | |
| CI, 20181221002753CI | CIGNA CORP | 5702 | | 1 | COMMON | |
| AA | ALCOA CORP | 251962528 | | 1 | COMMON | |
| AAL | AMERICAN AIRLINES GROUP INC | 139673266 | | 1 | COMMON | |
| AAPL | APPLE INC | 265598 | | 1 | COMMON | |
| ABEV | AMBEV SA-ADR | 137736417 | | 1 | ADR | |
| ABIL | ABILITY INC | 311892904 | KYG8789K1242 | 1 | COMMON | |
| ABT | ABBOTT LABORATORIES | 4065 | | 1 | COMMON | |
| ABX | BARRICK GOLD CORP | 611060 | | 1 | COMMON | |
| ACAD | ACADIA PHARMACEUTICALS INC | 29308796 | | 1 | COMMON | |
| ACB | AURORA CANNABIS INC | 202351244 | | 1 | COMMON | |
| ACB | AURORA CANNABIS INC | 251174509 | CA05156X1087 | 1 | COMMON | |
| ACHC | ACADIA HEALTHCARE CO INC | 96983623 | | 1 | COMMON | |
| ACHV | ACHIEVE LIFE SCIENCES INC | 319096113 | | 1 | COMMON | |
| ACRX | ACELRX PHARMACEUTICALS INC | 83738321 | | 1 | COMMON | |
| ADBE | ADOBE INC | 265768 | | 1 | COMMON | |
| ADIL | ADIAL PHARMACEUTICALS INC | 327721400 | | 1 | COMMON | |
| ADMS | ADAMAS PHARMACEUTICALS INC | 148230374 | | 1 | COMMON | |
| AEMD | AETHLON MEDICAL INC | 190218599 | | 1 | COMMON | |
| AETI | AMERICAN ELECTRIC TECHNOLOGI | 44238974 | | 1 | COMMON | |

A-230

## Financial Instrument Information

| Ticker | Name | Number | Identifier | Qty | Type |
|---|---|---|---|---|---|
| AEZS | AETERNA ZENTARIS INC | 212921044 | | 1 | COMMON |
| AGMH | AGM GROUP HOLDINGS INC | 314453340 | VGG0132V1058 | 1 | COMMON |
| AGNC | AGNC INVESTMENT CORP | 249963585 | | 1 | REIT |
| AIG | AMERICAN INTERNATIONAL GROUP | 61319701 | | 1 | COMMON |
| AIPT | PRECISION THERAPEUTICS INC | 305380533 | | 1 | COMMON |
| AKAO | ACHAOGEN INC | 146033470 | | 1 | COMMON |
| AKRX | AKORN INC | 265973 | | 1 | COMMON |
| AKS | AK STEEL HOLDING CORP | 661380 | | 1 | COMMON |
| ALDX | ALDEYRA THERAPEUTICS INC | 148443223 | | 1 | COMMON |
| ALQA | ALLIQUA BIOMEDICAL INC | 291702509 | | 1 | COMMON |
| ALT | ALTIMMUNE INC | 333352480 | | 1 | COMMON |
| AMAG | AMAG PHARMACEUTICALS INC | 45427764 | | 1 | COMMON |
| AMAT | APPLIED MATERIALS INC | 266093 | | 1 | COMMON |
| AMBA | AMBARELLA INC | 115324103 | KYG037AX1015 | 1 | COMMON |
| AMBO | AMBOW EDUCATION HOLDING-ADR | 205806222 | | 1 | ADR |
| AMD | ADVANCED MICRO DEVICES | 4391 | | 1 | COMMON |
| AMRH | AMERI HOLDINGS INC | 195486620 | | 1 | COMMON |
| AMRN | AMARIN CORPORATION PLC -ADR | 49387262 | | 1 | ADR |
| AMTX | AEMETIS INC | 151367747 | | 1 | COMMON |
| AMZN | AMAZON.COM INC | 3691937 | | 1 | COMMON |
| ANF | ABERCROMBIE & FITCH CO-CL A | 2585399 | | 1 | COMMON |
| ANTH | ANTHERA PHARMACEUTICALS INC | 274708243 | | 1 | COMMON |
| ANY | SPHERE 3D CORP | 282014492 | | 1 | COMMON |
| ANY | SPHERE 3D CORP | 340389364 | | 1 | COMMON |
| AOBC | AMERICAN OUTDOOR BRANDS CORP | 261202714 | | 1 | COMMON |
| APHA | APHRIA INC | 181765086 | | 1 | COMMON |
| APRI | APRICUS BIOSCIENCES INC | 252506183 | | 1 | COMMON |
| APRN | BLUE APRON HOLDINGS INC-A | 280739308 | | 1 | COMMON |
| AQB | AQUABOUNTY TECHNOLOGIES | 261832393 | | 1 | COMMON |
| ARNA | ARENA PHARMACEUTICALS INC | 279439387 | | 1 | COMMON |
| ARNC | ARCONIC INC | 251923644 | | 1 | COMMON |
| ASNS | ARSANIS INC | 296320247 | | 1 | COMMON |
| ASTC | ASTROTECH CORP | 292496135 | | 1 | COMMON |
| ATHX | ATHERSYS INC | 46083559 | | 1 | COMMON |
| ATIS | ATTIS INDUSTRIES INC | 316345566 | | 1 | COMMON |
| ATLC | ATLANTICUS HOLDINGS CORP | 118028144 | | 1 | COMMON |
| ATVI | ACTIVISION BLIZZARD INC | 52424577 | | 1 | COMMON |
| AU | ANGLOGOLD ASHANTI-SPON ADR | 4656 | | 1 | ADR |
| AUY | YAMANA GOLD INC | 26985516 | | 1 | COMMON |
| AVGO | BROADCOM INC | 313130367 | | 1 | COMMON |
| AVGR | AVINGER INC | 30595738 | | 1 | COMMON |
| AVYA | AVAYA HOLDINGS CORP | 300355239 | | 1 | COMMON |
| AWX | AVALON HOLDINGS CORP-A | 6604246 | | 1 | COMMON |
| AXON | AXOVANT SCIENCES LTD | 196556923 | BMG0750W1047 | 1 | COMMON |
| AXP | AMERICAN EXPRESS CO | 4721 | | 1 | COMMON |
| AYTU | AYTU BIOSCIENCE INC | 329293967 | | 1 | COMMON |

**A-231**

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 08:33:46 | 100 | 3.0500 | 4.3200 | -305.00 | -0.17 | 305.17 | 0.00 | 127.00 | O |
| AWX | 2018-07-25, 08:33:46 | 550 | 3.0400 | 4.3200 | -1,672.00 | 0.44 | 1,671.56 | 0.00 | 704.00 | O;P |
| AWX | 2018-07-25, 08:35:36 | 1,000 | 3.0660 | 4.3200 | -3,066.00 | -4.20 | 3,070.20 | 0.00 | 1,254.00 | O;P |
| AWX | 2018-07-25, 08:35:49 | 1,000 | 3.0600 | 4.3200 | -3,060.00 | -4.45 | 3,064.45 | 0.00 | 1,260.00 | O;P |
| AWX | 2018-07-25, 08:35:58 | 1,000 | 3.0600 | 4.3200 | -3,060.00 | -1.45 | 3,061.45 | 0.00 | 1,260.00 | O;P |
| AWX | 2018-07-25, 08:37:12 | 2,000 | 3.1000 | 4.3200 | -6,200.00 | -8.87 | 6,208.87 | 0.00 | 2,440.00 | O;P |
| AWX | 2018-07-25, 08:38:41 | 1,500 | 3.1366667 | 4.3200 | -4,705.00 | -6.49 | 4,711.49 | 0.00 | 1,775.00 | O;P |
| AWX | 2018-07-25, 08:38:48 | 1,500 | 3.1400 | 4.3200 | -4,710.00 | -7.05 | 4,717.05 | 0.00 | 1,770.00 | O;P |
| AWX | 2018-07-25, 08:38:52 | 1,500 | 3.1400 | 4.3200 | -4,710.00 | -7.05 | 4,717.05 | 0.00 | 1,770.00 | O;P |
| AWX | 2018-07-25, 08:38:56 | 1,500 | 3.1400 | 4.3200 | -4,710.00 | -7.05 | 4,717.05 | 0.00 | 1,770.00 | O;P |
| AWX | 2018-07-25, 08:38:59 | 1,500 | 3.1496667 | 4.3200 | -4,724.50 | -5.93 | 4,730.43 | 0.00 | 1,755.50 | O;P |
| AWX | 2018-07-25, 08:41:45 | 10,000 | 3.1700 | 4.3200 | -31,700.00 | -46.76 | 31,746.76 | 0.00 | 11,500.00 | O;P |
| AWX | 2018-07-25, 08:41:50 | 1,975 | 3.1700 | 4.3200 | -6,260.75 | -8.90 | 6,269.65 | 0.00 | 2,271.25 | O;P |
| AWX | 2018-07-25, 08:48:44 | 1,655 | 3.2381269 | 4.3200 | -5,359.10 | -6.28 | 5,365.38 | 0.00 | 1,790.50 | O;P |
| AWX | 2018-07-25, 08:58:26 | 10 | 3.1500 | 4.3200 | -31.50 | -0.36 | 31.86 | 0.00 | 11.70 | O |
| AWX | 2018-07-25, 08:58:58 | 800 | 3.1900 | 4.3200 | -2,552.00 | -3.76 | 2,555.76 | 0.00 | 904.00 | O;P |
| AWX | 2018-07-25, 08:59:39 | 846 | 3.199409 | 4.3200 | -2,706.70 | -3.10 | 2,709.80 | 0.00 | 948.02 | O;P |
| AWX | 2018-07-25, 09:00:50 | 1,235 | 3.2519028 | 4.3200 | -4,016.10 | -5.81 | 4,021.91 | 0.00 | 1,319.10 | O;P |
| AWX | 2018-07-25, 09:00:53 | 725 | 3.2768966 | 4.3200 | -2,375.75 | -2.64 | 2,378.39 | 0.00 | 756.25 | O;P |
| AWX | 2018-07-25, 09:00:58 | 100 | 3.2900 | 4.3200 | -329.00 | -0.16 | 329.16 | 0.00 | 103.00 | O |
| AWX | 2018-07-25, 09:01:04 | 400 | 3.3000 | 4.3200 | -1,320.00 | -0.97 | 1,320.97 | 0.00 | 408.00 | O;P |
| AWX | 2018-07-25, 09:02:11 | 1,000 | 3.2400 | 4.3200 | -3,240.00 | -4.70 | 3,244.70 | 0.00 | 1,080.00 | O |
| AWX | 2018-07-25, 09:03:36 | 1,467 | 3.2692093 | 4.3200 | -4,795.93 | -6.34 | 4,802.27 | 0.00 | 1,541.51 | O;P |
| AWX | 2018-07-25, 09:04:52 | 4,540 | 3.3400 | 4.3200 | -15,163.60 | -6.24 | 15,169.84 | 0.00 | 4,449.20 | O;P |
| AWX | 2018-07-25, 09:05:40 | 2 | 3.3400 | 4.3200 | -6.68 | -0.35 | 7.03 | 0.00 | 1.96 | O |
| AWX | 2018-07-25, 09:05:51 | 4,407 | 3.3873542 | 4.3200 | -14,928.07 | -17.32 | 14,945.39 | 0.00 | 4,110.17 | O;P |
| AWX | 2018-07-25, 09:24:38 | 1,078 | 3.4000 | 4.3200 | -3,665.20 | -1.18 | 3,666.38 | 0.00 | 991.76 | O;P |
| AWX | 2018-07-25, 09:25:10 | 3,100 | 3.4793548 | 4.3200 | -10,786.00 | -14.57 | 10,800.57 | 0.00 | 2,606.00 | O;P |
| AWX | 2018-07-25, 09:25:25 | 620 | 3.4700 | 4.3200 | -2,151.40 | -2.91 | 2,154.31 | 0.00 | 527.00 | O |

A-232

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 09:25:33 | 114 | 3.5300 | 4.3200 | -402.42 | -0.65 | 403.07 | 0.00 | 90.06 | O;P |
| AWX | 2018-07-25, 09:25:45 | 2,100 | 3.5871429 | 4.3200 | -7,533.00 | -4.87 | 7,537.87 | 0.00 | 1,539.00 | O;P |
| AWX | 2018-07-25, 09:25:48 | 1,000 | 3.5900 | 4.3200 | -3,590.00 | 0.30 | 3,589.70 | 0.00 | 730.00 | O |
| AWX | 2018-07-25, 09:25:57 | 400 | 3.5900 | 4.3200 | -1,436.00 | 0.12 | 1,435.88 | 0.00 | 292.00 | O;P |
| AWX | 2018-07-25, 09:26:03 | 1,800 | 3.5900 | 4.3200 | -6,462.00 | -2.85 | 6,464.85 | 0.00 | 1,314.00 | O;P |
| AWX | 2018-07-25, 09:26:05 | 2,272 | 3.6000 | 4.3200 | -8,179.20 | -9.68 | 8,188.88 | 0.00 | 1,635.84 | O;P |
| AWX | 2018-07-25, 09:26:19 | 3,500 | 3.6200 | 4.3200 | -12,670.00 | 0.29 | 12,669.71 | 0.00 | 2,450.00 | O;P |
| AWX | 2018-07-25, 09:26:25 | 1,700 | 3.6400 | 4.3200 | -6,188.00 | -0.86 | 6,188.86 | 0.00 | 1,156.00 | O;P |
| AWX | 2018-07-25, 09:26:54 | 1,200 | 3.5900 | 4.3200 | -4,308.00 | 0.36 | 4,307.64 | 0.00 | 876.00 | O |
| AWX | 2018-07-25, 09:26:54 | 28 | 3.6000 | 4.3200 | -100.80 | -0.30 | 101.10 | 0.00 | 20.16 | O |
| AWX | 2018-07-25, 09:26:55 | 3,500 | 3.6384829 | 4.3200 | -12,734.69 | -15.95 | 12,750.64 | 0.00 | 2,385.31 | O;P |
| AWX | 2018-07-25, 09:27:00 | 3,500 | 3.6200 | 4.3200 | -12,670.00 | 0.63 | 12,669.37 | 0.00 | 2,450.00 | O;P |
| AWX | 2018-07-25, 09:27:02 | 3,500 | 3.6400 | 4.3200 | -12,740.00 | -16.45 | 12,756.45 | 0.00 | 2,380.00 | O;P |
| AWX | 2018-07-25, 09:27:10 | 3,500 | 3.63516 | 4.3200 | -12,723.06 | -16.20 | 12,739.26 | 0.00 | 2,396.94 | O;P |
| AWX | 2018-07-25, 09:27:15 | 3,759 | 3.6100 | 4.3200 | -13,569.99 | 0.99 | 13,569.00 | 0.00 | 2,668.89 | O;P |
| AWX | 2018-07-25, 09:27:22 | 16,377 | 3.6400 | 4.3200 | -59,612.28 | -24.39 | 59,636.67 | 0.00 | 11,136.36 | O;P |
| AWX | 2018-07-25, 09:27:58 | 1,250 | 3.6400 | 4.3200 | -4,550.00 | 0.50 | 4,549.50 | 0.00 | 850.00 | O;P |
| AWX | 2018-07-25, 09:28:21 | 2,000 | 3.6400 | 4.3200 | -7,280.00 | -1.40 | 7,281.40 | 0.00 | 1,360.00 | O;P |
| AWX | 2018-07-25, 09:28:24 | 13,873 | 3.6400 | 4.3200 | -50,497.72 | 5.53 | 50,492.19 | 0.00 | 9,433.64 | O;P |
| AWX | 2018-07-25, 09:29:00 | 1,500 | 3.6300 | 4.3200 | -5,445.00 | -2.94 | 5,447.94 | 0.00 | 1,035.00 | O;P |
| AWX | 2018-07-25, 09:29:02 | 101 | 3.6100 | 4.3200 | -364.61 | -0.16 | 364.77 | 0.00 | 71.71 | O |
| AWX | 2018-07-25, 09:29:03 | 1,500 | 3.6400 | 4.3200 | -5,460.00 | -2.55 | 5,462.55 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-25, 09:29:17 | 1,500 | 3.6400 | 4.3200 | -5,460.00 | -5.80 | 5,465.80 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-25, 09:29:43 | 1,500 | 3.6400 | 4.3200 | -5,460.00 | 0.60 | 5,459.40 | 0.00 | 1,020.00 | O |
| AWX | 2018-07-25, 09:30:30 | 30,390 | 3.6095064 | 4.3200 | -109,692.90 | -6.49 | 109,699.39 | 0.00 | 21,591.90 | O;P |
| AWX | 2018-07-25, 09:30:30 | 850 | 3.4900 | 4.3200 | -2,966.50 | 0.25 | 2,966.25 | 0.00 | 705.50 | O |
| AWX | 2018-07-25, 09:30:35 | 1,650 | 3.4900 | 4.3200 | -5,758.50 | 0.49 | 5,758.01 | 0.00 | 1,369.50 | O;P |
| AWX | 2018-07-25, 09:30:35 | 3,136 | 3.5300 | 4.3200 | -11,070.08 | 0.94 | 11,069.14 | 0.00 | 2,477.44 | O;P |
| AWX | 2018-07-25, 09:32:38 | 1,500 | 3.4300 | 4.3200 | -5,145.00 | 0.32 | 5,144.68 | 0.00 | 1,335.00 | O;P |

A-233

## Trades

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 09:32:41 | 500 | 3.3800 | 4.3200 | -1,690.00 | 0.20 | 1,689.80 | 0.00 | 470.00 | O |
| AWX | 2018-07-25, 09:32:41 | 123 | 3.3700 | 4.3200 | -414.51 | -0.13 | 414.64 | 0.00 | 116.85 | O;P |
| AWX | 2018-07-25, 09:32:41 | 300 | 3.3800 | 4.3200 | -1,014.00 | 0.09 | 1,013.91 | 0.00 | 282.00 | O |
| AWX | 2018-07-25, 09:32:41 | 500 | 3.3800 | 4.3200 | -1,690.00 | 0.15 | 1,689.85 | 0.00 | 470.00 | O |
| AWX | 2018-07-25, 09:32:42 | 297 | 3.3700 | 4.3200 | -1,000.89 | 0.12 | 1,000.77 | 0.00 | 282.15 | O;P |
| AWX | 2018-07-25, 09:33:06 | 2,000 | 3.3700 | 4.3200 | -6,740.00 | -2.10 | 6,742.10 | 0.00 | 1,900.00 | O;P |
| AWX | 2018-07-25, 09:33:08 | 2,261 | 3.3764617 | 4.3200 | -7,634.18 | -3.07 | 7,637.25 | 0.00 | 2,133.34 | O;P |
| AWX | 2018-07-25, 09:33:17 | 2,500 | 3.4056 | 4.3200 | -8,514.00 | -5.75 | 8,519.75 | 0.00 | 2,286.00 | O;P |
| AWX | 2018-07-25, 09:33:20 | 2,500 | 3.43396 | 4.3200 | -8,584.90 | -7.75 | 8,592.65 | 0.00 | 2,215.10 | O;P |
| AWX | 2018-07-25, 09:33:22 | 2,500 | 3.4400 | 4.3200 | -8,600.00 | -11.75 | 8,611.75 | 0.00 | 2,200.00 | O;P |
| AWX | 2018-07-25, 09:33:25 | 2,500 | 3.4168 | 4.3200 | -8,542.00 | -11.75 | 8,553.75 | 0.00 | 2,258.00 | O;P |
| AWX | 2018-07-25, 09:33:27 | 2,500 | 3.41858 | 4.3200 | -8,546.45 | -6.65 | 8,553.10 | 0.00 | 2,253.55 | O;P |
| AWX | 2018-07-25, 09:33:31 | 1,207 | 3.4200 | 4.3200 | -4,127.94 | -3.86 | 4,131.80 | 0.00 | 1,086.30 | O;P |
| AWX | 2018-07-25, 09:33:34 | 2,500 | 3.4300 | 4.3200 | -8,575.00 | -8.75 | 8,583.75 | 0.00 | 2,225.00 | O;P |
| AWX | 2018-07-25, 09:33:39 | 1,093 | 3.4200 | 4.3200 | -3,738.06 | -2.64 | 3,740.70 | 0.00 | 983.70 | O;P |
| AWX | 2018-07-25, 09:33:42 | 800 | 3.4200 | 4.3200 | -2,736.00 | 0.32 | 2,735.68 | 0.00 | 720.00 | O;P |
| AWX | 2018-07-25, 09:33:44 | 700 | 3.4200 | 4.3200 | -2,394.00 | 0.28 | 2,393.72 | 0.00 | 630.00 | O;P |
| AWX | 2018-07-25, 09:33:46 | 2,082 | 3.4113545 | 4.3200 | -7,102.44 | -7.41 | 7,109.85 | 0.00 | 1,891.80 | O;P |
| AWX | 2018-07-25, 09:33:47 | 873 | 3.3800 | 4.3200 | -2,950.74 | 0.35 | 2,950.39 | 0.00 | 820.62 | O;P |
| AWX | 2018-07-25, 09:33:51 | 2,500 | 3.4200 | 4.3200 | -8,550.00 | 1.00 | 8,549.00 | 0.00 | 2,250.00 | O;P |
| AWX | 2018-07-25, 09:33:51 | 2,500 | 3.4300 | 4.3200 | -8,575.00 | -1.95 | 8,576.95 | 0.00 | 2,225.00 | O;P |
| AWX | 2018-07-25, 09:33:51 | 218 | 3.4200 | 4.3200 | -745.56 | 0.04 | 745.52 | 0.00 | 196.20 | O;P |
| AWX | 2018-07-25, 09:33:54 | 100 | 3.4000 | 4.3200 | -340.00 | -0.16 | 340.16 | 0.00 | 92.00 | O |
| AWX | 2018-07-25, 09:33:56 | 2,300 | 3.4000 | 4.3200 | -7,820.00 | 0.92 | 7,819.08 | 0.00 | 2,116.00 | O;P |
| AWX | 2018-07-25, 09:34:00 | 44 | 3.4354 | 4.3200 | -151.16 | -0.36 | 151.52 | 0.00 | 38.92 | O |
| AWX | 2018-07-25, 09:34:06 | 500 | 3.4000 | 4.3200 | -1,700.00 | 0.20 | 1,699.80 | 0.00 | 460.00 | O;P |
| AWX | 2018-07-25, 09:34:08 | 2,500 | 3.433936 | 4.3200 | -8,584.84 | -4.25 | 8,589.09 | 0.00 | 2,215.16 | O;P |
| AWX | 2018-07-25, 09:34:08 | 993 | 3.4000 | 4.3200 | -3,376.20 | 0.69 | 3,375.51 | 0.00 | 913.56 | O;P |
| AWX | 2018-07-25, 09:34:10 | 2,500 | 3.43388 | 4.3200 | -8,584.70 | -4.25 | 8,588.95 | 0.00 | 2,215.30 | O;P |

A-234

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 09:34:11 | 1,500 | 3.4000 | 4.3200 | -5,100.00 | 0.60 | 5,099.40 | 0.00 | 1,380.00 | O;P |
| AWX | 2018-07-25, 09:34:13 | 2,500 | 3.436376 | 4.3200 | -8,590.94 | -5.45 | 8,596.39 | 0.00 | 2,209.06 | O;P |
| AWX | 2018-07-25, 09:34:13 | 1,407 | 3.4000 | 4.3200 | -4,783.80 | 0.29 | 4,783.51 | 0.00 | 1,294.44 | O;P |
| AWX | 2018-07-25, 09:34:16 | 2,300 | 3.4279174 | 4.3200 | -7,884.21 | -9.28 | 7,893.49 | 0.00 | 2,051.79 | O;P |
| AWX | 2018-07-25, 09:34:56 | 700 | 3.4000 | 4.3200 | -2,380.00 | 0.28 | 2,379.72 | 0.00 | 644.00 | O;P |
| AWX | 2018-07-25, 09:34:59 | 4,500 | 3.4372867 | 4.3200 | -15,467.79 | -7.65 | 15,475.44 | 0.00 | 3,972.21 | O;P |
| AWX | 2018-07-25, 09:35:14 | 1,750 | 3.4100 | 4.3200 | -5,967.50 | 0.70 | 5,966.80 | 0.00 | 1,592.50 | O;P |
| AWX | 2018-07-25, 09:35:17 | 4,500 | 3.4290267 | 4.3200 | -15,430.62 | -13.47 | 15,444.09 | 0.00 | 4,009.38 | O;P |
| AWX | 2018-07-25, 09:35:17 | 2,539 | 3.4000 | 4.3200 | -8,632.60 | 1.01 | 8,631.59 | 0.00 | 2,335.88 | O;P |
| AWX | 2018-07-25, 09:35:18 | 100 | 3.3800 | 4.3200 | -338.00 | -0.16 | 338.16 | 0.00 | 94.00 | O |
| AWX | 2018-07-25, 09:35:20 | 4,233 | 3.4203142 | 4.3200 | -14,478.19 | -5.36 | 14,483.55 | 0.00 | 3,808.37 | O;P |
| AWX | 2018-07-25, 09:35:22 | 700 | 3.3900 | 4.3200 | -2,373.00 | -1.19 | 2,374.19 | 0.00 | 651.00 | O;P |
| AWX | 2018-07-25, 09:35:27 | 900 | 3.3944444 | 4.3200 | -3,055.00 | -3.23 | 3,058.23 | 0.00 | 833.00 | O;P |
| AWX | 2018-07-25, 09:35:30 | 4,500 | 3.3900 | 4.3200 | -15,255.00 | -21.15 | 15,276.15 | 0.00 | 4,185.00 | O;P |
| AWX | 2018-07-25, 09:38:46 | 2,000 | 3.2500 | 4.3200 | -6,500.00 | 0.60 | 6,499.40 | 0.00 | 2,140.00 | O;P |
| AWX | 2018-07-25, 09:38:53 | 1,870 | 3.2751711 | 4.3200 | -6,124.57 | -3.18 | 6,127.75 | 0.00 | 1,953.83 | O;P |
| AWX | 2018-07-25, 09:38:56 | 100 | 3.2500 | 4.3200 | -325.00 | -0.67 | 325.67 | 0.00 | 107.00 | O |
| AWX | 2018-07-25, 09:38:59 | 2,000 | 3.27643 | 4.3200 | -6,552.86 | -3.12 | 6,555.98 | 0.00 | 2,087.14 | O;P |
| AWX | 2018-07-25, 09:39:03 | 2,000 | 3.2800 | 4.3200 | -6,560.00 | -5.20 | 6,565.20 | 0.00 | 2,080.00 | O;P |
| AWX | 2018-07-25, 09:39:11 | 1,900 | 3.2800 | 4.3200 | -6,232.00 | -8.93 | 6,240.93 | 0.00 | 1,976.00 | O;P |
| AWX | 2018-07-25, 09:39:25 | 2,000 | 3.3300 | 4.3200 | -6,660.00 | 0.60 | 6,659.40 | 0.00 | 1,980.00 | O;P |
| AWX | 2018-07-25, 09:39:33 | 2,375 | 3.3495789 | 4.3200 | -7,955.25 | -6.51 | 7,961.76 | 0.00 | 2,304.75 | O;P |
| AWX | 2018-07-25, 09:39:47 | 2,000 | 3.3300 | 4.3200 | -6,660.00 | -7.16 | 6,667.16 | 0.00 | 1,980.00 | O;P |
| AWX | 2018-07-25, 09:40:11 | 2,500 | 3.299504 | 4.3200 | -8,248.76 | -9.30 | 8,258.06 | 0.00 | 2,551.24 | O;P |
| AWX | 2018-07-25, 09:40:47 | 2,500 | 3.279932 | 4.3200 | -8,199.83 | -6.45 | 8,206.28 | 0.00 | 2,600.17 | O;P |
| AWX | 2018-07-25, 09:41:06 | 2,000 | 3.3000 | 4.3200 | -6,600.00 | -9.40 | 6,609.40 | 0.00 | 2,040.00 | O;P |
| AWX | 2018-07-25, 09:41:11 | 2,000 | 3.3200 | 4.3200 | -6,640.00 | -5.85 | 6,645.85 | 0.00 | 2,000.00 | O;P |
| AWX | 2018-07-25, 09:41:20 | 2,000 | 3.3500 | 4.3200 | -6,700.00 | -6.76 | 6,706.76 | 0.00 | 1,940.00 | O;P |
| AWX | 2018-07-25, 09:43:28 | 1,000 | 3.3000 | 4.3200 | -3,300.00 | -1.75 | 3,301.75 | 0.00 | 1,020.00 | O;P |

A-235

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 09:43:34 | | 1,000 | 3.2900 | 4.3200 | -3,290.00 | -1.70 | 3,291.70 | 0.00 | 1,030.00 | O;P |
| AWX | 2018-07-25, 09:44:00 | | 950 | 3.2969 | 4.3200 | -3,132.06 | -1.62 | 3,133.67 | 0.00 | 971.94 | O;P |
| AWX | 2018-07-25, 09:44:00 | | 120 | 3.2800 | 4.3200 | -393.60 | -0.48 | 394.08 | 0.00 | 124.80 | O;P |
| AWX | 2018-07-25, 09:44:02 | | 300 | 3.2700 | 4.3200 | -981.00 | 0.09 | 980.91 | 0.00 | 315.00 | O |
| AWX | 2018-07-25, 09:44:04 | | 1,000 | 3.3000 | 4.3200 | -3,300.00 | -1.30 | 3,301.30 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-25, 09:49:10 | | 500 | 3.1300 | 4.3200 | -1,565.00 | 0.20 | 1,564.80 | 0.00 | 595.00 | O;P |
| AWX | 2018-07-25, 09:49:22 | | 5,485 | 3.1400 | 4.3200 | -17,222.90 | -2.92 | 17,225.82 | 0.00 | 6,472.30 | O;P |
| AWX | 2018-07-25, 09:49:31 | | 10,000 | 3.158828 | 4.3200 | -31,588.28 | -29.37 | 31,617.65 | 0.00 | 11,611.72 | O;P |
| AWX | 2018-07-25, 09:49:53 | | 370 | 3.1400 | 4.3200 | -1,161.80 | 0.15 | 1,161.65 | 0.00 | 436.60 | O;P |
| AWX | 2018-07-25, 09:49:59 | | 2,000 | 3.1500 | 4.3200 | -6,300.00 | -3.28 | 6,303.28 | 0.00 | 2,340.00 | O;P |
| AWX | 2018-07-25, 09:50:03 | | 1,000 | 3.1600 | 4.3200 | -3,160.00 | -4.20 | 3,164.20 | 0.00 | 1,160.00 | O;P |
| AWX | 2018-07-25, 09:50:06 | | 2,000 | 3.1700 | 4.3200 | -6,340.00 | -4.90 | 6,344.90 | 0.00 | 2,300.00 | O;P |
| AWX | 2018-07-25, 09:50:09 | | 1,620 | 3.1800 | 4.3200 | -5,151.60 | 0.14 | 5,151.46 | 0.00 | 1,846.80 | O;P |
| AWX | 2018-07-25, 09:50:11 | | 2,000 | 3.18985 | 4.3200 | -6,379.70 | -8.80 | 6,388.50 | 0.00 | 2,260.30 | O;P |
| AWX | 2018-07-25, 09:50:13 | | 2,000 | 3.1900 | 4.3200 | -6,380.00 | -5.80 | 6,385.80 | 0.00 | 2,260.00 | O;P |
| AWX | 2018-07-25, 09:50:14 | | 1,600 | 3.1500 | 4.3200 | -5,040.00 | -5.52 | 5,045.52 | 0.00 | 1,872.00 | O;P |
| AWX | 2018-07-25, 09:50:17 | | 2,000 | 3.1535 | 4.3200 | -6,307.00 | -3.40 | 6,310.40 | 0.00 | 2,333.00 | O;P |
| AWX | 2018-07-25, 09:50:22 | | 2,000 | 3.1500 | 4.3200 | -6,300.00 | -6.40 | 6,306.40 | 0.00 | 2,340.00 | O;P |
| AWX | 2018-07-25, 09:50:24 | | 100 | 3.1400 | 4.3200 | -314.00 | -0.16 | 314.16 | 0.00 | 118.00 | O |
| AWX | 2018-07-25, 09:50:24 | | 2,000 | 3.1500 | 4.3200 | -6,300.00 | -9.40 | 6,309.40 | 0.00 | 2,340.00 | O;P |
| AWX | 2018-07-25, 09:51:10 | | 1,000 | 3.1354 | 4.3200 | -3,135.40 | -1.70 | 3,137.10 | 0.00 | 1,184.60 | O |
| AWX | 2018-07-25, 09:51:14 | | 627 | 3.1100 | 4.3200 | -1,949.97 | -0.26 | 1,950.23 | 0.00 | 758.67 | O;P |
| AWX | 2018-07-25, 09:52:47 | | 500 | 3.1000 | 4.3200 | -1,550.00 | -2.35 | 1,552.35 | 0.00 | 610.00 | O;P |
| AWX | 2018-07-25, 09:52:57 | | 404 | 3.1097525 | 4.3200 | -1,256.34 | -0.91 | 1,257.25 | 0.00 | 488.94 | O;P |
| AWX | 2018-07-25, 09:53:13 | | 19 | 3.0800 | 4.3200 | -58.52 | -0.32 | 58.84 | 0.00 | 23.56 | O |
| AWX | 2018-07-25, 09:56:37 | | 500 | 3.0800 | 4.3200 | -1,540.00 | -0.65 | 1,540.65 | 0.00 | 620.00 | O |
| AWX | 2018-07-25, 10:00:44 | | 500 | 3.0900 | 4.3200 | -1,545.00 | 0.20 | 1,544.80 | 0.00 | 615.00 | O |
| AWX | 2018-07-25, 10:02:13 | | 500 | 3.1000 | 4.3200 | -1,550.00 | -2.35 | 1,552.35 | 0.00 | 610.00 | O |
| AWX | 2018-07-25, 10:02:18 | | 500 | 3.0960 | 4.3200 | -1,548.00 | -2.35 | 1,550.35 | 0.00 | 612.00 | O;P |

A-236

## Trades

| Symbol | Date/Time | Quantity | T. Price | C. Price | Proceeds | Comm/Fee | Basis | Realized P/L | MTM P/L | Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 10:02:23 | 500 | 3.1000 | 4.3200 | -1,550.00 | -1.15 | 1,551.15 | 0.00 | 610.00 | O;P |
| AWX | 2018-07-25, 10:02:32 | 25 | 3.0900 | 4.3200 | -77.25 | -0.30 | 77.55 | 0.00 | 30.75 | O |
| AWX | 2018-07-25, 10:02:53 | 500 | 3.1200 | 4.3200 | -1,560.00 | 0.20 | 1,559.80 | 0.00 | 600.00 | O;P |
| AWX | 2018-07-25, 10:04:41 | 500 | 3.1200 | 4.3200 | -1,560.00 | 0.20 | 1,559.80 | 0.00 | 600.00 | O;P |
| AWX | 2018-07-25, 10:05:26 | 3,500 | 3.1542114 | 4.3200 | -11,039.74 | -6.85 | 11,046.59 | 0.00 | 4,080.26 | O;P |
| AWX | 2018-07-25, 10:10:11 | 500 | 3.0900 | 4.3200 | -1,545.00 | -0.87 | 1,545.87 | 0.00 | 615.00 | O;P |
| AWX | 2018-07-25, 10:10:35 | 200 | 3.1000 | 4.3200 | -620.00 | 0.00 | 619.99 | 0.00 | 244.00 | O;P |
| AWX | 2018-07-25, 10:10:47 | 500 | 3.1200 | 4.3200 | -1,560.00 | -0.85 | 1,560.85 | 0.00 | 600.00 | O |
| AWX | 2018-07-25, 10:19:00 | 500 | 3.0900 | 4.3200 | -1,545.00 | 0.15 | 1,544.85 | 0.00 | 615.00 | O;P |
| AWX | 2018-07-25, 10:19:02 | 400 | 3.0800 | 4.3200 | -1,232.00 | 0.16 | 1,231.84 | 0.00 | 496.00 | O;P |
| AWX | 2018-07-25, 10:26:58 | 200 | 3.0900 | 4.3200 | -618.00 | 0.03 | 617.97 | 0.00 | 246.00 | O |
| AWX | 2018-07-25, 10:34:34 | 1,500 | 3.1293333 | 4.3200 | -4,694.00 | -6.45 | 4,700.45 | 0.00 | 1,786.00 | O;P |
| AWX | 2018-07-25, 10:35:02 | 1,000 | 3.1710 | 4.3200 | -3,171.00 | -3.70 | 3,174.70 | 0.00 | 1,149.00 | O;P |
| AWX | 2018-07-25, 10:35:04 | 1,000 | 3.17624 | 4.3200 | -3,176.24 | -1.50 | 3,177.74 | 0.00 | 1,143.76 | O;P |
| AWX | 2018-07-25, 10:35:07 | 1,000 | 3.1777 | 4.3200 | -3,177.70 | -1.46 | 3,179.16 | 0.00 | 1,142.30 | O;P |
| AWX | 2018-07-25, 10:35:16 | 1,000 | 3.1900 | 4.3200 | -3,190.00 | -4.70 | 3,194.70 | 0.00 | 1,130.00 | O;P |
| AWX | 2018-07-25, 10:35:26 | 1,000 | 3.18783 | 4.3200 | -3,187.83 | -1.76 | 3,189.59 | 0.00 | 1,132.17 | O;P |
| AWX | 2018-07-25, 10:35:29 | 1,000 | 3.18814 | 4.3200 | -3,188.14 | -2.34 | 3,190.48 | 0.00 | 1,131.86 | O;P |
| AWX | 2018-07-25, 10:35:47 | 294 | 3.1700 | 4.3200 | -931.98 | 0.09 | 931.89 | 0.00 | 338.10 | O;P |
| AWX | 2018-07-25, 10:35:49 | 100 | 3.1700 | 4.3200 | -317.00 | -0.67 | 317.67 | 0.00 | 115.00 | O |
| AWX | 2018-07-25, 10:35:53 | 200 | 3.1700 | 4.3200 | -634.00 | -0.48 | 634.48 | 0.00 | 230.00 | O;P |
| AWX | 2018-07-25, 10:35:56 | 1,000 | 3.1780 | 4.3200 | -3,178.00 | -2.30 | 3,180.30 | 0.00 | 1,142.00 | O;P |
| AWX | 2018-07-25, 10:36:04 | 600 | 3.1700 | 4.3200 | -1,902.00 | -2.82 | 1,904.82 | 0.00 | 690.00 | O;P |
| AWX | 2018-07-25, 10:36:14 | 547 | 3.1800 | 4.3200 | -1,739.46 | -0.47 | 1,739.93 | 0.00 | 623.58 | O;P |
| AWX | 2018-07-25, 10:37:48 | 1,000 | 3.1900 | 4.3200 | -3,190.00 | -2.74 | 3,192.74 | 0.00 | 1,130.00 | O;P |
| AWX | 2018-07-25, 10:37:53 | 551 | 3.1900 | 4.3200 | -1,757.69 | -0.94 | 1,758.63 | 0.00 | 622.63 | O;P |
| AWX | 2018-07-25, 10:38:22 | 750 | 3.2000 | 4.3200 | -2,400.00 | -1.65 | 2,401.65 | 0.00 | 840.00 | O;P |
| AWX | 2018-07-25, 10:38:28 | 1,000 | 3.21722 | 4.3200 | -3,217.22 | -1.70 | 3,218.92 | 0.00 | 1,102.78 | O;P |
| AWX | 2018-07-25, 10:38:38 | 350 | 3.2000 | 4.3200 | -1,120.00 | -0.75 | 1,120.75 | 0.00 | 392.00 | O;P |

A-237

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 10:39:01 | 800 | 3.2000 | 4.3200 | -2,560.00 | -3.76 | 2,563.76 | 0.00 | 896.00 | O;P |
| AWX | 2018-07-25, 10:39:07 | 400 | 3.1900 | 4.3200 | -1,276.00 | -0.88 | 1,276.88 | 0.00 | 452.00 | O |
| AWX | 2018-07-25, 10:39:15 | 1,000 | 3.2000 | 4.3200 | -3,200.00 | -4.70 | 3,204.70 | 0.00 | 1,120.00 | O |
| AWX | 2018-07-25, 10:39:18 | 200 | 3.1900 | 4.3200 | -638.00 | 0.03 | 637.97 | 0.00 | 226.00 | O |
| AWX | 2018-07-25, 10:39:20 | 775 | 3.2000 | 4.3200 | -2,480.00 | -3.64 | 2,483.64 | 0.00 | 868.00 | O;P |
| AWX | 2018-07-25, 10:39:43 | 1,000 | 3.2200 | 4.3200 | -3,220.00 | -4.70 | 3,224.70 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-25, 10:39:47 | 1,000 | 3.2200 | 4.3200 | -3,220.00 | -3.20 | 3,223.20 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-25, 10:39:53 | 1,000 | 3.2200 | 4.3200 | -3,220.00 | -3.50 | 3,223.50 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-25, 10:39:59 | 1,000 | 3.2200 | 4.3200 | -3,220.00 | -3.20 | 3,223.20 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-25, 10:40:11 | 1,600 | 3.2200 | 4.3200 | -5,152.00 | -7.52 | 5,159.52 | 0.00 | 1,760.00 | O;P |
| AWX | 2018-07-25, 10:40:19 | 3,700 | 3.2500 | 4.3200 | -12,025.00 | -13.15 | 12,038.15 | 0.00 | 3,959.00 | O;P |
| AWX | 2018-07-25, 10:40:29 | 1,800 | 3.2500 | 4.3200 | -5,850.00 | 0.72 | 5,849.28 | 0.00 | 1,926.00 | O;P |
| AWX | 2018-07-25, 10:40:32 | 100 | 3.2500 | 4.3200 | -325.00 | -0.16 | 325.16 | 0.00 | 107.00 | O |
| AWX | 2018-07-25, 10:40:34 | 10,000 | 3.278216 | 4.3200 | -32,782.16 | -25.14 | 32,807.30 | 0.00 | 10,417.84 | O;P |
| AWX | 2018-07-25, 10:40:44 | 8,800 | 3.2798864 | 4.3200 | -28,863.00 | -2.67 | 28,865.67 | 0.00 | 9,153.00 | O;P |
| AWX | 2018-07-25, 10:40:52 | 550 | 3.2500 | 4.3200 | -1,787.50 | 0.16 | 1,787.34 | 0.00 | 588.50 | O |
| AWX | 2018-07-25, 10:40:53 | 9,543 | 3.2781882 | 4.3200 | -31,283.75 | -30.94 | 31,314.69 | 0.00 | 9,942.01 | O;P |
| AWX | 2018-07-25, 10:41:01 | 9,920 | 3.2719123 | 4.3200 | -32,457.37 | -42.93 | 32,500.30 | 0.00 | 10,397.03 | O;P |
| AWX | 2018-07-25, 10:41:09 | 6,300 | 3.2628571 | 4.3200 | -20,556.00 | -27.07 | 20,583.07 | 0.00 | 6,660.00 | O;P |
| AWX | 2018-07-25, 10:41:15 | 6,042 | 3.310758 | 4.3200 | -20,003.60 | -16.15 | 20,019.75 | 0.00 | 6,097.84 | O;P |
| AWX | 2018-07-25, 10:41:19 | 1,393 | 3.3200 | 4.3200 | -4,624.76 | -6.25 | 4,631.01 | 0.00 | 1,393.00 | O;P |
| AWX | 2018-07-25, 10:41:46 | 3,000 | 3.3100 | 4.3200 | -9,930.00 | -3.40 | 9,933.40 | 0.00 | 3,030.00 | O;P |
| AWX | 2018-07-25, 10:41:55 | 9,000 | 3.3372222 | 4.3200 | -30,035.00 | -29.61 | 30,064.61 | 0.00 | 8,845.00 | O;P |
| AWX | 2018-07-25, 10:42:26 | 3,000 | 3.3199 | 4.3200 | -9,959.70 | -4.85 | 9,964.55 | 0.00 | 3,000.30 | O;P |
| AWX | 2018-07-25, 10:42:28 | 300 | 3.3100 | 4.3200 | -993.00 | 0.09 | 992.91 | 0.00 | 303.00 | O |
| AWX | 2018-07-25, 10:42:51 | 3,000 | 3.3300 | 4.3200 | -9,990.00 | -1.70 | 9,991.70 | 0.00 | 2,970.00 | O;P |
| AWX | 2018-07-25, 10:43:03 | 3,000 | 3.3500 | 4.3200 | -10,050.00 | 0.90 | 10,049.10 | 0.00 | 2,910.00 | O;P |
| AWX | 2018-07-25, 10:43:06 | 2,350 | 3.3400 | 4.3200 | -7,849.00 | 0.70 | 7,848.30 | 0.00 | 2,303.00 | O;P |
| AWX | 2018-07-25, 10:43:09 | 2,800 | 3.3200 | 4.3200 | -9,296.00 | 0.84 | 9,295.16 | 0.00 | 2,800.00 | O;P |

A-238

## Trades

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 10:43:10 | 350 | 3.3100 | 4.3200 | -1,158.50 | 0.14 | 1,158.36 | 0.00 | 353.50 | O |
| AWX | 2018-07-25, 10:43:29 | 500 | 3.3200 | 4.3200 | -1,660.00 | 0.20 | 1,659.80 | 0.00 | 500.00 | O;P |
| AWX | 2018-07-25, 10:43:33 | 500 | 3.3300 | 4.3200 | -1,665.00 | -1.15 | 1,666.15 | 0.00 | 495.00 | O;P |
| AWX | 2018-07-25, 10:43:35 | 700 | 3.3400 | 4.3200 | -2,338.00 | -3.29 | 2,341.29 | 0.00 | 686.00 | O;P |
| AWX | 2018-07-25, 10:43:38 | 1,300 | 3.3500 | 4.3200 | -4,355.00 | -6.11 | 4,361.11 | 0.00 | 1,261.00 | O;P |
| AWX | 2018-07-25, 10:43:51 | 400 | 3.3500 | 4.3200 | -1,340.00 | 0.12 | 1,339.88 | 0.00 | 388.00 | O |
| AWX | 2018-07-25, 10:44:01 | 243 | 3.3400 | 4.3200 | -811.62 | 0.07 | 811.55 | 0.00 | 238.14 | O;P |
| AWX | 2018-07-25, 10:44:05 | 1,500 | 3.3300 | 4.3200 | -4,995.00 | 0.45 | 4,994.55 | 0.00 | 1,485.00 | O |
| AWX | 2018-07-25, 10:44:31 | 645 | 3.3200 | 4.3200 | -2,141.40 | 0.19 | 2,141.21 | 0.00 | 645.00 | O |
| AWX | 2018-07-25, 10:44:49 | 1,000 | 3.3100 | 4.3200 | -3,310.00 | 0.40 | 3,309.60 | 0.00 | 1,010.00 | O |
| AWX | 2018-07-25, 10:44:51 | 408 | 3.3100 | 4.3200 | -1,350.48 | 0.12 | 1,350.36 | 0.00 | 412.08 | O;P |
| AWX | 2018-07-25, 10:44:59 | 3,000 | 3.3200 | 4.3200 | -9,960.00 | -12.98 | 9,972.98 | 0.00 | 3,000.00 | O;P |
| AWX | 2018-07-25, 10:45:27 | 3,000 | 3.3500 | 4.3200 | -10,050.00 | 0.90 | 10,049.10 | 0.00 | 2,910.00 | O;P |
| AWX | 2018-07-25, 10:45:39 | 2,300 | 3.3500 | 4.3200 | -7,705.00 | -10.81 | 7,715.81 | 0.00 | 2,231.00 | O;P |
| AWX | 2018-07-25, 10:46:01 | 3,000 | 3.3500 | 4.3200 | -10,050.00 | 0.90 | 10,049.10 | 0.00 | 2,910.00 | O;P |
| AWX | 2018-07-25, 10:46:02 | 500 | 3.3500 | 4.3200 | -1,675.00 | 0.20 | 1,674.80 | 0.00 | 485.00 | O |
| AWX | 2018-07-25, 10:46:04 | 2,500 | 3.3200 | 4.3200 | -8,300.00 | 0.75 | 8,299.25 | 0.00 | 2,500.00 | O;P |
| AWX | 2018-07-25, 10:46:06 | 1,300 | 3.3100 | 4.3200 | -4,303.00 | 0.52 | 4,302.48 | 0.00 | 1,313.00 | O |
| AWX | 2018-07-25, 10:46:07 | 1,543 | 3.3100 | 4.3200 | -5,107.33 | -2.54 | 5,109.87 | 0.00 | 1,558.43 | O;P |
| AWX | 2018-07-25, 10:46:10 | 1,725 | 3.3200 | 4.3200 | -5,727.00 | -0.49 | 5,727.49 | 0.00 | 1,725.00 | O;P |
| AWX | 2018-07-25, 10:46:28 | 2,500 | 3.3500 | 4.3200 | -8,375.00 | 1.00 | 8,374.00 | 0.00 | 2,425.00 | O;P |
| AWX | 2018-07-25, 10:46:29 | 3,000 | 3.3300 | 4.3200 | -9,990.00 | 0.90 | 9,989.10 | 0.00 | 2,970.00 | O;P |
| AWX | 2018-07-25, 10:46:31 | 275 | 3.3200 | 4.3200 | -913.00 | 0.08 | 912.92 | 0.00 | 275.00 | O;P |
| AWX | 2018-07-25, 10:46:32 | 464 | 3.3100 | 4.3200 | -1,535.84 | 0.14 | 1,535.70 | 0.00 | 468.64 | O;P |
| AWX | 2018-07-25, 10:46:57 | 2,600 | 3.3388462 | 4.3200 | -8,681.00 | -11.17 | 8,692.17 | 0.00 | 2,551.00 | O;P |
| AWX | 2018-07-25, 10:48:09 | 3,000 | 3.3387833 | 4.3200 | -10,016.35 | -6.64 | 10,022.99 | 0.00 | 2,943.65 | O;P |
| AWX | 2018-07-25, 10:48:14 | 2,265 | 3.3400 | 4.3200 | -7,565.10 | -5.19 | 7,570.29 | 0.00 | 2,219.70 | O;P |
| AWX | 2018-07-25, 10:52:55 | 1,200 | 3.3500 | 4.3200 | -4,020.00 | 0.48 | 4,019.52 | 0.00 | 1,164.00 | O;P |
| AWX | 2018-07-25, 10:56:01 | 3,000 | 3.3500 | 4.3200 | -10,050.00 | 0.90 | 10,049.10 | 0.00 | 2,910.00 | O;P |

A-239

## Trades

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 10:56:01 | | 3,000 | 3.3500 | 4.3200 | -10,050.00 | 1.20 | 10,048.80 | 0.00 | 2,910.00 | O;P |
| AWX | 2018-07-25, 10:56:02 | | 936 | 3.3500 | 4.3200 | -3,135.60 | 0.37 | 3,135.23 | 0.00 | 907.92 | O;P |
| AWX | 2018-07-25, 10:58:32 | | 2,200 | 3.3500 | 4.3200 | -7,370.00 | 0.88 | 7,369.12 | 0.00 | 2,134.00 | O;P |
| AWX | 2018-07-25, 10:58:38 | | 3,320 | 3.3500 | 4.3200 | -11,122.00 | -5.75 | 11,127.75 | 0.00 | 3,220.40 | O;P |
| AWX | 2018-07-25, 11:01:05 | | 1,595 | 3.3500 | 4.3200 | -5,343.25 | 0.64 | 5,342.61 | 0.00 | 1,547.15 | O;P |
| AWX | 2018-07-25, 11:10:25 | | 3,000 | 3.4000 | 4.3200 | -10,200.00 | -14.10 | 10,214.10 | 0.00 | 2,760.00 | O;P |
| AWX | 2018-07-25, 11:10:30 | | 210 | 3.4000 | 4.3200 | -714.00 | -1.02 | 715.02 | 0.00 | 193.20 | O |
| AWX | 2018-07-25, 11:11:09 | | 1,000 | 3.42903 | 4.3200 | -3,429.03 | -1.45 | 3,430.48 | 0.00 | 890.97 | O;P |
| AWX | 2018-07-25, 11:11:13 | | 1,000 | 3.4377 | 4.3200 | -3,437.70 | -1.45 | 3,439.15 | 0.00 | 882.30 | O;P |
| AWX | 2018-07-25, 11:11:15 | | 1,000 | 3.4354 | 4.3200 | -3,435.40 | -1.70 | 3,437.10 | 0.00 | 884.60 | O;P |
| AWX | 2018-07-25, 11:11:18 | | 1,000 | 3.4400 | 4.3200 | -3,440.00 | -1.70 | 3,441.70 | 0.00 | 880.00 | O;P |
| AWX | 2018-07-25, 11:11:21 | | 1,000 | 3.4360 | 4.3200 | -3,436.00 | -4.40 | 3,440.40 | 0.00 | 884.00 | O;P |
| AWX | 2018-07-25, 11:11:24 | | 850 | 3.4388235 | 4.3200 | -2,923.00 | -2.80 | 2,925.80 | 0.00 | 749.00 | O;P |
| AWX | 2018-07-25, 11:22:40 | | -2,500 | 4.1508 | 4.3200 | 10,377.00 | -0.79 | -7,240.14 | 3,136.07 | -423.00 | C;P |
| AWX | 2018-07-25, 11:22:40 | | -2,500 | 4.1800 | 4.3200 | 10,450.00 | -0.29 | -7,208.48 | 3,241.23 | -350.00 | C;P |
| AWX | 2018-07-25, 11:22:40 | | -2,500 | 4.2100 | 4.3200 | 10,525.00 | -1.54 | -7,076.13 | 3,447.33 | -275.00 | C;P |
| AWX | 2018-07-25, 11:22:40 | | -2,500 | 4.2404 | 4.3200 | 10,601.00 | -0.62 | -7,137.75 | 3,462.63 | -199.00 | C;P |
| AWX | 2018-07-25, 11:26:57 | | -2,387 | 4.2500 | 4.3200 | 10,144.75 | -8.04 | -6,829.61 | 3,307.11 | -167.09 | C;P |
| AWX | 2018-07-25, 11:27:52 | | -5,000 | 4.2700 | 4.3200 | 21,350.00 | 1.08 | -14,038.95 | 7,312.13 | -250.00 | C;P |
| AWX | 2018-07-25, 11:35:09 | | -2,500 | 4.2000 | 4.3200 | 10,500.00 | 0.53 | -7,037.76 | 3,462.77 | -300.00 | C;P |
| AWX | 2018-07-25, 11:35:11 | | -2,500 | 4.2312 | 4.3200 | 10,578.00 | -3.19 | -7,023.95 | 3,550.87 | -222.00 | C;P |
| AWX | 2018-07-25, 11:35:11 | | -2,500 | 4.2500 | 4.3200 | 10,625.00 | 0.32 | -7,023.95 | 3,601.37 | -175.00 | C;P |
| AWX | 2018-07-25, 11:36:32 | | -5,000 | 4.2900 | 4.3200 | 21,450.00 | 1.12 | -13,949.47 | 7,501.65 | -150.00 | C;P |
| AWX | 2018-07-25, 11:36:33 | | -5,000 | 4.3100 | 4.3200 | 21,550.00 | 1.12 | -13,963.43 | 7,587.69 | -50.00 | C;P |
| AWX | 2018-07-25, 11:36:34 | | -5,000 | 4.3300 | 4.3200 | 21,650.00 | 1.04 | -14,048.96 | 7,602.07 | 50.00 | C;P |
| AWX | 2018-07-25, 11:36:34 | | -7,000 | 4.3638571 | 4.3200 | 30,547.00 | -9.68 | -20,061.58 | 10,475.74 | 307.00 | C;P |
| AWX | 2018-07-25, 11:36:34 | | -5,000 | 4.4000 | 4.3200 | 22,000.00 | 0.90 | -14,620.11 | 7,380.79 | 400.00 | C;P |
| AWX | 2018-07-25, 11:36:34 | | -5,000 | 4.4200 | 4.3200 | 22,100.00 | 1.11 | -14,721.67 | 7,379.45 | 500.00 | C;P |
| AWX | 2018-07-25, 13:28:20 | | -2,500 | 4.1500 | 4.3200 | 10,375.00 | 0.53 | -7,182.73 | 3,192.80 | -425.00 | C;P |

A-240

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 13:28:20 | -2,500 | 4.1800 | 4.3200 | 10,450.00 | 0.31 | -7,091.81 | 3,358.51 | -350.00 | C;P |
| AWX | 2018-07-25, 13:29:50 | -5,000 | 4.2000 | 4.3200 | 21,000.00 | -4.87 | -14,270.59 | 6,724.54 | -600.00 | C;P |
| AWX | 2018-07-25, 13:29:51 | -2,500 | 4.2100 | 4.3200 | 10,525.00 | 0.56 | -7,263.60 | 3,261.96 | -275.00 | C;P |
| AWX | 2018-07-25, 13:29:56 | -5,000 | 4.2300 | 4.3200 | 21,150.00 | -2.08 | -14,756.70 | 6,391.22 | -450.00 | C;P |
| AWX | 2018-07-25, 13:29:56 | -2,500 | 4.2400 | 4.3200 | 10,600.00 | 0.35 | -7,369.60 | 3,230.75 | -200.00 | C;P |
| AWX | 2018-07-25, 13:39:40 | -2,000 | 4.2000 | 4.3200 | 8,400.00 | 0.42 | -5,902.68 | 2,497.74 | -240.00 | C;P |
| AWX | 2018-07-25, 14:00:26 | 1,000 | 3.86955 | 4.3200 | -3,869.55 | -3.80 | 3,873.35 | 0.00 | 450.45 | O;P |
| AWX | 2018-07-25, 14:00:29 | 1,000 | 3.8700 | 4.3200 | -3,870.00 | -4.70 | 3,874.70 | 0.00 | 450.00 | O;P |
| AWX | 2018-07-25, 14:00:30 | 1,000 | 3.8700 | 4.3200 | -3,870.00 | -4.70 | 3,874.70 | 0.00 | 450.00 | O;P |
| AWX | 2018-07-25, 14:00:30 | 900 | 3.8600 | 4.3200 | -3,474.00 | 0.36 | 3,473.64 | 0.00 | 414.00 | O;P |
| AWX | 2018-07-25, 14:00:34 | 100 | 3.8700 | 4.3200 | -387.00 | -0.67 | 387.67 | 0.00 | 45.00 | O |
| AWX | 2018-07-25, 14:00:37 | 1,000 | 3.88721 | 4.3200 | -3,887.21 | -2.00 | 3,889.21 | 0.00 | 432.79 | O;P |
| AWX | 2018-07-25, 14:00:40 | 1,000 | 3.8969 | 4.3200 | -3,896.90 | -1.70 | 3,898.60 | 0.00 | 423.10 | O |
| AWX | 2018-07-25, 14:00:44 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:00:46 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:00:47 | 1,000 | 3.8980 | 4.3200 | -3,898.00 | -4.70 | 3,902.70 | 0.00 | 422.00 | O;P |
| AWX | 2018-07-25, 14:00:48 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:00:48 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:00:50 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | 0.31 | 3,899.69 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:00:54 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | 0.30 | 3,899.70 | 0.00 | 420.00 | O |
| AWX | 2018-07-25, 14:01:01 | 1,000 | 3.89796 | 4.3200 | -3,897.96 | -2.00 | 3,899.96 | 0.00 | 422.04 | O;P |
| AWX | 2018-07-25, 14:01:04 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:01:06 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.70 | 3,904.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:01:10 | 1,000 | 3.91876 | 4.3200 | -3,918.76 | -3.22 | 3,921.98 | 0.00 | 401.24 | O;P |
| AWX | 2018-07-25, 14:01:12 | 1,000 | 3.9200 | 4.3200 | -3,920.00 | -1.35 | 3,921.35 | 0.00 | 400.00 | O;P |
| AWX | 2018-07-25, 14:01:23 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | 0.30 | 3,899.70 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:01:24 | 1,000 | 3.9000 | 4.3200 | -3,900.00 | 0.40 | 3,899.60 | 0.00 | 420.00 | O |
| AWX | 2018-07-25, 14:01:34 | 1,000 | 3.8954 | 4.3200 | -3,895.40 | -1.70 | 3,897.10 | 0.00 | 424.60 | O |
| AWX | 2018-07-25, 14:01:35 | 1,000 | 3.8940 | 4.3200 | -3,894.00 | -3.52 | 3,897.52 | 0.00 | 426.00 | O;P |

A-241

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 14:01:36 | | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -4.42 | 3,904.42 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:01:36 | | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -2.74 | 3,902.74 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:01:45 | | 2,500 | 3.907356 | 4.3200 | -9,768.39 | -4.52 | 9,772.91 | 0.00 | 1,031.61 | O;P |
| AWX | 2018-07-25, 14:01:46 | | 2,500 | 3.927308 | 4.3200 | -9,818.27 | -4.25 | 9,822.52 | 0.00 | 981.73 | O;P |
| AWX | 2018-07-25, 14:01:47 | | 2,500 | 3.928892 | 4.3200 | -9,822.23 | -11.15 | 9,833.38 | 0.00 | 977.77 | O;P |
| AWX | 2018-07-25, 14:01:48 | | 2,500 | 3.936456 | 4.3200 | -9,841.14 | -8.32 | 9,849.46 | 0.00 | 958.86 | O;P |
| AWX | 2018-07-25, 14:01:50 | | 2,500 | 3.9500 | 4.3200 | -9,875.00 | 0.75 | 9,874.25 | 0.00 | 925.00 | O |
| AWX | 2018-07-25, 14:01:55 | | 2,500 | 3.9488 | 4.3200 | -9,872.00 | -2.06 | 9,874.06 | 0.00 | 928.00 | O;P |
| AWX | 2018-07-25, 14:01:58 | | 2,500 | 3.94706 | 4.3200 | -9,867.65 | -4.25 | 9,871.90 | 0.00 | 932.35 | O;P |
| AWX | 2018-07-25, 14:01:59 | | 2,500 | 3.94826 | 4.3200 | -9,870.65 | -10.85 | 9,881.50 | 0.00 | 929.35 | O;P |
| AWX | 2018-07-25, 14:02:00 | | 2,500 | 3.977804 | 4.3200 | -9,944.51 | -5.77 | 9,950.28 | 0.00 | 855.49 | O;P |
| AWX | 2018-07-25, 14:02:01 | | 2,500 | 3.978804 | 4.3200 | -9,947.01 | -8.45 | 9,955.46 | 0.00 | 852.99 | O;P |
| AWX | 2018-07-25, 14:02:01 | | 2,500 | 3.9800 | 4.3200 | -9,950.00 | -0.64 | 9,950.64 | 0.00 | 850.00 | O;P |
| AWX | 2018-07-25, 14:02:07 | | 2,500 | 3.977248 | 4.3200 | -9,943.12 | -4.25 | 9,947.37 | 0.00 | 856.88 | O;P |
| AWX | 2018-07-25, 14:02:07 | | 2,500 | 3.988656 | 4.3200 | -9,971.64 | -9.49 | 9,981.13 | 0.00 | 828.36 | O;P |
| AWX | 2018-07-25, 14:02:38 | | 2,500 | 4.0000 | 4.3200 | -10,000.00 | 1.00 | 9,999.00 | 0.00 | 800.00 | O;P |
| AWX | 2018-07-25, 14:03:44 | | 5,000 | 3.9998 | 4.3200 | -19,999.00 | 1.48 | 19,997.52 | 0.00 | 1,601.00 | O;P |
| AWX | 2018-07-25, 14:09:08 | | -5,000 | 4.2500 | 4.3200 | 21,250.00 | 1.12 | -14,924.06 | 6,327.07 | -350.00 | C;P |
| AWX | 2018-07-25, 14:09:17 | | -5,000 | 4.3700 | 4.3200 | 21,850.00 | 1.09 | -14,973.01 | 6,878.08 | 250.00 | C;P |
| AWX | 2018-07-25, 14:38:06 | | 1,000 | 3.9000 | 4.3200 | -3,900.00 | -1.55 | 3,901.55 | 0.00 | 420.00 | O;P |
| AWX | 2018-07-25, 14:38:10 | | 1,000 | 3.92678 | 4.3200 | -3,926.78 | -1.55 | 3,928.33 | 0.00 | 393.22 | O;P |
| AWX | 2018-07-25, 14:38:11 | | 1,000 | 3.92586 | 4.3200 | -3,925.86 | -1.65 | 3,927.51 | 0.00 | 394.14 | O;P |
| AWX | 2018-07-25, 14:38:12 | | 1,000 | 3.92678 | 4.3200 | -3,926.78 | -1.55 | 3,928.33 | 0.00 | 393.22 | O;P |
| AWX | 2018-07-25, 14:38:12 | | 1,000 | 3.92954 | 4.3200 | -3,929.54 | -2.75 | 3,932.29 | 0.00 | 390.46 | O;P |
| AWX | 2018-07-25, 14:38:13 | | 1,000 | 3.9300 | 4.3200 | -3,930.00 | -2.75 | 3,932.75 | 0.00 | 390.00 | O;P |
| AWX | 2018-07-25, 14:38:13 | | 1,000 | 3.92586 | 4.3200 | -3,925.86 | -1.65 | 3,927.51 | 0.00 | 394.14 | O;P |
| AWX | 2018-07-25, 14:38:14 | | 1,000 | 3.9290 | 4.3200 | -3,929.00 | -0.85 | 3,929.85 | 0.00 | 391.00 | O;P |
| AWX | 2018-07-25, 14:38:16 | | 1,000 | 3.94276 | 4.3200 | -3,942.76 | -4.14 | 3,946.90 | 0.00 | 377.24 | O;P |
| AWX | 2018-07-25, 14:38:17 | | 1,000 | 3.9500 | 4.3200 | -3,950.00 | -2.32 | 3,952.32 | 0.00 | 370.00 | O;P |

A-242

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 14:38:17 | | 1,000 | 3.9490 | 4.3200 | -3,949.00 | -1.64 | 3,950.64 | 0.00 | 371.00 | O;P |
| AWX | 2018-07-25, 14:38:17 | | 1,000 | 3.9500 | 4.3200 | -3,950.00 | 0.30 | 3,949.70 | 0.00 | 370.00 | O;P |
| AWX | 2018-07-25, 14:38:17 | | 1,000 | 3.9300 | 4.3200 | -3,930.00 | 0.40 | 3,929.60 | 0.00 | 390.00 | O |
| AWX | 2018-07-25, 14:38:19 | | 1,000 | 3.9500 | 4.3200 | -3,950.00 | 0.40 | 3,949.60 | 0.00 | 370.00 | O;P |
| AWX | 2018-07-25, 14:38:20 | | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.35 | 3,964.35 | 0.00 | 360.00 | O;P |
| AWX | 2018-07-25, 14:38:20 | | 1,000 | 3.9500 | 4.3200 | -3,950.00 | 0.40 | 3,949.60 | 0.00 | 370.00 | O;P |
| AWX | 2018-07-25, 14:38:20 | | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.70 | 3,964.70 | 0.00 | 360.00 | O |
| AWX | 2018-07-25, 14:38:20 | | 1,000 | 3.9554 | 4.3200 | -3,955.40 | -1.70 | 3,957.10 | 0.00 | 364.60 | O |
| AWX | 2018-07-25, 14:38:21 | | 1,000 | 3.9480 | 4.3200 | -3,948.00 | -4.70 | 3,952.70 | 0.00 | 372.00 | O;P |
| AWX | 2018-07-25, 14:38:21 | | 1,000 | 3.9524 | 4.3200 | -3,952.40 | -1.40 | 3,953.80 | 0.00 | 367.60 | O;P |
| AWX | 2018-07-25, 14:38:21 | | 1,000 | 3.9532 | 4.3200 | -3,953.20 | -1.30 | 3,954.50 | 0.00 | 366.80 | O;P |
| AWX | 2018-07-25, 14:38:23 | | 1,000 | 3.9480 | 4.3200 | -3,948.00 | -2.70 | 3,950.70 | 0.00 | 372.00 | O;P |
| AWX | 2018-07-25, 14:38:24 | | 1,000 | 3.95865 | 4.3200 | -3,958.65 | -2.00 | 3,960.65 | 0.00 | 361.35 | O;P |
| AWX | 2018-07-25, 14:38:24 | | 1,000 | 3.9570 | 4.3200 | -3,957.00 | -4.70 | 3,961.70 | 0.00 | 363.00 | O;P |
| AWX | 2018-07-25, 14:38:24 | | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.70 | 3,964.70 | 0.00 | 360.00 | O |
| AWX | 2018-07-25, 14:38:25 | | 1,000 | 3.95867 | 4.3200 | -3,958.67 | -2.00 | 3,960.67 | 0.00 | 361.33 | O;P |
| AWX | 2018-07-25, 14:38:27 | | 1,000 | 3.9550 | 4.3200 | -3,955.00 | -4.68 | 3,959.68 | 0.00 | 365.00 | O;P |
| AWX | 2018-07-25, 14:38:28 | | 1,000 | 3.9590 | 4.3200 | -3,959.00 | -4.70 | 3,963.70 | 0.00 | 361.00 | O;P |
| AWX | 2018-07-25, 14:38:28 | | 1,000 | 3.9530 | 4.3200 | -3,953.00 | -4.70 | 3,957.70 | 0.00 | 367.00 | O;P |
| AWX | 2018-07-25, 14:38:29 | | 1,000 | 3.95923 | 4.3200 | -3,959.23 | -2.60 | 3,961.83 | 0.00 | 360.77 | O;P |
| AWX | 2018-07-25, 14:38:29 | | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.70 | 3,964.70 | 0.00 | 360.00 | O;P |
| AWX | 2018-07-25, 14:38:32 | | 1,000 | 3.9454 | 4.3200 | -3,945.40 | -1.70 | 3,947.10 | 0.00 | 374.60 | O |
| AWX | 2018-07-25, 14:38:32 | | 1,000 | 3.9475 | 4.3200 | -3,947.50 | -2.44 | 3,949.94 | 0.00 | 372.50 | O;P |
| AWX | 2018-07-25, 14:38:33 | | 1,000 | 3.9480 | 4.3200 | -3,948.00 | -2.46 | 3,950.46 | 0.00 | 372.00 | O;P |
| AWX | 2018-07-25, 14:38:33 | | 1,000 | 3.9500 | 4.3200 | -3,950.00 | -3.30 | 3,953.30 | 0.00 | 370.00 | O;P |
| AWX | 2018-07-25, 14:38:33 | | 1,000 | 3.9500 | 4.3200 | -3,950.00 | -4.70 | 3,954.70 | 0.00 | 370.00 | O;P |
| AWX | 2018-07-25, 14:38:34 | | 1,000 | 3.94103 | 4.3200 | -3,941.03 | -4.70 | 3,945.73 | 0.00 | 378.97 | O;P |
| AWX | 2018-07-25, 14:38:35 | | 1,000 | 3.94892 | 4.3200 | -3,948.92 | -2.60 | 3,951.52 | 0.00 | 371.08 | O;P |
| AWX | 2018-07-25, 14:38:35 | | 1,000 | 3.9000 | 4.3200 | -3,900.00 | 0.40 | 3,899.60 | 0.00 | 420.00 | O |

A-243

## Trades

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 14:38:35 | | 1,000 | 3.9200 | 4.3200 | -3,920.00 | -4.70 | 3,924.70 | 0.00 | 400.00 | O;P |
| AWX | 2018-07-25, 14:38:35 | | 1,000 | 3.94518 | 4.3200 | -3,945.18 | -1.70 | 3,946.88 | 0.00 | 374.82 | O;P |
| AWX | 2018-07-25, 14:38:36 | | 1,000 | 3.94806 | 4.3200 | -3,948.06 | -1.70 | 3,949.76 | 0.00 | 371.94 | O;P |
| AWX | 2018-07-25, 14:38:36 | | 1,000 | 3.95181 | 4.3200 | -3,951.81 | -3.20 | 3,955.01 | 0.00 | 368.19 | O;P |
| AWX | 2018-07-25, 14:38:36 | | 1,000 | 3.9550 | 4.3200 | -3,955.00 | -4.70 | 3,959.70 | 0.00 | 365.00 | O;P |
| AWX | 2018-07-25, 14:38:37 | | 1,000 | 3.95931 | 4.3200 | -3,959.31 | -3.20 | 3,962.51 | 0.00 | 360.69 | O;P |
| AWX | 2018-07-25, 14:38:37 | | 1,000 | 3.9570 | 4.3200 | -3,957.00 | -4.70 | 3,961.70 | 0.00 | 363.00 | O;P |
| AWX | 2018-07-25, 14:38:37 | | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.70 | 3,964.70 | 0.00 | 360.00 | O;P |
| AWX | 2018-07-25, 14:38:38 | | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.70 | 3,964.70 | 0.00 | 360.00 | O |
| AWX | 2018-07-25, 14:38:38 | | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.70 | 3,964.70 | 0.00 | 360.00 | O |
| AWX | 2018-07-25, 14:38:39 | | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.70 | 3,964.70 | 0.00 | 360.00 | O;P |
| AWX | 2018-07-25, 14:38:39 | | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.70 | 3,964.70 | 0.00 | 360.00 | O |
| AWX | 2018-07-25, 14:38:39 | | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.70 | 3,964.70 | 0.00 | 360.00 | O |
| AWX | 2018-07-25, 14:38:40 | | 1,000 | 3.96492 | 4.3200 | -3,964.92 | -4.70 | 3,969.62 | 0.00 | 355.08 | O;P |
| AWX | 2018-07-25, 14:38:40 | | 1,000 | 3.96908 | 4.3200 | -3,969.08 | -4.70 | 3,973.78 | 0.00 | 350.92 | O;P |
| AWX | 2018-07-25, 14:38:40 | | 1,000 | 3.9600 | 4.3200 | -3,960.00 | -4.70 | 3,964.70 | 0.00 | 360.00 | O;P |
| AWX | 2018-07-25, 14:38:41 | | 1,000 | 3.9700 | 4.3200 | -3,970.00 | -4.70 | 3,974.70 | 0.00 | 350.00 | O;P |
| AWX | 2018-07-25, 14:38:41 | | 1,000 | 3.97065 | 4.3200 | -3,970.65 | -4.40 | 3,975.05 | 0.00 | 349.35 | O;P |
| AWX | 2018-07-25, 14:38:42 | | 1,000 | 3.9700 | 4.3200 | -3,970.00 | -4.70 | 3,974.70 | 0.00 | 350.00 | O;P |
| AWX | 2018-07-25, 14:38:42 | | 1,000 | 3.9700 | 4.3200 | -3,970.00 | -4.70 | 3,974.70 | 0.00 | 350.00 | O;P |
| AWX | 2018-07-25, 14:38:42 | | 1,000 | 3.9700 | 4.3200 | -3,970.00 | -4.70 | 3,974.70 | 0.00 | 350.00 | O;P |
| AWX | 2018-07-25, 14:38:43 | | 1,000 | 3.9700 | 4.3200 | -3,970.00 | -4.70 | 3,974.70 | 0.00 | 350.00 | O;P |
| AWX | 2018-07-25, 14:38:46 | | 10,000 | 3.977519 | 4.3200 | -39,775.19 | -43.71 | 39,818.90 | 0.00 | 3,424.81 | O;P |
| AWX | 2018-07-25, 14:40:06 | | 1,000 | 3.9790 | 4.3200 | -3,979.00 | -4.10 | 3,983.10 | 0.00 | 341.00 | O;P |
| AWX | 2018-07-25, 14:40:08 | | 1,000 | 3.9800 | 4.3200 | -3,980.00 | -2.70 | 3,982.70 | 0.00 | 340.00 | O;P |
| AWX | 2018-07-25, 14:40:12 | | 1,000 | 3.9900 | 4.3200 | -3,990.00 | -4.70 | 3,994.70 | 0.00 | 330.00 | O;P |
| AWX | 2018-07-25, 14:40:12 | | 1,000 | 3.9900 | 4.3200 | -3,990.00 | -4.70 | 3,994.70 | 0.00 | 330.00 | O;P |
| AWX | 2018-07-25, 14:40:13 | | 1,000 | 4.0000 | 4.3200 | -4,000.00 | -4.70 | 4,004.70 | 0.00 | 320.00 | O;P |
| AWX | 2018-07-25, 14:40:19 | | 1,000 | 4.0000 | 4.3200 | -4,000.00 | 0.40 | 3,999.60 | 0.00 | 320.00 | O;P |

A-244

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 14:40:36 | 1,000 | 3.9780 | 4.3200 | -3,978.00 | -3.08 | 3,981.08 | 0.00 | 342.00 | O;P |
| AWX | 2018-07-25, 14:40:39 | 1,000 | 3.9900 | 4.3200 | -3,990.00 | -0.11 | 3,990.11 | 0.00 | 330.00 | O;P |
| AWX | 2018-07-25, 14:40:41 | 1,000 | 4.0000 | 4.3200 | -4,000.00 | -4.70 | 4,004.70 | 0.00 | 320.00 | O;P |
| AWX | 2018-07-25, 14:40:42 | 1,000 | 4.0000 | 4.3200 | -4,000.00 | -4.70 | 4,004.70 | 0.00 | 320.00 | O;P |
| AWX | 2018-07-25, 14:40:43 | 1,000 | 4.0000 | 4.3200 | -4,000.00 | -4.70 | 4,004.70 | 0.00 | 320.00 | O;P |
| AWX | 2018-07-25, 14:40:44 | 1,000 | 3.9970 | 4.3200 | -3,997.00 | -4.70 | 4,001.70 | 0.00 | 323.00 | O;P |
| AWX | 2018-07-25, 14:40:45 | 1,000 | 3.99901 | 4.3200 | -3,999.01 | -2.00 | 4,001.01 | 0.00 | 320.99 | O;P |
| AWX | 2018-07-25, 14:40:45 | 700 | 4.0000 | 4.3200 | -2,800.00 | -1.29 | 2,801.29 | 0.00 | 224.00 | O;P |
| AWX | 2018-07-25, 14:41:13 | 1,800 | 3.9995278 | 4.3200 | -7,199.15 | -3.38 | 7,202.53 | 0.00 | 576.85 | O;P |
| AWX | 2018-07-25, 14:41:14 | 1,800 | 4.0000 | 4.3200 | -7,200.00 | 0.12 | 7,199.88 | 0.00 | 576.00 | O;P |
| AWX | 2018-07-25, 14:41:16 | 1,800 | 4.0000 | 4.3200 | -7,200.00 | 0.72 | 7,199.28 | 0.00 | 576.00 | O |
| AWX | 2018-07-25, 14:41:28 | 1,800 | 3.9767167 | 4.3200 | -7,158.09 | -3.96 | 7,162.05 | 0.00 | 617.91 | O;P |
| AWX | 2018-07-25, 14:42:16 | 100 | 3.9700 | 4.3200 | -397.00 | -0.17 | 397.17 | 0.00 | 35.00 | O |
| AWX | 2018-07-25, 14:42:17 | 403 | 3.9797767 | 4.3200 | -1,603.85 | -0.58 | 1,604.43 | 0.00 | 137.11 | O;P |
| AWX | 2018-07-25, 14:42:23 | 500 | 3.9900 | 4.3200 | -1,995.00 | 0.15 | 1,994.85 | 0.00 | 165.00 | O |
| AWX | 2018-07-25, 14:44:16 | 900 | 3.9700 | 4.3200 | -3,573.00 | -3.65 | 3,576.65 | 0.00 | 315.00 | O;P |
| AWX | 2018-07-25, 14:44:19 | 1,000 | 3.99492 | 4.3200 | -3,994.92 | -1.72 | 3,996.64 | 0.00 | 325.08 | O;P |
| AWX | 2018-07-25, 14:44:26 | 1,000 | 4.01721 | 4.3200 | -4,017.21 | -1.65 | 4,018.86 | 0.00 | 302.79 | O;P |
| AWX | 2018-07-25, 14:45:36 | 1,000 | 4.00817 | 4.3200 | -4,008.17 | -1.70 | 4,009.87 | 0.00 | 311.83 | O;P |
| AWX | 2018-07-25, 14:45:37 | 1,000 | 4.0090 | 4.3200 | -4,009.00 | -1.40 | 4,010.40 | 0.00 | 311.00 | O;P |
| AWX | 2018-07-25, 14:45:42 | 100 | 4.0100 | 4.3200 | -401.00 | -0.67 | 401.67 | 0.00 | 31.00 | O |
| AWX | 2018-07-25, 14:45:44 | 800 | 4.0200 | 4.3200 | -3,216.00 | -3.41 | 3,219.41 | 0.00 | 240.00 | O;P |
| AWX | 2018-07-25, 14:47:01 | 250 | 4.0100 | 4.3200 | -1,002.50 | 0.07 | 1,002.43 | 0.00 | 77.50 | O |
| AWX | 2018-07-25, 14:47:02 | 60 | 4.0200 | 4.3200 | -241.20 | -0.24 | 241.44 | 0.00 | 18.00 | O;P |
| AWX | 2018-07-25, 14:47:06 | 1,000 | 4.0270 | 4.3200 | -4,027.00 | -4.40 | 4,031.40 | 0.00 | 293.00 | O;P |
| AWX | 2018-07-25, 14:47:09 | 500 | 4.0280 | 4.3200 | -2,014.00 | -2.35 | 2,016.35 | 0.00 | 146.00 | O;P |
| AWX | 2018-07-25, 14:47:17 | 1,000 | 4.0000 | 4.3200 | -4,000.00 | -0.80 | 4,000.80 | 0.00 | 320.00 | O;P |
| AWX | 2018-07-25, 14:48:08 | 10,000 | 3.99815 | 4.3200 | -39,981.50 | -44.01 | 40,025.51 | 0.00 | 3,218.50 | O;P |
| AWX | 2018-07-25, 14:48:46 | 400 | 4.0000 | 4.3200 | -1,600.00 | -0.76 | 1,600.76 | 0.00 | 128.00 | O |

A-245

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-25, 14:49:12 | 100 | 4.0400 | 4.3200 | -404.00 | -0.67 | 404.67 | 0.00 | 28.00 | O |
| AWX | 2018-07-25, 14:49:20 | 1,000 | 4.0400 | 4.3200 | -4,040.00 | -4.70 | 4,044.70 | 0.00 | 280.00 | O;P |
| AWX | 2018-07-25, 14:49:21 | 1,000 | 4.04764 | 4.3200 | -4,047.64 | -3.86 | 4,051.50 | 0.00 | 272.36 | O;P |
| AWX | 2018-07-25, 14:49:22 | 1,000 | 4.0500 | 4.3200 | -4,050.00 | -4.70 | 4,054.70 | 0.00 | 270.00 | O;P |
| AWX | 2018-07-25, 14:51:12 | 50 | 4.0000 | 4.3200 | -200.00 | -0.39 | 200.39 | 0.00 | 16.00 | O |
| AWX | 2018-07-25, 14:51:19 | 1,000 | 4.0400 | 4.3200 | -4,040.00 | -0.42 | 4,040.42 | 0.00 | 280.00 | O;P |
| AWX | 2018-07-25, 14:51:22 | 1,000 | 4.04756 | 4.3200 | -4,047.56 | -1.70 | 4,049.26 | 0.00 | 272.44 | O;P |
| AWX | 2018-07-25, 14:51:23 | 590 | 4.0500 | 4.3200 | -2,389.50 | -2.77 | 2,392.27 | 0.00 | 159.30 | O;P |
| AWX | 2018-07-25, 14:51:28 | 900 | 4.0700 | 4.3200 | -3,663.00 | -4.23 | 3,667.23 | 0.00 | 225.00 | O;P |
| AWX | 2018-07-25, 15:05:48 | 300 | 3.9391 | 4.3200 | -1,181.73 | -1.11 | 1,182.84 | 0.00 | 114.27 | O;P |
| AWX | 2018-07-25, 15:38:38 | -5,000 | 4.2000 | 4.3200 | 21,000.00 | -6.27 | -14,838.68 | 6,155.05 | -600.00 | C;P |
| AWX | 2018-07-25, 15:44:23 | -800 | 4.14375 | 4.3200 | 3,315.00 | -0.90 | -2,403.57 | 910.53 | -141.00 | C;P |
| AWX | 2018-07-25, 15:56:21 | -1,700 | 4.1400 | 4.3200 | 7,038.00 | -3.19 | -5,082.11 | 1,952.71 | -306.00 | C;P |
| AWX | 2018-07-25, 15:56:52 | -2,500 | 4.1600 | 4.3200 | 10,400.00 | -4.69 | -7,459.14 | 2,936.17 | -400.00 | C;P |
| AWX | 2018-07-25, 15:56:56 | -5,000 | 4.240508 | 4.3200 | 21,202.54 | -9.36 | -14,839.35 | 6,353.83 | -397.46 | C;P |
| AWX | 2018-07-25, 15:57:40 | -600 | 4.3200 | 4.3200 | 2,592.00 | -0.68 | -1,774.95 | 816.37 | 0.00 | C;P |
| AWX | 2018-07-25, 15:57:40 | -5,000 | 4.2836 | 4.3200 | 21,418.00 | -8.21 | -14,674.96 | 6,734.83 | -182.00 | C;P |
| AWX | 2018-07-25, 15:59:55 | -900 | 4.3066667 | 4.3200 | 3,876.00 | -1.84 | -2,614.39 | 1,259.77 | -12.00 | C;P |
| AWX | 2018-07-25, 16:00:00 | -3,900 | 4.3200 | 4.3200 | 16,848.00 | 0.09 | -11,403.19 | 5,444.91 | 0.00 | C;P |
| AWX | 2018-07-25, 16:00:59 | -300 | 4.3000 | 4.3200 | 1,290.00 | 0.04 | -877.39 | 412.65 | -6.00 | C |
| AWX | 2018-07-25, 16:14:37 | -50 | 4.2800 | 4.3200 | 214.00 | -0.52 | -147.59 | 65.89 | -2.00 | C |
| AWX | 2018-07-25, 16:14:50 | -28 | 4.2500 | 4.3200 | 119.00 | -0.30 | -82.56 | 36.14 | -1.96 | C |
| AWX | 2018-07-25, 16:38:25 | -3,612 | 4.3200 | 4.3200 | 15,603.84 | -13.75 | -10,647.73 | 4,942.35 | 0.00 | C;P |
| AWX | 2018-07-26, 07:06:00 | 100 | 4.0900 | 5.6900 | -409.00 | -0.67 | 409.67 | 0.00 | 160.00 | O |
| AWX | 2018-07-26, 07:06:03 | 500 | 4.1000 | 5.6900 | -2,050.00 | -2.35 | 2,052.35 | 0.00 | 795.00 | O |
| AWX | 2018-07-26, 07:06:06 | 500 | 4.1000 | 5.6900 | -2,050.00 | -2.35 | 2,052.35 | 0.00 | 795.00 | O |
| AWX | 2018-07-26, 07:06:14 | 2,500 | 4.1000 | 5.6900 | -10,250.00 | -11.75 | 10,261.75 | 0.00 | 3,975.00 | O |
| AWX | 2018-07-26, 07:06:17 | 2,500 | 4.1000 | 5.6900 | -10,250.00 | -11.75 | 10,261.75 | 0.00 | 3,975.00 | O |
| AWX | 2018-07-26, 07:06:19 | 2,500 | 4.099996 | 5.6900 | -10,249.99 | -11.75 | 10,261.74 | 0.00 | 3,975.01 | O;P |

**A-246**

## Trades

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 07:06:22 | 1,601 | 4.1000 | 5.6900 | -6,564.10 | -7.53 | 6,571.63 | 0.00 | 2,545.59 | O;P |
| AWX | 2018-07-26, 07:06:24 | 1,000 | 4.1100 | 5.6900 | -4,110.00 | -4.70 | 4,114.70 | 0.00 | 1,580.00 | O |
| AWX | 2018-07-26, 07:06:26 | 300 | 4.1200 | 5.6900 | -1,236.00 | -1.41 | 1,237.41 | 0.00 | 471.00 | O;P |
| AWX | 2018-07-26, 07:06:28 | 350 | 4.1300 | 5.6900 | -1,445.50 | -1.65 | 1,447.15 | 0.00 | 546.00 | O;P |
| AWX | 2018-07-26, 07:06:31 | 2,500 | 4.1400 | 5.6900 | -10,350.00 | -6.00 | 10,356.00 | 0.00 | 3,875.00 | O;P |
| AWX | 2018-07-26, 07:06:37 | 2,500 | 4.2914 | 5.6900 | -10,728.50 | -9.38 | 10,737.88 | 0.00 | 3,496.50 | O;P |
| AWX | 2018-07-26, 07:06:39 | 2,500 | 4.315808 | 5.6900 | -10,789.52 | -11.75 | 10,801.27 | 0.00 | 3,435.48 | O;P |
| AWX | 2018-07-26, 07:06:42 | 500 | 4.3000 | 5.6900 | -2,150.00 | -2.35 | 2,152.35 | 0.00 | 695.00 | O;P |
| AWX | 2018-07-26, 07:06:44 | 1,895 | 4.3200 | 5.6900 | -8,186.40 | -0.24 | 8,186.64 | 0.00 | 2,596.15 | O;P |
| AWX | 2018-07-26, 07:06:46 | 2,500 | 4.3400 | 5.6900 | -10,850.00 | -0.02 | 10,850.02 | 0.00 | 3,375.00 | O;P |
| AWX | 2018-07-26, 07:06:52 | 2,500 | 4.3800 | 5.6900 | -10,950.00 | 1.00 | 10,949.00 | 0.00 | 3,275.00 | O |
| AWX | 2018-07-26, 07:06:52 | 2,500 | 4.3800 | 5.6900 | -10,950.00 | 1.00 | 10,949.00 | 0.00 | 3,275.00 | O |
| AWX | 2018-07-26, 07:06:53 | 2,500 | 4.3600 | 5.6900 | -10,900.00 | 0.75 | 10,899.25 | 0.00 | 3,325.00 | O;P |
| AWX | 2018-07-26, 07:06:58 | 2,500 | 4.3600 | 5.6900 | -10,900.00 | 1.00 | 10,899.00 | 0.00 | 3,325.00 | O;P |
| AWX | 2018-07-26, 07:06:58 | 2,500 | 4.3600 | 5.6900 | -10,900.00 | 1.00 | 10,899.00 | 0.00 | 3,325.00 | O |
| AWX | 2018-07-26, 07:07:00 | 2,500 | 4.3600 | 5.6900 | -10,900.00 | 0.75 | 10,899.25 | 0.00 | 3,325.00 | O;P |
| AWX | 2018-07-26, 07:07:03 | 2,500 | 4.3600 | 5.6900 | -10,900.00 | 0.75 | 10,899.25 | 0.00 | 3,325.00 | O |
| AWX | 2018-07-26, 07:07:06 | 2,500 | 4.3600 | 5.6900 | -10,900.00 | -4.75 | 10,904.75 | 0.00 | 3,325.00 | O;P |
| AWX | 2018-07-26, 07:07:08 | 1,000 | 4.3600 | 5.6900 | -4,360.00 | -3.30 | 4,363.30 | 0.00 | 1,330.00 | O;P |
| AWX | 2018-07-26, 07:07:10 | 1,800 | 4.3800 | 5.6900 | -7,884.00 | -8.46 | 7,892.46 | 0.00 | 2,358.00 | O;P |
| AWX | 2018-07-26, 07:07:12 | 2,500 | 4.4000 | 5.6900 | -11,000.00 | -11.75 | 11,011.75 | 0.00 | 3,225.00 | O |
| AWX | 2018-07-26, 07:07:14 | 1,400 | 4.4000 | 5.6900 | -6,160.00 | -6.58 | 6,166.58 | 0.00 | 1,806.00 | O;P |
| AWX | 2018-07-26, 07:07:17 | 2,000 | 4.4400 | 5.6900 | -8,880.00 | -1.75 | 8,881.75 | 0.00 | 2,500.00 | O;P |
| AWX | 2018-07-26, 07:07:21 | 2,500 | 4.4500 | 5.6900 | -11,125.00 | -6.14 | 11,131.14 | 0.00 | 3,100.00 | O;P |
| AWX | 2018-07-26, 07:07:25 | 950 | 4.4521053 | 5.6900 | -4,229.50 | -4.47 | 4,233.97 | 0.00 | 1,176.00 | O;P |
| AWX | 2018-07-26, 07:07:27 | 1,500 | 4.5000 | 5.6900 | -6,750.00 | -7.05 | 6,757.05 | 0.00 | 1,785.00 | O;P |
| AWX | 2018-07-26, 07:07:29 | 600 | 4.5200 | 5.6900 | -2,712.00 | -2.82 | 2,714.82 | 0.00 | 702.00 | O |
| AWX | 2018-07-26, 07:07:32 | 2,500 | 4.57248 | 5.6900 | -11,431.20 | -11.75 | 11,442.95 | 0.00 | 2,793.80 | O;P |
| AWX | 2018-07-26, 07:07:34 | 2,500 | 4.57728 | 5.6900 | -11,443.20 | -4.51 | 11,447.71 | 0.00 | 2,781.80 | O;P |

## Trades

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 07:07:36 | | 2,500 | 4.5900 | 5.6900 | -11,475.00 | -1.55 | 11,476.55 | 0.00 | 2,750.00 | O;P |
| AWX | 2018-07-26, 07:07:46 | | 300 | 4.5300 | 5.6900 | -1,359.00 | -1.41 | 1,360.41 | 0.00 | 348.00 | O |
| AWX | 2018-07-26, 07:07:48 | | 2,500 | 4.5800 | 5.6900 | -11,450.00 | -1.55 | 11,451.55 | 0.00 | 2,775.00 | O;P |
| AWX | 2018-07-26, 07:07:53 | | 2,500 | 4.5900 | 5.6900 | -11,475.00 | -11.75 | 11,486.75 | 0.00 | 2,750.00 | O;P |
| AWX | 2018-07-26, 07:07:56 | | 2,500 | 4.5860 | 5.6900 | -11,465.00 | -10.73 | 11,475.73 | 0.00 | 2,760.00 | O;P |
| AWX | 2018-07-26, 07:07:58 | | 2,500 | 4.6700 | 5.6900 | -11,675.00 | -3.08 | 11,678.08 | 0.00 | 2,550.00 | O;P |
| AWX | 2018-07-26, 07:08:01 | | 2,500 | 4.6900 | 5.6900 | -11,725.00 | 1.00 | 11,724.00 | 0.00 | 2,500.00 | O;P |
| AWX | 2018-07-26, 07:08:03 | | 2,500 | 4.7420 | 5.6900 | -11,855.00 | -11.75 | 11,866.75 | 0.00 | 2,370.00 | O;P |
| AWX | 2018-07-26, 07:08:22 | | 2,500 | 4.6684 | 5.6900 | -11,671.00 | -8.05 | 11,679.05 | 0.00 | 2,554.00 | O;P |
| AWX | 2018-07-26, 07:08:27 | | 2,500 | 4.6900 | 5.6900 | -11,725.00 | -11.75 | 11,736.75 | 0.00 | 2,500.00 | O;P |
| AWX | 2018-07-26, 07:08:29 | | 2,500 | 4.686776 | 5.6900 | -11,716.94 | -11.27 | 11,728.21 | 0.00 | 2,508.06 | O;P |
| AWX | 2018-07-26, 07:08:31 | | 2,500 | 4.7300 | 5.6900 | -11,825.00 | 0.05 | 11,824.95 | 0.00 | 2,400.00 | O;P |
| AWX | 2018-07-26, 07:08:33 | | 2,500 | 4.7300 | 5.6900 | -11,825.00 | -11.75 | 11,836.75 | 0.00 | 2,400.00 | O;P |
| AWX | 2018-07-26, 07:08:36 | | 2,500 | 4.729976 | 5.6900 | -11,824.94 | -5.63 | 11,830.57 | 0.00 | 2,400.06 | O;P |
| AWX | 2018-07-26, 07:08:38 | | 2,500 | 4.75672 | 5.6900 | -11,891.80 | -6.24 | 11,898.04 | 0.00 | 2,333.20 | O;P |
| AWX | 2018-07-26, 07:08:40 | | 2,500 | 4.7800 | 5.6900 | -11,950.00 | -1.63 | 11,951.63 | 0.00 | 2,275.00 | O;P |
| AWX | 2018-07-26, 07:08:46 | | 2,500 | 4.8900 | 5.6900 | -12,225.00 | -6.75 | 12,231.75 | 0.00 | 2,000.00 | O;P |
| AWX | 2018-07-26, 07:08:51 | | 2,500 | 4.9000 | 5.6900 | -12,250.00 | -2.07 | 12,252.07 | 0.00 | 1,975.00 | O;P |
| AWX | 2018-07-26, 07:08:53 | | 2,500 | 4.9668 | 5.6900 | -12,417.00 | -8.25 | 12,425.25 | 0.00 | 1,808.00 | O;P |
| AWX | 2018-07-26, 07:08:56 | | 2,500 | 4.9764 | 5.6900 | -12,441.00 | -11.75 | 12,452.75 | 0.00 | 1,784.00 | O;P |
| AWX | 2018-07-26, 07:09:01 | | 2,500 | 4.9800 | 5.6900 | -12,450.00 | -1.75 | 12,451.75 | 0.00 | 1,775.00 | O;P |
| AWX | 2018-07-26, 07:09:09 | | 2,500 | 5.0000 | 5.6900 | -12,500.00 | 0.75 | 12,499.25 | 0.00 | 1,725.00 | O |
| AWX | 2018-07-26, 07:09:23 | | 2,500 | 4.9900 | 5.6900 | -12,475.00 | -4.75 | 12,479.75 | 0.00 | 1,750.00 | O;P |
| AWX | 2018-07-26, 07:09:26 | | 2,500 | 4.8500 | 5.6900 | -12,125.00 | 0.75 | 12,124.25 | 0.00 | 2,100.00 | O |
| AWX | 2018-07-26, 07:09:31 | | 2,500 | 4.8400 | 5.6900 | -12,100.00 | 1.00 | 12,099.00 | 0.00 | 2,125.00 | O;P |
| AWX | 2018-07-26, 07:09:32 | | 2,500 | 4.8500 | 5.6900 | -12,125.00 | -2.00 | 12,127.00 | 0.00 | 2,100.00 | O;P |
| AWX | 2018-07-26, 07:09:34 | | 2,500 | 4.9220 | 5.6900 | -12,305.00 | -11.75 | 12,316.75 | 0.00 | 1,920.00 | O;P |
| AWX | 2018-07-26, 07:09:36 | | 2,500 | 4.9680 | 5.6900 | -12,420.00 | -11.75 | 12,431.75 | 0.00 | 1,805.00 | O;P |
| AWX | 2018-07-26, 07:09:39 | | 2,500 | 4.9771 | 5.6900 | -12,442.75 | -9.13 | 12,451.88 | 0.00 | 1,782.25 | O;P |

A-248

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 07:09:42 | 2,500 | 4.9900 | 5.6900 | -12,475.00 | -6.21 | 12,481.21 | 0.00 | 1,750.00 | O;P |
| AWX | 2018-07-26, 07:09:44 | 2,500 | 4.9800 | 5.6900 | -12,450.00 | -0.30 | 12,450.30 | 0.00 | 1,775.00 | O;P |
| AWX | 2018-07-26, 07:10:16 | 2,500 | 4.8000 | 5.6900 | -12,000.00 | 0.75 | 11,999.25 | 0.00 | 2,225.00 | O;P |
| AWX | 2018-07-26, 07:19:24 | 1,100 | 4.6300 | 5.6900 | -5,093.00 | -1.09 | 5,094.09 | 0.00 | 1,166.00 | O;P |
| AWX | 2018-07-26, 07:19:29 | 1,100 | 4.6400 | 5.6900 | -5,104.00 | -2.89 | 5,106.89 | 0.00 | 1,155.00 | O;P |
| AWX | 2018-07-26, 07:19:34 | 1,100 | 4.6500 | 5.6900 | -5,115.00 | -5.17 | 5,120.17 | 0.00 | 1,144.00 | O;P |
| AWX | 2018-07-26, 07:19:37 | 1,100 | 4.6960182 | 5.6900 | -5,165.62 | -4.92 | 5,170.54 | 0.00 | 1,093.38 | O;P |
| AWX | 2018-07-26, 07:19:40 | 1,100 | 4.6900 | 5.6900 | -5,159.00 | -2.92 | 5,161.92 | 0.00 | 1,100.00 | O;P |
| AWX | 2018-07-26, 07:19:43 | 1,100 | 4.6986182 | 5.6900 | -5,168.48 | -5.17 | 5,173.65 | 0.00 | 1,090.52 | O;P |
| AWX | 2018-07-26, 07:19:45 | 1,100 | 4.7000 | 5.6900 | -5,170.00 | -5.17 | 5,175.17 | 0.00 | 1,089.00 | O;P |
| AWX | 2018-07-26, 07:19:48 | 1,100 | 4.7000 | 5.6900 | -5,170.00 | -5.17 | 5,175.17 | 0.00 | 1,089.00 | O;P |
| AWX | 2018-07-26, 07:19:51 | 1,100 | 4.7000 | 5.6900 | -5,170.00 | -4.57 | 5,174.57 | 0.00 | 1,089.00 | O;P |
| AWX | 2018-07-26, 07:20:04 | 1,100 | 4.7000 | 5.6900 | -5,170.00 | -5.17 | 5,175.17 | 0.00 | 1,089.00 | O;P |
| AWX | 2018-07-26, 07:20:08 | 1,100 | 4.7100 | 5.6900 | -5,181.00 | -5.17 | 5,186.17 | 0.00 | 1,078.00 | O |
| AWX | 2018-07-26, 07:20:10 | 110 | 4.7100 | 5.6900 | -518.10 | -0.70 | 518.80 | 0.00 | 107.80 | O |
| AWX | 2018-07-26, 07:20:21 | 1,100 | 4.7400 | 5.6900 | -5,214.00 | -5.17 | 5,219.17 | 0.00 | 1,045.00 | O |
| AWX | 2018-07-26, 07:20:24 | 1,100 | 4.7990909 | 5.6900 | -5,279.00 | -3.17 | 5,282.17 | 0.00 | 980.00 | O;P |
| AWX | 2018-07-26, 07:20:29 | 1,100 | 4.8200 | 5.6900 | -5,302.00 | -5.17 | 5,307.17 | 0.00 | 957.00 | O;P |
| AWX | 2018-07-26, 07:20:37 | 1,100 | 4.8100 | 5.6900 | -5,291.00 | -0.17 | 5,291.17 | 0.00 | 968.00 | O;P |
| AWX | 2018-07-26, 07:20:46 | 1,100 | 4.8187091 | 5.6900 | -5,300.58 | -4.00 | 5,304.58 | 0.00 | 958.42 | O;P |
| AWX | 2018-07-26, 07:20:52 | 1,100 | 4.8300 | 5.6900 | -5,313.00 | -3.67 | 5,316.67 | 0.00 | 946.00 | O;P |
| AWX | 2018-07-26, 07:21:01 | 100 | 4.8200 | 5.6900 | -482.00 | -0.42 | 482.42 | 0.00 | 87.00 | O |
| AWX | 2018-07-26, 07:21:05 | 1,100 | 4.8400 | 5.6900 | -5,324.00 | -3.49 | 5,327.49 | 0.00 | 935.00 | O;P |
| AWX | 2018-07-26, 07:21:07 | 1,100 | 4.8600 | 5.6900 | -5,346.00 | -0.07 | 5,346.07 | 0.00 | 913.00 | O;P |
| AWX | 2018-07-26, 07:21:28 | 1,100 | 4.8618182 | 5.6900 | -5,348.00 | -5.17 | 5,353.17 | 0.00 | 911.00 | O;P |
| AWX | 2018-07-26, 07:21:36 | 1,100 | 4.8000 | 5.6900 | -5,280.00 | -5.17 | 5,285.17 | 0.00 | 979.00 | O |
| AWX | 2018-07-26, 07:21:38 | 300 | 4.8000 | 5.6900 | -1,440.00 | -0.90 | 1,440.90 | 0.00 | 267.00 | O;P |
| AWX | 2018-07-26, 07:21:41 | 1,100 | 4.8400 | 5.6900 | -5,324.00 | -5.17 | 5,329.17 | 0.00 | 935.00 | O;P |
| AWX | 2018-07-26, 07:21:47 | 625 | 4.8400 | 5.6900 | -3,025.00 | -2.59 | 3,027.59 | 0.00 | 531.25 | O;P |

A-249

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 07:22:02 | 1,100 | 4.8000 | 5.6900 | -5,280.00 | -1.92 | 5,281.92 | 0.00 | 979.00 | O;P |
| AWX | 2018-07-26, 07:22:08 | 1,100 | 4.8400 | 5.6900 | -5,324.00 | 0.00 | 5,324.00 | 0.00 | 935.00 | O;P |
| AWX | 2018-07-26, 07:22:14 | 1,100 | 4.7800 | 5.6900 | -5,258.00 | -0.42 | 5,258.42 | 0.00 | 1,001.00 | O;P |
| AWX | 2018-07-26, 07:22:19 | 1,100 | 4.7945455 | 5.6900 | -5,274.00 | -4.67 | 5,278.67 | 0.00 | 985.00 | O;P |
| AWX | 2018-07-26, 07:22:27 | 11,000 | 4.7500 | 5.6900 | -52,250.00 | 3.37 | 52,246.63 | 0.00 | 10,340.00 | O;P |
| AWX | 2018-07-26, 07:37:17 | 302 | 4.6900 | 5.6900 | -1,416.38 | -1.42 | 1,417.80 | 0.00 | 302.00 | O;P |
| AWX | 2018-07-26, 07:37:21 | 500 | 4.7000 | 5.6900 | -2,350.00 | -1.52 | 2,351.52 | 0.00 | 495.00 | O;P |
| AWX | 2018-07-26, 07:37:25 | 500 | 4.7500 | 5.6900 | -2,375.00 | -0.35 | 2,375.35 | 0.00 | 470.00 | O;P |
| AWX | 2018-07-26, 07:38:04 | 450 | 4.7877778 | 5.6900 | -2,154.50 | -1.12 | 2,155.62 | 0.00 | 406.00 | O;P |
| AWX | 2018-07-26, 07:38:15 | 500 | 4.8000 | 5.6900 | -2,400.00 | -2.35 | 2,402.35 | 0.00 | 445.00 | O |
| AWX | 2018-07-26, 07:38:28 | 500 | 4.8000 | 5.6900 | -2,400.00 | -2.35 | 2,402.35 | 0.00 | 445.00 | O |
| AWX | 2018-07-26, 07:38:41 | 500 | 4.8000 | 5.6900 | -2,400.00 | -2.35 | 2,402.35 | 0.00 | 445.00 | O |
| AWX | 2018-07-26, 07:38:49 | 500 | 4.8000 | 5.6900 | -2,400.00 | -2.35 | 2,402.35 | 0.00 | 445.00 | O;P |
| AWX | 2018-07-26, 08:41:37 | 80 | 4.6100 | 5.6900 | -368.80 | -0.21 | 369.01 | 0.00 | 86.40 | O |
| AWX | 2018-07-26, 08:42:05 | 100 | 4.6500 | 5.6900 | -465.00 | -0.42 | 465.42 | 0.00 | 104.00 | O |
| AWX | 2018-07-26, 08:42:08 | 100 | 4.6800 | 5.6900 | -468.00 | -0.67 | 468.67 | 0.00 | 101.00 | O |
| AWX | 2018-07-26, 08:42:11 | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O |
| AWX | 2018-07-26, 08:42:13 | 687 | 4.6987336 | 5.6900 | -3,228.03 | -3.23 | 3,231.26 | 0.00 | 681.00 | O;P |
| AWX | 2018-07-26, 08:42:16 | 1,000 | 4.7200 | 5.6900 | -4,720.00 | -1.58 | 4,721.58 | 0.00 | 970.00 | O;P |
| AWX | 2018-07-26, 08:42:17 | 1,000 | 4.7300 | 5.6900 | -4,730.00 | -4.70 | 4,734.70 | 0.00 | 960.00 | O |
| AWX | 2018-07-26, 08:42:23 | 100 | 4.7100 | 5.6900 | -471.00 | -0.16 | 471.16 | 0.00 | 98.00 | O |
| AWX | 2018-07-26, 08:43:32 | 1,000 | 4.7000 | 5.6900 | -4,700.00 | -4.60 | 4,704.60 | 0.00 | 990.00 | O;P |
| AWX | 2018-07-26, 08:47:12 | 100 | 4.6900 | 5.6900 | -469.00 | -0.33 | 469.33 | 0.00 | 100.00 | O |
| AWX | 2018-07-26, 08:47:15 | 50 | 4.7000 | 5.6900 | -235.00 | -0.51 | 235.51 | 0.00 | 49.50 | O |
| AWX | 2018-07-26, 08:52:31 | 932 | 4.6900 | 5.6900 | -4,371.08 | -2.05 | 4,373.13 | 0.00 | 932.00 | O |
| AWX | 2018-07-26, 08:52:34 | 1,000 | 4.6995 | 5.6900 | -4,699.50 | -3.36 | 4,702.86 | 0.00 | 990.50 | O;P |
| AWX | 2018-07-26, 08:53:41 | 500 | 4.7000 | 5.6900 | -2,350.00 | 0.15 | 2,349.85 | 0.00 | 495.00 | O |
| AWX | 2018-07-26, 08:54:26 | 200 | 4.6900 | 5.6900 | -938.00 | 0.03 | 937.97 | 0.00 | 200.00 | O |
| AWX | 2018-07-26, 08:55:14 | 4 | 4.7100 | 5.6900 | -18.84 | -0.34 | 19.18 | 0.00 | 3.92 | O;P |

A-250

## Trades

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AWX | 2018-07-26, 09:01:39 | | 1,000 | 4.6800 | 5.6900 | -4,680.00 | -4.70 | 4,684.70 | 0.00 | 1,010.00 | O |
| AWX | 2018-07-26, 09:01:40 | | 1,000 | 4.6800 | 5.6900 | -4,680.00 | -4.70 | 4,684.70 | 0.00 | 1,010.00 | O |
| AWX | 2018-07-26, 09:01:42 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:43 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:45 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:51 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:51 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:51 | | 100 | 4.6500 | 5.6900 | -465.00 | -0.17 | 465.17 | 0.00 | 104.00 | O |
| AWX | 2018-07-26, 09:01:51 | | 100 | 4.6300 | 5.6900 | -463.00 | -0.16 | 463.16 | 0.00 | 106.00 | O |
| AWX | 2018-07-26, 09:01:51 | | 400 | 4.6675 | 5.6900 | -1,867.00 | -1.38 | 1,868.38 | 0.00 | 409.00 | O;P |
| AWX | 2018-07-26, 09:01:51 | | 1,000 | 4.6400 | 5.6900 | -4,640.00 | 0.40 | 4,639.60 | 0.00 | 1,050.00 | O;P |
| AWX | 2018-07-26, 09:01:51 | | 100 | 4.6600 | 5.6900 | -466.00 | -0.17 | 466.17 | 0.00 | 103.00 | O |
| AWX | 2018-07-26, 09:01:52 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:55 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:55 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:56 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:01:56 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:02:01 | | 1,000 | 4.6900 | 5.6900 | -4,690.00 | -4.70 | 4,694.70 | 0.00 | 1,000.00 | O;P |
| AWX | 2018-07-26, 09:02:13 | | 1,000 | 4.6750 | 5.6900 | -4,675.00 | -4.20 | 4,679.20 | 0.00 | 1,015.00 | O;P |
| AWX | 2018-07-26, 09:03:16 | | 400 | 4.6000 | 5.6900 | -1,840.00 | -1.88 | 1,841.88 | 0.00 | 436.00 | O;P |
| AWX | 2018-07-26, 09:03:20 | | 100 | 4.6200 | 5.6900 | -462.00 | -0.67 | 462.67 | 0.00 | 107.00 | O |
| AWX | 2018-07-26, 09:03:26 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:03:27 | | 1,000 | 4.6600 | 5.6900 | -4,660.00 | 0.30 | 4,659.70 | 0.00 | 1,030.00 | O;P |
| AWX | 2018-07-26, 09:03:28 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:03:29 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:03:35 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:03:38 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:04:01 | | 1,000 | 4.6700 | 5.6900 | -4,670.00 | -4.70 | 4,674.70 | 0.00 | 1,020.00 | O;P |
| AWX | 2018-07-26, 09:04:04 | | 1,000 | 4.6655 | 5.6900 | -4,665.50 | -4.70 | 4,670.20 | 0.00 | 1,024.50 | O;P |